# EXHIBIT A

**Re. Levi Walls' Public Denunciation**

Levi Walls began studying with me in 2016 and ended in July 2020 when he published a public denunciation on his Facebook page reproduced at the end of this document. The extensive email correspondence begins at that time, and continues up to attack. I have reduced many hundreds of emails to this compendium in order to provide a manageable document; every statement is backed up by a dated email either reproduced here or available upon demand.

As may be verified here, I often wrote Levi long emails containing serious discussions of music; there was a free exchange of ideas on female composers of lesser-known but with great value, such as Louise Ferranc, Zara Levina (email from 8/25/2018), Ruth Gibbs (from 9/23/2018), Dora Pejacevic (6/27/2018), Maria Teresa Prieto (from 12/14/2018), etc., our private analytical work together on French opera, such works by Bertin and Berlioz. From these exchanges of information, I never hesitated to send more information on topics of interest to him, always trying to broaden the scope of his knowledge. One can easily see that Levi respected my work and me personally as a great teacher over these four years. He asked me politely if I could be his major professor for his master's thesis (email on July 15, 2017): "...But on that topic! Even though I've been talking to you about my thesis, I don't want to make assumptions: I'd like to work on my thesis with you as my major professor. Would that be acceptable for you? If you have no room, I could also put you as my secondary and you could be my major professor when I do my dissertation." He wrote his masters thesis under me and he asked me to be his doctoral dissertation major professor.

Not only did I consistently provide him with informative materials concerning our mutual interests and my own analytical interpretations of wide range of works, I always complimented him on his progress and sent positive/constructive comments on his development - look at the email from Oct. 8, 2017 "These insights are truly profound! Bravo! You have the essence of a great, penetrating analysis here. So, go forward, and we can meet next Friday....," the email from Nov. 11, 2017 ..."I read through the proposal carefully and think that it is superb." An email from me to Levi on April 17, 2019 says "Thank-you for this (sending the link of his thesis). I am pleased that your writing has made great strides; actually, I am not surprised..." An email from me to Levi on June 9, 2020: "Bravo on the SMT acceptance! Great news indeed!"

Regarding my availability to meet with Levi, one can see I always did my best to meet his needs. For example, I was always willing to meet with him for extra lessons. I constantly was in touch with Levi to help his work during non-regular semesters, such as in May, 2018, and very intensive work including long emails discussing his work, extended over the summer of 2018, June 1-July 31!

Our work on various projects continued and there was always mutual respect and collegiality. I showed Levi every kindness that a professor could show a student. In May-July 2019, I offered to give him some of my LP collection, and stereo equipment I was not using. An email from Levi on June 1, 2019: "Again, thanks so much for the records! I already got a new bookcase for them

1

JACKSON000001

and all the operas are now organized. One more bookcase should do it. Oh no, not overwhelmed at all. I can't wait to dive into all the recordings/inserts." From Levi on July 3, 2019: "Thank you for offering more records, I'd be happy to accept. Thus far, one of my favorite recording has been Franck's D minor symphony, under Furtwängler's baton. I read parts of his biography with interest, especially regarding his opposition to the Nazis..."

I always offered full support for his Teaching Fellowship, travel fund, etc., look at the email on Mar. 10, 2017 - I always encouraged him, congratulated him on his achievements.

I wrote Levi a strong recommendation for his application for continuing his doctorate at UNT - see the email from Nov. 13, 2017. I came up with the strongest letter of recommendation (Nov. 30, 2017): "It is with pleasure that I write in the strongest support of Levi Walls's application for a place in the doctoral program in Music Theory at the University of North Texas. This is, in fact, a very easy recommendation to write since Levi is a truly excellent all-round student. He is currently writing his Masters thesis on the opera "L'Esmeralda" by Louise Bertin (based on a libretto by Victor Hugo) under my supervision. I can report that he has made tremendous progress this semester and is on his way to completing a first-class study of the structure of this opera and its connection with the plot (based on Hugo's famous novel, *The Hunchback of Notre Dame*). There is no doubt that Levi is currently one of our strongest Masters students, and I am fully confident that he will prosper in the doctoral program going forward. I have heard that he is an excellent student from all of the other professors with whom he has studied, without any exception, which does not surprise me in the least given what I know of him and his work. Levi enjoys my full and unqualified backing as he progresses with his studies."

The correspondence among Dr. Brand, the Division Chair, Levi, and myself, Feb. 19-20, 2020 shows that I strongly recommended Levi, marking his research "extremely important" for him to receive support from a travel fund for doctoral students so that he could deliver a paper in Newcastle.

Not only did we discuss work-related matters, but we have been on friendly terms, exchanging personal news and family regards.

After our emergency meeting on July 26, 2020, regarding the vicious attack on the Journal on Twitter and other social media, Levi's attitude suddenly completely changed. Please look at the very last part [Self-Criticism by Levi Walls posted on FB, July 27, 2020: Total Transformation].

1. Levi defames my character by claiming he "feared" retaliation from me if he would have given up the job as Schenker TA. There is NO evidence in the correspondence for 4 years showing any kind of abuse of power on my part such that Levi simply had to do whatever I "ordered" him to do. Both verbal and written communications between us were based on mutual collegiality as documented here. I was always proud of his work and came forward with my strongest support on various occasions as described above because I truly believed in his potential capability to develop into a prominent young scholar.

2

2. In his self-criticism, Levi portrays me as a dictator who made all the important decisions by myself, but that is incorrect, as is documented by letters among 5 active advisory board members as well as 2 additional theory faculty members at UNT.  Please read the email from Levi on Nov. 15-19, 2019. He came forward to me *first* with his own opinion and ideas about Prof. Ewell's talk, and he was very critical - especially Levi's email on Nov. 17, 2019 presents a long list of problems concerning Ewell's presentation. After our discussions on emails, I came up with the idea of publishing responses to Ewell's talk in the Journal. When I shared my proposal with Levi, he thought it was very appropriate to do so (Levi's email to me on Nov. 19, 2019) and took the initiative to discuss it with other board members voluntarily without me requesting it at all. His claim that he didn't have any power to do anything on his own is contradicted by the documents!

3. Levi "confesses" in this FB post that he essentially agreed with Ewell and was "dumbfounded" by my disgusting and harmful rhetoric after reading my response. In fact, Levi was unconstrained to criticize the conclusion of my article and urge that I made changes (March 12), and I heeded his and others' advice: "Hi all, Here is the new version of Dr. Jackson's response. Instances of "classical" are uncapitalized, page numbers for Slottow and Wiener are put in. And all the other changes were incorporated as well. Dr. Slottow may have a point about the Kafka reference. I can see some of our ethnomusicologist colleagues taking it the wrong way. It's up to you, of course, but it may be better to frame that last point in a more positive way. Perhaps, instead of placing a value judgement on ethnomusicology, you might consider framing the issue in terms of there being a good reason that theory, musicology, and ethnomusicology are different fields, because ethnomusicology, you might consider framing the issue in terms of there being a good reason that theory, musicology, and ethnomusicology are different fields, because they have different aims. In other words, the three branches are separate but equal (for lack of a phrase without such baggage), and equilibrium will only result in a less diverse range of perspectives. But, again, you could go either way.
Regards,
Levi Walls"

If Levi felt negatively at the beginning of March, why did he keep writing to me both personal and professional emails asking for me to become his dissertation advisor? He certainly didn't have to choose me as his dissertation advisor and it frequently happens that the students change their major professors for the dissertation, not to mention that I have no possibility to harm those students who wish to avoid me. Even on his email from July 25, 2020, he clearly goes against Ewell's and his followers' accusation toward the JSS for being unethical and unprofessional because Ewell was not invited to participate in the same issue, since he wrote: "...I'm also confused about what exactly people want. The responses were to Ewell's paper. Did Ewell want to respond to his own paper? If he wants to respond to the responses to his paper, then that is perfectly reasonable, and I don't think anyone would have a problem with that. We could publish something in the upcoming volume, if that is what people want. But he couldn't have responded to responses that hadn't yet come out...!" If he went through so much inner suffering between March and July as he confessed in his FB post, how can he have acted this way?

3

4. On Dec. 2, 2019, in an email, Levi and Ben Graf both agreed to go forward with publishing responses in the JSS vol. 12, not delaying further. This is documented by Ben's email on Dec. 2 ("We should go forward with the call and be open to publishing more on this matter in future publications.")

5. Levi is a doctoral student who worries about developing his career and just had a baby. I understand his burdens and pressures fully; however, his public defamation of his professor is not the path that a scholar with integrity and personal honor would take. I am profoundly saddened by his false accusations widely publicized on Facebook – accusations by a student of whom I thought very highly. I cannot accept this public defamation of my character as a scholar and a human being, and that is why I feel compelled to share the documentary record, which paints a totally different picture of our student-teacher relationship as it actually existed.

Therefore, documentation of my collegial teacher-student relationship with Levi Walls extending back into 2016 is presented below.

Until Levi Walls' public Facebook denunciation of me I never heard him express any concerns whatsoever about his work with me as his mentor.

In his plenary lecture, Ewell included Allen Forte of Yale alongside Ernst Oster as one who had "whitewashed" Schenker in his slide. According to Ewell, Forte and Oster had colluded to conceal Schenker's "virulent racism." Now, Forte had been Ewell's dissertation advisor at Yale. I know from Madeleine Forte, Allen's widow, that Allen had shown Ewell every kindness and consideration. Even if Ewell's accusation had been true rather than being false, I think that he should never have made it public. I say this because I believe that there is - and should be - *a sacred bond* between teacher and student that is not dissimilar to that between father and son or father and daughter. This is why the Germans refer to a doctoral dissertation advisor as "Doktorvater" or doctoral "father." When I look at the behavior of some of my former students, I have to wonder about their personal code of honor, integrity, and honesty. Does self-preservation justify lying and misrepresentation? Does a student have the right to publicly shame his former teacher, especially one who showed him every kindness, and who went well beyond the call of duty to give him every possible material help and educational advice?

This question of personal integrity continues to haunt me.

**The Idea for the Symposium Evolved from Discussions with Walls, Other Graduate Students and Schenkerians around the World**

Levi asked to discuss Ewell's Plenary Speech with me. The idea that I forced any of my ideas on him – or any other student - is totally false. One can see from this correspondence that he had a clear picture of *shared concerns* about Ewell's presentation from the very beginning. At no time did I censor Levi's views, nor did I doubt that he was sincere in holding his own views.

4

# Meeting
Inbox

### Walls, Levi <LeviWalls@my.unt.edu>
                              Fri, Nov 15, 2019, 10:18 AM

to me


Dear Dr. Jackson,

Hope you are well! When would you like to get together to talk about Bach? Unfortunately, I haven't had any time to devote to Berlioz lately, as I've been swamped with classes and private teaching. But I would be happy to discuss the Passion in more detail. Of course, you've dedicated considerably more time to it than I have but I can surely follow you and share any thoughts/questions! At the moment, I can't leave Denton Thursday-Sunday because my wife takes the car to work all day. But I can travel monday- wednesday, or meet on campus any day.

        Regards,

                Levi


### Walls, Levi <LeviWalls@my.unt.edu>
                              Fri, Nov 15, 2019, 10:40 AM

to me


I would also be very interested in discussing a particular Schenker paper from SMT. You've likely heard about it, as it caused quite a stir. I was very ambivalent about it because it suggested that analysis that utilizes levels of hierarchy is inherently racist, which strikes me as naive. Reinhold Brinkmann made a very similar claim about Lorenz, saying that his desire to have every part of a piece serve some structural whole was totalitarian
(and obviously linking that idea to his political beliefs).

    - Levi Walls

---

**From:** Walls, Levi
**Sent:** Friday, November 15, 2019 8:18 AM
**To:** Timothy Jackson <shermanzelechin@gmail.com>

JACKSON000005

# Ewell

<span style="background:lightgray">Inbox</span>

**Timothy Jackson <shermanzelechin@gmail.com>**    Mon, Nov 18, 2019, 8:08 AM

to Levi

Dear Levi,

This is not a reply to your points, which I need to consider, but my own rumination:

Is Ewell making the absurd claim that Schenkerian voice leading analysis is inherently racist, and is his attitude to Schenker and Schenkerians anti-Semitic explicitly or implicitly? (I am reminded of fake news and the world-is-flat people!) Is Ewell a poseur?

I have been thinking that all demagogues have this in common: they use widespread **_legitimate_** grievances - here generalized racism in the US and the challenges it poses to academics of color - to lash out against perceived targets of opportunity. That is what Hitler did with the Jews, and what Trump does today with non-White immigrants and others: in this case, does Ewell seize upon Schenker and Schenkerians - mostly Jews, and mostly immigrants fleeing the Nazis - and blame them for the paucity of Blacks in the field of music theory? I have been thinking that Allen Forte, who gave Ewell - and, for that matter female and Jewish students, a chance - would be turning in his grave if he knew what Ewell is now saying, if that is indeed the case.

On another somewhat more genial topic, I send the score examples for a talk that I gave back in 2000 about Bach's Saint John Passion, and more specifically, about the role of the recapitulation in the aria No. 35, the soprano aria, "Zerfliesse, mein Herz." Usually, Bach employs the da capo aria form, with its clearly defined A and B sections, whereby the A section is repeated after the B. But here in this special aria - exceptionally - Bach limits himself to to just A and B sections. That being said, still, even without the literal repetition of the entire A section, he finds a way to preserve the da capo form. I believe that, quite remarkably, he achieves this by working repetitions of parts of the A section in the B section! In my annotated score, I indicate precisely those places in the latter part of the aria where elements of the A section reappear. Of course, from a tonal-structural perspective, these musical elements are now revalued, and their transformation represents the changes brought about in the worshipper's soul by experiencing Christ's sacrifice first-hand, i.e., by reliving the Passion with Christ. _That_ is the underlying motivation for Bach's unusual treatment of the da capo form in this aria.

6

Best wishes, Tim
Attachments area

**Tim**
**oth**
**y**
**Jac**
**kso**
**n**

Mon, Nov 18, 2019,
8:12 AM

Dear Students, If we can find the time to discuss it, I send the score examples for a talk that I gave back in 2000 about Bach's Saint John Passion, and more sp

**Walls, Levi <LeviWalls@my.unt.edu>**

Mon, Nov 18, 2019, 9:41 AM

to me

Dear Dr. Jackson,

Thank you, we're very excited about the baby. The due date is March 17, so still a little ways to go.

Yes, the paper's willful ignorance of Schenker's Jewish identity is indeed troubling. That seems to mark it as implicitly antisemitic, at the very least. I think that, had he limited his criticisms to Schenker the man, it would have been slightly less problematic. But his claim that the entire theoretical world view—and by extension those who helped spread it—is racist becomes very problematic when we consider the intimate connection between schenkerian analysis and the Jewish identity. I think that it is possible to address biases in Schenker studies (and academia in general) and advocate for increased transparency without demonizing an entire methodology (especially one with strong Jewish roots). Ewell's talk certainly failed in that regard.

Regards,

Levi

7

# Response to Ewell

Inbox

**Timothy Jackson <shermanzelechin@gmail.com>**   Tue, Nov 19, 2019, 1:33 PM

to Levi

Dear Levi,

It occurred to me that it might be appropriate for the *Journal* to solicit responses to Ewell from a number prominent Schenkerians - if they would be willing to reply - and publish a small collection. What do you think of this idea?

In my view, some of Ewell's comments about Schenker are an example of intellectual dishonesty. I believe that this contention should be - politely - proven, and a "Response" to be justified and appropriate.

The racist passages from Schenker's letters and diary Ewell cited from "Schenker documents on line" were unknown to those scholars he critiques for sanitizing Schenker's published writings. To the point, these comments from SDO were not known by Forte, Rothstein, Rothgeb, and others because they were *inaccessible*, buried in the letters and diary. So, Ewell's critique of these scholars is unfair. But Ewell goes further and pretends that *racist* comments were excised by them from Schenker's publications, while the passages moved into appendices were not racist in content like these items cited from SDO. It is a cheap shot.

In fact, Schenker's strongest vituperation was *never* toward Blacks, but the French, who are and were, especially at that time, mostly White!, and primarily during and after WW I. There are sustained passages in Schenker's diary against the "White" French that prefigure Nazi anti-Semitic propaganda in their virulence.

Schenker's Eurocentrism - perhaps better, German-centrism - was by no means exceptional; it was also common at that time in European culture. It was based on many factors, Kant and German philosophy being one of them.

I read most of Schenker's 5600-page diary in the original before it was on SDO, and the comments Ewell cites about Blacks in particular are extremely rare and marginal at best. That does not excuse them; however, these views were so universal in the early 20th century, and by no means exceptional, that I would have been surprised if Schenker did *not* think in that way. What WAS noteworthy in Schenker was his extreme

8

JACKSON000008

"Volkisch" German Nationalism, and especially his sustained demonization of the French. So, if Schenker was the virulent anti-people-of-color that Ewell makes him out to be, why then did he pick so much on the (White) French, reserving for them his most hateful spleen? His comment about Black French soldiers is taken out context; it is part-and-parcel of his tirade against everything French, and mostly *White* French.

Part - but not all - of the "dark" side of Schenker's personality was well known to his students and colleagues. Again, the diary and letters on SDO were still sleeping in the archives. However, I think that Schachter told me, for example, that Jonas studied for one year with Schenker when he was 19, but then left him for Weisse because he just could not stand Schenker's extremism.

A topic that comes up in different contexts in Schenker's diary is racism in the context of his and his wife's Jewishness - something that Ewell ignores - and the problem of anti-Semitism. As a Jew himself and as the target of racism, Schenker was keenly aware of both anti-Semitism and racism, and he became increasingly so as the Nazis assumed power in neighboring Germany; yet as the outside commentators on Ewell pointed out, he failed to mention even once Schenker's Jewishness, and that of most of his students, and what this meant, and this lacuna is self-serving. As Schachter pointed out years ago in a talk about Schenker that he gave in Tallinn, Schenker was not a fan of Hitler. This fact reveals that Schenker's views changed and evolved over time, and, especially in response to the rise of Nazism and anti-Semitism in Germany - and also Austria - in the late 1920s and early 1930s Schenker began to sober up.

Ewell's thesis that the practice of Schenkerian analysis cannot be divorced from Schenker's political theory means that the approach must be inherently anti-French, although Ewell fails to point this out, and none of the Schenkerians seem to have noticed it. Or, perhaps, following upon Ewell's conspiracy theory, they do know but are hiding it. Does this undercut our work on Berlioz, Mehul, and other French composers?

At some point I will send more the annotated score of the Saint John Passion.

With best wishes, Tim

**Walls, Levi <LeviWalls@my.unt.edu>**          Tue, Nov 19, 2019, 3:16 PM

to me

Dear Dr. Jackson,

      I agree that a response in the JSS would be very appropriate. It would be nice to have it for the upcoming issue, although it is very forthcoming (around mid-December).

9

A response in issue 13 would of course be quite late. Did you have any particular schenkerians in mind? Dr. Graf and I can discuss some candidates tomorrow at our weekly meeting and get requests out as early as tomorrow evening. Perhaps we should also set a page limit for each respondent, though we have room in the upcoming issue, so I don't think there's any need to be particularly restrictive.

Regards,

Levi Walls

**Documentation (2016-2020)**

Levi was interested in French music, so that I worked on the composer Alkan with him outside of any formal class setting to help him improve his analytical skills.

**levi walls <chopinlevi@yahoo.com>**                    Thu, Dec 22, 2016, 10:56 AM

to me

Dr. Jackson,

I wanted to check in just to share what I'm working on this break. As I mentioned in your office, I'm studying the philosophies of Hegel. I also have some books I checked out about Schopenhauer and Kant that I'm studying. Other than analyzing the Schumann quartet in A minor (I'm also performing a four-hand transcription of it with a friend when I visit California in January) I'm trying to become more familiar with religious and mythological texts. I'm an atheist, but I'm interested from an academic standpoint and because it's obviously an important part of music history. I've found it difficult in the past to find scholarly unbiased interpretations of religious history but I've been watching a series of Yale lectures on YouTube that are very good. Right now, I'm in the middle of a videotaped course on the New Testament. That's usually what I study when my eyes get tired from reading, which happens quickly right now because I have the flu. I can tell it's almost better though. If you have any materials you'd like to suggest in the religion and mythology department I'll take a look. Otherwise, I'll continue my own course of

10

study. Thanks!

, Levi Walls

Sent from my iPhone

**Timothy Jackson <shermanzelechin@gmail.com>**  Fri, Dec 23, 2016, 11:24 PM

to levi

Dear Levi,

It is good to hear from you, and about your readings in philosophy and history.

Perhaps you might find interesting some work that I have been doing on the way - I believe - Chopin and Alkan recomposed a compositional idea that they may have taken from another pianist-composer by the name of Masarnau. I will forward you some of the material and you can see what you think.

With best wishes, Tim

# Re: Audition

Inbox

**levi walls <chopinlevi@yahoo.com>**  Sun, Mar 19, 2017, 12:10 PM

to me

Hi Dr. Jackson,

Can I schedule an office appointment with you this Friday at 11am to talk about Alkan? Thanks!

, Levi Walls
-----------------------------------------------
On Fri, 3/10/17, Timothy Jackson <shermanzelechin@gmail.com> wrote:

11

JACKSON000011

Subject: Re: Audition
To: "levi walls" <chopinlevi@yahoo.com>
Date: Friday, March 10, 2017, 3:03 PM

Bravo on the Fellowship! That is important.
Yes, do work on the Alkan and then we can compare readings and discuss!

Bravo again. I am happy about that.
Tim

On Fri, Mar 10, 2017 at
11:54 AM, levi walls <chopinlevi@yahoo.com>
wrote:
Sorry, I didn't give you much notice for that. I think I'll use my noon hour to eat before class though. Over the break, I'll try to cobble my Alkan stuff into a coherent analysis that actually says something meaningful about the piece, rather than just analysis for analysis sake. I also wanted to mention that I got a theory fellowship, so that's exciting!

Sent from my iPhone


On Mar 10, 2017, at 9:56 AM, levi walls <chopinlevi@yahoo.com>
wrote:

Dr. Jackson,

    No worries, I know you're busy. I can drop by at 11:15, if that works. Noon is also okay. Let me know if either of those times work.

        , Levi Walls

Sent from my iPhone

On Mar 9, 2017, at 5:08 PM, Timothy Jackson
<shermanzelechin@gmail.com>
wrote:

Dear Levi,
I am sorry that I have not gotten back to you about your analysis of the B section of the Alkan. Perhaps it would be good to meet and discuss it in person. I am in MWF and teach from 10-11. We could meet before or after my class.

Your comment about "bells" is apt indeed. It also brings to mind Rachmaninov, who was fascinated by bells, and who incorporated references to them into multiple works, and not just "The Bells." The question I would ask is, how does the "bell" interpretation relate

12

the middle section to the surrounding music, not just syntactically but semantically: why does Alkan want to reference bells?

 I have a slightly different interpretation, namely that the ostinato is a reference to a
 clock (rather than to bells per se), and thus to "the measuring of the passing of time." However it might be both to a clock and bells - rather than "either or" "both and" - since clock towers often mark the passing of time by ringing their bells on the hour, half-hour, and quarter-hour. Again, the question would be, if "the passing of time" is the central metaphor in the middle section, then how would this semantic interact with and relate to the surrounding music? Perhaps a clue to "the time passing" interpretation linking the middle section with the A and A' parts might be the whole problem of the opening, where we begin "in mediares," as already discussed. If this is an accurate interpretation, then we would have to assume a pre-existing time-space in which music starts and is playing before it becomes audible. According to this reasoning, the middle section and the transition from the middle section to the reprise of the opening might give us some clues as to the prehistory of the piece. This issue, then, might be the semantic link between the outer parts and the middle section.....
 Best,
 Tim

On Sun,
 Mar 5, 2017 at 7:29 PM, levi walls <[chopinlevi@yahoo.com](mailto:chopinlevi@yahoo.com)>
 wrote:
 Dr.
 Jackson,


        I've been working on the Trio section. This is my graph for the first 80 measures or so (when it returns to Ab). I numbered the measures starting at the Trio rather than original measure numbers. It's especially clear from this section that Alkan was also an organ player; both the alternating Eb and Bb throughout, and the bass octaves at mm. 8, 40, and 78, are meant to function as pedals. In the case of the ever present Eb to Bb, it contributes to the bell-like sonority of the passage. French composers of the late nineteenth- and early twentieth-centuries were interested in bells, which had a social significance in French rural life (I recently checked out a book titled "Village Bells:Sound and Meaning in the 19th-century French Countryside" by Alain Corbin but haven't had time to read it yet). The bass octaves have more of a structural importance and, in each case, correspond to the prolonged harmony shown in my graphs. My graphs don't account for every pitch and may skip steps in their simplification of the material, but I believe the end result is accurate: measures 9-40 and 77-94 both prolong tonic harmony and utilize a 4+4+8 sentence structure (77-78 is a lead-in). Measures 41-76, meanwhile, prolong dominant harmony.

    , Levi Walls

13

**Levi applied for a Teaching Fellowship, and I supported him.**

On Feb 21,

2017, at 12:47 PM, Timothy Jackson <shermanzelechin@gmail.com>

wrote:

Well, let's really hope

for the best as far as the TF position is concerned. You will improve, and hopefully, if you must reapply next year, then you will be better prepared. I think that it would be good to continue the kind of analysis that you were doing on the Alkan. The more in-depth analysis you do, the greater the facility that you have with analyzing harmony – and potentially explaining it as well.

When you have time, you should continue the Alkan, and I will be happy to discuss it further with you.

Tim

On Tue, Feb 21, 2017 at

9:28 AM, levi walls <chopinlevi@yahoo.com> wrote:

Haha. Not sure. I controlled my nerves pretty well. But then I inexplicably forgot what key I was in. It was an odd mistake, and normally I don't have trouble with something so simple.
  But mistakes, regardless of circumstances, show that I'm not comfortable talking through an analysis in real time. I need to get faster and have it be natural. I got a collection of Bach chorales since the interview and I just practice playing through them and saying the analysis out loud, limiting the time I have to identify each chord to a few seconds. One more thing to improve on.

Sent from my

iPhone

On Feb 20, 2017, at 10:27 PM, Timothy Jackson

<shermanzelechin@gmail.com>

wrote:

14

Dear Levi,

Thanks for the report. What was the issue with the analysis, if I may ask?

Best, Tim

On Mon, Feb 20, 2017 at

8:46 AM, levi walls <chopinlevi@yahoo.com>

wrote:

Hey Dr.

Jackson,

I have to wait two weeks before I hear about my audition. It went alright. I had no trouble with aural skills and sight singing went alright. I read the Bach chorale without difficulties, but I confused myself while talking about the analysis (which should have been the easy part of the audition) and had to recover from that. It was alright overall. I might get an assistantship. We'll see. I'll let you know though, since you asked!

Thanks!
              , Levi Walls

**Giving Levi extra help with analyzing pieces outside of class:**

**levi walls <chopinlevi@yahoo.com>**                    Fri, Mar 24, 2017, 12:42 PM

to me

Hey Dr. Jackson,

We had a meeting at noon, but something must have come up. No worries, though. I appreciate all your help! I dropped some graphs under your door, some new, some redone. I'm still pretty slow at it, but I'm doing a lot of analysis this summer as I explore thesis topics and I'm taking the schenker class next semester, so I'll get plenty of graphing practice soon.

15

Best,   Levi Walls

**Levi expressed interest in female composers of Classical music, so that I suggested some worthy of study:**

**Timothy Jackson <shermanzelechin@gmail.com>**     Sun, May 14, 2017, 11:08 PM

to Levi

PPS. If you are interested in a great work by a female composer of the 19th century, try out the *last* movement of Louise Farrenc's Third Symphony in G minor. I think that Farrenc, when she is inspired, as in this Finale, could be greatest female composer of the 19th century. Personally, I have the impression that Fanny Mendelssohn and Clara Schumann are somewhat mediocre composers, with Fanny a good notch above Clara. But Farrenc, by contrast, does have the spark of real "genius" for lack of a better word. I would be interested if you agree.

**Walls, Levi <LeviWalls@my.unt.edu>**     Mon, May 15, 2017, 5:12 PM

to me

Thank you, this all looks very promising! I'll be in touch soon on my studies!

Sent from my iPhone

**Levi shared his idea for his masters thesis, which he wrote under my direction:**

# Thesis idea

Inbo

16

**levi walls <chopinlevi@yahoo.com>**                    Thu, Jun 8,
                                                        2017, 2:12 PM

to me

Dear Dr. Jackson,

        I would appreciate your opinion on a research topic I've been thinking about. It concerns an opera (La Esmeralda) by Louise Bertin (https://en.wikipedia.org/wiki/Louise_Bertin) that is based on Hugo's Notre-Dame de Paris. The libretto was written by Hugo himself, who Bertin was friends with. She was also friends with Berlioz, who assisted in staging the opera. The work (as well as Bertin's opera career) was ill-fated, however. Accusations were made concerning the extent of Berlioz's assistance and it became public opinion that the better parts of the opera were actually written by him. This resulted in the opera's run being cut short. It is clear from letters from Berlioz to his sister that the accusations had no truth to them (assuming he had no reason to lie in a personal correspondence to this sister), however I'd like to approach the issue theoretically. The paper would analyze parts of La Esmeralda and compare it to Berlioz's operatic works, and defend the authorship of Bertin's work by showing the differences in style (text-setting, orchestration, formal/harmonic structure, etc.). It would spotlight the work of a lesser-known composer, while also looking at the output of a well-known composer through a different lens. Practical reasons for this project include its originality, the fact that authorship-defense papers are interesting and exhibit both persuasive and analytical skill, the score and recording are both easily accessible (I have both), and I can read French at an adequate level, so I'd have access to those resources as well without too much trouble. In preparation, I would read as many articles/books about Berlioz as possible in order to become very familiar with his style of composition.

        I read The Sexuality of Christ in Renaissance Art and Modern Oblivion. It was super interesting. I need to think more actively about visual art. I tend to just take it in passively, so the issues addressed in the book were things I'd never even thought about. I also bought a copy of Lives of the Artists, but I haven't gotten to it yet.

    Hope you're enjoying your break!
                                                    , Levi Walls

**Timothy Jackson <shermanzelechin@gmail.com>**          Thu, Jun 8,
                                                        2017, 8:26 PM

17

JACKSON000017

to levi


Dear Levi,

I think that you have here a potentially great topic! But let me qualify and define my enthusiasm as follows.

The whole story of Bertin's opera failing because it was believed that Berlioz had written parts of it strikes me as bizarre, and could even be historically incorrect. Re. authorship, like you, I am inclined to take Berlioz at his word!

If Bertin's opera failed, I suspect that the cause or causes had little to do with the improbable myth of Berlioz's authorship or contribution, but with other factors, which *might* include certain perceived weaknesses in the opera itself, and prejudice against a female composer. But with regard to prejudice against female composers in 19th-century France, it is noteworthy that Louise Farrenc (whose music I admire greatly) enjoyed considerable, real critical success in France, even though she was a woman. This fact suggests that prejudice against female composers, while it certainly existed, was insufficient in itself to *guarantee* failure for Bertin's opera, and it is most probably other factors intrinsic to the opera itself that were the cause. But this whole issue of the reasons for its failure seems something of a red herring anyway, since even if the work did not achieve popularity in its own time that does not mean that it is *necessarily* bad or weak but rather that it did not correspond to contemporary taste in a way to achieve success. Remember that the first version of Puccini's Madame Butterfly "failed" in its first performances, and then, with modifications by the composer, went on to become the most performed opera ever! This kind of delayed recognition and popularity can be observed in the reception history of not a few operas! So, what really matters is that La Esmeralda is of lasting value and importance - and the fact that it has enjoyed a revival in 2008 suggests that it IS an important work with its own internal integrity. The collaboration of Bertin with such figures as V. Hugo and Berlioz suggests that they believed this opera project to be important!!!!

In my experience, Berlioz's music is very idiosyncratic, and he also has different styles in different pieces, and even parts of them. I think that it would be a really very difficult and huge task to pin down all of Berlioz's stylistic languages, and then "prove" by means of such analysis that he could NOT have contributed to Bertin's opera. Furthermore, is such an effort really necessary, especially when we have his assurance to his sister that he did not write it? As you quite rightly point out, why would he lie to her?

Rather, what I think would be much more interesting, achievable, and (in my view) very valuable would be for you to focus on an in-depth analysis of Bertin's La Esmeralda as it stands, both the music and the libretto. *That I think would be a truly marvelous project!*

18

Of course, you could contextualize La Esmeralda by comparing it to other French operas of its time and slightly before to see how it conforms or deviates from potential models. But I still think that keeping the focus on the opera itself, analyzing its music, plot, and libretto in depth, would provide more than enough great material for a thesis!

I notice that a manuscript score of Act III is available on line. Is there a modern edition of the entire opera, both vocal and full scores? And is there just the CD of the 2008 performance, or also a video? Have you studied the music and begun to analyze it? I have just started listening to the opera to get a sense of it and it is not simple: to do the analysis well and do justice to the music will be sufficiently challenging for a thesis!

By the way, did I send you the finale of Farrenc's Third Symphony? I think that the conclusion of this symphony is truly remarkable.

Best wishes, Tim

**levi walls <chopinlevi@yahoo.com>**                   Fri, Jun 9,
                                                        2017, 2:59 PM

to me

Dr. Jackson,

        Yeah, I was a bit worried about that possibility; if it was going to do well, it probably wouldn't have been hindered so easily. But I agree that its support from figures like Hugo and Berlioz, as well as its recent revival, is a testament to its probable value.

        I have a 2009 edition of the vocal score from 1837. It was apparently put together by Liszt, so add another figure who cared about the project. That being said, I believe the Bertin family had quite a bit of money, so I'll have to look into exactly how invested these figures were on the merits of the project alone. Anyway, I don't believe a full score was ever published. I think I found the same manuscript of the third act as you on gallica.bnf.fr. On the same site, I've found all the acts with choices to download or buy reproductions. I successfully downloaded the second act, but the others keep failing. I think it's just my internet though. The others will probably work if I keep trying.

        I've just barely begun to analyze. But I like this for my thesis and can see there's plenty there to write about. I'll spend more time on it. I agree with you now on the focus being more general and not splitting the focus between Bertin and Berlioz unnecessarily. After all, the alleged controversy was already denied by Berlioz himself. I can still compare them, but more within the context of French opera of the time. Maybe I can even find a significant reason that it fell short with contemporary audiences. But

19

JACKSON000019

maybe not. At any rate, this work should serve as a good test of my analytical skills. Must get cracking on it immediately!

Yes, you sent me Farrenc. I'd heard her before from unsungmasterworks. The low strings at the last bit before the coda of the last movement remind me of Paganini. A superficial observation, but there it is.

Thanks for your valuable input! I gotta hit this one out of the park!

, Levi Walls

Sent from my iPhone

**Timothy Jackson <shermanzelechin@gmail.com>**          Fri, Jun 9, 2017, 5:29 PM

to levi

Dear Levi,

Just listening to the music on Youtube without the score, I can hear that Bertin's musical language is definitely allied to that of Liszt and Berlioz (and the so-called New German School, although she is French), but perhaps even closer to *Liszt* than Berlioz, which is why Liszt would have considered the opera important enough for *him* to prepare the vocal score. Farrenc's musical language, by contrast, in my view, falls more into the so-called "Classical" tradition. So these two streams co-existed side-by-side in France.

I have studied Liszt's oratorio *Saint Elisabeth,* and Bertin's *La Esmeralda* reminds me of certain techniques employed by Liszt. Analyzing this music will definitely pose challenges.

Could you please send me the score of the second act....? And also the links to the other acts, and I can see if I can get them.

Bertin herself could not really be part of the initial production because she was an invalid; the fact that she could not participate may have contributed very significantly to the opera's contemporary failure since composers were usually intimately involved with every detail of the premieres of their operas, and played a crucial role in achieving success.

All of this suggests that Bertin was a person with enormous strength of character to achieve as much as she did given the challenges she faced! My guess is that the subject of the opera appealed to her for personal reasons.....

20

JACKSON000020

I find the music that I have heard most interesting and compelling. Indeed, the enthusiastic reception accorded it by the modern audience suggests that the opera is much, much better than its reception history would lead one to believe!

With best wishes, Tim

 ReplyForward

## Louise Bertin and opera in Paris in the 1820s and 1830s

Inbox

**Timothy Jackson <shermanzelechin@gmail.com>**     Mon, Jun 12, 2017, 7:31 AM

to levi

Dear Levi,

You MUST read this dissertation on Proquest Dissertations on Line:

## Louise Bertin and opera in Paris in the 1820s and 1830s

BONEAU, DENISE LYNN. The University of Chicago, ProQuest Dissertations Publishing, 1989. T-31006.

http://libproxy.library.unt.edu:2065/pqdtglobal/docview/252273506/57DBFAD855804DB4PQ/1?accountid=7113

There is a huge amount of historical information relevant to your topic.

Best, Tim

**In order to help Levi develop his thesis topic, I sent him some of my own unpublished work on Debussy's opera *Pelleas*:**

On Sat, Jun 10, 2017 at 9:39 PM, Timothy Jackson <shermanzelechin@gmail.com> wrote:

21

JACKSON000021

Dear Levi,

Analyzing opera poses some special challenges, although the basics remain the same. I just sent you some of my analytical work on Pelleas to give you an idea as to how you might go about it. You need to map out the large-scale tonal structure for La Esmeralda.

It would be helpful to have clearer scans of the vocal score for La Esmeralda, so I look forward to receiving them!

I have analyzed Wagner's Tristan and Parsifal, Strauss's Salome, Elektra, and Die Frau ohne Schatten, Berg's Wozzeck, and Puccini's Butterfly, Tosca, Suor Angelika, and Turandot in a similar way to Pelleas, and in every case there is a coherent tonal structure governing every level of the opera. I have no doubt that there is such an organizational structure behind La Esmeralda as well.

I can send you my work on some of these other operas at a later point, but I think that you have enough right now with Pelleas, and also, of course, La Esmeraldo!

Best wishes, Tim

On Sat, Jun 10, 2017 at 8:09 PM, levi walls <chopinlevi@yahoo.com> wrote:
Dr. Jackson,

    Oh yes. I took those scans just then with my phone for you. I need to make a trip to a real scanner soon. I'll also send you those since they'll be better in quality. I have snippets of a Pelleas et Melisande analysis from you. It's mostly act V excerpts in connection with Madama Butterfly. If there's more, I'd appreciate having it. Thanks!

        , Levi Walls

Sent from my iPhone

On Jun 10, 2017, at 7:33 PM, Timothy Jackson <shermanzelechin@gmail.com> wrote:

Dear Levi,

I got it now. Before you return the vocal score, you may wish to check your scan and rescan certain pages, which are blurred.

It really is a great work! Amazing! As I wrote you, the contemporary failure may have been due to poor performance, partly the result of lack of supervision by the composer herself.

JACKSON000022

By the way, the 2008 performance on Youtube makes cuts. I can understand that they wanted to tighten it, especially since modern audiences will have trouble sitting through such a long work as it is....

Did I share with you my analysis of Debussy's Pelleas et Melisande? It might be helpful to look at it given the challenges posed in analyzing opera.

Best, Tim

**levi walls <chopinlevi@yahoo.com>**                     Tue, Jun 13, 2017, 10:39 AM

to me

This is a great paper. I don't know how much you read, but the author had some serious access to Bertin's history through primary sources. She went to France on a Fulbright and actually connected with Bertin's descendants. The information about her relationship with Hugo is very interesting; Boneau suggests that, because he wrote the libretto almost concurrently with the novel, he had Bertin in mind as an inspiration from the get-go (pg. 39). I have to be skeptical of statements like that, because (as incredible as that would be) it seems unlikely considering what she says in chapter 6. Apparently, Hugo had aspirations of working on an opera early on and intended to have Notre-Dame set. But it seems like he settled on Bertin. That's not to say that he doubted her ability; he obviously held her in enormous regard (pgs. 32-33). But Hugo had reservations about working with composers of too grand a stature, explaining why he rejected Rossini and Meyerbeer, both of whom were interested in the project (pg. 403-405). Ultimately, he decided between Berlioz and Bertin, with whom he felt he could maintain artistic control (pg. 407). The relationship between Bertin and Hugo's wife was a bit strained. There's no evidence of romantic entanglement between Hugo and Bertin, but his wife really didn't like her. She felt that he wasted his only operatic venture on her and even went as far as to say that the project cursed everything even vaguely connected with it (citing the crashing of a ship called "Esmeralda").

Anyway, I'm still reading it, but it's clearly going to be invaluable! I should also read Hugo's novel. I've never read it before.

**Timothy Jackson <shermanzelechin@gmail.com>**          Tue, Jun 13, 2017, 11:36 AM

23

JACKSON000023

to levi

Dear Levi,

Yes, I skimmed all of this, not having time to read the whole dissertation carefully. And, yes, it IS very important for your project.

Years ago, when I was 17, and on my first trip by myself to France, I visited Victor Hugo's house in Paris, which is also a museum. I recall being very struck by Hugo's drawings on exhibit there.

https://en.wikipedia.org/wiki/Maison_de_Victor_Hugo

https://www.google.com/search?q=victor+hugo+drawings&rlz=1C1CHZL_enUS732US732&tbm=isch&tbo=u&source=univ&sa=X&ved=0ahUKEwiI39DsnbvUAhVI2SYKHR0eBaMQsAQIJw&biw=2560&bih=1335&dpr=1.5

Hugo's drawings are amazing, and closely related to the "gothic" quality of his writing. I don't know if he made drawings for the "Hunchback" - this is something that you must research. But there are clearly drawings related to the issues treated in both the novel and the opera!

The "Hunchback" is a great novel, which I read as a teenager in English translation.

The fact that Hugo selected Bertin, whether he wanted to "control" her artistically or not, is very significant from various points of view. By the way, just because Bertin was physically rather ugly and misshapen - like the Hunchback himself - does not mean that Madame Hugo would not be jealous of her husband having a close intellectual-artistic relationship with Bertin! I can understand Madame Hugo feelings on this point!

You might want to have a crack at reading the novel simultaneously in BOTH the original French and English translation to get a sense of Hugo's language.

Best, Tim

**Walls, Levi <LeviWalls@my.unt.edu>**                     Sat, Jul 15, 2017, 12:02 AM

24

JACKSON000024

to me

Dr. Jackson,

You're welcome! I appreciate your time. My work on Bertin isn't progressing very fast at the moment. It's definitely what I want to write my thesis on, but I want to spend some more time reading literature before school starts back up and I'm sleeping and breathing Bertin. Right now, I'm going through Austen and the Brontë sisters' novels, plus a stack of Oxford "Short Introduction To" books my wife got me for our anniversary. I still want to get a good head-start on analyzing Bertin before the semester starts, so I'll get back to you on it soon.

But on that topic! Even though I've been talking to you about my thesis, I don't want to make assumptions: I'd like to work on my thesis with you as my major professor. Would that be acceptable for you? If you have no room, I could also put you as my secondary and you could be my major professor when I do my dissertation.

, Levi Walls

**In July 2017, Levi decided to write his thesis on French opera composer Louise Bertin under me:**

Sat, Jul 15, 2017, 7:57 AM

**Timothy Jackson <shermanzelechin@gmail.com>**

to Levi

Dear Levi,

Naturally I would like to work on the Bertin with you as your major professor! It is tremendously fascinating to me too for all the reasons we have discussed.

25

JACKSON000025

Recently, I have been discussing with my close friend Madeleine Forte a recent book (in French) about music in Paris during the Nazi occupation. Madeleine is, of course, French and a kind of still living connection with pre-WW 2 French culture (she is now almost 80). She KNEW many of the people involved!!!! She herself was an amazing pianist who studied with Cortot and Kempff, and wrote her doctoral dissertation on Messiaen (she was acquainted with both him and his wife). I have not yet discussed Bertin with her yet, but I or you should. Madeleine's aunt was an opera singer, her first teacher, and friendly with Faure and other major French opera composers! She knows an enormous amount about French music and culture, in which she is rooted, so if you have questions, I can put you in touch with her.

I think that it is important - in addition to the British authors, who are wonderful - that you read more deeply in Hugo to gain a certain familiarity with his work. English translations are OK.

By the way, are you familiar with Elizabeth Gaskell, who wrote the first biography of Charlotte Bronte, which is still highly regarded?

https://en.wikipedia.org/wiki/Elizabeth_Gaskell

She was more mid-19th century than Austin, who is both 18th and 19th century in her outlook. Gaskell was an amazingly good writer, and interesting person! She was one of my father's favorite writers.

Another French author I would recommend that you read (in addition to Hugo) is Balzac, a superb writer with tremendous breadth.

https://en.wikipedia.org/wiki/Honor%C3%A9_de_Balzac

Did you finish reading the dissertation on Bertin? It has a wealth of background information, and also good observations about the musical surface.

Best, Tim

**Walls, Levi <LeviWalls@my.unt.edu>**                    Sat, Jul 15, 2017, 6:00 PM

to me

Dr. Jackson,

JACKSON000026

Great! I'll have to ask you to sign two forms (one is my major contract, which I went over with Dr. Conlon, and the other is the Request for Designation of Advisory Committee). When will you be on campus next? It's not horribly urgent, so I can get it whenever you happen to have prior business at UNT. I think I'll ask Drs. Bakulina and Schwarz to be my second and third members.

Wow, that's a fantastic connection! Allow me to consider some queries and I'll let you know. I'd primarily just be interested if she knows of Bertin. There are some political aspects concerning the family that I want to know more about after reading the Boneau dissertation. It seems clear now that the reputation of the family, along with some actual shortcomings of the opera, resulted in the bad reception of the opera more than any other controversy. From what I read, their paper took a royalist stance that wasn't popular with everyone. But considering that the paper hasn't existed in any form since the German Occupation, she may not have much knowledge of the family, as prominent as they were. I'd also (almost more so) be curious to know her insights on Cesar Franck, considering her close proximity (and surely her mother's, since she was friendly with Faure) to that time and circle. I performed Franck's Variations Symphoniques for my Senior recital and I've loved him ever since.

Yes, I plan to raid the third floor of our library for Hugo biographies next time I'm in town. Also, books on the cathedral couldn't hurt.

I've never read Gaskell, but I see her works in my iBooks so I'll take a look.

I've read the dissertation by now, but I need to go through again because I read it kind of casually and I usually take notes on things that I read when I know I need to use the info later. The biographical information is very thorough, especially concerning her relationship with Hugo and their collaboration; I thought the commentary on the musical elements was good for what the paper was (that is, non-theoretical). I felt it sometimes fell into the trap of a lot of music criticism where they don't exactly know how to talk about phrase-structure (works like Lerdahl and Jackendoff's, and Rothstein's were just coming out around 1989) so they resort to kind of vague language -- like calling the phrases "fluid," "organic," or "short-winded." But there were also good observations and I appreciated all the name dropping of other composers when they discussed Bertin's stylistic similarities and differences. Thanks, Levi Walls

JACKSON000027

**Levi wrote his thesis under me. There are many emails about it, which I do not include here. I spent huge blocks of time correcting its language and substance. He asked me to recommend him for the doctoral program, which I did in Nov. 2017:**

## Timothy Jackson <shermanzelechin@gmail.com>

Thu, Nov 30, 2017, 2:03 PM

to Levi

Dear Levi,

How are things coming along with your analysis of "L'Esmeralda?" Would you like to meet tomorrow to continue going through it?

I submitted the following letter (I usually share letters of recommendation with the people for whom I write them so that the process is transparent):

**It is with pleasure that I write in the strongest support of Levi Walls's application for a place in the doctoral program in Music Theory at the University of North Texas. This is, in fact, a very easy recommendation to write since Levi is a truly excellent all-round student. He is currently writing his Masters thesis on the opera "L'Esmeralda" by Louise Bertin (based on a libretto by Victor Hugo) under my supervision. I can report that he has made tremendous progress this semester and is on his way to completing a first-class study of the structure of this opera and its connection with the plot (based on Hugo's famous novel, *The Hunchback of Notre Dame*). There is no doubt that Levi is currently one of our strongest Masters students, and I am fully confident that he will prosper in the doctoral program going forward. I have heard that he is an excellent student from all of the other professors with whom he has studied, without any exception, which does not surprise me in the least given what I know of him and his work. Levi enjoys my full and unqualified backing as he progresses with his studies.**
**Timothy L. Jackson**
**Distinguished University Research Professor of Music Theory**
Professor of Music Theory
College of Music
University of North Texas
Denton, TX 76203 USA

## Walls, Levi <LeviWalls@my.unt.edu>

Thu, Nov 30,

28

JACKSON000028

to me

Dear Dr. Jackson,

Thank you for the letter and support! My analysis is coming along well, although I won't have the free time to meet tomorrow; my students have a test on Monday and I'm having extra office hours. Predictably, they have a lot of trouble with the 6/4 types. Could we meet Monday at 10?

In other news, I'm working on absorbing more repertoire and decided to organize a weekly list, focusing on about an hours worth of music for a composer each day. I thought you'd be interested in my list for next week (attached). Until Monday, I'm looking at the composers you mentioned on Monday.

Regards,

Levi Walls

**I searched out a possible award for him to conduct research in France:**

Fri, Dec 15, 2017,
10:31 PM

**Timothy Jackson <shermanzelechin@gmail.com>**

to levi, Levi

Dear Levi,

I am wondering whether you might apply for this award to conduct research in Paris at the Bibliothek Nationale on Bertain.

What do you think?

Best, Tim

29

JACKSON000029

# Finishing the Semester

Inbox

**Walls, Levi <LeviWalls@my.unt.edu>**              Sun, Apr 22, 2018, 3:37 PM

to me

Dear Dr. Jackson,

    Let's plan to meet next at the end of finals week (5/11). I know that's a big gap, but I need some time to focus on some other papers (one on the emergence of triadic harmony in Renaissance music for Lavacek, and one analyzing the first movement of Elfrida Andree's piano quintet for Cubero). I'm still working on the thesis daily of course, but I have a lot of work to finish for classes. Also, I'm doing a piano jury this semester and need to practice. Thanks!

    P.S. Could you please send me your work on punctuation form?

Here's a link to that quintet I mentioned. It reminds me of Mahler, and also Mendelssohn.

\https://www.youtube.com/watch?v=-WE1p4k3qkg\

to me

**<span style="color:red">Levi finished and defended his thesis. To increase his knowledge of the repertoire of French opera, I loaned him my own personal CDS of rare recordings:</span>**

# French operas

Inbox

**Timothy Jackson <shermanzelechin@gmail.com>**              Sat, Jul 21, 2018, 12:27 PM

30

to Levi, Levi

Dear Levi,

How are things going with French opera?

Best, Tim

## Walls, Levi <LeviWalls@my.unt.edu>

Sat, Jul 21, 2018, 4:30 PM

to me, Levi

Dear Dr. Jackson,

　Things are fine. I haven't gotten to all the cds you lent me, although I've made copies. I listened to Les Deux Journees with the full score and Lodoiska is next. Les Deux Journees is not as complex as La Esmeralda, but there are still worthwhile moments; I especially liked the act 1 finale, which is in Eb but starts with an auxiliary cadence (V) before going I-III♮3-V/II-II-IV-V-I. So, it was the most fleshed-out in terms of large-scale structure. When I listen with a score, I like to make notes on an index card about tonal structure for later; that didn't necessarily lead to any profound conclusions with Les Deux Journees, but the preliminary data is at least there for me to look at if I make a more detailed study later. Tonal structure and form is obviously so important for understanding a composition, so I'm trying to build up a rolodex of these index cards. There was some discrepancy between the recording and the score. The recording cut out no. 8 (a melodrama) which was weird because it was only 26 measures long and taking it out obviously changed the tonal structure. The other thing was that Constance's act 3 aria was missing from both the full score and the vocal score, but it was pretty steadily in Bb, so I could still include it in my notes.

　I watched Bleak House and you were right, it was incredible! A great production, and clearly a fantastic work. Dickens is so good at writing altruistic characters (like John Jarndyce) and, at the same time, he can write characters that are basically the devil (like Tulkinghorn). They're both very interesting, although each is really stock character (but you could say that every character imaginable is at least a variation on a stock character). His ability to write both so well makes A Christmas Carol (which, not caring much for Christmas, I never liked) more interesting to me because he manages to write a character that expresses both stock types.

　We should set up a time that I can return your cds (including the big book). I made copies of everything, which will really come in handy. I'm leaving for California in less than a week to visit

31

my in-laws, although I'm sure I'll spend a lot of my time there studying. They won't mind. Are you available on Tuesday for me to drop by?

Regards,

Levi Walls

**From:** Timothy Jackson <shermanzelechin@gmail.com>
**Sent:** Saturday, July 21, 2018 10:27:01 AM
**To:** Walls, Levi; Levi Walls
**Subject:** [EXT] French operas

**In the summers, Levi visited my house for private consultations. I also lent him my own DVDs of dramatizations of 19th century English novels:**

**Timothy Jackson <shermanzelechin@gmail.com>**                    Sat, Jul 21, 2018, 6:48 PM

to Levi

Dear Levi,

Tuesday should work. I think that Heejung teaches in the afternoon, so perhaps the later morning would be best.

Just a brief reply for now. I am pleased that you enjoyed Bleak House - it is both a great book and wonderful dramatization that truly captures the essence of Dickens' original novel.

Is there a DVD of the dramatization of George Elliott's *Daniel Deronda* in there? It too is superb. If it is not there, I will look for it and lend it to you when you come.

Best, Tim

**Walls, Levi <LeviWalls@my.unt.edu>**                    Sat, Jul 21, 2018, 7:28 PM

32

to me

Yep, Daniel Deronda is in there. How about 11 o'clock on Tuesday?

- Levi Walls

# Eichner, father and daughter

Inbo
x

**Timothy Jackson <shermanzelechin@gmail.com>**
Tue, Jul 31,
2018, 12:24 PM

to Levi

Dear Levi,

I thought that this information about A M Eichner might interest you.

https://en.wikipedia.org/wiki/Adelheid_Maria_Eichner#Works

In my article on "Punctuation Form" I discuss the MP 1 of her father Ernst Eichner's Symphony in G minor.

Now, for the follow-up article, I have been studying and analyzing the rest of the movement (MP 2-3). It is really fine. Clearly, Eichner (father) was a top-class composer.

Now the daughter's music - her Lieder - is published in a modern edition, but as far as I can tell, there is no recording - yet!

I am going to get the Lieder scores and take a look. Apparently, the daughter received superb musical training from the father, and became famous as a virtuoso singer AND pianist.

Best, Tim

JACKSON000033

**Walls, Levi <LeviWalls@my.unt.edu>**                    Tue, Jul 31,
                                                          2018, 3:44 PM

to me

Dear Dr. Jackson,

Thanks for the email. I'd like to see those lieder scores at some point. You might be
interested in this composer: https://en.m.wikipedia.org/wiki/Elfrida_Andrée

She was quite accomplished as an organist and activist, and I like her music, especially
her piano quintet. I might have mentioned her before. Here's a link to her complete solo
piano works: https://m.youtube.com/results?search_query=elfrida+andree+piano+works
I'd like to look at her opera, but it doesn't seem to be published aside from some arias in
a collection of various Swedish works.

Working on the article has taken a backseat to studying for entrance exams and quals
(also I'm in California with family) but it's on my mind. I really need to start publishing
soon in order to be competitive.

I most recently read Anna Karenina, The Hunger Artist, and a collection of Tolstoy short
stories, so you could say I'm on a Russian kick at the moment. I read something
recently that said Kafka's works, which often center around a character who is wrongly
persecuted or made to feel worthless by an indifferent force, were his way of working
out his feelings towards his abusive father; but I think that interpretation may be reading
too far into his biography. It's possibly better to say that his pessimism simply fits into
the realist and naturalist movements of the time. But maybe there is also something to
the biographical component.

    Regards,

        Levi Walls

_____
From: Timothy Jackson <shermanzelechin@gmail.com>
Sent: Tuesday, July 31, 2018 10:24:59 AM
To: Walls, Levi
Subject: [EXT] Eichner, father and daughter

**Timothy Jackson <shermanzelechin@gmail.com>**         Sat, Aug 25,
                                                        2018, 1:03 PM

34

to Levi

Dear Levi,

Since you have an interest in women composers, I thought that I would forward this information about the Russian-Jewish composer Zara Levina. The new CD of her piano concertos has been nominated for a Grammy. I have to delve into her music more carefully, but my initial impression is very positive, especially of the later, Second Piano Concerto.

https://libproxy.library.unt.edu:2086/catalogue/item.asp?cid=C5269

https://en.wikipedia.org/wiki/Zara_Levina

https://theaderks.wordpress.com/2017/12/28/zara-levina-piano-concertos-rachmaninov-meets-shostakovich/

**Walls, Levi <LeviWalls@my.unt.edu>**                   Mon, Aug 27,
                                                          2018, 6:18 AM

to me

Dear Dr. Jackson,

    This is great! Her harmonies (especially in the piano sonata) give me a very unique feeling in the core of my brain that, previously, only Prokofiev had managed. Both concertos are great, but I actually prefer 1 to 2, though it is hard to say why. I'm definitely showing Levina to my young aural skills students as part of my attempts to widen their musical purviews!

    Here's something by Elisabeth Lutyens, a British serialist:
https://m.youtube.com/watch?v=73kMX1ENUEo
She claimed to have developed her style without the influence of the second Viennese school of composers, which she said she only became aware of afterwards. However, I feel that she may have been taking a leaf from Wagner's book by mythologizing her own musical upbringing. She seems to have a liking for symmetrical structures. You may hear that in the piece I posted, but also in her larger work, Quincunx, which involves symmetrical 5-part groupings of sections (like a Quincunx).

Regards, Levi Walls

35

JACKSON000035

# Ruth Gipps

Inbox

**Timothy Jackson <shermanzelechin@gmail.com>**    Sun, Sep 23, 2018, 11:40 PM

to Levi

https://libproxy.library.unt.edu:2086/catalogue/item.asp?cid=CHAN20078

I thought that this new release from Chandos of Ruth Gipps might interest you.....

Best, Tim

**Walls, Levi <LeviWalls@my.unt.edu>**    Mon, Sep 24, 2018, 2:55 PM

to me

Dear Dr. Jackson,

    Yes, thank you, I'll check this out. I appreciate your emails, especially since I know you're busy! I read Dr. Murtomaki's article on the neglect of Bohemian composers, which was informative and gave me a good long list of new composers to check out. Currently reading Latham's Tonality as Drama, which I've referenced before but not yet read in full. I think there is a lot in there that I can use to inform my own research on opera. And for the first time in a while, I'm practicing piano regularly. And analysis of course.

    I recently discovered an online resource that I knew you would appreciate. It's a database of thousands of composers who are female or from non-European/US countries. In general, just composers from outside the canon, and you can search by genre and instrumentation! Of course, there are so many European male composers who are also overlooked, but this database chooses to focus on those other groups.

https://composerdiversity.com

    Regards,  Levi Walls

36

JACKSON000036

**From:** Timothy Jackson <shermanzelechin@gmail.com>
**Sent:** Sunday, September 23, 2018 9:40:38 PM
**To:** Walls, Levi
**Subject:** [EXT] Ruth Gipps

…

[Message clipped]  View entire message

**Timothy Jackson <shermanzelechin@gmail.com>**                Tue, Sep 25,
                                                               2018, 11:23 AM

to Levi

Dear Levi,

Thank-you for all of this interesting information!

Here a little tidbit:  In 1830, Hummel gave three concerts in Paris; at one of them, a rondo by
Hummel was performed by Aristide Farrenc's wife, the composer Louise Farrenc, who also "sought
Hummel's comments on her keyboard technique."

Best wishes, Tim

 ReplyForward

# Maria Teresa Prieto

Inbo
x

**Timothy Jackson <shermanzelechin@gmail.com>**                Fri, Dec 14,
                                                               2018, 8:57 PM

to Levi

https://www.youtube.com/watch?
v=cKkKZyUn1PU&list=PLshMjd9c4cQZNZ7fXJCJxyg4-hTevojth

Dear Levi,

37

JACKSON000037

Have you heard of this composer?

Best, Tim
Attachments area
Preview YouTube video Impresion sinfonica

▶

**Walls, Levi <LeviWalls@my.unt.edu>**                    Sat, Dec 15,
                                                          2018, 7:21 AM

to me

Dear Dr. Jackson,

    I had not. I'll listen to more of her music today. I see that she studied with Milhaud.
I went into the piece you sent expecting to hear a mixture of the French and Spanish
styles, but the first half actually reminds me a lot of Tristan (which is funny considering
Milhaud's antipathy towards Wagner's music). But, of course, that dislike wouldn't
necessarily have been inherited by Prieto, and even composers who purportedly had a
distaste for Wagner still exhibited his influence (like Franck and his D major string
quartet, although I've heard it argued that he's actually mocking Wagner in that case).
The key structure of Prieto's piece seems interesting. I don't have music in front of me,
but it seems to begin and end in G major although, in both cases, the voicing of the
chord substantially weakens the strength of tonic. Then there's the big half cadence in
the relative minor (around the 7-minute mark) before a rather shocking move to G
minor. Since she really draws out the half cadence, it seems clear that she wants to
draw as much attention as possible to the lack of resolution. If I were analyzing it, I'd
probably look for evidence of tonal pairing between G and E minor and maybe between
G and B major. But I'd have to be prepared to relinquish that theory if the score didn't
support it since I'm basing so much off of an initial hearing. Thanks for sending it to me!

    Regards,

        Levi Walls

---

**From:** Timothy Jackson <shermanzelechin@gmail.com>
**Sent:** Friday, December 14, 2018 6:57:36 PM
**To:** Walls, Levi
**Subject:** [EXT] Maria Teresa Prieto

JACKSON000038

# Your card

Inbo
x

**Timothy Jackson <shermanzelechin@gmail.com>**          Tue, Mar 5,
2019, 8:25 PM

to Levi

Dear Levi,

I want to thank you for your very kind card, which Stephen Hahn brought with him when
he visited me on Monday.

In January I suddenly had increasingly excruciating pain in my groin and my right leg,
which only became worse and worse.

The doctors noticed problems with my spine, but they also thought that I might have a
hernia. It was not until I was able to have a MRI done of both my lower back and groin
areas that the hernia could be definitively ruled out; however, it turned out that I have
three problematic discs in my back, and these were and are affecting nerves in the groin
area and in my right leg.

A month ago, I had the first of two spinal injections to reduce the inflammation, which
alleviated the terrible pain, and two weeks ago, I had the second shot. On this Thursday,
I will meet the specialist to discuss the next steps. It is clear that I will need to have
physical therapy, and perhaps further procedures to deal with "collateral damage" to the
nerves in my leg. At present, it is difficult and painful to sit at the computer too long, so
that I have mainly been occupied analyzing music on my back, consoling myself with
the thought that I might be a bit like Michelangelo working on the frescoes in the Sistine
Chapel, and hopefully have just a tiny modicum of his talent!

One of the things I have done is to have a crack at analyzing Dora Pejacevic's Second
Piano Sonata, which I think is a superb work. Also, of late, I have been analyzing the
music of Polish composers: Paderewski, Szymanowski, and Bortkiewicz (although the
Ukrainians claim him!).

How are your courses going? I do miss our lively and interesting discussions! Have you
thought more about your dissertation topic, and research interests?

It would be nice to hear from you.

JACKSON000039

With best regards,

Tim

**Walls, Levi <LeviWalls@my.unt.edu>**                    Wed, Mar 6,
                                                        2019, 10:05 AM

to me

Dear Dr. Jackson,

    Thanks for the update. That sounds incredibly uncomfortable, but I'm glad you're finding ways to work through it.

    Courses are going well. I'm in the last part of analytical systems, where I got to give a very interesting presentation on major philosophical inspirations in Schenker's work. So, I got to talk a lot about Kant, Schopenhauer, Leibniz, and Goethe. I'm also in a rock music seminar with Dr. Heetderks and a scholarly writing class in the English department. My writing has improved significantly since my thesis.

    In the scholarly writing class, we spend all semester workshopping a single paper, with the end goal being to submit it to a journal. I've been writing a paper on the historical circumstances that have held back Schenkerian approaches to opera, focusing on Schenker's myopia, formalism, and the false dichotomy of absolute and programmatic music. I also feel that the rejection of Alfred Lorenz has contributed somewhat to the issue. Even though he wasn't a Schenkerian, he argues for the possibility of unity in opera (or, at least, in Wagner's operas) and theorists seem keen on sacrificing his approach on a political altar. Of course, I have to be careful to frame that facet of the issue in the right way. In general, I have to be especially careful.

    Another paper I've had simmering is a little outside my normal research interests but it's good to work a little with canonized repertoire. I haven't yet done much with it because I came up with it spontaneously while listening to Brahms's second piano concerto in concert. Brahms seems to take a simple triplet from the first movement, evolve it into a 2/3 grouping dissonance in the second movement, making it more pronounced in the third, then finally creates a somewhat jarring subconscious grouping dissonance (Krebs's term) in the last movement. But I need to check what others have written about it.

    Other than my normal studies and research, I've been reading a lot. Trying to get through a book a week. Out of the 10 or so that I've in the last two months, my favorite has been Wives and Daughters by Gaskell; I was so sad when it ended before Molly

40

JACKSON000040

and Roger finally got together (since Gaskell died before finishing it). At the moment I'm reading You Can't Go Home Again by Thomas Wolfe. So far it seems to be an exposé of decadence during the roaring 20s.

Regards,

Levi Walls

---

**From:** Timothy Jackson <shermanzelechin@gmail.com>
**Sent:** Tuesday, March 5, 2019 6:25:48 PM
**To:** Walls, Levi
**Subject:** [EXT] Your card

**Levi is giving a paper at the Society for Music Theory this November on Berlioz's opera *Les Troyens*. The topic and the analysis itself grew out of his work with me:**

# Les Troyens

Inbox

**Timothy Jackson <shermanzelechin@gmail.com>**                Wed, Mar 13, 2019, 2:17 PM

to Levi

Dear Levi,

I have been watching the 1983 Met production of Berlioz's *Les Troyens*. Jessye Norman as Cassandra is amazing! Wow!

My feeling is that this opera is Berlioz's greatest work. It probably is the best French opera of all time.

Full and vocal scores are on IMSLP.

Best, Tim

41

**Walls, Levi <LeviWalls@my.unt.edu>**            Wed, Mar 13, 2019, 9:55 PM

to me

Dear Dr. Jackson,

   Thanks for the emails! I'm still looking through your Szymanowski materials that you were kind enough to send; I got extremely engulfed in the book I was reading, but I've now finished it. I can already see/hear the centrality of C in the third act. I'll enjoy following your analysis. I notice (just listening, *sans* score) that the first act also seems to center around C and E as you suggested. To start, the chorus and bass seem to emphasize B, then C#, then A, but these first few minutes seem more like a prelude. So, the "real" beginning (so to speak) would be the huge crescendo that arrives on a triumphant C major sonority, which is also when the tenor comes in with that third progression. And it sounds like it keeps coming back until the first act finally ends in C. Very interesting.

   I have the 2010 Dutch National Opera video recording of *Les Troyens*, and the 1970 Colin Davis Royal Opera House recording on vinyl. You might be interested in a part of the insert from the record, which includes excerpts of letters/memoirs regarding the opera. I'll attach pictures here (font may be small, but you'll be able to zoom in if you download them).

   The end of the first part (*La prise de Troie*) is very interesting because it seems as if it is going to end in FM (the key of the prelude for the second part) but then it somewhat abruptly ends in Cm. Because of this, both parts feature a V-I key relationship from beginning to end (*La prise de Troie* starts in G and ends in Cm, while *Les Troyens* starts in F and ends in Bb). Since I haven't graphed the opera, it's more of a casual observation than a serious hypothesis, but those key relations make a lot of large-scale tonal sense (In Bb, V/ii-ii-V-I). Could be something there. I'll have to keep the opera in mind, especially since Berlioz fits very nicely into my research interests. He's one of the composers that has a clear love and appreciation of literature.

   Regards,

     Levi

---

**From:** Timothy Jackson <shermanzelechin@gmail.com>
**Sent:** Wednesday, March 13, 2019 12:17:39 PM

42

JACKSON000042

**To:** Walls, Levi
**Subject:** [EXT] Les Troyens

## 4 Attachments

**Timothy Jackson <shermanzelechin@gmail.com>**   Thu, Mar 14, 2019, 9:07 AM

to Levi

Dear Levi,

I will look at the tonal structure in light of your comments. I have the vinyl Colin Davis and will check the notes (thank you for the photos). I also have Dutoit's recording on cd.
Is the 2010 dvd good?

Everything you are hearing in King Roger is correct! The opera begins with a big aux cadence to C. Perhaps Szymanowski learned this from studying Strauss' Electra, which does the same except in C minor.

I think that Les Troyens would be well worth an in depth study along the lines of your investigation of Bertin!

Berlioz's libretto is masterly! It reflects his literary sophistication.

Best wishes,

Tim
Sent from my iPhone

# Notre-dame

Inbo
x

Levi

# Schenkerian Studies TA

Inbo

43

JACKSON000043

**Graf, Benjamin <Benjamin.Graf@unt.edu>**　　Mon, Apr 22, 2019, 9:50 AM

to me, Stephen, Benjamin

Tim, Stephen, and Benjamin,

I wrote to Levi and he already responded; he has accepted the position.  I am sure he will thrive in the in his new role and I look forward to mentoring him starting in August/September!

Best,
Ben

*Benjamin Graf, Ph.D.*

**University of North Texas**
Music History, Theory and Ethnomusicology

Office: MU215



**Brand, Benjamin <Benjamin.Brand@unt.edu>**　　Mon, Apr 22, 2019, 11:03 AM

to Benjamin, me, Stephen

Thank you, Ben. To reiterate, Levi's appointment is still conditional on our ability to cover aural skills. Once that is confirmed, I would ask that Tim, Stephen, and you formulate a job description that clearly specifies Levi's duties. I am attaching a similar document that Frank created for the *Theoria* TA position for the sake of comparison.

Best,
Benjamin

Benjamin Brand | Professor of Music History | Chair, Division of Music History, Theory, and Ethnomusicology
College of Music | University of North Texas | 1155 Union Circle #311367 | Denton, TX 76203 | (940) 536-3561

44

JACKSON000044

Attachments area

# Berlioz

Inbox

**Timothy Jackson <shermanzelechin@gmail.com>**         Fri, May 10, 2019, 10:21 AM

to Levi

Dear Levi,

If you find yourself liberated, and are interested, I would like to look at some Berlioz with you.

I have worked on the outer sections of Cleopatre. If you would like to analyze them on your own, then we could compare readings. What do you think?

At some point, I am keen to go through parts of Les Troyens. In my opinion, this opera is Berlioz at his very best! Parts of it are just stupendous.

Also, I did some analysis of the Second Piano Sonata by Pejacevik; it is very unusual and fascinating. I have been working with Juana Montsalve on her doctoral dissertation on Maria Theresa Prieto, with a focus on her song cycle, and that has proven fascinating. Juana won a grant to do some archival digging in Mexico about Prieto, and she is leaving for Mexico next week.

With best wishes, Tim

**Walls, Levi <LeviWalls@my.unt.edu>**         Fri, May 10, 2019, 1:02 PM

to me

Dear Dr. Jackson,

45

JACKSON000045

Yes, looking at some Berlioz sounds nice. I'm finally done with the semester, so I can start my summer studies. I'll go print out the score for Cleopatre so I can analyze it on the large papers and we can compare. We can also talk about Les Troyens.

Have you ever analyzed Berlioz's La Damnation de Faust? I'm interested in Les Troyens, naturally, but I'd like to analyze the Faust opera. Faust has always been a character that interests me. I identify with Faust at the beginning of the work (not so much after he signs the contract and adopts his Hedonistic lifestyle). On a related note, I'm reading Doctor Faustus by Mann. It's been on my list!

　　Regards,

　　　　Levi
_____
From: Timothy Jackson <shermanzelechin@gmail.com>
Sent: Friday, May 10, 2019 8:21:00 AM
To: Walls, Levi
Subject: [EXT] Berlioz
...

[Message clipped]  View entire message

**Timothy Jackson <shermanzelechin@gmail.com>**          Fri, May 10, 2019, 1:09 PM

to Levi


Dear Levi,

I have not analyzed the Berlioz Damnation although I have also been interested in it for a long time. So, why not Cleopatre first and then Damnation. There are also the Schumann Scenes from Faust, and Mahler's Eighth Symphony Part II. I have studied the Mahler very carefully, and also gone through the Schumann too superficially - but enough to believe it is one of Schumann's really strong pieces. I have also studied Liszt's Faust Symphony in depth.

I will pull out my score of the Damnation.

Best, Tim


**Walls, Levi <LeviWalls@my.unt.edu>**          Fri, May 17, 2019, 8:52 AM

JACKSON000046

to me

Dear Dr. Jackson,

I'm most interested in the fact that the opera follows a very similar tonal trajectory to La Esmeralda, starting in D major and centering around a tonal pairing between D major and F major. This is consistent for the first three acts. It's not until the fourth act that things go off the rails. Of course, act four is where things go sour in this version of the story. Marguerite, having accidentally killed her mother, is in prison and Faust must sign away his soul in order to save her. At this point in the opera, the tonal structure turns to darker keys, focusing on Ab and Db major. So, the opera ends in Db instead of D. As we've discussed before, I see downward semitonal shifts as tragic in nature.

The tonal similarities to La Esmeralda (with D major and F major as focal points) is especially interesting since Berlioz wrote La Damnation afterwards. Of course, Berlioz would have been extremely familiar with the score since he edited it. Furthermore, the only other adaptation of Faust to move the contract signing to the end of the story (which makes Faust a more sympathetic character) is Bertin's.

Beginnings and endings are sine qua non to understanding the deeper meaning of any story, but I'm starting by examining act 2 and the first part of act 3. Act 2 is almost entirely in D major, which is obviously very unusual (and important); from there, it moves to F major (once again).

Did you want to get together sometime to talk about opera? I'm unable to travel Friday through Sunday because my wife works all day and has our only car, but I'm available the other days of the week. And, of course, I'm always walking distance from campus. I'm working on fixing the css site this month, so I'll give you an update in a week or so.

Regards,

Levi

---

**From:** Timothy Jackson <shermanzelechin@gmail.com>
**Sent:** Thursday, May 16, 2019 9:13:29 PM
**To:** Walls, Levi
**Subject:** [EXT] Which part of the "Damnation" to study?

…

[Message clipped]  View entire message

JACKSON000047

**Timothy Jackson <shermanzelechin@gmail.com>**     Fri, May 17, 2019, 10:07 AM

to Levi

Dear Levi,

That is very interesting indeed! I see your point now. Yes! I do understand exactly what you are getting at.

I had in mind that you might want to analyze one or two of the parts of "Damnation" in detail, because there are many interesting motivic, harmonic, and other features. My preference would be the Third and Fourth Parts if you are up for it.

Otherwise, my preference would be to dive into Les Troyens, which I consider Berlioz's supreme achievement.

What do you think?

I am in the process of moving into a new house, so my books, CDs, scores, etc. are all in boxes. Still, life and thought go on, and I feel it is important to dig deeper into Berlioz.

We could meet when you have mobility.

Also, have you had a chance to look through the outer sections of Cleopatre? It is worthy of study.

Best wishes, Tim

**Walls, Levi <LeviWalls@my.unt.edu>**     Fri, May 17, 2019, 1:09 PM

to me

Dear Dr. Jackson,

    Yes, I've been going through Cleopatre. It's starting to make more sense. I have ideas about the overall structure, which I currently read as a massive II-V-I auxiliary cadence in Ab. Key areas like B major and F minor function as contrapuntal

48

embellishments on Eb and Ab major, respectively.  At the moment, I'll hold off on saying more until I have graphs in order. Perhaps we can meet during the week next week.

Sure, I can analyze the 3rd and 4th parts of Faust. That would show the movement from D to Db pretty clearly. I'll keep Les Troyens in mind, though. I'm interested in both operas; Faust is just winning by a nose. Looking at an old email, I realized that I forgot to answer your question about he 2010 recording of Les Troyens. The production quality is really high, but I'm lukewarm about the set and costume design. It's just a bit minimalistic for my tastes. The chorus could have been more together, as well, but I'm really nitpicking. Overall, it's a fine recording.

Regards,

Levi Walls

---

**From:** Timothy Jackson <shermanzelechin@gmail.com>
**Sent:** Friday, May 17, 2019 8:07:13 AM
**To:** Walls, Levi
**Subject:** Re: [EXT] Which part of the "Damnation" to study?

...

[Message clipped]   View entire message

**Timothy Jackson <shermanzelechin@gmail.com>**        Fri, May 17, 2019, 7:19 PM

to Levi

Dear Levi,

Let's meet next week, if possible, to discuss Cleopatre. I will start looking deeper into the last parts of "Damnation," time permitting.

I might want to make a trip to Houston next week to see the amazing exhibition of Van Gogh paintings there - a once in a life time opportunity, apparently. You might want to see it.

I don't know if I mentioned that we are moving to a new house at the end of the month. So, lots of boxes are around and most of my library is packed up! But I kept out my score of "Damnation."

Best wishes, Tim

**Walls, Levi <LeviWalls@my.unt.edu>**                    Sat, May 18,
                                                          2019, 2:09 PM

to me

Dear Dr. Jackson,

Yes, let's meet on Thursday, if that works for you. Perhaps 1 pm?

Moving is the worst! Thanks for keeping the Damnation score at hand, and for encouraging my research interests!

Regards,

Levi

**From:** Timothy Jackson <shermanzelechin@gmail.com>
**Sent:** Friday, May 17, 2019 5:19:14 PM
**To:** Walls, Levi

**Timothy Jackson <shermanzelechin@gmail.com>**          Tue, May 21,
                                                          2019, 7:39 PM

to Levi

Dear Levi,

I will see you on Thursday at 1pm.

Best, Tim

**Walls, Levi <LeviWalls@my.unt.edu>**                    Tue, May 21,
                                                          2019, 8:30 PM

to me

Dear Dr. Jackson,

50

JACKSON000050

Great, I'll see you then, and I'll bring my Cleopatre graphs!

Regards,

Levi Walls

**Timothy Jackson <shermanzelechin@gmail.com>**    Sat, May 25, 2019, 10:45 AM

to Levi

Dear Levi,

I fully agree with your auxiliary-cadence analysis of *Cleopatre* as II-V-I in Ab major! Bravo! The difficult question (as I see it) is, what precisely is the meaning of the F minor episode, and how does it fit into this overarching background scheme? Also, there are many, many complexities in the opening Bb *minor* (in spite of the key signature) section, the Eb major section, and then the motion from Eb major to F minor, and F minor to Ab major. After intensive struggle, I now have an idea as to how to explain the voice leading connections, and it will be most interested to compare my reading with yours. The delay in meeting was good. I was unhappy with my earlier analysis. Now I think that I have something much better!

Before I forget, I should alert you to the upcoming Euromac 10 Music Analysis Conference in Moscow. I think that you definitely should put in a proposal. It would be a good place to scout out some future submissions to the JSS.

**Walls, Levi <LeviWalls@my.unt.edu>**    Sun, May 26, 2019, 2:20 PM

to me

Dear Dr. Jackson,

    I'm glad you agree. Yes, that reading seems especially appropriate considering the *in medias res* nature of the text.

51

Yes, thank you for the heads up. I will definitely submit a proposal for that conference, along with others.

I wasn't very familiar with settings of Whitman until a few months ago. A student in the scholarly writing class was doing research on Whitman and opera and asked for some feedback, so I did some listening at that time. I especially like the reconciliation section of *Dona nobis pacem.* I feel that Williams really grasped the meaning of the text, as evidenced by the three-fold repetition of the first half. It's first experienced by the individual (baritone), then the individual is subsumed into the collective (chorus), as is the case with war. The third varied repetition may represent the arrival of a new, fresh, collective, as if the "washing of the soiled world" took place during the second half of the poem.  "Reconciliation" seems like a very interesting poem for Whitman (or, at least, how I tend to think of him). It's definitely not pro-war, but it also accepts war as a necessary evil.

Wednesday at 2 is good for me. I'll see you then! I assume it's at your previous address (Woodside Drive in Highland Hills), rather than the new one. Let me know if I should go to the new house.

Regards,

Levi Walls

---

**From:** Timothy Jackson <shermanzelechin@gmail.com>
**Sent:** Saturday, May 25, 2019 8:45:06 AM
**To:** Walls, Levi
**Subject:** [EXT] Re: Feeling sick today

…

[Message clipped]  View entire message

**Timothy Jackson <shermanzelechin@gmail.com>**     Sun, May 26, 2019, 3:52 PM

to Levi

Dear Levi,

JACKSON000052

We don't close on the new house until Thursday. Still, I have been distracted a bit with packing up my library.

I like VW's Whitman settings a lot; he seems to capture something essential in the poetry. Interesting that you notice an acceptance of war as a necessary evil. The piece was composed at a time when VW was really struggling - as were many in Britain - with the possibility of another war with Germany - this time with Hitler's Germany. VW was involved with settling German-Jewish refugees coming to England, so that he knew first hand what the Nazis were doing to the Jews - the Jews being the canaries of the world. Like most Europeans - non Germans - at that time, VW did not want another war. Therefore, I believe that he was drawn in two directions: on the one hand, to want to avoid conflict, and on the other perceiving the necessity of confronting the bully, and this tension is felt in the work. Then there is the whole episode of the Hamburg Prize, which VW accepted from Nazi Germany in the hope of easing tensions, but which left a bitter after-taste - and he never did receive the promised monetary component. The backstory to this prize is extremely interesting and important for understanding VW's works of the later 1930s.

Best wishes, Tim

**Timothy Jackson <shermanzelechin@gmail.com>**      Wed, May 29, 2019, 10:00 AM

to Levi

Dear Levi,

Just confirming your visit at 2pm today. We are in a bit of disarray, but I am ready to discuss Cleopatre.

Best, Tim

**Walls, Levi <LeviWalls@my.unt.edu>**      Wed, May 29, 2019, 10:49 AM

to me

53

JACKSON000053

Dear Dr. Jackson,

Yes, I will be there at 2. See you then!

Regards,

Levi

---

**In May 2019, we were moving. I gave Levi about 600 recordings to help him expand his knowledge of repertoire and study for his qualifying exams. I also gave him stereo equipment that I was not using.**

## pick of records

**Timothy Jackson <shermanzelechin@gmail.com>**               Fri, May 31, 2019, 6:11 PM

to Levi

Dear Levi,

Would you have time this weekend to pick up the records that I have put aside for you?

Best wishes,

Tim

## some equipment that works that I don't use

Inbo x

**Timothy Jackson <shermanzelechin@gmail.com>**               Fri, May 31, 2019, 6:17 PM

to Levi

Dear Levi,

54

I have a projector that works; it is about 12 years old, but still has life left in it. It was excellent quality when I bought it.

Also, I have a Rotel Amplifier that needs a fuse replaced. If you know someone who is good with electronics, they could probably do it. Rotel is a good brand.

Additionally, I have an Adcom Preamp that has an issue with one of the settings - I forget which. At one point, I was thinking of getting it repaired, but then I moved to a higher level of equipment.

If you would like these pieces, then I would be happy to give them to you. Otherwise, I will donate them to Goodwill, which will repair and sell them.

In terms of records, I have about four or five boxes of them!

Best wishes,

Tim


**Walls, Levi <LeviWalls@my.unt.edu>**          Sat, Jun 1, 2019,
                                                              12:30 AM


to me


Dear Dr. Jackson,

    Sorry for the delay. Great, I can swing by tomorrow to pick up the records. Normally, I wouldn't have a car but my wife won't be at work because she has bronchitis. So I'll be able to travel tomorrow. I can come by any time tomorrow, but I'll be without a car again on Sunday.  I can also take the equipment off your hands. I should be able to put them to some use. Thanks a bunch!

    Regards,

        Levi Walls

---

**From:** Timothy Jackson <shermanzelechin@gmail.com>
**Sent:** Friday, May 31, 2019 4:17:24 PM
**To:** Walls, Levi
**Subject:** [EXT] some equipment that works that I don't use

…

[Message clipped]  View entire message

JACKSON000055

**Timothy Jackson <shermanzelechin@gmail.com>**  Sat, Jun 1, 2019, 7:31 AM

to Levi

Dear Levi,

Would you like to come by around 11?

Best wishes,

Tim

**Walls, Levi <LeviWalls@my.unt.edu>**  Sat, Jun 1, 2019, 7:33 AM

to me

Dear Dr. Jackson,

Yes, I'll see you then!

Regards,

Levi

**From:** Timothy Jackson <shermanzelechin@gmail.com>
**Sent:** Saturday, June 1, 2019 5:31:59 AM
**To:** Walls, Levi
**Subject:** Re: [EXT] some equipment that works that I don't use

...

[Message clipped]  View entire message

**Timothy Jackson <shermanzelechin@gmail.com>**  Sat, Jun 1, 2019, 7:36 AM

56

JACKSON000056

to Levi

Great! Make sure that you have room in your car!

**Walls, Levi <LeviWalls@my.unt.edu>**          Sat, Jun 1,
2019, 8:51 PM

to me

Dear Dr. Jackson,

I'm okay! I have a baby grand at home, which was a generous gift from a patron when I lived in California. I'm also good on screens, printers, and storage. Very much appreciated though.

Again, thanks so much for the records! I already got a new bookcase for them and all the operas are now organized. One more bookcase should do it. Oh no, not overwhelmed at all. I can't wait to dive into all the recordings/inserts.

I'll be in touch about Berlioz/research.

Regards,

Levi Walls

**Regarding the Symposium, Levi and Ben asked me if Clark, Beaudoin and Lett responses should be published; I agreed that they should be published in fairness to have both sides, and they were.**

# Clark, Beaudoin, and Lett responses

Inbo
x

**Walls, Levi <LeviWalls@my.unt.edu>**          Thu, Feb 13,
10:54 AM

57

to me, benjamingraf@unt.edu

Dear Dr. Jackson (with Dr. Graf in copy; Dr. Slottow not copied because he asked to be recused),

Dr. Graf and I were wondering what your thoughts were concerning the submissions from Clark, Beaudoin, and Lett. As you may have seen, these responses are (at least) implicitly anti-Schenkerian. Despite disagreeing with much of what they have to say, Dr. Graf and I think it is important to publish these responses along with the others that we have received (Wiener, Pomeroy, Wen, Cadwallader, etc.). We wouldn't want the *JSS*'s account of the debate to appear one-sided, and having a mixture of opinions will lend more credibility to those responses that we do agree with. Just want to check in with you before we proceed!

And thank you for all your time and effort in getting responses from prominent names in the field!

Regards,

Levi Walls

# recommendation for conference

**Timothy Jackson <shermanzelechin@gmail.com>**   Wed, Feb 19, 8:57 PM

to Levi

Dear Levi,

So..... this afternoon I did receive an email requesting my approval for your application, to which I have responded with the highest possible numerical ranking.

I am unsure whether I have to write a more detailed letter of support, and have written to Dr. Brand to see. Just in case I do need to craft an actual letter, might you send me your abstract and details about the conference, which I will need for my letter.

Today I picked up a recording of Berlioz's Beatrice and Benedict: https://www.amazon.com/BERLIOZ-BEATRICE-BENEDICT-JOHN-NELSON/dp/B00007M8T1/ref=sr_1_3?keywords=Beatrice+and+benedict+nelson&qid=1582167159&s=music&sr=1-3

58

It seems very good indeed.

The cycles in the Bertain are clearly damaged; but, I wonder if they are in the Berlioz *Les Troyens*? Perhaps, in the latter, the opposite might be the case?

Best, Tim

**As Levi's advisor in the doctoral program, the Chair Benjamin Brand asked me for a letter of support for his application for travel funding to present his work in England. I wrote such a letter:**

# Walls U.K. travel funding

Inbox

**Walls, Levi <LeviWalls@my.unt.edu>**                          Tue, Feb 18, 4:55 PM

to me

Dear dr. Jackson,

I think dr. Brand sent you an email (as my advisor) regarding the request I put in for funding to go to the U.K. I believe he requires a response from you before the request can go through. Thanks!

Regards,

Levi Walls

**Timothy Jackson <shermanzelechin@gmail.com>**                          Tue, Feb 18, 7:52 PM

to Levi

Dear Levi,

59

I looked through my webmail account under Brand, but I don't see any communication about this travel funding for you. Plus, I do not recall writing a letter of recommendation for your travel, nor reading your application! I did assist another student with an application for travel funding, but not you!

If you received a note from him about this application, could you please forward it to me, along with a copy of your application.

I hope that senility has not accelerated at light speed!

Tim

**Walls, Levi <LeviWalls@my.unt.edu>**                    Tue, Feb 18, 8:52 PM

to me

Dear dr. Jackson,

      Yeah, I was surprised when he said he needed your feedback. I'm not sure why. He mentioned it in passing today. Hopefully, it requires nothing more than for you to push a button and submit. I'll email him.

Regards,

      Levi Walls

**From:** Timothy Jackson <shermanzelechin@gmail.com>
**Sent:** Tuesday, February 18, 2020 5:52:27 PM
**To:** Walls, Levi <LeviWalls@my.unt.edu>
**Subject:** [EXT] Re: Walls U.K. travel funding

...

[Message clipped]  View entire message

**Walls, Levi <LeviWalls@my.unt.edu>**                    Tue, Feb 18, 9:06 PM

to me

60

I emailed him to reach out to you. Apologies, I would have given you more heads up if I had known any action was required on your end. I only knew about it because he mentioned it when I ran into him today.

- Levi Walls

**From:** Walls, Levi <LeviWalls@my.unt.edu>
**Sent:** Tuesday, February 18, 2020 6:52:43 PM
**To:** Timothy Jackson <shermanzelechin@gmail.com>
**Subject:** Re: [EXT] Re: Walls U.K. travel funding

...

[Message clipped]  View entire message

**Timothy Jackson <shermanzelechin@gmail.com>**          Tue, Feb 18,
                                                          9:20 PM

to Levi

Dear Levi,

I would like more information. I don't recall you mentioning a travel application to the UK; rather, I thought that you were interested in France! So, why England?

Tim

**Walls, Levi <LeviWalls@my.unt.edu>**          Tue, Feb 18,
                                                9:25 PM

to me

Dear dr. Jackson,

   Oh, yes, it's for the international conference of musical form on June 30 that I was accepted into. Just to help with the funding to get to the conference. Nothing substantial like the planned work in France.

Regards,

   Levi Walls

61

JACKSON000061

**From:** Timothy Jackson <shermanzelechin@gmail.com>
**Sent:** Tuesday, February 18, 2020 7:20:01 PM
**To:** Walls, Levi <LeviWalls@my.unt.edu>
**Subject:** Re: [EXT] Re: Walls U.K. travel funding

**Timothy Jackson <shermanzelechin@gmail.com>**                    Tue, Feb 18,
                                                                                                          9:34 PM

to Levi

Dear Levi,

OK. That is totally different from the student *research* grant application (I believe that I
sent you the call for applications for that competition thinking you might want to go to
Paris). Well, of course I will strongly support your application for travel funding to
present at the British conference. But, as I said, I have not heard a peep from Brand
about that. Maybe he does not need my input to make a decision.....

Keep me posted regardless.

By the way, if you have a chance to make a pit stop at the British Library near Charing
Cross in London to photograph something for me, I would be infinitely grateful. But only
if you have time. Their music collection is spectacular and important, and a resource
that you should be familiar with! I have spent many happy hours puttering around there.

Best, Tim

**Walls, Levi <LeviWalls@my.unt.edu>**                    Thu, Feb 20,
                                                                                         8:15 AM

to me

Dear Dr. Jackson,

         Thanks for taking care of the funding request. Hopefully Brand doesn't require much more
from you as I don't wish to inconvenience you without warning! Of course I'm happy help you
by making a stop at the British Library. I'll be staying with a friend in London and commuting to
Newcastle from there (which will be cheaper in the end), so the Charing Cross library won't be
too out of the way. What is it that you would like me to photograph?

62

JACKSON000062

Regards,

Levi Walls

**Cordial relations with Levi persisted for nearly five months *after* the Symposium was submitted to UNT press, and we were assembling the next issue. Levi's daughter was born. There was no sign of any issues or concerns.**

**I sent Levi a project that I was working on:**

## Walls, Levi <<u>LeviWalls@my.unt.edu</u>>

May 19, 2020, 10:01 AM

to me

Dear Dr. Jackson,

Thanks for your email, and the detailed graphs. Since musical setting is, itself, a translation of sorts, these pieces would seem to offer an especially interesting challenge (a Wellesz translation of Rilke's translation of E.B. Browning, like a game of "telephone"). Technically, there are four levels (or at least three and a half) to the process because Rilke didn't know English and was assisted by his hostess in Capri. If you haven't already, there are a few articles that you might find useful, especially in regards to the relationship between Rilke's and Browning's texts. "Rilke's Translations of English, French, and Italian Sonnets" by Furst: https://www.jstor.org/stable/pdf/4172561.pdf?refreqid=excelsior%3Ad54da7f70c99859abb26629bc5b5c137 and "Translating Desire: Elizabeth Barrett-Browning and Rilke's women in love" by Catling (although I couldn't manage to find this article, which appears in a German-language book called *Rilke und die Moderne*). https://ueaeprints.uea.ac.uk/id/eprint/26337/ It seems like it would be useful if it can be tracked down. I'm unsure of the state of ILL during this shutdown.

Part of the Furst article mentions that, because Rilke changes the structure of the sonnets he translates, the resultant rhyme scheme "gains a musical and symbolical element" that wasn't necessarily there before (132). According to the author, this change is due in part to Rilke's alternating use of masculine and feminine rhymes, whereas Browning's rhymes are consistently masculine. I wonder if the translations set by Wellesz feature similar changes.

Ophelia is well for the most part. My wife works 6pm-6am three days a week, so I am on my own with her those nights. It can be pretty rough (because she cries more when Rebeca is gone) so I often go without sleep. But it's a labor of love. I think, all in all, I'm doing well in fatherhood.

63

JACKSON000063

My biggest challenge, as I always thought it would be, is not to be too neglectful because of work. It's a delicate balance.

I'm currently studying for my related field quals, so I'm buried in English literature texts. I think more music theorists would do well to be more familiar with some of these literary theory texts. A few that I've committed to reading are unrepentantly intentionalist though, especially Hirsch's *Validity in Interpretation* (an ironic title, to be sure, because when our analyses are absolutely beholden to the supposed intentions of authors, we might as well throw out the possibility of interpretation). One of the novels I'm currently reading is *Romola.* Knowing your interest in George Eliot and Vasari's *Lives of the Artists,* it seems like a book you would appreciate.

This talk of English literature reminds me. Would you mind signing my degree plan? Just the "major professor" line near the bottom of the front page. You'll have to do it electronically, which should be straightforward using the "annotate" tool of whatever PDF program it opens in. I attached it. Let me know if it gives you trouble. Thanks!

Regards,

   Levi Walls

---------- Forwarded message ---------
From: **Stephen Slottow** <sslottow@gmail.com>
Date: Thu, May 14, 2020 at 6:49 PM
Subject: Re: [EXT] Re: Confidential
To: Colin Davis <colinldavis@gmail.com>
Cc: Walls, Levi <LeviWalls@my.unt.edu>, Timothy Jackson <shermanzelechin@gmail.com>

Dear Levi,

That all sounds excellent.

But when should the present issue be out?

-sps

**Walls, Levi <LeviWalls@my.unt.edu>**                    Mon, Jun 8,
                                                          8:49 AM

64

to me

Dear Dr. Jackson,

Thanks for the email. I'm afraid it's a negative on the sleep issue. She's still pretty fussy at night so I only get an hour here and there.

In regards to your journal questions, I've been emailing Karen at UNT press about the printing, but she hasn't been responding (which is frustrating). Even with the virus, I feel like it's taking too long. I emailed Ron yesterday, so hopefully he will respond. I've been chipping away at the Novack and I've gotten through the first couple files. While I'm at it, I'm also formatting it in Indesign for the journal style. I had a question: should I change the British-style punctuation and spellings (i.e. periods outside of quotation marks and words like "focussed")? I assume the answer is yes, but wanted to double-check. I'll send some of the proofs this week.

Thanks for your kind offer to meet. Always much appreciated. Perhaps sometime later in the summer; now's just not a good time. In a month or so, I'll have finished teaching my summer course (aural skills III), Ophelia will hopefully be sleeping better, and I'll have gotten my massive reading list under control, all of which will significantly improve my sanity.

I'll be presenting my double cycle work at SMT this year, so that will be good.

How have you been doing this summer? How is your family?

Regards,

Levi Walls

PS. Just as I was about to hit send, Ron responded to my email. He said that the printing has been underway but running behind because of the virus. We should have copies by the end of this month, he said.

---

**From:** Timothy Jackson <shermanzelechin@gmail.com>
**Sent:** Sunday, June 7, 2020 1:29 PM

JACKSON000065

**To:** Walls, Levi <LeviWalls@my.unt.edu>
**Subject:** [EXT] Making contact - Novack text

**Timothy Jackson <shermanzelechin@gmail.com>**    Tue, Jun 9, 7:46 PM

to Levi

Dear Levi,

Bravo on the SMT acceptance! Great news indeed! Are they going to hold the meeting physically or on-line? I will not travel this year, considering it just too risky - and expensive, given the cuts to faculty travel funding. I have read some reports indicating that there are patients recovering from the virus who have exhibited lasting damage to their hearts. No one knows the long-term repercussions. It is depressing that the infection rate in the Denton area shows no decline.

https://gis-covid19-dentoncounty.hub.arcgis.com/pages/covid-19cases

On the contrary, it is increasing daily!

Thank-you for the update about the *Journal* and the Novack. Good news about the text. Use our house style (American). Once I have that text from you, I will start working with Colin on the examples.

I am teaching "Analysis and Performance" for the first time as a summer course. With 15 students, entirely on-line, it is challenging. However, the good news is that the students are almost all DMAs and highly motivated, so that I think we will make real progress. Right now, we are looking at a scene from Jommelli's opera *Armida abbandonatta,* which I believe to be an absolutely amazing opera.

I send you my annotated score with some ideas about how it works.

There is one very significant difference between the two recorded performances, both available on Youtube. https://www.youtube.com/watch?v=F3_skCJBSJg

https://youtu.be/FrPRKb-xhzY?t=2337

Both are very good, but Rousset makes a significant cut in the A' section. I am trying to figure out if he made it based on Jommelli, or on his own. It is possible that Jommelli compressed the A' because he revised the opera for different performances.

JACKSON000066

This opera is one of the truly great Classical operas! I cannot recommend it highly enough!

Your baby will sleep through the night - eventually. Hang in there!

Best, Tim

**On July 23, 2020, just six days before the public attack and his subsequent denunciation of me, Levi wrote:**

**Walls, Levi**                                                                     Thu, Jul 23,
                                                                                    2:11 PM

to me

Dear Dr. Jackson,

   I attached the requested files. Ah, yes, I remember from my first semester at UNT that you were working on the late quartets (op. 131, to be specific). That was back when I barely knew what Schenkerian analysis was. Hard to believe it was only 4 years ago! Let's hope I come just as far in another 4 years.

   I'd be interested in seeing your Beethoven work, as with anything. Studying Beethoven will always be important, even if I don't ever plan on presenting/publishing work on him. I always feel a little apprehension at doing Beethoven research. He's been done so much over the years (for good reason, to be sure, as he is without a doubt one of the greatest composers that ever lived). But still, I inwardly groan a little when I see paper after paper on Beethoven at conferences. I think you know what I mean, since you were sitting right next to me when I heard you say something to a similar effect in response to a Beethoven paper at TSMT 2018. But, I'm glad to see what you have to say since, as I said, it's very important to continue studying Beethoven. Something new and valuable might come out of it, and it would be an awful shame if Beethoven research stopped *entirely*.

   For my own part, I have a few projects going for the next conference season. I once wrote a paper about finding a musical analogue to Transatlantic Modernism (the Imagist poets, plus the likes of T.S. Eliot and Gertrude Stein). I had noticed that documentaries on these figures used a mixture of classical–romantic era music and Coplandesque Americana, but I argued that it was the music of the second Viennese school that really mirrors the Transatlantic Modernist aesthetic/philosophical views. And it should be the job of a documentary to choose music that represents their subject's aesthetic/philosophical views, when that documentary is on an artist. So I'm reworking that paper for a few American literature conferences. Then, I've recently

67

JACKSON000067

started thinking about writing a proposal for upcoming theory/musicology conferences that compares formalism in music vs. formalism in literary theory. Confusingly, the two ideologies are complete opposites when it comes to matters of interpretation. One of our main formalist representatives is Peter Kivy, whose perspective is almost semiotically barren. On the other hand, the main representatives of formalism in literary theory are the New Critics and the Russian Formalists, who are extremely flexible in regards to semiotics. In part, the New Critics pushed Barthes' idea of the "death of the author," which I find indispensable to interpretation (and Kivy found distasteful). I think that the underlying reasons for this disparity between formalism in music and in literary theory will say something important about the ideological differences between the two fields. But that project is in it's infancy, so we'll see what happens with it.

Ophelia is okay. She's getting so much smarter and her hand-eye coordination is improving a lot. If I put her on my lap at the piano, she hits the keys with interest, which is very good for a four-month-old! A surprising lack of change in the sleep department, though. But, at least I don't have to take care of her alone at night anymore (at least, for the foreseeable future) because my wife's work schedule changed to daytime shifts.

Regards,

Levi Walls

---

**From:** Timothy Jackson <shermanzelechin@gmail.com>
**Sent:** Thursday, July 23, 2020 9:53 AM
**To:** Walls, Levi <LeviWalls@my.unt.edu>
**Subject:** [EXT] Re: Updates on articles, websites, and printing.

…

[Message clipped]  View entire message
## 3 Attachments

**Timothy Jackson <shermanzelechin@gmail.com>**            Thu, Jul 23, 6:49 PM

to Levi

Dear Levi,

JACKSON000068

Thank-you for the update. I would like to discuss these issues with you and learn more about them! I also would like to recommend that you take a closer look at the last movement of Op. 127 for starters because I believe that the way of thinking here is relevant to Berlioz. Here, Beethoven departs quite radically from "Classical" principles of design-tonal organization, and I can see now how this kind of freedom would have impressed Berlioz, and inspired some of his procedures. I presume that you plan to go forward with *Les Troyens*.....If so, doing so would be helpful.

By the way, I did not realize this, but Salieri wrote quite a bit for the French opera, being "anointed" for this task by Gluck. The results are impressive. *Les Danaides*, for example, while gruesome, is quite an opera! There are boring parts of *Tarare*, but also superb sections in a highly imaginative frame.

I will look over Wason's comments and get back to you and Dr. S.

Best, Tim

**Shortly after the Twitter attack, Levi Walls posted on FB, July 27, 2020 this denunciation:**

I have written the following statement in an attempt to share my experiences and shed light on the situation regarding the Journal of Schenkerian Studies. Furthermore, the purpose of this statement is to emphasize how deeply sorry I am for my involvement in the journal. Although I had no control over the content of the journal, or over the decisions regarding review processes, I am guilty of complicity because I remained in the position after I realized that my whistleblowing efforts were for naught. I hope the following account provides helpful context:

In summer 2019 (when I had just finished my first year as a PhD student in music theory at UNT) I was asked if I would like to take on a research assistantship, as assistant editor of the JSS. It would allow me to gain skills in typesetting, copyediting, and general understanding of the process that goes into an academic journal. I saw the assistantship as a good opportunity, as I am interested in research. And, naturally, as the position was under the supervision of no less than five UNT faculty members who I believed had my best academic interest at heart, it didn't seem like something I would regret. Throughout the process, myself and the editor at the time were to report directly to Timothy Jackson and Stephen Slottow, with major decisions about the journal's contents to be decided by them. As I will explain, what appeared to be a positive opportunity for a young graduate student quickly turned into an extremely shameful position that I feared I could not leave without significant damage to my career.

For the first few months, the job seemed fine, as I got to work with three articles on various topics, typesetting and offering clarity-related edits. However, after Philip Ewell's SMT presentation, Timothy Jackson decided that it was the responsibility of the journal to "protect Schenkerian analysis." Although—after serious thought—I essentially agreed with Ewell's talk, it was not up to me what did or did not go into the journal. After seeing some of the responses, I started to become incredibly worried. I gave comments to one author, including that they seemed

69

to devalue other fields of study, that they cherrypicked information to make Schenker appear in a better light, and that they confused cultural appropriation with egalitarianism. Shortly after, I was told by Timothy Jackson (my superior in at least three senses: a tenured faculty member who ran the journal and also served as my academic advisor) that it was not my job to censor people. After this, things continued to go in a direction that I found to be disgusting.

I set up a secret meeting with my department chair, specifically acknowledging that I was coming to him as a whistleblower because I was worried about the potential dangers that the journal posed for the College of Music and for rational discourse in music theory. My warning was not heeded and—although I feel that he had the best of intentions—he expressed reluctance to step in and control the actions of the journal. Furthermore, after my warning that Dr. Jackson was woefully ignorant about politically correct discourse and race relations, he rebutted that "Dr. Jackson did very well in the recent diversity and inclusion workshops."

After this, I feared that I would remain powerless and voiceless in regard to the running of the journal (despite my misleading title of "assistant editor," and the fact that I was meant to become "editor" for volume 13). In hindsight, I should have quit the journal in protest. However, I feared retaliation from Timothy Jackson: he is an incredibly well-connected and influential figure in Schenkerian circles, and I've lost count of the number of people who have told me over the years that I would regret it if I ever got on his bad side. Despite this—as well as my worry about losing the financial means to support my family—I am ashamed to say that I stayed in the position. I continued to do the administrative tasks assigned to me, to typeset the articles, provide basic copyediting, and to correspond with authors about their edits via email. Eventually, I read Timothy Jackson's response, which left me dumbfounded by it's disgusting and harmful rhetoric. Even after that, I feared to do anything other than grin and bear a job that I knew was harmful to UNT, the field of music theory, people of color, and basic human decency. For that cowardice, I am truly sorry.

Sincerely,
Levi Walls

JACKSON000070