# EXHIBIT K

Case 4:21-cv-00033-ALM   Document 1-12   Filed 01/14/21   Page 2 of 3 PageID #: 313

From: **Walls, Levi** <LeviWalls@my.unt.edu>
Date: Thu, Jan 9, 2020 at 12:00 PM
Subject: Re: responses to Ewell
To: Slottow, Stephen <Stephen.Slottow@unt.edu>
Cc: Graf, Benjamin <Benjamin.Graf@unt.edu>, Timothy Jackson <shermanzelechin@gmail.com>

Dear Dr. Jackson, et al.,

    Hope your break is winding up well. Would you be so kind as to send us the Ewell responses you have gotten thus far? Of course, we understand that they may need to be workshopped a bit, so it would be best to get an idea of what we are working with. As we discussed previously, the content of responses will be kept confidential until such a time as they are deemed ready. It goes without saying that there are good ways and bad ways for these responses to be framed, and it will be important for us to screen them for tone and misinformation (lest we allow the JSS to fall into some of the same pitfalls that Ewell himself fell into).

    Regards,

        Levi Walls

---

**From:** Walls, Levi <LeviWalls@my.unt.edu>
**Sent:** Wednesday, January 8, 2020 8:15 PM
**To:** Slottow, Stephen <Stephen.Slottow@unt.edu>
**Cc:** Graf, Benjamin <Benjamin.Graf@unt.edu>; Timothy Jackson <shermanzelechin@gmail.com>
**Subject:** Re: responses to Ewell

Hi Dr. Slottow, et al.,

    Yes, of course! I'll be sure to share any responses to the JSS whenever we get them. As of right now, we have not yet received any. I'll keep you all updated, though.

    Regards,

        Levi Walls

JACKSON000250



JACKSON000251