# EXHIBIT L

**Patricia Hall <pahall@umich.edu>**
Re: Anti-racism petition
To: Aleksandra Vojcic <vojcic@umich.edu>, Cc: theoryfac <theoryfac@umich.edu>, theorygrad <theorygrad@umich.edu>

August 7, 2020 at 12:0010
Details

Siri found new contact info in this email: Patricia Hall pahall@umich.edu   add to Contacts...

Thanks, Sandra. We very much appreciate your support.

Best,
Pat

Patricia Hall
Professor of Music Theory
The University of Michigan School of Music,
Theatre & Dance
1100 Baits Drive
Ann Arbor, MI 48109-2085

See More from Aleksandra Vojcic

Found in Important Mailbox

**Karen Fournier <kjfourni@umich.edu>**
Re: Anti-racism petition
To: Aleksandra Vojcic <vojcic@umich.edu>, Cc: theoryfac <theoryfac@umich.edu>, theorygrad <theorygrad@umich.edu>

August 7, 2020 at 11:1000
Details

Cheers, everyone!

Following up on Sandra's request, here's the link to the petition condemning JSS's latest issue.

Karen

https://docs.google.com/document/d/1pne06DbjDt-ume06JMtc5fljpbLDkMZgw3mRFOrRepE/edit?fbclid=IwAR1yZF1kBqNxLDx1eKjBDNjftSUOyPSDreut3zidUPPq10t1B-rJgum7qwk

See More from Aleksandra Vojcic

--
Dr. Karen Fournier
Associate Professor and Director of Research
School of Music, Theatre, and Dance
Faculty Associate, International Institute, LS&A
University of Michigan @ Ann Arbor

**Aleksandra Vojcic <vojcic@umich.edu>**
Anti-racism petition
To: theoryfac <theoryfac@umich.edu>, theorygrad <theorygrad@umich.edu>

August 7, 2020 at 11:0530

Dear All,

As I am struggling with excavating many messages, I plead one of you resend the petition supporting SMT statement condemning JSS latest issue.

I encourage all of you to make a stand. Personally, I am proud of Pat Hall and SMT leadership for taking such a strong stand for the benefit of all.

Sandra

JACKSON000252