# EXHIBIT M

**From: Cane Sweet <canesweet0@gmail.com>**
**Sent: Tuesday, August 4, 2020 2:12 PM**
**To: Jackson, Timothy <Timothy.Jackson@unt.edu>**
**Subject: [EXT] I'm sorry**

Hey I'm writing this email anonymously I registered a new email for this. I'm sorry I signed that letter too. I resisted signing it but my advisor is super involved in this (one of the most active people) and everyday he checks that letter to look for people he knows. My name is among one of the last ones. I saw that pretty much everyone signed, so for a moment there I thought "he's got tenure but I still need to build a career" I'm sorry I been feeling like a coward since I signed I'm so weak and I owe you one. I'll remember that I owe you one and I'll make it up to you some day

**From: Cane Sweet <canesweet0@gmail.com>**
**Sent: Tuesday, August 4, 2020 6:35 PM**
**To: Jackson, Timothy <Timothy.Jackson@unt.edu>**
**Subject: Re: [EXT] I'm sorry**

A few more things:

Even last year at SMT I didn't agree with prof Ewell's plenary but I ended up standing up and clapping anyway. When you're in the middle of a standing ovation it's kind of hard to remain seated, especially when you're surrounded by people who know you... I did resist the standing ovation for as long as I could and was probably the last person who stood. Even then people looked at Me all mean.

Just saying I do despise myself but not as much as I despise the dozens of people who were involved in the making of the journal but later posted on the internet and blamed it ALL on you. "Jackson made me do it" says the editor the vice editor the authors ... all these people! who are you, the president? Did you kidnap their families? It's ridiculous.

Professor Jackson I promise you: time will tell. Once this crazy time passes, history will tell who's right and wrong.

JACKSON000253