# EXHIBIT Q

May 19, 2020,
10:01 AM

## Tuesday, May 19, 2020

**Walls, Levi <LeviWalls@my.unt.edu>**

to me

Dear Dr. Jackson,

Thanks for your email, and the detailed graphs. Since musical setting is, itself, a translation of sorts, these pieces would seem to offer an especially interesting challenge (a Wellesz translation of Rilke's translation of E.B. Browning, like a game of "telephone"). Technically, there are four levels (or at least three and a half) to the process because Rilke didn't know English and was assisted by his hostess in Capri. If you haven't already, there are a few articles that you might find useful, especially in regards to the relationship between Rilke's and Browning's texts. "Rilke's Translations of English, French, and Italian Sonnets" by Furst: https://www.jstor.org/stable/pdf/4172561.pdf?refreqid=excelsior%3Ad54da7f70c99859abb26629bc5b5c137

and "Translating Desire: Elizabeth Barrett-Browning and Rilke's women in love" by Catling (although I couldn't manage to find this article, which appears in a German-language book called *Rilke und die Moderne*). https://ueaeprints.uea.ac.uk/id/eprint/26337/ It seems like it would be useful if it can be tracked down. I'm unsure of the state of ILL during this shutdown.

Part of the Furst article mentions that, because Rilke changes the structure of the sonnets he translates, the resultant rhyme scheme "gains a musical and symbolical element" that wasn't necessarily there before (132). According to the author, this change is due in part to Rilke's alternating use of masculine and feminine rhymes, whereas Browning's rhymes are consistently masculine. I wonder if the translations set by Wellesz feature similar changes.

Ophelia is well for the most part. My wife works 6pm-6am three days a week, so I am on my own with her those nights. It can be pretty rough (because she cries more when Rebeca is gone) so I often go without sleep. But it's a labor of love. I think, all in all, I'm doing well in fatherhood. My biggest challenge, as I always thought it would be, is not to be too neglectful because of work. It's a delicate balance.

I'm currently studying for my related field quals, so I'm buried in English literature texts. I think more music theorists would do well to be more familiar with some of these literary theory

JACKSON000264

texts. A few that I've committed to reading are unrepentantly intentionalist though, especially Hirsch's *Validity in Interpretation* (an ironic title, to be sure, because when our analyses are absolutely beholden to the supposed intentions of authors, we might as well throw out the possibility of interpretation). One of the novels I'm currently reading is *Romola.* Knowing your interest in George Eliot and Vasari's *Lives of the Artists,* it seems like a book you would appreciate.

This talk of English literature reminds me. Would you mind signing my degree plan? Just the "major professor" line near the bottom of the front page. You'll have to do it electronically, which should be straightforward using the "annotate" tool of whatever PDF program it opens in. I attached it. Let me know if it gives you trouble. Thanks!

**Regards,**

    **Levi Walls**

    ReplyForward

JACKSON000265