# EXHIBIT S

| **Walls, Levi** | Sat, Jul 25, 10:22 PM | | |
|---|---|---|---|
| to Karen, Ronald, me, Stephen | | | |

Hi Karen and Ron,

    There is a situation developing on social media that is possibly damaging to the journal, and in order to quiet any misinformation, it is very important that we release the digital version of the journal early. Can we please arrange this ASAP? Do we need to contact Tamupress, or is this a UNTpress issue? I'm unsure of who the proper person of contact is there.

Regards,

    Levi Walls

| | Sat, Jul 25, 8:55 PM |
|---|---|
| **Walls, Levi** | |
| to Ellen, me, Stephen, Andrew, Benjamin, Diego | |

Hi all,

    I just heard about this. It's very worrying, especially as I don't want my career to be ruined before it properly began. I have a family to take care of now. I'm also confused about what exactly people want. The responses were to Ewell's paper. Did Ewell want to respond to his own paper? If he wants to respond to the responses to his paper, then that is perfectly reasonable, and I don't think anyone would have a problem with that. We could publish something in the upcoming volume, if that is what people want. But he couldn't have responded to responses that hadn't yet come out. Since the journal printed every response that we got, it should go without saying that we weren't interested in presenting a one-sided picture. Quite the opposite. We emphasized in the CFP that we wanted a wide range of views.

 At the moment, people seem to be speculating about the journal without actually reading it. Maybe we should consider releasing it online early, so that misinformation does not spread.

 I really hope all this can be resolved somehow.

Regards,

 Levi Walls

JACKSON000269



facebook.com

www...Q==--e0e3d... BookFinder.co... Print Books Amazon Wikipedia Yahoo MLB - Major ...umors - ESPN >> >>

Chris Segall | Facebook

Add Friend

**Devin Chaloux**
For what it is worth, the current editor of JSS is a doctorate-holding professor - unless I've missed something.
1
Like · Reply · 1d

**Chris Segall**
**Devin Chaloux** You are right. From what I now understand, the outgoing editor began his position when he was a grad student at UNT and has stayed on for an extended term. I think the position is intended for a graduate student.
1
Like · Reply · 1d

View 2 more replies

**Ben Graf**
Chris, I appreciate your note about not blaming the young editorial team for the issues you raise. As young editors, we indeed have obligations to the advisory board and editorial board. That is why we wanted to make a clear distinction that it was n... **See More**
5
Like · Reply · 1d

**Chris Segall**
**Ben Graf** It seems clear to me that the advisory board has the controlling stake in this journal.
3
Like · Reply · 1d