# EXHIBIT 1

**From:** Heidlberger, Frank <Frank.Heidlberger@unt.edu>
**Sent:** Thursday, July 30, 2020 10:38 AM
**To:** Friedson, Steven <Steven.Friedson@unt.edu>; Geoffroy-Schwinden, Rebecca <Rebecca.Geoffroy-Schwinden@unt.edu>; Notley, Margaret <Margaret.Notley@unt.edu>
**Cc:** Ragland, Catherine <Catherine.Ragland@unt.edu>; Mondelli, Peter <Peter.Mondelli@unt.edu>; Prince, April <April.Prince@unt.edu>; Virani, Vivek <Vivek.Virani@unt.edu>; Schulze, Hendrik <Hendrik.Schulze@unt.edu>; Illari, Bernardo <Bernardo.Illari@unt.edu>; Wright, Brian <Brian.Wright@unt.edu>; Cubero, Diego <Diego.Cubero@unt.edu>; Heetderks, David <David.Heetderks@unt.edu>; Schwarz, David <David.Schwarz@unt.edu>; Bakulina, Ellen <Ellen.Bakulina@unt.edu>; Lavacek, Justin <Justin.Lavacek@unt.edu>; Graf, Benjamin <Benjamin.Graf@unt.edu>; Robertson, Gillian <Gillian.Robertson@unt.edu>; Slottow, Stephen <Stephen.Slottow@unt.edu>; Timothy Jackson <shermanzelechin@gmail.com>; Chung, Andrew <Andrew.Chung@unt.edu>
**Subject:** Re: Faculty Statement on the Recent issue of JSS

Dear Rebecca, and all

I enthusiastically endorse this letter. Please attach my name to the letter.

I shared the draft with our previous chair, Eileen Hayes, who is leading the anti-racism efforts as president of CMS. This is what she responded:


"Thanks for sharing.  This is fantastic!  I am extremely proud to be associated with a division that would offer such a statement.  [...].

... last sentence:  "...to address and eliminate systemic racism within our specific disciplines."

You have really given me great hope this morning, with your letter. I was also proud of SMT's statement posted to Facebook. This is a period in which we are experiencing numerous trials, many of them centered around race. The MHTE letter makes me proud that I have lived to see such a statement issued from a College of Music."

I support her suggestion for editing the last sentence. Please do so.


Thanks for your support,
Frank


Dr. Frank Heidlberger
Professor of Music Theory

Music Theory Area Coordinator

University of North Texas
College of Music
1155, Union Circle # 311367
Denton, TX 76203
U.S.A.
Phone: (940) 369-7542
Fax (940) 565-2002