# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| TIMOTHY JACKSON, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-00033 |
| | § | |
| LAURA WRIGHT, et. al., | § | |
| *Defendants*. | § | |

## ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

Before the Court is Defendants' Motion to Dismiss. Upon due consideration of the motion, the subsequent briefing, the evidence, and the law, the Court finds said motion meritorious.

It is therefore ORDERED that Defendants' Motion to Dismiss is hereby GRANTED.

It is FURTHER ORDERED that Plaintiff's claims against all Defendants are hereby dismissed with prejudice. All relief not expressly granted herein is denied.