UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **Timothy Jackson**, <br><br> Plaintiff, <br><br> v. <br><br> **Laura Wright**, **Milton B. Lee**, **Melisa Denis**, **Mary Denny**, **Daniel Feehan**, **A.K. Mago**, **Carlos Munguia**, and **G. Brint Ryan**, each in their official capacities as members of the Board of Regents for the University of North Texas System; **Rachel Gain**; **Ellen Bakulina**; **Andrew Chung**; **Diego Cubero**; **Steven Friedson**; **Rebecca Dowd Geoffroy-Schwinden**; **Benjamin Graf**; **Frank Heidlberger**; **Bernardo Illari**; **Justin Lavacek**; **Peter Mondelli**; **Margaret Notley**; **April L. Prince**; **Cathy Ragland**; **Gillian Robertson**; **Hendrik Schulze**; **Vivek Virani**; and **Brian F. Wright**, Defendants. | Case No. 4:21-cv-00033-ALM |

**AMENDED CERTIFICATE OF SERVICE CONCERNING PLAINTIFF'S MOTION TO EXPEDITE (DK#7)**

On March 9, 2021, Plaintiff, through counsel, filed his Motion to Expedite Discovery or, in the Alternative, to Perpetuate Testimony (Motion to Expedite).  Dk#7.

At the time of filing, counsel to Defendants, Matthew Bohuslav, had not yet filed an appearance in the above-caption case.  Attorney Bohuslav only appeared through filing Defendant's Motion to Dismiss on March 15, 2021.  Dk#8.  Therefore, service was not perfected through the CM/ECF system.

1

Attorney Bohuslav and Plaintiff's Attorney Michael Thad Allen conferred on March 16, 2021 concerning this unperfected service.  Attorney Bohuslav agreed in writing to accept service by email.  On March 16, 2021, undersigned counsel served by email all papers filed as part of Plaintiff's Motion to Expedite.

Undersigned counsel therefore certifies that Plaintiff's Motion to Expedite (Dk#8) has been served according to Fed. R. Civ. P. 5(b)(F).

Given the date that service was perfected, the deadline to respond to Plaintiff's Motion to Expedite should therefore run from March 16, 2021.

Respectfully submitted,

DATE: March 16, 2021

/s/Michael Thad Allen
Michael Thad Allen, Esq.
D. Conn. Bar No. CT29813
admitted *pro hac vice*
Lead Attorney
ALLEN LAW, LLC
PO Box 404
Quaker Hill, CT  06375
(860) 772-4738 (phone)
(860) 469-2783 (fax)
m.allen@allen-lawfirm.com

Jonathan Mitchell
Texas Bar No. 24075463
MITCHELL LAW PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

for PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on the date specified in the caption of this document, I electronically filed the foregoing with the Clerk of Court, to be served on all parties of record via the CM/ECF system.

/s/Michael Thad Allen
Michael Thad Allen