# EXHIBIT A



OFFICE OF THE PROVOST
& ACADEMIC AFFAIRS

March 2, 2021

Dear Dr. Jackson,

Thank you for your response to the Ad Hoc Panel's Report of Review of Conception and Production of Vol. 12 of the *Journal of Schenkerian Studies* (JSS). I was heartened that you accepted some of the panel's recommendations, including: 1) the publication of a clear and transparent explanation for the journal's editorial process; 2) the appointment of an editor-in-chief who is a full-time tenured faculty member; and 3) the inclusion of a conflict-of-interest statement concerning submissions by editorial staff and members of the editorial board. I also note that you did not address the panel's fourth recommendation, which concerns issues of governance and oversight. Furthermore, you reserved the right for the journal to publish contributions that are not peer reviewed. It is important that faculty in the division and college who have an interest in the journal share an understanding of the credibility these changes will bring to the journal.

The university is moving forward with a plan to ensure that the JSS remains a prominent venue for peer-reviewed scholarship of the highest quality. In consultation with Dean John Richmond and Chair Benjamin Brand, I am charging the Division of Music History, Theory, and Ethnomusicology to launch a national search for a new editor-in-chief who is a full-time tenured faculty member preferably at an R1 university or comparable conservatory of music. This editor then will determine the membership of the JSS editorial board, recruiting new members as needed and renewing existing members as appropriate. In close collaboration with the board, the new editor will establish clear and transparent guidelines concerning the governance structure of the journal and its editorial, review, and publication practices, including the board's oversight role and whether the journal will publish contributions that are not peer reviewed. I expect these guidelines to comport well with the publication standards of *A Short Guide to Ethical Editing for New Editors* of the Council for Publication Ethics. The editor and board will be responsible for defining a timeline, selection of articles and other details related to the publication of the next volume of the JSS. The editor and board also will consult with Dean Richmond and Chair Brand to define the future relationship of the JSS with the College of Music, the Division of Music History, Theory, and Ethnomusicology, and the UNT Press; and on the opportunities for our graduate students to participate in the editorial process.

Dean Richmond, Chair Brand, and I are eager to see the *Journal of Schenkerian Studies* continue to make important contributions to the discipline of music theory. We are confident it will do so through the university's course of action outlined above. Thank you, once again, for participating in this review process.

Sincerely,

Jennifer Cowley, PhD
Provost and Vice President for Academic Affairs