UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

**Timothy Jackson**,

   Plaintiff,

v.

**Laura Wright**, et al.,

   Defendants.

Case No. 4:21-cv-00033-ALM

## NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY

 Plaintiff Timothy Jackson withdraws his motion for expedited discovery filed on March 9, 2021 (ECF No. 7). The parties held their Rule 26(f) conference yesterday, which moots the expedited-discovery request.

                Respectfully submitted.

                 /s/ Jonathan F. Mitchell

Michael Thad Allen*  
*Lead Attorney*  
Connecticut Bar No. 435762  
Allen Law, LLC  
Post Office Box 404  
Quaker Hill, Connecticut 06375  
(860) 772-4738 (phone)  
(860) 469-2783 (fax)  
m.allen@allen-lawfirm.com

\* admitted *pro hac vice*

Dated: April 15, 2021

Jonathan F. Mitchell**  
Texas Bar No. 24075463  
Mitchell Law PLLC  
111 Congress Avenue, Suite 400  
Austin, Texas 78701  
(512) 686-3940 (phone)  
(512) 686-3941 (fax)  
jonathan@mitchell.law

\*\* signed with permission of lead attorney Michael Thad Allen

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on April 15, 2021, I served this document through CM/ECF upon:

Matthew Bohuslav
Assistant Attorney General
General Litigation Division
Post Office Box 12548
Austin, Texas 78711-2548
(512) 463-2120 (phone)
(512) 320-0667 (fax)
matthew.bohuslav@oag.texas.gov

*Counsel for Defendants*

      /s/ Jonathan F. Mitchell
Jonathan F. Mitchell
*Counsel for Plaintiff*