UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **Timothy Jackson**, <br><br> Plaintiff, <br><br> v. <br><br> **Laura Wright**, et al., <br><br> Defendants. | Case No. 4:21-cv-00033-ALM |

## MOTION FOR WITHDRAWAL OF PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY

Plaintiff Timothy Jackson hereby respectfully moves to withdraw his motion for expedited discovery filed on March 9, 2021 (ECF No. 7). As good grounds for this motion, Plaintiff states as follows:

The parties held their Rule 26(f) conference April 14, 2021, which moots the expedited-discovery request.

WHEREFORE, Plaintiff Timothy Jackson respectfully moves this honorable Court to withdraw his Motion for Expedited Discovery (ECF No. 7).

Respectfully submitted.

/s/ Michael Thad Allen

| | |
|---|---|
| JONATHAN F. MITCHELL <br> Texas Bar No. 24075463 <br> Mitchell Law PLLC <br> 111 Congress Avenue, Suite 400 Austin, Texas 78701 <br> (512) 686-3940 (phone) <br> (512) 686-3941 (fax) <br> jonathan@mitchell.law | MICHAEL THAD ALLEN* <br> *Lead Attorney* <br> admitted *pro hac vice* <br> Connecticut Bar No. 435762 <br> Allen Law, LLC <br> Post Office Box 404 <br> Quaker Hill, Connecticut 06375 <br> (860) 772-4738 (phone) <br> (860) 469-2783 (fax) <br> m.allen@allen-lawfirm.com |
| Dated: April 21, 2021 | *Counsel for Plaintiff* |

## CERTIFICATE OF SERVICE

I certify that on April 15, 2021, I served this document through CM/ECF upon:

MATTHEW BOHUSLAV
Assistant Attorney General
General Litigation Division
Post Office Box 12548
Austin, Texas 78711-2548
(512) 463-2120 (phone)
(512) 320-0667 (fax)
matthew.bohuslav@oag.texas.gov

*Counsel for Defendants*

                                         /s/ Michael Thad Allen
                                         Michael Thad Allen *Lead Counsel for Plaintiff*