# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT O F TEXAS
# S H E R M A N DIVISION

| | |
|---|---|
| **Timothy Jackson**, <br><br> Plaintiff, <br><br> v. <br><br> **Laura Wright**, et al., <br><br> Defendants. | Case No. 4:21-cv-00033-ALM |

## ORDER

Pending before the Court is Plaintiff's Motion for Withdrawal of Plaintiff's Motion for Expedited Discovery (Dkt. #22), wherein Plaintiff seeks to withdraw as moot his prior Motion for Expedited Discovery or, in the Alternative, Petition to Conduct Depositions to Perpetuate Testimony (Dkt. #7).

The Court finds the Motion for Withdrawal (Dkt. #22) should be GRANTED, and Plaintiff's Motion for Expedited Discovery or, in the Alternative, Petition to Conduct Depositions to Perpetuate Testimony (Dkt. #7) is hereby WITHDRAWN.

IT IS SO ORDERED.

SIGNED this 22nd day of April, 2021.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE