# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| TIMOTHY JACKSON, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-00033 |
| | § | |
| LAURA WRIGHT, et. al., | § | |
| *Defendants*. | § | |

---

## JOINT MOTION FOR PROTECTIVE ORDER
---

Plaintiff and Defendants (the "Parties") jointly move the Court to enter a protective order concerning the production and use of confidential information in this litigation. The Parties have agreed to the Agreed and Stipulated Protective Order filed herewith to provide mutual protections related to confidential information and documents containing the same.

WHEREFORE, the Parties hereby request that this Court enter the attached Agreed and Stipulated Protective Order.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN COWLES
Deputy Attorney General for Civil Litigation

*1*

THOMAS A. ALBRIGHT
Chief, General Litigation Division

/s/ *Matthew Bohuslav*
MATTHEW BOHUSLAV
Texas Bar No. 24069395
Assistant Attorney General
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: 512-463-2120
Fax: 512-320-0667
matthew.bohuslav@oag.texas.gov
***Attorneys for Defendants***


/s/Michael Thad Allen
Michael Thad Allen, Esq.
D. Conn. Bar No. CT29813
admitted pro hac vice
Lead Attorney
ALLEN LAW, LLC
PO Box 404
Quaker Hill, CT 06375
(860) 772-4738 (phone)
(860) 469-2783 (fax)
m.allen@allen-lawfirm.com

Jonathan Mitchell
Texas Bar No. 24075463
MITCHELL LAW PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law
***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

       I hereby certify that on the 6th day of May, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which automatically provided notice to the following CM/ECF participants:

Jonathan F. Mitchell
Mitchell Law, PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
jonathan@mitchell.law

Michael Thad Allen, Esq.
Allen Law, LLC
PO BOX 404
Quaker Hill, CT 06375
m.allen@allen-lawfirm.com
*Attorneys for Plaintiff*

                                */s/ Matthew Bohuslav*
                                MATTHEW BOHUSLAV
                                Assistant Attorney General