**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| TIMOTHY JACKSON, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-00033 |
| | § | |
| LAURA WRIGHT, et. al., | § | |
| *Defendants*. | § | |

---

### DEFENDANTS' NOTICE REGARDING SUBPOENA-RELATED MOTION

---

TO THE HONORABLE JUDGE AMOS L. MAZZANT:

Defendants hereby notify the Court that a subpoena-related motion is pending in the Northern District of Texas and the parties to that motion have requested that it be transferred to this Court. After Plaintiff Professor Timothy Jackson filed this lawsuit [Dkt. #1], Defendants filed a motion to dismiss [Dkt. #8] and moved for a stay of discovery [Dkt. #18]. As set forth in the subpoena-related motion filed this day in the Northern District of Texas, Jackson has aggressively sought discovery while Defendants' motion to dismiss and motion to stay discovery remain pending, including through Rule 45 subpoenas issued to seven officials from the University of North Texas requesting document production by June 1, 2021 in Fort Worth, Texas—where no party, no subpoenaed individual, and no counsel are located. *See* Exhibit A ("Movants' Opposed Motion to Quash Subpoena and Motion for Protective Order"). Jackson's choice of Fort Worth as the location for compliance with the subpoenas required that the subpoenaed individuals move to quash the subpoenas in the Northern District of Texas. *See* Fed. R. Civ. Pro. 45(d)(3). Because the subpoena-related motion addresses issues already before this Court, such as sovereign

immunity and this Court's jurisdiction over the case, the subpoenaed individuals also moved this day for the subpoenaed-related motion to be transferred to this Court pursuant to Federal Rule of Civil Procedure 45(f). *See* Exhibit B ("Movants' Unopposed Rule 45(f) Motion to Transfer").

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN COWLES
Deputy Attorney General for Civil Litigation

THOMAS A. ALBRIGHT
Chief, General Litigation Division

*/s/ Matthew Bohuslav*
MATTHEW BOHUSLAV
Texas Bar No. 24069395
Assistant Attorney General
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: 512-463-2120
Fax: 512-320-0667
matthew.bohuslav@oag.texas.gov
***Attorneys for Defendants***

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of May, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which automatically provided notice to the following CM/ECF participants:

Jonathan F. Mitchell
Mitchell Law, PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
jonathan@mitchell.law

Michael Thad Allen, Esq.
Allen Law, LLC
PO BOX 404
Quaker Hill, CT 06375
m.allen@allen-lawfirm.com
***Attorneys for Plaintiff***

/s/ Matthew Bohuslav
MATTHEW BOHUSLAV
Assistant Attorney General

3