IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| TIMOTHY JACKSON, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 4:21-mc-00008 |
| | § | Underlying Case: |
| LAURA WRIGHT, et. al., | § | Civil Action No 4:21-cv-00033 |
| | § | (In the Eastern District of Texas) |
| *Defendants*. | § | |

**MOVANTS' UNOPPOSED RULE 45(F) MOTION TO TRANSFER**

Pursuant to Federal Rules of Civil Procedure 45(f) ("Transferring of Subpoena-Related Motion"), non-party movants Benjamin Brand, Jennifer Cowley, Jincheng Du, Francisco Guzman, John Ishiyama, Matthew Lemberger-Truelove, and Jennifer Wallach (collectively "Movants"), file this Unopposed Motion to Transfer seeking transfer of Movants' Opposed Motion to Quash Subpoenas and Motion for Protective Order to the Sherman Division of the Eastern District of Texas where the underlying case is pending before the Honorable Judge Amos L. Mazzant. Transfer will conserve judicial resources and prevent conflicting rulings. Movants, who are the target of the subpoenas, and Plaintiff Professor Timothy Jackson, who had the subpoenas issued, consent to the transfer.

For the foregoing reasons, Movants respectfully request that the Court transfer Movants' subpoena-related motion to Judge Mazzant's Court in the Sherman Division of the Eastern District of Texas.

**EXHIBIT B**

        Respectfully submitted,

        KEN PAXTON
        Attorney General of Texas

        BRENT WEBSTER
        First Assistant Attorney General

        GRANT DORFMAN
        Deputy First Assistant Attorney General

        SHAWN COWLES
        Deputy Attorney General for Civil Litigation

        THOMAS A. ALBRIGHT
        Chief, General Litigation Division

        */s/ Matthew Bohuslav*
        MATTHEW BOHUSLAV
        Texas Bar No. 24069395
        Assistant Attorney General
        Office of the Attorney General
        P.O. Box 12548, Capitol Station
        Austin, Texas 78711-2548
        Phone: 512-463-2120
        Fax: 512-320-0667
        matthew.bohuslav@oag.texas.gov
        ***Attorneys for Defendants***

## CERTIFICATE OF CONFERENCE

      I certify that on May 25, 2021, I conferred with Plaintiff's counsel, Michael Allen, regarding the substance of this motion who indicated that Plaintiff was unopposed to relief requested in this motion.

        */s/ Matthew Bohuslav*
        MATTHEW BOHUSLAV
        Assistant Attorney General

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 26th day of May, 2021, I served the counsel of record for Plaintiff in the underlying lawsuit that gives rise to this motion via email at:

Jonathan F. Mitchell
Mitchell Law, PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
jonathan@mitchell.law

Michael Thad Allen, Esq.
Allen Law, LLC
PO BOX 404
Quaker Hill, CT 06375
m.allen@allen-lawfirm.com
*Attorneys for Plaintiff*

                                            */s/ Matthew Bohuslav*
                                            MATTHEW BOHUSLAV
                                            Assistant Attorney General