# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| TIMOTHY JACKSON, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-00033 |
| | § | |
| LAURA WRIGHT, et. al., | § | |
| *Defendants*. | § | |

## DEFENDANTS' MOTION TO BE EXCUSED FROM MEDIATION

Defendants' file this motion to be excused from mediation. Per the Court's Scheduling Order dated May 28, 2021, the mediation deadline for this case is August 30, 2021. Defendants' Motion to Dismiss filed on March 15, 2021 [Dkt. No. 8] is pending before the Court. At this point, Defendants do not believe mediation will be fruitful. Undersigned counsel for Defendants conferred with Plaintiff's counsel who stated he takes no position on this motion. Defendants respectfully request to be excused from any requirement to mediate this case.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN COWLES
Deputy Attorney General for Civil Litigation

THOMAS A. ALBRIGHT
Chief, General Litigation Division

*/s/ Matthew Bohuslav*
MATTHEW BOHUSLAV
Texas Bar No. 24069395
Assistant Attorney General
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: 512-463-2120
Fax: 512-320-0667
matthew.bohuslav@oag.texas.gov
***Attorneys for Defendants***

**CERTIFICATE OF CONFERENCE**

I hereby certify that I conferred with Plaintiff's counsel Michael Thad Allen via email on August 19, 2021 through August 26, 2021 regarding this motion to be excused from mediation. I also conferred with Mr. Allen via telephone on August 27, 2021. He indicated Plaintiff takes no position on this motion.

*/s/ Matthew Bohuslav*
MATTHEW BOHUSLAV
Assistant Attorney General

## CERTIFICATE OF SERVICE

      I hereby certify that on the 27th day of August, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which automatically provided notice to the following CM/ECF participants:

Jonathan F. Mitchell
Mitchell Law, PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
jonathan@mitchell.law

Michael Thad Allen, Esq.
Allen Law, LLC
PO BOX 404
Quaker Hill, CT 06375
m.allen@allen-lawfirm.com
***Attorneys for Plaintiff***

                        */s/ Matthew Bohuslav*
                        MATTHEW BOHUSLAV
                        Assistant Attorney General