# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| TIMOTHY JACKSON, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-00033 |
| | § | |
| LAURA WRIGHT, et. al., | § | |
| *Defendants*. | § | |

## ORDER GRANTING DEFENDANTS' MOTION
## TO BE EXCUSED FROM MEDIATION

Pending before the Court is Defendants' Motion to be Excused from Mediation (Dkt. #35). Having considered the motion and the relevant pleadings, the Court finds the motion should be granted.

It is therefore ORDERED that Defendants' Motion to be Excused from Mediation (Dkt. #35) is GRANTED, and the parties are excused from the mediation requirement at this time.

**IT IS SO ORDERED.**

SIGNED this 7th day of September, 2021.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE