IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TIMOTHY JACKSON, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-00033 |
| | § | |
| LAURA WRIGHT, et. al., | § | |
| *Defendants*. | § | |

## ORDER

Pending before the Court is Defendants' Opposed Motion to Stay Discovery (Dkt. #18). Having considered the motion and the relevant pleadings, the Court issues the following orders:

Defendants' Opposed Motion to Stay Discovery is hereby **GRANTED**. It is further ordered that all discovery, including the parties' initial disclosures (as set forth in the Federal Rule of Civil Procedure 26(a) and this Court's Order Governing Procedures), is hereby STAYED pending the Court's ruling on Defendants' Motion to Dismiss (Dkt #8).

**IT IS SO ORDERED**.

SIGNED this 21st day of September, 2021.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE