IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TIMOTHY JACKSON, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-00033 |
| | § | |
| LAURA WRIGHT, et. al., | § | |
| *Defendants*. | § | |

## ORDER

Pending before the Court is Defendants' Opposed Motion for Protective Order (Dkt. #19). Having considered the motion and the relevant pleadings, the Court issues the following orders:

Defendants' Opposed Motion for Protective Order is hereby **GRANTED**. It is further ordered that Defendants' deadline to respond to Plaintiff's First Set of Requests for Production is set to 30 days after the Court's ruling on Defendants' Motion to Dismiss (Dkt #8).

**IT IS SO ORDERED.**

SIGNED this 21st day of September, 2021.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE