# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| TIMOTHY JACKSON, § § *Plaintiff,* § § v. § § LAURA WRIGHT, et al., § § *Defendants.* § | Civil Action No. 4:21-CV-0033 Judge Mazzant |

## ORDER

Pending before the Court is Defendants' Unopposed Motion for Substitution of Counsel (Dkt. #39). Having considered the motion and the relevant pleadings, the Court finds that the motion should be granted.

It is therefore **ORDERED** that Defendants' Motion (Dkt. #39) is hereby **GRANTED**. AAG Matthew Bohuslav is withdrawn as attorney of record, and AAG Courtney Corbello will be substituted as attorney of record for Defendants. AAG Bohuslav will be removed from the docket and no longer noticed in this case.

**IT IS SO ORDERED.**
SIGNED this 27th day of September, 2021.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE