# IN UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

## SHERMAN DIVISION

**DATE:** 10/29/2021

| DISTRICT JUDGE<br>**Amos L. Mazzant, III** | COURT REPORTER: Lori Barnett<br>COURTROOM DEPUTY: Keary Conrad |
|---|---|
| Timothy Jackson<br><br>v.<br><br>Laura Wright, et al<br>Regents of the University of North Texas | 4:21-CV-0033 - ALM |

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
|---|---|
| Michael Allen | Courtney Corbello<br>Cari Jacoby (General Counsel of UNT) |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES:   Motion hearing (Defendant's Motion to Dismiss Dkt. #8) |
|---|---|
| 3:19 p.m. | Court in session.  Court notes appearance of the Parties. |
| 3:20 p.m. | Plaintiff's counsel, Michael Allen calls Plaintiff, Timothy Jackson.  Plaintiff, Timothy Jackson placed under oath.  Plaintiff's counsel, Michael Allen begins direct examination of witness, Timothy Jackson. |
| 3:29 p.m. | Plaintiff's counsel, Michael Allen refers witness, Timothy Jackson to Plaintiff's Exhibit 2. |
| 3:37 p.m. | Plaintiff's counsel, Michael Allen refers witness, Timothy Jackson to Plaintiff's Exhibit 3. |
| 3:41 p.m. | Plaintiff's counsel, Michael Allen refers witness, Timothy Jackson to Plaintiff's Exhibit 5. |
| 3:46 p.m. | Plaintiff's counsel, Michael Allen refers witness, Timothy Jackson to Plaintiff's Exhibit 8. |
| 3:50 p.m. | Plaintiff's counsel, Michael Allen refers witness, Timothy Jackson to Plaintiff's Exhibits 6 and 7. |
| 4:12 p.m. | Pass the witness.  Witness excused. Defendant's counsel, Courtney Corbello begins cross examination of Plaintiff, Timothy Jackson. |
| 4:13 p.m. | Defendant's counsel, Courtney Corbello refers witness, Timothy Jackson to Defendant's Exhibit 1. The Court notes that the Court will allow the exhibits for the purpose of this hearing but may not consider them. |
| 4:18 p.m. | Pass the witness. |
| 4:19 p.m. | Plaintiff's counsel, Michael Allen re-direct examination of Plaintiff, Timothy Jackson. |

CASE NO. 4:21-CV-033     DATE: 10/29/2021
PAGE 2 - PROCEEDINGS CONTINUED:

| | |
|---|---|
| 4:25 p.m. | Pass the witness. Defendant's counsel, Courtney Corbello calls UNT Dean, John Richmond. Witness placed under oath. Defendant's counsel begins direct examination of UNT Dean, John Richmond. |
| 4:35 p.m. | Pass the witness. Plaintiff's counsel, Michael Allen begins cross examination of UNT Dean, John Richmond. |
| 4:41 p.m. | Pass the witness. The Court asks questions of the witness. |
| 4:44 p.m. | Witness excused. |
| 4:45 p.m. | Court hears final argument from Plaintiff's counsel, Michael Allen. |
| 4:54 p.m. | Court hears final argument from Defendant's counsel, Courtney Corbello. |
| 5:01 p.m. | Court takes matter under advisement. |
| 5:02 p.m. | Court adjourned. |

**DAVID O'TOOLE, CLERK**

BY: _Keary Conrad_
Courtroom Deputy Clerk