UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **Timothy Jackson**,<br><br>                    Plaintiff,<br><br>v.<br><br>**Laura Wright**, **Milton B. Lee**, **Melisa Denis**, **Mary Denny**, **Daniel Feehan**, **A.K. Mago**, **Carlos Munguia**, and **G. Brint Ryan**, each in their official capacities as members of the Board of Regents for the University of North Texas System; **Rachel Gain**; **Ellen Bakulina**; **Andrew Chung**; **Diego Cubero**; **Steven Friedson**; **Rebecca Dowd Geoffroy-Schwinden**; **Benjamin Graf**; **Frank Heidlberger**; **Bernardo Illari**; **Justin Lavacek**; **Peter Mondelli**; **Margaret Notley**; **April L. Prince**; **Cathy Ragland**; **Gillian Robertson**; **Hendrik Schulze**; **Vivek Virani**; and **Brian F. Wright**, Defendants. | Case No. 4:21-cv-00033-ALM |

**PLAINTIFF'S MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL BRIEF
ON EVIDENTIARY HEARING ON JURISDICATION OF OCTOBER 29, 2021**

In compliance with Eastern District of Texas L.R. 7(k), Plaintiff respectfully moves to submit the attached supplemental briefing on the Court's evidentiary hearing concerning jurisdiction to address this Court's question concerning remedies. ECF No. 42.

1

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATE: November 3, 2021. | /s/Michael Thad Allen |
|  | Michael Thad Allen, Esq.<br>D. Conn. Bar No. CT29813<br>admitted *pro hac vice*<br>Lead Attorney<br>ALLEN LAW, LLC<br>PO Box 404<br>Quaker Hill, CT  06375<br>(860) 772-4738 (phone)<br>(860) 469-2783 (fax)<br>m.allen@allen-lawfirm.com |
|  | Jonathan Mitchell<br>Texas Bar No. 24075463<br>MITCHELL LAW PLLC<br>111 Congress Avenue, Suite 400<br>Austin, Texas 78701<br>(512) 686-3940 (phone)<br>(512) 686-3941 (fax)<br>jonathan@mitchell.law |
|  | for PLAINTIFF |

**CERTIFICATE OF SERVICE**

I hereby certify that on the date specified in the caption of this document, I electronically filed the foregoing with the Clerk of Court, to be served on all parties of record via the CM/ECF system.

/s/Michael Thad Allen
Michael Thad Allen

## CERTIFICATE OF CONFERENCE

I hereby certify counsel have complied with the meet and confer requirement in Local Rule CV-7(h) on November 2, 2021 at 8:07 a.m. C will ST by email to Attorney Courtney Corbello for Defendants requesting whether her clients would oppose or consent to this motion. I did not receive a response as of the time of this filing.

                                              /s/Michael Thad Allen
                                              Michael Thad Allen