UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **Timothy Jackson**, <br><br> Plaintiff, <br><br> v. <br><br> **Laura Wright**, **Milton B. Lee**, **Melisa Denis**, **Mary Denny**, **Daniel Feehan**, **A.K. Mago**, **Carlos Munguia**, and **G. Brint Ryan**, each in their official capacities as members of the Board of Regents for the University of North Texas System; **Rachel Gain**; **Ellen Bakulina**; **Andrew Chung**; **Diego Cubero**; Steven Friedson; Rebecca Dowd Geoffroy-Schwinden; **Benjamin Graf**; Frank Heidlberger; **Bernardo Illari**; **Justin Lavacek**; **Peter Mondelli**; **Margaret Notley**; **April L. Prince**; **Cathy Ragland**; **Gillian Robertson**; **Hendrik Schulze**; **Vivek Virani**; and **Brian F. Wright**, Defendants. | Case No. 4:21-cv-00033-ALM |

**[PROPOSED]**
**ORDER**

**THIS MATTER** coming before this Court upon Plaintiff Timothy Jackson's Motion for leave to submit supplemental brief on the Court's evidentiary hearing on jurisdictional facts held on October 29, 2021 (ECF No. 42), leave is hereby granted, and Plaintiff's supplemental brief is hereby received for consideration by the Court.

**SO ORDERED,**

1