# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| TIMOTHY JACKSON, | § | |
| | § | |
| *Plaintiff,* | § | Civil Action No. 4:21-CV-0033 |
| | § | Judge Mazzant |
| v. | § | |
| | § | |
| LAURA WRIGHT, et al., | § | |
| | § | |
| *Defendants.* | § | |

## ORDER

Pending before the Court is Plaintiff's Motion for Leave to submit a supplemental brief on the Court's evidentiary hearing on jurisdictional facts held on October 29, 2021 (Dkt. #43). Having considered the motion and the relevant pleadings, the Court finds that the motion should be granted.

It is therefore **ORDERED** that Plaintiff's Motion (Dkt. #43) is hereby **GRANTED**. and Dkt. #44 is deemed filed.

**IT IS SO ORDERED.**
**SIGNED this 4th day of November, 2021.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE