From: T. Jackson
2104 Lamplighter Dr.
Flower Mound
TX 75028

To:

The Court
200 North Travis,
Sherman, TX 75090

NORTH TEXAS TX P&DC
DALLAS TX 750
12 NOV 2021 PM 8 L



FOREVER / USA

**RECEIVED**
NOV 16 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

75090-596199