IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| TIMOTHY JACKSON,<br>    *Plaintiff*,<br><br>v.<br><br>LAURA WRIGHT, ET AL.,<br>    *Defendants*. | C.A. No. 4:21-cv-00033 |

# ORDER

Before the Court is Defendants' Opposed Motion to Stay Proceedings Pending Appeal. Having considered the motion, law, and the relevant pleadings, the Court issues the following orders:

Defendants' Opposed Motion to Stay Proceedings Pending Appeal is hereby GRANTED. It is further ORDERED that all proceedings and pending deadlines in this case are hereby STAYED pending the resolution of the appeal of this Court's Memorandum and Opinion (Dkt #47).