**TRANSCRIPT ORDER FORM** — READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING

District Court: Eastern District of Texas - Sherman Division  District Court Docket No. 4:21-cv-33

Short Case Title: Jackson v. Wright, et al.

**ONLY ONE COURT REPORTER PER FORM** Court Reporter: Lori Barnett

Date Notice of Appeal Filed by Clerk of District Court: 2/1/2022   Court of Appeals No.: _____

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**
☐ No Hearings  ☐ Transcript is unnecessary for appeal purposes  ☐ Transcript is already on file in the Clerk's Office
OR
**Check All of the Following that Apply, Include date of the proceeding.**
This is to Order a Transcript of the following proceedings: ☐ Bail Hearing: _____ ☐ Voir Dire: _____
☐ Opening Statement of Plaintiff: _____ ☐ Opening Statement of Defendant: _____
☐ Closing Argument of Plaintiff: _____ ☐ Closing Argument of Defendant: _____
☐ Opinion of court: _____ ☐ Jury Instructions: _____ ☐ Sentencing: _____

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| 10/29/2021 | Defendants' Motion to Dismiss | Mazzant |
| | | |
| | | |
| | | |

Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.

**B. This is to certify that satisfactory financial arrangements have made. Method of Payment:**
■ Private Funds;   ☐ Criminal Justice Act Funds (**Enter Authorization-24 to USDC eVoucher**);
☐ Other IFP Funds;   ☐ Advance Payment waived by reporter;   ☐ U.S. Government Funds
☐ Other _____

Signature /s/ Courtney Corbello   Date Transcript Ordered 2/11/2022
Print Name Courtney Corbello   Phone: 512-463-2120
Counsel for Defendants
Address Office of the Attorney General, P.O. Box 12548, MC-019, Austin, TX 78711-2548

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**PART II. COURT REPORTER ACKNOWLEDGEMENT** (To be completed by the Court Reporter and filed with the Court of Appeals within 7 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were made | Estimated Completion Date | Estimated number of Pages |
|---|---|---|---|
| | | | |

Payment Arrangements have NOT been made or are incomplete.
Reason: ☐ Deposit not received  ☐ Unable to contact ordering party  ☐ Awaiting creation of CJA 24 eVoucher
         ☐ Other (Specify) _____

Date: _____  Signature of Reporter: _____  Tel. _____
Email of Reporter: _____   Address of Reporter: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court and this completed form e-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages: _____   Actual Number of Volumes: _____

Date: _____   Signature of Reporter: _____

TRANSCRIPT ORDER FORM INSTRUCTIONS

INSTRUCTIONS FOR ANYONE FILING A NOTICE OF APPEAL

1. Complete Part 1. (Whether or not transcript is ordered)

2. Contact each court reporter involved in reporting the proceedings to make arrangements for payment. (A separate transcript order must be completed for each court reporter.)

3. Send a copy of the form to the court reporter. (via email or mail, ask court reporter) CJA Counsel must also enter an Authorization-24 in the U. S. District Court's eVoucher System. Once the Authorization-24 is approved, create the CJA 24 eVoucher for payment.

4. File a copy with the U.S. Court of Appeals for the Fifth Circuit (Attorneys must e-file. Pro Se filers must mail form unless authorized to e-file.)

5. File a copy with the District Court.

6. Send a copy(ies) to opposing party(ies).

7. Retain a copy for your files.

FAILURE TO MAKE SATISFACTORY ARRANGEMENTS FOR TRANSCRIPT PRODUCTION, INCLUDING FINANCIAL ARRANGEMENTS WITHIN 14 DAYS OF THE FILING OF THE NOTICE OF APPEAL, MAY RESULT IN THE DISMISSAL OF YOUR APPEAL.

INSTRUCTIONS TO COURT REPORTER

This is an electronic version of the original multipart form. It is your responsibility for ensuring that the correct number of copies are made to meet the distribution requirements.

To assure the Court of Appeals that the ordering party has fulfilled his or her obligations under FRAP 10(b), for ordering and making adequate financial arrangements with the court reporter, you are requested to complete Part II and file with the Court of Appeals within seven (7) days after receipt.

It is the appellant's responsibility to contact you and make financial arrangements before filling out the form. However, if financial arrangements have not been made within ten (10) days after receipt of transcript order, complete Part II and file with the Court of Appeals. If financial negotiations with the ordering party are still in progress when the 10 days expire, and the chances for completion within a short period of time appears to be good, contact a Deputy Clerk for additional time to complete this form. Link to contact information: Contact Clerk's Office About My Case or call:
NORTHERN AND WESTERN TEXAS CASE TEAM:  504-310-7806
SOUTHERN AND EASTERN TEXAS CASE TEAM:  504-310-7807
LOUISIANA, MISSISSIPPI, & AGENCY CASE  TEAM:  504-310-7808

If financial arrangements are made after you send the acknowledgement form to the Court of Appeals, immediately notify the Court in writing of the fact, furnishing the estimated delivery date.

THE JUDICIAL COUNCIL'S DISCOUNT DATE BEGINS TO RUN FROM THE DATE SATISFACTORY FINANCIAL ARRANGEMENTS HAVE BEEN MADE.

WRITTEN REQUEST FOR EXTENSION OF TIME WITH EXPLANATION OF CIRCUMSTANCES AND A REQUEST FOR WAIVER OF DISCOUNT MUST BE ADDRESSED TO THE CLERK OF THE CIRCUIT COURT.