UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TIMOTHY JACKSON, | § § § § § § § § § | |
| *Plaintiff,* | | |
| v. | | Civil Action No. 4:21-cv-00033-ALM |
| LAURA WRIGHT, et al., | | |
| *Defendants.* | | |

# DEFENDANTS' UNOPPOSED MOTION
# TO WITHDRAW AND SUBSTITUTE COUNSEL

TO THE HONORABLE U.S. DISTRICT JUDGE AMOS L. MAZZANT:

Defendants file this Unopposed Motion to Withdraw and Substitute Counsel, respectfully showing as follows:

Former Assistant Attorney General Courtney Corbello is currently counsel of record for Defendants in this matter. Ms. Corbello is no longer employed by the Office of the Attorney General, and this case has been administratively reassigned to Assistant Attorney General Benjamin S. Walton. Mr. Walton is licensed to practice law in the state of Texas, is admitted to practice in this Court, and is a member in good standing of the State Bar of Texas. Mr. Walton's contact information is as follows:

>BENJAMIN S. WALTON
>Texas Bar No. 24075241
>Assistant Attorney General
>General Litigation Division
>Office of the Attorney General
>P.O. Box 12548
>Austin, Texas 78711
>(512) 463-2120 – Phone

(512) 320-0667 – Fax
benjamin.walton@oag.texas.gov

Defendants request that Mr. Walton be substituted as lead counsel for Defendants, that Mr. Walton be added to all future correspondence and notifications of filings in this matter, and that Ms. Corbello be permitted to withdraw as counsel for Defendants in this matter.

Respectfully submitted.

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**JAMES LLOYD**
Deputy Attorney General for Civil Litigation

**KIMBERLY GDULA**
Deputy Chief, General Litigation Division
**RYAN KERCHER**
Deputy Chief, General Litigation Division

　　　/s/ Benjamin S. Walton　　　
**BENJAMIN S. WALTON**
*Lead Attorney*
Texas Bar No. 24075241
Assistant Attorney General
General Litigation Division
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711
(512) 463-2120 – Phone
(512) 320-0667 – Fax
benjamin.walton@oag.texas.gov

**Counsel for Defendants**

**CERTIFICATE OF CONFERENCE**

      I hereby certify that on October 5, 2023, I communicated with Michael Allen, counsel for Plaintiff, regarding the relief requested in this motion, and Mr. Allen informed me that Plaintiff is unopposed.

                                                   */s/ Benjamin S. Walton*
                                                   **BENJAMIN S. WALTON**
                                                   Assistant Attorney General

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 6, 2023, a true and correct copy of this document was electronically filed using the Court's CM/ECF system, which will send notification of such filing to the following counsel of record:

Michael Thad Allen, Esq.
ALLEN LAW, LLC
PO Box 404
Quaker Hill, CT 06375
(860) 772-4738 (phone)
(860) 469-2783 (fax)
m.allen@allen-lawfirm.com

Jonathan Mitchell
MITCHELL LAW PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

*Counsel for Plaintiff*

                                                     */s/ Benjamin S. Walton*
                                                   **BENJAMIN S. WALTON**
                                                 Assistant Attorney General