UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TIMOTHY JACKSON, | § | |
| *Plaintiff,* | § § § | |
| v. | § § | Civil Action No. 4:21-cv-00033-ALM |
| LAURA WRIGHT, et al., | § § § | |
| *Defendants.* | § § | |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

Before the Court is Defendants' Unopposed Motion to Withdraw and Substitute Counsel (the "Motion" - Dkt. #55). Upon consideration of the Motion, which is unopposed, and the relevant pleadings in this matter, the Court is of the opinion that the Motion is meritorious and the Motion is hereby **GRANTED.**

It is therefore ORDERED that Courtney Corbello is withdrawn as counsel for Defendants in this cause, and that Benjamin S. Walton is substituted as lead counsel on behalf of Defendants.

IT IS SO ORDERED.

SIGNED this 10th day of October, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE