# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
September 15, 2023
Lyle W. Cayce
Clerk

No. 22-40059

Timothy Jackson,

> *Plaintiff—Appellee*,

*versus*

Laura Wright; Milton B. Lee; Melisa Denis; Mary Denny; Daniel Feehan; Et al.,

> *Defendants—Appellants.*

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:21-CV-33

Before Elrod, Ho, and Oldham, *Circuit Judges*.

## J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that Appellants pay to Appellee the costs on appeal to be taxed by the Clerk of this Court.

Certified as a true copy and issued
as the mandate on Oct 10, 2023

Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit