### United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 10, 2023

Mr. David O'Toole
Eastern District of Texas, Sherman
101 E. Pecan Street
Federal Building
Room 216
Sherman, TX 75090-0000

    No. 22-40059   Jackson v. Wright
                          USDC No. 4:21-CV-33

Dear Mr. O'Toole,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                            Sincerely,

                                            LYLE W. CAYCE, Clerk

                                            By: _____
                                            Dantrell L. Johnson, Deputy Clerk
                                            504-310-7689

cc:
    Mr. Michael Thad Allen
    Ms. Beth Ellen Klusmann
    Mr. Jonathan F. Mitchell
    Ms. Lanora Christine Pettit