UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TIMOTHY JACKSON, | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 4:21-cv-00033-ALM |
| LAURA WRIGHT, et al., | § § § | |
| *Defendants.* | § | |

### JOINT STATEMENT REGARDING A MEDIATOR

TO THE HONORABLE U.S. DISTRICT JUDGE AMOS L. MAZZANT:

Counsel for the parties have been actively conferring regarding the selection of a mediator for this case, per the Court's order.  *See* ECF 58 at 1.  The parties have not yet reached an agreement but believe that continued efforts to do so may be fruitful.  Accordingly, the parties jointly and respectfully request the Court to permit them an additional week (until April 26, 2024) to continue conferring in an effort to reach an agreement regarding a mediator for this case.

Respectfully submitted,

/s/Michael Thad Allen
Michael Thad Allen, Esq.
D. Conn. Bar No. CT29813
admitted *pro hac vice*
Lead Attorney
ALLEN LAW, LLC
PO Box 404
Quaker Hill, CT  06375
(860) 772-4738 (phone)
(860) 469-2783 (fax)
m.allen@allen-lawfirm.com

Jonathan Mitchell
Texas Bar No. 24075463
MITCHELL LAW PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

for PLAINTIFF

Respectfully submitted.

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**JAMES LLOYD**
Deputy Attorney General for Civil Litigation

**KIMBERLY GDULA**
Chief, General Litigation Division

     */s/ Benjamin S. Walton*
**BENJAMIN S. WALTON**
*Lead Attorney*
Texas Bar No. 24075241
Assistant Attorney General
General Litigation Division
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711
(512) 463-2120 – Phone
(512) 320-0667 – Fax
benjamin.walton@oag.texas.gov

***Counsel for Defendants***

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 19, 2024, a true and correct copy of this document was electronically filed using the Court's CM/ECF system, which will send notification of such filing to the following counsel of record:

Michael Thad Allen, Esq.
ALLEN LAW, LLC
PO Box 404
Quaker Hill, CT 06375
(860) 772-4738 (phone)
(860) 469-2783 (fax)
mallen@allenharrislaw.com

Jonathan Mitchell
MITCHELL LAW PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

*Counsel for Plaintiff*

                                                  */s/ Benjamin S. Walton*
                                                  **BENJAMIN S. WALTON**
                                                  Assistant Attorney General