UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **Timothy Jackson**,<br><br>              Plaintiff,<br><br>v.<br><br>**Laura Wright**, **Milton B. Lee**, **Melisa Denis**, **Mary Denny**, **Daniel Feehan**, **A.K. Mago**, **Carlos Munguia**, and **G. Brint Ryan**, each in their official capacities as members of the Board of Regents for the University of North Texas System; **Rachel Gain**; **Ellen Bakulina**; **Andrew Chung**; **Diego Cubero**; **Steven Friedson**; **Rebecca Dowd Geoffroy-Schwinden**; **Benjamin Graf**; **Frank Heidlberger**; **Bernardo Illari**; **Justin Lavacek**; **Peter Mondelli**; **Margaret Notley**; **April L. Prince**; **Cathy Ragland**; **Gillian Robertson**; **Hendrik Schulze**; **Vivek Virani**; and **Brian F. Wright**,<br><br>              Defendants. | Case No. 4:21-cv-00033-ALM |

## <u>ORDER</u>

Having considered the parties' Joint Motion to Hold Mediation with Attorney Hugh Hackney on June 20, 2024 (Dkt. #64), the motion is hereby GRANTED.

The parties shall hold mediation no later than June 20, 2024.

**IT IS SO ORDERED.**

**SIGNED this 16th day of May, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE