UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **Timothy Jackson**, <br><br> Plaintiff, <br><br> v. <br><br> **Laura Wright**, et al., <br><br> Defendants. | Case No. 4:21-cv-00033-ALM |

## AMENDED SCHEDULING ORDER

The Court, having reviewed the parties' Joint Motion for Continuance and Amended Scheduling Order (Dkt. #68) and the grounds for the continuance and amendment of the existing Scheduling Order, hereby GRANTS the motion as follows:

It is hereby ORDERED that the following actions shall be completed by the date indicated:[1]

| | |
|---|---|
| September 13, 2024 | Disclosure of expert testimony pursuant to Fed. R. Civ. P. 26(a)(2) and Local Rule CV-26(b) on issues for which the party bears the burden of proof. |
| October 18, 2024 | Disclosure of expert testimony pursuant to Fed. R. Civ. P. 26(a)(2) and Local Rule CV-26(b) on issues for which the party does not bear the burden of proof. |
| Six weeks after disclosure of an expert is made | Deadline to object to any other party's expert witnesses. Objection shall be made as a motion to strike or limit expert testimony and shall be accompanied by a copy of the expert's report in order to provide the Court with all the information necessary to make a ruling on any objection. |
| November 21, 2024 | Deadline for motions to dismiss, motions for summary judgment, or other dispositive motions. |
| November 13, 2024 | All discovery shall be commenced in time to be completed by the state. |

---

[1] If a deadline falls on a Saturday, Sunday, or a legal holiday as defined in Fed. R. Civ. P. 6, the effective date is the first federal court business day following the deadline imposed.

| | |
|---|---|
| February 17, 2025 | Notice of intent to offer certified records. |
| February 17, 2025 | Counsel and unrepresented parties are each responsible for contacting opposing counsel and unrepresented parties to determine how they will prepare the Joint Final Pretrial Order and Joint Proposed Jury Instructions and Verdict Form (or Proposed Findings of Fact and Conclusions of Law in non-jury cases). |
| February 24, 2025 | Deposition Designations due. |
| March 10, 2025 | Motions in limine due.  File Joint Final Pretrial Order. |
| March 24, 2025 | Response to motions in limine due.  File objections to witnesses, deposition extracts, and exhibits, listed in pre-trial order.  File Proposed Jury Instructions/Form of Verdict (or Proposed Findings of Fact and Conclusions of Law). |
| Date set by Court | Hearing to consider all pending motions and objections. |
| April 4, 2025 | Final Pretrial Conference, 9:00 a.m. |
| April 21, 2025 | Jury Selection/Jury Trial, 10:00 a.m. |

**IT IS SO ORDERED.**

**SIGNED this 2nd day of August, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE