UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

**Timothy Jackson**,

               Plaintiff,

v.

**Laura Wright, et al.**,

               Defendants.

Case No. 4:21-cv-00033-ALM

**ORDER
ON CONSENTED-TO MOTION FOR EXTENSION OF TIME
TO FILE OPPOSITION TO DEFENDANTS' DAUBERT MOTION**

Before the Court is Plaintiff's consented-to Motion for Extension of Time (Dkt. #72) to oppose Defendants' Corrected Opposed Motion to Strike Plaintiff's Expert Casey Borman.  The Court finds that the motion should be and hereby is GRANTED.  Plaintiff shall file his opposition on or before August 21, 2024.

**IT IS SO ORDERED.**

**SIGNED this 14th day of August, 2024.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE