UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **Timothy Jackson**, <br><br> Plaintiff, <br><br> v. <br><br> **Laura Wright**, **Milton B. Lee**, **Melisa Denis**, **Mary Denny**, **Daniel Feehan**, **A.K. Mago**, **Carlos Munguia**, and **G. Brint Ryan**, each in their official capacities as members of the Board of Regents for the University of North Texas System; **Rachel Gain**; **Ellen Bakulina**; **Andrew Chung**; **Diego Cubero**; **Steven Friedson**; **Rebecca Dowd Geoffroy-Schwinden**; **Benjamin Graf**; **Frank Heidlberger**; **Bernardo Illari**; **Justin Lavacek**; **Peter Mondelli**; **Margaret Notley**; **April L. Prince**; **Cathy Ragland**; **Gillian Robertson**; **Hendrik Schulze**; **Vivek Virani**; and **Brian F. Wright**, <br> Defendants. | Case No. 4:21-cv-00033-ALM |

## AFFIDAVIT OF TIMOTHY JACKSON

My name is Timothy L. Jackson, I am over the age of 18, I understand the meaning of an oath, and I state the following based on my direct knowledge and experience:

1. I am the Plaintiff in the above-captioned civil action.

2. I am a tenured University Senior Research Professor and Full Professor of Music Theory at the College of Music of the University of North Texas in the Division of History, Theory, and Ethnomusicology.

3. Every year at the University of North Texas, I submit to annual reviews of my accomplishments and productivity, and I am required to demonstrate productivity in research and publication. In fact, I am only able to maintain my title as Senior Research

Professor if I demonstrate superior scholarly productivity and output in the form of publication, editing, and original research.

4. In negotiations with Benjamin Brand, as my department chair, it was agreed that the graduate student editor of the JSS who worked under me as their direct report would be paid a .50 FTE.

5. I attach a true and exact copy of an email from Benjamin Brand to John Richmond as part of the correspondence with the so-called "Ad Hoc Panel" convened to censor the JSS in 2020. It is dated September 30, 2020, with the Batesstamp UNT_002539 and designated here as **Exhibit A**. I have highlighted the relevant portion of this email exhibit.

6. I also attach a true and exact copy of "job data" which Defendants disclosed in response to our request for documents concerning a previous graduate student assistant assigned to my supervision. This indicates the annual rate for .75 FTE for a graduate student assistant, with Bates stamp UNT_004980 and designated as **Exhibit B**. This graduate student also worked for me. Her name has been redacted to protect her privacy.

7. When Levi Walls worked as the JSS's graduate student editor, he directly reported to me. I benefited from and relied on Levi Walls' work to enhance my scholarly productivity.

8. My ability to continue my status as Distinguished Research Professor depends upon my accomplishments in research and publication, and to maintain the status I must produce at least as much work in research and publication as I did before.

9. Because of Defendants accusations that I committed "racist actions" and "extortion" of graduate students, it is much more difficult to publish now and requires more work.

10. In addition, I have dedicated time to seeking other publishing houses and presses for the publication of the JSS, but I have not met with success, including communications with a press in Germany.

11. In 2024, my annual salary is $100,876.32, as communicated to me by the University of North Texas Provost in a letter of October 12, 2023. I attach a true and exact copy of that communication as **Exhibit C**. I received no additional compensation when I was required to teach an extra course every year due to the censorship of the JSS.

12. In my interview with Casey Borman on May 17, 2024, who has been disclosed as an expert on damages in this case, I discussed all of the issues set forth in this affidavit with him prior to the disclosure of his expert report.

SIGNED UNDER THE PENALTIES OF PERJURY, THIS 20TH DAY OF AUGUST 2024.

_____
Timothy Jackson

On the date stated above, before me appeared the above witness and affirmed that all above statements were made under oath,

_____, Notary Public

My Commission expires: 6-11-28

HAYDEN BAKER
Notary ID #134939682
My Commission Expires
June 11, 2028

3

# Exhibit A

## Re: Questions regarding the JSS

| | |
|---|---|
| **From:** | "Brand, Benjamin" <benjamin.brand@unt.edu> |
| **To:** | "Richmond, John" <john.richmond@unt.edu> |
| **Cc:** | "Ishiyama, John" <john.ishiyama@unt.edu>, "Henry, Warren" <warren.henry@unt.edu> |
| **Date:** | Wed, 30 Sep 2020 16:19:21 -0500 |
| **Attachments:** | CSS - Four Column Improvement Report.pdf (263.11 kB); Schenkerian Studies- RA job description.docx (17.86 kB) |

Dear All,
Following up on Warren's information, the RA position was 50% FTE as early as 2018-2019 (i.e. the year before I became chair of MHTE). I don't know when the position transitioned from 25% FTE to 50% FTE. I am also attaching the position description that was formulated in December 2019 by Ben Graf, Stephen Slottow, and Tim Jackson and sent to Levi Walls that same month. It codified the conflation of the RA position with the editorship of the journal that had occurred the previous spring.
I do indeed have access to the Center's Administrative Plans for Improve (the successor to Tracdat) and have attached a four-column improvement report with all expected outcomes. The data goes back to 2015.
All the best,
Benjamin
Benjamin Brand, Ph.D.
Pronouns: he, him, his | Professor of Music History
Chair, Division of Music History, Theory, and Ethnomusicology
College of Music | University of North Texas | (940) 536-3561



**From:** John Richmond <John.Richmond@unt.edu>
**Date:** Wednesday, September 30, 2020 at 11:32 AM
**To:** Warren Henry <Warren.Henry@unt.edu>, "Brand, Benjamin" <Benjamin.Brand@unt.edu>
**Cc:** "Ishiyama, John" <John.Ishiyama@unt.edu>
**Subject:** Re: Questions regarding the JSS
Thank you, Warren, for this timely feedback.
Benjamin will be in touch with us shortly, John, on the matter of information regarding the Center for Schenkerian Studies and its *Journal* that may be available in TracDat and its successor platforms.
Thanks.
John
John W. Richmond, Ph.D.
Professor and Dean of the College of Music
University of North Texas
Denton, TX 76203-5017
TEL 940-565-4388
Email John.Richmond@unt.edu
Twitter @JohnWRichmond2
Web http://music.unt.edu/faculty-and-staff/john-richmond
The UNT College of Music – serving our diverse musical culture with excellence, integrity, and imagination.

**From:** "Henry, Warren" <Warren.Henry@unt.edu>
**Date:** Wednesday, September 30, 2020 at 11:13 AM
**To:** "Richmond, John" <John.Richmond@unt.edu>, "Brand, Benjamin" <Benjamin.Brand@unt.edu>
**Cc:** "Ishiyama, John" <John.Ishiyama@unt.edu>
**Subject:** Re: Questions regarding the JSS
All,
I looked back at my records, and the TA assigned to the Center for Schenker Analysis predates me (I started in 2004!). It was originally a 25% TA position, but at some point (I do not know when), it was changed to a 50% position. Raymond now oversees the funded TA/TF positions. He or Benjamin may be able to provide more context.
Warren
Dr. Warren Henry
Senior Associate Dean for Academic Affairs
University of North Texas, College of Music
1155 Union Circle
Denton, TX. 76203

# Exhibit B

## ePAR Header

| | | | | | | |
|---|---|---|---|---|---|---|
| **Business Unit:** | NT752 | **Home Deptid:** | 134360 | **Last Update Date/Time:** | 01/12/2023 10:37:16AM | **by:** blf0004 |
| **PAR ID:** | 0000397919 | | Music Hist, Thry, & Ethnomusic | **Submitted Date/Time:** | 12/19/2022 10:38:10AM | |
| **PAR Status:** | Approved | | | **Created by:** | Aponte,Michelle Renee   mrg0003 | **Off-Boarding ID:** |
| **Type of ePAR:** | Employee Transaction | | | **Phone:** | 940/565-4589 | |
| **Action:** | Termination | | | | | |
| **Reason:** | End of Job Assignment | | | | | |
| **Pay Group:** | NME | | | | | |

ePAR Help Resources

| **Empl ID:** | | **Empl Record:** 6 | **Name:** REDACTED | **Effdt:** 01/16/2023 | 0 attachments |
|---|---|---|---|---|---|

## Job Data

| | **Current** | | **New** | | |
|---|---|---|---|---|---|
| **Home Deptid:** | 134360 | **Home Deptid:** | 134360 | **Last Physical Date:** | 12/16/2022 |
| | Music Hist, Thry, & Ethnomusic | | Music Hist, Thry, & Ethnomusic | **On 01/15/2023 remove after** | 8.0 hours |
| **Position Number:** | | **Position Number:** | | ☑ All Time Reported in T & L | |
| **Employee Status:** | Short Work Break | **Employee Status:** | Terminated | | |
| **Job Code:** | 0700 | **Job Code:** | 0700 | | |
| | Adjunct Faculty | | Adjunct Faculty | | |
| **Location:** | MUSI | **Location:** | MUSI | | |
| **Salary Grade:** | F01 | **Salary Grade:** | F01 | | |
| **Std. Weekly Hours:** | 30.00 | **Std. Weekly Hours:** | 30.00 | | |
| **FTE:** | 0.75 | **FTE:** | 0.75 | | |
| **Annual Rate:** | $29,439.96 | **Annual Rate:** | $11,039.98  (4.5) | | |
| **Monthly Rate:** | $2,453.33 | **Monthly Rate:** | $2,453.33 | | |
| **Reports to Supv ID:** | Benjamin Brand | **Reports to Supv ID:** | Benjamin Brand | | |

1

UNT_004980

# Exhibit C

**OFFICE OF THE PROVOST AND VICE PRESIDENT FOR ACADEMIC AFFAIRS**

UNT UNIVERSITY OF NORTH TEXAS

Date:	October 12, 2023

To:	Timothy Jackson  (10001196)
	Professor
	Department of Music History, Theory & Ethnomusicology
	College of Music

From:	Dr. Michael McPherson
	Provost and Vice President for Academic Affairs

Re:	Annual Salary Notification 2023-2024

On behalf of the Office of the Provost, your college, and your department, I am notifying you of your salary for the academic year 2023-2024.  A base salary of $100,876.32 was approved for you for academic year 2023-2024 beginning on September 1, 2023.

You have elected for your salary to be paid over 12 months for the academic year 2023-2024.

Because your full-time salary, as indicated above, compensates you for full-time employment at UNT, I take this opportunity to remind you of our policy on dual employment (Policy Manual 05.008).  Should you find it relevant for any non-university activities, the Request for Approval of Outside Employment Form should be completed. The form can be found here: https://www.untsystem.edu/forms-library/dual-or-outside-employment-request.php

Also note that any clerical errors that may appear in this document are not binding on the University and do not alter the terms and conditions of your employment or compensation. Should you have any questions please contact your Dean's Office or the Office of Academic Resources.

The official nature of this salary notification requires me to adopt a rather formal tone; I hope that doesn't diminish my expression of sincere appreciation for your contributions and dedication toward educational excellence, scholarly activities, and engagement within and outside our UNT community that further advance our collective vision.

1155 Union Circle #311190         940.565.2550
Denton, Texas 76203-5017          940.565.4322 fax         www.vpaa.unt.edu