UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **Timothy Jackson**, <br><br> Plaintiff, <br><br> v. <br><br> **Laura Wright**, **Milton B. Lee**, **Melisa Denis**, **Mary Denny**, **Daniel Feehan**, **A.K. Mago**, **Carlos Munguia**, and **G. Brint Ryan**, each in their official capacities as members of the Board of Regents for the University of North Texas System; **Rachel Gain**; **Ellen Bakulina**; **Andrew Chung**; **Diego Cubero**; **Steven Friedson**; **Rebecca Dowd Geoffroy-Schwinden**; **Benjamin Graf**; **Frank Heidlberger**; **Bernardo Illari**; **Justin Lavacek**; **Peter Mondelli**; **Margaret Notley**; **April L. Prince**; **Cathy Ragland**; **Gillian Robertson**; **Hendrik Schulze**; **Vivek Virani**; and **Brian F. Wright**, Defendants. | Case No. 4:21-cv-00033-ALM |

**NOTICE OF SECOND JACKSON AFFIDAVIT REFERENCED AS AUTHORITY AND EVIDENCE
IN PLAINTIFF TIMOTHY JACKSON'S OPPOSITION TO THE STATE'S DAUBERT MOTION**

PLEASE TAKE NOTICE: Plaintiff Timothy Jackson hereby files with the Court his "Second Jackson Affidavit" (Affidavit of Timothy Jackson, dated June 11, 2024) attached to this Notice.

The Second Jackson Affidavit is referenced in Plaintiff's Opposition to the State's Daubert Motion (Motion to Strike Plaintiff's Expert Casey Borman). ECF No. 70, 74. The Second Jackson Affidavit was submitted to the expert Casey Borman to be considered in the formulation of his expert opinion and is part of his expert file. It will be disclosed according to the Federal Rules of

1

Civil Procedure as part of his expert file and according to the scheduling order of this Court in the ordinary course of expert disclosure.

Its omission from Plaintiff's briefing in his opposition to the State's Daubert Motion was an oversight. This Notice corrects that inadvertent mistake. Defense counsel was provided with this Affidavit in advance of filing this Notice. Should Defendants counsel object to any facts stated in the Second Jackson Affidavit, Plaintiff has no objection to Defendants right to do so.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATE: August 28, 2024 | /s/Michael Thad Allen |
|  | Michael Thad Allen, Esq. |
|  | D. Conn. Bar No. CT29813 |
|  | admitted *pro hac vice* |
|  | Lead Attorney |
|  | ALLEN LAW, LLC |
|  | PO Box 404 |
|  | Quaker Hill, CT  06375 |
|  | (860) 772-4738 (phone) |
|  | (860) 469-2783 (fax) |
|  | m.allen@allen-lawfirm.com |
|  |  |
|  | Jonathan Mitchell |
|  | Texas Bar No. 24075463 |
|  | MITCHELL LAW PLLC |
|  | 111 Congress Avenue, Suite 400 |
|  | Austin, Texas 78701 |
|  | (512) 686-3940 (phone) |
|  | (512) 686-3941 (fax) |
|  | jonathan@mitchell.law |
|  |  |
|  | for PLAINTIFF |

### CERTIFICATE OF SERVICE

I hereby certify that on the date specified in the caption of this document, I electronically filed the foregoing with the Clerk of Court, to be served on all parties of record via the CM/ECF system.

/s/Michael Thad Allen
Michael Thad Allen

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel has complied with the meet and confer requirement in Eastern District of Texas Local Rule CV-7(h). The instant motion is unopposed.

/s/Michael Thad Allen
Michael Thad Allen

EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **Timothy Jackson**, <br><br> Plaintiff, <br><br> v. <br><br> **Laura Wright**, **Milton B. Lee**, **Melisa Denis**, **Mary Denny**, **Daniel Feehan**, **A.K. Mago**, **Carlos Munguia**, and **G. Brint Ryan**, each in their official capacities as members of the Board of Regents for the University of North Texas System; **Rachel Gain**; **Ellen Bakulina**; **Andrew Chung**; **Diego Cubero**; **Steven Friedson**; **Rebecca Dowd Geoffroy-Schwinden**; **Benjamin Graf**; **Frank Heidlberger**; **Bernardo Illari**; **Justin Lavacek**; **Peter Mondelli**; **Margaret Notley**; **April L. Prince**; **Cathy Ragland**; **Gillian Robertson**; **Hendrik Schulze**; **Vivek Virani**; and **Brian F. Wright**, <br> Defendants. | Case No. 4:21-cv-00033-ALM |

## AFFIDAVIT OF TIMOTHY JACKSON

My name is Timothy L. Jackson, I am over the age of 18, I understand the meaning of an oath, and I state the following based on my direct knowledge and experience:

1. I am the Plaintiff in the above-captioned civil action.

2. I am a tenured University Senior Research Professor and Full Professor of Music Theory at the College of Music of the University of North Texas in the Division of History, Theory, and Ethnomusicology.

3. For 20 years I was on the editorial board of the *Journal of Schenkerian Studies* ("JSS"), which I founded and directed.

1

4. Since 2008, I received a course remission for my editorial responsibilities. A course remission means that I was excused from the obligation to teach one course that I would have otherwise been obligated to teach as part of my job.

5. At the University of North Texas, our teaching load is defined on a per semester basis. Someone who teaches 3+2 teaches three courses in one semester and two courses in the next semester; and a professor who teaches 2+2 teaches two courses in one semester and two courses in the next semester; and so forth.

6. Up to around 2019-2020, the normal teaching load for faculty members in my Division was 3+2. While the other faculty members in the theory area within the Division of History, Theory, and Ethnomusicology were teaching 3+2, from 2008 I was required to teach only 2+2 with a course remission for supervising the *JSS*.

7. Around 2019, the normal teaching load became 2+2 for all professors in the theory area.

8. Editorial services such as I used to provide to *JSS* were still recognized with one course remission, which would have resulted in a 2+1 load.

9. For example, Defendant Prof. Frank Heidlberger, who serves as the editor to another theory journal in our area (*Theoria*), currently receives this one-course remission. I have direct knowledge that Prof. Heidlberger continues to receive a course reduction for his work on *Theoria*.

10. After 2020, the *JSS* was cancelled and UNT has obstructed and blocked its publication ever since.

11. After the cancellation of the JSS, I have not received a course remission.

2

SIGNED UNDER THE PENALTIES OF PERJURY, THIS 11TH DAY OF JUNE, 2024.

_T. Jackson_
Timothy Jackson

On the date stated above, before me appeared the above witness and affirmed that all above statements were made under oath,

_Seth McWhorter_, Notary Public

My Commission expires: 10-06-2024

SETH MCWHORTER
Notary ID #131694059
My Commission Expires
October 6, 2027

3