UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **Timothy Jackson**, <br><br> Plaintiff, <br><br> v. <br><br> **Laura Wright**, **Milton B. Lee**, **Melisa Denis**, **Mary Denny**, **Daniel Feehan**, **A.K. Mago**, **Carlos Munguia**, and **G. Brint Ryan**, each in their official capacities as members of the Board of Regents for the University of North Texas System; **Rachel Gain**; **Ellen Bakulina**; **Andrew Chung**; **Diego Cubero**; **Steven Friedson**; **Rebecca Dowd Geoffroy-Schwinden**; **Benjamin Graf**; **Frank Heidlberger**; **Bernardo Illari**; **Justin Lavacek**; **Peter Mondelli**; **Margaret Notley**; **April L. Prince**; **Cathy Ragland**; **Gillian Robertson**; **Hendrik Schulze**; **Vivek Virani**; and **Brian F. Wright**, <br> Defendants. | Case No. 4:21-cv-00033-ALM |

**DECLARATION OF MICHAEL THAD ALLEN AND EXHIBIT INDEX IN SUPPORT OF PARTIAL SUMMARY JUDGMENT**

I, Michael Thad Allen, and over the age of 18 and state the following under oath for the purpose of authenticating the documents listed below.

1. I am an attorney in good standing admitted pro hac vice to this Court for the purpose of representing Plaintiff in the above-captioned case.

2. Attached to this affidavit and introduced into the record in support of Timothy Jackson's motion for partial summary judgment on liability as to his defamation claims are the following documents and exhibits, each of which is a true and exact copy:

1

| | |
|---|---|
| Exhibit A- | ECF No. 1-1, Affidavit of Timothy Jackson, dated January 7, 2021. |
| Exhibit B- | Transcript of Deposition of Timothy Jackson, dated September 24, 2024. |
| Exhibit C- | ECF No. 1-5, Ad Hoc Review Panel, Report of Review of Conception and Production of Vol. 12 of the Journal of Schenkerian Studies, dated November 25, 2020. |
| Exhibit D- | Journal of Schenkerian Studies, v. 12 (2019), UNT_000849-UNT_001070. |
| Exhibit E- | Timothy Jackson, A Preliminary Response to Ewell, Journal of Schenkerian Studies, v. 12 (2019) at 157-166. |
| Exhibit F- | Transcript of Deposition of Philip Ewell, dated September 19, 2024. |
| Exhibit G- | Transcript of Deposition of Ellen Bakulina, dated October 16, 2024. |
| Exhibit H- | Exhibit 5 to the Deposition of Ellen Bakulina, composed of two webpages concerning the journal published by the Society of Music, Spectrum. The first, captioned "About Music Theory Spectrum" and the second, captioned "Oxford Academic, Music Theory Spectrum," as well as the article by Philip Ewell, Music Theory's White Racial Frame v.2 (Fall 2021) at 324-329. |
| Exhibit I- | Exhibit 36 to the Deposition of Rachel Gain, tweets between Defendant Rachel Gain and Defendant Vivek Virani, dated July 27, 2020-July 30, 2020. |
| Exhibit J- | Transcript of Deposition of Rebecca Geoffrey-Schwinden, dated September 27, 2024. |
| Exhibit K- | Transcript of Deposition of Andrew Chung, dated October 15, 2024. |
| Exhibit L- | Transcript of Deposition of Benjamin Brand, dated September 23, 2024. |
| Exhibit M- | Exhibit fifteen to the deposition of Benjamin Brand caps that, Email of Peter Kohanski to John Richmond, et al. with attachment, dated July 30, 2020, Kohanski_000107-Kohanski_000110. |
| Exhibit N- | Transcript of Deposition of Peter Kohanski, dated May 18, 2021. |
| Exhibit O- | ECF No. 7-3, Exhibit 2 to the deposition of Peter Kohanski, email of P.Kohanski forwarded to Timothy Jackson, dated July 29, 2020 with attached student petition to Dean John Richmond. |
| Exhibit P- | Transcript of Deposition of Rachel Gain, dated May 19, 2021. |
| Exhibit Q- | Email of Rebecca Geoffrey-Schwinden to Benjamin Brand, July 30, 2020, UNT_000417. |

| | |
|---|---|
| Exhibit R- | Email thread of John Richmond to Rebecca Geoffrey-Schwinden, July 31, 2020, UNT_000423-UNT_000424. |
| Exhibit S- | Student Petition, undated, Exhibit 9 to the Deposition of Rebecca Geoffrey-Schwinden. |
| Exhibit T- | Webpage of the College of Music, captioned "Schenkerian Journal Statement," signed by Dean John Richmond and Chair of the UNT Division of Music History, Theory and Ethnomusicology, Benjamin Brand, UNT_00016. |
| Exhibit U- | ECF No. 1-22, email of Benjamin Brand to Timothy Jackson, December 11, 2020. |
| Exhibit V- | Faculty Annual Evaluations of Timothy Jackson, various years, JACKS_146407-JACKS_146424. |
| Exhibit W- | Affidavit of Timothy Jackson, dated August 20, 2024. |
| Exhibit X- | Faculty Annual Evaluation of Timothy Jackson for calendar year 2019-2020-2021. |
| Exhibit Y- | Undated series of drafts of faculty petition, Exhibit 8 to the Deposition of Rebecca Geoffrey-Schwinden, UNT_000427-UNT 000431. |
| Exhibit Z- | Email thread of Diego Cubero to Rebecca Geoffrey-Schwinden, dated July 30, 2020, UNT_00036-UNT_000363. |
| Exhibit AA- | Email of Peter Kohanski to Dean John Richmond, dated July 30, 2020. |
| Exhibit BB- | Defendants' Objections and Answers to Plaintiff's First Set of Requests for Admissions, dated May 30, 2024. |
| Exhibit CC- | Transcript of Deposition of Frank Heidlberger, dated May 19, 2021. |
| Exhibit DD- | Transcript of Deposition of Jennifer Cowley, dated September 26, 2024. |
| Exhibit EE- | Transcript of Deposition of Benjamin Graf, dated September 23, 2024. |
| Exhibit FF- | Defendants' Objections and Answers to Plaintiff's Second Set of Interrogatories, dated November 6, 2024. |

SIGNED UNDER THE PENALTIES OF PERJURY THIS 19th[TH] DAY OF DECEMBER 2024

_____
Michael Thad Allen, Esq.