**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

```
 1              UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF TEXAS
 2                   SHERMAN DIVISION

 3

 4   Case No. 4:21-cv-00033-ALM

 5   - - - - - - - - - - - - - - - - - -X
     TIMOTHY JACKSON,                    :
 6                     Plaintiff         :
                                         :
 7   VS                                  :
                                         :
 8   LAURA WRIGHT, et al.,               :
                       Defendants        :
 9   - - - - - - - - - - - - - - - - - -X

10

11

12

13           Videotaped deposition of DR. PHILIP ADRIAN
     EWELL taken at the offices of Regus, 157 Church
14   Street, 18th Floor, New Haven, Connecticut, before
     Clifford Edwards, Certified Shorthand Reporter and
15   Notary Public, in and for the State of Connecticut
     on September 19, 2024, at 10:09 a.m. EDT.
16

17

18

19

20

21

22

23

24

25
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 2

```
 1   A P P E A R A N C E S:

 2   ON BEHALF OF THE PLAINTIFF:

 3      Michael Thad Allen, Esq.
        ALLEN LAW, LLC
 4      PO Box 404
        Quaker Hill, Connecticut   06375
 5      m.allen@allen-lawfirm.com

 6

 7   ON BEHALF OF THE DEFENDANTS:

 8      Benjamin S. Walton, AAG  (via Zoom)
        Mary Quimby, AAG  (via Zoom)
 9      Office of the Attorney General
        General Litigation Division
10      State of Texas
        P.O. Box 12548, Capitol Station
11      Austin, Texas 78711-2548
        512.463.0447
12      Benjamin.Walton@oag.texas.gov

13

14   ON BEHALF OF THE WITNESS:

15      Richard Painter, Esq.
        c/o UNIVERSITY OF MINNESOTA
16      318 Mondale Hall
        229 19th Ave. South
17      Minneapolis, Minnesota  55455
        rwpusa18@gmail.com
18

19   ALSO PRESENT:

20      Alejandro Gomez, videographer

21      Timothy Jackson (via Zoom)

22      Cari Jacoby (via Zoom)

23      Renoldo Stowers  (via Zoom)

24

25
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 3

1                           EXAMINATION

2                                                        PAGE

3   DIRECT EXAMINATION BY MR. ALLEN                        7

4   CROSS-EXAMINATION BY MR. WALTON                      244

5   REDIRECT EXAMINATION BY MR. ALLEN                    254

6   CROSS-EXAMINATION BY MR. PAINTER                     256

7

8                             EXHIBITS

9

10  PLAINTIFF'S                                          PAGE

11  Exhibit 1, Re-Notice of Deposition for

12            Philip Ewell                                 7

13  Exhibit 2, Theoria Volume 26, 2020                   117

14  Exhibit 3, Article Entitled "Music Theory

15            and the White Racial Frame" Written

16            by Philip Ewell, Published in

17            Music Theory Online                         130

18  Exhibit 4, Printout from Society of Music

19            Theory Website                              158

20  Exhibit 5, Article Titled "A UNT Professor

21            Challenged Claims of Racism in

22            Music Theory and Now He's Facing

23            the Music" by Lucinda Breeding

24            Dated August 2, 2020                        164

25

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 4

```
 1                         EXHIBITS

 2                        (continued)

 3

 4   PLAINTIFF'S                                    PAGE

 5

 6   Exhibit 6, Collection of Documents Submitted

 7           by Timothy Jackson to Ad Hoc Panel

 8           Convened at University of

 9           North Texas                            179

10   Exhibit 7, Facebook Exchange, One-Page

11           Document Dated July 25, 2020           191

12   Exhibit 8, Facebook Post by Levi Walls         205

13   Exhibit 9, Document Presented to Ad Hoc

14           Review Panel                           226

15   Exhibit 10, E-mail Exchange Between Philip

16           Ewell and Rachel Gain                  237

17

18   (Reporter's Note:  Exhibits retained by the court

19   reporter and forwarded to Huseby for production.)

20

21

22

23

24

25
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 5

```
 1          THE VIDEOGRAPHER:  This is the

 2    beginning of media number one in the

 3    deposition of Philip Ewell in the matter

 4    of Timothy Jackson v. Laura Wright et

 5    al., case number 4:21-cv-00033.

 6          Today's date is September 19, 2024.

 7    The time on the monitor is 10:09 a.m.

 8          My name is Alejandro Gomez and I'm

 9    the videographer.  The court reporter is

10    Cliff Edwards.  We are here with Huseby

11    Global Litigation.

12          Counsel, please introduce yourself,

13    after which the court reporter will swear

14    in the witness.

15          MR. ALLEN:  My name is Michael Thad

16    Allen, attorney for Timothy Jackson, the

17    plaintiff.

18          MR. PAINTER:  My name is Richard

19    Painter and I am attorney for Philip

20    Ewell, the deponent.

21          MR. WALTON:  My name is Ben Walton.

22    I'm an attorney for the defendants in the

23    lawsuit.

24          MS. QUIMBY:  My name is Mary Quimby.

25    I'm also an attorney for the defendants
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

```
 1              in the lawsuit.
 2                   MS. JACOBY:  My name is Cari Jacoby.
 3              I'm an attorney for the University of
 4              North Texas System.
 5                   MR. STOWERS:  My name is Renaldo
 6              Stowers.  I'm an attorney for the
 7              University of North Texas System.
 8
 9                   PHILIP ADRIAN EWELL
10   residing at 324 77th Street, Apartment 1C, Brooklyn,
11   New York 11209, having first been duly sworn,
12   deposed and testified as follows:
13
14                   MR. ALLEN:  Professor Ewell, the
15              first thing we are going to do is I'm
16              going to introduce an exhibit.
17                   This will happen from time to time
18              during the deposition.  There will be
19              documents I'll ask you to examine and
20              I'll ask you questions about them.
21                   So I've marked as Exhibit Number 1,
22              which should be in front of you.
23                   Do we have the marked
24              Exhibit Number 1?
25                   COURT REPORTER:  One moment, please.
```

TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.
Dr. Philip Adrian Ewell on 09/19/2024

Page 7

```
 1                    (Whereupon, Plaintiff's Exhibit 1,

 2                    Re-Notice of Deposition for Philip

 3                    Ewell, was marked for

 4                    identification.)

 5                    MR. ALLEN:  And I'm sorry, Richard,

 6               I brought another copy.  This is just the

 7               notice of deposition, but the court

 8               reporter has written on it.

 9                    MR. PAINTER:  I --

10

11                    DIRECT EXAMINATION

12

13  BY MR. ALLEN:

14       Q    This is the document -- I'm going to

15  represent to you that this is the re-notice of

16  deposition.

17               Could I ask you to examine the --

18       A    Uh-huh.

19       Q    -- document?

20       A    Get -- get my glasses on here --

21       Q    And of course we want you to have your

22  glasses on, too.

23               And this is a good time to bring this up.

24  If at any time you need more time to examine an

25  exhibit --
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 8

```
 1      A      Uh-huh.

 2      Q      -- just say so.

 3      A      Okay.

 4      Q      Of course, no one in the room wants you

 5   to be answering questions that you haven't examined

 6   the exhibit to answer and so forth.

 7      A      So all the pages here?

 8      Q      If you could just look it over.  I don't

 9   have many questions about this one.

10      A      Uh-huh.

11             This is a copy of the subpoena that I

12   received; right?

13      Q      Well, that was going to be my question:

14   Do you recognize this document as the subpoena and

15   re-notice of your deposition?

16      A      I think so, yeah.  Yeah.

17      Q      And is it accurate to say you've appeared

18   to give testimony today in response to these

19   subpoena -- this subpoena and this re-notice?

20      A      Yes.

21      Q      And that's the only question I have about

22   that document.  You can put it to --

23      A      Okay.

24      Q      -- the side.

25             At the end of the deposition the court
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 9

1  reporter will take all of the exhibits and will be

2  essentially the keeper of the record.

3      A    Got it.

4      Q    So I wanted to ask you if you have been

5  deposed before?

6      A    No.

7      Q    And before the deposition started, your

8  attorney and I were discussing the nature of

9  depositions in your presence.

10         But, again, this is the making of a

11  formal record for the court, so there are several

12  rules of the road we have to abide by precisely

13  because it is a very formal conversation.

14         So in normal conversation, things like

15  you just did to nod or say "uh-huh" or "uh-huh" are

16  perfectly normal and understandable.

17         But for the purposes of creating the

18  record today, I'm going to ask you to answer audibly

19  "yes" or "no," not with partial words or nods of the

20  head to every question; is that clear?

21      A    It's clear.

22         And I would like to ask a question of

23  you; may I?

24      Q    Absolutely.  You may ask me a question at

25  any time.

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 10

```
 1              Although, I'm not here to testify
 2   obviously, but --
 3      A    Of course.  Of course.
 4              If a question that you might want a yes
 5   or no is asked and it requires some equivocation,
 6   that's okay on my part to give such equivocation.
 7              Is that an accurate statement?
 8      Q    I will leave that to the advice of your
 9   counsel.
10              For the purpose of this "deposation" --
11   deposition, I would say you must answer a question
12   "yes" or "no" if there's a yes or no answer.
13      A    Yeah.
14      Q    If you can't answer it "yes" or "no," you
15   should just simply state that and that would give me
16   an opportunity to ask you why.
17      A    Perfect.
18      Q    Is there anything that would interfere
19   with your ability to answer questions truthfully
20   today?
21      A    No.
22      Q    You are not on any drugs?
23      A    No.
24      Q    You are not suffering from any illness
25   that would affect your memory?
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 11

```
 1      A     Nope.

 2      Q     Okay.  You also understand the meaning of

 3  taking an oath; correct?

 4      A     Yup.

 5      Q     And that you are obligated to tell the

 6  truth?

 7      A     Yup.

 8      Q     As you just did, please ask me if you do

 9  not understand a question or you have a question

10  about the question, so to speak.

11            No one has an interest in answering --

12  getting an answer to a question you didn't

13  understand; is that clear?

14      A     Yes.

15      Q     Likewise, if you don't ask a question for

16  clarification, I'm going to assume that you have

17  understood the question as asked.

18            Is that also clear?

19      A     Yup.

20      Q     Thank you.

21            Can you explain for the record what you

22  did to prepare for your depos- -- excuse me --

23  deposition today?

24      A     I went through personal e-mails from a

25  Gmail account from an old defunct account that I
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 12

```
 1  used to use for professional Gmail,

 2  contact@PhilipEwell.com.

 3          I went through Facebook direct messages,

 4  all pertaining to the subpoena and the questions

 5  asked -- may I look here --

 6      Q      Please.

 7      A      -- at this document?

 8              MR. ALLEN:  And I just -- let the

 9          record reflect the witness is consulting

10          Exhibit 1.

11      A      -- with respect to the documents

12  requested --

13  BY MR. ALLEN:

14      Q      Okay.

15      A      -- and listed at the end of the

16  subpoena.

17          So I looked for relevant items listed in

18  the documents requested.  I, on advice of counsel,

19  put them into a PDF.

20      Q      And let me interrupt you.

21          I'm not going to ask you for anything

22  you've discussed with your counsel.

23      A      Uh-huh.

24      Q      That would be privileged.

25      A      Uh-huh.
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 13

```
 1       Q      The fact that you discussed something
 2   with your counsel, that is not necessarily
 3   privileged --
 4       A      Oh.
 5       Q      -- but the substance, any legal advice,
 6   just -- just so it's clear to you --
 7       A      Understood.
 8       Q      -- and for the record, I am not going to
 9   try to ask questions about that.
10       A      Understood.
11       Q      And you may hear your attorney object
12   from time to time but --
13       A      Understood.
14       Q      -- I'm just asking what you did to
15   prepare?
16              If you met with him, that's fine.
17   Obviously --
18       A      Uh-huh.
19       Q      -- most witnesses do --
20       A      Uh-huh.
21       Q      -- if they have attorneys.
22       A      Uh-huh.
23       Q      But -- but please continue.  Sorry.
24       A      So I put those into a PDF --
25       Q      Uh-huh.
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 14

```
 1     A     -- submitted them to my counsel.

 2           Let's see.  In preparation, anything

 3  else?

 4           That would be it.

 5     Q     And the documents you consulted, were

 6  those produced in response to the subpoena?

 7     A     The PDF document, you are -- you are

 8  asking about?

 9     Q     Uh-huh.

10     A     Yes.

11     Q     Okay.  Were there any documents you

12  consulted which you have not produced in this -- in

13  response to the subpoena?

14     A     Not to my knowledge.

15     Q     Okay.  Did you discuss your upcoming

16  deposition with anyone besides your attorney?

17     A     With my wife.

18     Q     Which is also privileged, incidentally.

19  So I'm just going to move on.

20           Anyone else besides your wife?

21     A     When I first got the subpoena, I

22  discussed it -- I discussed it with the chair of the

23  Department of Music at Hunter College, Mark Spicer,

24  to simply tell him that this had happened.  And we

25  had a phone conversation and that is the extent of
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 15

 1   that conversation.

 2       Q      Simply the existence of the subpoena that

 3   the deposition would take place?

 4       A      Exactly.

 5       Q      Did he give you any advice?

 6       A      He did not.

 7       Q      What did he say?

 8       A      "Thanks for letting me know."

 9       Q      Okay.  That was a little bit of the

10   preliminary necessit- -- necessaries for a

11   deposition.

12             I'm going to move on to ask you some

13   questions about the basic background to your career.

14             So could you briefly describe your

15   educational career starting with your undergraduate

16   degree on up through the present?

17       A      Yeah, of course.  I went to Stanford

18   University undergrad, graduated in 1989 with a

19   degree in music.  I'm a cellist.

20             So after that I was accepted to a masters

21   program at Queens College, City University of New

22   York.  Moved to New York.  That was a two-year

23   program.

24             And I then went to Russia to study cello

25   in St. Petersburg, St. Petersburg Conservatory of

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 16

```
 1  Music.  And at that time I was applying to Ph.D.
 2  programs and DMA programs as a cellist, so I had a
 3  bit of a fork in the road:  Will I become a
 4  professional cellist; will I become a music
 5  academician?
 6           I had offers for both DMA programs and
 7  Ph.D. programs --
 8      Q    Can I interrupt you only briefly?
 9           Can you state for the record what a DMA
10  is?
11      A    Uh-huh.  Doctor of Musical Arts.
12      Q    Okay.
13      A    And that's generally for per- --
14  classical performance people mostly in the United
15  States.  It's -- it's a degree that's not really
16  offered in countries other than ours.
17      Q    And was there a degree you received from
18  the Conservatory of St. Petersburg?
19      A    A certificate.
20      Q    How long did it take you to earn the
21  certificate?
22      A    I was there for two -- over two years and
23  it was something of the order of a -- of a special
24  certificate for foreign students who'd come to do
25  graduate work but it was really
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 17

1  performance-oriented.

**2**      **Q**      **Uh-huh.**

3      A      So there wasn't a whole lot of classroom

4  time as part of that certificate.

5              And then I decided ultimately to enroll

6  at Yale University.

**7**      **Q**      **Uh-huh.**

8      A      That was 1994.  And I finished with a

9  Ph.D. in music theory there in 2001.

**10**      **Q**      **Okay.  And so when did you return from**

**11  St. Petersburg?**

12      A      To start, in 1994.

**13**      **Q**      **Okay.  So you were starting in**

**14  St. Petersburg in 1992?**

15      A      Not quite.  I first went in the summer of

16  '91 --

**17**      **Q**      **Uh-huh.**

18      A      -- to study language in Leningrad USSR.

**19**      **Q**      **Uh-huh.**

20      A      I had a program to do language -- to

21  continue language study that fall, but it was not a

22  good program.  This was CIEE, if I'm not mistaken,

23  Council on International Educational Exchange.

24              And I ended upcoming back to DeKalb,

25  Illinois, which is -- was my hometown.

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 18

1          And for the fall of '91, I was in DeKalb

2  and I studied cello and I did some stuff at Northern

3  Illinois University, studied cello with Marc

4  Johnson.  He was the cellist of the Vermeer Quartet.

5  And then it was January of '92.

6          That whole fall of '91 I was trying to

7  get back to Russia because I knew I wanted to study

8  cello in Russia.  And I was able to -- it wasn't

9  easy because you needed to get visas and it was

10 still kind of a Soviet transitioning -- right -- to

11 post-Soviet.

**12     Q     Uh-huh.**

13     A     But I did get a visa and I went back in

14 January of '92 to study at the conservatory in

15 St. Petersburg.

**16     Q     So you lived along with the Russian**

**17 people the collapse of the Soviet Union, it sounds**

**18 like?**

19     A     Yes, kind of.  I -- I was not there in

20 the fall of '91, which is when Leningrad became

21 St. Petersburg.  That --

**22     Q     Uh-huh.**

23     A     -- was October --

**24     Q     Uh-huh.**

25     A     -- when Gor- -- Gorbachev basically went

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 19

1   on air and said, Okay, peace out.  I'm done.

2          That was December.  That was Christmas

3   Eve --

4      **Q     Uh-huh.**

5      A     -- actually of '91 and I was in the

6   States for that.

7          But right after that in January -- first,

8   second week of January, I was back in

9   St. Petersburg.

10     **Q     Okay.  And -- and thank you for that.**

11         **And I think you said you were from**

12  **Illinois originally?**

13     A     Yes.

14     **Q     DeKalb, Illinois?**

15     A     Uh-huh.

16     **Q     Now, after you graduated from Yale with a**

17  **Ph.D. in music theory, was it?**

18     A     Uh-huh.

19     **Q     Can you from that point on briefly**

20  **describe your professional career?**

21     A     Yeah.  I got a job ultimately at the

22  University of Tennessee, Knoxville.

23     **Q     Uh-huh?**

24     A     And from 2002 to 2007, I was an assistant

25  professor of music theory there.  Did not go up for

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 20

1  tenure.  I left before I did that.

2           I got a job in Naperville, Illinois,

3  North Central College.  I was a professor there for

4  two years and wasn't so happy with the professional

5  professorship there.

6           And that's when I went back on the job

7  market.  I found a job at Hunter College, City

8  University of New York.  And fall of 2009 is when I

9  began that position.  And that's the position I

10  still have.

11     Q     And did you achieve tenure at Hunter

12  College?

13     A     I did.

14     Q     What year?

15     A     2016.

16     Q     And are you a -- did -- were you promoted

17  after that?

18     A     Well, tenure usually happens with

19  promotion from assistant to associate professor, so

20  I was -- I was both promoted and tenured --

21     Q     Uh-huh.

22     A     -- in 2016.

23           Are you asking if I was promoted from

24  associate to full professor?

25     Q     Yes.

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 21

```
 1      A      And that did happen, yes, in 2021.
 2      Q      Okay.  And that brings us up to the
 3   present; correct?
 4      A      In terms of my rank --
 5      Q      Yes.
 6      A      -- and professorship, yes.
 7      Q      And I'm not interested in what you earn
 8   or when you got pay raises or anything like that.
 9             But that's -- in terms of your formal
10   titles and your institutional affiliations --
11      A      Uh-huh.
12      Q      -- that is pretty -- pretty much
13   encapsulates your career?
14      A      Yeah.
15      Q      Do you have any positions that are held
16   across -- held at other institutions?
17      A      No.
18      Q      What --
19      A      Sorry.  I am an affiliate faculty at the
20   graduate center of the City University of New York.
21      Q      And just for the record, the City
22   University of New York is also referred to as
23   CUNY --
24      A      Uh-huh.
25      Q      -- and has many different colleges;
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 22

```
 1  correct?

 2       A     Yes.  CUNY is the way it's generally

 3  pronounced.

 4       Q     And Hunter College is one of those?

 5       A     Correct.

 6       Q     Is that generally associated with

 7  graduate teaching?

 8       A     At the graduate center?  Yes, that's

 9  associated with graduate teaching.

10       Q     And when you say, "at the graduate

11  center," is that part of Hunter College or that is

12  the Hunter College?

13       A     It is not part of Hunter College.  It is

14  part of the City University of New York.

15       Q     Okay.

16       A     So it is -- the City University of New

17  York is a consortium, I think they might call it, of

18  roughly 24 different institutions.

19       Q     Okay.

20       A     And Hunter is one of them.  There are

21  about six four-year colleges, maybe more.  There are

22  two-year colleges, there's a nursing school, school

23  of social work.

24             And the graduate center is generally

25  viewed as the doctoral granting institution within
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 23

```
 1  the City University of New York.  They do grants and
 2  terminal master's degrees, I think, as well.
 3      Q     Okay.  Do you belong to any academic
 4  societies, professional organizations?
 5      A     I do.  Society -- Society of Music Theory
 6  and American Musicological Society.
 7      Q     Any others?
 8      A     I was a member of the New Directions
 9  Cello Association for many years.  I think that
10  membership has lapsed.
11            I was a member of -- I might still be a
12  member of the Society for American Music.  And I am
13  a member of the Music Theory Society of New York
14  State.
15      Q     Okay.  That's an independent organization
16  or is it part of the Society for Music Theory, which
17  I believe you mentioned before; did I get that
18  right?
19      A     That is cor- -- yes, you got that right.
20            No, it is not a part of the Society of --
21  for Music Theory.  It's what we generally call a
22  regional society.
23      Q     Okay.  I -- I believe it was for the
24  Society -- is it "for" or "of" Music Theory?
25      A     I think it's "for Music Theory."
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 24

1      Q      So -- and if I say SMT, you'll know I'm

2    referring to the Society for Music Theory?

3      A      Correct.

4      Q      So I believe it was in 2019 that you gave

5    a plenary talk at the Society for Music Theory;

6    correct?

7      A      Correct.

8      Q      And the title of that plenary talk was

9    "Music Theory and the White Racial Frame."

10            Did I get that right?

11     A      No.

12     Q      Can you --

13     A      It was --

14     Q      Can you --

15     A      It was --

16     Q      Okay.  Can --

17     A      It was "Music Theory's White Racial

18   Frame."

19     Q      Thank you.  Can you, if you remember,

20   tell me the exact date of that talk?

21     A      I can't tell you the exact date.  I can

22   only say that it was in November of 2019.

23     Q      Was it in the beginning of the month, the

24   end of the month?

25     A      Well, SMT conferences are generally in

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 25

1  the first or second week of November, so before

2  November 15.  I mean, the date is -- we can find it

3  out pretty easily I think.

4       **Q     Sure.  And I also understand the limits**

5  **of memory.  That -- that -- that's fine.  It's not**

6  **about that.  I'm trying to place it in time.**

7       A     Uh-huh.

8       **Q     And to the best of your knowledge, how**

9  **was your talk received at the Society for Music**

10 **Theory in 2019?**

11      A     It was received very well.

12      **Q     How were you selected to give the plenary**

13 **talk?**

14      A     There was a program committee and they

15 wanted to have a session, I think already entitled

16 "Reframing Music Theory."

17      **Q     Uh-huh.**

18      A     The two people on the program committee I

19 remember speaking with at some point were Betsy

20 Marvin and Danny Jenkins.

21           And I think that Joe Straus, my colleague

22 at the CUNY Graduate Center, had suggested my name

23 to them at some point to be part of this

24 multi-person plenary session.

25                MR. ALLEN:  I don't --

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 26

```
 1                    COURT REPORTER:  I can help you.
 2                    MR. ALLEN:  Can we go off the
 3         record?
 4                    I'm sorry, there's a technical
 5         issue.
 6                    THE VIDEOGRAPHER:  We are going off
 7         the record.  The time is 10:29.
 8                    (Whereupon, there was a recess taken
 9                    from 10:29 a.m. to 10:31 a.m.)
10                    THE VIDEOGRAPHER:  We are going back
11                    on the record.  The time is 10:31.
12  BY MR. ALLEN:
13      Q    I apologize for the interruption for
14  technical difficulties.
15           I think you were in the middle of
16  answering a question about how you had been selected
17  to give the plenary talk in November of 2019 to the
18  Society for Music Theory?
19      A    Right.
20      Q    Can you continue with your answer,
21  please?
22      A    Yeah.  So Joe Straus had suggested me to
23  the program committee and as I mentioned, Betsy
24  Marvin and -- Elizabeth Marvin and Daniel Jenkins
25  were the two names I remember from the program
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 27

1   committee.

**2**       Q      Uh-huh.

3       A      And there were four people who gave talks

4   that day and I was one of them.  And Betsy Marvin

5   who is Elizabeth Marvin moderated that plenary

6   session.

**7**       **Q      And all of the people you just mentioned**

**8   are members of the SMT; right?**

9       A      I can't say that they are members now,

10  but they certainly were at that moment.  You needed

11  to be a member in order to --

**12**      Q      Uh-huh.

13      A      -- present at the conf- -- at the

14  conference.

**15**      **Q      What did you submit to this committee or**

**16  panel for them to evaluate when selecting speakers?**

17      A      So I had been doing work that resulted in

18  that plenary talk and ultimately in a very long

19  article.  The article is titled a little bit

20  different and I wanted the difference between the

21  talk and the article so that there could be a

22  distinction between the two.

**23**      Q      Uh-huh.

24      A      You had mentioned "Music Theory and the

25  White Racial Frame."

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

1          That in -- in fact is the -- the title of

2    the long article --

**3        Q      Uh-huh.**

4        A      -- that I had published -- it looks like

5    you have a copy of it there on the -- on the table.

6    And -- and so "Music Theory's White Racial Frame"

7    was the distilled version of that very long paper.

8          I had been doing that work going back to,

9    I would say, 2017, 2018.

**10       Q      Uh-huh.**

11       A      And I had shown it to some colleagues at

12   CUNY and certainly Joe Straus was one of them.

**13       Q      Uh-huh.**

14       A      And he thought that this work was

15   important, interesting, so that's why he presented

16   it or suggested to the program committee that I be

17   considered for this -- for this slot.

**18       Q      And if you know, approximately how many**

**19   members does the SMT have?**

20       A      1200 is the number that sticks in my head

21   from back then.

**22       Q      Uh-huh.**

23       A      So plus or minus at this point.  Maybe a

24   hundred or two plus or minus 1200.

**25       Q      Is it international in scope?**

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 29

```
 1      A     The short answer is probably no in the
 2  sense that there are international societies.
 3            So there's an International Musicological
 4  Society --
 5      Q     Uh-huh.
 6      A     -- which is clearly international in
 7  scope.  But the Society for Music Theory certainly
 8  has members who are not located in the United States
 9  or who are not U.S. citizens, so in that sense it is
10  international.
11      Q     Okay.  And approximately how long was the
12  talk?
13      A     My talk was about -- I -- I think about
14  22 minutes.
15      Q     Okay.
16      A     My portion of the plenary session was
17  22 minutes.
18      Q     And all of these talks, you mentioned I
19  think four in total, they were given at the same
20  time?
21      A     Correct.  Well, sequentially.
22      Q     By that I mean on the same day in the
23  same session?
24      A     Correct.
25      Q     Okay.  And after you had given the talk,
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 30

1  and by your account it was well received, was it

2  available online?

3      A     Yes.

4      Q     And is it still available online?

5      A     As far as I know, no.

6      Q     Why has it been removed from its -- where

7  it was online before?

8      A     At some point, I removed it myself

9  because I was getting hate mail based on people

10  having viewed the talk.

11          And at some point I contacted I think it

12  was Patricia Hall because the entire session was

13  online and available open, maybe on a YouTube

14  channel --

15      Q     Uh-huh.

16      A     -- via the SMT website.

17          I contacted Patricia Hall or -- yes, I

18  think it was Patricia Hall as -- and she was the

19  then-president of the Society for Music Theory and I

20  said, Could you please remove my 22 minutes of the

21  talk because people are watching it and sending me

22  hate mail that got quite aggressive, the hate mail.

23      Q     Uh-huh.

24      A     And -- and she did.

25          Well, the Society for Music Theory did.

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 31

1  Not immediately, but -- but in -- in a few days I

2  think that's when the talk was taken down.

3      **Q      When was this, again?**

4      A      Oh.

5      **Q      Within general terms, if you know?**

6      A      I would say -- well, it was in 2020.

7  That's the --

8      **Q      That was the time the talk was up online;**

9  **right?**

10     A      Yes.  It was online after -- after

11 November 2019, you know, maybe -- I -- I don't think

12 it was immediately online --

13     **Q      Uh-huh.**

14     A      -- until I had asked her to take it off

15 from the main Society of Music Theory.

16            I should say here that I had clipped my

17 22 minutes and made it available on my own

18 professional website.

19     **Q      Uh-huh.**

20     A      And that was easy for me to take down.

21 Since I had put it up, I could take it down.

22     **Q      Uh-huh.**

23     A      But the entire session was still

24 available and because of the hate that I was

25 getting, I sent that e-mail to Patricia Hall -- and

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 32

```
 1  it's going to be a ballpark -- in the spring or
 2  summer, let's say, of 2020.
 3      Q     Okay.  And who is Patricia Hall?
 4      A     She was -- was the president of the
 5  Society for Music Theory at that time.
 6      Q     Is she a professor as well?
 7      A     She's a professor of music theory, yes.
 8      Q     Where?
 9      A     University of Michigan, I believe.
10      Q     Okay.  And you don't have any indication
11  that Timothy Jackson sent you hate mail as -- in
12  response to this, do you?
13      A     I do not.
14      Q     Or that he organized any of this hate
15  mail?
16      A     That -- that I organized it?
17      Q     No, my client, Timothy Jackson.
18      A     Yeah.
19      Q     You don't have any indication that he was
20  organizing some kind of hate mail?
21      A     I do not, no.
22      Q     Okay.  And I think you already answered
23  this, but then a longer article based on this talk
24  was eventually published; right?
25      A     Correct.
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 33

1      Q      And that article was titled "Music Theory

2   and the White Racial Frame."

3              Correct?

4      A      Correct.

5      Q      And when did that come out?

6      A      I think that came out some time in June

7   of 2020.

8      Q      And that was published by the Society for

9   Music Theory?

10     A      Yes.

11     Q      What's the name of their journal?

12     A      Well, they have about five official

13  publications --

14     Q      Okay.  Well, what's the -- what's the

15  name of the journal in which your article --

16     A      Music Theory Online.

17     Q      Okay.  Was it already agreed that the

18  plenary talks would be published as papers in this

19  Music Theory Online journal?

20     A      Well, my plenary talk was not published

21  in Music Theory Online.  That paper -- that paper,

22  as I've said, is -- oh, gosh -- five, six, seven

23  times longer than my plenary --

24     Q      Uh-huh.

25     A      -- address.

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 34

```
 1              So that's not the same -- the paper --
 2   the article that I see printed out over there, that
 3   was a separate thing from the plenary.
 4              The actual plenary talks were in fact
 5   published in Music Theory Spectrum, which is another
 6   publication of the Society for Music Theory.
 7        Q    Was your -- was your talk in print form
 8   published in the Spectrum journal?
 9        A    Correct.  Yes, it was.
10        Q    So before we go onto the longer
11   article --
12        A    Uh-huh.
13        Q    -- what was the process for publishing in
14   Spectrum?
15        A    I think the editor at that time was
16   Marianne Wheeldon --
17        Q    Uh-huh.
18        A    -- who was a professor of music theory at
19   the University of Texas-Austin.  And she -- somebody
20   had gotten in touch with her to publish these four
21   plenary talks --
22        Q    Uh-huh.
23        A    -- as a package.  It generally has
24   happened -- I've been told; I've not really seen --
25   I -- I -- I've never been privy to the
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 35

1  conversations -- it's generally happened that

2  plenary talks at the Society for Music Theory are

3  published --

4      Q      Uh-huh.

5      A      -- in one of those two journals.  Those

6  are the main academic journals.

7             But how it actually came to pass, I think

8  that was more Betsy Marvin and probably Joe Straus

9  who were working with Marianne Wheeldon to actually

10  see those plenary talks published in Music Theory

11  Spectrum.

12      Q      And I -- just to clarify for the record:

13  Is Spectrum a journal that actually appears in

14  print, like in a hard copy, old fashioned journal

15  print?

16      A      I think it no longer does.

17      Q      Uh-huh.

18      A      It might still -- they might still be

19  burning off print copies.

20             Back then, I think they -- they still

21  were.

22      Q      Okay.

23      A      But I think it's more or less all online

24  at this point.

25      Q      And was that plenary talk when it was

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 36

1  published in Spectrum, was that sent out for peer

2  review before that publication?

3      A    I -- I don't know.

4      Q    Wouldn't you know as the author that your

5  article was being sent out for -- for peer review?

6      A    I -- one would think, yes, but I wasn't

7  that involved.  I essentially submitted what I had

8  read at the plenary address --

9      Q    Uh-huh.

10     A    -- probably -- probably to Marianne

11  Wheeldon.  What she did as editor, I do not know.

12     Q    Do you remember responding to reviewers?

13     A    I do not, no.

14     Q    And just for the record, can you describe

15  what peer review means to an academic in music

16  theory?

17     A    Yes.  Peer review generally happens --

18  it's often called singly-blind or double-blind.

19     Q    Uh-huh.

20     A    I don't call it that because to use the

21  word "blind" like that is ableist language, which I

22  don't support.

23          I call it single or doubly-anonymous

24  review, as they do in Russia, for example.

25          And a singly-anonymous review is one in

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 37

1  which the reviewers know the identity of the author

2  of the article.

3           And as you I'm sure know, the

4  doubly-anonymous review is one in which all

5  identities are withheld.

6      Q     **Identities meaning the personal identity**

7  **of the --**

8      A     The personal identity of the reviewers --

9      Q     **Uh-huh.**

10     A     -- and the author of the article.

11     Q     **And so to the best of your recollection,**

12  **there was no double-blind peer review of the**

13  **Spectrum publication?**

14     A     I didn't say that I -- I didn't -- that

15  there was no review.  I said that I don't know.

16     Q     **You don't recall ever getting a**

17  **reviewer's comments?**

18     A     That's correct.

19     Q     **You don't recall ever responding to the**

20  **reviewer's comments?**

21     A     Yeah, correct.  Of course.

22     Q     **You don't recall ever discussing with the**

23  **editor peer reviews?**

24     A     That is correct, yes.

25     Q     **And certainly, if there was such**

TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.
Dr. Philip Adrian Ewell on 09/19/2024

Page 38

1    correspondence, that would be in your e-mail

2    somewhere?

3        A      Correct.

4        Q      Or other papers?

5        A      Uh-huh.

6        Q      Did you do a diligent search of your

7    records for those papers?

8        A      Yes.

9        Q      Did you turn any up?

10       A      Excuse me.  Can you repeat that question,

11   please?

12       Q      Did you conduct a diligent search of your

13   records for peer review documents of the Spectrum

14   publication?

15       A      I am now looking at the documents

16   requested at the end of the subpoena and I really

17   looked at this request number one, two, and three

18   and I don't recall seeing anything about peer review

19   here.

20              So I don't think that I specifically

21   looked for peer review in putting together the --

22   that PDF that I talked about.

23       Q      You would agree that a document that

24   discussed peer review of your paper that was

25   presented at the 219 -- 2019, excuse me, plenary

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 39

```
 1   address to the Society for Music Theory would be

 2   information concerning your plenary address;

 3   correct?

 4       A    Yes.

 5       Q    So that would be responsive to the first

 6   request there, which asks for each record

 7   constituting a communication that implements,

 8   mentions, discusses, or contains any information

 9   concerning your plenary address at the 2019 Society

10   for Music Theory's annual meeting; correct?

11       A    Yes.

12       Q    Okay.

13            MR. PAINTER:  I'm going to ask for

14            clarification as to what you mean by

15            "record."

16            Are these records in his possession

17            or records in the possession of Hunter

18            College, which have not been produced?

19            MR. ALLEN:  We can discuss that off

20            the record.

21   BY MR. ALLEN:

22       Q    But I just want to make a record here for

23   the purposes of our deposition that if such a

24   document was in your possession, that it would be

25   responsive to the subpoena; do you agree?
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 40

```
 1      A     May I ask -- may I confer with my counsel

 2  on that?

 3      Q     You confer with your counsel -- well,

 4  let's -- for the purposes --

 5                  MR. ALLEN:  Do you want to just

 6            confer here or you want to go off the

 7            record so he can confer with you?

 8                  MR. PAINTER:  Well, I mean, it's a

 9            legal question as to what's responsive.

10                  MR. ALLEN:  Yeah.

11                  MR. PAINTER:  I -- deponents usually

12            consult their counsel as to what is

13            responsive and what is not.

14                  MR. ALLEN:  Uh-huh.

15                  MR. PAINTER:  And there are a lot of

16            e-mails that are in the possession --

17                  MR. ALLEN:  Sure.

18                  MR. PAINTER:  -- of Hunter

19            College --

20                  MR. ALLEN:  I understand.

21                  MR. PAINTER:  -- that have not been

22            produced.  And I don't believe he's gone

23            through those in preparation for this

24            deposition.

25                  So if you are asking about those, I
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 41

```
 1              think that just needs to be very clear on

 2              the record that you are asking about

 3              those and then he'd have an opportunity

 4              to review those.

 5  BY MR. ALLEN:

 6      Q    And my purpose here is to try to identify

 7  whether or not any such documents exist?

 8      A    Uh-huh.

 9      Q    If we need to follow up, that's fine with

10  me.  I'm not here to try to suggest you did anything

11  wrong.

12          In fact, this often happens in

13  depositions that you identify documents that someone

14  wants, the other person didn't know they should have

15  got, something like that.  So it's really not about

16  trying to impugn your reputation.

17          I just want to identify whether any such

18  review of the Spectrum publication happened.

19          So if there are such documents they

20  certainly exist in one of two places, as far as I

21  can tell from what you've discussed so far:  They

22  exist either in your own personal records or in the

23  records that are properly in -- in the control of

24  Hunter College; is that correct?

25      A    In control of Hunter College, yes.
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
Dr. Philip Adrian Ewell on 09/19/2024

Page 42

1    Q    Okay.

2    A    Yes.

3    Q    But as you sit here today, you don't

4  remember seeing any such documents?

5    A    Correct.

6    Q    Do you remember there being any

7  complaints that publications of these plenary

8  sessions in Spectrum were not peer reviewed?

9    A    No.

10    Q    Do you have any reason to believe that

11  the Society for Music Theory would not keep such

12  documents themselves if they were generated in the

13  process of peer review?

14    A    Can you repeat that question?

15    Q    Do you have any reason to believe that

16  the Society for Music Theory would not have these

17  peer review documents related to your article if

18  they existed?

19    A    I don't have any reason to believe that,

20  that they would not have them.

21    Q    And I guess conversely, would you expect

22  the Society for Music Theory to maintain those

23  records of past peer reviews?

24    A    Sure.  Yeah.

25    Q    Okay.

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 43

```
 1                    MR. PAINTER:  I'd ask you to
 2            clarify, are we asking about the article
 3            or the talk, the plenary session talk?
 4                    MR. ALLEN:  I am talking about the
 5            article that was published in Spectrum --
 6   BY MR. ALLEN:
 7       Q     -- which you said was based on the print
 8   that was presented in oral form at the plenary
 9   address.
10       A     I would say more than based on.  I would
11   say it was virtually a verbatim --
12       Q     Okay.
13       A     -- replication of what I spoke.
14       Q     So I want to move on a little bit.
15            Now, you've testified that there was a
16   second paper which grew out of the research and
17   presentation of the plenary talk which was published
18   in Music Theory Online; correct?
19       A     Uh-huh.
20       Q     Can you describe how that paper came to
21   be published in Music Theory Online?
22       A     Yeah.  So I mentioned that I began that
23   work probably 2017, 2018.
24       Q     Uh-huh.
25       A     And strangely, it began as a response to
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 44

1  five articles that were going to appear in Music

2  Theory Online on Kendrick Lamar's album, To Pimp a

3  Butterfly.

4           And there were a lot of things swirling

5  in my head about music theory and how we have dealt

6  with race in the past.  And I remember writing a

7  very long -- so I was contacted by Noriko Manabe.

8  She's currently a music theory professor at Indiana

9  University.  She was one of the authors.

10          And they said, Would you please write an

11 introduction to these five papers?

12          And I agreed.  But the introduction that

13 I originally wrote was very long, 12-, 14,000 words,

14 and it wasn't so much a traditional introduction to

15 five papers on Kendrick Lamar.

16          But I -- I wrote that paper, that

17 introduction, and ultimately I pulled it -- I wrote

18 something completely different, which is available

19 online now, 4,000 words, Hey, this is a great thing.

20          But that original response was the paper

21 that ultimately became "Music Theory and the White

22 Racial Frame."  So that I wrote Winter/Spring 2018.

23     Q    Let -- let me ask you a few questions

24 about that original -- what did you call it -- a

25 response to Kendrick Lamar?

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 45

```
 1      A      It was an introduction --

 2      Q      Introduction?

 3      A      -- to five papers on Kendrick Lamar's

 4  third studio album.

 5      Q      I see.

 6      A      It's called To Pimp a Butterfly.

 7      Q      And you said that was published or it was

 8  not published?

 9      A      It was.

10             Oh, the original introduction, very

11  long --

12      Q      Uh-huh.

13      A      -- 12-, 14,000 words, I completely pulled

14  that.

15      Q      Uh-huh.

16      A      That was not part of it.  I rewrote

17  something completely different --

18      Q      Uh-huh.

19      A      -- which is published as the

20  introduction --

21      Q      Okay.

22      A      -- to -- to that, I think it's called, "A

23  Symposium on Kendrick Lamar's To Pimp a Butterfly."

24      Q      Where -- where was that published?

25      A      That was also in Music Theory Online.
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 46

```
 1      Q      And was that article --

 2      A      If you --

 3      Q      -- an introduction --

 4             (Whereupon, the court reporter

 5             requests clarification.)

 6 BY MR. ALLEN:

 7      Q      So we'll refer to it as "an

 8 introduction"?

 9      A      Uh-huh.

10      Q      In its final form, approximately how many

11 words was it?

12      A      4,000 words.

13      Q      And 4,000 words in ordinary journal pages

14 would be about how much, in your experience?

15      A      I have no idea.

16      Q      Was that introduction peer reviewed?

17      A      Yes.

18      Q      Who were the reviewers?

19      A      I do not know.  It was -- it was

20 anonymous.

21      Q      It stands out in your mind that it was

22 reviewed and you received the reviewers' comments?

23      A      Uh-huh.

24      Q      And you remember responding to the

25 reviewers' comments?
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 47

1      A      Uh-huh.

2      Q      Okay.  Now, that is separate from an

3   article that you eventually published in Music

4   Theory Online called "Music Theory and the White

5   Racial Frame."

6              Correct?

7      A      Correct.

8      Q      So just focusing on that paper, explain

9   the publication process in that case.

10     A      Uh-huh.  So I submitted that to Music

11   Theory Online.  And it took a fair bit of time for

12   reviews to come back.

13              They came back.  They were positive.  But

14   the editor at the time, that was Jeff Perry.  Jeff

15   Perry is a music theory professor at Louisiana State

16   University.

17     Q      Uh-huh.

18     A      Does it help for me to say that?  Should

19   I be saying that, by the way?  I -- you know,

20   because you asked --

21     Q      I appreciate it because you have to

22   understand, this is -- this is likely to be or could

23   be shown to a jury --

24     A      Yeah, fair.

25     Q      -- and they won't know these people from

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 48

 1   Adam, nor do I, quite frankly.

 2       A    Sure.

 3       Q    So I think it helps to put it in

 4   context --

 5       A    I will --

 6       Q    -- without belaboring the point.

 7            If they become relevant, Professor Ewell,

 8   it will be my job to ask about that.

 9       A    Uh-huh.

10       Q    But I do appreciate it when you give

11   these descriptions in brief of who they are and

12   where they are located.

13            So with that said --

14       A    Uh-huh.

15       Q    -- please continue describing the process

16   of publishing "Music Theory and the White Racial

17   Frame" in Music Theory Online.

18       A    Yeah, so the editor at the time was Jeff

19   Perry.

20       Q    Uh-huh.

21       A    And there was some very interesting

22   back-and-forth.  And this is something that I

23   actually outline in a monograph that I wrote --

24       Q    Uh-huh.

25       A    -- that came out last year.  And that

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 49

1    monograph is entitled "On Music Theory and Making

2    Music More Welcoming for Everyone."  And I'm happy

3    to -- to -- to repeat some of those things here.

4            So the reviews came back positive as --

5    accept with revisions.

6      **Q     Uh-huh.**

7      A     Jeff Perry and the Music Theory Online

8    team e-mailed me, We are going to change this to a

9    different decision.

10            And the decision was revise and resubmit.

11   And that --

12     **Q     And just for the record -- again, this**

13   **may be presented to people who have no idea how --**

14     A     Uh-huh.

15     **Q     -- the publication in academic journal**

16   **works, but a revise-and-resubmit recommendation**

17   **means, if I may summarize, We like it but we want**

18   **these revisions with these revisions; we'd like to**

19   **see it again and then it will be published.**

20            **Is that fair?**

21     A     Yup, that's fair.

22     **Q     Okay.**

23     A     Yeah.

24     **Q     And so fast forward to the next phase.**

25     A     Uh-huh.

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 50

1       Q       **What happened next?**

2       A       Well, since you clarified what revised

3    and resubmit means, we often just say "R&R."

4       Q       **Which doesn't mean "rest and relaxation."**

5       A       It does not mean --

6       Q       **It means more work for the professor?**

7       A       Yeah, yeah.

8               Oh, let me clarify what "accept with

9    revisions" --

10      Q       **Uh-huh.**

11      A       -- at least meant at the time.

12      Q       **Uh-huh.**

13      A       It meant this article will be published.

14              Music Theory Online said very clearly at

15   the time in -- in their language, If you get to

16   "accept with revisions," you can consider your

17   article published and you can list it on your CV.

18      Q       **Uh-huh.**

19      A       So that's what that meant vis-à-vis the

20   "revise and resubmit" --

21      Q       **Uh-huh.**

22      A       -- which is what you just outlined.

23      Q       **Uh-huh.**

24      A       They changed the "accept with revisions"

25   to "revise and resubmit."

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 51

1              And I took issue with that.  And I began

2    to -- I drafted a memorandum to the chair of the

3    publications committee at the time.  That was Brian

4    Alegant, who is now retired I think --

5        Q       Uh-huh.

6        A       -- from Oberlin as a music theory

7    professor.

8              And I had a phone call with Brian Alegant

9    regarding this case.  And ultimately, I emerged

10   victorious in this behind-the-scenes battle, let me

11   say --

12       Q       -- uh-huh.

13       A       -- as to whether they were going to honor

14   their own rules and not change the goal posts.

15       Q       Right.

16       A       Right?  Or change the goal posts and get

17   away with it.

18       Q       Uh-huh.

19       A       So it was one of those two things.

20             Frankly, I thought that they would get

21   away with it.  But I was a little surprised, happily

22   surprised, when in fact they decided to honor their

23   own rules and publish this article.

24       Q       And so the Society for Music Theory

25   honoring their own rules, that's important to you;

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 52

```
 1   correct?

 2       A     Yes.

 3       Q     And in this case, you thought they did

 4   the right thing?

 5       A     Yes.

 6             I should also add that any society

 7   honoring their own rules is important to me.

 8       Q     And I understand from your statement that

 9   you consider yourself a -- basically, an honest

10   academic; right?

11       A     I don't understand that question.

12       Q     Sure.  You want societies to honor their

13   own rules; correct?

14       A     Yes.

15       Q     Professional societies that address

16   academic work; correct?

17       A     Yes.

18       Q     And you, yourself, consider yourself an

19   honorable academic in that sense?

20       A     Yes.

21       Q     Okay.  And this is a perfect example of a

22   question being unclear and you ask for clarification

23   and I appreciate that.

24       A     I appreciate the clarification.

25       Q     So I want to turn to -- so this article
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 53

1  was peer reviewed.  It came back, Accepted but we

2  want a few changes.

3           Then the editorial board, it sounds like,

4  changed that to revise and resubmit; correct so far?

5     A    No, it was not the editorial board.  It

6  was the editors at Music Theory Online.

7  Specifically, Jeff Perry and probably David

8  Neumeyer --

9                MR. ALLEN:  Uh-huh.

10    A    -- retired music theory professor,

11 University of Texas-Austin, I think.

12 BY MR. ALLEN:

13    Q    Uh-huh.  And then you pushed back on

14 that; correct?

15    A    Yes.  Then I pushed back the editorial --

16 not the editorial board, but the publications

17 committee was the next level.

18    Q    Uh-huh.

19    A    And this is a publications committee, by

20 the way, of the Society for Music Theory.

21    Q    Okay.  And you eventually prevailed?

22    A    Uh-huh.

23    Q    They followed their own rules; right?

24    A    Uh-huh.

25    Q    And the article was eventually published

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 54

1  after, what I take to be, some few revisions?

2      A      Correct.

3      Q      So I want to turn now and ask a few

4  questions about the substance of your article.

5              I understand you may not have a verbatim

6  memory of the article and it's been some time,

7  but --

8      A      Uh-huh.

9      Q      -- I really want you to explain in -- in

10 general terms that can be understand -- -stood by

11 the Jury, if you could, what is the white racial

12 frame in music theory?

13     A      Well, the right -- white racial frame is

14 from sociologist Joe Feagin --

15     Q      Uh-huh.

16     A      -- who's written books called "White

17 Racial Framing," who's talked about this concept

18 from a sociological point of view for decades now.

19              And within -- within music theory, the

20 white racial frame is essentially an acknowledgment

21 that American music theory historically is deeply,

22 deeply rooted in our own country's historic white

23 supremacy.

24     Q      So the white racial frame is about the

25 historical background to music theory in the United

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 55

 1   States?

 2       A      Yes, to a very large extent.  Yes.

 3       Q      Okay.  And how does the white racial

 4   frame justify the great array of privileges and

 5   assets held by white Americans?

 6              I believe that's a quote from your

 7   article?

 8       A      Can you repeat that again, please?

 9       Q      Sure.  How does the white racial frame in

10   music theory "justify the great array of privileges

11   and assets held by white Americans"?

12       A      In music theory -- in American music

13   theory, it's manifested in many, many different ways

14   from the curricula that we put forth in the music

15   theory classroom to the music theorists who have

16   been elevated to study and whose works we read to

17   the performances and the -- the pieces and the

18   repertoire that we tell our students are the most

19   important in -- in their music educations.

20       Q      And how does that justify the great array

21   of privileges and assets held by white Americans?

22       A      It justifies it in the sense that

23   virtually all of the repertoire, until the last,

24   say, five to ten years, all of the repertoire, all

25   of the theorists, all of the ideas put forth were in

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 56

1   fact created by white men in the history of music

2   theory going back, well, centuries, frankly.

3            And when you look at it from a racialized

4   perspective, as I have, you realize that whiteness

5   plus maleness, the concepts of whiteness plus

6   maleness, in fact give people who happen to be

7   deemed white by society -- because, of course,

8   whiteness as a concept is something that's been

9   very, very flexible over -- over the centuries,

10  since it was created by humans roughly 500 years

11  ago, right -- it gives people who -- who might

12  identify as such a great, great advantage because

13  people by default believe that a person who presents

14  as white and male are -- are more inclined to be

15  like the great music -- so-called great music

16  theorists of the past; right?

17           And it in fact tells our students that

18  this is the model for what music theory should be

19  because quite literally 100 percent of the music

20  theorists we put forth in study were in fact white

21  men, rather than realizing that historically, going

22  back hundreds of years, without question, the

23  country that became known as the United States has

24  valued whiteness over all other forms of races over

25  non-whiteness, let's say.

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 57

1          And it's only now that we are beginning

2     to unpack some of the racialized histories of music

3     education and music theory specifically, which is

4     what I do, in order to unpack some of the -- as

5     you -- as you quote from me, the array of

6     privileges --

7          Q     Uh-huh.

8          A     -- that whiteness and male -- plus

9     maleness -- I'm speaking about whiteness because I

10    think that's where your -- your question is more

11    focused on that.

12          Of course, I very clearly link this to

13    maleness and patriarchy in all of my work because if

14    you actually study race, as I have over many years

15    now, you realize that patriarchy is tied right at

16    the hip to the history of white supremacy.

17          Q     Okay.  And is this a fair summary -- and

18    I'm not trying to put words in your mouths [sic] --

19    but the fact that only white men have written,

20    published the corpus of music theory up to the

21    present in the United States, that that has propped

22    up white supremacy in the United States?

23          A     No, that's not true.  I -- I wouldn't say

24    only white men because, in fact, people have

25    theorized music all over the planet since there's

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 58

1  been music; right?

2         We've only put forth a select few in our

3  country because historically, the -- the country

4  that became known as the United States is rooted in

5  two twin ideologies more than any other and those

6  ideologies are white supremacy and patriarchy.

7     **Q     So these -- these doctrines of white**

8  **supremacy and patriarchy were responsible for**

9  **selecting the people in the United States who were**

10 **considered music theorists?**

11    A     Well, when you say "responsible for

12 selecting," it almost sounds as if there's, like, a

13 fair egalitarian selection process that's going on

14 behind the scenes.

15        And that's never been the case; right?

16 It's -- it has quite literally been white men

17 writing the rules.

18        It's not like in 1787 when the

19 Constitutional convention was convened in

20 Philadelphia that there were 55 people from all over

21 the country and half of them were women and over

22 here we have the Scots and over here we have the

23 Cherokee and the Hopi.

24        No.  No.  No.  We all know, they were 55

25 white propertied men, about half of whom who owned

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 59

1  slaves, and they wrote a rulebook, the Constitution,

2  which benefited themselves.

3        And to be honest, do you blame them?  I

4  wouldn't do -- I -- I would have done the same

5  thing.  You had money, you had education, you had

6  travel.

7        I don't blame somebody 240 years ago for

8  writing a rulebook that benefited themselves.

9  That's human nature.

10        This is -- there's not -- there's nothing

11  about blame here.

12    **Q    And -- and let me ask a question about**

13  **that specifically.**

14        **And so in your view, the Constitution**

15  **itself was written to support white male privilege?**

16    A    You keep coming back to the word

17  "privilege" and that's not exactly the word I would

18  use.

19        White male supremacy, I would use --

20    **Q    Okay.  Well, let's use your words.**

21        **It was written to the support white male**

22  **supremacy?**

23    A    Not explicitly to support white male

24  supremacy, but it was written with white male

25  supremacy in mind; right.  I mean, I, quite

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 60

 1  literally, would have been three-fifths of a person

 2  because of the Three-Fifths Compromise; right?

 3          And --

 4      **Q      And by that, you are referring to the**

 5  **fact that you identify as black?**

 6      A      Correct.

 7      **Q      And people at that time certainly would**

 8  **have identified you as black; right?**

 9      A      Correct.  Correct.

10      **Q      And keep in mind, this will be on video,**

11  **so we are not making things up and they'll see you;**

12  **right?**

13      A      That's great.

14      **Q      Okay.  So then that's what you are**

15  **referring to?**

16      A      Absolutely, yeah.

17      **Q      Uh-huh.**

18      A      And so I probably would ask a question:

19  How could that not be seen as supporting whiteness

20  if -- if the Fugitive Slave Clause, which was part

21  of the original Constitution, and the Three-Fifths

22  Compromise, which was part of the original

23  Constitution, quite clearly were anti-black in

24  nature?

25          And the first naturalization law from

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 61

```
 1  1790 very clearly said, If you want to be
 2  naturalized citizen, you have to be white.
 3       Q       Uh-huh.
 4       A       It also said you had to be -- you had to
 5  be a free white person, is the way they wrote the
 6  law.
 7               Well, that's a white supremacist
 8  structure; right.  That's what --
 9               So if -- if you're -- if you're asking me
10  whether the Constitution was written with white
11  supremacy and patriarchy, by the way, in mind, my
12  answer would be unequivocably yes, it was.
13       Q       And that includes the First Amendment to
14  the United States Constitution?
15       A       The First Amendment of the Constitution
16  to free speech, I think, is one of the high water
17  marks of our Constitution --
18       Q       Are you excepting that from the supports
19  of white supremacy in your view?
20       A       I --
21       Q       Let me rephrase that.
22       A       Yeah, yeah, please.
23       Q       Are you excepting the First Amendment
24  from the argument you just made about the sup- -- I
25  guess you didn't say "support" --
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 62

```
 1                    MR. PAINTER:  That

 2          mischaracterizes --

 3                    MR. ALLEN:  Yeah, no, I'm trying to

 4          get it right.

 5                    MR. PAINTER:  He didn't say the

 6          entire Constitution, every provision.

 7                    MR. ALLEN:  Well, let me ask him a

 8          question.

 9   BY MR. ALLEN:

10      Q    I'm asking if you except the First

11   Amendment which guarantees free speech from the

12   argument that you made about the 55, I believe,

13   white men, half of them slave owners, who were

14   advancing white supremacy at the time of the

15   founding?

16      A    Yeah.  This is a very interesting

17   conversation.

18                    I -- I fully acknowledge some of the

19   beautiful parts of the United States Constitution.

20   My personal favorite is the 14th Amendment written

21   by John Bingham, a Radical Republican --

22      Q    Which is, of course, after the Civil War;

23   right?

24      A    Correct.  One of the reconstruction

25   amendments.
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 63

```
1             He was a Congressman from Ohio, a Radical

2   Republican, and a white man, I'd like to point out

3   for the record here.

4             And the First Amendment I think is a

5   great amendment.  I think the Second Amendment is an

6   awful amendment, personally, but now we are just

7   getting into speculation and --

8        Q     And we don't need to --

9        A     -- I --

10            (Whereupon, the court reporter

11             requests clarification.)

12   BY MR. ALLEN:

13       Q     Well, I -- I want to -- I don't

14   necessarily want to cut this short, but we have

15   other things to talk about and I -- I just wanted to

16   ask you the question about the first amendment since

17   you had made those statements about the

18   Constitution.

19            I wanted to return to music theory, if

20   you don't mind?

21       A     Please.

22       Q     What role did music theory have in -- in

23   forming the founders' drafting of the Constitution

24   or the 1790 law that you mention?

25       A     What role did music theory have --
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
*Dr. Philip Adrian Ewell on 09/19/2024*

Page 64

1    Q    Yes?

2    A    -- in forming the Constitution of the

3   United States?

4    Q    Yes.  We've been talking about the

5   white --

6    A    Uh-huh.

7    Q    -- racial frame of music theory; correct?

8    A    Yeah.

9    Q    And you --

10             MR. PAINTER:  Correction.  A lot of

11             this has not been about the white racial

12             frame of music theory.  We have been

13             talking about the Constitution for at

14             least five minutes.

15   BY MR. ALLEN:

16    Q    And then we transitioned to talking about

17   the Constitution when I asked you how did this, for

18   lack of a better word, ideology of the white racial

19   frame justify the great array of privileges and

20   assets held by white Americans; right?

21    A    Uh-huh.

22    Q    Do you remember that question?

23    A    Uh-huh.

24    Q    And then we transitioned based on your

25   answer to a discussion of the Constitution and

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 65

1  the -- the law in 1790?

2      A    Uh-huh.

3      Q    **Which I think we all agree is atrocious.**

4      A    Uh-huh.

5      Q    **And my question then, returning to white**
6  **racial framing of music theory, I wanted to know how**
7  **those are connected.  How is the white racial frame**
8  **in music theory connected to the 55 founders, half**
9  **of them slave owners, who drafted the Constitution?**

10     A    Well, that's actually pretty easy to

11  answer.  To race scholars like me, it's pretty easy

12  to connect dots to see how the white supremacist

13  foundings of the country are manifested in music.

14          Let's take the New York Philharmonic, for

15  example.  I think that's our oldest symphony

16  orchestra.  It was founded in 1842.

17          The first non-white person to play and be

18  accepted into the orchestra was 120 years later.

19  His name -- he's a black violinist.  His name is

20  Sanford Allen.  He's still alive.  He lives in New

21  York City.

22          One hundred twenty years it took for them

23  to accept into the orchestra a person who was not

24  white.

25          Since I know a lot about patriarchy and

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 66

1  the his- -- the patriarchal underpinnings of the

2  United States as well, I'll simply point out that

3  the first woman to be accepted to play in the New

4  York Philharmonic, not as just a per service player

5  but someone who is part of the group taken in as a

6  tenured member of the orchestra, that was Steffy

7  Goldner.  She was a harpist and that was in 1922.

8  So it took 80 years for them to accept a woman into

9  the orchestra.

10        So if the question is:  How did the white

11  supremacist underpinnings of a Constitution or just

12  the founding of the count- -- of the country affect

13  society writ large and, in my case, music and music

14  theory, well, just look at -- look at the New York

15  Philharmonic.

16        Look at the Metropolitan Opera founded in

17  1883.  First opera written by a black composer

18  performed in 2021, four -- three years ago.  That

19  was Fire Shut up in my Bones by Terence Blanchard, a

20  very fine composer and trumpeter.

21    Q    So let me interject for a second.

22        I don't think anyone would seriously

23  question that there has been a racial discrimination

24  in the United States, at least -- not least of which

25  manifested in institutions like philharmonic

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 67

 1    orchestras and so forth, just as you have described.

 2        A      Uh-huh.

 3        Q      My question was different.

 4               My question was:  How did music theory

 5    inform this white racial frame that you described?

 6    How did that inform the -- what you've described as

 7    the racial supremacy embedded in the Constitution

 8    and other laws dating back to the 18th century?

 9        A      Uh-huh.  Well, I -- I mentioned

10    performing institutions like New York Philharmonic

11    or the Metropolitan Opera.

12               All of the people involved in those, they

13    went to school and they learned music theory; right.

14    It was very much a feedback loop in the world of

15    classical music.  It still is to a very large

16    extent, although we are making some very interesting

17    steps forward, I think, in a -- in -- in positive

18    directions.

19               If in fact a student goes to an

20    institution to learn music and they are told

21    explicitly that the -- that white people's brains

22    are bigger because racial phrenologists proved it,

23    if they are told that black people couldn't possibly

24    write good music because they are black, well,

25    that's part of music education.

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 68

```
 1              Music theory is a crucial part of music
 2    education.  It has been, of course.
 3       Q    So maybe -- let me ask my question
 4    another way.
 5              Is -- is what you are saying or what you
 6    were trying to advance in your article in Music
 7    Theory Online that the -- the embedded racial
 8    supremacy in our founding documents went on to
 9    influence music theory for generations to come?
10       A    It influenced absolutely every aspect of
11    American life up to and including music theory.
12       Q    Okay.
13       A    And it still influences these things
14    today.
15       Q    Is it your -- also your argument that
16    this white racial frame in Western music theory has
17    the purpose of upholding white supremacy?
18       A    Well, this is the first time you've used
19    the word "Western" and I -- I -- that's not a word I
20    really use anymore.  This is something I unpack also
21    in my monograph from last year.
22              The whole concept of the West, it -- it
23    never happened before 1860 roughly.  It -- the --
24    the West was created out of thin air.
25              Why?  Because Europe could no longer
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 69

```
 1  ignore the money and the power that slave labor had

 2  generated in the United States of America.  In other

 3  words, Europe could no longer ignore the United

 4  States of America.

 5          So we needed a term to link the United

 6  States to Europe.  The Europeans needed a term,

 7  frankly, and that term was "the West."

 8          And that linked up the -- what we now

 9  call North America, which is usually considered to

10  be Canada and the United States, despite the fact

11  that North America is a continent that goes down to

12  the Panama-Colombia border; right.

13          So I personally don't use "the West" in

14  talking about some of the structures of -- of -- of

15  music education.

16          And now, I'm sorry, Mr. Allen, you'll

17  have to go back and repeat the -- the original

18  question because --

19      Q    Sure.

20      A    -- I lost it.

21      Q    So let's leave any conceptions of the

22  West since that seems to be something you don't

23  like.

24          So this white --

25              MR. PAINTER:  Correction.  I -- I
```

TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.
Dr. Philip Adrian Ewell on 09/19/2024

Page 70

```
 1              don't think he said he didn't like it.

 2                   THE WITNESS:  You are right.  I did

 3              not say --

 4  BY MR. ALLEN:

 5      Q     You don't like this term, "Western"?  You

 6  said it's --

 7      A     I didn't --

 8      Q     -- something like it was invented out of

 9  think air or something?

10      A     Yeah, I didn't say I didn't like it.  I

11  said I don't use it.

12      Q     Okay.  Well, I'm sorry if I interpreted

13  something that you refuse to use as something you

14  don't like, so I stand corrected.

15              Let me ask the question a different way:

16  This white racial frame in Wes- -- let me see --

17  white racial frame in what is contemporary United

18  States music theory has the purpose of upholding

19  white supremacy; is that your argument?

20      A     No.  No.

21      Q     Do you argue that the contemporary white

22  racial frame in classical music theory as it's

23  taught in the United States discriminates against

24  black Americans?

25      A     Can you clarify what you mean by
```

TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.
Dr. Philip Adrian Ewell on 09/19/2024

1    "discriminates against black Americans"?

2        Q    Let's start with some of the examples

3    you've used.

4             It denies black Americans access to, say,

5    philharmonic orchestras?

6        A    You mean as members playing in the

7    orchestra?

8        Q    Sure, let's start with that.

9        A    It has, yes.

10       Q    As students of music?

11       A    I don't understand the question.

12       Q    As students in graduate programs in music

13   theory, such as you teach?

14       A    Could you give me a full question?  I --

15   I --

16       Q    Sure.  I'm asking how -- or if music

17   theory, as you've described it having this white

18   racial frame, discriminates against black Americans,

19   and you asked me to be more specific.

20       A    I asked you to -- to -- to explain what

21   you mean by "discriminating black Americans," yes.

22       Q    And I said it keeps black Americans out

23   of positions as performing artists in philharmonic

24   orchestras, and you agreed?

25       A    Yeah.

TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.
Dr. Philip Adrian Ewell on 09/19/2024

Page 72

1      Q      And I asked if it keeps black Americans

2  out of music theory education programs, such as the

3  one you teach.

4              So let's then move onto that question.

5      A      Are you --

6      Q      Is that an argument you would make, that

7  this white racial frame discriminates against black

8  Americans by keeping them out of music theory

9  programs?

10     A      I don't understand what you mean by

11 "keeping out of."

12             You mean like not being admitted to

13 study.

14     Q      Sure.  It excludes them?

15     A      It excludes them as undergraduates or as

16 masters or doctoral students?

17     Q      Let's take them in turn.  As

18 undergraduates?

19             Do you know of any undergraduates who are

20 black Americans who wanted to study in music theory

21 who were excluded from a program in the United

22 States because of the white racial frame of music

23 theory?

24     A      Well, so I 00 I often refer to history in

25 these terms and now I would refer to Paul Brent, who

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 73

```
 1  is the first black student to study at Peabody.
 2  That was 1949.  He was most certainly excluded
 3  because of his blackness but he did ultimately get
 4  in before that.
 5            It was quite routine to exclude black
 6  people from conservatories and from music education
 7  because -- quite explicitly because of their
 8  blackness.
 9            Carl Seashore was a music theorist at the
10  University of Iowa who died years ago.  He was
11  essentially a musical eugenicist and he is -- his
12  goal was to prove the inferiority of black musicians
13  in the country.
14            The reason I'm laying out the history
15  here is because it sounds like you want me to answer
16  something about today and I have a hard time
17  answering such a question without laying out a
18  little bit of --
19       Q    Sure.
20       A    -- the history as to exactly how and why
21  blacks were in fact discriminated against in music
22  educational settings in horrific ways, I might add,
23  going back to the 19th century.
24            But Paul Brent was 1949.  That's not that
25  old.  My folks were alive in 1949.  That's not that
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 74

1  far in -- into the past.

2           And it's not that much of a leap to think

3  that such discrimination could have happened in the

4  late 20th century.

5           Now, if you are asking me if I know

6  specifically, I'd have to think.  I could probably

7  come up with some instances where it actually has

8  been part of the "do you get admitted or do you not

9  get admitted" --

10     **Q     Uh-huh.**

11     A     -- "into this program as an

12  undergraduate, as a masters student, as a doctoral

13  student?"

14     **Q     So this is still happening today is -- is**

15  **what you believe?**

16     A     If the question is racial discrimination

17  is still happening --

18     **Q     No, that --**

19     A     -- in music --

20     **Q     -- wasn't my question.**

21           **Are students being excluded from**

22  **undergraduate programs because they are black today?**

23     A     In undergraduate music programs?

24           I think that it -- not explicitly, but in

25  fact implicitly yes, probably yes.

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 75

```
 1              MR. PAINTER:  Take a break fairly

 2         soon?

 3              MR. ALLEN:  You want a break?

 4              MR. PAINTER:  Yeah, pretty soon.

 5              THE VIDEOGRAPHER:  Okay.

 6              MR. PAINTER:  Brief break.

 7              MR. ALLEN:  Let's go off the record

 8         and take a break now.  It's fine.  It's

 9         11:18.

10              THE VIDEOGRAPHER:  We are going off

11         the record.

12              MR. PAINTER:  Just go to the

13         bathroom.

14              MR. ALLEN:  Yeah, sure.

15              THE VIDEOGRAPHER:  The time is

16         11:18.

17              (Whereupon, there was a recess taken

18              from 11:18 a.m. to 11:31 a.m.)

19              THE VIDEOGRAPHER:  We are going back

20              on the record.  The time is 11:31.

21  BY MR. ALLEN:

22      Q    Professor Ewell, I believe before our

23  short break you were talking about -- we were

24  answering questions about specific incidents of

25  discrimination in the field of music theory and the
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 76

```
 1  admission to undergraduate.  You had also mentioned

 2  graduate schools.

 3              So I want to continue with that line of

 4  questioning, if you don't mind.

 5              Do you know of any black students who

 6  have been denied admission to the University of

 7  North Texas graduate program in music theory?

 8       A    Nope.

 9       Q    Do you know of any specific incident in

10  which my client, Timothy Jackson, has discriminated

11  against a black American?

12       A    No.

13       Q    Any black person, whether American or

14  not?

15       A    No.

16       Q    While we are at it, do you know of any

17  racist actions committed by my client?

18       A    No.

19              I would ask, I guess, just to define

20  "racist" because I -- could you define what you mean

21  by "racist" as --

22       Q    Well, this is something he's accused of,

23  so I don't know how graduate students or faculty at

24  the University of North Texas define that.  Maybe

25  you could illuminate.
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

1          Do you -- you know the fac- -- you know

2    some of the faculty at the University of North Texas

3    in their school of music; right?

4        A     Yeah, a couple.  The one that I knew best

5    was Ellen Bakulina.

6        Q     Uh-huh.

7        A     She's also a Russianist --

8        Q     Uh-huh.

9        A     -- as am I -- who's no longer there.

10       Q     Uh-huh.  Do you know what she means by

11   "racism"?

12       A     And she's now associate professor of

13   music theory at McGill University.

14             Sorry, could you repeat that?

15       Q     Do you know what Ellen Bakulina means by

16   racist?

17       A     No.

18       Q     Okay.  So back to the -- to questions

19   about the white racial frame in music theory, as

20   you've described it in your article, how has the

21   white racial frame in music theory impeded your

22   career personally?

23       A     I -- before I answer that I just want to

24   once again highlight -- because you've said "white

25   racial frame" quite a bit, that's not my -- I didn't

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 78

1  come up with this -- this phraseology.

2           It's Joe Feagin who just retired from

3  Texas A&M University as a sociologist.  He's

4  85 years old.  He's an American icon, as a matter of

5  fact.

6           And so I really have to just kind of say,

7  I didn't come up with white racial framing.  That's

8  Joe Feagin.  He's written many books on this topic.

9           And, you know, so part of me wants to

10  say, We should be reading his work because he's the

11  expert on white racial framing.

12           And I'm sorry, could you please repeat

13  the question about the white racial frame of music

14  theory?

15      **Q    Well, by mentioning Joe Feagin you are**

16  **not suggesting that your articles weren't developing**

17  **the idea of the white racial frame as it applied to**

18  **music theory taught in the United States; right?**

19      A    No, they were very much --

20      **Q    Okay.**

21      A    -- using his ideas, yes.

22      **Q    Okay.  And I understand -- I think you**

23  **would -- we all would agree that scholars build on**

24  **the scholarship of others; correct?**

25      A    Yes.

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 79

```
 1      Q      I'm most interested in the ideas that
 2  you've developed --
 3      A      Uh-huh.
 4      Q      -- defining, elaborating, identifying the
 5  white racial frame in music theory as it's taught in
 6  the United States; is that fair?
 7      A      Fair, yes.
 8      Q      And you've written on that in your
 9  article that grew out of your plenary talk in
10  2019 --
11      A      Uh-huh.
12      Q      -- and it was eventually -- and please
13  say "yes" or "no."
14             Yes?
15      A      Yes.
16      Q      And that was eventually published in your
17  article in Music Theory Online; correct?
18      A      Yeah.  Yes.
19      Q      And in fact it has "white racial frame"
20  in the title; correct?
21      A      Yes.
22      Q      Okay.  So that's what I'm talking about;
23  is -- can we agree on that?
24      A      Yes.
25      Q      All right.  I'm asking:  How did the
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

```
 1   white racial frame in American music theory as

 2   you've described it impede your career as a black

 3   American man?

 4        A    Oh, that's a vast, vast question.

 5             The first part I would say, it's hard for

 6   me to even know because much of anti-black -- much

 7   of anti-blackness happens behind the scenes.  So

 8   if -- if something didn't happen for me, there's a

 9   chance that anti-blackness might be the reason why

10   that happened.

11             So that's unclear to me how that might

12   have happened.

13             In terms of how has it affected me, well,

14   I've already mentioned the fact that the article

15   under question was -- they changed decisions about

16   the revision -- about the reviews from "accept with

17   revisions" to "revise and resubmit."

18             I believe that anti-blackness was, in

19   part, part of the reason that happened; right?

20             I believe that -- I had a very difficult

21   tenure battle at Hunter College from 2014 to 2016 in

22   which the chair of the music department at the time

23   tried very, very vigorously to get me fired,

24   something I just briefly mention in the introduction

25   to my -- my monograph last year.  That, I believe,
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

```
 1  was most certainly driven by anti-blackness.

 2            So -- I even mentioned at some point in

 3  that book that it -- you know, this two-year tenure

 4  battle that I had to wage because this particular

 5  one person was essentially claiming I was

 6  incompetent at what I did, and I do believe driven

 7  by anti-blackness, nobody should have to do -- go

 8  through that; right.  That's not something that a

 9  white person should go through, that a -- or any

10  non-white person should go through.

11            But to bring it back to anti-blackness,

12  this is historically part of the fabric of the

13  United States; part that we will continue to work

14  through together, I hope, and -- and confront and

15  make things better for our children and

16  grandchildren.

17       Q    So you've given two examples, this SMT --

18       A    Decision on the --

19       Q    -- decision on your -- not the Spectrum

20  article, but the -- the one we've been discussing in

21  Music Theory Online; right?

22       A    Yes.

23       Q    In which you eventually got them, in your

24  words, to follow their own rules?

25       A    Correct.
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 82

```
 1      Q      Did anyone ever say they wanted you to be

 2  converted to a "revise and resubmit" status because

 3  you were black?

 4      A      No.

 5      Q      So that was just your surmise that it had

 6  to do with anti-blackness?

 7      A      Correct.

 8      Q      In the tenure dispute, which was a second

 9  example you gave from your personal life, you

10  mentioned, I believe, the chair --

11      A      The chair of the department.

12      Q      -- campaigned to get you denied tenure?

13      A      Correct.

14      Q      Did he ever say that was because you were

15  black?

16      A      No.

17      Q      He said that was because you were

18  incompetent?

19      A      Yes.

20      Q      And you disagreed?

21      A      Well, yeah, I disagree that I was

22  incompetent.

23      Q      Correct.  And it seems the school

24  eventually agreed and sided with you?

25      A      Correct.
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 83

1    Q    And you were granted tenure?

2    A    Correct.

3    Q    Do you know of white professors at Hunter

4  College who have gone through similar struggles with

5  tenure.?

6    A    Not similar anti-black struggles, no.

7    Q    Let me rephrase that then because you

8  yourself said you never heard anyone expressly say

9  they were trying to deny you tenure because you were

10  black; correct?

11    A    Yes.  And it's worth pointing out that

12  that's almost always the case with anti-blackness in

13  the United States.  It's a very rare person who will

14  say, I'm doing this because you are black.

15         That's just not the way anti-blackness

16  works.  I'm sure you understand that.

17    Q    But nevertheless, you had no evidence

18  that there was specific racist ideas leading to

19  people arguing you were incompetent when you were up

20  for tenure?

21    A    You used the word "racist." I'm using the

22  word "anti-black."

23         Yes, the answer if -- if you're going --

24    Q    Okay.

25    A    Could you revise --

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 84

| | | |
|---|---|---|
| 1 | Q | Let's use your word, "anti-black." |
| 2 | A | Correct.  Okay. |
| 3 | Q | Is it fair to say "anti-black racism"? |
| 4 | A | I prefer "anti-blackness." |
| 5 | Q | Okay.  Let's use your term. |
| 6 | | There was no evidence that you know of |
| 7 | | that anti-blackness led to individuals at Hunter |
| 8 | | College to oppose your tenure? |
| 9 | A | Correct. |
| 10 | Q | So, again, that's your surmise? |
| 11 | A | That you -- my surmise -- my -- yeah. |
| 12 | | Surmise, my -- my -- my belief. |
| 13 | Q | Okay. |
| 14 | A | Yeah, my surmise. |
| 15 | Q | And at the SMT plenary session, you were |
| 16 | | received quite well? |
| 17 | A | Yes. |
| 18 | Q | That wasn't anti-black; right? |
| 19 | A | That was not anti-black.  Correct. |
| 20 | Q | Incidentally, because you are a black |
| 21 | | man, do you enjoy the benefits and privileges of |
| 22 | | patriarchy? |
| 23 | A | Yes. |
| 24 | Q | But you -- |
| 25 | A | I'm sorry, because I'm a man, not black |

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 85

1  man.  You said because I'm a black man.

2           Because I'm a man, cisgender, I enjoy the

3  privileges of patriarchy.

4      **Q    Okay.**

5      A    So -- so get rid of the word "black"

6  there, please.

7      **Q    I believe you've argued in your article**

8  **in Music Theory Online that a reformed American**

9  **music theory should be anti-racist; right?**

10     A    I'm not sure that's exactly how I put it,

11  but you are not entirely incorrect.

12     **Q    So what would an anti-music --**

13  **anti-racist music theory look like?**

14     A    I wrote in my book, we cannot understand

15  what anti-racism will look like in music theory in

16  the future unless we understand what racist -- what

17  racism in music theory looked like in the past,

18  which is a slightly longer way of saying, I don't

19  really know what anti-racist music theory would look

20  like in the future.  We are all still trying to

21  figure that out, in my opinion.

22     **Q    Okay.  You are writing a textbook on**

23  **music theory now; correct?**

24     A    Yes.

25     **Q    Is that what -- something you state in**

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 86

1  your textbook, that you don't know what music theory
2  will look like?

3      A     No.

4      Q     So you have some idea of what it should
5  look like; correct?

6      A     Well, yes, of course, based on the
7  textbook that I'm co-authoring, yes.

8      Q     So what would an anti-racist American
9  music theory look like now, today in 2024?

10     A     Well, again, I don't know what the
11 anti-racist music theory would look like.

12           I can tell you what we are doing in our
13 book which would certainly more align with
14 anti-racism than music theory textbooks in the past.

15           Should I say what the book is about?

16     Q     Tell me what your book argues is more in
17 line with anti-racist music theory in the present?

18     A     Well, it's a music theory textbook, so we
19 are not putting forth arguments about anti-racism
20 and anti-blackness.  That's just not something that
21 usually happens in a -- in a music theory textbook.

22     Q     Okay.  That's fine.

23           Now, I want to transition to talk about
24 someone I know you studied in depth, Heinrich
25 Schenker.

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
Dr. Philip Adrian Ewell on 09/19/2024

Page 87

1          You can assume that this case has

2  Heinrich Schenker in its background in many regards,

3  so I'm not going to ask you to describe who Heinrich

4  Schenker was and is.

5          But I can assume for the record that you

6  are very familiar with the work of Heinrich

7  Schenker?

8     A     Uh-huh.  Yes.

9     Q     And he was an Austrian, Jewish music

10 theorist born in the middle of the 19th century and

11 lived into the early third of the 20th century;

12 correct?

13    A     1868 to 1935.

14    Q     Okay.  And he ended his life in Vienna,

15 in the center of the state of Austria?

16    A     He ended his life makes it sounds like he

17 committed suicide.

18    Q     I'm not -- I mean his life came to an end

19 in Austria; correct?

20    A     Correct.

21    Q     In Vienna?

22    A     As far -- as far as I know.  I -- I'm --

23 I'm not a -- really a Schenker historian like that.

24    Q     Uh-huh.

25    A     But I do believe he died in Vienna, yeah.

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 88

1    Q    Now, you argue in your article and

2    elsewhere -- article in Music Theory Online that

3    Heinrich Schenker has been very important in

4    advancing this white racial frame in music theory;

5    is that fair?

6    A    The -- yeah.  I'll go ahead and say yes.

7    Yes.

8    Q    Okay.  And how did he contribute to the

9    wait racial frame in music theory?

10    A    Well, of course since he died in 1935,

11    and had virtually nothing, you know, directly to do

12    with American music theory, you have to draw a lot

13    of historical parallels, right.

14         And so you first begin with his emigre

15    students who came over here, Hans Weisse --

16    Q    Uh-huh.

17    A    -- would be the first name I would

18    mention.  But then Felix Salzer and Oswald Jonas and

19    Ernst Oster.

20    Q    Can I interrupt to ask you a question

21    about that group of scholars --

22    A    Uh-huh.

23    Q    -- you just mentioned?

24    A    Uh-huh.

25    Q    All of them were music theorists?

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
Dr. Philip Adrian Ewell on 09/19/2024

Page 89

1    A      Yeah -- yes.

2    **Q      And were they all Jewish immigrants to**

3    **the United States?**

4    A      That I don't know.

5    **Q      Okay.**

6    A      The reason I hesitated about music

7    theorists is because the term "music theorists" was

8    not so well defined back then.  They probably would

9    have said that they were a -- their specialty was

10   musikwissenschaft, which is --

11   **Q      And that means "the science of music,"**

12   **correct?**

13   A      Exactly.  Yeah.  "Musicology," was what

14   we say.

15   **Q      You just used a German word --**

16   A      For musicology --

17   **Q      One of these impossible German words that**

18   **is about longer than the alphabet?**

19   A      Yes.  Yes.

20   **Q      Okay.**

21   A      And you can keep making them longer by

22   adding stuff at the end or the beginning.  That's

23   correct.

24   **Q      Thank you.**

25           **So please continue.**

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 90

1          I -- I had asked you how Heinrich

2  Schenker contributed to the white racial frame and

3  you were discussing his students who came to the

4  United States?

5      A    Yeah.  But the question, when you say how

6  Heinrich Schenker contributed, it's a very active

7  voice you are using.

8          And in fact, you can't use that active

9  voice at all because Heinrich Schenker himself

10 didn't contribute to our white racial frame in the

11 sense that we in America created a system of music

12 theory which has, as Joe Feagin would say, a very

13 pro-White subframe of the white facial frame.

14         And -- and the ideas of tonal music were

15 very often understood through some of the musical

16 theories that Heinrich Schenker put forth.

17         But to say, How did he contribute to the

18 white racial frame, that's -- you are using the

19 active voice there that I just disagree with.

20 It's --

21      Q    Okay.

22      A    He didn't.

23      Q    So -- and thank you.

24         You mentioned tonal music?

25      A    Uh-huh.

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 91

1    Q    Can you please describe for the Jury and

2  for the Court here on this record what is -- in

3  terms of absolute -- you know, someone with no

4  knowledge of music theory would be able to

5  understand, such as myself, for instance.

6              What -- what does that mean?  What is

7  tonal music?

8    A    Well, that's a -- it's a great question

9  and it's a very -- you know, do you -- do you want

10  the short, middle, or long answer?

11             I'm going to try to go for the --

12    Q    Well, please, a brief -- you know, just

13  for the record --

14    A    Yeah.  I'll try to go --

15    Q    -- again, for the --

16    A    I'll go --

17    Q    -- record, but again --

18    A    -- kind of middle -- middle length.

19    Q    It makes it hard on him.  That's why we

20  can't speak over each other.

21    A    Was it --

22    Q    I apologize.  And it was my fault.

23             But let me rephrase my question.

24    A    Uh-huh.

25    Q    So briefly describe for the record what

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 92

 1  "tonal music" is in -- in ways that a -- an utter

 2  layperson can understand?

 3      A    So if you had asked me that ten, 15 years

 4  ago, I would have said something like, tonal music

 5  is music written in a key like C major or D minor

 6  that moves -- that has what we in music theory call

 7  triads and harmonies and chords that move in a

 8  certain logical progression within a key of -- in

 9  music; right.

10          Typical composers of such tonal music

11  would be, for example, names that the Jury probably

12  knows:  Johann Sebastian Bach, Ludwig van Beethoven,

13  Wolfgang Amadeus Mozart, for example.

14          And tonal music represented a roughly

15  200 -- let's call it, 250-year period from the late

16  17th century, call it, 1650, with composers like

17  with Arcangelo Corelli up through, let's say, 1900,

18  roughly.

19          Today I would give a different answer

20  because that very much is part of music theory's

21  hegemony in promoting what essentially is a white --

22  white racially framed way of conceiving of tonal

23  music or tonality; right.

24      Q    And by "hegemony," you mean a system that

25  maintains its own power?

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 93

```
 1     A     It's own power, yes.

 2     Q     Uh-huh.

 3     A     Yeah.  Of course we haven't mentioned --

 4  I haven't mentioned the term "colonial" or

 5  colonialization."  That's often a term used in

 6  academic circles with --

 7     Q     Well, let's leave that aside and get back

 8  to the definition of "tonal music" as you would

 9  define it today?

10     A     Yes, thank you.

11           So as far as I know, all peoples on our

12  planet have musics; right?  And if music has

13  frequencies -- frequencies are -- are in music what

14  we call pitches; right?

15     Q     You mean the actual frequency of the

16  sound?

17     A     Of the sound.

18     Q     Like the sound waves --

19     A     Exactly.

20     Q     Okay.  Sorry, go ahead.

21     A     Any -- any -- any sound has a frequency.

22           (Whereupon, the witness taps the

23           table.)

24     A     That --

25
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 94

```
 1   BY MR. ALLEN:

 2        Q     I just want --

 3        A     -- has a frequency.

 4        Q     -- to be clear that you are not talking

 5   about the frequency with which music is heard or

 6   something like -- you know, the -- the oftenness, if

 7   that --

 8        A     Correct.

 9        Q     So let's -- now that we have cleared up

10   that, I apologize --

11        A     Uh-huh.

12        Q     -- and I'll stop interrupting you.  Go

13   ahead.

14        A     Yeah, I'm talking about acoustics and

15   physics and --

16        Q     Uh-huh.

17        A     -- in physics, frequency is called "Nu,"

18   you know, the Greek letter --

19        Q     Uh-huh.

20        A     -- that goes like that?

21        Q     Yeah.

22        A     That's --

23        Q     Please --

24        A     So if somebody says, "What's new?"

25              You say, "Frequency."
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 95

```
 1             That's a joke.
 2      Q      That's a music theory joke?
 3      A      That's -- that's a music theory joke.
 4      Q      Fair.
 5      A      And when musics have freq- -- sounding
 6  frequencies, which vib- -- any vibrating body will
 7  produce, right? --
 8      Q      Uh-huh.
 9      A      -- it has potential tones and tonality;
10  right?
11             So in other parts of the world, the
12  most -- two of the most developed such systems I
13  could cite here would be ragas in the Indian
14  subcontinent or different maqam systems in Turkey
15  and the Middle East and Jordan in Arabic maqams --
16  Turkish and Arabic maqams, for example.
17      Q      Uh-huh.
18      A      Many, many, many centuries of tonalities
19  which are just not the same as the Bach,
20  Beethoven --
21      Q      Uh-huh.
22      A      -- functional tonality.
23             So in other words, rather than saying
24  that -- you'll note that I put the word "functional"
25  in front of "tonality," which is something that we
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 96

1  music theorists often talk about.

2           Functional means that the chords have

3  certain characteristics and -- and progressions that

4  they follow.  So it's a word that we just use in

5  music theory.

6           Rather than thinking that functional

7  tonality is in fact the foundation for music theory

8  in the United States of America, I now say that it

9  is a foundation.

10     Q     Uh-huh.

11     A     And this simple grammatical shift from

12  "the foundation" to "a foundation" --

13     Q     Uh-huh.

14     A     -- which it is --

15     Q     Uh-huh.

16     A     -- actually has caused a lot of panic

17  behind the scenes because a lot of people don't want

18  to acknowledge that there are many others, that they

19  represent very interesting rich music theory

20  traditions, potentially, and that we -- a country of

21  30 -- 330 million people coming from all over the

22  planet and some of whom were here before people

23  started arriving, right, indigenous folks -- have

24  ways of thinking about music that are all valid and

25  very interesting.

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 97

1     Q     So everyone can have their own private

2  music theory; is that what you mean?

3     A     If you got rid of the word "private," I

4  would agree with that statement.

5     Q     Back to Heinrich Schenker, he is one of

6  the primary music theorists of tonal music, as you

7  described it, originally as -- let's say, this

8  period from the enlightenment to the late 19th

9  century that you described?

10          Enlightenment being the 18th century,

11  sorry?

12     A     And you said, One of the most

13  important -- is that what you -- music theorists?

14     Q     Yes.

15     A     Yes, I think that Hugo Riemann would be

16  slightly more important.

17     Q     Okay.

18     A     Heinrich Schenker was very much an

19  American phenomenon.  For most of the rest of the

20  world --

21     Q     Uh-huh.

22     A     -- dealing with the Bach through Brahms,

23  is what we sometimes call canonic composers or

24  common practice composers.  There's several ways --

25     Q     Uh-huh.

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 98

1      A      -- of talking about that -- those

2   composers.  Hugo Riemann and his theories actually

3   were more important than Heinrich Schenker.

4          American music theorists might not want

5   to acknowledge that, but that's a true statement.

6      **Q      And you examined his -- I think it's**

7   **called Schenker Documents Online.**

8          **Can you describe briefly what that is?**

9      A      As far as I know -- I don't even know

10  where it's housed -- but it is -- he was a very

11  prolific writer --

12     **Q      Uh-huh.**

13     A      -- Heinrich Schenker was.  And aside from

14  his main works, Harmonielehre, and Kontrapunkt, and

15  Freie Satz, Free Composition -- those are his three

16  main works; Counterpoint is in two volumes --

17     **Q      Uh-huh.**

18     A      -- there are diaries and letters and

19  correspondence and -- and essays and introductions

20  and forwards and many other things.

21          As far as I understand, Schenker

22  Documents Online is a repository -- an online

23  repository of many of those documents transcribed

24  from German and then translated by several people

25  into English.

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 99

```
 1      Q      So a layperson could find this online?

 2      A      I think so, yeah.

 3      Q      And a layperson who didn't even speak

 4   German, which was Schenker's language, could also

 5   read these translations?

 6      A      Correct.

 7      Q      And they are in side by side, you have

 8   the original text and then the translation side by

 9   side?

10      A      Correct.

11      Q      Thank you.

12             And approximately how many pages of

13   Schenker's original writings are online in this -- I

14   think it's called the Schenker Documents Online

15   Archive?

16      A      I have no idea.

17      Q      If I said it was approximately 6,000

18   pages, would that -- do you think that's inaccurate?

19      A      I really couldn't say.

20      Q      Do you have any reason to believe it's

21   not thousands of pages?

22      A      I have no reason to believe that it is

23   not thousands of pages.

24      Q      And I believe in your writings you said

25   you'd identified 57 mentions in the Schenker
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 100

 1   Documents Online of the word "race"?

 2        A     I believe so.

 3        Q     And is 57 mentions out of thousands of

 4   pages representative of an intellectual's work over

 5   their lifetime?

 6        A     In terms of talking about human race, I

 7   think it's significant.

 8        Q     Okay.

 9        A     And it -- I would add that I don't think

10   every mention of the word "race" -- Rasse in

11   German -- was necessarily about human race, but the

12   vast majority -- you -- you could say, like, a race

13   between a turtle and a tortoise or something; right?

14   So that's -- it's not always human race, but it

15   virtually always was.

16        Q     Correct.

17              And you mention a -- a -- well, what is

18   that?  It's not a synonym.

19              I mean, race -- running a race and "race"

20   meaning --

21        A     Human race.

22        Q     -- Nineteenth century conceptions of skin

23   color in race, those are the same word in English,

24   but they're not in German, are they?

25        A     Correct.

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 101

1    Q    Wettrennen is the word in German for

2    "race"; right?

3    A    I do not know.

4    Q    How well you know German?

5    A    I've got a reasonable reading knowledge.

6    Q    Were you reading the Schenker Documents

7    Online in the original or were you relying on the

8    translation?

9    A    I was relying on the translations, but I

10   did check with the originals as I did that.

11   Q    And were all the mentions of race in

12   Schenker's Schenker Documents Online negative?

13   A    I can't recall.

14   Q    Disparaging of black people?

15   A    I can't recall.

16   Q    But you still maintain that the 57

17   mentions out of something like 6,000 pages, if

18   that's accurate, is nevertheless very significant;

19   correct?

20   A    I did not say "very significant."  I said

21   "significant."

22   Q    It's not cherry picking these 57 mentions

23   out of all those pages?

24   A    I obviously was trying to find instances

25   where Heinrich Schenker had mentioned race.

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 102

```
 1      Q      If you searched some word like "tone" --
 2  what's the German word for "tone"?
 3      A      Tone -- it's "ton," t-o-n -- but --
 4      Q      If you searched the -- the Schenker
 5  Documents Online for the word "tone," just give a
 6  guesstimate of how many times that would appear in
 7  Schenker's work?
 8      A      I really couldn't do that.
 9      Q      Do you think it would be more than 57?
10      A      Probably.
11      Q      A lot more?
12      A      I couldn't say.
13      Q      You do argue that Schenker's music theory
14  was anti-black; correct?
15      A      I argue that there are elements of
16  anti-blackness in his music theories.
17      Q      What's the connection between Schenker's
18  anti-black ideology, if we want to call it that, and
19  his ideas of music theory as it applies to tonal
20  music?
21      A      I don't think he thought that much about
22  black music just for the simple reason that he
23  didn't think that it was worth attention.
24             So the --
25      Q      Let me ask my question again because I
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 103

 1   think that's a different -- that's an answer to a

 2   different question.

 3            I'm not implying that you are doing

 4   anything bad here; I just want an answer to a

 5   different question.

 6            What's the connection between his

 7   anti-blackness and his music theory?

 8            Not what's the -- you know, I don't know

 9   if he was hostile to black music or not, but I --

10   you have argued that he was anti-black.

11       A    I --

12       Q    Correct?

13       A    I -- I'll just repeat what I said.  I

14   believe that there are strong elements of

15   anti-blackness within his theories --

16       Q    Uh-huh.

17       A    -- and that he made comments as I

18   cited --

19       Q    Right.

20       A    -- in my work that were unequivocally

21   anti-black.

22       Q    Okay.  And what's the relationship

23   between his anti-blackness as it was expressed in

24   his work and his music theory of tonal music?

25       A    I don't think that there's much

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 104

1  relationship at all in -- with respect to Heinrich

2  Schenker.

3      Q    Okay.  So you would agree with Timothy

4  Jackson in that regard?

5      A    I do not know.

6      Q    Have you argued that Heinrich Schenker

7  had a very hierarchal theory of tones?

8      A    I've argued that he had a hierarchical

9  theory of -- of understanding tonality and --

10     Q    Can you please describe that in terms

11  that a layperson could understand, for the record?

12     A    Well, his entire system of music theory

13  was extremely hierarchical; right?  And he found

14  levels of hierarchies in what he would consider to

15  be master works; right?

16     Q    Like the great Bach, Beethoven, and so

17  forth?

18     A    Exactly.

19     Q    Okay.

20     A    There were 12 on his list, 12 composers.

21          And he would find these -- well, he

22  called them Schichte -- these layers of -- of -- of

23  hierarchies, right, and all great music would

24  exhibit these layers and of course they were

25  fundamental structures.  We all know that.

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 105

```
1              Just for the layperson, the fundamental
2  structure is a struct- -- the tonal structure of a
3  so-called great piece of music.
4       Q    Is that what some piece might refer to if
5  they say it's written in C minor or whatever it --
6       A    No, that --
7       Q    It's not?
8       A    That's just a key; right.  So C minor is
9  a key.
10             But if it's a C minor, a piece by
11  Beethoven, well, then, a priori, it's going to be a
12  great masterwork because he was one of the 12
13  composers whom Heinrich Schenker elevated above all
14  others.
15       Q    Uh-huh.
16       A    And it would then exhibit these
17  structural layers, it would exhibit this fundamental
18  structure that -- with a simple harmonic motion from
19  a tonic to a dominant to a tonic with a melodic
20  dissent of scale degrees above that.
21             That's inside music theory baseball, but
22  that is part of his -- well, it's some of the most
23  basic parts of his music theory.
24             And yes, hierarchy was extremely
25  important.
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
Dr. Philip Adrian Ewell on 09/19/2024

Page 106

1      Q      And so is it fair, I guess, from my -- my

2  very uninformed understanding of music theory, is it

3  fair to say that in his theory, certain tones were

4  subordinate to others in the structure of an entire

5  musical piece?

6      A      Yes.

7      Q      And would those vary from composition to

8  composition, or was it always the case that there

9  was a superior tone?

10     A      Well, it would always be the case that it

11 would come down to one of three fundamental

12 structures that he conceived.

13     Q      Okay.  And how is that related to

14 anti-blackness?

15     A      Well, you could read my book and you'd

16 probably get some ideas of how it might be related.

17            But you are asking a very specific

18 question about Heinrich Schenker's music theories --

19     Q      And its hierarchy?

20     A      -- and its hierarchies.

21            And the way that I would answer that

22 question is to say, again, Heinrich Schenker died in

23 1935 and he, as far as I know, never traveled to the

24 United States of America.

25            What we have done since then in the

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 107

1  ensuing 85 -- yeah, 90 years is create a system of

2  music theory that very much has relied on Heinrich

3  Schenker's beliefs.  His music theory -- music

4  theoretical beliefs.

5           And in that 90 years, there have been

6  strains of, among other things, anti-blackness,

7  anti-womanness.  And it very much represents what,

8  again, I'll call it, the pro-white subframe of music

9  theory's white racial frame.

10     **Q     So what's the relationship between the**

11  **hierarchal nature of his theory of tones and this**

12  **anti-blackness, anti-womanness that you've just**

13  **sub -- described?**

14     A     That's something that -- that, you know,

15  one would need so long to explain that.  I mean,

16  this is a deposition.

17           And I just have to fall back to the

18  history and -- and simply say that over 90 years, we

19  have created a system of tonal understanding based

20  largely on Heinrich Schenker's theories in the

21  United States of America in which the works of white

22  men -- 12 for him -- but more broadly the concepts

23  of whiteness and maleness are held in higher regard

24  than those composers who may not have identified as

25  both white and male.

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 108

1      Q     So is it true that you have argued -- and
2  I'm going to quote from your article in Music Theory
3  Online -- "the notion of hierarchy of a strict
4  ordering of the tones of composition is so
5  thoroughly consistent with Schenker, his deeply
6  conservative outlook on life and culture, that it is
7  difficult to uncouple his theory entirely from two
8  of his most consistently expressed ideological
9  stances:  One, the centrality of the German people
10  in European culture; and two, the steady decline of
11  culture and political order in Europe since the late
12  18th century."
13      A     Those are not my words.  Those are the
14  words of William Drabkin, a very imminent Schenker
15  scholar, so you should check your source there.
16           I quoted --
17      Q     Did you quote him?
18      A     I'm quoting him but --
19      Q     Did you quote him positively?  You agree
20  with that?
21      A     Were you suggesting that I had written
22  that?
23      Q     I think it's in your article; correct?
24      A     Yeah, but -- but I didn't write those
25  words.

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 109

1    Q    **Okay.**

2    A    You are aware of that; right?

3    Q    **I -- I don't know if you did or not.**

4        **I'm certain that you included them in**

5    **your article.**

6        **So my question -- and this is a good**

7    **chance for you to clarify for the Court -- you**

8    **quoted another author's work; right?**

9    A    I did.

10        May I ask --

11    Q    **Approvingly?**

12    A    -- a question?

13        May I ask a question?

14    Q    **No.**

15    A    Oh.

16    Q    **I'm asking the question.**

17    A    Oh, okay.

18    Q    **I'm asking if you approve of that**

19    **statement?**

20    A    May I ask a clarification?

21    Q    **Sure.**

22    A    You just said you don't know whether I

23    wrote those words or not.

24        And I'm telling you that I did not

25    write -- write the words that you just spoke.

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 110

```
 1              Therefore, the -- the clarification is:
 2   Do you actually not understand that those were not
 3   my words that you just --
 4        Q    I think I said --
 5        A    -- read?
 6        Q    And I'm not sure if I did say this -- I
 7   think I said, You argued; okay?
 8              And I'm not disputing that you wrote them
 9   or not.
10        A    Uh-huh.
11        Q    If you say you quoted another author's
12   work, that's perfectly normal in academic
13   scholarship.
14              I'm arguing -- excuse me, I'm not
15   arguing -- I'm asking if you agree with that
16   statement?
17              That's a very clear statement about the
18   relationship with the -- between the hierarchy of
19   tonal theory and ideologies of cultural supremacy of
20   the German people?
21        A    Could you --
22        Q    Wouldn't you agree to that?
23        A    Could you reread the --
24        Q    Sure.
25        A    -- the quote from William Drabkin?
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

1    Q    **Can you spell his name, just for the**

2    **record?**

3    A    D-r-a-b-k-i-n.

4    Q    **Thank you.**

5         MR. PAINTER:  Can I ask for a

6         clarification?

7         Which document are we referring to?

8         Is this in -- is this an article written

9         by --

10        MR. ALLEN:  We are talking about

11        the --

12        MR. PAINTER:  -- the school?

13        MR. ALLEN:  -- Music Theory Online

14        article that the -- the deponent has

15        testified that he published 2021.

16        THE WITNESS:  2020.

17        MR. ALLEN:  2020.

18        MR. PAINTER:  Can we make that an

19        exhibit to the deposition so he can have

20        it in front of him?

21        Because that will also help.  I

22        assume it would have quotation marks.

23        MR. ALLEN:  It's also publically

24        available online.

25        THE WITNESS:  It's a block

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 112

```
 1              quotation.
 2                   MR. ALLEN:  Let me -- let me do that
 3              after our next break.
 4                   MR. PAINTER:  Okay.
 5                   MR. ALLEN:  We will do that --
 6                   MR. PAINTER:  So it's a block
 7              quotation --
 8                   MR. ALLEN:  Correct.
 9                   MR. PAINTER:  It's very helpful if
10              it were part of it --
11                   MR. ALLEN:  Sure.
12                   MR. PAINTER:  -- then we would
13              as- -- dealt with this right away, this
14              block quotation --
15                   MR. ALLEN:  Sure.
16                   MR. PAINTER:  -- from another
17              author.
18     BY MR. ALLEN:
19          Q    I think the record shows that the witness
20     remembers it accurately enough to know which author
21     he quoted and know that it was accurate quote from
22     the author; correct?
23          A    Yes.
24                   MR. PAINTER:  Yes, we've just got to
25              reread the statement if you're going to
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 113

```
 1              ask if he agrees with it --
 2                   MR. ALLEN:  Absolutely.  But I don't
 3              want to now break and go get it.
 4                   MR. PAINTER:  Okay.
 5                   MR. ALLEN:  I want to ask him
 6              this -- this question and then we can
 7              come back to this.
 8  BY MR. ALLEN:
 9      Q     You asked me to reread the quotation.
10              "The notion of hierarchy of a strict
11  ordering of the tones of composition is so
12  thoroughly consistent with -- Schenker -- his deeply
13  conservative outlook on life and culture that it is
14  difficult to uncouple his theory entirely from two
15  of his most consistently expressed ideological
16  stances:  One, the centrality of the German people
17  in European culture; and two, the steady decline of
18  culture and political order in Europe since the late
19  18th century."
20              Now, to the best of your recollection,
21  did I read that correctly?
22      A     Yes.
23      Q     And -- and we'll confirm.  I want to get
24  a clean copy of the article for you.  I apologize
25  for not do -- not doing that in advance.
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 114

```
 1              That's a relatively clear statement of
 2   the relationship between Schenker's theory of
 3   hierarchy and tones and what the author, Dubkin, is
 4   arguing is an ideological theory of the hierarchy of
 5   the German culture or people.
 6      A     Uh-huh.
 7      Q     Correct?
 8      A     Uh-huh.  Yes.
 9      Q     Do you argue that that also expresses
10   anti-blackness?
11      A     I did not argue that in that article, no.
12      Q     Is there no relationship between Heinrich
13   Schenker's hierarchal theory of tones and theories
14   of -- I don't know -- bogus phrenology, bogus
15   theories of the hierarchy of the races?
16      A     I don't know.  I couldn't answer that
17   question.
18      Q     Okay.  You can't answer it yes or no?
19      A     Correct.
20              MR. ALLEN:  Can we go off the record
21           briefly?
22              THE VIDEOGRAPHER:  We are going off
23           the record.  The time is 12:10.
24              (Whereupon, there was a recess taken
25              from 12:10 p.m. to 12:12 p.m.)
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 115

1           THE VIDEOGRAPHER:  We are going back

2      on the record.  The time is 12:12.

3  BY MR. ALLEN:

4      Q    I want to make a transition,

5  Professor Ewell, and talk about the University of

6  North Texas.

7           As you know, my client, Timothy Jackson,

8  is a professor there; correct?

9      A    Correct.

10     Q    Are you familiar with another professor

11  there named Frank Heidlberger?

12     A    Yes.

13     Q    Explain for the record how you know Frank

14  Heidlberger.

15     A    I cannot recall the first time I ever met

16  Frank Heidlberger.  I remember meeting him in person

17  only once and I think it was in the Vancouver

18  conference of the Society for Music Theory.

19           I think I just ran into him on the

20  street, as one does at these conferences, and I saw

21  his name badge and just --

22     Q    Uh-huh.

23     A    -- introduced myself.

24           The Vancouver conference -- well, we'd

25  have to go to the record for that.  That was

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 116

1  probably 2018ish.

2          So I think that's the only time I met

3  Frank Heidlberg -- -berg or -berger?

4     **Q     I believe it's Heidlberger?**

5     A     Heidlberger with an "e-r" at the end.

6  Okay.

7          Aside from that, at the -- at the impetus

8  of, I think it was, Ellen Bakulina, I had a piece

9  published in Theoria, the journal at the University

10  of North Texas, in a short -- in a small little

11  group of -- of three authors:  Ellen Bakulina, whom

12  we've mentioned, Chris Segall, who's a professor of

13  music theory at the University of Cincinnati, and

14  me.

15          And this grew out of a -- of a session

16  that we had given, I think it was for the Russian

17  music theory interest group.

18     **Q     Uh-huh.**

19     A     And maybe it was in Vancouver.  It was

20  somewhere --

21     **Q     This is the 2018 conference that you**

22  **mentioned?**

23     A     Don't quote me on the 2018.  I'm pretty

24  sure it was Vancouver, whenever that happened.

25     **Q     Is it fair to say it's a -- you met at a**

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 117

```
 1   conference and it was before COVID?

 2      A    Yes.  Oh, yes.  Yes.

 3      Q    Before the 2020 academic year?

 4      A    Correct on both counts, yes.

 5      Q    I'm going to introduce for the record

 6   Exhibit 2, which I'm handing to the court reporter

 7   who will hand it to you.

 8               COURT REPORTER:  One moment please.

 9               MR. ALLEN:  Just for the record, for

10           the people -- sorry --

11               Sorry.  Shall I let you mark the

12           exhibit?

13               I've got to tell them what it is.

14               COURT REPORTER:  One moment please.

15           I can't take down -- once it's silent --

16               MR. ALLEN:  Some day I'll invent an

17           octopus court reporter.

18               (Whereupon, Plaintiff's Exhibit 2,

19               Theoria Volume 26, 2020, was marked

20               for identification.)

21               MR. ALLEN:  I'm introducing for the

22           record Exhibit 2.

23               And for those who have got the

24           exhibit pack online, this is the exhibit

25           which in my notes was 09, Theoria volume
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 118

1          26, 2020.

2    BY MR. ALLEN:

3          Q      And, Professor Ewell, is that an accurate

4    description of what I've just handed you?

5          A      Yes.

6          Q      So I've introduced this exhibit because

7    you were just mentioning publishing in a journal.

8                 Is this the journal which that discussion

9    referred to?

10         A      Oh, yes, for Theoria, yes.

11         Q      And describe just briefly what is the

12   journal Theoria?

13         A      It's a journal that's housed at the

14   University of North Texas Press, I believe, and

15   Frank Heidlberger is the editor, the -- the -- the

16   lead.  I -- you know, he's essentially -- well, does

17   it say it here?

18         Q      He's listed on the --

19         A      Yeah, editor.

20         Q      -- first page --

21         A      Yeah.

22         Q      -- as the editor; correct?

23         A      Frank Heidlberger, yeah.  Uh-huh.

24         Q      And that's the Frank Heidlberger you were

25   referring to in your testimony?

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 119

```
 1      A     Correct.

 2      Q     And if you go the second page, there's a

 3  table of contents.

 4      A     Uh-huh.

 5      Q     Correct?

 6      A     Yeah.

 7      Q     And you were talking about publishing in

 8  a group of three some articles in Theoria; right?

 9      A     Uh-huh.

10      Q     And in the title page where it says,

11  "Russian Music Theory Panel SMT 2018," is that the

12  series of articles you were referring to?

13      A     Yes.

14      Q     And you are listed here, I guess, the

15  fourth article down in the table of contents, Philip

16  Ewell, "Harmonic Functionalism in Russian Music

17  Theory: A Primer."

18            Did I read that correctly?

19      A     Correct.

20      Q     And your article started on page 61;

21  right?

22      A     Yes.

23      Q     Okay.  I just wanted to establish we were

24  talking about the same thing and it turns out the

25  SMT conference seems to have been in 2018, just as
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 120

1    **you remembered.**

2        A     I've got a good memory then.

3        **Q     So with that said, can you describe the**

4    **process of publishing these articles with Frank**

5    **Heidlberger's journal, Theoria?**

6        A     Yeah.  I can recall -- again, I think

7    the -- the -- the key -- Ellen may have been the

8    chair of the Russian music theory interest group at

9    that time.

10       **Q     Uh-huh.**

11       A     So she was almost certainly the

12   go-between.  She was of course teaching at the

13   University of North Texas at the time.

14       **Q     Uh-huh.**

15       A     I think I mentioned that she moved to

16   McGill.

17       **Q     Yup.**

18       A     Okay.  So she was working with Frank,

19   like the pivot between me and Chris -- Chris

20   Segall -- and -- and -- and putting this together.

21       **Q     Uh-huh.**

22       A     And as far as I can recall, you know,

23   we -- we worked on our articles, we, you know --

24   turning a presentation into an article --

25       **Q     Uh-huh.**

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 121

```
 1     A      -- was, you know, something that we all
 2  do.
 3            And we submitted them together.  I think
 4  we each read each other's work and just commented on
 5  it.
 6     Q      Uh-huh.
 7     A      And -- and then ultimately, I don't know
 8  what Frank Heidlberger did with -- with them.  I
 9  pre- -- so yeah, I'll just stop there.
10     Q      And when you say, "We read each other's
11  work," are you referring to Ellen -- please
12  pronounce her last name?  Bakulina?
13     A      Bakulina.
14     Q      Bakulina?
15     A      Yeah.
16     Q      I assume Russian?
17     A      That's Russian.
18     Q      In origin?
19     A      Yes, correct.
20     Q      Thank you.
21            So Ellen Bakulina and Christopher Segall
22  and you read each other's articles?
23     A      Uh-huh.
24     Q      That's what you were referring to?
25     A      Yes.
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 122

1      Q      And did Frank Heidlberger solicit these
2   articles?

3      A      I'm not sure.  I'm not sure how --
4   solicitation, whether Ellen approached him, he
5   approached Ellen.  I can't even recall whether Frank
6   Heidlberger was at that session where we
7   delivered --

8      Q      I understand.  It was 2018.

9      A      Yeah.  Yeah.

10     Q      So do you remember these articles being
11   peer reviewed in the processes we've discussed
12   earlier?

13     A      If I could just go briefly back to the --
14   the plenary because we talked about the plenary and
15   the --

16     Q      Correct.

17     A      -- music theory Spectrum and then MTO.

18     Q      Right.

19     A      I didn't point out back then and I would
20   just say it now because we are talking about peer
21   review again, that as far as I can tell, as far as I
22   recall, the plenary talks for music theory are never
23   peer reviewed.  So that didn't surprise me at all.

24            The -- this, eight years -- or six years
25   ago, however many years ago, I don't think that it,

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 123

1  like, was sent out for the doubly-anonymous peer

2  review.

3     **Q     Uh-huh.**

4     A     I don't think so.  I don't know how Frank

5  Heidlberger dealt with the behind-the-scenes, but

6  I'm pretty certain that I didn't see any reviewer

7  one, reviewer two --

8     **Q     Okay.**

9     A     -- you know, which you normally see when

10  you are doing that.

11           So I do, of course, remember batting

12  around these articles with Ellen and Chris.

13     **Q     Correct.  And they are close colleagues**

14  **of yours; is that fair to say?**

15     A     Yeah, yeah, yeah.  They both went to the

16  CUNY Graduate Center, but I -- well, I actually

17  chaired Christopher Segall's dissertation committee.

18     **Q     Uh-huh.**

19     A     And -- and I -- I was also serving on

20  Ellen -- Ellen's dissertation committee.

21     **Q     Is she junior to you?**

22     A     Yeah, they're both junior to me.  They're

23  both associate professors, both with tenure --

24     **Q     Uh-huh.**

25     A     -- and I'm a full professor, so --

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 124

```
 1      Q      Do you know if in this time period, 2018
 2  to 2020 while these articles were in the works,
 3  let's say --
 4      A      Uh-huh.
 5      Q      -- were they tenured then, to your
 6  knowledge?
 7      A      I think they were both untenured.
 8      Q      Okay.  And you had tenure at this time;
 9  right?
10      A      2016 is when I got tenure, yes.
11      Q      Okay.  So, again, although you have a
12  very clear memory of the Music Theory Online article
13  being peer reviewed -- correct?
14      A      Yes.
15      Q      -- you have no memory of getting peer
16  reviews for these articles?
17      A      Correct.
18      Q      And do you consider the vetting of a
19  conference proposal to give a paper at the Society
20  for Music Theory in any way comparable to, I think
21  what you called, double-anonymous peer review?
22      A      Yes and no.  It is usually anonymous.
23      Q      Uh-huh.
24      A      It is reviewed and -- and a decision is
25  handed down.  So yes.
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 125

1          No, in the sense that you are writing

2    three- to 500 words about some ideas you want to

3    present.  So it's certainly different from -- from

4    an article that appears in a -- in a journal.

5          Q     And just for the -- the sake of the

6    record of a lay Jury that may not be involved in

7    publication, three- to 400 words is basically a

8    paragraph; right?

9          A     I would call it two paragraphs.

10         Q     Okay.  And it's certainly not a article

11   that spans 24 pages such as you published in --

12         A     Correct.

13         Q     -- Theoria?

14         A     Correct.

15         Q     So in that sense, the 24-page paper that

16   was published in Theoria was not peer reviewed,

17   correct, to the best of your recollection?

18         A     Yes, that's correct.

19         Q     So if -- well, I'll strike that.

20               And do you have any reason to believe

21   that the process for publishing the other two

22   papers, the paper by Ellen Bakulina or Christopher

23   Segall, which are also listed here, were subjected

24   to any other process than -- or was it the same as

25   yours?

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 126

1    A    I -- I don't know.

2    Q    Okay.  Was there any controversy that you

3  recall over the review process at UNT for the

4  publication of these articles?

5    A    Any controversy, you --

6    Q    Yes?

7    A    -- said?

8         No, not that I can recall.

9    Q    Was there any criticism, to the best of

10  your knowledge, that these articles were not

11  subjected to double-anonymous peer review?

12    A    Not that I recall, no.

13    Q    While we are at it -- and this will be

14  the last few questions before we break for lunch --

15  have you ever published -- besides this article,

16  which we just talked about, and also the Spectrum

17  article, which we talked about earlier, have you

18  ever published articles that weren't subjected to

19  peer review in any academic journal?

20    A    I think the short answer would be no.

21         I could just elaborate a little bit and

22  say that I have -- well, certainly over 30

23  publications, somewhere between 30 and 40, let's

24  say.  The article is one genere, let's call it;

25  right.

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 127

```
 1      Q      Of course.

 2      A      So a review essay, book chapters,

 3 review -- conference review, the introduction I

 4 mentioned earlier.  So obviously they all come with

 5 different sets of guidelines --

 6      Q      Uh-huh.

 7      A      -- and expectations.

 8             The academic articles that I have

 9 published have all been peer reviewed with, I

10 suppose, this exception.

11             And in my own mind, if I could just

12 elaborate a little bit, because I do recall that

13 this was not peer reviewed.  This almost in my --

14 it's almost as if it wasn't an article in the same

15 way that "Music Theory and the White Racial Frame"

16 was, if that makes sense.

17      Q      The -- the one that was published in

18 Music Theory Online?

19      A      Correct.  Yeah.

20      Q      Okay.  And -- well, we've already

21 discussed the -- the difference between that and

22 Spectrum.

23             Okay.  Just -- just one more question.

24             So have you ever known academic articles

25 to cite Wikipedia in any way?
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 128

1     A      No.

2     Q      Do you know if Theoria has ever had

3   articles that cite Wikipedia?

4     A      I do not know.

5     Q      Is that a sign that a journal is of

6   inferior qualify, in your mind as an academic

7   scholar?

8     A      Well, it's highly unusual because of the

9   open access, open nature of Wikipedia.

10     Q      Is it appropriate to -- to cite anything

11   like social media in the same way?

12     A      It depends on the article, it depends on

13   the journal, it depends on the editor, it depends on

14   the topic --

15     Q      Uh-huh.

16     A      -- of -- of what's being written in what

17   venue.

18           So you'd -- you'd have to be more

19   specific.

20     Q      Is it appropriate to cite, I don't know,

21   content on YouTube in an academic article?

22     A      If in fact the author -- of course, all

23   of these decisions would ultimately fall with the

24   editor and the editorial team; right?

25           And if in fact something is put up on

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 129

1   YouTube with some type of, I don't know, gravitas

2   behind it, and I don't even know what that would

3   look like frankly, I imagine that there -- I don't

4   know, a Ted talk or something, that there's

5   something that's out there, that that would

6   potentially be more acceptable to the editor of an

7   academic journal than Wikipedia would be because of

8   the open nature of Wikipedia.

9       Q     Would it be acceptable in an academic

10  field to quote Wikipedia, for instance, as an

11  example of what the state of common knowledge out

12  there in the world may be?

13      A     Sure.  That would be acceptable, yeah.

14      Q     Okay.

15      A     I mean, that's -- that's my opinion,

16  obviously.

17      Q     Your opinion as an informed academic

18  scholar?

19      A     Absolutely yeah.  But I'm sure there

20  would be people who would disagree with me.

21      Q     And, as you said, an author -- an author

22  of at least 30 academic publications?

23      A     Thank you for the compliment.

24      Q     And how many books to date?

25      A     Oh, just one.

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 130

1      Q      Just one?

2      A      Yeah.

3                    MR. ALLEN:  We'll go off the record.

4                    THE VIDEOGRAPHER:  We are going off

5              the record.  The time is 12:27.

6                    (Whereupon, there was a recess taken

7                    from 12:27 p.m. to 1:28 p.m.)

8                    (Whereupon, Plaintiff's Exhibit 3,

9                    Article Entitled "Music Theory and

10                   the White Racial Frame" Written by

11                   Philip Ewell, Published in Music

12                   Theory Online, was marked for

13                   identification.)

14                   THE VIDEOGRAPHER:  We are going back

15             on the record.  The time is 1:28.

16     BY MR. ALLEN:

17         Q      Professor Ewell, I have taken the liberty

18     of marking as Exhibit Number 3 for the record.  This

19     will be -- for the people who are remote, this will

20     be sent to you as marked 023.

21             It's an article in Music Theory Online,

22     which we've discussed earlier.  And I'm going to ask

23     you to confirm for the record that this is the

24     article that we discussed earlier?

25         A      Correct.

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 131

1      Q      And it's titled, "Music Theory and the
2    White Racial Frame"?

3      A      Correct.

4      Q      And if I could ask you to turn to
5    section 4.4 in the article, I believe you'll find
6    that on page 11?

7      A      Uh-huh.

8      Q      Right above that is a subsection where
9    there's the quote that I had read aloud into the
10   record earlier; correct?

11     A      Correct.

12     Q      And just as you said, it's a block quote
13   from William Drabkin?

14     A      Uh-huh.

15     Q      And prior to introducing that quote, you
16   said, "In numerous writings, he" -- meaning
17   Schenker; correct? -- "insisted that his views" --
18   meaning Schenker's views -- "on racial and national
19   hierarchies were key to his beliefs on life and on
20   music."

21            Right?

22     A      Right above the block quotation?

23     Q      Yeah.

24     A      Oh, yeah.

25            Okay.  Can you -- can you say that again,

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 132

1  please?

2      Q     Yeah, the -- the second to last

3  sentence --

4      A     Uh-huh.

5      Q     -- before that quote is introduced is

6  your writing; correct?

7      A     Correct.

8      Q     And it says, "In numerous writings,

9  he" -- meaning Schenker -- "insisted that his

10 views" -- meaning Schenker's view -- "on racial and

11 national hierarchies were key to his beliefs on life

12 and music."

13           Correct?

14     A     Correct.

15     Q     And in fact, you introduced that

16 paragraph with the topic sentence, "I wish to

17 recouple this severed link between Schenker's

18 hierarchal beliefs about music and his hierarchal --

19 hierarchical beliefs about people."

20           Did I read that correctly?

21     A     Yes.

22     Q     So -- and this is the last question, just

23 a yes or no question.

24           So it's fair to say, as we discussed

25 earlier, that you were quoting William Drabkin,

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 133

1  which we read earlier into the record, with

2  approval?

3      A    It's not just yes or no.

4           It's -- it is his agreement with some of

5  the -- the basic elements of recoupling this -- this

6  severed link.

7           With approval?  Ye- -- yeah, I think it's

8  fair to just say with approval.  Yeah, that's fair.

9      Q    And you believe there's a link between

10 this view of racial hierarchy, national hierarchies,

11 and Schenker's belief about the hierarchy of tones?

12     A    Yes.  I believe so because Heinrich

13 Schenker was very explicit himself in --

14     Q    Okay.

15     A    -- in making those connections.

16     Q    And I have no further questions about

17 that article, which we've already discussed.

18          I -- I would like to turn to discussing

19 another journal called the Journal for [sic]

20 Schenkerian Studies.

21          Are you familiar with that journal?

22     A    Yes.  Is it "Journal of" or "Journal

23 for"?

24     Q    I believe you are right it's "for

25 Schenkerian Studies"?

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 134

```
 1      A     Oh, no, no.

 2            You said "for" and I thought it was "of,"

 3 but --

 4      Q     You know what, I don't want to make a

 5 mistake for the record here, so I --

 6            So you were correct to point that out.

 7 It is the Journal of Schenkerian Studies.

 8      A     Good.

 9      Q     Thank you.

10            And so I -- I take from your answer that

11 you are familiar with it?

12      A     Of course.

13      Q     Have you published in it?

14      A     Yes.

15      Q     When did you publish an article in the

16 Journal of Schenkerian Studies?

17      A     Oh, when?  2004 or '05.  It was one of my

18 very first published articles.

19      Q     Was that journal article handled by

20 Timothy Jackson?

21      A     I have no idea.

22      Q     Was there any suggestion at that time

23 that the Journal of Schenkerian Studies was

24 publishing racist articles?

25      A     What do you mean by "racist articles"?
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 135

1    Q    Well, I don't -- I don't mean anything by

2  it, but what I'm asking:  Was anyone accusing the

3  journal of being racist at that time, whatever they

4  meant by it?

5    A    I don't understand the question when you

6  used -- if -- you'd have to define what "racist"

7  means.

8    Q    Do you recall anyone ever accusing the

9  Journal of Schenkerian Studies at the time you

10  published it -- in it of being racist?

11    A    Again, race -- "racism" and "racist" are

12  in -- as I state, very clearly in my monograph.  I

13  consider those words trip wires, which is why I

14  don't often use them in my own work.  They've become

15  everything and nothing, specifically "racist."

16          So if you are asking me -- the question

17  is if a journal is racist --

18    Q    I'm not asking you if the Journal of

19  Schenkerian Studies is racist, so please don't

20  misunderstand my question.  Let me rephrase it.

21          Did you hear of anyone else accusing the

22  journal at the time you published in it of being

23  racist, whatever they may have meant by that?

24    A    It's hard to answer that question yes or

25  no if you can't clarify what "racist" means in this

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 136

1  context.

2      Q      Did you ever hear anyone say the journal

3  was racist?

4      A      No.

5      Q      Thank you.

6              What was your understanding of Timothy

7  Jackson's relationship to the Journal of Schenkerian

8  Studies from the time you published in it back in --

9  in the -- you know, sounds like the 2000s, to 2020?

10     A      Well, in that time, I have to be honest,

11 I basically never thought of that journal.

12     Q      Uh-huh.

13     A      I published in it and then I -- then

14 20 years -- well, I don't know how many years, but

15 almost 20 years passed.

16     Q      Uh-huh.

17     A      And if you were to say that Timothy

18 Jackson was part of the original -- my original

19 thing, I would -- I wouldn't be surprised.

20              But I just don't recall 20 years ago what

21 his relationship was, if there was a relationship,

22 to the journal at that point.

23     Q      By "your thing," you mean your article?

24     A      My article and it was in Volume 1, the

25 very first issue of the journal.

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
Dr. Philip Adrian Ewell on 09/19/2024

Page 137

1           And then up until Volume 12, which had

2    the symposium of responses to my plenary talk --

3        Q     Uh-huh.

4        A     -- that -- it was at that time that it

5    was kind of -- my memory was jogged that, Oh yes,

6    Timothy Jackson has something to do with this

7    journal, in fact.

8        Q     Okay.  So you anticipated my next

9    question is that you were aware of a special

10   symposium meant to be published in Volume 12 of the

11   Journal of Schenkerian Studies?

12       A     I was -- the clarification.  I was aware

13   when exactly?

14       Q     Well, why don't you answer your own

15   question.

16             When were you aware that there was a

17   symposium to be published in Volume 12?

18       A     Good.  Okay.  That's a question I can

19   answer.

20             I think -- and I wrote about this in my

21   book -- I think somewhere or somehow I heard that

22   there might be a symposium in the fall of -- oh,

23   God, this would have been the -- right -- some time

24   the fall, winter of 2019 --

25       Q     Uh-huh.

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
Dr. Philip Adrian Ewell on 09/19/2024

Page 138

1    A      I'm sorry, 2019 -- yes, 2019.

2           But then I for sure became aware of it

3    when there was a call for papers announced.  And I

4    think, if I'm not mistaken, that was on

5    December 31st, 2019.

6           And it had a very quick turnaround, which

7    everybody was like, Wait, what's going on with this?

8           So it was a strange three-week

9    turnaround, like, sub- -- submit this by then.

10   Q      Uh-huh.

11   A      So when that call for papers was

12   announced, whatever date it was, but late -- call it

13   late December 2019, I was of course aware --

14   Q      Uh-huh.

15   A      -- that this was happening.

16   Q      Do you remember who you heard that from?

17   A      I think it was the SMT Listserv where

18   call- -- where such calls are usually put out.

19   Q      Okay.  And so you were a subscriber to

20   the SMT list -- Listserv?

21   A      Correct.

22   Q      And you had already testified today, I

23   believe, you were -- you were at that time a member

24   of the Society for Music Theory, SMT?

25   A      Yes.

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 139

1      Q      Did you ever read any of the articles in

2   the symposium which appeared in Volume 12, published

3   in 2020?

4      A      Not when it came out.

5      Q      Have you since read them?

6      A      Yes.

7      Q      When did you read them?

8      A      As I was writing my book, because that's

9   when I actually did respond to ten of the authors

10  of -- of that symposium.

11             And -- well, the book came out in

12  2023 April, so I would guess if I would say when I

13  actually read the 15 responses -- and I have to put

14  the "responses" in scare quotes because it didn't

15  seem to me that they were really responses to what I

16  had said in the plenary -- I would guess -- let me

17  think here -- fall -- fall of '21, early 2022.

18     Q      Okay.

19     A      Some time in 2022 probably.

20     Q      Okay.  And this was the time leading up

21  to the publication of your monograph; is that fair?

22     A      Correct, yeah.

23     Q      Okay.

24     A      During the process.  Because chapter

25  three or four is in fact --

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 140

1    Q    Okay.

2    A    -- on the Journal -- Volume 12 of the

3    Journal of Schenkerian Studies.

4    Q    And just to be clear, by "monograph," we

5    understand I mean an ac- -- an academic book?

6    A    Correct.

7    Q    All right.  So I want to take you back to

8    the time before you had read the responses published

9    in the symposium and when you heard about it.

10           And what was your criticism of the

11    symposium in that time window before you had

12    actually read the symposium papers?

13    A    I had seen on Twitter and probably

14    Facebook -- I've -- I left Twitter between one and

15    two years ago; I deleted my account.

16           But I was on Twitter and Facebook and I

17    saw some of the quotations, and they were very

18    strange, I thought to myself.

19    Q    Uh-huh.

20    A    And of course, I knew that I had not been

21    contacted to be part of this symposium, which struck

22    me as strange.  So I knew about some of those

23    things.

24           Most of what I was -- any -- if you are

25    asking me what my opinion was of what was going on

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 141

```
 1  not having read the actual responses, it was

 2  probably based on what I was seeing on social media.

 3      Q     What was based on what you were seeing on

 4  social media?  What do you mean by that?

 5      A     My opinions about what the --

 6      Q     Okay.

 7      A     -- symposium was about.

 8      Q     And your opinions were that this seemed

 9  strange?

10      A     Yes.

11      Q     And stuff.

12            Do you think it was improper for the

13  Journal of Schenkerian Studies to publish the

14  symposium before you read it?

15      A     I believe it was improper to do so

16  without any participation by me.

17      Q     Any other reason you thought it was

18  improper for the Journal of Schenkerian Studies to

19  publish the symposium besides not contacting you?

20      A     The anonymous submission.  One of the

21  submissions was written anonymously, and that struck

22  me as very strange also.

23      Q     So we have -- there was -- you allege

24  there was no contact to you.  There's also an

25  anonymous publication in the symposium.
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 142

1        **Was there anything else that you**

2  **criticized about the Journal of Schenkerian Studies**

3  **publishing the symposium?**

4      A    I wouldn't say there was no contact.  I

5  mentioned in my book that two professors at the

6  University of North contact -- North Texas contacted

7  me as it was being put together.

8            One was Ellen Bakulina.  The other was

9  Stephen Slottow --

10      **Q    Okay.**

11      A    -- who I think is an associate professor

12  of music theory --

13      **Q    Uh-huh.**

14      A    -- at the University of North Texas, also

15  one of the managing editors, along with Timothy

16  Jackson, of that -- of that volume.

17            Separately, they contacted me.  Stephen

18  Slottow wanted to know where he could find the

19  slides to the presentation I had given.

20      **Q    The -- the plenary talk at the SMT --**

21      A    Correct.

22      **Q    -- in 2019?**

23      A    Correct.  Yeah.

24            And at that point the slides were on my

25  website --

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 143

1    Q    Uh-huh.

2    A    -- so I told him where to get them.

3    Q    Uh-huh.

4    A    And then Ellen Bakulina wrote an e-mail

5  simply asking me if I had any questions about these

6  responses that were being put together, to which I

7  responded, No, I don't have any questions.

8    Q    Did anything prevent Ellen Bakulina from

9  inviting you to participate in the Journal of

10  Schenkerian Studies symposium?

11    A    I have no idea.

12    Q    But she didn't invite you?

13    A    No.

14    Q    You don't know of anything that prevented

15  her from inviting you to participate?

16    A    No.

17    Q    So let me again summarize:  You -- you've

18  identified the, I guess, failure of the journal to

19  contact you in the way you wanted to be contacted;

20  is that fair?

21    A    No.  It -- the way I want to be contacted

22  is -- well, it's not really up to me.

23         I'm -- I am taking issue with the notion

24  that somebody would respond to what effectually was

25  nine minutes of a discussion of Heinrich Schenker --

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 144

```
 1  there were another 13 minutes that had nothing to do
 2  with Heinrich Schenker that I spoke about at that
 3  plenary session, so Heinrich Schenker was roughly
 4  nine minutes -- that responses would be put together
 5  without having the person to whom they were
 6  responding have a chance to address the issues
 7  brought up in the responses, which is industry
 8  standard for such colloquies or symposiums in
 9  academia.
10      Q     What made you think you were being
11  excluded from commenting on the symposium responses
12  to your plenary address?
13      A     I have no idea.
14      Q     Did anyone tell you you would not be
15  allowed to respond to them?
16      A     No.
17      Q     And you now said that you actually were
18  contacted both by Professor Slottow and Ellen
19  Bakulina; correct?
20      A     Yeah, but that was not to ask me to be
21  part of this --
22      Q     And you were --
23      A     -- symposium.
24      Q     -- you received the SMT call for papers;
25  correct?
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
Dr. Philip Adrian Ewell on 09/19/2024

Page 145

1      A      I did.

2      Q      But it's your testimony today that that

3  also wasn't an appropriate way to contact you?

4      A      Yes, it was not appropriate.

5      Q      And can you just explain for the record

6  what would have been the most appropriate way to

7  contact you in your experience as an academic?

8      A      Well, I've never been a respondent like

9  that so I would only be speculating.

10            But it would -- I -- I presume that it

11  would be one of the lead editors who would reach out

12  to the person who was -- who -- who originally gave

13  the talk to which people were responding to invite

14  them to be part of a colloquy or symposium.

15      Q      Did you reach out to anyone on the

16  editorial board to ask them about that?

17      A      No.

18      Q      Why not?

19      A      It's not my place to invite myself to a

20  party thrown in my honor.

21      Q      Was there any criticism of your paper

22  aired at the plenary talk you gave in 2019?

23      A      Not to my knowledge.

24      Q      Was that proper?

25      A      A lack of criticism?

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 146

1      Q      That there wouldn't be any invitation to

2   criticism of your paper at the symposium that you

3   gave -- not symposium, the plenary talk you gave in

4   2019?

5      A      The question is:  Would that have been

6   proper, you said?

7      Q      Was it proper that there was no form for

8   criticism of your plenary address?

9      A      Yeah, plenary addresses never really --

10     Q      Okay.

11     A      -- have Q&As afterward.  In music theory,

12   I should say.

13     Q      So, again, I'm trying to get a -- the

14   universe of things that you thought was improper

15   about the publication of the symposium in 2020 by

16   the Journal of Schenkerian Studies.

17            It's not improper that it addressed your

18   plenary talk; right?

19     A      No.

20     Q      But you've said that they didn't contact

21   you in the way that you have argued is industry

22   standard?

23     A      Correct.

24     Q      You've also identified the publication of

25   an anonymous author?

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

```
 1      A      Correct.

 2      Q      Are there any other things you found to

 3  be improper about the Journal for -- of Schenkerian

 4  Studies publication of the symposium?

 5      A      Only -- I -- I would say only what I've

 6  read in what was ultimately called, I think, an ad

 7  hoc panel that some UNT professors had convened to

 8  look into how this journal issue was put together.

 9             That is something I did read --

10      Q      Uh-huh.

11      A      -- and I think I've hit on the points

12  that they made.  And that's what I'm basing this on

13  because I hadn't read --

14      Q      Okay.

15      A      -- the contents.

16      Q      When did you read the ad hoc panel

17  report?

18      A      Probably shortly after it came out and I

19  can't remember when that was.

20      Q      And just for the record, is this the ad

21  hoc panel that was published by the University of

22  North Texas on its website on November 25th, 2020?

23      A      You -- probably but, you know, I would

24  need to see that document.

25      Q      Do you remember it being around the end
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 148

```
 1   of 2020 when that appeared?

 2       A     I can't recall.

 3       Q     Okay.  You don't know of any other ad hoc

 4   panel that addressed the Journal for Schenkerian

 5   Studies, though; correct?

 6       A     Correct.

 7       Q     Okay.  What were the things that you read

 8   in the ad hoc panel's report that stand out to you

 9   as improper?

10       A     I think the two that I've mentioned:

11   The -- the inclusion of an anonymous --

12       Q     Uh-huh.

13       A     -- author, and the lack -- oh, the lack

14   of peer review that's -- that we hadn't talked about

15   that.  So three things.

16             The lack of peer review, the anonymous

17   author, and the one that we just said, the fact that

18   I was not part of the colloquy.

19       Q     Okay.  Any other things that you

20   remember?

21       A     No.

22       Q     Okay.  So as you sit here today, you only

23   have identified the lack of peer review, the

24   anonymous author's publication, and that you weren't

25   contacted in the way that you feel was an industry
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 149

```
 1  standard?

 2       A     Yes.

 3       Q     Okay.  Did you ever argue that the

 4  Journal for Schenkerian Studies should be censored?

 5       A     I think I used in my book kind of as a

 6  question, Is there no reason for condemnation, or

 7  possibly I used the word "censure."

 8             In other words, it seems so out of the

 9  ordinary, that anonymous authorship and just to not

10  invite the person, that it -- that, you know, I

11  prob- -- think in my book I used, Is there -- is

12  there no situation in which condemnation is -- is --

13  is appropriate for out of the ordinary or as I just

14  said, not industry standard aspects of the

15  publication of this issue.

16       Q     Do you approve of the censorship of the

17  Journal of Schenkerian Studies?

18       A     I don't know enough about it, frankly,

19  to -- to say that I approve of it.

20       Q     Are you aware that the Journal of

21  Schenkerian Studies is no longer published by the

22  University of North Texas Press?

23       A     I was unaware of that.

24       Q     Now that you do know of that, assuming

25  that it's true, do you approve of that?
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 150

```
 1      A     I don't know enough about it to make a
 2 judgment on that.
 3      Q     Do you think a journal should be ordered
 4 to cease publication for pub- -- for publishing the
 5 symposium that was published in the Journal of
 6 Schenkerian Studies that was published in 2020?
 7      A     I would need to know more information.  I
 8 really couldn't say.
 9      Q     What more information do you need to
10 know?  It stopped publication; right?
11      A     You just said, "allegedly stopped
12 publication," so --
13      Q     No, I said it did stop publication.
14      A     Well, you added -- you added the word
15 "allegedly."
16      Q     Let me do this.
17      A     But that's okay.  That's okay.
18      Q     Assume that that's true.
19      A     Okay.
20      Q     Is that appropriate?
21      A     I don't know enough about it to make a
22 comment on it.
23      Q     You commented earlier that you thought
24 the First Amendment was a benefit to the United
25 States; correct?
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 151

 1      A     Yes.

 2      Q     And you do though -- know that the

 3   University of North Texas is a public institution --

 4      A     I do, yes.

 5      Q     -- of the State of Texas?

 6            Let me finish.

 7            So is it appropriate in your view as an

 8   academic professional for a state institution to

 9   order the publication of a journal to cease over the

10   publication of the symposium of a --

11                  MR. PAINTER:  Objection.

12                  Are with you asking for a legal

13                  opinion interpreting the First Amendment

14                  or are you simply asking for an opinion

15                  generally as an academic --

16                  MR. ALLEN:  I believe I prefaced the

17                  question:  In his experience as an

18                  academic professional.

19                  MR. PAINTER:  So you are not asking

20                  for First Amendment interpretation and

21                  the fact that it's a state institution

22                  and the legal questions are not a factor

23                  in your --

24                  MR. ALLEN:  Well, the state

25                  institution is a simple fact.

TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.
Dr. Philip Adrian Ewell on 09/19/2024

Page 152

```
 1                    MR. PAINTER:  Yes.
 2                    MR. ALLEN:  That's not a legal issue
 3              in this case.
 4                    The First Amendment is something
 5              he's already testified to.
 6                    MR. PAINTER:  Yes, but he's not
 7              provided legal opinion on that and you
 8              are not asking him --
 9                    MR. ALLEN:  I'm not asking for a
10              legal opinion.
11  BY MR. ALLEN:
12       Q    So, Professor Ewell, I'm just asking in
13  your experience as an academic professional and
14  assuming it's true that the University of North
15  Texas has instructed the University of North Texas
16  Press to stop publishing the Journal of Schenkerian
17  Studies, is that appropriate in your view?
18       A    I don't have enough information to make
19  that judgment.
20       Q    And what more information would you need?
21       A    Well, I could imagine I would need to
22  know some more of the particulars about what
23  actually happened behind the scenes and I'm just not
24  privy to that information.
25       Q    You've read the University of North
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 153

```
 1  Texas, quote, ad hoc panel report; correct?

 2      A    Yes.

 3      Q    That wasn't enough information for you?

 4      A    Correct.  It was not enough information.

 5      Q    Were you ever aware that Timothy Jackson

 6  also replied -- wrote a reply to that so-called ad

 7  hoc panel report?

 8      A    I was not.

 9      Q    Do you know of anywhere his response to

10  the ad hoc panel report has been published?

11      A    No.

12      Q    To your knowledge, is that available on

13  the University of North Texas' website?

14      A    I have no idea.

15      Q    Is that industry standard to issue a

16  report condemning an academic and not allowing his

17  response to be published on the website?

18      A    I have no idea.

19      Q    How long have you been a professor?

20      A    Twenty-two years.

21      Q    But you have no idea?

22      A    I have no idea about the question you

23  just asked me, yeah.

24      Q    Did you feel personally demeaned by the

25  symposium published in the University of North Texas
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 154

1    Press' Journal of Schenkerian Studies?

2        A       Only in the sense that I was not invited

3    to this process.

4        **Q       If you were invited, would you have**

5    **responded?**

6        A       I would have needed to see the outlines

7    of the symposium, who was saying what.

8                I wouldn't have agreed immediately, but I

9    would have been interested in being part of it.

10       **Q       Did you ever speak with Ellen Bakulina**

11   **about her failure to invite you to respond to**

12   **symposium?**

13       A       No.

14       **Q       Why didn't you raise this issue with her?**

15       A       It wasn't my place, I felt.

16       **Q       Did you talk to any of the editors of the**

17   **Journal of Schenkerian Studies about the failure to**

18   **invite you?**

19       A       No.

20       **Q       Did you ever feel dehumanized by the**

21   **Journal of Schenkerian Studies?**

22       A       Well, you used the word "demeaned" and

23   now you are saying "dehumanized."  So I guess I

24   would ask for a little clarification.

25               What's the difference between those two

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 155

 1   things to you?

 2       Q    Well, I'm not testifying today,

 3   Professor Ewell.  So why don't we start with what

 4   you understand by "dehumanized"?  You can put that

 5   in the record.

 6       A    May I ask for points of clarification of

 7   you?

 8       Q    No.  I'm asking you what you understand

 9   by "dehumanized"?

10       A    I'd like a -- a minute just to consult

11   with my counsel.

12                 MR. ALLEN:  He has to answer the

13                 question that's on the record.

14                 MR. PAINTER:  Okay.  Are you saying,

15                 did he use the word "dehumanize"?

16                 MR. ALLEN:  I want him to explain

17                 what he understands by "dehumanize."

18                 That's a perfectly normal question in a

19                 deposition.

20                 MR. PAINTER:  Yeah.  When he used

21                 it?  Are you referring --

22                 MR. ALLEN:  He's an academic with

23                 20 years-plus experience.  If he's --

24                 MR. PAINTER:  But if you're

25                 referring --

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 156

```
 1                    MR. ALLEN:  If he's going to testify
 2           that he has no idea --
 3                    MR. PAINTER:  Yeah.
 4                    MR. ALLEN:  -- what "dehumanize"
 5           means, he can put that on the record.
 6                    MR. PAINTER:  Okay.  But you are not
 7           asking about a specific time which he
 8           said "dehumanized" in the past?  You are
 9           not asking him that, are you?
10                    MR. ALLEN:  Richard, I'm conducting
11           my deposition and there's a question
12           before him and I want him to answer it.
13  BY MR. ALLEN:
14      Q     If you don't know the definition of
15  "dehumanize" or if you don't understand that word,
16  you can just say so.
17                    But I want to know what you understand by
18  "dehumanize"?
19      A     And I just am pointing out that you used
20  whether I felt demeaned and then you asked whether I
21  felt dehumanized.
22                    And I think it's perfectly reasonable for
23  me to say -- to ask you for -- as a point of
24  clarification, and that's all it is really, what the
25  difference is between demeaning and dehumanizing.
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 157

1          If you are asking me -- so I'll go ahead.

2   We don't need to --

3        **Q       Yes.**

4        A       -- to go further down that rabbit hole --

5   whether I know what the word "dehumanizing" means, I

6   have some ideas, yeah.

7        **Q       Well, please explain for the Court what**

8   **you understand by the word "dehumanized"?**

9        A       To be treated less than human.

10       **Q       And did you feel that the Journal treated**

11  **you less than human in this time period before you**

12  **read the actual article?**

13       A       Only in the sense that they didn't reach

14  out to me to simply make me part of the process.

15       **Q       So that, to you, is dehumanizing?**

16       A       I think I would prefer to say it's

17  demeaning, the way that you said earlier, and not

18  dehumanizing.

19       **Q       Okay.  Incidentally, are you aware of an**

20  **open letter -- or let me put it this way -- an open**

21  **letter by the Society for Music Theory condemning**

22  **the symposium published in the Journal of**

23  **Schenkerian Studies in 2020?**

24       A       I was aware of that, yeah.

25       **Q       Do you believe that open letter was**

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 158

1   consistent -- well, let me back up and strike that

2   question.

3             What did the open letter say, to your

4   knowledge?

5       A     Oh, to my recollection, yeah, it was

6   condemning -- it was an open letter on anti-racism

7   in the Society for Music Theory.

8             It was drafted by eight music theorists.

9   It had over 900 signatories because it was an open

10  letter.  I was one of the signatories.

11      Q     Uh-huh.

12      A     It -- it mentioned the Journal of

13  Schenkerian Studies, Volume 12, although I don't

14  think it mentioned Timothy Jackson's name.

15            And it essentially raised some points

16  about how we can think about anti-racism in the

17  field in the Society for Music Theory moving

18  forward.

19      Q     Do you think that was consistent with the

20  SMT statement of -- on ethics?

21      A     I don't know what you are talking about,

22  the statement on ethics.

23      Q     Sure.

24            (Whereupon, Plaintiff's Exhibit 4,

25            Printout from Society of Music Theory

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 159

```
 1              Website, was marked for
 2              identification.)
 3              MR. ALLEN:  I want to introduce in
 4         the record as Exhibit 4 a printout from
 5         the website of the Society for Music
 6         Theory.
 7              For the people online, this was
 8         marked in the exhibit pack as "07 SMT
 9         statement."
10              And I'm handing a copy to
11         Professor Ewell's counsel.
12              MR. PAINTER:  Do we have the letter
13         too as an exhibit so he can look at that
14         letter?
15              MR. ALLEN:  I don't.  Not right now.
16              MR. PAINTER:  So his recoll- --
17         he'll just have to try to remember what
18         was in that letter.
19              MR. ALLEN:  Uh-huh.  That's fine at
20         this time.
21              MR. PAINTER:  Okay.
22    BY MR. ALLEN:
23         Q    Have you had a chance to review this,
24    Professor Ewell?
25         A    One second.
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 160

```
 1      Q      Sure.

 2      A      Okay.

 3      Q      So you testified earlier that you believe

 4  strongly in academic societies like the Society for

 5  Music Theory honoring its own policies; right?

 6      A      Yes.

 7      Q      They should follow their own rules;

 8  right?

 9      A      Correct.

10      Q      This SMT policy on ethics should be

11  followed by the Society for Music Theory; correct?

12      A      Correct.

13      Q      It "upholds and promotes the following

14  basic principles of ethical conduct in our

15  profession," in the first line; correct?

16      A      Correct.

17      Q      And they are numbered one through seven?

18      A      Correct.

19      Q      The first is, "Freedom of inquiry and the

20  widest possible access to information of use to

21  scholars."

22             Right?

23      A      Correct.

24      Q      Can we both agree that the censorship of

25  an academic journal is not consistent with that
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 161

```
 1  policy number one?

 2     A     Can I ask what you mean by "censor- --

 3  censorship"?

 4     Q     Sure.  Ordering an academic publication

 5  to cease and suppressing its publication?

 6     A     And now the original question, please?

 7     Q     Is suppressing the publication of an

 8  academic journal consistent with the principle

 9  number one in the SMT policy on ethics?

10     A     I -- I would say no.

11     Q     I want to skip down to number three.

12           "Respect for diverse points of view and

13  the potential worth of scholarship on any aspect of

14  music theory or any related subject."

15           Did I read that correctly?

16     A     Uh-huh.  Yes.

17     Q     Is the -- I'm sorry.

18           Is the suppression of a journal, an

19  academic journal, by a state institution such as the

20  University of North Texas consistent -- consistent

21  with principle number three?

22     A     One second.  I'm going to read it again,

23  please.

24     Q     Uh-huh.

25     A     It's not consistent only in the sense
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 162

```
 1   that the diverse points of view to which they claim

 2   they -- they followed should have included a

 3   response the person to whom they were responding.

 4              So they did not respect the diverse

 5   points of view because that --

 6      Q      "They" being?

 7      A      "They," the -- the Journal of Schenkerian

 8   Studies, Volume 12, did not respect the diverse

 9   points of view.

10              If they had, I would have been invited --

11   and I shouldn't have to respond to a call for

12   papers -- invited to be part of a colloquy because

13   this is academic freedom and inquiry.

14      Q      So that really wasn't my question.

15              Was suppressing the publication of the

16   Journal of Schenkerian Studies consistent with

17   principle number three?

18      A      I don't know in the sense that -- in the

19   sense that I don't believe that they completely

20   followed point number three, whether --

21      Q      "They" being the SMT?

22      A      No, "they" being Volume 12 of the Journal

23   of Schenkerian Studies.

24              And how exactly authorities at the

25   University of North Texas deal with that, well, I
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 163

1  don't know.  I can't comment on that.  I just don't

2  know enough.

3       Q      Do you believe the SMT open letter

4  condemning the Journal of Schenkerian Studies as you

5  remember it was consistent with these policies on

6  ethics that they have promulgated here?

7       A      That's a tough one because I don't

8  rec- -- remember it, obviously, verbatim.  I -- I

9  just -- I -- I -- that's too hard for me to answer

10 because I just don't recall what -- what's written

11 there.

12      Q      If you believed the SMT had violated this

13 policy on ethics at the time, would you have spoken

14 up about it?

15      A      If I believed that they had violated it?

16            I believe that it would have been

17 virtually impossible for me to know that at the

18 time.  So that's a very hypothetical question that I

19 would rather not answer yes to because of its

20 hypothetical nature.

21      Q      That's fair enough.

22            Do you remember anyone in the SMT raising

23 the policy on ethics at that time in reference to

24 the Journal of Schenkerian Studies?

25      A      Well, there were the eight authors of the

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 164

1  open letter.  They certainly raised it.

2      **Q     No.  No.  I mean, did they raise this**

3  **policy on ethics?**

4      A     Oh.  Raise -- I don't recall anyone, no.

5      **Q     Okay.  Were you aware of this policy on**

6  **ethics in 2020?**

7      A     I don't think I was, no.

8              MR. ALLEN:  I'm going to introduce

9              in the record a document I've marked as

10             Exhibit Number 5.

11              And for people who are viewing the

12             deposition virtually, this was originally

13             in your packet, 012, the Denton Record

14             Chronicle article.

15              And I'm handing a copy to

16             Professor Ewell's counsel.

17              (Whereupon, Plaintiff's Exhibit 5,

18             Article Titled "A UNT Professor

19             Challenged Claims of Racism in Music

20             Theory and Now He's Facing the Music"

21             by Lucinda Breeding Dated August 2,

22             2020, was marked for identification.)

23  BY MR. ALLEN:

24      **Q     So, Professor Ewell, I -- I'm going to**

25  **give you some time to look at this, but I want to**

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 165

1   just represent for the record that this is an

2   article with the title "A UNT professor challenged

3   claims of racism in music theory and now he's facing

4   the music" by Lucinda Breeding, a journalist, and

5   it's dated August 2, 2020.

6            Did I read that correctly?

7   A    Yes.

8   Q    Now please examine it.

9            But I really don't want to discuss -- the

10  whole article isn't that relevant to the entire

11  discussion we are having today.

12           But I do want to address points in the

13  article where she quotes you.

14  A    Uh-huh.

15  Q    So before we do that, do you remember

16  being interviewed by Cindy Breeding?

17  A    Lucinda, yeah?

18  Q    Correct.

19  A    Yeah.  Yeah, I think so, yes.

20  Q    Do you have any reason to think that she

21  would misquote you in this article?

22  A    No, other than it wasn't recorded, as far

23  as I can recall so it's taking notes.

24  Q    Did you make any objection to any of the

25  quotations of you in this article to the paper?

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 166

```
 1      A      Can I -- may I read it?

 2      Q      You may, but I just want to get these --

 3  some -- some general questions out of the way first.

 4      A      Please, go ahead.  Ask again.

 5      Q      Did you ever object to the journalist or

 6  to the paper that you were misquoted?

 7      A      No.

 8      Q      Okay.  So please go ahead and read.  I --

 9  and feel free to read the whole thing, but --

10      A      Uh-huh.  Uh-huh.

11      Q      -- on page three of this document, I

12  believe you are mentioned --

13      A      Uh-huh.

14      Q      -- and quotes by you?

15      A      Uh-huh.

16      Q      And then -- and so on it goes.

17             THE WITNESS:  Can I use this pen?

18             MR. ALLEN:  I'm going to ask you not

19          to mark on the exhibit.

20             Perhaps -- I don't want to keep him

21          from making notes, Richard --

22             MR. PAINTER:  Okay.

23             MR. ALLEN:  -- but I don't want him

24          to mark on the exhibit.

25             THE WITNESS:  Can I just --
```

TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.
Dr. Philip Adrian Ewell on 09/19/2024

Page 167

```
 1                    MR. ALLEN:  If you want -- do you
 2          mind --
 3                    MR. PAINTER:  You can mark on my
 4          copy.
 5                    THE WITNESS:  Can I?
 6                    MR. ALLEN:  And we are actually
 7          going to take your notes and enter them
 8          into the record, too, just so you know.
 9                    MR. PAINTER:  Yeah.
10                    THE WITNESS:  I've just got to
11          circle something.
12                    MR. ALLEN:  Yeah, please.
13                    MR. PAINTER:  Yeah.
14                    THE WITNESS:  Okay.
15                    MR. ALLEN:  Again, this is a
16          conversation for the record.  That's why
17          we are doing this.
18                    MR. PAINTER:  Okay.
19                    THE WITNESS:  Okay.
20  BY MR. ALLEN:
21      Q    So I just want to call your attention to
22  page three --
23      A    Uh-huh.
24      Q    -- where I believe you're -- you're
25  mentioned with some extensive quotations by the
```

TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.
Dr. Philip Adrian Ewell on 09/19/2024

Page 168

1   journalist, Ms. Breeding.

2           You are talking about the -- quote, a

3   white racial frame of music theory; correct?

4       A    Yes.

5       Q    And there's a relatively lengthy quote

6   from you.

7       A    Uh-huh.

8       Q    It says, "'In its most abstract form,

9   music theory is not racist,' Ewell said.  'It's

10  talking about music in an analytical way.  But I

11  look at this question from the angle of the United

12  States and its history.  It takes something as a

13  simple Google search of the country's Naturalization

14  Act of 1790, which is the very first citizenship act

15  in the country and I can sum it up:  The

16  Naturalization Act of 1790 said in order to be a

17  citizen of these United States, you've got to be

18  white.  Have a nice day.'"

19          Did I read that accurately?

20      A    Yes.

21      Q    And then it goes on to quote you still

22  further, "'If you think about it from that angle, if

23  you think of American music theory, then it has to

24  be part of that white racial frame,' Ewell said."

25          It goes on, "Quite literally, the people

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 169

1    in the U.S. at that time, the people of color, they

2    weren't important because they weren't white.  We

3    shouldn't be fooling ourselves that music theory

4    can't be part of that history.  That's as structural

5    and institutional as it gets."

6              Did I read that correctly?

7        A    Yes.

8        Q    And is it fair to say that's more or less

9    similar to what you've testified to today, this link

10   between the Naturalization Act of 1790 and the white

11   racial frame of music theory?

12       A    Not quite.

13             So you -- it seems to me you are trying

14   to draw a direct line between 1790 and 2024 when you

15   say those two things.  And --

16       Q    I'm just trying to understand what you

17   are saying?

18       A    And I'm going to explain that.

19             So without weigh stations every ten to

20   20 years, it's -- it's hard to make that.  It -- it

21   doesn't sound -- it sounds nonsensical to say that

22   the first Naturalization Act of 1790 is directly

23   related to music theory's white racial frame.  And

24   that is inaccurate.

25             So if you are asking me that it is, my

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 170

```
 1   answer is no, it's not.  It's --
 2       Q     But here you say, "That's as structural
 3   and institutional as it gets."
 4             Right?
 5                 MR. PAINTER:  He should be allowed
 6             to finish --
 7                 THE WITNESS:  Yeah.
 8                 MR. PAINTER:  -- the question --
 9             answer.
10                 THE WITNESS:  Yeah.
11       A     And so the -- what's structural and
12   institutional is how over decades and centuries all
13   of these ideas of white superiority --
14   BY MR. ALLEN:
15       Q     Uh-huh.
16       A     -- and non-white inferiority manifested
17   themselves in many, many ways in our country, as I'm
18   sure we all know here.
19                 And ultimately, in my field, music
20   theory, which really became a well defined field in
21   the United States only in the 1960s, obviously very
22   hard for something in 1790 to directly affect
23   something that happened in the 1960s.
24                 Absolutely is part of the same white
25   supremacist structures and institutions that have
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 171

```
 1  happened long before, frankly, 1790 in the United

 2  States of Am- -- well, in the country that became

 3  known as the United States of America.

 4       Q    Do you have any reason to think that that

 5  was misquoted, what Cindy Breeding wrote in this

 6  article?

 7       A    No.

 8       Q    Can we skip forward to page -- at the

 9  bottom, you'll see five of five?

10       A    Uh-huh.

11       Q    In the middle of that page there's

12  another quote by you and it -- it begins the

13  paragraph before.

14            "Ewell said he has seen some of the

15  tweets about the journal before he 'unplugged.'  He

16  hasn't read the rebuttals and doesn't plan to, he

17  said."

18            Did I read that correctly?

19       A    Correct.

20       Q    Do you understand that to be referring to

21  your engagement with the Twitter comments about the

22  Journal of Schenkerian Studies?

23       A    Among other comments, Facebook, and yeah.

24       Q    And that's more or less consistent with

25  what you discussed today about your getting off
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 172

 1  Twitter; right?

 2      A      Yes.  And also I can recall when -- this

 3  was kind of blowing up, I think, in July, August of

 4  20- --

 5      Q      Uh-huh?

 6      A      -- '20.  2020?

 7      Q      Yeah.

 8      A      Yeah.  Yeah.  The pandemic was just

 9  starting, yeah.  And I can recall I spoke with one

10  journalist, and it might have been this person,

11  actually --

12      Q      Uh-huh.

13      A      -- when I was unplugged and I was

14  literally upstate with my wife and son.

15      Q      And you say here -- or it says here in

16  the article, "He hasn't read the rebuttals and

17  doesn't plan to."

18             Correct?

19      A      Uh-huh.

20      Q      Is that -- was that accurate at that

21  time?

22      A      Yeah.

23      Q      And then you are quoted saying, "I won't

24  read them because I will not participate in my own

25  dehumanization."

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 173

```
 1              Did I read that right?

 2       A     Yeah.

 3       Q     Is that something you told to the

 4   journalist?

 5       A     Yes.

 6       Q     And you also say here, "They were

 7   incensed by my blackness challenging their

 8   whiteness.  The Journal of Schenkerian Studies has

 9   done far more to damage Schenkerian studies than

10   Schenkerian studies."

11              Did I read that correctly?

12       A     You did and that's a bit of a misquote.

13   It doesn't quite read.  But --

14       Q     But --

15       A     -- you get the idea.

16       Q     -- what is misquoted?

17       A     Well, the Journal of Schenkerian Studies

18   has done -- done far more to damage the field of

19   Schenkerian studies than the field of Schenkerian

20   studies itself.

21       Q     That's a good clarification.

22              All right.  And did anyone who was

23   connected to the journal ever criticize you for your

24   blackness?

25       A     Anyone connected to the journal?  So if I
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 174

1  take comments, for instance, from David Beach, who

2  said, "Philip -- my suggestion to Philip Ewell is

3  that he stop complaining about us white guys."

4      **Q      Who is Philip Beach?**

5      A      I'm sorry, David Beach --

6      **Q      David Beach?**

7      A      -- wrote in response to my nine minute

8  plenary talk, "My advice to Philip Ewell is that he

9  stop complaining about us white guys."

10          That would probably fall under the rubric

11 of being incensed by my blackness.

12     **Q      Did he mention your blackness or just**

13 **said you shouldn't complain about his whiteness?**

14     A      Did David Beach mention my blackness?  I

15 would have to go back to his actual report.

16     **Q      And at that time you hadn't read those**

17 **reports, had you?**

18     A      Correct.

19     **Q      At this time had anyone from the journal**

20 **expressly criticized you for being black?**

21     A      No.

22     **Q      And you did say that you would not**

23 **participate in your own dehumanization; right?**

24     A      Correct.

25     **Q      You didn't say "demeaning" you or**

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 175

1  anything like that here?

2      A      Correct.

3      Q      So you seem to know what that word meant

4  at this time; right?

5      A      I've always known what dehumanization

6  means, Mr. Allen.

7      Q      Did you equivocate about the meaning of

8  that word with the journalist at this time?

9      A      No.

10      Q      And you basically said you weren't going

11  to read the Journal of Schenkerian Studies symposium

12  in 2020; right?

13      A      Correct.

14      Q      So that would suggest that had they

15  reached out to you personally, you wouldn't have

16  participated; right?

17      A      No.  Because that's kind of -- you are

18  conflating, like, the timeline here.

19            Had they reached out to me in a -- in a

20  expedient fashion before publication of this journal

21  issue, I most likely would have been very interested

22  in being part of a colloquy because I believe in

23  collegiality and -- and respect among colleagues.

24            To post factum, after the journal comes

25  out, to try to engage me in a response of sorts,

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 176

1  that is -- I'm uninterested in.

2      Q    And yet you didn't raise that with Ellen

3  Bakulina?

4      A    I -- I already said that when I responded

5  to Ellen Bakulina, I simply said -- she said, Do you

6  have any questions about these responses?

7           I said, No, I have no questions.  Have a

8  nice day.

9      Q    Did you raise the issue of not being

10  invited with the journalist?

11     A    No.  To my knowledge, no.

12     Q    If that was so important to you at the

13  time, why didn't you raise that with the journalist

14  when you were explaining your dehumanization?

15     A    You know, back in 2020 a lot of things

16  were happening so it wasn't like I was laser focused

17  on one thing.

18           This one little aspect of a lack of

19  industry -- industry standard following the -- the

20  rules of inviting people to whom you are responding.

21           So in a brief ten-minute phone call

22  probably with this journalist, no, I did not bring

23  that up.

24     Q    Did you bring up your other complaint

25  that there were articles that weren't peer reviewed,

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 177

 1   to your knowledge?

 2       A       To my knowledge, no.  I don't think so.

 3       Q       **How about the anonymous publication?**

 4       A       I don't think so.  I don't think so.

 5       Q       **You were aware that people published in**

 6   **the symposium who supported your point of view in**

 7   **your plenary talk of 2019; correct?**

 8       A       Only in the sense that two of them had

 9   reached out to me to -- to let me know that they

10   were going to submit something and I -- I read it

11   before it was even approved for publication.

12               And those are the pieces by Richard

13   Beaudoin and Chris Seegal.

14       Q       **Uh-huh.**

15       A       And it was clear from what I wrote that

16   they were supportive of some of the points I was

17   making.

18       Q       **Did that dehumanize you?**

19       A       I don't think so, no.

20       Q       **And was that in any way improper as an**

21   **academic professional?**

22       A       No.

23       Q       **Your full length article --**

24               (Whereupon, the court reporter

25               requests clarification.)

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
Dr. Philip Adrian Ewell on 09/19/2024

Page 178

 1  BY MR. ALLEN:

 2      Q     Your full length article in Music Theory

 3  Online, I think you've said this before but if you

 4  could just remind us, when did that come out?

 5      A     I'm going to say June 2020.

 6      Q     So it came out right before the Journal

 7  of Schenkerian Studies published the symposium in

 8  July of 2020, to your knowledge?

 9      A     To be honest, I don't know which came out

10  first.

11      Q     Okay.  Do you have any reason to believe

12  that Timothy Jackson was solely responsible for not

13  inviting you to participate?

14      A     No, I have no reason to believe that.

15      Q     You were aware that more than one person

16  worked on the journal's editorial staff; correct?

17      A     Yes.

18      Q     Do you know of any reason that Timothy

19  Jackson alone should have been made responsible for

20  the whole editorial staff?

21      A     No.

22            MR. ALLEN:  Now, I'm going to mark

23            for the record, the next exhibit is

24            Exhibit 6.  This will fit in the

25            category -- and I obviously don't want

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 179

```
 1              you to read all of these -- we'll go to

 2              selective portions of it and I'll explain

 3              what this is --

 4                   THE WITNESS:  Uh-huh.

 5                   MR. ALLEN:  -- in a second.

 6                   I'm going to give this to you also,

 7              Richard.

 8                   I'm marking for the record

 9              Exhibit 6.

10                   (Whereupon, Plaintiff's Exhibit 6,

11                   Collection of Documents Submitted by

12                   Timothy Jackson to Ad Hoc Panel

13                   Convened at University of North

14                   Texas, was marked for

15                   identification.)

16   BY MR. ALLEN:

17        Q    Now, I'm going to direct your attention

18   to the cover page -- or the first page, I should

19   say.

20        A    Uh-huh.

21        Q    And I'm just going to represent to you --

22   because obviously this is not an e-mail to you --

23   this is a collection of documents which was

24   submitted by Timothy Jackson to the, quote, ad hoc

25   panel which was convened at the University of
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 180

```
 1   North Texas to basically investigate Timothy Jackson
 2   and his role in the Journal of Schenkerian Studies?
 3                   MR. WALTON:  Mr. Allen, what --
 4                   MR. ALLEN:  Yes, Ben.
 5                   MR. WALTON:  What document did you
 6           end up labeling Exhibit 6 here?
 7                   MR. ALLEN:  Appreciate the
 8           clarification and I apologize.  This was
 9           011UNT2645.
10                   MR. WALTON:  Thank you.
11                   MR. ALLEN:  No, thank you, Ben.
12   BY MR. ALLEN:
13       Q    So you'll look at the bottom,
14   Professor Ewell.
15           Do you see there's a page marking
16   UNT02645?
17       A    -002645, yes.
18       Q    Correct.  I'm just going to tell you,
19   those are Bates numbers.
20       A    Uh-huh.
21       Q    These are numbers that attorneys assign
22   to documents produced in discovery.  It's a
23   continuous series throughout the record in this
24   case.
25       A    Uh-huh.
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
Dr. Philip Adrian Ewell on 09/19/2024

Page 181

1      Q      I will be referring to them as basically

2   equivalent of page numbers.

3      A      Okay.

4      Q      On the other hand, that's the sole

5   alteration of this document by the attorneys.

6      A      Okay.

7      Q      It's a -- it's a document that was

8   produced by the University of North Texas, thus the

9   abbreviation "UNT."

10            So with that understood, I'm just going

11  to call your attention to various parts of this

12  record.

13            These were documents that were disclosed

14  to the ad hoc panel by Timothy Jackson to disclose

15  simply the internal workings of the journal that led

16  to the publication of the symposium?

17     A      Uh-huh.

18     Q      I'm not asking you to comment on whether

19  that's true, but I'm just going to ask you to assume

20  that for the record.  All right?

21            So can I direct your attention to

22  page UNT2663, please?

23            This is a copy of an e-mail dated

24  December 31st, 2019.

25            Did I read that correctly?

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 182

```
 1      A      The second one, yeah.

 2      Q      Sorry, the one at the bottom of the page?

 3      A      Uh-huh.

 4      Q      Correct?

 5      A      Uh-huh.

 6      Q      And it seems to be from someone named Bob

 7   Kosovsky?

 8      A      Uh-huh.

 9      Q      The thing I want to ask you about is the

10   "to" line, SMT-announce@societymusictheory.org.

11             Do you recognize that e-mail?

12      A      Yes.

13      Q      Can you explain for the record what that

14   e-mail is?

15      A      It's a Listserv where music theorists

16   make announcements.

17      Q      And would you have received that e-mail?

18      A      Yes.

19      Q      And in fact I think you've testified you

20   did receive that e-mail?

21      A      Correct.

22      Q      And this has the caption in the first

23   line, "The Journal of Schenkerian Studies Volume 12

24   2019 Call for Papers."

25             Right?
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

1    A    Correct.

2    Q    If I could ask you to just review that

3  through the next page.

4         And I was just going to ask if this is

5  the call for papers that was sent out over the SMT

6  Listserv, to the best of your knowledge?

7    A    Yes, to the best of my knowledge.  Yeah.

8    Q    So to the extent that you've testified

9  today that you didn't receive an invitation to

10  participate in the Journal of Schenkerian Studies

11  Volume 12, it's not because you weren't asked

12  through this Listserv; it's because you weren't

13  asked in the way that you would have preferred and

14  thought of as industry standards?

15    A    Well, when you say, "would have preferred

16  or thought of," I would go a step further and say in

17  22 years, I've never heard of a general Listserv

18  announcement making a call for papers tried to be

19  substituted for a specific invitation to a person

20  who -- whose work has been under scrutiny in

21  responses as my work was with the Journal of

22  Schenkerian Studies Volume 12.

23         In fact, I would go so far as to say is

24  that is so far outside of industry standards to --

25  to think that this somehow represents an invitation

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 184

 1  to Philip Ewell, a direct invitation to

 2  Philip Ewell, that that is a very strange thing

 3  indeed.

 4      Q     Now, I never said that it was a --

 5  somehow a direct invitation to you, but you did

 6  receive it; right?

 7      A     I received it.

 8      Q     It's an invitation to participate;

 9  correct?

10      A     Not to me specifically.

11      Q     You specifically received it on a

12  Listserv that you subscribe to; correct?

13      A     Yeah, but thousands of people probably

14  received that.

15      Q     And you didn't respond to it, in fact;

16  right?

17      A     Along with -- along with other thousands

18  of people that didn't respond, yeah.  In fact, if I

19  could say, Listservs aren't meant to be responded

20  to.

21      Q     The statement that you never received an

22  invitation to participate in the Journal of

23  Schenkerian Studies, which was made repeatedly at

24  this time, was false, however; correct?

25      A     No, I disagree.

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 185

1    Q    You disagree that this announcement was

2  an invitation which you received to participate in

3  the Journal of Schenkerian Studies?

4    A    Not --

5              MR. PAINTER:  Could you clarify who

6          the announcement came from?  Did this

7          come from the Journal of Schenkerian

8          Studies?

9  BY MR. ALLEN:

10    Q    Do you see where it says, "forwarded

11  message from" on page -2663?

12          This is a question for you, Professor

13  Ewell.

14    A    Oh, I see.  Yes, I --

15    Q    Do you see the cc line, Levi Walls,

16  LeviWalls@MyUNT.edu?

17    A    Uh-huh.

18    Q    And it says, "Forwarded message from:

19  Levi Walls," the same e-mail, "LeviWalls@MyUNT.edu.

20          Correct?  Did I read that right?

21    A    Yes.

22    Q    Do you know who Levi Walls is?

23    A    He was one of the student editors, I

24  believe, of the journal issue.

25    Q    And do you know who Bob Kosovsky is?

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 186

```
 1      A      I -- I know the name.  I think he's
 2 somebody at SMT.  He might have been a -- like an
 3 executive director of the Society for Music Theory,
 4 but I --
 5      Q      And do you --
 6      A      -- I don't think I've ever met him.
 7      Q      And do you have any reason to believe
 8 that this wasn't a message, the call for papers,
 9 forwarded to the SMT-announce list by Levi Walls?
10      A      I think it was such a message.
11      Q      Okay.  And you received it, which we've
12 already discussed?
13      A      Yes.
14      Q      And it is an invitation to participate in
15 the journal; correct?
16      A      Yes.
17      Q      It's just not the one that you wanted?
18      A      It's not the one that anybody who
19 actually -- whose work is under scrutiny would
20 expect.  It's just not what happens.  It never
21 happens that way.
22      Q      Did this call for papers dehumanize you?
23      A      I can't comment on that.
24      Q      Does that -- you can't comment on it
25 because it's not true or it is true and you don't
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 187

 1   want to comment on it?

 2       A      Just because I -- it's a very difficult

 3   thing to think about.  I'd have to think about

 4   whether it dehumanized me.

 5              I -- I hesitate to say whether it

 6   dehumanized me.

 7              What I would prefer to say is that this

 8   is not the way colloquies or symposia happen in

 9   academia.

10       Q      Do you find anything objectionable --

11   objectionable about the call for papers itself?

12       A      Actually, if I remember, they just had

13   mis- -- mis- -- misquoted something I said, but it's

14   so -- it's so minimal that -- that I don't -- I

15   wouldn't really raise any objection.

16              Something here written is not exactly

17   what I said at that plenary session.  And that's

18   what happens of course when you take a plenary

19   session.

20       Q      I want to talk about the role of two

21   individuals at the University of North Texas:  One

22   is a defendant named Benjamin Graf and the other is

23   someone we've already discussed in -- a little bit

24   named Levi Walls.  Let me start with Mr. Graf.

25              Who is Benjamin Graf?

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 188

1      A      Ben Graf was the other student -- to my

2   knowledge, to my recollection, the other student

3   editor of the journal issue, Levi Walls and Ben

4   Graf.

5             I think that they were both mentioned in

6   that ad hoc panel, which is when I found out, if --

7   if I remember correctly, that they were in fact the

8   student editors.

9             And, of course, Timothy Jackson and

10  Stephen Slottow were also mentioned in that ad hoc

11  panel as the editorial advisors, I think, the

12  faculty, and the editors, the -- the two graduate

13  students, Levi Walls and Ben Graf.

14            And what else about Ben Graf?  He -- I

15  presumed that both students were graduate students

16  working with Schenkerian studies, potentially with

17  one of two faculty advisors.

18      Q      Uh-huh.

19      A      Excuse me.

20             That's my recollection of -- of Ben Graf.

21      Q      So did you know Ben Graf before this

22  episode in late 2020?

23      A      I do not think so, no.

24      Q      Were you aware that Benjamin Graf was on

25  faculty at University of North Texas at this time?

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
Dr. Philip Adrian Ewell on 09/19/2024

Page 189

```
 1     A      No, I thought he was a grad student.

 2     Q      And had you had any contact with him when

 3  he was the editor of the Journal of Schenkerian

 4  Studies?

 5     A      Somebody sent me -- after the issue came

 6  out, I think one of those two people, Levi Walls or

 7  Ben Graf, sent me a PDF of the journal issue because

 8  I had not been sent a copy --

 9     Q      Uh-huh.

10     A      -- physical or otherwise.

11            And I do remember, I think -- I think on

12  a Twitter direct message hearing from one or both of

13  them just kind of explaining, saying, I'm sorry this

14  happened.

15            Because it, you know, it had blown up, to

16  a large extent.

17            And -- and me replying, It's okay.

18            I mean, it's --

19     Q      Uh-huh.

20     A      These things happen, I guess, yeah.

21     Q      Do you remember the exact words that

22  either of them used?

23     A      No, I do not.

24     Q      Okay.  And I believe from your testimony

25  today you've deleted your Twitter account?
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 190

```
 1      A      Yes.

 2      Q      So those are no longer retrievable?

 3      A      Not by me.

 4      Q      Now, I asked -- I asked you about

 5   Benjamin Graf.

 6             But let me ask the same question about

 7   Levi Walls, although I know you've answered some of

 8   that.

 9             What was your understanding of the role

10   in -- of Levi Walls in the journal in July of 2020?

11      A      I -- i thought he was a graduate student

12   editor of the Journal of Schenkerian Studies, as I

13   thought Ben Graf was, too.

14      Q      Have you met with Benjamin Graf since

15   that time?

16      A      I saw Ben Graf at the Pedagogy into

17   Practice conference that happened not too long ago.

18             And as far as I know, that's the first

19   time I've ever met him in person.  And we had lunch

20   with a big group of people.

21      Q      Did he talk about the Journal of

22   Schenkerian Studies with you at all at that lunch?

23      A      He did not.

24      Q      What did you talk about, if I may ask?

25      A      Music theory pedagogy.  There were six of
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 191

1  us at a table and we had a nice lunch.

2          We talked about these issues -- I

3  imagine -- I mean, I knew the name from the ad hoc

4  panel and also he -- he -- he's still at University

5  of North Texas, I think, Ben Graf.

6          So -- but I think he knew that he, you

7  know, wasn't to -- I -- I -- I presume that he was

8  told by someone, Don't talk with people about this

9  and with Philip Ewell either.

10          So that's not something I pried and I

11  wouldn't want to.

12      Q     Did he tell you that?

13      A     Oh, I can't recall.  I can't recall

14  whether we even mentioned the Journal of Schenkerian

15  Studies, to be honest.

16          But I do remember that there was no

17  substantive conversation.

18      Q     Okay.

19              MR. ALLEN:  I'm going to mark for

20          the record Exhibit 7.

21              COURT REPORTER:  One moment.

22              If I could, sir.

23              MR. ALLEN:  Uh-huh.

24              (Whereupon, Plaintiff's Exhibit 7,

25              Facebook Exchange, One-Page Document

TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.
Dr. Philip Adrian Ewell on 09/19/2024

Page 192

1                    Dated July 25, 2020, was marked for

2                    identification.)

3                    COURT REPORTER:  Thank you.

4    BY MR. ALLEN:

5         Q    And while you are reviewing that, it's a

6    one-page document which seems to be the printout of

7    a Facebook exchange; is that correct?

8         A    Uh-huh.  Uh-huh.

9         Q    And it's dated July 25th, 2020.

10                   MR. ALLEN:  I'm going to inform the

11                   people online here that it's marked in

12                   your exhibit pack as 03UNT0441.

13                   And you'll see that Bates stamp in

14                   the lower right-hand corner but it may

15                   not be legible because it's printed black

16                   on black.

17   BY MR. ALLEN:

18        Q    So is this a message you remember getting

19   via Facebook?

20        A    I certainly do now, yes.  Uh-huh.

21        Q    And that's your, I guess, avatar there,

22   the -- the charming fellow playing the cello?

23        A    Correct.  Yeah.

24        Q    And Benjamin Graf said to you, "At this

25   time, the JSS would likely welcome a response from

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 193

```
 1  you."

 2          Right?

 3     A    Yes.

 4     Q    And JSS stands for Journal of Schenkerian

 5  Studies?

 6     A    Uh-huh.

 7     Q    Was that dehumanizing?

 8     A    No.

 9     Q    And then he says he felt -- or, "We felt

10  uneasy about the situation from the beginning."

11          Do you see where he says that in the next

12  sentence after --

13     A    Uh-huh.

14     Q    Did you have any discussion with him

15  about how he felt so-called uneasy from this

16  beginning?

17     A    No.

18     Q    He also claimed to get, quote,

19  significant pressure from the advisory board.

20          Do you see that?

21     A    I'd like to find it here.

22          MR. PAINTER:  In the middle here.

23          THE WITNESS:  Uh-huh.  Okay.

24     A    Uh-huh.  Yes.  Go.

25
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 194

```
 1  BY MR. ALLEN:

 2      Q     Did he ever explain what he meant by

 3  that?

 4      A     No, not to my recollection, no.

 5      Q     If you skip down a few sentences, do you

 6  see the sentence that says, "I really enjoy

 7  reading"?

 8      A     Uh-huh.

 9      Q     It says -- he said to you here, "I really

10  enjoy reading your blog post and the JSS advisors

11  mentioned asking you about a response after your

12  planned visit to UNT."

13            Did I read that right?

14      A     Correct.

15      Q     Were you planning to visit the University

16  of North Texas around this time?

17      A     Not around this time.

18      Q     What is he referring to when he says,

19  "your planned visit"?

20      A     The planned visit was to have happened a

21  year roughly beyond this.  I think the fall -- if

22  this is 2020, this -- I think the fall of 2021,

23  perhaps, it was planned.

24      Q     The -- your visit, you mean?

25      A     Correct.
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
Dr. Philip Adrian Ewell on 09/19/2024

Page 195

1    Q    Ah.

2    A    And it was -- it was about Russian music

3  theory, which is -- I'm a Russianist.  That's

4  what --

5    Q    Sure.  Sure.

6    A    -- that's my field.

7    Q    And did that visit take place?

8    A    It did not.

9    Q    Why is that?

10    A    I cancelled it.

11    Q    Why did you cancel it?

12    A    Because I didn't want to go down to the

13  University of North Texas.

14    Q    Why?

15    A    Because this was blowing up and I didn't

16  want to be part of it.

17    Q    It was specifically because of the

18  publication of the Journal of Schenkerian Studies

19  Volume 12?

20    A    Among other things happening around this,

21  yeah.

22    Q    So there was no opportunity for JSS

23  advisors to ask you about a response at that visit?

24    A    After the journal issue had come out, no.

25    Q    And your response here in the gray bubble

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 196

1  is, "Thanks, Ben.  I understand the difficult

2  position you were in.  Yes, the next time we meet,

3  I'd be happy to get a coffee.  Best, Phil."

4           Right?

5      A    Correct.

6      Q    And it sounds like you actually did meet

7  for dinner?

8      A    Lunch, yeah.

9      Q    Lunch?  Okay.

10     A    Uh-huh.

11     Q    What did you understand by the difficult

12  position that Benjamin Graf was in?

13     A    Well, graduate students -- and I thought

14  he was a graduate student -- I think he had been a

15  graduate student at the University of North Texas

16  right prior to this.

17           But even so, I thought he was a graduate

18  student, like Levi Walls, are under enormous

19  pressure if they are caught between the faculty

20  and -- and outward-facing scholarship, such as a

21  journal.

22           So it's very difficult to walk that line.

23  That's what I was referring to.

24     Q    And having met Benjamin Graf in person,

25  do you think of him as a weak person?

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

1    A    I don't know him well enough to comment
2  on that.

3    **Q    Do you think of him as in any way an**
4  **uncourageous person?**

5    A    Again, I -- I just don't know him well
6  enough -- well enough to comment on that.

7    **Q    In your experience of meeting him in**
8  **person, did you have any reason to believe that he**
9  **was lacking in courage in any way?**

10    A    It was one lunch with five other people
11  at the table.  I really can't comment on that.

12    **Q    And you've already testified that you**
13  **thought he was a graduate student, not on faculty;**
14  **right?**

15    A    Correct.

16    **Q    The fact that he was on faculty, does**
17  **that change any of your testimony?**

18    A    No.  Because there are, as you know,
19  many, many levels of faculty rank and levels of
20  vulnerability.

21         And I was presuming at the time, and I
22  think accurately, that he was a graduate student.

23         But if he were in fact faculty, I'm
24  pretty sure that he was not a tenured faculty,
25  because tenure is what actually gives you power at a

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 198

1  university.  So anyone who is not tenured walks a

2  very fine line.

3      Q    Do you know if Benjamin Graf benefited

4  from editing the Journal of Schenkerian Studies in

5  terms of advancing his career?

6      A    I imagine that there's some small

7  benefits, yeah, of -- of being listed as an editor

8  of a journal, yeah.

9      Q    He also says something here, you know, in

10  the middle of this post or exchange with you, "We

11  tried to distance ourselves from some of the content

12  of the responses as a result, but as you well know,

13  silence is complicity and I sincerely apologize for

14  that."

15          Did I read that correctly into the

16  record?

17      A    Yes.

18      Q    What did you understand by this phrase,

19  "silence is complicity"?

20      A    I imagine since I had only seen a few of

21  the postings like on -- like on Twitter about some

22  of the content, that someone could have been saying

23  something at some point about some of the commentary

24  that was getting some pushback that we shouldn't be

25  publishing X, Y, or Z; right?

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
Dr. Philip Adrian Ewell on 09/19/2024

Page 199

```
 1      Q      Uh-huh.

 2      A      And I presume that's what Ben is talking

 3   about when he says, "silence is complicity."

 4      Q      Was keeping silence about these

 5   supposedly improper methods for contacting you also

 6   complicity in the Journal of Schenkerian Studies?

 7      A      No.

 8      Q      So about this engagement that you, I

 9   guess, cancelled to visit the University of

10   North Texas, is that a -- is that standard

11   professional comportment to cancel an engagement

12   you've already made to visit another school and --

13      A      No.

14      Q      -- give a talk?

15      A      No.

16      Q      If I could refer you back to Exhibit

17   Number 6, that's the rather thick packet?

18      A      Uh-huh.

19             THE WITNESS:  I'm sorry, Mr. Allen,

20          could I get a bathroom break?

21             MR. ALLEN:  Oh, absolutely.

22             THE WITNESS:  Yeah.

23             MR. ALLEN:  And there's no question

24          on --

25             THE WITNESS:  Uh-huh.
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 200

```
 1                      MR. ALLEN:  -- so let's go off the
 2           record.
 3                      THE VIDEOGRAPHER:  We are going off
 4           the record.  The time is 2:41.
 5                      (Whereupon, there was a recess taken
 6                      from 2:41 p.m. to 2:48 p.m.)
 7                      THE VIDEOGRAPHER:  We are going back
 8           on the record.  The time is 2:48.
 9  BY MR. ALLEN:
10      Q     So, Professor Ewell, I'm going to ask you
11  some questions about things that are in the
12  contemporaneous documents of the journal only for
13  the purpose of asking what you know about things
14  that are said about either your talk or the
15  individual's relationships to you and things like
16  that.
17      A     Uh-huh.
18      Q     So I'm going to ask that you look at
19  2657, UNT2657?
20      A     Uh-huh.
21      Q     This is an e-mail by your colleague, the
22  defendant, Ellen Bak- -- Bakulina --
23      A     Uh-huh.
24      Q     -- on December 1st, 2019.
25            Do you see that?
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 201

```
 1      A      Uh-huh.

 2      Q      And I just want to direct your attention

 3  to the first sentence.

 4             It says, "I just had a conversation with

 5  a colleague about the SMT plenary session of which

 6  Ewell's talk was a part and he told me that I should

 7  have known all along -- told me what I should have

 8  known all along because this was announced right

 9  before the presentations that the plenary talks will

10  be published in Music Theory Spectrum."

11             Did I read that correctly?

12      A      Yes.

13      Q      And is -- does that comport with your

14  memory of how that worked, that they were always

15  meant to be published in Spectrum from the get go?

16      A      No, I did actually -- I did not know that

17  back in 2019.

18      Q      So that, as you understood it, is not an

19  accurate statement?

20      A      Well, accurate for Ellen.  Let me reread

21  it, what -- what you just wrote [sic].

22             Not an accurate statement from me.  I

23  didn't know that it was going to be published in

24  Music Theory Spectrum in 2019.  I had never given a

25  plenary talk before November 2019.
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 202

1      Q      So if you skip down to -2657 at the

2   bottom there --

3      A      Uh-huh.

4      Q      -- there's some sort of "from Ellen

5   Bakulina"?

6      A      Uh-huh.

7      Q      Then it goes forward.

8             It says, "Dear Ellen, hyphen" -- or,

9   excuse me -- "comma, colleagues, comma."

10             And that appears to be an e-mail signed

11   by Timothy Jackson.

12             Do you see that one that spills over to

13   the next page, UNT02658?

14      A   To Levi Walls, to Timothy Jackson,

15   Benjamin Graf, Stephen Slottow, Diego Cubero, and

16   it's from Timothy Jackson?

17      Q      Well, it's -- it's not entirely clear

18   here, but if you see at the bottom, it says, "Best,

19   Tim," at the bottom of the e-mail?

20      A      Of the next page, yeah.

21      Q      Yes.

22      A      Okay.  Yeah.

23      Q      So this message, "All things considered,

24   JSS" --

25      A      Uh-huh.

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 203

```
 1      Q       -- "should go forward with the call as

 2  planned"?

 3              Right?

 4      A       Okay.

 5      Q       Now, if we -- if we look up to the

 6  previous e-mail which we were just talking about,

 7  Ellen Bakulina says in her last sentence, "Does the

 8  prospective Spectrum publication means that" -- I

 9  guess that's a typo -- "means that perhaps we should

10  wait with our call for responses until after that

11  publication appears."

12              Did I read that right?

13      A       Yes.

14      Q       So they are addressing that within the

15  journal?

16      A       Uh-huh.

17      Q       Timothy writes this next e-mail, "The JSS

18  should go forward with the call as planned"?

19      A       Uh-huh.

20      Q       Right?

21              And then do you see right under that,

22  Benjamin Graf on December 2nd, 2019, in the morning,

23  9:14 a.m. --

24      A       Uh-huh.

25      Q       -- writes, "I agree with Tim"?
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 204

```
1      A      Uh-huh.

2      Q      Right?

3      A      Uh-huh.

4      Q      Did Benjamin Graf ever discuss with you

5  agreeing that the call should go forward?

6      A      No.

7      Q      Is that consistent in your view with him

8  being pressured?

9      A      No, not pressured.

10     Q      Does it look like he's opposing the

11 publication --

12     A      No.

13     Q      -- of some special symposium?

14     A      No.

15     Q      And, again, these were records disclosed

16 to the so-called ad hoc panel.

17     A      Uh-huh.

18     Q      That's why I'm presenting it to you.  All

19 right.

20            Do you remember in July 27, 2020 an

21 apology posted by Levi Walls on Facebook?

22     A      I -- I'm -- I wouldn't deny it existed.

23 I don't recall it.

24     Q      Let me ask it this way:  Do you have no

25 memory of it now as you sit here today because you
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 205

1   think you didn't read it?

2       A       I -- if it were posted as a general

3   Facebook post, it's entirely possible I did not read

4   it.

5               If it were a direct message to me which I

6   would have found because I did -- I digged -- dug --

7   I dug -- digged -- I dug in my Facebook direct

8   messages --

9       Q       Yes.

10      A       -- and I would have found it, I presume.

11  So the -- I rarely read Facebook posts.

12      Q       Okay.

13      A       Although back then I was reading them

14  slightly more often than I -- certainly than I do

15  now.

16      Q       Yes.

17              MR. ALLEN:  I'm going to mark for

18              the record -- record as Exhibit 8 a

19              Facebook post by Levi Walls.

20              (Whereupon, Plaintiff's Exhibit 8,

21              Facebook Post by Levi Walls, was

22              marked for identification.)

23  BY MR. ALLEN:

24      Q       And I just have one question, given your

25  previous answers to my questions.

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 206

```
 1                I just want you to look at this, maybe
 2   briefly, and tell me if you remember reading this at
 3   the time?
 4      A    Sure.
 5                MR. WALTON:  Which document is this,
 6           Mr. Allen?
 7                MR. ALLEN:  Thank you.  I was going
 8           to just say that.
 9                This is also marked 08 Jackson 0234.
10                MR. WALTON:  Thanks.
11                THE WITNESS:  Okay.
12   BY MR. ALLEN:
13      Q    So just, again, did you ever read this at
14   the time?
15      A    I think I did.
16      Q    And in that case, you knew at that time,
17   this date being dated July 27th, 2020; correct?
18      A    Uh-huh.  Yeah.
19      Q    -- that Levi Walls, who you formerly
20   testified you knew, was a graduate student working
21   on the journal --
22      A    Uh-huh.
23      Q    -- was claiming to have no control over
24   the content of the journal; right?
25      A    That's what it says here, yeah.  I kind
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 207

```
 1  of skimmed through it, yes.

 2      Q    If you skip down to Jackson -235, that's

 3  the second page of this Exhibit Number 8?

 4      A    Uh-huh.

 5      Q    There's a second sentence that begins on

 6  the page, "However, after Philip Ewell's SMT

 7  presentation, Timothy Jackson decided that it was

 8  the responsibility of the journal to 'protect

 9  Schenkerian analysis.'"

10           Then he says, "Although, after serious

11  thought, I essentially agreed with Ewell's talk, it

12  was not up to me what did or did not go into the

13  journal."

14           Did I read that correctly?

15      A    Yes.

16      Q    Is that your understanding at the time of

17  what had happened inside the journal?

18      A    Among other things.

19      Q    Okay.  Well, and I just want to focus on

20  this thing for now.

21      A    Uh-huh.

22      Q    So now if I could get you to go back to

23  Exhibit 6, that's the big packet?

24      A    Uh-huh.

25      Q    And go to UNT2705.
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 208

```
 1              There's an e-mail at the bottom of that

 2  page that says, "Walls, Levi," it gives his e-mail.

 3  And it says, "to me," meaning to Timothy Jackson.

 4              Do you see that?

 5      A    Uh-huh.

 6      Q    Could I ask you to review that e-mail?

 7      A    Uh-huh.

 8           This is -2705, Bates number?

 9      Q    UNT02705?

10      A    Uh-huh.

11      Q    An e-mail beginning on the bottom of that

12  page dated November 15th, 2019?

13      A    Uh-huh.

14           Okay.

15      Q    So this e-mail says in the second

16  sentence that begins in that e-mail addressing

17  Timothy Jackson, "You've likely heard about it" --

18  referring to a particular Schenker paper from SMT --

19  "as it caused quite a stir.  I was very ambivalent

20  about it because it suggested that analysis that

21  utilizes levels of hierarchy is inherently racist

22  which strikes me as naive."

23              Did I read that correctly?

24      A    Yes.

25      Q    Do you understand this to be referring to
```

TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.
Dr. Philip Adrian Ewell on 09/19/2024

Page 209

1  your paper at the SMT?

2      A      I think so.

3      Q      Does that sound like someone who agreed

4  with your paper?

5      A      Agreed but misunderstood.  "Inherently

6  racist" is not something I would say, but yeah.

7      Q      So does that seem to suggest that he was

8  lying in his Facebook post on July 27th, 2020?

9      A      No, because this is November 2019, after

10  my talk -- a week after my talk.  And the 2020

11  Facebook that you just referenced was after the

12  publication of the Journal of Schenkerian Studies.

13          And apparently, Levi Walls had worked on

14  that so had been kind of deeply involved in it.  So

15  clearly he changed some opinions.

16      Q      Don't you think he changed his opinions

17  because the journal was attacked by almost every

18  single academic in the SMT?

19      A      I disagree.  I don't think every single

20  academic attacked the journal.

21          So that's -- that's -- to answer your

22  question -- can you state the question again?

23      Q      You don't think that Levi Walls was

24  posting an apologia on Facebook because the journal

25  was being attacked as racist?

TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.
Dr. Philip Adrian Ewell on 09/19/2024

Page 210

```
 1    A    No.
 2    Q    You don't think Levi Walls was
 3  misrepresenting his actual true feelings about your
 4  work because the entire Society for Music Theory had
 5  published an open letter condemning the Journal of
 6  Schenkerian Studies?
 7    A    You say "entire Society for Music Theory"
 8  and it wasn't.  It was 900 signatories.  So they
 9  don't speak for absolutely 100 percent of the
10  membership, obviously.
11         And I don't believe that Levi Walls was
12  misrepresenting his beliefs.  I believe that they
13  had changed, just from the two documents you showed
14  me.
15    Q    He never said he changed his beliefs, did
16  he?
17    A    Well, something changed, did they -- did
18  they not -- did it not?
19    Q    Yeah, the thing that changed was the
20  Journal of Schenkerian Studies came under attack;
21  right?
22              MR. PAINTER:  Do you have a
23         question?
24    A    Yeah, is there a question there?
25
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 211

```
 1  BY MR. ALLEN:

 2       Q     Did you understand my question?

 3                  MR. ALLEN:  Could you read back the

 4            question to the witness?

 5                  (Whereupon, the referred-to text was

 6            read back by the court reporter.)

 7  BY MR. ALLEN:

 8       Q     Is that question unclear to you?

 9       A     No, it's not unclear.  It's just a

10  question of whether I agree with it or not.

11            The Journal of Schenkerian Studies came

12  under attack -- okay.  Fair.  I'll go ahead and say

13  yes.

14       Q     Thank you.

15            Could I direct your attention to

16  UNT02707?  That's the -- the next -- I want -- I

17  know this is causing you to jump around.

18       A     Uh-huh.

19       Q     But, again, these were documents provided

20  to the so-called ad hoc panel convened to --

21       A     Uh-huh.

22       Q     -- investigate my client.

23       A     Uh-huh.

24       Q     Do you see an e-mail at the bottom of

25  that page from Monday, November 18th, 2019?
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 212

```
 1      A      Yes.

 2      Q      And, again, this would have been within

 3  plus or minus a week of your talk; right?

 4      A      A week, two weeks, yeah.

 5      Q      Okay.  And again it's by Levi Walls?

 6      A      Uh-huh.

 7      Q      Okay.

 8      A      After -- after the talk.  Let's not --

 9  not plus or minus.  It's after, plus.

10      Q      Correct.

11             Levi Walls writes to Dr. Jackson.

12             Did I characterize that correctly?

13      A      It just says to me.

14      Q      Do you see it says, "Dear Dr. Jackson"?

15      A      Correct.  Okay.  Yes.

16      Q      And it says at the end, "Regards, Levi"?

17      A      Yes.

18      Q      And then he goes on in the second

19  paragraph that begins in this e-mail, "Yes, the

20  paper's willful ignorance of Schenker's Jewish

21  identity is indeed troubling.  That seems to mark it

22  as implicitly antisemitic at the very least.  I

23  think that had he limited his criticisms to

24  Schenker, the man, it would have been slightly less

25  problematic.  But his claim that the entire
```

TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.
Dr. Philip Adrian Ewell on 09/19/2024

Page 213

1    theoretical world view and, by extension, those who

2    help spread it, is racist becomes very problematic

3    when we consider the intimate connection between

4    Schenkerian analysis and the Jewish identity."

5           And then he ends that paragraph, "Ewell's

6    talk certainly failed in that regard."

7           Do you see that?

8    A    Uh-huh.

9    Q    So, again, is this consistent with a

10   graduate student who agrees with your talk?

11   A    In November of 2019, it is.

12   Q    You think this indicates his agreement

13   with your talk?

14   A    Oh no.  No.  No.  No.  I think that this

15   does not in- -- indicate agreement.

16   Q    Okay.

17   A    I think that he had some qualms about my

18   talk in November of 2019.

19           I also would just point out the

20   misreading that the entire theoretical world view is

21   racist.

22           It's a common misquotation attributed to

23   me.  I've seen it many times.  But it's not true.

24   I've never said that.

25           And -- it -- I would love to see somebody

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 214

```
 1  actually point to where I wrote that because they
 2  would be looking for a very long time.
 3      Q    Have you ever sought out Mr. Walls to
 4  discuss your work?
 5      A    No.
 6      Q    Has he ever sought out you to discuss
 7  your work?
 8      A    Again, a direct message?
 9           There were a lot of -- a lot of
10  communications going back and forth.
11           I don't remember seeing -- I mean, in my
12  Facebook direct messages, I searched.
13      Q    Uh-huh.
14      A    And that was a search term.  So I -- did
15  I have something in my Facebook direct messages?
16           I mean, you -- you looked at it.  I -- I
17  can't recall.
18           And it's possible that if it's not there,
19  that it -- there was a Twitter direct message.
20  Probably it would have happened in one of those two
21  places if I had any contact with Levi Walls.
22      Q    And so to sum up, you don't recall that
23  ever happening?
24      A    Correct.
25      Q    Okay.  Let me ask you to jump to --
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 215

```
 1      A      May I -- may I -- may I --

 2      Q      Please.

 3      A      -- qualify?

 4             I gave a talk -- a remote talk in Florida

 5  and -- and Levi Walls was also giving a talk at some

 6  point.

 7             And I recall, I -- it must have been from

 8  my Hunter e-mail because virtually all of these

 9  communications were professional and from my Hunter

10  e-mail.

11             I recall writing Levi Walls just saying,

12  I see you are giving a talk in Florida.

13      Q      Uh-huh.

14      A      I look forward to listening to it.

15             I don't think I was actually able to

16  attend his --

17      Q      Uh-huh.

18      A      -- his virtual talk.

19      Q      Uh-huh.

20      A      And I also don't know whether he attended

21  my virtual talk because it -- it wasn't one -- I

22  don't think it was one where all the Zoom windows

23  were available.

24      Q      Right.

25      A      Even if it was, as a -- as a keynote
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 216

1  speaker I don't pay attention --

2      Q      Of course.

3      A      -- to the -- the Zoom gallery.

4             But I just want -- since we are talking

5  about Levi Walls, I did have -- I think I instigated

6  an e-mail saying, I see you're giving a talk.  I

7  look forward to hearing your talk.

8             And that's what it was.

9      Q      There was no more substantive discussion

10 between you about that?

11     A      About -- that's correct.

12     Q      Okay.  Could I ask you to skip to

13 UNT02708?

14            There's an e-mail here from Timothy

15 Jackson to Mr. Levi Walls dated November 19th, 2019?

16     A      Uh-huh.

17     Q      And it appears to be from Timothy

18 Jackson?

19            He says, "Dear Levi, It occurred to me

20 that it might be appropriate for the journal to

21 solicit responsible -- responses to Ewell from a

22 number of prominent Schenkerians."

23            Did I --

24     A      Correct.

25     Q      -- read that --

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
Dr. Philip Adrian Ewell on 09/19/2024

Page 217

1          Now, it's relatively long and I don't

2    want to spend that time on it.

3          But if we skip down to the next page,

4    there's a response from Levi Walls; right?

5          And this is November 19th, 2019 at

6    3:16 p.m.?

7    A    Yes.

8    Q    And he writes, "Dear Dr. Jackson, I agree

9    that a response in the JSS would be very

10   appropriate.  It would be nice to have it for the

11   upcoming issue, although it is very forthcoming

12   around mid-December.  A response in Issue 13 would

13   of course be quite late.  Did you have any

14   particular Schenkerians in mind?  Dr. Graf and I can

15   discuss some candidates tomorrow at our weekly

16   meeting and get requests out as early as tomorrow

17   evening."

18         Did I read that right?

19   A    Yes.

20   Q    Does that sound like someone who has no

21   control over the content of the journal?

22   A    No.

23   Q    One of Levi Walls' claims was that he was

24   instructed by Timothy Jackson, something like, to --

25   to censor people who were in favor of your paper.

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

1          Do you recall anything to that effect?

2     A     No.

3     Q     Let me direct your attention to UNT02758.

4   This time we'll be looking to the top of the page.

5          But before I ask you a question about

6   this communication internal to the journal, I want

7   to ask if you remember in the UNT so-called ad hoc

8   panel report --

9     A     Uh-huh.

10    Q     -- a kind of very graphic description of

11  Mr. Walls being forced into Timothy Jackson's car

12  and coerced to basically publish something he didn't

13  want to publish?

14    A     I do remember something about a car,

15  yeah.

16    Q     Okay.  But you don't remember that in

17  detail?

18    A     No, I don't.

19    Q     Right?  Its connection to censorship?

20    A     I do not, no.

21    Q     Okay.  So if we look at the top of

22  page -- sorry, UNT2758, do you see how that e-mail

23  is signed by Levi Walls?

24    A     Uh-huh.

25    Q     And if we look at the very bottom of the

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 219

1 previous page, it states from February 13th,

2 10:54 a.m.?

3     A     Very bottom --

4     Q     Of the -- of the page -02757?

5     A     Two seven --

6     Q     I'm sorry to jump around but the e-mail

7 spills over --

8     A     Uh-huh.

9     Q     -- from one page to the next --

10     A     Okay.

11     Q     -- in an inconvenient way.

12     A     Yeah.  Could you say what you just said

13 again?

14     Q     So the e-mail is from Levi Walls; right?

15     A     Uh-huh.

16     Q     It's dated February 13th?

17     A     10:54 a.m.

18     Q     Yes.

19     A     Uh-huh.

20     Q     It says, "To me" -- meaning Timothy

21 Jackson -- "and Benjamin Graf."

22           Did I read that right?

23     A     Correct.

24     Q     He writes, "Dear Dr. Jackson," he copies

25 some other people who are working on the journal?

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 220

```
 1     A      Uh-huh.

 2     Q      But not Dr. Slottow?

 3     A      Uh-huh.

 4     Q      He says, "Dr. Graf and I were wondering

 5   what your thoughts were concerning the submission

 6   from Clark Beaudoin" --

 7     A      Beaudoin.

 8     Q      Beaudoin.

 9     A      Uh-huh.

10     Q      Thank you.

11            -- "and Lett.  As you may have seen,

12   these responses are, at least implicitly,

13   anti-Schenkerian.  Despite disagreeing with much of

14   what they have to say, Dr. Graf and I think it is

15   important to publish these responses."

16            Did I read that right?

17     A      Yes.

18     Q      So it sounds like he was in favor of

19   publishing responses that were favorable to you;

20   right?

21     A      Correct.

22     Q      Do you know if those three responses were

23   in fact published?

24     A      They -- so Beaudoin, Lett, and Clark,

25   yes.  We're talking about Suzannah Clark, Harvard
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 221

 1  University; Richard Beaudoin, Dartmouth College --

 2      Q      Uh-huh.

 3      A      -- Stephen Lett, who is no longer, I

 4  think, in the field.

 5      Q      Is that consistent with someone who is

 6  being pressured not to publish these pro-Ewell

 7  papers?

 8      A      Again, I would take issue with the

 9  conflation of this timeline.

10      Q      Uh-huh.

11      A      Because we started with Levi Walls in

12  July --

13      Q      Uh-huh.

14      A      -- after the publication of Volume 12,

15  and you've gone back to November.

16      Q      Correct.

17      A      Now we are in February; right?

18             So I think that it's quite reasonable to

19  presume that once all of the journal responses were

20  collated into an issue, it seems that Levi Walls

21  read it and then began to take issue with some of

22  the points that were being raised there and so

23  essentially -- well, as I said, changing his

24  opinion.

25             Which, over the course of eight months,

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 222

1   is not so unreasonable, I think.

2        Q    Isn't the simpler explanation that at the

3   moment it appeared there was a massive social media

4   attack on the journal and they, quote, changed their

5   mind?

6              MR. PAINTER:  Asks for speculation.

7   BY MR. ALLEN:

8        Q    That's all right.  You can answer.

9              THE WITNESS:  Do I have to?

10             MR. PAINTER:  You should give some

11             answer, whatever answer you think

12             is the --

13             THE WITNESS:  Okay.

14       A    Can you repeat the question, please?

15  BY MR. ALLEN:

16       Q    Isn't the simplest explanation that they

17  were attacked on social media and by the SMT and by

18  everyone claiming the journal was racist and they,

19  quote, changed their mind then?

20       A    No.

21       Q    You don't find that plausible at all, do

22  you?

23       A    I wouldn't say plausible at all.  I would

24  say that's not the actual issue, though.

25       Q    Somehow they are saying at the time the

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 223

```
 1  journal articles are being gathered and published,

 2  they -- Levi Walls disagrees with your work?

 3      A      Uh-huh.

 4      Q      They want to solicit these papers, they

 5  want to solicit others.

 6             And then all of a sudden, they change

 7  their mind after the journal comes out?

 8      A      I think it's probably a little bit of

 9  both, don't you?

10      Q      Well, I'm not the one testifying.

11      A      That's true.  I apologize.

12             I think it's entirely reasonable,

13  however, to think that two things can be true at

14  once.

15      Q      Do you know that after the attack on the

16  journal, Levi Walls openly expressed his fear for

17  his career?

18      A      I do not know that.

19      Q      Just one last example here.  If you could

20  skip to UNT02697?

21      A      Six, nine -- six, nine, seven.  I'm in

22  the sevens...

23      Q      -2697?

24      A      -2697, yes.

25      Q      And this is an e-mail from Benjamin Graf
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 224

 1  to JSS authors and advisory board; do you see that?

 2      A      Yeah, start- --

 3      Q      Oh, sorry, I should say, the bottom of

 4  the page?

 5      A      Uh-huh.  Yeah.

 6      Q      March 14th, 2020?

 7      A      Uh-huh.

 8      Q      And I'm just going to represent to you

 9  this was the time when the special volume -- the

10  special symposium and the entire Volume 12 went to

11  the press.

12      A      Okay.

13      Q      So it was finished in its editorial phase

14  and it was just going into production.

15      A      Uh-huh.

16      Q      Just going to skip down past the numeral

17  three on that bottom of that page; do you see that?

18      A      Uh-huh.

19      Q      "Levi Walls has done excellent work on

20  this volume and the journal will be in good hands as

21  he takes over sole editorship of the JSS.  In my

22  view, the additional content that we collected this

23  winter following Ewell's SMT plenary makes a great

24  addition to an already remarkable publication."

25              Did I read that correctly?

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
Dr. Philip Adrian Ewell on 09/19/2024

Page 225

```
1      A      Yes.

2      Q      Is that consistent with Benjamin Graf

3  telling you in his Facebook message to you that, I

4  don't know, he was complicit in some sort of

5  silence?

6      A      Huh.

7      Q      Or he didn't want to do it or --

8      A      No.

9      Q      Okay.  He says, "Cheers getting this to

10  press."

11             Right?

12     A      Uh-huh.  Yes.

13     Q      Then on March 20, there's another message

14  from Ben Graf to Barry Wiener, maybe pronounced it

15  Wiener.

16             You would know?

17     A      I don't know.

18     Q      You don't know.

19             Was Barry Wiener critical of you or in

20  favor of you?

21     A      Critical.

22     Q      Ben Graf writes to a critical respondent,

23  I suppose we'll call him, "Thank you, Barry.  I

24  should note that I enjoyed reading your response to

25  Ewell."
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 226

```
 1              Did I read that correctly?

 2      A    Yes.

 3      Q    Do you have any reason to believe that

 4   Benjamin Graf would lie about that?

 5      A    No.

 6              MR. ALLEN:  I think I have one last

 7           document to present to you and I think we

 8           will probably be able to wrap this up.

 9              I can't promise that Benjamin Walton

10           won't have some questions for you.

11              THE WITNESS:  Sure.

12              MR. ALLEN:  But let me move on.

13              I'm going to -- we're done talking

14           about Mr. Walls and Mr. Graf.

15              I want to ask you some additional

16           questions about your colleague, Ellen

17           Bakulina.

18              THE WITNESS:  Bakulina.

19              MR. ALLEN:  So if I could mark this

20           for the record.  We are introducing here

21           Exhibit Number 9.  This is marked in the

22           exhibit folder 06 UNT2559.

23              (Whereupon, Plaintiff's Exhibit 9,

24              Document Presented to Ad Hoc Review

25              Panel, was marked for
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 227

```
 1                    identification.)

 2                    MR. ALLEN:  Sorry.

 3   BY MR. ALLEN:

 4       Q      Now, before you look at this, again, I'm

 5   not suggesting that you know anything about this

 6   document.

 7              It's because some things are represented

 8   about you in the document that I want to ask you

 9   questions about it.

10       A      Sure.

11       Q      This is also a document that was

12   presented to the so-called ad hoc journal review

13   panel that UNT convened to investigate solely

14   Timothy Jackson for the supposed whatever they

15   thought the journal of Schenkerian studies did

16   wrong, I suppose.

17              And you can see that in the header; do

18   you see that in the first message?

19       A      "Talk with UNT ad hoc journal review

20   panel"?

21       Q      Yes?

22       A      Yes.

23       Q      And that's Ellen Bakulina --

24       A      Uh-huh.

25       Q      -- and her e-mail at UNT?
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 228

```
 1      A      Correct.

 2      Q      And I understand she's no longer there.

 3             So if you skip down a few pages, you'll

 4  see that there's an attachment that says, "Dear Dean

 5  Richmond"?

 6      A      Uh-huh.  "Dear Dr. Richmond," yeah.

 7      Q      Uh-huh.  And you'll see -- I just want

 8  to -- you see how there's a subheading A, close

 9  paren?

10      A      Uh-huh.

11      Q      I guess it's the third paragraph.

12      A      Uh-huh.

13      Q      She gives a little bit of a history of

14  her participation in the journal?

15      A      Uh-huh.

16      Q      And then she also says -- I'm just going

17  to begin with the sentence, "The e-mails were an

18  exchange."

19             Do you see that?

20      A      One second.

21      Q      Third sentence?

22      A      Yes.  Go.

23      Q      "The e-mails were an exchange of opinions

24  on Ewell's keynote talk.  They led to another string

25  of e-mails which were directly related to the call
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 229

 1  for responses.  The string was initiated by Levi

 2  Walls whose initial e-mail, November 25th, 2019, was

 3  sent to several theory faculty, included some that

 4  are not on the JSS editorial board.  The second

 5  e-mail exchange led to the formulation of the call.

 6  I discussed the formulation with the editors but

 7  didn't make any substantive suggestions."

 8       A    You said "editors" when it said "others,"

 9  but aside from that, yes.

10       Q    I apologize for misspeaking and thanks

11  for catching that.

12       A    Uh-huh.

13       Q    Now, did Ellen Bakulina ever talk to you

14  about her role on the journal?

15       A    No.

16       Q    So you don't know whether she's

17  representing this accurately or not?

18       A    Correct.

19       Q    If you could skip down to UNT02560.

20            And this is one of the infelicities of

21  electronic documents.

22       A    Uh-huh.

23       Q    But do you see there's a page number

24  smack in the middle of the page number three?

25       A    Uh-huh.

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 230

1    Q    I want you to look at the paragraph right

2  before that?

3    A    "In retrospect"?

4    Q    Correct.

5    A    Uh-huh.

6    Q    This is Ellen Bakulina in a letter to her

7  dean, who is Dean Richmond.

8         "In retrospect, I regret that I did not

9  contact Ewell to ask if he would like to write a

10  response to the responses or to simply inform him

11  about what is happening in JSS.  A lack of such

12  timely contact with Ewell on part -- on the part of

13  JSS editorship is part of what is currently being

14  condemned on social media.  In fact, I did think of

15  contacting him in December 2019, partly because he

16  is a long-time friend and a former mentor of mine."

17         Did I read that correctly?

18    A    Yes.

19    Q    Now, you've testified today that she did

20  contact you in around that timeframe; right?

21    A    Yes.  I would say it was probably

22  February 2020.

23    Q    But at that time she expressed no concern

24  that you hadn't been personally invited?

25    A    The only thing that was stated in her

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 231

1  e-mail was -- it was maybe one sentence and it

2  was -- the title of the -- the subject title was

3  "JSS responses."

4      Q      Uh-huh.

5      A      And it was of the order, "Dear Phil, Do

6  you have any questions about" --

7      Q      Uh-huh.

8      A      -- "these JSS responses," because the

9  call for papers had gone out.

10         So I was aware at that point that --

11     Q      Uh-huh.

12     A      -- that this was being put together.

13         And as I said earlier, I responded, No, I

14  have no questions.

15     **Q      And she doesn't say anything about that**

16  **here, does she?**

17     A      She does not.

18     **Q      Do you know of any reason that she lacked**

19  **the power to invite you personally?**

20     A      I presume I -- I presume that she was not

21  part of the backbone of the Journal of Schenkerian

22  Studies.

23         As it -- as it was shown in the ad hoc

24  report, Steven Slottow and Timothy Jackson were the

25  editorial advisors.

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

1      Q      Uh-huh.

2      A      And to be honest, I didn't know if Ellen

3   Bakulina, who is a Russianist --

4      Q      Uh-huh.

5      A      -- like me, whether she was involved with

6   journal at all in any capacity, whatsoever.  And --

7      Q      If she --

8      A      If I may.

9      Q      Please.

10     A      And therefore it didn't even strike me

11  to -- to wait for an invitation from Ellen Bakulina

12  because I just didn't think she was involved with

13  the production of this journal.

14     **Q      Right.  And does this message to the dean**

15  **of her school of music clarify that she was indeed**

16  **involved in the production of the journal, at least**

17  **in the fall and winter of 2020?**

18     A      Well, what you've read confirms that she

19  regrets that she did not contact me.

20            It doesn't really clarify what role she

21  played, if any, in the journal's structure.  And she

22  may have had a role, maybe on the editorial board.

23  I don't know.

24     **Q      And also, I believe I misspoke.  I meant**

25  **fall and winter of 2019, not fall and winter of**

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 233

```
 1   2020.  That was when --

 2       A     Uh-huh.  Nineteen going into '20.

 3       Q     Yes.

 4             Do you -- this is true that -- what she

 5   says here that you were long-time friends and she

 6   was a former mentee of yours; right?

 7       A     Yeah, I -- I mentioned that she -- that I

 8   was on her dissertation committee --

 9       Q     Uh-huh.

10       A     -- when she was at the graduate center,

11   yes.

12       Q     Are you still in regular contact with

13   her?

14       A     Regular, no.  I haven't heard from her in

15   a while.

16       Q     Okay.

17       A     If I could try to say when, it would

18   be -- it actually was some -- let's call it, five,

19   six months ago because she's working on a project --

20   this is irrespective of the Journal of Schenkerian

21   Studies or the University of North Texas -- Thomas

22   Christensen, Carmel Raz, and one other person are

23   putting together this big, thick, multi-volume work

24   on music theory.

25             And Ellen is kind of spearheading some of
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 234

1  the Russian music theory aspects.  And she and

2  Thomas Christensen, a music theorist -- music

3  theorist at the University of Chicago, invited me to

4  write a section on -- on the music theorist Modest

5  Rezvoi, who was a Russian music theorist who in

6  198 -- sorry, 1830 translated some very significant

7  terms.

8      Q      And can I just interrupt you to say that

9  she's involved in a very significant work of

10  scholarship?

11     A      Yes.

12     Q      Do you know her to be an especially

13  fragile individual?

14     A      I -- I can say with a little bit more

15  certainty than -- because you asked the same

16  questions of Ben Graf, I think.

17            She -- could you clarify "fragile

18  individual," in what respect?

19     Q      Well, do you know that she is afraid to

20  speak her mind?

21     A      Yeah.  Yeah.  Occasionally, yes.

22     Q      And do you think she's particularly

23  cowardly?

24     A      I wouldn't use the word "cowardly," but I

25  also wouldn't say "forceful" and -- and "ambitious"

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 235

1  and I wouldn't say the opposite of "cowardly"

2  either.

3      Q     Do you know of any reason she couldn't

4  have spoken up and said you needed to be invited,

5  for instance?

6      A     I think probably because she was

7  pre-tenure, if I'm not mistaken.  I think she was at

8  this time.

9      Q     Do you know that she was threatened with

10 a denial of tenure if she spoke up in some way?

11     A     No, I do not know that.

12     Q     And in fact, she did feel at least

13 comfortable enough to reach out to you?

14     A     Correct.

15     Q     But she didn't mention any of these three

16 concerns at the time that you said were hallmarks of

17 the improper publication of Volume 12?

18           And let me list them:  The anonymous

19 publication, right; the failure to invite you in

20 person; and I believe you said the failure to have

21 peer review of the article; right?

22     A     Uh-huh.  Yeah.

23           I didn't use the word "hallmarks," but

24 yes, you remembered the three points, correct.

25     Q     She didn't mention any of those things?

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 236

```
 1      A      Correct.  She did not.

 2      Q      Do you know of any reason she couldn't

 3  have spoken up if she really did object to that at

 4  the time?

 5      A      Other than the fact that she's pre-tenure

 6  and pre-tenure people are in fact, as you know,

 7  vulnerable and often hesitant to speak up.

 8      Q      She wasn't hesitant to speak up when she

 9  condemned Timothy Jackson, was she?

10      A      I don't know how she condemned --

11  condemned Timothy Jackson.

12      Q      Do you know that the faculty circulated a

13  petition condemning -- condemning Timothy Jackson

14  after the publication in July 25, 2020?

15      A      I think I have a recollection of that.

16  I -- I can't specifically say.

17      Q      Her lack of tenure didn't prevent her

18  from signing onto that, did it?

19      A      And 900 people signed an anti-racist

20  letter to SMT, most of whom I would presume were

21  un-tenured also, so...

22      Q      So she had at least enough civil courage

23  to do that; right?

24      A      Civil courage?

25             Yeah, let's just say that she signed the
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 237

1   letter, yes, she did.

2       Q     So just to close this off, the things

3   that she's representing here to her dean and by

4   extension, the so-called ad hoc panel investigating

5   the journal and Timothy Jackson, you didn't discuss

6   this with her?

7       A     No.

8       Q     And you haven't discussed it since?

9       A     No.

10      Q     Okay.

11            MR. ALLEN:  Can we go off the

12            record?

13            THE VIDEOGRAPHER:  We are going off

14            the record.  The time is 3:28.

15            (Whereupon, there was a recess taken

16            from 3:28 p.m. to 3:32 p.m.)

17            (Whereupon, Plaintiff's Exhibit 10,

18            E-mail Exchange Between Philip Ewell

19            and Rachel Gain, was marked for

20            identification.)

21            THE VIDEOGRAPHER:  We are going back

22            on the record.  The time is 3:32.

23   BY MR. ALLEN:

24      Q     Professor Ewell, I'm marking for the

25   purposes of the record Exhibit Number 10.

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 238

1              This is an e-mail exchange with what

2    appears to be you and a defendant named Rachel Gain.

3    It is Bates-stamped UNT1146.

4              Do you recognize this document?

5       A    Yes.

6       Q    Do you remember sending this document?

7       A    Yes.

8       Q    Do you know who Rachel Gain is?

9       A    She was a graduate student at UNT.  I

10   believe she's at Yale University now.

11      Q    Your alma mater?

12      A    My alma mater.  That's right.  Not --

13      Q    Have you had --

14      A    -- far from here.

15      Q    Have you had any further contact with

16   her?

17      A    I gave a talk at Yale -- two things:  The

18   same talk in Florida, the virtual talk I gave --

19      Q    Uh-huh.

20      A    -- was also attended, probably virtually,

21   by Rachel Gain.  And when I e-mailed -- I think I

22   may have e-mailed from my Hunter e-mail both Levi

23   Walls and Rachel Gain and -- essentially saying hi.

24             You know, I had had this e-mail -- this

25   Facebook exchange with Levi Walls -- Walls or Wall?

TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.
Dr. Philip Adrian Ewell on 09/19/2024

Page 239

1    Q    **Walls.**

2    A    With an "S"?

3    Q    **Yeah.**

4    A    Okay.  With -- yeah.

5    Q    **To interrupt you, just for the record,**

6    **you were -- when you said, "this," you were**

7    **referring to the exhibit --**

8    A    Exhibit 7.

9    Q    **Thank you.**

10   A    Uh-huh.  And this note from -- in -- in

11   Exhibit 10 from Rachel Gain.  And I had sent an

12   e-mail essentially saying the same thing that I said

13   to Levi Walls, which is, I look forward to your

14   talks.  I'm giving a talk.  I hope to see you there.

15   Q    **Uh-huh.**

16   A    And then I gave an in-person talk at Yale

17   University fall of '22.

18   Q    **Uh-huh.**

19   A    It was whenever Rachel Gain moved.  She

20   was there at the talk.

21   Q    **Uh-huh.**

22   A    And along with maybe a hundred other

23   people and -- and I saw her.  It was the first time

24   I've ever physically met Rachel Gain.

25   Q    **Did she discuss with you any of the**

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 240

```
 1  circumstances of the publication of Volume 12 of the

 2  JSS?

 3       A    No.

 4       Q    Did she discuss with you any of her

 5  criticisms of Timothy Jackson?

 6       A    No.

 7       Q    And this e-mail seems to have been

 8  initiated by her; correct?

 9       A    Correct.

10       Q    And she e-mails you on July 27th, 2020,

11  at 7:30 in the evening, an apology from the UNT

12  graduate students; right?

13       A    Correct.

14       Q    Do you know why she was claiming to speak

15  on behalf of the UNT graduate students?

16       A    I thought at the time -- I think that she

17  had some type of student counsel leaders position

18  where she -- I don't know if it's elected or

19  something, but, you know, there was a student body,

20  graduate student alliance.  You know, graduate

21  students have organizations among them.

22            And I think that she was contacting me

23  kind of on -- maybe it's even said here that -- the

24  graduate student --

25            Yeah, so that's my -- my recollection
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 241

 1  is -- the MHTE graduate student body -- oh, and she

 2  was the vice president.  There it is.

 3          So I'm looking at the third page.

 4     Q    **Yes.**

 5     A    I don't want to do your job for you

 6  but --

 7     Q    **No, go ahead.**

 8     A    But yeah, on the third page the actual

 9  apology that they were writing was from the

10  president -- it seems there are two presidents and

11  then a vice president, Rachel Gain, of the MHTE

12  graduate student body.

13          I do not know what MHTE stands for.

14     Q    **Just for the record, do you see where it**

15  **says "Division of Music History, Theory, and**

16  **Ethnomusicology" in the top of that letter?**

17     A    In the -- I see actually in the top of

18  the email on the very first page that that's listed,

19  so that must be MHTE.

20     Q    **Correct.**

21     A    Uh-huh.

22     Q    **All right.  So in this letter of apology**

23  **that I suppose these MHTE graduate students sent to**

24  **you, do they discuss anything about the three**

25  **objections that you had to the Journal of**

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 242

1    Schenkerian Studies in Volume 12?

2              Again, the anonymous publication, the

3    failure to peer review, and the failure to reach out

4    to you individually?

5      A    Well, I -- I don't recall, but the actual

6    apology is on the third page of your exhibit.

7              And I don't know if they -- may I read

8    this and --

9      Q    Please.

10     A    -- and then we can actually just put --

11   put some teeth onto that question.

12             Okay.  It seems they did not mention any

13   of those three specific things.

14     Q    They are just engaging with what we might

15   call viewpoints; correct?

16     A    Yeah, I would say opinions but yeah,

17   sure, viewpoints.

18     Q    Fine.  And in fact, they say in her cover

19   e-mail to you:  "I would also like to offer my

20   personal apologies for everything that has happened.

21   There are no excuses for the views published,

22   platform [sic], and encouraged by our department's

23   publication and faculty members.  I am sincerely

24   sorry."

25             Right?

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 243

```
 1      A     Correct.

 2      Q     And she also -- jumping back to the

 3  letter -- says something about structural racism.

 4            Do you see that?

 5      A     Can you give me a line number?  First

 6  paragraph, second paragraph?

 7      Q     First paragraph, seven lines down?

 8      A     Uh-huh.  Okay.  Hold on.

 9            Yes, okay.  Got it.

10      Q     Did you ever lecture Rachel Gain on the

11  meaning or not of racism?

12      A     No, I don't lecture anyone on the meaning

13  of racism.  Never have, never will.

14      Q     So you didn't bring up the lack of

15  meaning of that term that you've kind of testified

16  to today with her?

17      A     No.

18      Q     Okay.

19            MR. ALLEN:  Okay.  Ben, I have no

20            further questions for this witness.

21            MR. WALTON:  All right.  Can we go

22            off the record and take a brief break?

23            MR. ALLEN:  Yes.  And I've been

24            instructed to change chairs.

25            THE VIDEOGRAPHER:  We are going off
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 244

```
 1            the record.  The time is 3:39.
 2                  (Whereupon, there was a recess taken
 3                  from 3:39 p.m. to 3:47 p.m.)
 4                   THE VIDEOGRAPHER:  We are going back
 5                  on the record.  The time is 3:47.
 6                   MR. WALTON:  Dr. Ewell, we are back
 7                  after a brief break and it's now my turn
 8                  to ask a few questions.
 9                   I'll try -- try to keep these as --
10                  as targeted as possible.
11
12                  CROSS-EXAMINATION
13
14  BY MR. WALTON:
15      Q    Just, first off, it's nice to meet you
16  remotely.  Sorry I couldn't be there in person.
17           But to clarify for the record, you and I
18  have never spoken before right now; correct?
19      A    That is correct.
20      Q    Okay.  Could you -- I -- I know there's
21  been a lot of talk back and forth throughout the
22  day.
23           I was wondering if you could give me
24  something as a handle to just as -- as clearly and
25  succinctly as you could, summarize what you see as
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 245

1   the relationship, if any, between Heinrich

2   Schenker's ideas and music theory as it has

3   developed in the United States?

4        A     Yeah.  So the second part of what you

5   just -- what you just ended with is extremely

6   important, "music theory as it's been developed in

7   the United States."

8              Because Mr. Allen had asked about

9   Heinrich Schenker and then almost immediately

10  followed it up with the white racial frame.

11             And I essentially pushed back on that in

12  the sense that the direct connection between

13  Heinrich Schenker and music theory's white racial

14  frame, well, there is none.  That's 1935 and now

15  it's 2024.  So one must make connections; right?

16             And the reason -- I often will say not

17  just Heinrich Schenker, but the legacy of Heinrich

18  Schenker.  That's really the main point of -- of my

19  crit- -- my criticism of Heinrich Schenker.

20             It's really not so much about the person,

21  it's very much about the legacy that he left via

22  these emigres to -- first to the east coast and

23  Chicago -- there was one person there.  That might

24  have been Oswald Jonas.  And -- and then what

25  happened in the ensuing 90 years after Heinrich

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 246

```
 1   Schenker died.

 2              So if -- if one studies race scholarship

 3   as virtually no music theorists do, it need be said,

 4   right, it's not a common thing, then it actually

 5   becomes pretty clear to see how and why a figure

 6   like Heinrich Schenker could become so extremely

 7   popular, especially in the 1930s and '40s where

 8   racial segregation and the Jim Crow racism were just

 9   on fire in our country.

10              So when the -- the -- the writings, the

11   pseudoscientific writings of Schenker, the

12   anti-black racist writings, the anti-Asian racist

13   writings, the anti-Islam writings -- he -- he mocked

14   the Arabic language in one very interesting,

15   poignant footnote, for example -- then we can begin

16   to see how in the 1930s in the United States and the

17   1940s, well, that just fit perfectly -- it fit

18   perfectly with the American mind; right?  It wasn't

19   just music theory, it -- it was America.

20              We were living in the 1930s and '40s

21   through a virulently racist -- and now I will just

22   say that word, a word I generally don't say -- a

23   virulently racist period of our country, thousands

24   upon thousands of African Americans slaughtered in

25   lynchings and mass race occurs -- sorry, mass --
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 247

1  mass massacres, race massacres; right.

2           So when I start -- you're asking about

3  the connections of Heinrich Schenker and how I'm

4  putting these things together now.

5           Well, one must really tell the story in

6  great detail going through the years and one cannot

7  distill and say, How does Heinrich Schenker, the

8  person, connect to today's music theory's white

9  racial frame?

10          The short answer to that question is,

11  well, in almost no way, actually, if you are going

12  to ask me that specifically.

13          But that's not how I answered a question

14  that was very similar put to me by Mr. Allen because

15  I have to relate this history of how these things

16  actually happened.

17          It's very common among race scholars to

18  do that and I think I did it pretty effectively in

19  music theory.

20          I don't know if I answered that

21  question -- did I answer that question, Mr. Walton?

22     Q    I -- I think so.  And, you know, my

23  question was not coming from a request to clarify a

24  specific thing from earlier today.

25          It was just more of a broad question for

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 248

1  those of us who aren't either sociologists, race

2  scholars, or music theory scholars, how would you

3  describe your -- your thesis, as it were, in a

4  nutshell?

5       A     Uh-huh.  Yeah, well, the thesis is that

6  the -- the historic white supremacy -- and

7  patriarchy, by the way, it's something I always

8  hasten to add -- of the United States of America

9  have manifested themselves in the field of music

10  theory.  Obviously they've manifested themselves

11  from top to bottom in any academic field, in any

12  walk of life.

13            And that's something that most people

14  would concede, they would acknowledge that -- that

15  historically the country does have a white

16  supremacist and patriarchal past; right?  That's not

17  an open question.

18            The question for me as an American

19  citizen and as a Ph.D. holder in music theory is --

20  who hap -- who happens to be a black person, is how

21  those things have come together to create a

22  situation in which, as I put in that article that we

23  talked about earlier, out of about 1200 people,

24  there were two associate professors who were black.

25  I was one of them.  Now I'm a full professor.

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 249

1              That's an unacceptable percentage.  It's

2    an unacceptable percentage to have two black

3    associate professors, out of -- associate out of

4    1200 -- 200 people, maybe, let's say, that would be

5    one percent; right?

6              Black Americans are roughly 14 percent of

7    the country.  I'd like to see 14 percent associate

8    professors in my field.  That would be a fair

9    system.

10             But apparently there are people who don't

11   want that.

12             We all know that what we are living

13   through in the United States of America, we will get

14   through it and we will get through it together.

15   Together.  We will fight through these racial

16   problems, our racial past.

17             If I can go down one small rabbit hole, I

18   spent some time in Norway this summer and I gave a

19   talk -- a couple of talks:  One at the University of

20   Oslo, the other at the Music Academy in Oslo.

21             And you all probably know, I'm sure

22   you've all been to Europe, you probably know that

23   Europeans are really good at pointing the fingers at

24   Americans when it comes to racism; right.

25             And I tell my colleagues in Norway and I

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
Dr. Philip Adrian Ewell on 09/19/2024

Page 250

```
 1  tell anyone else who will listen, you know what, I'm
 2  a black American.  We're fine.  Leave me and leave
 3  us out of this.
 4            Look at yourselves in the mirror, my
 5  Norwegian colleagues.  You look at yourselves in the
 6  mirror and you ask yourselves about your own views
 7  about black people, for example, or about your
 8  Somali immigrants, about your own anti-blackness;
 9  right.
10            So I'm going to climb back out of my
11  rabbit hole and simply say that these -- these
12  anti-black elements, these anti-woman elements,
13  these anti-Jewish elements, these anti-Islam
14  elements, anti-Asian elements are in fact part of
15  contemporary music theory.
16            In part, why?  Because they are part of
17  our American society.  It's not all about our
18  country.  Our country has many beautiful, great
19  things about it and I do, in fact, highlight those
20  things.
21            I don't get credit for that and I'm fine
22  with that.  People don't want to talk about Phil
23  Ewell actually praising the United States, which I
24  do.  I'm okay with that.
25            And if people want to criticize me
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 251

1  because -- and they call me a racist and a sexist

2  and an anti-Semite because of something I -- fine.

3  You know, I'm -- I'm a big boy.  I can handle the

4  pressure.

5           But I do -- I do think it's extremely

6  important to make the connections to show how some

7  of the structural anti-black, structural white

8  supremacist elements, and structural patriarchal

9  elements in music theory have manifested themselves

10 in the United States.

11          And let me just end by that very same

12 statistic.  You are asking, how?

13          I'm like, well, I've explained how in

14 lots of writings.  One result would be two black

15 associate professors.  The numbers don't lie.  The

16 numbers do not lie.

17          There are 94 percent white people who

18 have power in music theory.  Tenure.  That's the

19 result of the racial segregationism, the

20 anti-blackness, etc., of -- of Heinrich Schenker's

21 American legacy, among other problems that we have

22 in music theory.  Heinrich Schenker was obviously

23 not alone.

24     Q    Do you -- just to clarify, do you believe

25 that white males today should not have a say in

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 252

1   music theory's development?

2       A     Not at all.  That's -- that -- that --

3   I -- I was about to say, that's a silly question.  I

4   don't mean to say that.  I'm sorry, Mr. Walton.  I

5   don't want to say that.

6           But no, of course not.  I believe that

7   white men should have absolutely a seat at the table

8   right here, whether we are in a -- in a table in --

9   in New Haven.

10          But for my purposes, a table of

11  discussions of music theory moving forward.  I'm

12  honored and humbled that hundreds -- hundreds of

13  white men have reached out to me from high school

14  students who are literally 14 years old who are

15  Zooming with me for an interview or -- or just

16  asking for some -- some questions, you know, to my

17  colleague John Snyder, who finished my book a few

18  weeks ago and just wrote me -- he's at the

19  University of Houston as a professor of musicology.

20          And he's certainly in his seventies, a

21  white man.  He just said, Thank you for your

22  thought-provoking book.  It was very, well,

23  thoughtful.

24          To which I said, Thank you for reading

25  it, John.  I look forward to seeing you at the next

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 253

1  conference; right.

2          I welcome white men with open arms and

3  I'm really honored and humbled that so many have

4  taken me up on these calls.

5      Q    I'm -- I'm going to jump around just a

6  little bit and these questions will appear

7  disjointed just because I'm trying to save time.

8          Do you -- you were asked at some point

9  during the day about the idea of censorship.

10         Do you have any personal reason to

11  believe that UNT censored any material that was

12  presented for publication in any of its academic

13  journals?

14     A    I have no reason to believe that

15  happened, no.

16     Q    Okay.  Moving to Levi Walls, do you have

17  any personal knowledge as to why he appeared to

18  change his opinions regarding your presentation?

19     A    Personal knowledge, no.

20     Q    And did you ever talk with Dr. Benjamin

21  Graf about any pressures he may or may not have been

22  feeling in his position?

23     A    No.

24     Q    And did you ever talk with Dr. Graf about

25  why he said or wrote any of the specific things that

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 254

1   you've -- you've looked at earlier today?

2        A     No.

3                    MR. WALTON:  All right.  Well, I

4             hope that was less than 15 minutes.

5                    I'll pass the witness.

6                    Thank you for your time, Dr. Ewell.

7                    THE WITNESS:  My pleasure.  Thank

8             you.

9

10                    REDIRECT EXAMINATION

11

12   BY MR. ALLEN:

13        Q     Let me just ask two brief questions.

14              Do you consider Timothy Jackson to be a

15   white man?

16        A     I've never met Timothy Jackson and I've

17   only seen a profile picture in The New York Times

18   because Michael Powell published something.  And he

19   certainly looked like he presented as white.

20        Q     Did you embrace Timothy Jackson's

21   viewpoints because he expressed criticism of you?

22        A     I don't understand that question.

23        Q     Let me strike it.

24              You just testified in response to

25   Attorney Walton's questions that you embraced white

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 255

 1   men who had contacted you, something to that effect.

 2            Did I misrepresent that testimony?

 3      A      Slightly.  I've -- I've welcomed white

 4   men who contact me to have discussions, adult

 5   conversations, about race and music theory,

 6   patriarchy, etc.

 7      Q      Have you welcomed Timothy Jackson's

 8   criticism of your work?

 9      A      No.

10      Q      In fact, you've said it's dehumanizing;

11   right?

12      A      I'm thinking about the chapter that I

13   responded to Timothy Jackson.  I do not believe I

14   used the word "dehumanizing" in that chapter.  And

15   that's the most rigorous unpacking of his particular

16   response, so no.

17      Q      You did say it was dehumanizing to the

18   journalist of the Denton Record Chronicle, however;

19   correct?

20      A      Yeah.

21      Q      So isn't it true that you only welcome

22   white people who agree with you?

23      A      That's not true, no.

24            MR. ALLEN:  I'll pass the witness.

25            MR. WALTON:  We'll reserve.

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 256

```
 1
 2                      CROSS-EXAMINATION
 3
 4  BY MR. PAINTER:
 5      Q     I think we are going to clarify one issue
 6  on -- and I guess I would ask the question as your
 7  counsel -- about the peer review.
 8            There was some confusion with your
 9  plenary talk.
10      A     Uh-huh.
11      Q     And the plenary talk you were invited to
12  give and I believe there was testimony about how
13  that process worked.
14            But then you gave the plenary talk and
15  then they republished your plenary talk.
16            Did they republish that word for word?
17      A     Yes, more or less.
18            There might have -- you know, when you
19  give a plenary, maybe there's something on a slide
20  that doesn't make it into the text, maybe there's a
21  comma that you want to add.
22            So I can't say verbatim exactly what I --
23  what I spoke.  But, you know, 98, 99 percent
24  verbatim and more or less no change in the content
25  of the talk itself.
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 257

1     Q     Did they do that from a tape recording
2  or -- or from the -- a piece of paper that you --
3  because you read the talk that you give them a copy
4  of the paper?

5     A     A piece of paper.  And, in fact, Marianne
6  Wheeldon, the editor at the journal at the time, had
7  asked us to reproduce the -- the PDF word text of
8  those talks.

9           So it -- it wasn't up to them.  We
10 basically went -- I had put in a comma if I needed
11 one and I essentially handed over the PDF of what I
12 had read in front of the -- in front of the plenary.

13          And I should also say that sometimes
14 people extemporize a little bit in addition to
15 speaking from script.

16          My particular talk, since I knew it would
17 be, well, let's say, controversial -- speaking about
18 whiteness as a black person is almost always
19 controversial in a white supremacist system; right?

20          I literally had scripted every word that
21 I read that day.  So the plenary talk was in fact
22 the PDF that I had sent for publication.

23    Q     And you sent it after you gave the talk?

24    A     Correct.  Yeah.

25    Q     And is this common with plenary talks

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 258

1   that when -- if they are published, they are

2   published word for word what was said, with that

3   exception that some people give some extemporaneous

4   comments, but that it's a set talk and then it's

5   published.

6            And have you ever heard of any type of

7   peer review process ever be used really for

8   republication of plenary talks?

9        A    No.  Plenary talks are not peer reviewed

10  generally in -- in -- in music academia.

11            MR. PAINTER:  Okay.  No further

12            questions.

13            MR. ALLEN:  I have no further

14            questions.

15            MR. WALTON:  Nothing further here

16            either.

17            THE VIDEOGRAPHER:  Okay.  This is

18            the end on the video deposition of Philip

19            Ewell.  The time is 4:04.

20            MR. WALTON:  Dr. Ewell, thank you

21            for your time.

22            THE WITNESS:  Thank you.

23            (Whereupon, there was a discussion

24            off the record.)

25            MR. WALTON:  Cliff, we will take an

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 259

1    electronic only copy of the transcript.

2    No need to order a paper copy but I would

3    like a PDF.

4        COURT REPORTER:  Okay.  Thank you.

5        (Thereupon, the deposition was

6        concluded at 4:04 p.m. EDT.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 260

```
 1              C E R T I F I C A T E

 2        I hereby certify that I am a Notary Public,

 3   in and for the State of Connecticut, duly

 4   commissioned and qualified to administer oaths.

 5        I further certify that the deponent named in

 6   the foregoing deposition was by me duly sworn, and

 7   thereupon testified as appears in the foregoing

 8   deposition; that said deposition was taken by me

 9   stenographically in the presence of counsel and

10   reduced to typewriting under my direction, and the

11   foregoing is a true and accurate transcript of the

12   testimony.

13        I further certify that I am neither of

14   counsel nor attorney to any of the parties to said

15   suit, nor am I an employee of any party to said

16   suit, nor of any counsel in said suit, nor am I

17   interested in the outcome of said cause.

18        Witness my hand and seal as Notary Public

19   this 3rd day of October, 2024.

20

21   _____

22              Clifford Edwards

23   Connecticut Notary Public No. SNPC.0129714

24   My commission expires:  9/30/2026

25
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

Page 261

```
 1                        J U R A T

 2

 3      I have read the foregoing 260 pages and hereby

 4   acknowledge the same to be a true and correct record

 5   of the testimony.

 6

 7

 8

 9                  _____

10                     PHILIP ADRIAN EWELL

11

12   Subscribed and sworn to

13   _____.

14   Before me this _____ day of _____,

15   2024.

16

17

18

19

20   _____

21   Notary Public

22   My Commission Expires:

23

24

25
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

**Page 262**

```
 1                   DEPOSITION ERRATA SHEET

 2

 3   Page No._____Line No._____ Change to:_____

 4   _____

 5   Reason for change:_____

 6   Page No._____Line No._____Change to:_____

 7   _____

 8   Reason for change:_____

 9   Page No._____Line No._____ Change to:_____

10   _____

11   Reason for change:_____

12   Page No._____Line No._____Change to:_____

13   _____

14   Reason for change:_____

15   Page No._____Line No._____ Change to:_____

16   _____

17   Reason for change:_____

18   Page No._____Line No._____Change to:_____

19   _____

20   Reason for change:_____

21

22

23   SIGNATURE:_____DATE:_____

24   NAME:  PHILIP ADRIAN EWELL

25
```

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**

**Page 263**

```
 1              DEPOSITION ERRATA SHEET

 2   Page No._____Line No._____ Change to:_____

 3   _____

 4   Reason for change:_____

 5   Page No._____Line No._____Change to:_____

 6   _____

 7   Reason for change:_____

 8   Page No._____Line No._____ Change to:_____

 9   _____

10   Reason for change:_____

11   Page No._____Line No._____Change to:_____

12   _____

13   Reason for change:_____

14   Page No._____Line No._____ Change to:_____

15   _____

16   Reason for change:_____

17   Page No._____Line No._____Change to:_____

18   _____

19   Reason for change:_____

20

21

22

23   SIGNATURE:_____DATE:_____

24   NAME:  PHILIP ADRIAN EWELL

25
```

TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.
Dr. Philip Adrian Ewell on 09/19/2024          Index: -002645..14th

**Exhibits**

EwellP 1
  3:11 6:21,
  24 7:1
  12:10

EwellP 2
  3:13
  117:6,18,
  22

EwellP 3
  3:14
  130:8,18

EwellP 4
  3:18
  158:24
  159:4

EwellP 5
  3:20
  164:10,17

EwellP 6   4:6
  178:24
  179:9,10
  180:6
  199:16,17
  207:23

EwellP 7
  4:10
  191:20,24
  239:8

EwellP 8
  4:12
  205:18,20
  207:3

EwellP 9
  4:13
  226:21,23

EwellP 10
  4:15
  237:17,25
  239:11

— - —

-002645
  180:17

-02757   219:4

-235   207:2

-2657   202:1

-2663   185:11

-2697
  223:23,24

-2705   208:8

-berg   116:3

-berger
  116:3

-stood   54:10

— 0 —

00   72:24

011UNT2645
  180:9

012   164:13

023   130:20

0234   206:9

03UNT0441

192:12

05   134:17

06   226:22

07   159:8

08   206:9

09   117:25

— 1 —

1   6:21,24
  7:1 12:10
  136:24

10   237:17,
  25 239:11

100   56:19
  210:9

10:09   5:7

10:29   26:7,9

10:31   26:9,
  11

10:54   219:2,
  17

11   131:6

11209   6:11

11:18   75:9,
  16,18

11:31   75:18,
  20

12   104:20
  105:12
  107:22
  137:1,10,

17 139:2
  140:2
  158:13
  162:8,22
  182:23
  183:11,22
  195:19
  221:14
  224:10
  235:17
  240:1
  242:1

12-   44:13
  45:13

120   65:18

1200   28:20,
  24 248:23
  249:4

12:10
  114:23,25

12:12   114:25
  115:2

12:27   130:5,
  7

13   144:1
  217:12

13th   219:1,
  16

14   249:6,7
  252:14

14,000   44:13
  45:13

14th   62:20
  224:6

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
Dr. Philip Adrian Ewell on 09/19/2024                    Index: 15..2020

**15**  25:2
92:3
139:13
254:4

**15th**  208:12

**1650**  92:16

**1787**  58:18

**1790**  61:1
63:24 65:1
168:14,16
169:10,14,
22 170:22
171:1

**17th**  92:16

**1830**  234:6

**1842**  65:16

**1860**  68:23

**1868**  87:13

**1883**  66:17

**18th**  67:8
97:10
108:12
113:19
211:25

**19**  5:6

**1900**  92:17

**1922**  66:7

**1930s**  246:7,
16,20

**1935**  87:13
88:10
106:23

245:14

**1940s**  246:17

**1949**  73:2,
24,25

**1960s**
170:21,23

**198**  234:6

**1989**  15:18

**1992**  17:14

**1994**  17:8,
12

**19th**  73:23
87:10 97:8
216:15
217:5

**1:28**  130:7,
15

**1C**  6:10

**1st**  200:24

─────────
         **2**
─────────

**2**  117:6,18,
22 164:21
165:5

**20**  136:14,
15,20
155:23
169:20
172:6
225:13
233:2

**20-**  172:4

**200**  92:15
249:4

**2000s**  136:9

**2001**  17:9

**2002**  19:24

**2004**  134:17

**2007**  19:24

**2009**  20:8

**2014**  80:21

**2016**  20:15,
22 80:21
124:10

**2017**  28:9
43:23

**2018**  28:9
43:23
44:22
116:21,23
119:11,25
122:8
124:1

**2018ish**
116:1

**2019**  24:4,
22 25:10
26:17
31:11
38:25 39:9
79:10
137:24
138:1,5,13
142:22
145:22
146:4

177:7
181:24
182:24
200:24
201:17,24,
25 203:22
208:12
209:9
211:25
213:11,18
216:15
217:5
229:2
230:15
232:25

**2020**  31:6
32:2 33:7
111:16,17
117:3,19
118:1
124:2
136:9
139:3
146:15
147:22
148:1
150:6
157:23
164:6,22
165:5
172:6
175:12
176:15
178:5,8
188:22
190:10
192:1,9
194:22

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
Dr. Philip Adrian Ewell on 09/19/2024          Index: 2021..900

204:20
206:17
209:8,10
224:6
230:22
232:17
233:1
236:14
240:10

**2021** 21:1
66:18
111:15
194:22

**2022**
139:17,19

**2023** 139:12

**2024** 5:6
86:9
169:14
245:15

**20th** 74:4
87:11

**21** 139:17

**219** 38:25

**22** 29:14,17
30:20
31:17
183:17
239:17

**24** 22:18
125:11

**24-page**
125:15

**240** 59:7

**25** 192:1
236:14

**250-year**
92:15

**25th** 147:22
192:9
229:2

**26** 117:19
118:1

**2657** 200:19

**27** 204:20

**27th** 206:17
209:8
240:10

**2:41** 200:4,
6

**2:48** 200:6,
8

**2nd** 203:22

___

**3**

**3** 130:8,18

**30** 96:21
126:22,23
129:22

**31st** 138:5
181:24

**324** 6:10

**330** 96:21

**3:16** 217:6

**3:28**
237:14,16

**3:32**
237:16,22

**3:39** 244:1,
3

**3:47** 244:3,
5

___

**4**

**4** 158:24
159:4

**4,000** 44:19
46:12,13

**4.4** 131:5

**40** 126:23

**400** 125:7

**40s** 246:7,
20

**4:04** 258:19
259:6

**4:21-cv-00033**
5:5

___

**5**

**5** 164:10,17

**500** 56:10
125:2

**55** 58:20,24
62:12 65:8

**57** 99:25
100:3
101:16,22
102:9

___

**6**

**6** 178:24
179:9,10
180:6
199:17
207:23

**6,000** 99:17
101:17

**61** 119:20

___

**7**

**7** 191:20,24
239:8

**77th** 6:10

**7:30** 240:11

___

**8**

**8** 205:18,20
207:3

**80** 66:8

**85** 78:4
107:1

___

**9**

**9** 226:21,23

**90** 107:1,5,
18 245:25

**900** 158:9
210:8
236:19

**91**  17:16
  18:1,6,20
  19:5

**92**  18:5,14

**94**  251:17

**98**  256:23

**99**  256:23

**9:14**  203:23

---

**A**

---

**A&m**  78:3

**a.m.**  5:7
  26:9 75:18
  203:23
  219:2,17

**abbreviation**
  181:9

**abide**  9:12

**ability**
  10:19

**ableist**
  36:21

**absolute**
  91:3

**absolutely**
  9:24 60:16
  68:10
  113:2
  129:19
  170:24
  199:21
  210:9
  252:7

**abstract**
  168:8

**ac-**  140:5

**academia**
  144:9
  187:9
  258:10

**academic**
  23:3 35:6
  36:15
  49:15
  52:10,16,
  19 93:6
  110:12
  117:3
  126:19
  127:8,24
  128:6,21
  129:7,9,
  17,22
  140:5
  145:7
  151:8,15,
  18 152:13
  153:16
  155:22
  160:4,25
  161:4,8,19
  162:13
  177:21
  209:18,20
  248:11
  253:12

**academician**
  16:5

**Academy**

  249:20

**accept**  49:5
  50:8,16,24
  65:23 66:8
  80:16

**acceptable**
  129:6,9,13

**accepted**
  15:20 53:1
  65:18 66:3

**access**  71:4
  128:9
  160:20

**account**
  11:25 30:1
  140:15
  189:25

**accurate**
  8:17 10:7
  101:18
  112:21
  118:3
  172:20
  201:19,20,
  22

**accurately**
  112:20
  168:19
  197:22
  229:17

**accused**
  76:22

**accusing**
  135:2,8,21

**achieve**
  20:11

**acknowledge**
  62:18
  96:18 98:5
  248:14

**acknowledgment**
  54:20

**acoustics**
  94:14

**act**  168:14,
  16 169:10,
  22

**actions**
  76:17

**active**  90:6,
  8,19

**actual**  34:4
  93:15
  141:1
  157:12
  174:15
  210:3
  222:24
  241:8
  242:5

**ad**  147:6,
  16,20
  148:3,8
  153:1,6,10
  179:12,24
  181:14
  188:6,10
  191:3
  204:16

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**          Index: Adam..Allen

211:20
218:7
226:24
227:12,19
231:23
237:4

Adam   48:1

add   52:6
73:22
100:9
248:8
256:21

added   150:14

adding   89:22

addition
224:24
257:14

additional
224:22
226:15

address
33:25 36:8
39:1,2,9
43:9 52:15
144:6,12
146:8
165:12

addressed
146:17
148:4

addresses
146:9

addressing
203:14

208:16

admission
76:1,6

admitted
72:12
74:8,9

ADRIAN   6:9

adult   255:4

advance   68:6
113:25

advancing
62:14 88:4
198:5

advantage
56:12

advice   10:8
12:18 13:5
15:5 174:8

advisors
188:11,17
194:10
195:23
231:25

advisory
193:19
224:1

affect   10:25
66:12
170:22

affected
80:13

affiliate
21:19

affiliations
21:10

afraid
234:19

African
246:24

afterward
146:11

aggressive
30:22

agree   38:23
39:25 65:3
78:23
79:23 97:4
104:3
108:19
110:15,22
160:24
203:25
211:10
217:8
255:22

agreed   33:17
44:12
71:24
82:24
154:8
207:11
209:3,5

agreeing
204:5

agreement
133:4
213:12,15

agrees   113:1

213:10

ahead   88:6
93:20
94:13
157:1
166:4,8
211:12
241:7

air   19:1
68:24 70:9

aired   145:22

album   44:2
45:4

Alegant
51:4,8

Alejandro
5:8

align   86:13

alive   65:20
73:25

allege
141:23

allegedly
150:11,15

Allen   5:15,
16 6:14
7:5,13
12:8,13
25:25
26:2,12
39:19,21
40:5,10,
14,17,20
41:5 43:4,

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
Dr. Philip Adrian Ewell on 09/19/2024    Index: alliance..anonymous

6 46:6
53:9,12
62:3,7,9
63:12
64:15
65:20
69:16 70:4
75:3,7,14,
21 94:1
111:10,13,
17,23
112:2,5,8,
11,15,18
113:2,5,8
114:20
115:3
117:9,16,
21 118:2
130:3,16
151:16,24
152:2,9,11
155:12,16,
22 156:1,
4,10,13
159:3,15,
19,22
164:8,23
166:18,23
167:1,6,
12,15,20
170:14
175:6
178:1,22
179:5,16
180:3,4,7,
11,12
185:9
191:19,23

192:4,10,
17 194:1
199:19,21,
23 200:1,9
205:17,23
206:6,7,12
211:1,3,7
222:7,15
226:6,12,
19 227:2,3
237:11,23
243:19,23
245:8
247:14
254:12
255:24
258:13

**alliance**
240:20

**allowed**
144:15
170:5

**allowing**
153:16

**alma**
238:11,12

**aloud**  131:9

**alphabet**
89:18

**alteration**
181:5

**Am-**  171:2

**Amadeus**
92:13

**ambitious**
234:25

**ambivalent**
208:19

**amendment**
61:13,15,
23 62:11,
20 63:4,5,
6,16
150:24
151:13,20
152:4

**amendments**
62:25

**America**
69:2,4,9,
11 90:11
96:8
106:24
107:21
171:3
246:19
248:8
249:13

**American**
23:6,12
54:21
55:12
68:11
76:11,13
78:4 80:1,
3 85:8
86:8 88:12
97:19 98:4
168:23
246:18

248:18
250:2,17
251:21

**Americans**
55:5,11,21
64:20
70:24
71:1,4,18,
21,22
72:1,8,20
246:24
249:6,24

**analysis**
208:20
213:4

**analysis.'**
207:9

**analytical**
168:10

**angle**
168:11,22

**announced**
138:3,12
201:8

**announcement**
183:18
185:1,6

**announcements**
182:16

**annual**  39:10

**anonymous**
46:20
124:22
141:20,25

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
Dr. Philip Adrian Ewell on 09/19/2024    Index: anonymously..argue

146:25
148:11,16,
24 149:9
177:3
235:18
242:2

**anonymously**
141:21

**answering**
8:5 11:11
26:16
73:17
75:24

**answers**
205:25

**anti-asian**
246:12
250:14

**anti-black**
60:23 80:6
83:6,22
84:1,3,18,
19 102:14,
18 103:10,
21 246:12
250:12
251:7

**anti-blackness**
80:7,9,18
81:1,7,11
82:6
83:12,15
84:4,7
86:20
102:16
103:7,15,

23 106:14
107:6,12
114:10
250:8
251:20

**anti-islam**
246:13
250:13

**anti-jewish**
250:13

**anti-music**
85:12

**anti-racism**
85:15
86:14,19
158:6,16

**anti-racist**
85:9,13,19
86:8,11,17
236:19

**anti-schenkerian**
220:13

**anti-semite**
251:2

**anti-woman**
250:12

**anti-womanness**
107:7,12

**anticipated**
137:8

**antisemitic**
212:22

**anymore**

68:20

**Apartment**
6:10

**apologia**
209:24

**apologies**
242:20

**apologize**
26:13
91:22
94:10
113:24
180:8
198:13
223:11
229:10

**apology**
204:21
240:11
241:9,22
242:6

**apparently**
209:13
249:10

**appeared**
8:17 139:2
148:1
222:3
253:17

**appears**
35:13
125:4
202:10
203:11
216:17

238:2

**applied**
78:17

**applies**
102:19

**applying**
16:1

**approached**
122:4,5

**approval**
133:2,7,8

**approve**
109:18
149:16,19,
25

**approved**
177:11

**Approvingly**
109:11

**approximately**
28:18
29:11
46:10
99:12,17

**April**   139:12

**Arabic**
95:15,16
246:14

**Arcangelo**
92:17

**Archive**
99:15

**argue**   70:21

88:1
102:13,15
114:9,11
149:3

argued 85:7
103:10
104:6,8
108:1
110:7
146:21

argues 86:16

arguing
83:19
110:14,15
114:4

argument
61:24
62:12
68:15
70:19 72:6

arguments
86:19

arms 253:2

array 55:4,
10,20 57:5
64:19

arriving
96:23

article
27:19,21
28:2 32:23
33:1,15
34:2,11
36:5 37:2,
10 42:17

43:2,5
46:1 47:3
50:13,17
51:23
52:25
53:25
54:4,6
55:7 68:6
77:20
79:9,17
80:14
81:20 85:7
88:1,2
108:2,23
109:5
111:8,14
113:24
114:11
119:15,20
120:24
124:12
125:4,10
126:15,17,
24 127:14
128:12,21
130:9,21,
24 131:5
133:17
134:15,19
136:23,24
157:12
164:14,18
165:2,10,
13,21,25
171:6
172:16
177:23
178:2

235:21
248:22

articles
44:1 78:16
119:8,12
120:4,23
121:22
122:2,10
123:12
124:2,16
126:4,10,
18 127:8,
24 128:3
134:18,24,
25 139:1
176:25
223:1

artists
71:23

Arts 16:11

as- 112:13

asks 39:6
222:6

aspect 68:10
161:13
176:18

aspects
149:14
234:1

assets 55:5,
11,21
64:20

assign
180:21

assistant
19:24
20:19

associate
20:19,24
77:12
123:23
142:11
248:24
249:3,7
251:15

Association
23:9

assume 11:16
87:1,5
111:22
121:16
150:18
181:19

assuming
149:24
152:14

atrocious
65:3

attachment
228:4

attack
210:20
211:12
222:4
223:15

attacked
209:17,20,
25 222:17

attend

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
Dr. Philip Adrian Ewell on 09/19/2024    Index: attended..Bakulina

215:16

**attended**
215:20
238:20

**attention**
102:23
167:21
179:17
181:11,21
201:2
211:15
216:1
218:3

**attorney**
5:16,19,
22,25 6:3,
6 9:8
13:11
14:16
254:25

**attorneys**
13:21
180:21
181:5

**attributed**
213:22

**audibly** 9:18

**August**
164:21
165:5
172:3

**Austria**
87:15,19

**Austrian**
87:9

**author** 36:4
37:1,10
112:17,20,
22 114:3
128:22
129:21
146:25
148:13,17

**author's**
109:8
110:11
148:24

**authorities**
162:24

**authors** 44:9
116:11
139:9
163:25
224:1

**authorship**
149:9

**avatar**
192:21

**aware** 109:2
137:9,12,
16 138:2,
13 149:20
153:5
157:19,24
164:5
177:5
178:15
188:24
231:10

**awful** 63:6

———————
**B**
———————

**Bach** 92:12
95:19
97:22
104:16

**back** 17:24
18:7,13
19:8 20:6
26:10
28:8,21
35:20
47:12,13
49:4 53:1,
13,15
56:2,22
59:16 67:8
69:17
73:23
75:19
77:18
81:11 89:8
93:7 97:5
107:17
113:7
115:1
122:13,19
130:14
136:8
140:7
158:1
174:15
176:15
199:16
200:7
201:17
205:13

207:22
211:3,6
214:10
221:15
237:21
243:2
244:4,6,21
245:11
250:10

**back-and-forth**
48:22

**backbone**
231:21

**background**
15:13
54:25 87:2

**bad** 103:4

**badge** 115:21

**Bak-** 200:22

**Bakulina**
77:5,15
116:8,11
121:12,13,
14,21
125:22
142:8
143:4,8
144:19
154:10
176:3,5
200:22
202:5
203:7
226:17,18
227:23

229:13
230:6
232:3,11

**ballpark**
32:1

**Barry**
225:14,19,
23

**baseball**
105:21

**based**   30:9
32:23
43:7,10
64:24  86:6
107:19
141:2,3

**basic**   15:13
105:23
133:5
160:14

**basically**
18:25  52:9
125:7
136:11
175:10
180:1
181:1
218:12
257:10

**basing**
147:12

**Bates**   180:19
192:13
208:8

**Bates-stamped**

238:3

**bathroom**
75:13
199:20

**batting**
123:11

**battle**   51:10
80:21  81:4

**Beach**   174:1,
4,5,6,14

**Beaudoin**
177:13
220:6,7,8,
24  221:1

**beautiful**
62:19
250:18

**Beethoven**
92:12
95:20
104:16
105:11

**began**   20:9
43:22,25
51:1
221:21

**begin**   88:14
228:17
246:15

**beginning**
5:2  24:23
57:1  89:22
193:10,16
208:11

**begins**
171:12
207:5
208:16
212:19

**behalf**
240:15

**behind-the-
scenes**   51:10
123:5

**belaboring**
48:6

**belief**   84:12
133:11

**beliefs**
107:3,4
131:19
132:11,18,
19  210:12,
15

**believed**
163:12,15

**belong**   23:3

**Ben**   5:21
180:4,11
188:1,3,
13,14,20,
21  189:7
190:13,16
191:5
196:1
199:2
225:14,22
234:16
243:19

**benefit**
150:24

**benefited**
59:2,8
198:3

**benefits**
84:21
198:7

**Benjamin**
187:22,25
188:24
190:5,14
192:24
196:12,24
198:3
202:15
203:22
204:4
219:21
223:25
225:2
226:4,9
253:20

**Betsy**   25:19
26:23  27:4
35:8

**big**   190:20
207:23
233:23
251:3

**bigger**   67:22

**Bingham**
62:21

**bit**   15:9
16:3  27:19

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
Dr. Philip Adrian Ewell on 09/19/2024                    Index: black..bubble

43:14
47:11
73:18
77:25
126:21
127:12
173:12
187:23
223:8
228:13
234:14
253:6
257:14

**black**  60:5,8
65:19
66:17
67:23,24
70:24
71:1,4,18,
21,22
72:1,7,20
73:1,5,12
74:22
76:5,11,13
80:2 82:3,
15 83:10,
14 84:20,
25 85:1,5
101:14
102:22
103:9
174:20
192:15,16
248:20,24
249:2,6
250:2,7
251:14
257:18

**blackness**
73:3,8
173:7,24
174:11,12,
14

**blacks**  73:21

**blame**  59:3,
7,11

**Blanchard**
66:19

**blind**  36:21

**block**  111:25
112:6,14
131:12,22

**blog**  194:10

**blowing**
172:3
195:15

**blown**  189:15

**board**  53:3,
5,16
145:16
193:19
224:1
229:4
232:22

**Bob**  182:6
185:25

**body**  95:6
240:19
241:1,12

**bogus**  114:14

**Bones**  66:19

**book**  81:3
85:14
86:13,15,
16 106:15
127:2
137:21
139:8,11
140:5
142:5
149:5,11
252:17,22

**books**  54:16
78:8
129:24

**border**  69:12

**born**  87:10

**bottom**  171:9
180:13
182:2
202:2,18,
19 208:1,
11 211:24
218:25
219:3
224:3,17
248:11

**boy**  251:3

**Brahms**  97:22

**brains**  67:21

**break**  75:1,
3,6,8,23
112:3
113:3
126:14
199:20

243:22
244:7

**Breeding**
164:21
165:4,16
168:1
171:5

**Brent**  72:25
73:24

**Brian**  51:3,8

**briefly**
15:14 16:8
19:19
80:24
91:25 98:8
114:21
118:11
122:13
206:2

**bring**  7:23
81:11
176:22,24
243:14

**brings**  21:2

**broad**  247:25

**broadly**
107:22

**Brooklyn**
6:10

**brought**  7:6
144:7

**bubble**
195:25

build   78:23

burning
  35:19

Butterfly
  44:3  45:6,
  23

_____

C

call   22:17
  23:21
  36:20,23
  44:24  51:8
  69:9  92:6,
  15,16
  93:14
  97:23
  102:18
  107:8
  125:9
  126:24
  138:3,11,
  12  144:24
  162:11
  167:21
  176:21
  181:11
  182:24
  183:5,18
  186:8,22
  187:11
  203:1,10,
  18  204:5
  225:23
  228:25
  229:5
  231:9

233:18
242:15
251:1

call-  138:18

called   36:18
  45:6,22
  47:4  54:16
  94:17  98:7
  99:14
  104:22
  124:21
  133:19
  147:6

calls   138:18
  253:4

campaigned
  82:12

Canada   69:10

cancel
  195:11
  199:11

cancelled
  195:10
  199:9

candidates
  217:15

canonic
  97:23

capacity
  232:6

caption
  182:22

car   218:11,
  14

career
  15:13,15
  19:20
  21:13
  77:22  80:2
  198:5
  223:17

Cari   6:2

Carl   73:9

Carmel
  233:22

case   5:5
  47:9  51:9
  52:3  58:15
  66:13
  83:12  87:1
  106:8,10
  152:3
  180:24
  206:16

catching
  229:11

category
  178:25

caught
  196:19

caused   96:16
  208:19

causing
  211:17

cease   150:4
  151:9
  161:5

cellist

15:19
16:2,4
18:4

cello   15:24
  18:2,3,8
  23:9
  192:22

censor
  217:25

censor-
  161:2

censored
  149:4
  253:11

censorship
  149:16
  160:24
  161:3
  218:19
  253:9

censure
  149:7

center   21:20
  22:8,11,24
  25:22
  87:15
  123:16
  233:10

Central   20:3

centrality
  108:9
  113:16

centuries
  56:2,9

95:18
170:12

century  67:8
73:23 74:4
87:10,11
92:16
97:9,10
100:22
108:12
113:19

certainty
234:15

certificate
16:19,21,
24 17:4

chair  14:22
51:2 80:22
82:10,11
120:8

chaired
123:17

chairs
243:24

challenged
164:19
165:2

challenging
173:7

chance  80:9
109:7
144:6
159:23

change  49:8
51:14,16

197:17
223:6
243:24
253:18
256:24

changed
50:24 53:4
80:15
209:15,16
210:13,15,
17,19
222:4,19

changing
221:23

channel
30:14

chapter
139:24
255:12,14

chapters
127:2

characteristic
s  96:3

characterize
212:12

charming
192:22

check  101:10
108:15

Cheers  225:9

Cherokee
58:23

cherry
101:22

Chicago
234:3
245:23

children
81:15

chords  92:7
96:2

Chris  116:12
120:19
123:12
177:13

Christensen
233:22
234:2

Christmas
19:2

Christopher
121:21
123:17
125:22

Chronicle
164:14
255:18

CIEE  17:22

Cincinnati
116:13

Cindy  165:16
171:5

circle
167:11

circles  93:6

circulated
236:12

circumstances
240:1

cisgender
85:2

cite  95:13
127:25
128:3,10,
20

cited  103:18

citizen  61:2
168:17
248:19

citizens
29:9

citizenship
168:14

City  15:21
20:7
21:20,21
22:14,16
23:1 65:21

civil  62:22
236:22,24

claim  162:1
212:25

claimed
193:18

claiming
81:5
206:23
222:18
240:14

claims
164:19

165:3
217:23

clarification
11:16
39:14 46:5
52:22,24
63:11
109:20
110:1
111:6
137:12
154:24
155:6
156:24
173:21
177:25
180:8

clarified
50:2

clarify
35:12 43:2
50:8 70:25
109:7
135:25
185:5
232:15,20
234:17
244:17
247:23
251:24
256:5

Clark   220:6,
24,25

classical
16:14
67:15

70:22

classroom
17:3 55:15

Clause   60:20

clean   113:24

clear   9:20,
21 11:13,
18 13:6
41:1 94:4
110:17
114:1
124:12
140:4
177:15
202:17
246:5

cleared   94:9

client   32:17
76:10,17
115:7
211:22

Cliff   5:10
258:25

climb   250:10

clipped
31:16

close   123:13
228:8
237:2

co-authoring
86:7

coast   245:22

coerced

218:12

coffee   196:3

collapse
18:17

collated
221:20

colleague
25:21
200:21
201:5
226:16
252:17

colleagues
28:11
123:13
175:23
202:9
249:25
250:5

collected
224:22

collection
179:11,23

College
14:23
15:21
20:3,7,12
22:4,11,
12,13
39:18
40:19
41:24,25
80:21 83:4
84:8 221:1

colleges

21:25
22:21,22

collegiality
175:23

colloquies
144:8
187:8

colloquy
145:14
148:18
162:12
175:22

colonial
93:4

colonializatio
n  93:5

color   100:23
169:1

comfortable
235:13

comma   202:9
256:21
257:10

comment
150:22
163:1
181:18
186:23,24
187:1
197:1,6,11

commentary
198:23

commented
121:4

150:23

commenting
144:11

comments
37:17,20
46:22,25
103:17
171:21,23
174:1
258:4

committed
76:17
87:17

committee
25:14,18
26:23
27:1,15
28:16  51:3
53:17,19
123:17,20
233:8

common  97:24
129:11
213:22
246:4
247:17
257:25

communication
39:7  218:6

communications
214:10
215:9

comparable
124:20

complain

174:13

complaining
174:3,9

complaint
176:24

complaints
42:7

completely
44:18
45:13,17
162:19

complicit
225:4

complicity
198:13,19
199:3,6

compliment
129:23

comport
201:13

comportment
199:11

composer
66:17,20

composers
92:10,16
97:23,24
98:2
104:20
105:13
107:24

composition
98:15
106:7,8

108:4
113:11

Compromise
60:2,22

concede
248:14

conceived
106:12

conceiving
92:22

concept
54:17  56:8
68:22

conceptions
69:21
100:22

concepts
56:5
107:22

concern
230:23

concerns
235:16

concluded
259:6

condemnation
149:6,12

condemned
230:14
236:9,10,
11

condemning
153:16

157:21
158:6
163:4
210:5
236:13

conduct
38:12
160:14

conducting
156:10

conf-  27:13

confer  40:1,
3,6,7

conference
27:14
115:18,24
116:21
117:1
119:25
124:19
127:3
190:17
253:1

conferences
24:25
115:20

confirm
113:23
130:23

confirms
232:18

conflating
175:18

conflation

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
Dr. Philip Adrian Ewell on 09/19/2024   Index: confront..contributed

221:9

**confront**
81:14

**confusion**
256:8

**Congressman**
63:1

**connect**
65:12
247:8

**connected**
65:7,8
173:23,25

**connection**
102:17
103:6
213:3
218:19
245:12

**connections**
133:15
245:15
247:3
251:6

**conservative**
108:6
113:13

**conservatories**
73:6

**conservatory**
15:25
16:18
18:14

**considered**

28:17
58:10 69:9
202:23

**consistent**
108:5
113:12
158:1,19
160:25
161:8,20,
25 162:16
163:5
171:24
204:7
213:9
221:5
225:2

**consistently**
108:8
113:15

**consortium**
22:17

**constituting**
39:7

**Constitution**
59:1,14
60:21,23
61:10,14,
15,17
62:6,19
63:18,23
64:2,13,
17,25 65:9
66:11 67:7

**Constitutional**
58:19

**consult**
40:12
155:10

**consulted**
14:5,12

**consulting**
12:9

**contact**
141:24
142:4,6
143:19
145:3,7
146:20
189:2
214:21
230:9,12,
20 232:19
233:12
238:15
255:4

**contact@**
**philipewell.**
**com.**   12:2

**contacted**
30:11,17
44:7
140:21
142:6,17
143:19,21
144:18
148:25
255:1

**contacting**
141:19
199:5
230:15

240:22

**contemporaneou**
**s**   200:12

**contemporary**
70:17,21
250:15

**content**
128:21
198:11,22
206:24
217:21
224:22
256:24

**contents**
119:3,15
147:15

**context**   48:4
136:1

**continent**
69:11

**continue**
13:23
17:21
26:20
48:15 76:3
81:13
89:25

**continuous**
180:23

**contribute**
88:8
90:10,17

**contributed**
90:2,6

TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.
Dr. Philip Adrian Ewell on 09/19/2024        Index: control..correct

control
  41:23,25
  206:23
  217:21

controversial
  257:17,19

controversy
  126:2,5

convened
  58:19
  147:7
  179:13,25
  211:20
  227:13

convention
  58:19

conversation
  9:13,14
  14:25 15:1
  62:17
  167:16
  191:17
  201:4

conversations
  35:1 255:5

conversely
  42:21

converted
  82:2

copies  35:19
  219:24

copy  7:6
  8:11 28:5
  35:14

113:24
159:10
164:15
167:4
181:23
189:8
257:3
259:1,2

cor-  23:19

Corelli
  92:17

corner
  192:14

corpus  57:20

correct  11:3
  21:3 22:1,
  5  24:3,6,7
  29:21,24
  32:25
  33:3,4
  34:9
  37:18,21,
  24  38:3
  39:3,10
  41:24 42:5
  43:18
  47:6,7
  52:1,13,16
  53:4,14
  54:2 60:6,
  9  62:24
  64:7 78:24
  79:17,20
  81:25
  82:7,13,
  23,25

83:2,10
84:2,9,19
85:23 86:5
87:12,19,
20 89:12,
23 94:8
99:6,10
100:16,25
101:19
102:14
103:12
108:23
112:8,22
114:7,19
115:8,9
117:4
118:22
119:1,5,19
121:19
122:16
123:13
124:13,17
125:12,14,
17,18
127:19
130:25
131:3,10,
11,17
132:6,7,
13,14
134:6
138:21
139:22
140:6
142:21,23
144:19,25
146:23
147:1

148:5,6
150:25
153:1,4
160:9,11,
12,15,16,
18,23
165:18
168:3
171:19
172:18
174:18,24
175:2,13
177:7
178:16
180:18
182:4,21
183:1
184:9,12,
24 185:20
186:15
192:7,23
194:14,25
196:5
197:15
206:17
212:10,15
214:24
216:11,24
219:23
220:21
221:16
228:1
229:18
230:4
235:14,24
236:1
240:8,9,13
241:20

242:15
243:1
244:18,19
255:19
257:24

corrected
70:14

Correction
64:10
69:25

correctly
113:21
119:18
132:20
161:15
165:6
169:6
171:18
173:11
181:25
188:7
198:15
201:11
207:14
208:23
212:12
224:25
226:1
230:17

correspondence
38:1 98:19

Council
17:23

counsel 5:12
10:9
12:18,22

13:2 14:1
40:1,3,12
155:11
159:11
164:16
240:17
256:7

count- 66:12

Counterpoint
98:16

countries
16:16

country
56:23
58:3,21
65:13
66:12
73:13
96:20
168:15
170:17
171:2
246:9,23
248:15
249:7
250:18

country's
54:22
168:13

counts 117:4

couple 77:4
249:19

courage
197:9
236:22,24

court 5:9,13
6:25 7:7
8:25 9:11
26:1 46:4
63:10 91:2
109:7
117:6,8,
14,17
157:7
177:24
191:21
192:3
211:6
259:4

cover 179:18
242:18

COVID 117:1

cowardly
234:23,24
235:1

create 107:1
248:21

created
56:1,10
68:24
90:11
107:19

creating
9:17

credit
250:21

crit- 245:19

critical
225:19,21,
22

criticism
126:9
140:10
145:21,25
146:2,8
245:19
254:21
255:8

criticisms
212:23
240:5

criticize
173:23
250:25

criticized
142:2
174:20

CROSS-
EXAMINATION
244:12
256:2

Crow 246:8

crucial 68:1

Cubero
202:15

cultural
110:19

culture
108:6,10,
11 113:13,
17,18
114:5

CUNY 21:23
22:2 25:22
28:12

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
Dr. Philip Adrian Ewell on 09/19/2024    Index: curricula..Dekalb

123:16

**curricula**
55:14

**cut** 63:14

**CV** 50:17

_____

**D**

_____

**D-R-A-B-K-I-N**
111:3

**damage**
173:9,18

**Daniel** 26:24

**Danny** 25:20

**Dartmouth**
221:1

**date** 5:6
24:20,21
25:2
129:24
138:12
206:17

**dated** 164:21
165:5
181:23
192:1,9
206:17
208:12
216:15
219:16

**dating** 67:8

**David** 53:7
174:1,5,6,
14

**day** 27:4
29:22
117:16
176:8
244:22
253:9
257:21

**day.'** 168:18

**days** 31:1

**deal** 162:25

**dealing**
97:22

**dealt** 44:5
112:13
123:5

**dean** 228:4
230:7
232:14
237:3

**Dear** 202:8
212:14
216:19
217:8
219:24
228:4,6
231:5

**decades**
54:18
170:12

**December**
19:2
138:5,13
181:24
200:24
203:22

230:15

**decided** 17:5
51:22
207:7

**decision**
49:9,10
81:18,19
124:24

**decisions**
80:15
128:23

**decline**
108:10
113:17

**deemed** 56:7

**deeply**
54:21,22
108:5
113:12
209:14

**default**
56:13

**defendant**
187:22
200:22
238:2

**defendants**
5:22,25

**define**
76:19,20,
24 93:9
135:6

**defined** 89:8
170:20

**defining**
79:4

**definition**
93:8
156:14

**defunct**
11:25

**degree**
15:16,19
16:15,17

**degrees** 23:2
105:20

**dehumanization**
172:25
174:23
175:5
176:14

**dehumanize**
155:15,17
156:4,15,
18 177:18
186:22

**dehumanized**
154:20,23
155:4,9
156:8,21
157:8
187:4,6

**dehumanizing**
156:25
157:5,15,
18 193:7
255:10,14,
17

**Dekalb** 17:24

18:1 19:14

**deleted**
140:15
189:25

**delivered**
122:7

**demeaned**
153:24
154:22
156:20

**demeaning**
156:25
157:17
174:25

**denial**
235:10

**denied** 76:6
82:12

**denies** 71:4

**Denton**
164:13
255:18

**deny** 83:9
204:22

**department**
14:23
80:22
82:11

**department's**
242:22

**depends**
128:12,13

**deponent**

5:20
111:14

**deponents**
40:11

**depos-** 11:22

**deposation**
10:10

**deposed** 6:12
9:5

**deposition**
5:3 6:18
7:2,7,16
8:15,25
9:7 10:11
11:23
14:16
15:3,11
39:23
40:24
107:16
111:19
155:19
156:11
164:12
258:18
259:5

**depositions**
9:9 41:13

**depth** 86:24

**describe**
15:14
19:20
36:14
43:20 87:3
91:1,25

98:8
104:10
118:11
120:3
248:3

**describing**
48:15

**description**
118:4
218:10

**descriptions**
48:11

**detail**
218:17
247:6

**developed**
79:2 95:12
245:3,6

**developing**
78:16

**development**
252:1

**diaries**
98:18

**died** 73:10
87:25
88:10
106:22
246:1

**Diego** 202:15

**difference**
27:20
127:21
154:25

156:25

**difficult**
80:20
108:7
113:14
187:2
196:1,11,
22

**difficulties**
26:14

**digged**
205:6,7

**diligent**
38:6,12

**dinner** 196:7

**direct** 7:11
12:3
169:14
179:17
181:21
184:1,5
189:12
201:2
205:5,7
211:15
214:8,12,
15,19
218:3
245:12

**directions**
23:8 67:18

**directly**
88:11
169:22
170:22

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
Dr. Philip Adrian Ewell on 09/19/2024   Index: director..documents

228:25

**director**
186:3

**disagree**
82:21
90:19
129:20
184:25
185:1
209:19

**disagreed**
82:20

**disagreeing**
220:13

**disagrees**
223:2

**disclose**
181:14

**disclosed**
181:13
204:15

**discovery**
180:22

**discriminated**
73:21
76:10

**discriminates**
70:23
71:1,18
72:7

**discriminating**
71:21

**discrimination**
66:23

74:3,16
75:25

**discuss**
14:15
39:19
165:9
204:4
214:4,6
217:15
237:5
239:25
240:4
241:24

**discussed**
12:22 13:1
14:22
38:24
41:21
122:11
127:21
130:22,24
132:24
133:17
171:25
186:12
187:23
229:6
237:8

**discusses**
39:8

**discussing**
9:8 37:22
81:20 90:3
133:18

**discussion**
64:25

118:8
143:25
165:11
193:14
216:9
258:23

**discussions**
252:11
255:4

**disjointed**
253:7

**Disparaging**
101:14

**dispute** 82:8

**disputing**
110:8

**dissent**
105:20

**dissertation**
123:17,20
233:8

**distance**
198:11

**distill**
247:7

**distilled**
28:7

**distinction**
27:22

**diverse**
161:12
162:1,4,8

**Division**

241:15

**DMA** 16:2,6,
9

**Doctor** 16:11

**doctoral**
22:25
72:16
74:12

**doctrines**
58:7

**document**
7:14,19
8:14,22
12:7 14:7
38:23
39:24
111:7
147:24
164:9
166:11
180:5
181:5,7
191:25
192:6
206:5
226:7,24
227:6,8,11
238:4,6

**documents**
6:19
12:11,18
14:5,11
38:13,15
41:7,13,19
42:4,12,17
68:8 98:7,

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
Dr. Philip Adrian Ewell on 09/19/2024   Index: dominant..editorship

22,23
99:14
100:1
101:6,12
102:5
179:11,23
180:22
181:13
200:12
210:13
211:19
229:21

dominant
105:19

dots  65:12

double-
anonymous
124:21
126:11

double-blind
36:18
37:12

doubly-
anonymous
36:23 37:4
123:1

Drabkin
108:14
110:25
131:13
132:25

drafted  51:2
65:9 158:8

drafting
63:23

draw  88:12
169:14

driven  81:1,
6

drugs  10:22

Dubkin  114:3

dug  205:6,7

duly  6:11

——————

E

e-mail  31:25
38:1 143:4
179:22
181:23
182:11,14,
17,20
185:19
200:21
202:10,19
203:6,17
208:1,2,6,
11,15,16
211:24
212:19
215:8,10
216:6,14
218:22
219:6,14
223:25
227:25
229:2,5
231:1
237:18
238:1,22,
24 239:12

240:7
242:19

e-mailed
49:8
238:21,22

e-mails
11:24
40:16
228:17,23,
25 240:10

e-r  116:5

earlier
122:12
126:17
127:4
130:22,24
131:10
132:25
133:1
150:23
157:17
160:3
231:13
247:24
248:23
254:1

early  87:11
139:17
217:16

earn  16:20
21:7

easily  25:3

east  95:15
245:22

easy  18:9

31:20
65:10,11

editing
198:4

editor  34:15
36:11
37:23
47:14
48:18
118:15,19,
22 128:13,
24 129:6
188:3
189:3
190:12
198:7
257:6

editorial
53:3,5,15,
16 128:24
145:16
178:16,20
188:11
224:13
229:4
231:25
232:22

editors  53:6
142:15
145:11
154:16
185:23
188:8,12
229:6,8

editorship
224:21

230:13

EDT   259:6

education
  57:3 59:5
  67:25 68:2
  69:15 72:2
  73:6

educational
  15:15
  17:23
  73:22

educations
  55:19

Edwards   5:10

effect   218:1
  255:1

effectively
  247:18

effectually
  143:24

egalitarian
  58:13

elaborate
  126:21
  127:12

elaborating
  79:4

elected
  240:18

electronic
  229:21
  259:1

elements

102:15
103:14
133:5
250:12,13,
14 251:8,9

elevated
  55:16
  105:13

Elizabeth
  26:24 27:5

Ellen   77:5,
  15 116:8,
  11 120:7
  121:11,21
  122:4,5
  123:12,20
  125:22
  142:8
  143:4,8
  144:18
  154:10
  176:2,5
  200:22
  201:20
  202:4,8
  203:7
  226:16
  227:23
  229:13
  230:6
  232:2,11
  233:25

Ellen's
  123:20

email   241:18

embedded

67:7 68:7

embrace
  254:20

embraced
  254:25

emerged   51:9

emigre   88:14

emigres
  245:22

encapsulates
  21:13

encouraged
  242:22

end   8:25
  12:15
  24:24
  38:16
  87:18
  89:22
  116:5
  147:25
  180:6
  212:16
  251:11
  258:18

ended   17:24
  87:14,16
  245:5

ends   213:5

engage
  175:25

engagement
  171:21
  199:8,11

engaging
  242:14

English
  98:25
  100:23

enjoy   84:21
  85:2
  194:6,10

enjoyed
  225:24

enlightenment
  97:8,10

enormous
  196:18

enroll   17:5

ensuing
  107:1
  245:25

enter   167:7

entire   30:12
  31:23 62:6
  104:12
  106:4
  165:10
  210:4,7
  212:25
  213:20
  224:10

entitled
  25:15 49:1
  130:9

episode
  188:22

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024   Index: equivalent..executive**

equivalent
  181:2

equivocate
  175:7

equivocation
  10:5,6

Ernst  88:19

essay  127:2

essays  98:19

essentially
  9:2 36:7
  54:20
  73:11 81:5
  92:21
  118:16
  158:15
  207:11
  221:23
  238:23
  239:12
  245:11
  257:11

establish
  119:23

ethical
  160:14

ethics
  158:20,22
  160:10
  161:9
  163:6,13,
  23 164:3,6

Ethnomusicolog
y  241:16

eugenicist
  73:11

Europe  68:25
  69:3,6
  108:11
  113:18
  249:22

European
  108:10
  113:17

Europeans
  69:6
  249:23

evaluate
  27:16

Eve  19:3

evening
  217:17
  240:11

eventually
  32:24 47:3
  53:21,25
  79:12,16
  81:23
  82:24

evidence
  83:17 84:6

Ewell  5:3,20
  6:9,14 7:3
  48:7 75:22
  115:5
  118:3
  119:16
  130:11,17
  152:12

155:3
159:24
164:24
168:9,24
171:14
174:2,8
180:14
184:1,2
185:13
191:9
200:10
216:21
225:25
230:9,12
237:18,24
244:6
250:23
254:6
258:19,20

Ewell's
  159:11
  164:16
  201:6
  207:6,11
  213:5
  224:23
  228:24

exact  24:20,
  21 189:21

EXAMINATION
  7:11
  254:10

examine  6:19
  7:17,24
  165:8

examined  8:5

98:6

examples
  71:2 81:17

excellent
  224:19

excepting
  61:18,23

exception
  127:10
  258:3

exchange
  17:23
  191:25
  192:7
  198:10
  228:18,23
  229:5
  237:18
  238:1,25

exclude  73:5

excluded
  72:21 73:2
  74:21
  144:11

excludes
  72:14,15

excuse  11:22
  38:10,25
  110:14
  188:19
  202:9

excuses
  242:21

executive

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
Dr. Philip Adrian Ewell on 09/19/2024                    Index: exhibit..fact

186:3

**exhibit**
 6:16,21,24
 7:1,25 8:6
 12:10
 104:24
 105:16,17
 111:19
 117:6,12,
 18,22,24
 118:6
 130:8,18
 158:24
 159:4,8,13
 164:10,17
 166:19,24
 178:23,24
 179:9,10
 180:6
 191:20,24
 192:12
 199:16
 205:18,20
 207:3,23
 226:21,22,
 23 237:17,
 25 239:7,
 8,11 242:6

**exhibits**  9:1

**exist**  41:7,
 20,22

**existed**
 42:18
 204:22

**existence**
 15:2

**expect**  42:21
 186:20

**expectations**
 127:7

**expedient**
 175:20

**experience**
 46:14
 145:7
 151:17
 152:13
 155:23
 197:7

**expert**  78:11

**explain**
 11:21 47:8
 54:9 71:20
 107:15
 115:13
 145:5
 155:16
 157:7
 169:18
 179:2
 182:13
 194:2

**explained**
 251:13

**explaining**
 176:14
 189:13

**explanation**
 222:2,16

**explicit**
 133:13

**explicitly**
 59:23
 67:21 73:7
 74:24

**expressed**
 103:23
 108:8
 113:15
 223:16
 230:23
 254:21

**expresses**
 114:9

**expressly**
 83:8
 174:20

**extemporaneous**
 258:3

**extemporize**
 257:14

**extension**
 213:1
 237:4

**extensive**
 167:25

**extent**  14:25
 55:2 67:16
 183:8
 189:16

**extremely**
 104:13
 105:24
 245:5
 246:6
 251:5

**F**

**fabric**  81:12

**fac-**  77:1

**Facebook**
 12:3
 140:14,16
 171:23
 191:25
 192:7,19
 204:21
 205:3,7,
 11,19,21
 209:8,11,
 24 214:12,
 15 225:3
 238:25

**facial**  90:13

**facing**
 164:20
 165:3

**fact**  13:1
 28:1 34:4
 41:12
 51:22
 56:1,6,17,
 20 57:19,
 24 60:5
 67:19
 69:10
 73:21
 74:25 78:5
 79:19
 80:14 90:8
 96:7
 128:22,25

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024**          Index: factor..fine

132:15
137:7
139:25
148:17
151:21,25
182:19
183:23
184:15,18
188:7
197:16,23
220:23
230:14
235:12
236:5,6
242:18
250:14,19
255:10
257:5,21

**factor**
  151:22

**factum**
  175:24

**faculty**
  21:19
  76:23 77:2
  188:12,17,
  25 196:19
  197:13,16,
  19,23,24
  229:3
  236:12
  242:23

**failed**  213:6

**failure**
  143:18
  154:11,17

235:19,20
242:3

**fair**  47:11,
  24 49:20,
  21 57:17
  58:13
  79:6,7
  84:3 88:5
  95:4
  106:1,3
  116:25
  123:14
  132:24
  133:8
  139:21
  143:20
  163:21
  169:8
  211:12
  249:8

**fairly**  75:1

**fall**  17:21
  18:1,6,20
  20:8
  107:17
  128:23
  137:22,24
  139:17
  174:10
  194:21,22
  232:17,25
  239:17

**false**  184:24

**familiar**
  87:6
  115:10

133:21
134:11

**fashion**
  175:20

**fashioned**
  35:14

**fast**  49:24

**fault**  91:22

**favor**  217:25
  220:18
  225:20

**favorable**
  220:19

**favorite**
  62:20

**Feagin**  54:14
  78:2,8,15
  90:12

**fear**  223:16

**February**
  219:1,16
  221:17
  230:22

**feedback**
  67:14

**feel**  148:25
  153:24
  154:20
  157:10
  166:9
  235:12

**feeling**
  253:22

**feelings**
  210:3

**Felix**  88:18

**fellow**
  192:22

**felt**  154:15
  156:20,21
  193:9,15

**field**  75:25
  129:10
  158:17
  170:19,20
  173:18,19
  195:6
  221:4
  248:9,11
  249:8

**fight**  249:15

**figure**  85:21
  246:5

**final**  46:10

**find**  25:2
  99:1
  101:24
  104:21
  131:5
  142:18
  187:10
  193:21
  222:21

**fine**  13:16
  25:5 41:9
  66:20 75:8
  86:22
  159:19

198:2
242:18
250:2,21
251:2

**fingers**
249:23

**finish**  151:6
170:6

**finished**
17:8
224:13
252:17

**fire**  66:19
246:9

**fired**  80:23

**fit**  178:24
246:17

**flexible**
56:9

**Florida**
215:4,12
238:18

**focus**  207:19

**focused**
57:11
176:16

**focusing**
47:8

**folder**
226:22

**folks**  73:25
96:23

**follow**  41:9

81:24 96:4
160:7

**fooling**
169:3

**footnote**
246:15

**forced**
218:11

**forceful**
234:25

**foreign**
16:24

**fork**  16:3

**form**  34:7
43:8 46:10
146:7
168:8

**formal**  9:11,
13 21:9

**forming**
63:23 64:2

**forms**  56:24

**formulation**
229:5,6

**forthcoming**
217:11

**forward**
49:24
67:17
158:18
171:8
202:7
203:1,18

204:5
215:14
216:7
239:13
252:11,25

**forwarded**
185:10,18
186:9

**forwards**
98:20

**found**  20:7
104:13
147:2
188:6
205:6,10

**foundation**
96:7,9,12

**founded**
65:16
66:16

**founders**
65:8

**founders'**
63:23

**founding**
62:15
66:12 68:8

**foundings**
65:13

**four-year**
22:21

**fourth**
119:15

**fragile**
234:13,17

**frame**  24:9,
18 27:25
28:6 33:2
44:22 47:5
48:17
54:12,13,
20,24
55:4,9
64:7,12,19
65:7 67:5
68:16
70:16,17,
22 71:18
72:7,22
77:19,21,
25 78:13,
17 79:5,19
80:1 88:4,
9 90:2,10,
13,18
107:9
127:15
130:10
131:2
168:3
169:11,23
245:10,14
247:9

**frame,'**
168:24

**framed**  92:22

**framing**
54:17 65:6
78:7,11

TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.
Dr. Philip Adrian Ewell on 09/19/2024          Index: Frank..goal

Frank
  115:11,13,
  16  116:3
  118:15,23,
  24  120:4,
  18  121:8
  122:1,5
  123:4

frankly  48:1
  51:20  56:2
  69:7  129:3
  149:18
  171:1

free  61:5,
  16  62:11
  98:15
  166:9

freedom
  160:19
  162:13

Freie  98:15

freq-  95:5

frequencies
  93:13  95:6

frequency
  93:15,21
  94:3,5,17,
  25

friend
  230:16

friends
  233:5

front  6:22
  95:25

111:20
257:12

Fugitive
  60:20

full  20:24
  71:14
  123:25
  177:23
  178:2
  248:25

fully  62:18

functional
  95:22,24
  96:2,6

Functionalism
  119:16

fundamental
  104:25
  105:1,17
  106:11

future
  85:16,20

————————

G

————————

Gain  237:19
  238:2,8,
  21,23
  239:11,19,
  24  241:11
  243:10

gallery
  216:3

gathered
  223:1

gave  24:4
  27:3  82:9
  145:12,22
  146:3
  215:4
  238:17,18
  239:16
  249:18
  256:14
  257:23

general  31:5
  54:10
  166:3
  183:17
  205:2

generally
  16:13
  22:2,6,24
  23:21
  24:25
  34:23  35:1
  36:17
  151:15
  246:22
  258:10

generated
  42:12  69:2

generations
  68:9

genere
  126:24

German
  89:15,17
  98:24  99:4
  100:11,24
  101:1,4

102:2
108:9
110:20
113:16
114:5

give  8:18
  10:6,15
  15:5  25:12
  26:17
  48:10  56:6
  71:14
  92:19
  102:5
  124:19
  164:25
  179:6
  199:14
  222:10
  243:5
  244:23
  256:12,19
  257:3
  258:3

giving
  215:5,12
  216:6
  239:14

glasses
  7:20,22

Global  5:11

Gmail  11:25
  12:1

go-between
  120:12

goal  51:14,
  16  73:12

TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.
Dr. Philip Adrian Ewell on 09/19/2024          Index: God..handing

God  137:23

Goldner  66:7

Gomez  5:8

good  7:23
 17:22
 67:24
 109:6
 120:2
 134:8
 137:18
 173:21
 224:20
 249:23

Google
 168:13

Gor-  18:25

Gorbachev
 18:25

gosh  33:22

grad  189:1

graduate
 16:25
 21:20
 22:7,8,9,
 10,24
 25:22
 71:12
 76:2,7,23
 123:16
 188:12,15
 190:11
 196:13,14,
 15,17
 197:13,22
 206:20

213:10
233:10
238:9
240:12,15,
20,24
241:1,12,
23

graduated
 15:18
 19:16

Graf
 187:22,24,
 25 188:1,
 4,13,14,
 20,21,24
 189:7
 190:5,13,
 14,16
 191:5
 192:24
 196:12,24
 198:3
 202:15
 203:22
 204:4
 217:14
 219:21
 220:4,14
 223:25
 225:2,14,
 22 226:4,
 14 234:16
 253:21,24

grammatical
 96:11

grandchildren
 81:16

granted  83:1

granting
 22:25

grants  23:1

graphic
 218:10

gravitas
 129:1

gray  195:25

great  44:19
 55:4,10,20
 56:12,15
 60:13 63:5
 64:19 91:8
 104:16,23
 105:3,12
 224:23
 247:6
 250:18

Greek  94:18

grew  43:16
 79:9
 116:15

group  66:5
 88:21
 116:11,17
 119:8
 120:8
 190:20

guarantees
 62:11

guess  42:21
 61:25
 76:19

106:1
119:14
139:12,16
143:18
154:23
189:20
192:21
199:9
203:9
228:11
256:6

guesstimate
 102:6

guidelines
 127:5

guys  174:3,
 9

                H

half  58:21,
 25 62:13
 65:8

Hall  30:12,
 17,18
 31:25 32:3

hallmarks
 235:16,23

hand  117:7
 181:4

handed  118:4
 124:25
 257:11

handing
 117:6

159:10
164:15

**handle**
244:24
251:3

**handled**
134:19

**hands**   224:20

**Hans**   88:15

**hap**   248:20

**happen**   6:17
21:1 56:6
80:8 187:8
189:20

**happened**
14:24
34:24 35:1
41:18 50:1
68:23 74:3
80:10,12,
19 116:24
152:23
170:23
171:1
189:14
190:17
194:20
207:17
214:20
242:20
245:25
247:16
253:15

**happening**
74:14,17

138:15
176:16
195:20
214:23
230:11

**happily**
51:21

**happy**   20:4
49:2 196:3

**hard**   35:14
73:16 80:5
91:19
135:24
163:9
169:20
170:22

**harmonic**
105:18
119:16

**Harmonielehre**
98:14

**harmonies**
92:7

**harpist**   66:7

**Harvard**
220:25

**hasten**   248:8

**hate**   30:9,
22 31:24
32:11,14,
20

**Haven**   252:9

**he'll**   159:17

**head**   9:20
28:20 44:5

**header**
227:17

**hear**   13:11
135:21
136:2

**heard**   83:8
94:5
137:21
138:16
140:9
183:17
208:17
233:14
258:6

**hearing**
189:12
216:7

**hegemony**
92:21,24

**Heidlberg**
116:3

**Heidlberger**
115:11,14,
16 116:4,5
118:15,23,
24 121:8
122:1,6
123:5

**Heidlberger's**
120:5

**Heinrich**
86:24
87:2,3,6

88:3 90:1,
6,9,16
97:5,18
98:3,13
101:25
104:1,6
105:13
106:18,22
107:2,20
114:12
133:12
143:25
144:2,3
245:1,9,
13,17,19,
25 246:6
247:3,7
251:20,22

**held**   21:15,
16 55:5,
11,21
64:20
107:23

**helpful**
112:9

**helps**   48:3

**hesitant**
236:7,8

**hesitate**
187:5

**hesitated**
89:6

**Hey**   44:19

**hierarchal**
104:7

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
Dr. Philip Adrian Ewell on 09/19/2024   Index: hierarchical..Hunter

107:11
114:13
132:18

hierarchical
104:8,13
132:19

hierarchies
104:14,23
106:20
131:19
132:11
133:10

hierarchy
105:24
106:19
108:3
110:18
113:10
114:3,4,15
133:10,11
208:21

high  61:16
252:13

higher
107:23

highlight
77:24
250:19

highly  128:8

hip  57:16

his-  66:1

historian
87:23

historic

54:22
248:6

historical
54:25
88:13

historically
54:21
56:21 58:3
81:12
248:15

histories
57:2

history  56:1
57:16
72:24
73:14,20
107:18
168:12
169:4
228:13
241:15
247:15

hit  147:11

hoc  147:7,
16,21
148:3,8
153:1,7,10
179:12,24
181:14
188:6,10
191:3
204:16
211:20
218:7
226:24
227:12,19

231:23
237:4

Hold  243:8

holder
248:19

hole  157:4
249:17
250:11

hometown
17:25

honest  52:9
59:3
136:10
178:9
191:15
232:2

honor  51:13,
22 52:12
145:20

honorable
52:19

honored
252:12
253:3

honoring
51:25 52:7
160:5

hope  81:14
239:14
254:4

Hopi  58:23

horrific
73:22

hostile
103:9

housed  98:10
118:13

Houston
252:19

Hugo  97:15
98:2

human  59:9
100:6,11,
14,21
157:9,11

humans  56:10

humbled
252:12
253:3

hundred
28:24
65:22
239:22

hundreds
56:22
252:12

Hunter  14:23
20:7,11
22:4,11,
12,13,20
39:17
40:18
41:24,25
80:21 83:3
84:7
215:8,9
238:22

TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.
Dr. Philip Adrian Ewell on 09/19/2024      Index: Huseby..incensed

Huseby   5:10

hyphen   202:8

hypothetical
  163:18,20

_____

I

icon   78:4

idea   46:15
  49:13
  78:17 86:4
  99:16
  134:21
  143:11
  144:13
  153:14,18,
  21,22
  156:2
  173:15
  253:9

ideas   55:25
  78:21 79:1
  83:18
  90:14
  102:19
  106:16
  125:2
  157:6
  170:13
  245:2

identification
  7:4 117:20
  130:13
  159:2
  164:22
  179:15

192:2
205:22
227:1
237:20

identified
  60:8 99:25
  107:24
  143:18
  146:24
  148:23

identify
  41:6,13,17
  56:12 60:5

identifying
  79:4

identities
  37:5,6

identity
  37:1,6,8
  212:21
  213:4

ideological
  108:8
  113:15
  114:4

ideologies
  58:5,6
  110:19

ideology
  64:18
  102:18

ignorance
  212:20

ignore   69:1,

3

Illinois
  17:25 18:3
  19:12,14
  20:2

illness
  10:24

illuminate
  76:25

imagine
  129:3
  152:21
  191:3
  198:6,20

immediately
  31:1,12
  154:8
  245:9

immigrants
  89:2 250:8

imminent
  108:14

impede   80:2

impeded
  77:21

impetus
  116:7

implements
  39:7

implicitly
  74:25
  212:22
  220:12

implying
  103:3

important
  28:15
  51:25 52:7
  55:19 88:3
  97:13,16
  98:3
  105:25
  169:2
  176:12
  220:15
  245:6
  251:6

impossible
  89:17
  163:17

improper
  141:12,15,
  18 146:14,
  17 147:3
  148:9
  177:20
  199:5
  235:17

impugn   41:16

in-   213:15

in-person
  239:16

inaccurate
  99:18
  169:24

incensed
  173:7
  174:11

incident
  76:9

incidentally
  14:18
  84:20
  157:19

incidents
  75:24

inclined
  56:14

included
  109:4
  162:2
  229:3

includes
  61:13

including
  68:11

inclusion
  148:11

incompetent
  81:6
  82:18,22
  83:19

inconvenient
  219:11

incorrect
  85:11

independent
  23:15

Indian  95:13

Indiana  44:8

indication

32:10,19

indigenous
  96:23

individual
  234:13,18

individual's
  200:15

individually
  242:4

individuals
  84:7
  187:21

industry
  144:7
  146:21
  148:25
  149:14
  153:15
  176:19
  183:14,24

infelicities
  229:20

inferior
  128:6

inferiority
  73:12
  170:16

influence
  68:9

influenced
  68:10

influences
  68:13

inform  67:5,
  6  192:10
  230:10

information
  39:2,8
  150:7,9
  152:18,20,
  24  153:3,4
  160:20

informed
  129:17

inherently
  208:21
  209:5

initial
  229:2

initiated
  229:1
  240:8

inquiry
  160:19
  162:13

inside
  105:21
  207:17

insisted
  131:17
  132:9

instance
  91:5
  129:10
  174:1
  235:5

instances

74:7
  101:24

instigated
  216:5

institution
  22:25
  67:20
  151:3,8,
  21,25
  161:19

institutional
  21:10
  169:5
  170:3,12

institutions
  21:16
  22:18
  66:25
  67:10
  170:25

instructed
  152:15
  217:24
  243:24

intellectual's
  100:4

interest
  11:11
  116:17
  120:8

interested
  21:7  79:1
  154:9
  175:21

interesting

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024    Index: interfere..Jackson**

28:15
48:21
62:16
67:16
96:19,25
246:14

**interfere**
10:18

**interject**
66:21

**internal**
181:15
218:6

**international**
17:23
28:25
29:2,3,6,
10

**interpretation**
151:20

**interpreted**
70:12

**interpreting**
151:13

**interrupt**
12:20 16:8
88:20
234:8
239:5

**interrupting**
94:12

**interruption**
26:13

**interview**

252:15

**interviewed**
165:16

**intimate**
213:3

**introduce**
5:12 6:16
117:5
159:3
164:8

**introduced**
115:23
118:6
132:5,15

**introducing**
117:21
131:15
226:20

**introduction**
44:11,12,
14,17
45:1,2,10,
20 46:3,8,
16 80:24
127:3

**introductions**
98:19

**invent**
117:16

**invented**
70:8

**investigate**
180:1
211:22

227:13

**investigating**
237:4

**invitation**
146:1
183:9,19,
25 184:1,
5,8,22
185:2
186:14
232:11

**invite**
143:12
145:13,19
149:10
154:11,18
231:19
235:19

**invited**
154:2,4
162:10,12
176:10
230:24
234:3
235:4
256:11

**inviting**
143:9,15
176:20
178:13

**involved**
36:7 67:12
125:6
209:14
232:5,12,
16 234:9

**Iowa** 73:10

**irrespective**
233:20

**issue** 26:5
51:1
136:25
143:23
147:8
149:15
152:2
153:15
154:14
175:21
176:9
185:24
188:3
189:5,7
195:24
217:11,12
221:8,20,
21 222:24
256:5

**issues** 144:6
191:2

**items** 12:17

_____
            **J**
_____

**Jackson** 5:4,
16 32:11,
17 76:10
104:4
115:7
134:20
136:18
137:6
142:16

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
Dr. Philip Adrian Ewell on 09/19/2024     Index: Jackson's..journal

153:5
178:12,19
179:12,24
180:1
181:14
188:9
202:11,14,
16 206:9
207:2,7
208:3,17
212:11,14
216:15,18
217:8,24
219:21,24
227:14
231:24
236:9,11,
13 237:5
240:5
254:14,16
255:13

**Jackson's**
136:7
158:14
218:11
254:20
255:7

**Jacoby**   6:2

**January**
18:5,14
19:7,8

**Jeff**   47:14
48:18 49:7
53:7

**Jenkins**
25:20

26:24

**Jewish**   87:9
89:2
212:20
213:4

**Jim**   246:8

**job**   19:21
20:2,6,7
48:8 241:5

**Joe**   25:21
26:22
28:12 35:8
54:14
78:2,8,15
90:12

**jogged**   137:5

**Johann**   92:12

**John**   62:21
252:17,25

**Johnson**   18:4

**joke**   95:1,
2,3

**Jonas**   88:18
245:24

**Jordan**   95:15

**journal**
33:11,15,
19 34:8
35:13,14
46:13
49:15
116:9
118:7,8,
12,13

120:5
125:4
126:19
128:5,13
129:7
133:19,21,
22 134:7,
16,19,23
135:3,9,
17,18,22
136:2,7,
11,22,25
137:7,11
140:2,3
141:13,18
142:2
143:9,18
146:16
147:3,8
148:4
149:4,17,
20 150:3,5
151:9
152:16
154:1,17,
21 157:10,
22 158:12
160:25
161:8,18,
19 162:7,
16,22
163:4,24
171:15,22
173:8,17,
23,25
174:19
175:11,20,
24 178:6

180:2
181:15
182:23
183:10,21
184:22
185:3,7,24
186:15
188:3
189:3,7
190:10,12,
21 191:14
193:4
195:18,24
196:21
198:4,8
199:6
200:12
203:15
206:21,24
207:8,13,
17 209:12,
17,20,24
210:5,20
211:11
216:20
217:21
218:6
219:25
221:19
222:4,18
223:1,7,16
224:20
227:12,15,
19 228:14
229:14
231:21
232:6,13,
16 233:20

TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.
Dr. Philip Adrian Ewell on 09/19/2024    Index: journal's..Lamar's

237:5
241:25
257:6

**journal's**
178:16
232:21

**journalist**
165:4
166:5
168:1
172:10
173:4
175:8
176:10,13,
22 255:18

**journals**
35:5,6
253:13

**JSS** 192:25
193:4
194:10
195:22
202:24
203:17
217:9
224:1,21
229:4
230:11,13
231:3,8
240:2

**judgment**
150:2
152:19

**July** 172:3
178:8
190:10

192:1,9
204:20
206:17
209:8
221:12
236:14
240:10

**jump** 211:17
214:25
219:6
253:5

**jumping**
243:2

**June** 33:6
178:5

**junior**
123:21,22

**jury** 47:23
54:11 91:1
92:11
125:6

**justifies**
55:22

**justify**
55:4,10,20
64:19

——————————

**K**

——————————

**keeper** 9:2

**keeping**
72:8,11
199:4

**Kendrick**
44:2,15,25

45:3,23

**key** 92:5,8
105:8,9
120:7
131:19
132:11

**keynote**
215:25
228:24

**kind** 18:10,
19 32:20
78:6 91:18
137:5
149:5
172:3
175:17
189:13
206:25
209:14
218:10
233:25
240:23
243:15

**knew** 18:7
77:4
140:20,22
191:3,6
206:16,20
257:16

**knowledge**
14:14 25:8
91:4 101:5
124:6
126:10
129:11
145:23

153:12
158:4
176:11
177:1,2
178:8
183:6,7
188:2
253:17,19

**Knoxville**
19:22

**Kontrapunkt**
98:14

**Kosovsky**
182:7
185:25

——————————

**L**

——————————

**labeling**
180:6

**labor** 69:1

**lack** 64:18
145:25
148:13,16,
23 176:18
230:11
236:17
243:14

**lacked**
231:18

**lacking**
197:9

**Lamar** 44:15,
25

**Lamar's** 44:2

45:3,23

**language**
17:18,20,
21  36:21
50:15  99:4
246:14

**lapsed**  23:10

**large**  55:2
66:13
67:15
189:16

**largely**
107:20

**laser**  176:16

**late**  74:4
92:15  97:8
108:11
113:18
138:12,13
188:22
217:13

**Laura**  5:4

**law**  60:25
61:6  63:24
65:1

**laws**  67:8

**lawsuit**  5:23
6:1

**lay**  125:6

**layers**
104:22,24
105:17

**laying**

73:14,17

**layperson**
92:2  99:1,
3  104:11
105:1

**lead**  118:16
145:11

**leaders**
240:17

**leading**
83:18
139:20

**leap**  74:2

**learn**  67:20

**learned**
67:13

**leave**  10:8
69:21  93:7
250:2

**lecture**
243:10,12

**led**  84:7
181:15
228:24
229:5

**left**  20:1
140:14
245:21

**legacy**
245:17,21
251:21

**legal**  13:5
40:9

151:12,22
152:2,7,10

**legible**
192:15

**length**  91:18
177:23
178:2

**lengthy**
168:5

**Leningrad**
17:18
18:20

**Lett**
220:11,24
221:3

**letter**  94:18
157:20,21,
25  158:3,
6,10
159:12,14,
18  163:3
164:1
210:5
230:6
236:20
237:1
241:16,22
243:3

**letters**
98:18

**letting**  15:8

**level**  53:17

**levels**
104:14

197:19
208:21

**Levi**
185:15,19,
22  186:9
187:24
188:3,13
189:6
190:7,10
196:18
202:14
204:21
205:19,21
206:19
208:2
209:13,23
210:2,11
212:5,11,
16  214:21
215:5,11
216:5,15,
19  217:4,
23  218:23
219:14
221:11,20
223:2,16
224:19
229:1
238:22,25
239:13
253:16

**Leviwalls@
myunt.edu**
185:16

**Leviwalls@
myunt.edu.**
185:19

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
Dr. Philip Adrian Ewell on 09/19/2024          Index: liberty..made

liberty
  130:17

lie  226:4
  251:15,16

life  68:11
  82:9
  87:14,16,
  18 108:6
  113:13
  131:19
  132:11
  248:12

lifetime
  100:5

Likewise
  11:15

limited
  212:23

limits  25:4

lines  243:7

link  57:12
  69:5
  132:17
  133:6,9
  169:9

linked  69:8

list  50:17
  104:20
  138:20
  186:9
  235:18

listed
  12:15,17
  118:18

119:14
125:23
198:7
241:18

listen  250:1

listening
  215:14

Listserv
  138:17,20
  182:15
  183:6,12,
  17 184:12

Listservs
  184:19

literally
  56:19
  58:16 60:1
  168:25
  172:14
  252:14
  257:20

Litigation
  5:11

lived  18:16
  87:11

lives  65:20

living
  246:20
  249:12

located  29:8
  48:12

logical  92:8

long  16:20
  27:18

28:2,7
29:11
44:7,13
45:11
91:10
107:15
153:19
171:1
190:17
214:2
217:1

long-time
  230:16
  233:5

longer  32:23
  33:23
  34:10
  35:16
  68:25 69:3
  77:9 85:18
  89:18,21
  149:21
  190:2
  221:3
  228:2

looked  12:17
  38:17,21
  85:17
  214:16
  254:1,19

loop  67:14

lost  69:20

lot  17:3
  40:15 44:4
  64:10
  65:25

88:12
96:16,17
102:11
176:15
214:9
244:21

lots  251:14

Louisiana
  47:15

love  213:25

lower  192:14

Lucinda
  164:21
  165:4,17

Ludwig  92:12

lunch  126:14
  190:19,22
  191:1
  196:8,9
  197:10

lying  209:8

lynchings
  246:25

─────────

M

made  31:17
  61:24
  62:12
  63:17
  103:17
  144:10
  147:12
  178:19
  184:23

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
Dr. Philip Adrian Ewell on 09/19/2024          Index: mail..Mcgill

199:12

mail 30:9,
  22 32:11,
  15,20

main 31:15
  35:6
  98:14,16
  245:18

maintain
  42:22
  101:16

maintains
  92:25

major 92:5

majority
  100:12

make 39:22
  72:6 81:15
  111:18
  115:4
  134:4
  150:1,21
  152:18
  157:14
  165:24
  169:20
  182:16
  229:7
  245:15
  251:6
  256:20

makes 87:16
  91:19
  127:16
  224:23

making 9:10
  49:1 60:11
  67:16
  89:21
  133:15
  166:21
  177:17
  183:18

male 56:14
  57:8
  59:15,19,
  21,23,24
  107:25

maleness
  56:5,6
  57:9,13
  107:23

males 251:25

man 63:2
  80:3
  84:21,25
  85:1,2
  212:24
  252:21
  254:15

Manabe 44:7

managing
  142:15

manifested
  55:13
  65:13
  66:25
  170:16
  248:9,10
  251:9

maqam 95:14

maqams
  95:15,16

Marc 18:3

March 224:6
  225:13

Marianne
  34:16 35:9
  36:10
  257:5

mark 14:23
  117:11
  166:19,24
  167:3
  178:22
  191:19
  205:17
  212:21
  226:19

marked 6:21,
  23 7:3
  117:19
  130:12,20
  159:1,8
  164:9,22
  179:14
  192:1,11
  205:22
  206:9
  226:21,25
  237:19

market 20:7

marking
  130:18
  179:8

180:15
  237:24

marks 61:17
  111:22

Marvin 25:20
  26:24
  27:4,5
  35:8

Mary 5:24

mass 246:25
  247:1

massacres
  247:1

massive
  222:3

master
  104:15

master's
  23:2

masters
  15:20
  72:16
  74:12

masterwork
  105:12

mater
  238:11,12

material
  253:11

matter 5:3
  78:4

Mcgill 77:13
  120:16

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
Dr. Philip Adrian Ewell on 09/19/2024      Index: meaning..MHTE

meaning   11:2
   37:6
   100:20
   131:16,18
   132:9,10
   175:7
   208:3
   219:20
   243:11,12,
   15

means   36:15
   49:17
   50:3,6
   77:10,15
   89:11 96:2
   135:7,25
   156:5
   157:5
   175:6
   203:8,9

meant   50:11,
   13,19
   135:4,23
   137:10
   175:3
   184:19
   194:2
   201:15
   232:24

media   5:2
   128:11
   141:2,4
   222:3,17
   230:14

meet   196:2,
   6 244:15

meeting
   39:10
   115:16
   197:7
   217:16

melodic
   105:19

member   23:8,
   11,12,13
   27:11 66:6
   138:23

members
   27:8,9
   28:19 29:8
   71:6
   242:23

membership
   23:10
   210:10

memorandum
   51:2

memory   10:25
   25:5 54:6
   120:2
   124:12,15
   137:5
   201:14
   204:25

men   56:1,21
   57:19,24
   58:16,25
   62:13
   107:22
   252:7,13
   253:2

255:1,4

mentee   233:6

mention
   63:24
   80:24
   88:18
   100:10,17
   174:12,14
   235:15,25
   242:12

mentioned
   23:17
   26:23
   27:7,24
   29:18
   43:22 67:9
   76:1 80:14
   81:2 82:10
   88:23
   90:24
   93:3,4
   101:25
   116:12,22
   120:15
   127:4
   142:5
   148:10
   158:12,14
   166:12
   167:25
   188:5,10
   191:14
   194:11
   233:7

mentioning
   78:15
   118:7

mentions
   39:8 99:25
   100:3
   101:11,17,
   22

mentor
   230:16

message
   185:11,18
   186:8,10
   189:12
   192:18
   202:23
   205:5
   214:8,19
   225:3,13
   227:18
   232:14

messages
   12:3 205:8
   214:12,15

met   13:16
   115:15
   116:2,25
   186:6
   190:14,19
   196:24
   239:24
   254:16

methods
   199:5

Metropolitan
   66:16
   67:11

MHTE   241:1,
   11,13,19,

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
Dr. Philip Adrian Ewell on 09/19/2024  Index: Michael..multi-volume

23

**Michael**  5:15
254:18

**Michigan**
32:9

**mid-december**
217:12

**middle**  26:15
87:10
91:10,18
95:15
171:11
193:22
198:10
229:24

**million**
96:21

**mind**  46:21
59:25
60:10
61:11
63:20 76:4
127:11
128:6
167:2
217:14
222:5,19
223:7
234:20
246:18

**mine**  230:16

**minimal**
187:14

**minor**  92:5
105:5,8,10

**minus**  28:23, 24 212:3,9

**minute**
155:10
174:7

**minutes**
29:14,17
30:20
31:17
64:14
143:25
144:1,4
254:4

**mirror**
250:4,6

**mis-**  187:13

**mischaracterizes**  62:2

**misquotation**
213:22

**misquote**
165:21
173:12

**misquoted**
166:6
171:5
173:16
187:13

**misreading**
213:20

**misrepresent**
255:2

**misrepresenting**  210:3,12

**misspeaking**
229:10

**misspoke**
232:24

**mistake**
134:5

**mistaken**
17:22
138:4
235:7

**misunderstand**
135:20

**misunderstood**
209:5

**mocked**
246:13

**model**  56:18

**moderated**
27:5

**Modest**  234:4

**moment**  6:25
27:10
117:8,14
191:21
222:3

**Monday**
211:25

**money**  59:5
69:1

**monitor**  5:7

**monograph**
48:23 49:1
68:21

80:25
135:12
139:21
140:4

**month**  24:23, 24

**months**
221:25
233:19

**morning**
203:22

**motion**
105:18

**mouths**  57:18

**move**  14:19
15:12
43:14 72:4
92:7
226:12

**moved**  15:22
120:15
239:19

**moves**  92:6

**moving**
158:17
252:11
253:16

**Mozart**  92:13

**MTO**  122:17

**multi-person**
25:24

**multi-volume**
233:23

music 14:23
15:19
16:1,4
17:9
19:17,25
23:5,12,
13,16,21,
24,25
24:2,5,9,
17 25:9,16
26:18
27:24 28:6
29:7
30:19,25
31:15
32:5,7
33:1,9,16,
19,21
34:5,6,18
35:2,10
36:15
39:1,10
42:11,16,
22 43:18,
21 44:1,5,
8,21 45:25
47:3,4,10,
15 48:16,
17 49:1,2,
7 50:14
51:6,24
53:6,10,20
54:12,19,
21,25
55:10,12,
14,15,19
56:1,15,
18,19

57:2,3,20,
25 58:1,10
63:19,22,
25 64:7,12
65:6,8,13
66:13
67:4,13,
15,20,24,
25 68:1,6,
9,11,16
69:15
70:18,22
71:10,12,
16 72:2,8,
20,22
73:6,9,21
74:19,23
75:25 76:7
77:3,13,
19,21
78:13,18
79:5,17
80:1,22
81:21
85:8,9,13,
15,17,19,
23 86:1,9,
11,14,17,
18,21 87:9
88:2,4,9,
12,25
89:6,7,11
90:11,14,
24 91:4,7
92:1,4,5,
6,9,10,14,
20,23
93:8,12,13

94:5 95:2,
3 96:1,5,
7,19,24
97:2,6,13
98:4
102:13,16,
19,20,22
103:7,9,24
104:12,23
105:3,21,
23 106:2,
18 107:2,
3,8 108:2
111:13
115:18
116:13,17
119:11,16
120:8
122:17,22
124:12,20
127:15,18
130:9,11,
21 131:1,
20 132:12,
18 138:24
142:12
146:11
157:21
158:7,8,
17,25
159:5
160:5,11
161:14
164:19,20
165:3,4
168:3,9,
10,23
169:3,11,

23 170:19
178:2
182:15
186:3
190:25
195:2
201:10,24
210:4,7
232:15
233:24
234:1,2,4,
5 241:15
245:2,6,13
246:3,19
247:8,19
248:2,9,19
249:20
250:15
251:9,18,
22 252:1,
11 255:5
258:10

musical
16:11
73:11
90:15
106:5

musicians
73:12

Musicological
23:6 29:3

musicology
89:13,16
252:19

musics 93:12
95:5

musikwissensch aft  89:10

---

**N**

---

naive  208:22

named  115:11
182:6
187:22,24
238:2

names  26:25
92:11

Naperville
20:2

national
131:18
132:11
133:10

naturalization
60:25
168:13,16
169:10,22

naturalized
61:2

nature  9:8
59:9 60:24
107:11
128:9
129:8
163:20

necessaries
15:10

necessarily
13:2 63:14
100:11

necessit-
15:10

needed  18:9
27:10
69:5,6
154:6
235:4
257:10

negative
101:12

Neumeyer
53:8

nice  168:18
176:8
191:1
217:10
244:15

Nineteen
233:2

Nineteenth
100:22

nod  9:15

nods  9:19

non-white
65:17
81:10
170:16

non-whiteness
56:25

nonsensical
169:21

Noriko  44:7

normal  9:14,

16 110:12
155:18

North  6:4,7
20:3 69:9,
11 76:7,24
77:2 115:6
116:10
118:14
120:13
142:6,14
147:22
149:22
151:3
152:14,15,
25 153:13,
25 161:20
162:25
179:13
180:1
181:8
187:21
188:25
191:5
194:16
195:13
196:15
199:10
233:21

Northern
18:2

Norway
249:18,25

Norwegian
250:5

note  95:24
225:24

239:10

notes  117:25
165:23
166:21
167:7

notice  7:7

notion  108:3
113:10
143:23

November
24:22
25:1,2
26:17
31:11
147:22
201:25
208:12
209:9
211:25
213:11,18
216:15
217:5
221:15
229:2

Nu  94:17

number  5:2,5
6:21,24
28:20
38:17
130:18
161:1,9,
11,21
162:17,20
164:10
199:17
207:3

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
Dr. Philip Adrian Ewell on 09/19/2024      Index: numbered..order

208:8
216:22
226:21
229:23,24
237:25
243:5

numbered
160:17

numbers
180:19,21
181:2
251:15,16

numeral
224:16

numerous
131:16
132:8

nursing
22:22

nutshell
248:4

O

oath  11:3

Oberlin  51:6

object  13:11
166:5
236:3

objection
151:11
165:24
187:15

objectionable
187:10,11

objections
241:25

obligated
11:5

Occasionally
234:21

occurred
216:19

occurs
246:25

October
18:23

octopus
117:17

offer  242:19

offered
16:16

offers  16:6

official
33:12

oftenness
94:6

Ohio  63:1

oldest  65:15

one-page
191:25
192:6

online  30:2,
4,7,13
31:8,10,12
33:16,19,
21 35:23
43:18,21

44:2,19
45:25
47:4,11
48:17 49:7
50:14 53:6
68:7 79:17
81:21 85:8
88:2 98:7,
22 99:1,
13,14
100:1
101:7,12
102:5
108:3
111:13,24
117:24
124:12
127:18
130:12,21
159:7
178:3
192:11

open  30:13
128:9
129:8
157:20,25
158:3,6,9
163:3
164:1
210:5
248:17
253:2

openly
223:16

opera  66:16,
17 67:11

opinion
85:21
129:15,17
140:25
151:13,14
152:7,10
221:24

opinions
141:5,8
209:15,16
228:23
242:16
253:18

opportunity
10:16 41:3
195:22

oppose  84:8

opposing
204:10

opposite
235:1

oral  43:8

orchestra
65:16,18,
23 66:6,9
71:7

orchestras
67:1 71:5,
24

order  16:23
27:11 57:4
108:11
113:18
151:9
168:16

231:5
259:2

**ordered**
150:3

**ordering**
108:4
113:11
161:4

**ordinary**
46:13
149:9,13

**organization**
23:15

**organizations**
23:4
240:21

**organized**
32:14,16

**organizing**
32:20

**origin**
121:18

**original**
44:20,24
45:10
60:21,22
69:17
99:8,13
101:7
136:18
161:6

**originally**
19:12
44:13 97:7

145:12
164:12

**originals**
101:10

**Oslo** 249:20

**Oster** 88:19

**Oswald** 88:18
245:24

**other's**
121:4,10,
22

**outline**
48:23

**outlined**
50:22

**outlines**
154:6

**outlook**
108:6
113:13

**outward-facing**
196:20

**owned** 58:25

**owners** 62:13
65:9

---
**P**
---

**p.m.** 114:25
130:7
200:6
217:6
237:16
244:3

259:6

**pack** 117:24
159:8
192:12

**package**
34:23

**packet**
164:13
199:17
207:23

**pages** 8:7
46:13
99:12,18,
21,23
100:4
101:17,23
125:11
228:3

**Painter**
5:18,19
7:9 39:13
40:8,11,
15,18,21
43:1 62:1,
5 64:10
69:25
75:1,4,6,
12 111:5,
12,18
112:4,6,9,
12,16,24
113:4
151:11,19
152:1,6
155:14,20,
24 156:3,6

159:12,16,
21 166:22
167:3,9,
13,18
170:5,8
185:5
193:22
210:22
222:6,10
256:4
258:11

**Panama-colombia**
69:12

**pandemic**
172:8

**panel** 27:16
119:11
147:7,16,
21 148:4
153:1,7,10
179:12,25
181:14
188:6,11
191:4
204:16
211:20
218:8
226:25
227:13,20
237:4

**panel's**
148:8

**panic** 96:16

**paper** 28:7
33:21 34:1

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
Dr. Philip Adrian Ewell on 09/19/2024     Index: paper's..Peabody

38:24
43:16,20
44:16,20
47:8
124:19
125:15,22
145:21
146:2
165:25
166:6
208:18
209:1,4
217:25
257:2,4,5
259:2

**paper's**
212:20

**papers**  33:18
38:4,7
44:11,15
45:3
125:22
138:3,11
140:12
144:24
162:12
182:24
183:5,18
186:8,22
187:11
221:7
223:4
231:9

**paragraph**
125:8
132:16
171:13

212:19
213:5
228:11
230:1
243:6,7

**paragraphs**
125:9

**parallels**
88:13

**paren**  228:9

**part**  10:6
17:4
22:11,13,
14 23:16,
20 25:23
45:16
60:20,22
66:5 67:25
68:1 74:8
78:9 80:5,
19 81:12,
13 92:20
105:22
112:10
136:18
140:21
144:21
145:14
148:18
154:9
157:14
162:12
168:24
169:4
170:24
175:22
195:16

201:6
230:12,13
231:21
245:4
250:14,16

**partial**  9:19

**participate**
143:9,15
172:24
174:23
178:13
183:10
184:8,22
185:2
186:14

**participated**
175:16

**participation**
141:16
228:14

**particulars**
152:22

**partly**
230:15

**parts**  62:19
95:11
105:23
181:11

**party**  145:20

**pass**  35:7
254:5
255:24

**passed**
136:15

**past**  42:23
44:6 56:16
74:1 85:17
86:14
156:8
224:16
248:16
249:16

**patriarchal**
66:1
248:16
251:8

**patriarchy**
57:13,15
58:6,8
61:11
65:25
84:22 85:3
248:7
255:6

**Patricia**
30:12,17,
18 31:25
32:3

**Paul**  72:25
73:24

**pay**  21:8
216:1

**PDF**  12:19
13:24 14:7
38:22
189:7
257:7,11,
22 259:3

**Peabody**  73:1

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
Dr. Philip Adrian Ewell on 09/19/2024          Index: peace..personal

peace   19:1

pedagogy
  190:16,25

peer   36:1,
  5,15,17
  37:12,23
  38:13,18,
  21,24
  42:8,13,
  17,23
  46:16 53:1
  122:11,20,
  23 123:1
  124:13,15,
  21 125:16
  126:11,19
  127:9,13
  148:14,16,
  23 176:25
  235:21
  242:3
  256:7
  258:7,9

pen   166:17

people   16:14
  18:17
  25:18
  27:3,7
  30:9,21
  47:25
  49:13
  56:6,11,13
  57:24
  58:9,20
  60:7
  67:12,23
  73:6 83:19

96:17,21,
  22 98:24
  101:14
  108:9
  110:20
  113:16
  114:5
  117:10
  129:20
  130:19
  132:19
  145:13
  159:7
  164:11
  168:25
  169:1
  176:20
  177:5
  184:13,18
  189:6
  190:20
  191:8
  192:11
  197:10
  217:25
  219:25
  236:6,19
  239:23
  248:13,23
  249:4,10
  250:7,22,
  25 251:17
  255:22
  257:14
  258:3

people's
  67:21

peoples
  93:11

per-   16:13

percent
  56:19
  210:9
  249:5,6,7
  251:17
  256:23

percentage
  249:1,2

perfect
  10:17
  52:21

perfectly
  9:16
  110:12
  155:18
  156:22
  246:17,18

performance
  16:14

performance-
oriented
  17:1

performances
  55:17

performed
  66:18

performing
  67:10
  71:23

period   92:15
  97:8 124:1

157:11
  246:23

Perry   47:14,
  15 48:19
  49:7 53:7

person   41:14
  56:13 60:1
  61:5
  65:17,23
  76:13
  81:5,9,10
  83:13
  115:16
  144:5
  145:12
  149:10
  162:3
  172:10
  178:15
  183:19
  190:19
  196:24,25
  197:4,8
  233:22
  235:20
  244:16
  245:20,23
  247:8
  248:20
  257:18

personal
  11:24
  37:6,8
  41:22
  62:20 82:9
  242:20
  253:10,17,

19

**personally**
63:6 69:13
77:22
153:24
175:15
230:24
231:19

**perspective**
56:4

**pertaining**
12:4

**Petersburg**
15:25
16:18
17:11,14
18:15,21
19:9

**petition**
236:13

**Ph.d.**  16:1,7
17:9 19:17
248:19

**phase**  49:24
224:13

**phenomenon**
97:19

**Phil**  196:3
231:5
250:22

**Philadelphia**
58:20

**philharmonic**
65:14

66:4,15,25
67:10
71:5,23

**Philip**  5:3,
19 6:9 7:2
119:15
130:11
174:2,4,8
184:1,2
191:9
207:6
237:18
258:18

**phone**  14:25
51:8
176:21

**phrase**
198:18

**phraseology**
78:1

**phrenologists**
67:22

**phrenology**
114:14

**physical**
189:10

**physically**
239:24

**physics**
94:15,17

**picking**
101:22

**picture**
254:17

**piece**  105:3,
4,10 106:5
116:8
257:2,5

**pieces**  55:17
177:12

**Pimp**  44:2
45:6,23

**pitches**
93:14

**pivot**  120:19

**place**  15:3
25:6
145:19
154:15
195:7

**places**  41:20
214:21

**plaintiff**
5:17

**Plaintiff's**
7:1 117:18
130:8
158:24
164:17
179:10
191:24
205:20
226:23
237:17

**plan**  171:16
172:17

**planet**  57:25
93:12

96:22

**planned**
194:12,19,
20,23
203:2,18

**planning**
194:15

**platform**
242:22

**plausible**
222:21,23

**play**  65:17
66:3

**played**
232:21

**player**  66:4

**playing**  71:6
192:22

**pleasure**
254:7

**plenary**
24:5,8
25:12,24
26:17
27:5,18
29:16
33:18,20,
23 34:3,4,
21 35:2,
10,25 36:8
38:25
39:2,9
42:7 43:3,
8,17 79:9

TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.
Dr. Philip Adrian Ewell on 09/19/2024   Index: poignant..preliminary

84:15
122:14,22
137:2
139:16
142:20
144:3,12
145:22
146:3,8,9,
18  174:8
177:7
187:17,18
201:5,9,25
224:23
256:9,11,
14,15,19
257:12,21,
25  258:8,9

**poignant**
246:15

**point**  19:19
25:19,23
28:23
30:8,11
35:24 48:6
54:18 63:2
66:2 81:2
122:19
134:6
136:22
142:24
156:23
162:20
177:6
198:23
213:19
214:1
215:6

231:10
245:18
253:8

**pointing**
83:11
156:19
249:23

**points**
147:11
155:6
158:15
161:12
162:1,5,9
165:12
177:16
221:22
235:24

**policies**
160:5
163:5

**policy**
160:10
161:1,9
163:13,23
164:3,5

**political**
108:11
113:18

**popular**
246:7

**portion**
29:16

**portions**
179:2

**position**

20:9
196:2,12
240:17
253:22

**positions**
21:15
71:23

**positive**
47:13 49:4
67:17

**positively**
108:19

**possession**
39:16,17,
24  40:16

**possibly**
67:23
149:7

**post**  175:24
194:10
198:10
205:3,19,
21  209:8

**post-soviet**
18:11

**posted**
204:21
205:2

**posting**
209:24

**postings**
198:21

**posts**  51:14,
16  205:11

**potential**
95:9
161:13

**potentially**
96:20
129:6
188:16

**Powell**
254:18

**power**  69:1
92:25 93:1
197:25
231:19
251:18

**practice**
97:24
190:17

**praising**
250:23

**pre-**  121:9

**pre-tenure**
235:7
236:5,6

**precisely**
9:12

**prefaced**
151:16

**prefer**  84:4
157:16
187:7

**preferred**
183:13,15

**preliminary**
15:10

preparation
  14:2 40:23

prepare
  11:22
  13:15

presence   9:9

present
  15:16 21:3
  27:13
  57:21
  86:17
  125:3
  226:7

presentation
  43:17
  120:24
  142:19
  207:7
  253:18

presentations
  201:9

presented
  28:15
  38:25 43:8
  49:13
  226:24
  227:12
  253:12
  254:19

presenting
  204:18

presents
  56:13

president
  32:4

241:2,10,
11

presidents
  241:10

press   118:14
  149:22
  152:16
  224:11
  225:10

Press'   154:1

pressure
  193:19
  196:19
  251:4

pressured
  204:8,9
  221:6

pressures
  253:21

presume
  145:10
  191:7
  199:2
  205:10
  221:19
  231:20
  236:20

presumed
  188:15

presuming
  197:21

pretty   21:12
  25:3
  65:10,11

75:4
116:23
123:6
197:24
246:5
247:18

prevailed
  53:21

prevent
  143:8
  236:17

prevented
  143:14

previous
  203:6
  205:25
  219:1

pried   191:10

primary   97:6

Primer
  119:17

principle
  161:8,21
  162:17

principles
  160:14

print   34:7
  35:14,15,
  19 43:7

printed   34:2
  192:15

printout
  158:25
  159:4

192:6

prior   131:15
  196:16

priori
  105:11

private
  97:1,3

privilege
  59:15,17

privileged
  12:24 13:3
  14:18

privileges
  55:4,10,21
  57:6 64:19
  84:21 85:3

privy   34:25
  152:24

pro-ewell
  221:6

pro-white
  90:13
  107:8

prob-   149:11

problematic
  212:25
  213:2

problems
  249:16
  251:21

process
  34:13
  42:13 47:9

48:15
58:13
120:4
125:21,24
126:3
139:24
154:3
157:14
256:13
258:7

processes
122:11

produce   95:7

produced
14:6,12
39:18
40:22
180:22
181:8

production
224:14
232:13,16

profession
160:15

professional
12:1 16:4
19:20 20:4
23:4 31:18
52:15
151:8,18
152:13
177:21
199:11
215:9

professor

6:14 19:25
20:3,19,24
32:6,7
34:18 44:8
47:15 48:7
50:6 51:7
53:10
75:22
77:12
115:5,8,10
116:12
118:3
123:25
130:17
142:11
144:18
152:12
153:19
155:3
159:11,24
164:16,18,
24 165:2
180:14
185:12
200:10
237:24
248:25
252:19

professors
83:3
123:23
142:5
147:7
248:24
249:3,8
251:15

professorship

20:5 21:6

profile
254:17

program
15:21,23
17:20,22
25:14,18
26:23,25
28:16
72:21
74:11 76:7

programs
16:2,6,7
71:12
72:2,9
74:22,23

progression
92:8

progressions
96:3

project
233:19

prolific
98:11

prominent
216:22

promise
226:9

promoted
20:16,20,
23

promotes
160:13

promoting
92:21

promotion
20:19

promulgated
163:6

pronounce
121:12

pronounced
22:3
225:14

proper
145:24
146:6,7

properly
41:23

propertied
58:25

proposal
124:19

propped
57:21

prospective
203:8

protect
207:8

prove   73:12

proved   67:22

provided
152:7
211:19

provision
62:6

TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.
Dr. Philip Adrian Ewell on 09/19/2024   Index: pseudoscientific..put

pseudoscientif
ic  246:11

pub-  150:4

public  151:3

publically
  111:23

publication
  34:6 36:2
  37:13
  38:14
  41:18 47:9
  49:15
  125:7
  126:4
  139:21
  141:25
  146:15,24
  147:4
  148:24
  149:15
  150:4,10,
  12,13
  151:9,10
  161:4,5,7
  162:15
  175:20
  177:3,11
  181:16
  195:18
  203:8,11
  204:11
  209:12
  221:14
  224:24
  235:17,19
  236:14
  240:1

242:2,23
253:12
257:22

publications
  33:13 42:7
  51:3
  53:16,19
  126:23
  129:22

publish
  34:20
  51:23
  134:15
  141:13,19
  218:12,13
  220:15
  221:6

published
  28:4 32:24
  33:8,18,20
  34:5,8
  35:3,10
  36:1 43:5,
  17,21
  45:7,8,19,
  24 47:3
  49:19
  50:13,17
  53:25
  57:20
  79:16
  111:15
  116:9
  125:11,16
  126:15,18
  127:9,17
  130:11

134:13,18
135:10,22
136:8,13
137:10,17
139:2
140:8
147:21
149:21
150:5,6
153:10,17,
25 157:22
177:5
178:7
201:10,15,
23 210:5
220:23
223:1
242:21
254:18
258:1,2,5

publishing
  34:13
  48:16
  118:7
  119:7
  120:4
  125:21
  134:24
  142:3
  150:4
  152:16
  198:25
  220:19

pulled  44:17
  45:13

purpose
  10:10 41:6

68:17
70:18
200:13

purposes
  9:17 39:23
  40:4
  237:25
  252:10

pushback
  198:24

pushed
  53:13,15
  245:11

put  8:22
  12:19
  13:24
  31:21 48:3
  55:14,25
  56:20
  57:18 58:2
  85:10
  90:16
  95:24
  128:25
  138:18
  139:13
  142:7
  143:6
  144:4
  147:8
  155:4
  156:5
  157:20
  231:12
  242:10,11
  247:14
  248:22

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
Dr. Philip Adrian Ewell on 09/19/2024                Index: putting..quotes

257:10

putting
38:21
86:19
120:20
233:23
247:4

_____

Q
_____

Q&as   146:11

qualify
128:6
215:3

qualms
213:17

Quartet   18:4

Queens   15:21

question
8:13,21
9:20,22,24
10:4,11
11:9,10,
12,15,17
26:16
38:10 40:9
42:14
52:11,22
56:22
57:10
59:12
60:18 62:8
63:16
64:22 65:5
66:10,23
67:3,4

68:3 69:18
70:15
71:11,14
72:4 73:17
74:16,20
78:13
80:4,15
88:20 90:5
91:8,23
102:25
103:2,5
106:18,22
109:6,12,
13,16
113:6
114:17
127:23
132:22,23
135:5,16,
20,24
137:9,15,
18 146:5
149:6
151:17
153:22
155:13,18
156:11
158:2
161:6
162:14
163:18
168:11
170:8
185:12
190:6
199:23
205:24
209:22

210:23,24
211:2,4,8,
10 218:5
222:14
242:11
247:10,13,
21,23,25
248:17,18
252:3
254:22
256:6

questioning
76:4

questions
6:20 8:5,9
10:19 12:4
13:9 15:13
44:23 54:4
75:24
77:18
126:14
133:16
143:5,7
151:22
166:3
176:6,7
200:11
205:25
226:10,16
227:9
231:6,14
234:16
243:20
244:8
252:16
253:6
254:13,25

258:12,14

quick   138:6

Quimby   5:24

quotation
111:22
112:1,7,14
113:9
131:22

quotations
140:17
165:25
167:25

quote   55:6
57:5
108:2,17,
19 110:25
112:21
116:23
129:10
131:9,12,
15 132:5
153:1
168:2,5,21
171:12
179:24
193:18
222:4,19

quoted
108:16
109:8
110:11
112:21
172:23

quotes
139:14
165:13

166:14

**quoting**
108:18
132:25

---

**R**

---

**R&r** 50:3

**rabbit** 157:4
249:17
250:11

**race** 44:6
57:14
65:11
100:1,6,
10,11,12,
14,19,21,
23 101:2,
11,25
135:11
246:2,25
247:1,17
248:1
255:5

**races** 56:24
114:15

**Rachel**
237:19
238:2,8,
21,23
239:11,19,
24 241:11
243:10

**racial** 24:9,
17 27:25
28:6 33:2

44:22 47:5
48:16
54:11,13,
17,20,24
55:3,9
64:7,11,18
65:6,7
66:23
67:5,7,22
68:7,16
70:16,17,
22 71:18
72:7,22
74:16
77:19,21,
25 78:7,
11,13,17
79:5,19
80:1 88:4,
9 90:2,10,
18 107:9
127:15
130:10
131:2,18
132:10
133:10
168:3,24
169:11,23
245:10,13
246:8
247:9
249:15,16
251:19

**racialized**
56:3 57:2

**racially**
92:22

**racism** 77:11
84:3 85:17
135:11
164:19
165:3
243:3,11,
13 246:8
249:24

**racist**
76:17,20,
21 77:16
83:18,21
85:16
134:24,25
135:3,6,
10,11,15,
17,19,23,
25 136:3
208:21
209:6,25
213:2,21
222:18
246:12,21,
23 251:1

**racist,'**
168:9

**Radical**
62:21 63:1

**ragas** 95:13

**raise** 154:14
164:2,4
176:2,9,13
187:15

**raised**
158:15
164:1

221:22

**raises** 21:8

**raising**
163:22

**ran** 115:19

**rank** 21:4
197:19

**rare** 83:13

**rarely**
205:11

**Rasse** 100:10

**Raz** 233:22

**re-notice**
7:2,15
8:15,19

**reach**
145:11,15
157:13
235:13
242:3

**reached**
175:15,19
177:9
252:13

**read** 36:8
55:16 99:5
106:15
110:5
113:21
119:18
121:4,10,
22 131:9
132:20
133:1

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
Dr. Philip Adrian Ewell on 09/19/2024 Index: reading..reconstruction

139:1,5,7,
13 140:8,
12 141:1,
14 147:6,
9,13,16
148:7
152:25
157:12
161:15,22
165:6
166:1,8,9
168:19
169:6
171:16,18
172:16,24
173:1,11,
13 174:16
175:11
177:10
179:1
181:25
185:20
194:13
198:15
201:11
203:12
205:1,3,11
206:13
207:14
208:23
211:3,6
216:25
217:18
219:22
220:16
221:21
224:25
226:1

230:17
232:18
242:7
257:3,12,
21

**reading**
78:10
101:5,6
194:7,10
205:13
206:2
225:24
252:24

**realize**   56:4
57:15

**realizing**
56:21

**reason**
42:10,15,
19 73:14
80:9,19
89:6
99:20,22
102:22
125:20
141:17
149:6
165:20
171:4
178:11,14,
18 186:7
197:8
226:3
231:18
235:3
236:2
245:16

253:10,14

**reasonable**
101:5
156:22
221:18
223:12

**rebuttals**
171:16
172:16

**rec-**   163:8

**recall**
37:16,19,
22 38:18
101:13,15
115:15
120:6,22
122:5,22
126:3,8,12
127:12
135:8
136:20
148:2
163:10
164:4
165:23
172:2,9
191:13
204:23
214:17,22
215:7,11
218:1
242:5

**receive**
182:20
183:9
184:6

**received**
8:12 16:17
25:9,11
30:1 46:22
84:16
144:24
182:17
184:7,11,
14,21
185:2
186:11

**recess**   26:8
75:17
114:24
130:6
200:5
237:15
244:2

**recognize**
8:14
182:11
238:4

**recoll-**
159:16

**recollection**
37:11
113:20
125:17
158:5
188:2,20
194:4
236:15
240:25

**recommendation**
49:16

**reconstruction**

62:24

**record** 9:2,
11,18
11:21 12:9
13:8 16:9
21:21
26:3,7,11
35:12
36:14
39:6,15,
20,22 40:7
41:2 49:12
63:3 75:7,
11,20 87:5
91:2,13,
17,25
104:11
111:2
112:19
114:20,23
115:2,13,
25 117:5,
9,22 125:6
130:3,5,
15,18,23
131:10
133:1
134:5
145:5
147:20
155:5,13
156:5
159:4
164:9,13
165:1
167:8,16
178:23
179:8

180:23
181:12,20
182:13
191:20
198:16
200:2,4,8
205:18
226:20
237:12,14,
22,25
239:5
241:14
243:22
244:1,5,17
255:18
258:24

**recorded**
165:22

**recording**
257:1

**records**
38:7,13
39:16,17
41:22,23
42:23
204:15

**recouple**
132:17

**recoupling**
133:5

**REDIRECT**
254:10

**refer** 46:7
72:24,25
105:4
199:16

**reference**
163:23

**referenced**
209:11

**referred**
21:22
118:9

**referred-to**
211:5

**referring**
24:2 60:4,
15 111:7
118:25
119:12
121:11,24
155:21,25
171:20
181:1
194:18
196:23
208:18,25
239:7

**reflect** 12:9

**reformed**
85:8

**Reframing**
25:16

**refuse** 70:13

**regard** 104:4
107:23
213:6

**regional**
23:22

**regret** 230:8

**regrets**
232:19

**regular**
233:12,14

**relate**
247:15

**related**
42:17
106:13,16
161:14
169:23
228:25

**relationship**
103:22
104:1
107:10
110:18
114:2,12
136:7,21
245:1

**relationships**
200:15

**relaxation**
50:4

**relevant**
12:17 48:7
165:10

**relied** 107:2

**relying**
101:7,9

**remarkable**
224:24

**remember**
24:19

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
Dr. Philip Adrian Ewell on 09/19/2024  Index: remembered..residing

25:19
26:25
36:12
42:4,6
44:6 46:24
64:22
115:16
122:10
123:11
138:16
147:19,25
148:20
159:17
163:5,8,22
165:15
187:12
188:7
189:11,21
191:16
192:18
204:20
206:2
214:11
218:7,14,
16 238:6

**remembered**
120:1
235:24

**remembers**
112:20

**remind**  178:4

**remote**
130:19
215:4

**remotely**
244:16

**remove**  30:20

**removed**
30:6,8

**Renaldo**  6:5

**repeat**  38:10
42:14 49:3
55:8 69:17
77:14
78:12
103:13
222:14

**repeatedly**
184:23

**repertoire**
55:18,23,
24

**rephrase**
61:21 83:7
91:23
135:20

**replication**
43:13

**replied**
153:6

**reply**  153:6

**replying**
189:17

**report**
147:17
148:8
153:1,7,
10,16
174:15
218:8

231:24

**reporter**
5:9,13
6:25 7:8
9:1 26:1
46:4 63:10
117:6,8,
14,17
177:24
191:21
192:3
211:6
259:4

**reports**
174:17

**repository**
98:22,23

**represent**
7:15 96:19
165:1
179:21
224:8

**representative**
100:4

**represented**
92:14
227:7

**representing**
229:17
237:3

**represents**
107:7
183:25

**reproduce**
257:7

**Republican**
62:21 63:2

**republication**
258:8

**republish**
256:16

**republished**
256:15

**reputation**
41:16

**request**
38:17 39:6
247:23

**requested**
12:12,18
38:16

**requests**
46:5 63:11
177:25
217:16

**requires**
10:5

**reread**
110:23
112:25
113:9
201:20

**research**
43:16

**reserve**
255:25

**residing**
6:10

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
Dr. Philip Adrian Ewell on 09/19/2024    Index: respect..reviewing

respect
  12:11
  104:1
  161:12
  162:4,8
  175:23
  234:18

respond
  139:9
  143:24
  144:15
  154:11
  162:11
  184:15,18

responded
  143:7
  154:5
  176:4
  184:19
  231:13
  255:13

respondent
  145:8
  225:22

responding
  36:12
  37:19
  46:24
  144:6
  145:13
  162:3
  176:20

response
  8:18 14:6,
  13 32:12
  43:25

44:20,25
153:9,17
162:3
174:7
175:25
192:25
194:11
195:23,25
217:4,9,12
225:24
230:10
254:24
255:16

responses
137:2
139:13,14,
15 140:8
141:1
143:6
144:4,7,11
176:6
183:21
198:12
203:10
216:21
220:12,15,
19,22
221:19
229:1
230:10
231:3,8

responsibility
207:8

responsible
58:8,11
178:12,19
216:21

responsive
  39:5,25
  40:9,13

rest  50:4
  97:19

resubmit
  49:10
  50:3,20,25
  53:4 80:17
  82:2

result
  198:12
  251:14,19

resulted
  27:17

retired  51:4
  53:10 78:2

retrievable
  190:2

retrospect
  230:3,8

return  17:10
  63:19

returning
  65:5

review  36:2,
  5,15,17,
  24,25
  37:4,12,15
  38:13,18,
  21,24
  41:4,18
  42:13,17
  122:21

123:2
124:21
126:3,11,
19 127:2,3
148:14,16,
23 159:23
183:2
208:6
226:24
227:12,19
235:21
242:3
256:7
258:7

reviewed
42:8
46:16,22
53:1
122:11,23
124:13,24
125:16
127:9,13
176:25
258:9

reviewer
123:6,7

reviewer's
37:17,20

reviewers
36:12
37:1,8
46:18

reviewers'
46:22,25

reviewing
192:5

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
Dr. Philip Adrian Ewell on 09/19/2024    Index: reviews..Schenker's

reviews
  37:23
  42:23
  47:12 49:4
  80:16
  124:16

revise  49:10
  50:20,25
  53:4 80:17
  82:2 83:25

revise-and-
resubmit
  49:16

revised  50:2

revision
  80:16

revisions
  49:5,18
  50:9,16,24
  54:1 80:17

rewrote
  45:16

Rezvoi  234:5

rich  96:19

Richard  5:18
  7:5 156:10
  166:21
  177:12
  179:7
  221:1

Richmond
  228:5,6
  230:7

rid  85:5

97:3

Riemann
  97:15 98:2

right-hand
  192:14

rigorous
  255:15

road  9:12
  16:3

role  63:22,
  25 180:2
  187:20
  190:9
  229:14
  232:20,22

room  8:4

rooted  54:22
  58:4

roughly
  22:18
  56:10
  68:23
  92:14,18
  144:3
  194:21
  249:6

routine  73:5

rubric
  174:10

rulebook
  59:1,8

rules  9:12
  51:14,23,
  25 52:7,13

53:23
58:17
81:24
160:7
176:20

running
  100:19

Russia  15:24
  18:7,8
  36:24

Russian
  18:16
  116:16
  119:11,16
  120:8
  121:16,17
  195:2
  234:1,5

Russianist
  77:7 195:3
  232:3

_____

        S

sake  125:5

Salzer  88:18

Sanford
  65:20

Satz  98:15

save  253:7

scale  105:20

scare  139:14

scenes  58:14
  80:7 96:17

152:23

Schenker
  86:25
  87:2,4,7,
  23 88:3
  90:2,6,9,
  16 97:5,18
  98:3,7,13,
  21 99:14,
  25 101:6,
  12,25
  102:4
  104:2,6
  105:13
  106:22
  108:5,14
  113:12
  131:17
  132:9
  133:13
  143:25
  144:2,3
  208:18
  212:24
  245:9,13,
  17,18,19
  246:1,6,11
  247:3,7
  251:22

Schenker's
  99:4,13
  101:12
  102:7,13,
  17 106:18
  107:3,20
  114:2,13
  131:18

TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.
Dr. Philip Adrian Ewell on 09/19/2024   Index: Schenkerian..sense

132:10,17
133:11
212:20
245:2
251:20

Schenkerian
133:20,25
134:7,16,
23 135:9,
19 136:7
137:11
140:3
141:13,18
142:2
143:10
146:16
147:3
148:4
149:4,17,
21 150:6
152:16
154:1,17,
21 157:23
158:13
162:7,16,
23 163:4,
24 171:22
173:8,9,
10,17,19
175:11
178:7
180:2
182:23
183:10,22
184:23
185:3,7
188:16
189:3

190:12,22
191:14
193:4
195:18
198:4
199:6
207:9
209:12
210:6,20
211:11
213:4
227:15
231:21
233:20
242:1

Schenkerians
216:22
217:14

Schichte
104:22

scholar
108:15
128:7
129:18

scholars
65:11
78:23
88:21
160:21
247:17
248:2

scholarship
78:24
110:13
161:13
196:20

234:10
246:2

school   22:22
67:13 77:3
82:23
111:12
199:12
232:15
252:13

schools   76:2

science
89:11

scope   28:25
29:7

Scots   58:22

script
257:15

scripted
257:20

scrutiny
183:20
186:19

search   38:6,
12 168:13
214:14

searched
102:1,4
214:12

Seashore
73:9

seat   252:7

Sebastian
92:12

section
131:5
234:4

Seegal
177:13

Segall
116:12
120:20
121:21
125:23

Segall's
123:17

segregation
246:8

segregationism
251:19

select   58:2

selected
25:12
26:16

selecting
27:16
58:9,12

selection
58:13

selective
179:2

sending
30:21
238:6

sense   29:2,9
52:19
55:22
90:11

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
Dr. Philip Adrian Ewell on 09/19/2024          Index: sentence..single

125:1,15
127:16
154:2
157:13
161:25
162:18,19
177:8
245:12

sentence
132:3,16
193:12
194:6
201:3
203:7
207:5
208:16
228:17,21
231:1

sentences
194:5

separate
34:3 47:2

Separately
142:17

September
5:6

sequentially
29:21

series
119:12
180:23

service 66:4

serving
123:19

session
25:15,24
27:6
29:16,23
30:12
31:23 43:3
84:15
116:15
122:6
144:3
187:17,19
201:5

sessions
42:8

set 258:4

sets 127:5

settings
73:22

sevens
223:22

seventies
252:20

severed
132:17
133:6

sexist 251:1

shift 96:11

short 29:1
63:14
75:23
91:10
116:10
126:20
247:10

shortly
147:18

show 251:6

showed
210:13

shown 28:11
47:23
231:23

shows 112:19

Shut 66:19

sic 57:18
133:19
201:21
242:22

side 8:24
99:7,8,9

sided 82:24

sign 128:5

signatories
158:9,10
210:8

signed
202:10
218:23
236:19,25

significant
100:7
101:18,20,
21 193:19
234:6,9

signing
236:18

silence

198:13,19
199:3,4
225:5

silent
117:15

silly 252:3

similar
83:4,6
169:9
247:14

simple 96:11
102:22
105:18
151:25
168:13

simpler
222:2

simplest
222:16

simply 10:15
14:24 15:2
66:2
107:18
143:5
151:14
157:14
176:5
181:15
230:10
250:11

sincerely
198:13
242:23

single 36:23
209:18,19

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024** Index: singly-anonymous..solely

singly-
anonymous
  36:25

singly-blind
  36:18

sir  191:22

sit  42:3
  148:22
  204:25

situation
  149:12
  193:10
  248:22

skimmed
  207:1

skin  100:22

skip  161:11
  171:8
  194:5
  202:1
  207:2
  216:12
  217:3
  223:20
  224:16
  228:3
  229:19

slaughtered
  246:24

slave  60:20
  62:13 65:9
  69:1

slaves  59:1

slide  256:19

slides
  142:19,24

slightly
  85:18
  97:16
  205:14
  212:24
  255:3

slot  28:17

Slottow
  142:9,18
  144:18
  188:10
  202:15
  220:2
  231:24

smack  229:24

small  116:10
  198:6
  249:17

SMT  24:1,25
  27:8 28:19
  30:16
  81:17
  84:15
  119:11,25
  138:17,20,
  24 142:20
  144:24
  158:20
  159:8
  160:10
  161:9
  162:21
  163:3,12,
  22 183:5

186:2
201:5
207:6
208:18
209:1,18
222:17
224:23
236:20

SMT-ANNOUNCE
  186:9

Smt-announce@
societymusicth
eory.org.
  182:10

Snyder
  252:17

so-called
  56:15
  105:3
  153:6
  193:15
  204:16
  211:20
  218:7
  227:12
  237:4

social  22:23
  128:11
  141:2,4
  222:3,17
  230:14

societies
  23:4 29:2
  52:12,15
  160:4

society
  23:5,6,12,
  13,16,20,
  22,24
  24:2,5
  25:9 26:18
  29:4,7
  30:19,25
  31:15 32:5
  33:8 34:6
  35:2 39:1,
  9 42:11,
  16,22
  51:24 52:6
  53:20 56:7
  66:13
  115:18
  124:19
  138:24
  157:21
  158:7,17,
  25 159:5
  160:4,11
  186:3
  210:4,7
  250:17

sociological
  54:18

sociologist
  54:14 78:3

sociologists
  248:1

sole  181:4
  224:21

solely
  178:12

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
Dr. Philip Adrian Ewell on 09/19/2024      Index: solicit..standards

227:13

solicit
  122:1
  216:21
  223:4,5

solicitation
  122:4

Somali  250:8

son  172:14

sort  202:4
  225:4

sorts  175:25

sought
  214:3,6

sound  93:16,
  17,18,21
  169:21
  209:3
  217:20

sounding
  95:5

sounds  18:17
  53:3 58:12
  73:15
  87:16
  136:9
  169:21
  196:6
  220:18

source
  108:15

Soviet
  18:10,17

spans  125:11

speak  11:10
  91:20 99:3
  154:10
  210:9
  234:20
  236:7,8
  240:14

speaker
  216:1

speakers
  27:16

speaking
  25:19 57:9
  257:15,17

spearheading
  233:25

special
  16:23
  137:9
  204:13
  224:9,10

specialty
  89:9

specific
  71:19
  75:24 76:9
  83:18
  106:17
  128:19
  156:7
  183:19
  242:13
  247:24
  253:25

specifically
  38:20 53:7
  57:3 59:13
  74:6
  135:15
  184:10,11
  195:17
  236:16
  247:12

Spectrum
  34:5,8,14
  35:11,13
  36:1 37:13
  38:13
  41:18 42:8
  43:5 81:19
  122:17
  126:16
  127:22
  201:10,15,
  24 203:8

speculating
  145:9

speculation
  63:7 222:6

speech  61:16
  62:11

spell  111:1

spend  217:2

spent  249:18

Spicer  14:23

spills
  202:12
  219:7

spoke  43:13
  109:25
  144:2
  172:9
  235:10
  256:23

spoken
  163:13
  235:4
  236:3
  244:18

spread  213:2

spring  32:1

St  15:25
  16:18
  17:11,14
  18:15,21
  19:9

staff
  178:16,20

stamp  192:13

stances
  108:9
  113:16

stand  70:14
  148:8

standard
  144:8
  146:22
  149:1,14
  153:15
  176:19
  199:10

standards

TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.
Dr. Philip Adrian Ewell on 09/19/2024          Index: stands..struck

183:14,24

**stands** 46:21
193:4
241:13

**Stanford**
15:17

**start** 17:12
71:2,8
155:3
187:24
247:2

**start-** 224:2

**started** 9:7
96:23
119:20
221:11

**starting**
15:15
17:13
172:9

**state** 10:15
16:9 23:14
47:15
85:25
87:15
129:11
135:12
151:5,8,
21,24
161:19
209:22

**stated**
230:25

**statement**
10:7 52:8

97:4 98:5
109:19
110:16,17
112:25
114:1
158:20,22
159:9
184:21
201:19,22

**statements**
63:17

**states** 16:15
19:6 29:8
55:1 56:23
57:21,22
58:4,9
61:14
62:19 64:3
66:2,24
69:2,4,6,
10 70:18,
23 72:22
78:18 79:6
81:13
83:13 89:3
90:4 96:8
106:24
107:21
150:25
168:12,17
170:21
171:2,3
219:1
245:3,7
246:16
248:8
249:13

250:23
251:10

**stations**
169:19

**statistic**
251:12

**status** 82:2

**steady**
108:10
113:17

**Steffy** 66:6

**step** 183:16

**Stephen**
142:9,17
188:10
202:15
221:3

**steps** 67:17

**Steven**
231:24

**sticks** 28:20

**stir** 208:19

**stop** 94:12
121:9
150:13
152:16
174:3,9

**stopped**
150:10,11

**story** 247:5

**Stowers** 6:5,
6

**strains**
107:6

**strange**
138:8
140:18,22
141:9,22
184:2

**strangely**
43:25

**Straus** 25:21
26:22
28:12 35:8

**street** 6:10
115:20

**strict** 108:3
113:10

**strike**
125:19
158:1
232:10
254:23

**strikes**
208:22

**string**
228:24
229:1

**strong**
103:14

**strongly**
160:4

**struck**
140:21
141:21

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
Dr. Philip Adrian Ewell on 09/19/2024      Index: struct-..subpoena

struct-
    105:2

structural
    105:17
    169:4
    170:2,11
    243:3
    251:7,8

structure
    61:8
    105:2,18
    106:4
    232:21

structures
    69:14
    104:25
    106:12
    170:25

struggles
    83:4,6

student
    67:19 73:1
    74:12,13
    185:23
    188:1,2,8
    189:1
    190:11
    196:14,15,
    18 197:13,
    22 206:20
    213:10
    238:9
    240:17,19,
    20,24
    241:1,12

students

16:24
55:18
56:17
71:10,12
72:16
74:21
76:5,23
88:15 90:3
188:13,15
196:13
240:12,15,
21 241:23
252:14

studied
    18:2,3
    86:24

studies
    133:20,25
    134:7,16,
    23 135:9,
    19 136:8
    137:11
    140:3
    141:13,18
    142:2
    143:10
    146:16
    147:4
    148:5
    149:4,17,
    21 150:6
    152:17
    154:1,17,
    21 157:23
    158:13
    162:8,16,
    23 163:4,

24 171:22
173:8,9,
10,17,19,
20 175:11
178:7
180:2
182:23
183:10,22
184:23
185:3,8
188:16
189:4
190:12,22
191:15
193:5
195:18
198:4
199:6
209:12
210:6,20
211:11
227:15
231:22
233:21
242:1
246:2

studio   45:4

study   15:24
    17:18,21
    18:7,14
    55:16
    56:20
    57:14
    72:13,20
    73:1

stuff   18:2
    89:22

141:11

sub-   138:9

subcontinent
    95:14

subframe
    90:13
    107:8

subheading
    228:8

subject
    161:14
    231:2

subjected
    125:23
    126:11,18

submission
    141:20
    220:5

submissions
    141:21

submit   27:15
    138:9
    177:10

submitted
    14:1 36:7
    47:10
    121:3
    179:11,24

subordinate
    106:4

subpoena
    8:11,14,19
    12:4,16
    14:6,13,21

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
Dr. Philip Adrian Ewell on 09/19/2024  Index: subscribe..symposium

15:2 38:16
39:25

subscribe
184:12

subscriber
138:19

subsection
131:8

substance
13:5 54:4

substantive
191:17
216:9
229:7

substituted
183:19

succinctly
244:25

sudden  223:6

suffering
10:24

suggest
41:10
175:14
209:7

suggested
25:22
26:22
28:16
208:20

suggesting
78:16
108:21
227:5

suggestion
134:22
174:2

suggestions
229:7

suicide
87:17

sum  168:15
214:22

summarize
49:17
143:17
244:25

summary
57:17

summer  17:15
32:2
249:18

sup-  61:24

superior
106:9

superiority
170:13

support
36:22
59:15,21,
23 61:25

supported
177:6

supporting
60:19

supportive
177:16

supports
61:18

suppose
127:10
225:23
227:16
241:23

supposed
227:14

supposedly
199:5

suppressing
161:5,7
162:15

suppression
161:18

supremacist
61:7 65:12
66:11
170:25
248:16
251:8
257:19

supremacy
54:23
57:16,22
58:6,8
59:19,22,
24,25
61:11,19
62:14 67:7
68:8,17
70:19
110:19
248:6

surmise  82:5
84:10,11,
12,14

surprise
122:23

surprised
51:21,22
136:19

Suzannah
220:25

swear  5:13

swirling
44:4

sworn  6:11

symphony
65:15

symposia
187:8

symposium
45:23
137:2,10,
17,22
139:2,10
140:9,11,
12,21
141:7,14,
19,25
142:3
143:10
144:11,23
145:14
146:2,3,15
147:4
150:5
151:10

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
Dr. Philip Adrian Ewell on 09/19/2024        Index: symposiums..ten

153:25
154:7,12
157:22
175:11
177:6
178:7
181:16
204:13
224:10

**symposiums**
144:8

**synonym**
100:18

**system**  6:4,7
90:11
92:24
104:12
107:1,19
249:9
257:19

**systems**
95:12,14

————————
**T**
————————

**t-o-n**  102:3

**table**  28:5
93:23
119:3,15
191:1
197:11
252:7,8,10

**takes**  168:12
224:21

**taking**  11:3
143:23

165:23

**talk**  24:5,
8,20 25:9,
13 26:17
27:18,21
29:12,13,
25 30:10,
21 31:2,8
32:23
33:20 34:7
35:25
43:3,17
63:15 79:9
86:23 96:1
115:5
129:4
137:2
142:20
145:13,22
146:3,18
154:16
174:8
177:7
187:20
190:21,24
191:8
199:14
200:14
201:6,25
207:11
209:10
212:3,8
213:6,10,
13,18
215:4,5,
12,18,21
216:6,7
227:19

228:24
229:13
238:17,18
239:14,16,
20 244:21
249:19
250:22
253:20,24
256:9,11,
14,15,25
257:3,16,
21,23
258:4

**talked**  38:22
54:17
122:14
126:16,17
148:14
191:2
248:23

**talking**  43:4
64:4,13,16
69:14
75:23
79:22
94:4,14
98:1 100:6
111:10
119:7,24
122:20
158:21
168:2,10
199:2
203:6
216:4
220:25
226:13

**talks**  27:3
29:18
33:18
34:4,21
35:2,10
122:22
201:9
239:14
249:19
257:8,25
258:8,9

**tape**  257:1

**taps**  93:22

**targeted**
244:10

**taught**  70:23
78:18 79:5

**teach**  71:13
72:3

**teaching**
22:7,9
120:12

**team**  49:8
128:24

**technical**
26:4,14

**Ted**  129:4

**teeth**  242:11

**telling**
109:24
225:3

**tells**  56:17

**ten**  55:24

TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.
Dr. Philip Adrian Ewell on 09/19/2024    Index: ten-minute..theorists

92:3 139:9
169:19

**ten-minute**
176:21

**Tennessee**
19:22

**tenure**  20:1,
11,18
80:21 81:3
82:8,12
83:1,5,9,
20 84:8
123:23
124:8,10
197:25
235:10
236:17
251:18

**tenured**
20:20 66:6
124:5
197:24
198:1

**Terence**
66:19

**term**  69:5,
6,7 70:5
84:5 89:7
93:4,5
214:14
243:15

**terminal**
23:2

**terms**  21:4,9
31:5 54:10

72:25
80:13 91:3
100:6
104:10
198:5
234:7

**testified**
6:12 43:15
111:15
138:22
152:5
160:3
169:9
182:19
183:8
197:12
206:20
230:19
243:15
254:24

**testify**  10:1
156:1

**testifying**
155:2
223:10

**testimony**
8:18
118:25
145:2
189:24
197:17
255:2
256:12

**Texas**  6:4,7
76:7,24
77:2 78:3

115:6
116:10
118:14
120:13
142:6,14
147:22
149:22
151:3,5
152:15
153:1,25
161:20
162:25
179:14
180:1
181:8
187:21
188:25
191:5
194:16
195:13
196:15
199:10
233:21

**Texas'**
153:13

**Texas-austin**
34:19
53:11

**text**  99:8
211:5
256:20
257:7

**textbook**
85:22
86:1,7,18,
21

**textbooks**
86:14

**Thad**  5:15

**then-president**
30:19

**theoretical**
107:4
213:1,20

**Theoria**
116:9
117:19,25
118:10,12
119:8
120:5
125:13,16
128:2

**theories**
90:16 98:2
102:16
103:15
106:18
107:20
114:13,15

**theorist**
73:9 87:10
234:2,3,4,
5

**theorists**
55:15,25
56:16,20
58:10
88:25 89:7
96:1 97:6,
13 98:4
158:8
182:15

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
Dr. Philip Adrian Ewell on 09/19/2024          Index: theorized..things

246:3

**theorized**
57:25

**theory** 17:9
19:17,25
23:5,13,
16,21,24,
25 24:2,5,
9 25:10,16
26:18
27:24 29:7
30:19,25
31:15
32:5,7
33:1,9,16,
19,21
34:5,6,18
35:2,10
36:16 39:1
42:11,16,
22 43:18,
21 44:2,5,
8,21 45:25
47:4,11,15
48:16,17
49:1,7
50:14
51:6,24
53:6,10,20
54:12,19,
21,25
55:10,12,
13,15
56:2,18
57:3,20
63:19,22,
25 64:7,12

65:6,8
66:14
67:4,13
68:1,7,9,
11,16
70:18,22
71:13,17
72:2,8,20,
23 75:25
76:7
77:13,19,
21 78:14,
18 79:5,17
80:1 81:21
85:8,9,13,
15,17,19,
23 86:1,9,
11,14,17,
18,21
88:2,4,9,
12 90:12
91:4 92:6
95:2,3
96:5,7,19
97:2
102:13,19
103:7,24
104:7,9,12
105:21,23
106:2,3
107:2,3,11
108:2,7
110:19
111:13
113:14
114:2,4,13
115:18
116:13,17

119:11,17
120:8
122:17,22
124:12,20
127:15,18
130:9,12,
21 131:1
138:24
142:12
146:11
157:21
158:7,17,
25 159:6
160:5,11
161:14
164:20
165:3
168:3,9,23
169:3,11
170:20
178:2
186:3
190:25
195:3
201:10,24
210:4,7
229:3
233:24
234:1
241:15
245:2,6
246:19
247:19
248:2,10,
19 250:15
251:9,18,
22 252:11
255:5

**theory's**
24:17 28:6
39:10
92:20
107:9
169:23
245:13
247:8
252:1

**thesis**
248:3,5

**thick** 199:17
233:23

**thin** 68:24

**thing** 6:15
34:3 44:19
52:4 59:5
119:24
136:19,23
166:9
176:17
182:9
184:2
187:3
207:20
210:19
230:25
239:12
246:4
247:24

**things** 9:14
44:4 49:3
51:19
60:11
63:15
68:13

TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.
Dr. Philip Adrian Ewell on 09/19/2024    Index: thinking..timeline

81:15
98:20
107:6
140:23
146:14
147:2
148:7,15,
19 155:1
169:15
176:15
189:20
195:20
200:11,13,
15 202:23
207:18
223:13
227:7
235:25
237:2
238:17
242:13
247:4,15
248:21
250:19,20
253:25

**thinking**
96:6,24
255:12

**Thomas**
233:21
234:2

**thought**
28:14
51:20 52:3
102:21
134:2
136:11

140:18
141:17
146:14
150:23
183:14,16
189:1
190:11,13
196:13,17
197:13
207:11
227:15
240:16

**thought-
provoking**
252:22

**thoughtful**
252:23

**thoughts**
220:5

**thousands**
99:21,23
100:3
184:13,17
246:23,24

**threatened**
235:9

**three-**
125:2,7

**three-fifths**
60:1,2,21

**three-week**
138:8

**thrown**
145:20

**tied** 57:15

**Tim** 202:19
203:25

**time** 5:7
6:17 7:23,
24 9:25
13:12 16:1
17:4 25:6
26:7,11
29:20 31:8
32:5 33:6
34:15
47:11,14
48:18
50:11,15
51:3 54:6
60:7 62:14
68:18
73:16
75:15,20
80:22
114:23
115:2,15
116:2
120:9,13
124:1,8
130:5,15
134:22
135:3,9,22
136:8,10
137:4,23
138:23
139:19,20
140:8,11
156:7
157:11
159:20

163:13,18,
23 164:25
169:1
172:21
174:16,19
175:4,8
176:13
184:24
188:25
190:15,19
192:25
194:16,17
196:2
197:21
200:4,8
206:3,14,
16 207:16
214:2
217:2
218:4
222:25
224:9
230:23
235:8,16
236:4
237:14,22
239:23
240:16
244:1,5
249:18
253:7
254:6
257:6
258:19,21

**timeframe**
230:20

**timeline**

175:18
221:9

**timely**
230:12

**times**  33:23
102:6
213:23
254:17

**Timothy**  5:4,
16 32:11,
17 76:10
104:3
115:7
134:20
136:6,17
137:6
142:15
153:5
158:14
178:12,18
179:12,24
180:1
181:14
188:9
202:11,14,
16 203:17
207:7
208:3,17
216:14,17
217:24
218:11
219:20
227:14
231:24
236:9,11,
13 237:5
240:5

254:14,16,
20 255:7,
13

**title**  24:8
28:1 79:20
119:10
165:2
231:2

**titled**  27:19
33:1 131:1
164:18

**titles**  21:10

**today**  8:18
9:18 10:20
11:23 42:3
68:14
73:16
74:14,22
86:9 92:19
93:9
138:22
145:2
148:22
155:2
165:11
169:9
171:25
183:9
189:25
204:25
230:19
243:16
247:24
251:25
254:1

**today's**  5:6

247:8

**told**  34:24
67:20,23
143:2
173:3
191:8
201:6,7

**tomorrow**
217:15,16

**ton**  102:3

**tonal**  90:14,
24 91:7
92:1,4,10,
14,22 93:8
97:6
102:19
103:24
105:2
107:19
110:19

**tonalities**
95:18

**tonality**
92:23
95:9,22,25
96:7 104:9

**tone**  102:1,
2,3,5
106:9

**tones**  95:9
104:7
106:3
107:11
108:4
113:11

114:3,13
133:11

**tonic**  105:19

**top**  218:4,
21 241:16,
17 248:11

**topic**  78:8
128:14
132:16

**tortoise**
100:13

**total**  29:19

**touch**  34:20

**tough**  163:7

**traditional**
44:14

**traditions**
96:20

**transcribed**
98:23

**transcript**
259:1

**transition**
86:23
115:4

**transitioned**
64:16,24

**transitioning**
18:10

**translated**
98:24
234:6

TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.
Dr. Philip Adrian Ewell on 09/19/2024   Index: translation..uh-huh

translation
99:8 101:8

translations
99:5 101:9

travel  59:6

traveled
106:23

treated
157:9,10

triads  92:7

trip  135:13

troubling
212:21

true  57:23
98:5 108:1
149:25
150:18
152:14
181:19
186:25
210:3
213:23
223:11,13
233:4
255:21,23

trumpeter
66:20

truth  11:6

truthfully
10:19

Turkey  95:14

Turkish
95:16

turn  38:9
52:25 54:3
72:17
131:4
133:18
244:7

turnaround
138:6,9

turning
120:24

turns  119:24

turtle
100:13

tweets
171:15

twenty  65:22

Twenty-two
153:20

twin  58:5

Twitter
140:13,14,
16 171:21
172:1
189:12,25
198:21
214:19

two-year
15:22
22:22 81:3

type  129:1
240:17
258:6

Typical
92:10

typo  203:9

_____

U

_____

U.S.  29:9
169:1

uh-huh  7:18
8:1,10
9:15
12:23,25
13:18,20,
22,25 14:9
16:11
17:2,7,17,
19 18:12,
22,24
19:4,15,
18,23
20:21
21:11,24
25:7,17
27:2,12,23
28:3,10,
13,22 29:5
30:15,23
31:13,19,
22 33:24
34:12,17,
22 35:4,17
36:9,19
37:9 38:5
40:14 41:8
43:19,24
45:12,15,
18 46:9,23
47:1,10,17
48:9,14,
20,24

49:6,14,25
50:10,12,
18,21,23
51:5,12,18
53:9,13,
18,22,24
54:8,15
57:7 60:17
61:3 64:6,
21,23
65:2,4
67:2,9
74:10
77:6,8,10
79:3,11
87:8,24
88:16,22,
24 90:25
91:24 93:2
94:11,16,
19 95:8,
17,21
96:10,13,
15 97:21,
25 98:12,
17 103:16
105:15
110:10
114:6,8
115:22
116:18
118:23
119:4,9
120:10,14,
21,25
121:6,23
123:3,18,
24 124:4,

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
Dr. Philip Adrian Ewell on 09/19/2024   Index: ultimately..understanding

23 127:6
128:15
131:7,14
132:4
136:12,16
137:3,25
138:10,14
140:19
142:13
143:1,3
147:10
148:12
158:11
159:19
161:16,24
165:14
166:10,13,
15 167:23
168:7
170:15
171:10
172:5,12,
19 177:14
179:4,20
180:20,25
181:17
182:3,5,8
185:17
188:18
189:9,19
191:23
192:8,20
193:6,13,
23,24
194:8
196:10
199:1,18,
25 200:17,

20,23
201:1
202:3,6,25
203:16,19,
24 204:1,
3,17
206:18,22
207:4,21,
24 208:5,
7,10,13
211:18,21,
23 212:6
213:8
214:13
215:13,17,
19 216:16
218:9,24
219:8,15,
19 220:1,
3,9 221:2,
10,13
223:3
224:5,7,
15,18
225:12
227:24
228:6,7,
10,12,15
229:12,22,
25 230:5
231:4,7,11
232:1,4
233:2,9
235:22
238:19
239:10,15,
18,21
241:21

243:8
248:5
256:10

**ultimately**
17:5 19:21
27:18
44:17,21
51:9 73:3
121:7
128:23
147:6
170:19

**un-tenured**
236:21

**unacceptable**
249:1,2

**unaware**
149:23

**unclear**
52:22
80:11
211:8,9

**uncouple**
108:7
113:14

**uncourageous**
197:4

**undergrad**
15:18

**undergraduate**
15:15
74:12,22,
23 76:1

**undergraduates**

72:15,18,
19

**underpinnings**
66:1,11

**understand**
11:2,9,13
25:4 40:20
47:22
52:8,11
54:5,10
71:11
72:10
78:22
83:16
85:14,16
91:5 92:2
98:21
104:11
110:2
122:8
135:5
140:5
155:4,8
156:15,17
157:8
169:16
171:20
196:1,11
198:18
208:25
211:2
228:2
254:22

**understandable**
9:16

**understanding**
104:9

Case 4:21-cv-00033-ALM   Document 82-6   Filed 12/20/24   Page 337 of 342 PageID #:
2288
TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.
Dr. Philip Adrian Ewell on 09/19/2024 Index: understands..UNT2705

106:2
107:19
136:6
190:9
207:16

understands
155:17

understood
11:17
13:7,10,13
90:15
181:10
201:18

uneasy
193:10,15

unequivocably
61:12

unequivocally
103:20

uninformed
106:2

uninterested
176:1

Union  18:17

United  16:14
29:8 54:25
56:23
57:21,22
58:4,9
61:14
62:19 64:3
66:2,24
69:2,3,5,
10 70:17,
23 72:21

78:18 79:6
81:13
83:13 89:3
90:4 96:8
106:24
107:21
150:24
168:11,17
170:21
171:1,3
245:3,7
246:16
248:8
249:13
250:23
251:10

universe
146:14

university
6:3,7
15:18,21
17:6 18:3
19:22 20:8
21:20,22
22:14,16
23:1 32:9
34:19 44:9
47:16
53:11
73:10
76:6,24
77:2,13
78:3 115:5
116:9,13
118:14
120:13
142:6,14

147:21
149:22
151:3
152:14,15,
25 153:13,
25 161:20
162:25
179:13,25
181:8
187:21
188:25
191:4
194:15
195:13
196:15
198:1
199:9
221:1
233:21
234:3
238:10
239:17
249:19
252:19

unpack  57:2,
4 68:20

unpacking
255:15

unplugged
171:15
172:13

unreasonable
222:1

UNT  126:3
147:7
164:18

165:2
181:9
194:12
218:7
227:13,19,
25 238:9
240:11,15
253:11

UNT02560
229:19

UNT02645
180:16

UNT02658
202:13

UNT02697
223:20

UNT02705
208:9

UNT02707
211:16

UNT02708
216:13

UNT02758
218:3

UNT1146
238:3

UNT2559
226:22

UNT2657
200:19

UNT2663
181:22

UNT2705

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
Dr. Philip Adrian Ewell on 09/19/2024   Index: UNT2758..vulnerable

207:25

UNT2758
218:22

untenured
124:7

unusual
128:8

upcoming
14:15
17:24
217:11

upholding
68:17
70:18

upholds
160:13

upstate
172:14

USSR  17:18

utilizes
208:21

utter  92:1

—————————
       v
—————————

valid  96:24

valued  56:24

van  92:12

Vancouver
115:17,24
116:19,24

vary  106:7

vast  80:4
100:12

venue  128:17

verbatim
43:11 54:5
163:8
256:22,24

Vermeer  18:4

version  28:7

vetting
124:18

vib-  95:6

vibrating
95:6

vice  241:2,
11

victorious
51:10

video  60:10
258:18

Vienna
87:14,21,
25

view  54:18
59:14
61:19
132:10
133:10
151:7
152:17
161:12
162:1,5,9
177:6
204:7

213:1,20
224:22

viewed  22:25
30:10

viewing
164:11

viewpoints
242:15,17
254:21

views
131:17,18
132:10
242:21
250:6

vigorously
80:23

violated
163:12,15

violinist
65:19

virtual
215:18,21
238:18

virtually
43:11
55:23
88:11
100:15
163:17
164:12
215:8
238:20
246:3

virulently

246:21,23

vis-à-vis
50:19

visa  18:13

visas  18:9

visit
194:12,15,
19,20,24
195:7,23
199:9,12

voice  90:7,
9,19

volume
117:19,25
136:24
137:1,10,
17 139:2
140:2
142:16
158:13
162:8,22
182:23
183:11,22
195:19
221:14
224:9,10,
20 235:17
240:1
242:1

volumes
98:16

vulnerability
197:20

vulnerable
236:7

TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.
Dr. Philip Adrian Ewell on 09/19/2024          Index: wage..white

**W**

wage  81:4

wait  88:9
  138:7
  203:10
  232:11

walk  196:22
  248:12

walks  198:1

Wall  238:25

Walls
  185:15,19,
  22 186:9
  187:24
  188:3,13
  189:6
  190:7,10
  196:18
  202:14
  204:21
  205:19,21
  206:19
  208:2
  209:13,23
  210:2,11
  212:5,11
  214:3,21
  215:5,11
  216:5,15
  217:4
  218:11,23
  219:14
  221:11,20
  223:2,16
  224:19
  226:14
  229:2
  238:23,25
  239:1,13
  253:16

Walls'
  217:23

Walton  5:21
  180:3,5,10
  206:5,10
  226:9
  243:21
  244:6,14
  247:21
  252:4
  254:3
  255:25
  258:15,20,
  25

Walton's
  254:25

wanted  9:4
  18:7 25:15
  27:20
  63:15,19
  65:6 72:20
  82:1
  119:23
  142:18
  143:19
  186:17

War  62:22

watching
  30:21

water  61:16

waves  93:18

ways  55:13
  73:22 92:1
  96:24
  97:24
  170:17

weak  196:25

website
  30:16
  31:18
  142:25
  147:22
  153:13,17
  159:1,5

week  19:8
  25:1
  209:10
  212:3,4

weekly
  217:15

weeks  212:4
  252:18

weigh  169:19

Weisse  88:15

welcomed
  255:3,7

Welcoming
  49:2

Wes-  70:16

West  68:22,
  24 69:7,
  13,22

Western

68:16,19
  70:5

Wettrennen
  101:1

whatsoever
  232:6

Wheeldon
  34:16 35:9
  36:11
  257:6

white  24:9,
  17 27:25
  28:6 33:2
  44:21 47:4
  48:16
  54:11,13,
  16,20,22,
  24 55:3,5,
  9,11,21
  56:1,7,14,
  20 57:16,
  19,22,24
  58:6,7,16,
  25 59:15,
  19,21,23,
  24 61:2,5,
  7,10,19
  62:13,14
  63:2 64:5,
  11,18,20
  65:5,7,12,
  24 66:10
  67:5,21
  68:16,17
  69:24
  70:16,17,
  19,21

71:17
72:7,22
77:19,21,
24 78:7,
11,13,17
79:5,19
80:1 81:9
83:3 88:4
90:2,10,
13,18
92:21,22
107:9,21,
25 127:15
130:10
131:2
168:3,18,
24 169:2,
10,23
170:13,24
174:3,9
245:10,13
247:8
248:6,15
251:7,17,
25 252:7,
13,21
253:2
254:15,19,
25 255:3,
22 257:19

whiteness
56:4,5,8,
24 57:8,9
60:19
107:23
173:8
174:13
257:18

who'd  16:24

widest
160:20

Wiener
225:14,15,
19

wife  14:17,
20 172:14

Wikipedia
127:25
128:3,9
129:7,8,10

willful
212:20

William
108:14
110:25
131:13
132:25

window
140:11

windows
215:22

winter
137:24
224:23
232:17,25

Winter/spring
44:22

wires  135:13

withheld
37:5

witnesses

13:19

Wolfgang
92:13

woman  66:3,8

women  58:21

wondering
220:4
244:23

word  36:21
59:16,17
64:18
68:19
83:21,22
84:1 85:5
89:15
95:24 96:4
97:3
100:1,10,
23 101:1
102:1,2,5
149:7
150:14
154:22
155:15
156:15
157:5,8
175:3,8
234:24
235:23
246:22
255:14
256:16
257:7,20
258:2

words  9:19
44:13,19

45:13
46:11,12,
13 57:18
59:20 69:3
81:24
89:17
95:23
108:13,14,
25 109:23,
25 110:3
125:2,7
135:13
149:8
189:21

work  16:25
22:23
27:17
28:8,14
43:23 50:6
52:16
57:13
78:10
81:13 87:6
100:4
102:7
103:20,24
109:8
110:12
121:4,11
135:14
183:20,21
186:19
210:4
214:4,7
223:2
224:19
233:23
234:9

**TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.**
**Dr. Philip Adrian Ewell on 09/19/2024      Index: worked..Youtube**

255:8

**worked**
  120:23
  178:16
  201:14
  209:13
  256:13

**working**  35:9
  120:18
  188:16
  206:20
  219:25
  233:19

**workings**
  181:15

**works**  49:16
  55:16
  83:16
  98:14,16
  104:15
  107:21
  124:2

**world**  67:14
  95:11
  97:20
  129:12
  213:1,20

**worth**  83:11
  102:23
  161:13

**wrap**  226:8

**Wright**  5:4

**writ**  66:13

**write**  44:10

67:24
108:24
109:25
230:9
234:4

**writer**  98:11

**writes**
  203:17,25
  212:11
  217:8
  219:24
  225:22

**writing**  44:6
  58:17 59:8
  85:22
  125:1
  132:6
  139:8
  215:11
  241:9

**writings**
  99:13,24
  131:16
  132:8
  246:10,11,
  12,13
  251:14

**written**  7:8
  54:16
  57:19
  59:15,21,
  24 61:10
  62:20
  66:17 78:8
  79:8 92:5
  105:5

108:21
111:8
128:16
130:10
141:21
163:10
187:16

**wrong**  41:11
  227:16

**wrote**  44:13,
  16,17,22
  48:23 59:1
  61:5 85:14
  109:23
  110:8
  137:20
  143:4
  153:6
  171:5
  174:7
  177:15
  201:21
  214:1
  252:18
  253:25

_____

           **Y**
_____

**Yale**  17:6
  19:16
  238:10,17
  239:16

**Ye-**  133:7

**year**  20:14
  48:25
  68:21
  80:25

117:3
194:21

**years**  16:22
  20:4 23:9
  55:24
  56:10,22
  57:14 59:7
  65:18,22
  66:8,18
  73:10 78:4
  92:3
  107:1,5,18
  122:24,25
  136:14,15,
  20 140:15
  153:20
  169:20
  183:17
  245:25
  247:6
  252:14

**years-plus**
  155:23

**York**  6:11
  15:22 20:8
  21:20,22
  22:14,17
  23:1,13
  65:14,21
  66:4,14
  67:10
  254:17

**Youtube**
  30:13
  128:21
  129:1

TIMOTHY JACKSON vs LAURA WRIGHT, ET AL.
Dr. Philip Adrian Ewell on 09/19/2024          Index: Yup..Zooming

**Yup**  11:4,7,
  19 49:21
  120:17

———————————

**Z**

———————————

**Zoom**  215:22
  216:3

**Zooming**
  252:15