**Vivek Virani** @ProfessorVirani · Jul 30, 2020

But the epistemic center of the journal issue lies in a racist discourse that has no place in any publication, especially an academic journal.

💬 2          🔁 1          ♡ 20          ⬆          ᴵᴵ

**Vivek Virani**
@ProfessorVirani

Replying to @ProfessorVirani

The fact that he was not afforded the opportunity to respond in print is unacceptable, as is the lack of a clearly defined peer-review process.
We endorse the call for action outlined in our students' letter twitter.com/RachelGainMusi..., which asks that the College of Music...

> **Rachel Gain hates racists** 🔒 @RachelGainMusic · Jul 27, 2020
> I am sharing this statement on behalf of a cross-section of graduate students in the Division of Music History, Theory, and Ethnomusicology (MHTE) at the University of North Texas, the department which is responsible for publishing the Journal of Schenkerian Studies (JSS).
> Show this thread

5:46 PM · Jul 30, 2020 · Twitter Web App

ᴵᴵ View Tweet activity

**1** Retweet    **22** Likes

💬          🔁          ♡          ⬆

**Vivek Virani** @ProfessorVirani · Jul 30, 2020

Replying to @ProfessorVirani

..."publicly condemn the issue and release it freely online to the public" and "provide a full public account of the editorial and publication process, and its failures." Responsible parties must be held appropriately accountable.

💬 1          🔁 1          ♡ 17          ⬆          ᴵᴵ

**Vivek Virani** @ProfessorVirani · Jul 30, 2020

The treatment of Prof. Ewell's work provides an example of the broader system of oppression built into the academic and legal institutions in which

Deposition Exhibit
RG
36
Nita Cullen 2/19/21

41