```
 1          IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF TEXAS
 2                 SHERMAN DIVISION

 3  TIMOTHY JACKSON,           X
                              X
 4          Plaintiff,         X
                              X
 5  VS.                       X CASE ACTION
                              X NO.: 4:21-cv-00033-ALM
 6  LAURA WRIGHT, ET AL.,      X
                              X
 7          Defendants.        X

 8

 9  ----------------------------------------------------------

10          ORAL AND VIDEOTAPED DEPOSITION OF

11              ANDREW JAY CHUNG

12              October 15, 2024

13              (Reported Remotely)

14  ----------------------------------------------------------

15

16          ORAL AND VIDEOTAPED DEPOSITION OF ANDREW JAY

17  CHUNG, produced as a witness at the instance of the

18  Plaintiff, and duly sworn, was taken in the above-styled

19  and numbered cause on October 15, 2024, from 9:05 a.m. to

20  12:46 p.m., via Zoom, before JENNIFER L. SANDERS, CSR in

21  and for the State of Texas, reported by machine

22  shorthand, the witness located in Worcester,

23  Massachusetts, pursuant to the Federal Rules of Civil

24  Procedure and the provisions stated on the record and/or

25  attached hereto.
```

1                    A P P E A R A N C E S

2    FOR THE PLAINTIFF:

3        MR. MICHAEL THAD ALLEN
         Allen Harris, PLLC
4        PO Box 404
         Quaker Hill, Connecticut 06375
5        Office:  860-499-3399
         Fax:  860-481-7899
6        Email:  mallen@allenharrislaw.com

7

    FOR THE DEFENDANTS:
8
         MS. MARY QUIMBY
9        Assistant Attorney General
         General Litigation Division
10       P.O. Box 12548
         Austin, Texas 78711-2548
11       Office:  512-463-2100
         Email:  mary.quimby@oag.texas.gov
12

13   FOR UNIVERSITY OF NORTH TEXAS

14       MR. RENALDO L. STOWERS
         MS. CARI JACOBY
15       UNT System
         Office of General Counsel
16       801 North Texas Boulevard
         Denton, Texas 76201
17       Office:  940-565-2717
         Fax:  940-369-7026
18       Email:  renaldo.stowers@untsystem.edu
         Email:  cari.jacoby@untsystem.edu
19

20   THE VIDEOGRAPHER:

21       Mr. Adam Scozzari
         Legal Video Group
22       Office:  214-598-5229
         Email:  lvg.dallas@gmail.com
23

24

25

# I N D E X

PAGE

Appearances.......................................  2

Exhibit Index.....................................  4

Agreements........................................  5


ANDREW JAY CHUNG

      Examination by Mr. Allen.....................  6


Changes and Signature............................ 148

Reporter's Certificate........................... 150

1                    **E X H I B I T S**

2  **NUMBER**          **DESCRIPTION**                    **PAGE**

3  1   Re-Notice of Taking Deposition................  9

4  2   Curriculum Vitae..............................  11

5  3   Complication of Two Websites and One Journal
      Article concerning the Journal *Spectrum*.......  23
6

7  4   Email from Timothy Jackson to Stephen
      Slottow, et al., dated 12/11/19, and other
8     email (UNT 563-566)...........................  50

9  5   Email from Stephen Slottow to Timothy
      Jackson, et al., dated 7/25/20, and other
      email (UNT 300-303)...........................  63
10

11 6   Material for the Committee (UNT 2645-2782).....  80

12 7   Email from Timothy Jackson to others dated
      7/26/20, and other email (UNT 304-309)........  84

13 8   Open Letter on anti-racist Actions Within SMT
      (UNT 1090-1115)...............................  100
14

15 9   Ad Hoc Review Panel Report of Review of
      Conception and Production of Volume 12 of the
16    Journal of Schenkerian Studies dated 11/25/20
      (Jackson 208-233).............................  117

17 10  Email from Music Information dated 1/5/22
      (UNT 5521-5522)...............................  133
18

19 11  Email from Music Information dated 11/23/21
      (UNT5523-5525)................................  135

20 12  Facebook Post by Levi Walls dated 7/27/20
      (Jackson 234-236).............................  137
21

22 13  Email from Ellen Bakulina dated 7/29/20........  143

23

24

25

ANDREW JAY CHUNG    10/15/2024

```
 1                A G R E E M E N T S

 2   DEPOSITION OF: ANDREW JAY CHUNG

 3   DATE: October 15, 2024

 4   CAUSE NO. 4:21-cv-00033-ALM

 5
     TAKEN PURSUANT TO:
 6
          (X) Notice
 7          ( ) Agreement
            ( ) Court Order
 8          (X) Rules of Civil Procedure

 9   ORIGINAL TO:
10
          ( ) Witness
11          (X) Witness's Attorney
            ( ) Producing Attorney
12          ( ) Custodial Attorney

13
     ADDRESS FOR ORIGINAL:
14
          MS. MARY QUIMBY
15          Assistant Attorney General
            General Litigation Division
16          P.O. Box 12548
            Austin, Texas 78711-2548
17

18   NUMBER OF DAYS FOR SIGNATURE:

19          ( ) 20 days
            (X) 30 days
20          ( ) other:

21
     MISCELLANEOUS:
22
          ( ) Any objection made by one party inures to all
23              parties.
          (X) An unsigned copy may be used at any trial or
24              hearing.

25
```

**P R O C E E D I N G S**

09:02:03  1

09:06:12  2          THE VIDEOGRAPHER:  Today's date October 15,

09:07:25  3  2024.  The time is 9:07 a.m.  We're on the record.

4          THE REPORTER:  My name is Jennifer Sanders,

5  Texas CSR 5091.  I am reporting this deposition remotely

6  by stenographic means from Carrollton, Texas.  The

7  witness is located in Worcester, Massachusetts.

8                    ANDREW JAY CHUNG,

9  having been first duly sworn, testified as follows:

09:07:49 10          MR. ALLEN:  Thank you, Professor Chung.

09:07:51 11          Shall we state all the attorneys' names for

09:07:54 12  the record, Madam Court Reporter?

09:07:54 13          THE REPORTER:  Sure.

09:07:56 14          MR. ALLEN:  My name is Michael Thad Allen

09:08:00 15  for the plaintiff in this civil action.

09:08:03 16          MS. QUIMBY:  My name is Mary Quimby with

09:08:05 17  the Texas Attorney General's office.  I represent the

09:08:07 18  defendants in this matter.

09:08:08 19          MR. STOWERS:  My name is Renaldo Stowers.

09:08:11 20  I'm the deputy general counsel for the University of

09:08:14 21  North Texas System.

09:08:14 22                    EXAMINATION

09:08:16 23  BY MR. ALLEN:

09:08:16 24     Q.   Thank you, Professor Chung.  I'm just going to

09:08:20 25  talk to you about a few basic ground rules for

09:08:23  1    depositions.  Have you ever been deposed before?

09:08:26  2        A.   I have not.

09:08:26  3        Q.   So I can just ask you for the record to state

09:08:30  4    your full name, just as you had before we went on the

09:08:34  5    record?

09:08:34  6        A.   Yes.  My full name is Andrew Jay Chung.

09:08:38  7        Q.   Is there anything that would interfere with

09:08:42  8    your ability to answer questions truthfully today?

09:08:44  9        A.   Not to my knowledge.

09:08:46  10       Q.   You're not on any medications?

09:08:49  11       A.   I am not.

09:08:50  12       Q.   You're not suffering from any illness or mental

09:08:55  13   condition that would affect your memory?

09:08:57  14       A.   No.

09:08:57  15       Q.   Okay.  And from time to time your attorney may

09:09:00  16   object.  That's a normal part of building a record for

09:09:03  17   the court, which is what we're here to do today.  It does

09:09:06  18   not relieve you of your obligation to answer a question

09:09:11  19   that is before you.  Is that clear?

09:09:12  20       A.   Understood.

09:09:13  21       Q.   There are some few exceptions, but they will be

09:09:18  22   very clear if they come up.  I imagine your attorney

09:09:22  23   would instruct you not to answer.  But for the most part,

09:09:26  24   objections are for the record.

09:09:30  25            If at any time you don't understand a question

ANDREW JOS CHUNG    10/15/2024

09:09:33  1  I've asked you, just please interrupt me and ask for

09:09:36  2  clarification.  That is also perfectly normal.  I don't

09:09:39  3  want you to answer a question that you haven't understood

09:09:42  4  or that I've put unclearly in some way.  Is that clear?

09:09:45  5      A.    Understood.

09:09:45  6      Q.    And, likewise, if you do not ask for

09:09:50  7  clarification, I will assume that you have understood the

09:09:53  8  question as asked.  Is that also clear?

09:09:55  9      A.    Understood.

09:09:56  10      Q.    I need you to answer questions audibly.  There

09:10:02  11  are many things we do in the course of ordinary

09:10:04  12  conversations like nod, say things like "uh-huh" and

09:10:07  13  "huh-uh."  But those don't help build a clear record,

09:10:11  14  which the stenographer and court reporter is taking down

09:10:14  15  word for word.

09:10:15  16          So I'm going to ask you in response to all

09:10:18  17  questions to answer them with an audible "yes" or "no" or

09:10:21  18  as you have been doing say "understood" or "correct" or

09:10:24  19  something of that nature that is audible.  Is that also

09:10:27  20  clear?

09:10:28  21      A.    Yes.

09:10:28  22      Q.    Thank you.  From time to time I'll also be

09:10:36  23  introducing exhibits today.  I'm going to introduce the

09:10:39  24  first one right now.  If I am finding it.  There it is.

09:10:56  25          I'm going to mark as Exhibit 1 for the record

09:10:59 1    the document that you should see on the screen.  Can I

09:11:02 2    just ask for clarification if that's visible to you,

09:11:06 3    Professor Chung?

09:11:06 4        A.    Yes.  It's visible.

09:11:08 5                (Exhibit No. 1 marked.)

09:11:08 6        Q.    (BY MR. ALLEN)  Like I asked you to ask for

09:11:10 7    clarification when I ask questions, likewise, if I'm

09:11:14 8    introducing an exhibit and you need to see some part of

09:11:17 9    it or want clarification of how long it is, anything of

09:11:19 10   that nature, just please tell me.  I'm not trying to hide

09:11:23 11   the ball or conceal pages.

09:11:27 12               We are in a virtual deposition today.  So that

09:11:30 13   will mean I can only show you one page at a time.  But if

09:11:32 14   you ask, I'm happy to navigate to where in the document

09:11:35 15   you would to see.  Likewise, I'm not going to ask you to

09:11:37 16   answer questions if you haven't had a chance to review a

09:11:40 17   document.  So if you want additional time to review or

09:11:44 18   read a document, just please tell me.  Okay?

09:11:46 19       A.    Okay.

09:11:47 20       Q.    Thank you.  Do you recognize this document

09:11:49 21   captioned Re-Notice of Taking Deposition that I've

09:11:51 22   introduced as Exhibit 1?

09:11:53 23       A.    Yes.

09:11:53 24       Q.    I'll just go -- it's two pages.  I'm just

09:11:59 25   scanning down to the signatures on the second page.  Have

09:12:02  1   you had a chance to look at this document?

09:12:03  2        A.   I have seen it.

09:12:04  3        Q.   Is it accurate to say you have appeared today

09:12:13  4   to give testimony in response to this re-notice of taking

09:12:16  5   deposition?

09:12:16  6        A.   I assume so.

09:12:18  7        Q.   All right.  I don't have any questions about

09:12:20  8   this any further at this time.

09:12:23  9             Can I ask you to explain what you've done to

09:12:25 10   prepare for today's deposition, Professor Chung?

09:12:28 11        A.   I have met with Mary Quimby and Renaldo Stowers

09:12:33 12   to go over what a deposition is.  We looked at the

09:12:43 13   faculty letter that was signed in relation to the *Journal*

09:12:50 14   *of Schenkerian Studies*.  We looked at the student

09:12:54 15   generated document as well.

09:12:58 16        Q.   And let me be clear.  I'm not asking you to

09:13:01 17   tell me what you've discussed with your attorneys.  That

09:13:03 18   would be privileged.

09:13:06 19             In -- in addition to looking at the faculty

09:13:08 20   statement, I believe you said, or letter and the student

09:13:13 21   correspondence did you say?  Is that how you put it?

09:13:18 22        A.   I think I said statement.

09:13:20 23        Q.   Statement.

09:13:22 24        A.   I don't know.

09:13:23 25        Q.   Is this -- well, I'm sure we'll get to that

09:13:25  1   document.  Are you referring to a statement circulated

09:13:28  2   around July -- the end of July 2020 by graduate students

09:13:33  3   of the University of Texas?

09:13:33  4        A.   Yes.

09:13:34  5        Q.   University of North Texas?  Excuse me.

09:13:36  6        A.   North Texas.  Yes.

09:13:38  7        Q.   Were there any other documents you examined in

09:13:42  8   preparation for your testimony today?

09:13:44  9        A.   At the time that is what I truthfully recall.

09:13:48  10       Q.   And about how long did you spend discussing

09:13:52  11  today's deposition with your attorney?

09:13:54  12       A.   We went about four hours.

09:13:57  13       Q.   Okay.  Did you speak with anyone else in

09:14:00  14  preparation for your testimony today?

09:14:02  15       A.   Nope.

09:14:02  16            (Exhibit No. 2 marked.)

09:14:02  17       Q.   (BY MR. ALLEN)  I want to ask you a few

09:14:17  18  questions about the course of your career just as a

09:14:21  19  matter of background, if you don't mind.  I'm going to

09:14:24  20  introduce for the record Exhibit 2.  Let me -- sorry.

09:14:47  21  From time to time this may get cumbersome, but I'm sure

09:14:51  22  we'll get through it.

09:14:55  23            Can you see Exhibit 2 that I've marked for the

09:14:57  24  record, which is captioned January 2024, Andrew Jay

09:15:03  25  Chung?

09:15:03  1      A.    Yes.  Correct.

09:15:04  2      Q.    Is it accurate to say this is your current CV?

09:15:08  3      A.    No, it is not.  I've updated the CV between

09:15:13  4  January and now.

09:15:16  5      Q.    Will you be able to provide a current version

09:15:18  6  of your CV for your attorney for production in this civil

09:15:22  7  action?

09:15:22  8      A.    Yes.

09:15:23  9      Q.    So I just want to go through -- is it -- is it

09:15:28 10  true that you have compiled this CV yourself?

09:15:31 11      A.    Yes.

09:15:32 12      Q.    And everything in this CV at least, up to

09:15:36 13  January 2024, accurate?

09:15:37 14      A.    Yes.

09:15:38 15      Q.    So based on your CV, you received your PhD in

09:15:48 16  music from Yale University in May 2019?

09:15:49 17      A.    Correct.

09:15:49 18      Q.    And that was after completing an MPhil in music

09:15:54 19  at Yale in 2016?

09:15:57 20      A.    Correct.

09:15:59 21      Q.    And at the same time you received an MA in

09:16:03 22  music at Yale in 2016, right?

09:16:06 23      A.    Yes.

09:16:07 24      Q.    And you attended Wesleyan University for your

09:16:10 25  undergraduate degree?

ANDREW JA CHUNG    10/15/2024

09:16:11  1         A.    Correct.

09:16:12  2         Q.    And there you graduated in 2012, right?

09:16:15  3         A.    Correct.

09:16:15  4         Q.    Okay.  Was the visiting instructorship at

09:16:20  5    Wesleyan in the spring of 2019 your first job after

09:16:23  6    completing your PhD in music?

09:16:25  7         A.    Incorrect.  That was while I was completing my

09:16:28  8    PhD.

09:16:29  9         Q.    How long were you a visiting instructor at

09:16:39 10    Wesleyan?

09:16:39 11         A.    For the semester of spring 2019, just like it

09:16:41 12    says.

09:16:42 13         Q.    So when you finished the spring semester there,

09:16:46 14    what happened next?

09:16:47 15         A.    I spent the summer moving to Carrollton, Texas,

09:16:55 16    in preparation for my appointment at the University of

09:17:00 17    North Texas.

09:17:00 18         Q.    And you started there roughly

09:17:05 19    August/September 2019?

09:17:06 20         A.    Officially September 1, 2019.

09:17:08 21         Q.    Have you held any other positions since you

09:17:11 22    took the position in the fall of 2019 at the Division of

09:17:15 23    Music History, Theory, and Ethnomusicology at UNT?

09:17:18 24         A.    I have not.  I am currently on leave on a

09:17:23 25    research fellowship at the -- at a research library

09:17:28  1  called the American Antiquarian Society.  Strictly

09:17:32  2  speaking, this is not an appointment, but this is why I

09:17:36  3  am not at the University of North Texas and it's some --

09:17:39  4  it's -- it is what I am doing professionally now for this

09:17:45  5  year.

09:17:45  6     Q.   I believe -- is that in Worcester,

09:17:47  7  Massachusetts?

09:17:48  8     A.   Worcester, yes.

09:17:50  9     Q.   Thank you.  So just let me see if I get this

09:17:54  10 right.  You received a fellow [audio cut out] to attend

09:17:58  11 the institution where you're now pursuing your career but

09:18:03  12 you remain appointed as a professor at the University of

09:18:07  13 North Texas?

09:18:07  14    A.   Your audio cut out in the middle of your

09:18:10  15 question.  Please ask it again.

09:18:11  16    Q.   Yeah.  Thanks.  And this is a good example of

09:18:13  17 asking for clarification.  So thanks a lot.

09:18:16  18         I just wanted to summarize to make sure I

09:18:19  19 understand.  So at point you received a fellowship to

09:18:23  20 attend the institution where you're now pursuing your

09:18:26  21 career, but while you pursue your career in Worcester,

09:18:32  22 you're also continuing your appointment as an assistant

09:18:37  23 professor at UNT?

09:18:38  24    A.   Yes.  I am on the research leave at the

09:18:42  25 University of North Texas while I'm conducting research

ANDREW JAY CHUNG    10/15/2024

```
09:18:45   1   here.
09:18:46   2        Q.   Okay.  And you'll understand if I say "UNT" I
09:18:49   3   mean the University of North Texas, right?
09:18:50   4        A.   Yes.
09:18:51   5        Q.   When do you expect to return to the University
09:18:55   6   of North Texas?
09:18:55   7        A.   If I return, I expect to return June 2025.
09:19:00   8        Q.   Okay.  Between 2019 and now have you held any
09:19:08   9   visiting positions at any other institution besides the
09:19:13  10   one at which you are now?
09:19:14  11        A.   No.  I have not.
09:19:16  12        Q.   Okay.  You remain an assistant professor now?
09:19:32  13        A.   I currently am an assistant professor, correct.
09:19:36  14        Q.   When do you intend to go up for tenure?
09:19:40  15        A.   My tenure application has been submitted in --
09:19:44  16   in May and -- in two parts, in May and August of this
09:19:49  17   year.
09:19:50  18        Q.   And just for the record, 2024, right?
09:19:55  19        A.   That is this year.  Yes.
09:19:57  20        Q.   Since you have already testified that you've
09:20:04  21   updated your CV to the present, I am just going to ask
09:20:10  22   you to state for the record any additional publications
09:20:14  23   that you've published that are not in your CV.
09:20:17  24        A.   No additional publications.
09:20:19  25        Q.   Now, these peer-reviewed articles, it looks
```

09:20:24    1    like -- let me see -- one, two, three, four, five --

09:20:29    2    five.  Did I count right?

09:20:31    3        A.    Correct.

09:20:31    4        Q.    This is in Exhibit 2 of your CV again.  All of

09:20:35    5    those are peer reviewed, correct?

09:20:37    6        A.    All these are peer reviewed.

09:20:39    7        Q.    And what do you mean and understand by peer

09:20:42    8    reviewed?

09:20:42    9                MS. QUIMBY:  Objection; form.

09:20:43   10        A.    Peer review is where an article is sent by a

09:20:48   11    journal to external reviewers who are other scholars in

09:20:53   12    the field.

09:20:53   13        Q.    (BY MR. ALLEN)  Are they generally unknown, in

09:20:56   14    other words, kept anonymous during the review process?

09:20:59   15        A.    Yes.  Generally, yes.  For all of these cases,

09:21:02   16    yes.

09:21:02   17        Q.    And was your identity also, as much as

09:21:05   18    possible, kept anonymous vis-a-vis the reviewers?

09:21:12   19        A.    That's my understanding.  I'm not certain that

09:21:15   20    that's the case.  Sometimes journals do not observe a

09:21:20   21    double blind review process.

09:21:21   22        Q.    That was going to be my follow-up -- I'm sorry.

09:21:24   23    I interrupted you.  Could you please restate that?

09:21:26   24        A.    Sometimes journals do not observe a double

09:21:29   25    blind process.  So it is possible that journals --

09:21:34  1  journal reviewers knew my name.  It's often -- in a small

09:21:37  2  field, it's pretty easy to infer who an author is.

09:21:42  3      Q.    Sure.  So let me just summarize, if possible.

09:21:47  4  A double blind peer-review process means that both the

09:21:51  5  author of an article and the outside reviewers of the

09:21:54  6  author -- of the article remain anonymous to each other,

09:21:58  7  correct?

09:21:58  8      A.    Correct.

09:21:58  9      Q.    And to the best of your knowledge, these

09:22:01  10  peer-reviewed articles were double blind peer reviewed?

09:22:05  11      A.    To the best of my knowledge.  My expectation is

09:22:08  12  that they were all double blind peer reviewed.

09:22:12  13      Q.    Have you ever published articles that are not

09:22:14  14  peer reviewed?

09:22:15  15      A.    Articles, no.

09:22:16  16      Q.    Textbook chap- -- go ahead.  I'm sorry.

09:22:19  17      A.    On articles, no.  I've done some journalistic

09:22:22  18  writing, but that's, I think, a different matter.

09:22:24  19      Q.    In this book chapter you've listed in your CV,

09:22:30  20  "Consonance and Dissonance," do you see where that is on

09:22:32  21  the -- it looks like second page of Exhibit 2?

09:22:34  22      A.    Correct.

09:22:34  23      Q.    Was that peer reviewed?

09:22:38  24      A.    That was editor reviewed.

09:22:41  25      Q.    And could you describe that process in brief

09:22:43  1    for the record?

09:22:44  2         A.    Editor review is -- is a standard that is often

09:22:51  3    used for edited collections that are published as books

09:22:56  4    where book chapters are solicited from authors by a team

09:23:01  5    of editors, and the pieces are reviewed by the editors.

09:23:05  6         Q.    And I believe you said you had -- how did you

09:23:09  7    describe your non-peer reviewed publication efforts?

09:23:13  8    Something like journalistic or popular or something of

09:23:18  9    that nature?

09:23:18 10         A.    Yeah.  Journalistic writing.

09:23:19 11         Q.    Where are those in your CV, if they are?

09:23:22 12         A.    They should be in other writings.

09:23:24 13         Q.    Is that this portion on the bottom of Page 2?

09:23:27 14         A.    Yes.  The -- yeah.  The bottom two items, in

09:23:32 15    *The Wire* and *icareifyoulisten.com*.  Yeah.  Those are --

09:23:36 16    those are -- those are journalistic writings.

09:23:39 17         Q.    And then what is the History of Music Theory

09:23:44 18    blog?  You've listed a publication under other writings,

09:23:44 19    "Colonial Organology and Ornithology in Richard Ligon's

09:23:54 20    Acoustics of Anthropological Difference."  Did I read

09:23:54 21    that right?

09:23:55 22         A.    Correct.  Yes.  That is a blog post that

09:24:01 23    solicits short pieces, short reflections having to do

09:24:03 24    with the history of music theory.

09:24:06 25         Q.    Okay.  Do you retain any kind of institutional

09:24:18  1   affiliation with Wesleyan University?

09:24:20  2        A.    Nope.

09:24:21  3        Q.    When did your association with Wesleyan end?

09:24:25  4              MS. QUIMBY:  Objection; form.

09:24:30  5        A.    My association with Wesleyan University ended

09:24:34  6   when my visiting appointment was over in May -- let's see

09:24:41  7   -- 2019.

09:24:41  8        Q.    (BY MR. ALLEN)  Okay.  Sorry if I pause between

09:25:14  9   exhibits.  It's because I'm keeping track of them and

09:25:18  10  keeping track of their files names so I can circulate

09:25:21  11  them eventually to the reporter.

09:25:27  12             Are you familiar with a music theory journal

09:25:32  13  called *Spectrum*?

09:25:34  14       A.    You are referring to *Music Theory Spectrum*.

09:25:37  15  Yes.

09:25:37  16       Q.    Can you describe what *Music Theory Spectrum* is

09:25:42  17  for the record, please?

09:25:43  18       A.    For the record, *Music Theory Spectrum* is, I

09:25:48  19  believe, one of the official publications of the Society

09:25:50  20  for Music Theory.

09:25:50  21       Q.    What's the Society for Music Theory?

09:25:52  22       A.    The Society for Music Theory is a professional

09:25:56  23  society of music theorists.

09:25:59  24       Q.    Do you belong to the Society for Music Theory?

09:25:59  25       A.    I am -- I am currently a member of the SMT.

09:26:01  1   That is the Society for Music Theory.

09:26:04  2       Q.   And I believe you just used its acronym SMT,

09:26:08  3   right?

09:26:08  4       A.   Uh-huh.

09:26:09  5       Q.   So if we say "SMT" we'll both understand we're

09:26:13  6   refer to Society for Musical Theory, right?

09:26:16  7       A.   Correct.   Music --

09:26:16  8       Q.   Thank you.   Society for Music Theory just for

09:26:19  9   the record.   Thank you.

09:26:19  10      A.   Correct.

09:26:20  11      Q.   How important is the Society for Music Theory

09:26:24  12  in your field?

09:26:25  13           MS. QUIMBY:   Objection; form.

09:26:27  14           Go ahead.

09:26:28  15      A.   It is -- it is the primary U.S.-based

09:26:34  16  professional association and conference organizing body

09:26:39  17  in the field.

09:26:41  18      Q.   (BY MR. ALLEN)   And you consider yourself a

09:26:43  19  music theorist, right?

09:26:45  20      A.   At times.   I certainly --

09:26:48  21      Q.   How about --

09:26:49  22      A.   -- teach in the music theory departments.

09:26:52  23      Q.   Okay.   Do you teach classes in music theory?

09:26:53  24      A.   I teach classes in music theory.

09:26:55  25      Q.   Did your -- do your publications -- your

| | | |
|---|---|---|
| 09:27:00 | 1 | academic publications engage in the field of music |
| 09:27:03 | 2 | theory? |
| 09:27:03 | 3 | A.    Some of them primarily do, yes. |
| 09:27:05 | 4 | Q.    Do you have graduate students in the field of |
| 09:27:13 | 5 | music theory? |
| 09:27:13 | 6 | A.    Correct. |
| 09:27:14 | 7 | Q.    Can you describe the position that *Spectrum* has |
| 09:27:26 | 8 | in the field of music theory among people such as |
| 09:27:30 | 9 | yourself? |
| 09:27:31 | 10 | MS. QUIMBY:  Objection. |
| 09:27:32 | 11 | A.    Sure.  I would say -- would say *Spectrum* -- |
| 09:27:37 | 12 | *Music Theory Spectrum* is one of three flagship journals. |
| 09:27:38 | 13 | The others would be the journal for music theory -- |
| 09:27:40 | 14 | sorry -- *Journal of Music Theory* and *Music Theory Online*. |
| 09:27:44 | 15 | Q.    (BY MR. ALLEN)  Are those all published by SMT? |
| 09:27:47 | 16 | A.    They are not. |
| 09:27:50 | 17 | Q.    Which ones are published by the Society for |
| 09:27:55 | 18 | Music Theory? |
| 09:27:55 | 19 | A.    *Music Theory Spectrum* and *Music Theory Online* |
| 09:27:59 | 20 | are officially affiliated with the SMT. |
| 09:28:02 | 21 | Q.    And what is the third one, if you could state |
| 09:28:04 | 22 | that again, please? |
| 09:28:05 | 23 | A.    The *Journal of Music Theory*, JMT. |
| 09:28:08 | 24 | Q.    What professional society, if any, is that |
| 09:28:12 | 25 | associated with? |

09:28:13   1          A.    No professional society.

09:28:15   2          Q.    Who publishes it?

09:28:17   3          A.    Duke University Press.

09:28:19   4          Q.    Who -- who edits it, if you know?

09:28:23   5          A.    I am -- I do not know who the current editor

09:28:27   6    is.

09:28:28   7          Q.    Okay.  Do you know who the actual publisher of

09:28:38   8    *Spectrum* is?

09:28:38   9          A.    That I do not know.

09:28:39  10          Q.    Have you published in *Spectrum* by any chance?

09:28:39  11    We could back to your CV, but I figured I'd just ask you

09:28:39  12    because you must know.

09:28:53  13          A.    I've published a book review in *Music Theory*

09:28:58  14    *Spectrum*.

09:28:59  15          Q.    Have you ever had a chance to peruse their

09:29:05  16    website for their standards of publication?

09:29:07  17          A.    Specifically, no, I have not.  But I -- there

09:29:10  18    are certain kinds of assumptions that one makes about the

09:29:12  19    standards of publication at a flagship journal.

09:29:15  20          Q.    What are the standards that you assume are

09:29:18  21    applied by *Spectrum*?

09:29:19  22          A.    Double blind peer review for all research

09:29:24  23    articles and editor based review for things like book

09:29:27  24    reviews, concert reviews, or conference reports.

09:29:34  25          Q.    And while we're at it, do you -- is there any

09:29:41  1  meaningful distinction in your mind between the

09:29:44  2  publication of papers in a symposium and in a commentary?

09:29:50  3          MS. QUIMBY:  Objection; form.

09:29:52  4      Q.  (BY MR. ALLEN)  Do you know?

09:29:52  5      A.  Difference between papers in a symposium and a

09:29:57  6  commentary?  I'm not sure I understand the question.

09:29:59  7      Q.  (BY MR. ALLEN)  Well, have you -- have you done

09:30:02  8  -- well, there has been a distinction made, for instance,

09:30:05  9  by -- I'm just going to represent to you for the record

09:30:08  10  by an ad hoc panel between symposia and commentary.  I'm

09:30:14  11  asking if you know the distinction between those two

09:30:19  12  scholarly kinds of publication?

09:30:23  13          MS. QUIMBY:  Objection; form.

09:30:24  14      A.  I mean, my impression is that commentary is a

09:30:27  15  far more informal thing.  A symposium I would assume --

09:30:32  16  having never published in a symposium myself, my

09:30:35  17  assumption is that a symposium is a collection of

09:30:38  18  research articles that circulate or orbit around a

09:30:43  19  certain particular topic.

09:30:44  20      Q.  (BY MR. ALLEN)  Okay.  Any particular standards

09:30:48  21  for symposia that you're aware of in your field?

09:30:51  22          MS. QUIMBY:  Objection; form.

09:30:52  23      A.  Not -- not that I know of as consistent rules,

09:30:58  24  per se, for symposia.

09:31:00  25          (Exhibit No. 3 marked.)

09:31:00   1        Q.   (BY MR. ALLEN)   Okay.   I'm going to introduce
09:31:02   2   into the record Exhibit 3.   And, Professor Chung, first
09:31:16   3   I'm going to take you through the document to introduce
09:31:19   4   it to you, and then I'm going to ask you some questions
09:31:21   5   about it.
09:31:22   6            The first page is --
09:31:26   7            MS. QUIMBY:   I'm sorry to interrupt.   I
09:31:27   8   can't even begin to try to read this.
09:31:31   9            MR. ALLEN:   It's too small, is that what
09:31:33  10   you're saying?
09:31:34  11            MS. QUIMBY:   Yeah.   I'm sorry if that
09:31:35  12   wasn't clear.   I can't read it.
09:31:37  13            MR. ALLEN:   I'll tell you what, why don't
09:31:43  14   I -- can we go off the record, please.
09:31:46  15            THE VIDEOGRAPHER:   The time 9:31 a.m.   We
09:31:48  16   are off the record.
09:31:48  17            (Recess from 9:31 a.m. to 9:33 a.m.)
09:33:11  18            THE VIDEOGRAPHER:   The time is 9:33 a.m.
09:33:13  19   We are on the record.
09:33:14  20        Q.   (BY MR. ALLEN)   So this exhibit marked as
09:33:16  21   Exhibit 3 for the record is a complication of two
09:33:23  22   websites and one journal article concerning the journal
09:33:26  23   *Spectrum* which we have just been discussing.
09:33:27  24            The first page is from the website of the
09:33:33  25   Society for Music Theory.   In fact, you can see in the

09:33:36  1  lower left-hand corner, which I'm highlighting here on

09:33:43  2  the screen, the URL says SocietyMusicTheory.org.  Do you

09:33:47  3  see that, Professor Chung?

09:33:48  4       A.   Yes.

09:33:48  5       Q.   The second is a printout of a website Oxford

09:33:57  6  University Press, which also addresses *Music Theory*

09:34:02  7  *Spectrum*.  And if you'll see the URL here is

09:34:10  8  AcademicOUP.com.  Do you see that down at the bottom of

09:34:13  9  Page 2?

09:34:13 10       A.   Correct.  Yes.

09:34:14 11       Q.   And do you understand OUP is an abbreviation

09:34:20 12  for Oxford University Press?

09:34:23 13       A.   Yes.

09:34:23 14       Q.   So does that help inform you that Oxford

09:34:31 15  University Press publishes *Music Theory Spectrum*?

09:34:37 16       A.   Yeah.  I believe that's correct.

09:34:37 17       Q.   Okay.  Well -- and just to sew that up, you

09:34:38 18  don't have any reason to believe that Oxford University

09:34:40 19  Press does not publish *Music Theory Spectrum*, right?

09:34:42 20            MS. QUIMBY:  Objection; form.

09:34:43 21       A.   My -- yeah.  My understanding was that the

09:34:49 22  change -- that there was a change of press in some recent

09:34:53 23  years.  So previously they were published by, I believe,

09:35:00 24  the University of California Press.  I -- I access the

09:35:02 25  journal online, so -- you know.

09:35:06  1       Q.   (BY MR. ALLEN)  Would that be through SMT or

09:35:08  2    through Oxford?

09:35:10  3                 MS. QUIMBY:  Objection; form.

09:35:11  4       A.   Accessing the journal?  Through neither.  It's

09:35:18  5    through the University's -- University of North Texas's

09:35:20  6    library.

09:35:21  7       Q.   (BY MR. ALLEN)  Oh.  Okay.  So I'll just

09:35:25  8    represent to you that after the website that is printed

09:35:28  9    out from the Oxford University Press, I've included a

09:35:35 10    table of contents from fall 2021 journal of the Society

09:35:41 11    for Music Theory *Spectrum*.  Then after that is an article

09:35:45 12    which was published in that volume in the fall of 2021 by

09:35:51 13    Philip Ewell called "Music Theory's White Racial Frame."

09:35:55 14       A.   Yes.

09:35:56 15       Q.   We're not -- we're obviously not going to read

09:35:58 16    this all into the record.  But I'm just showing you that

09:36:02 17    that's the nature [audio cut out].

09:36:08 18            I would like to go back to the first page of

09:36:10 19    exhibit number -- I believe we're up to 3.  Specific

09:36:20 20    declaration of the review process on this printout of the

09:36:26 21    web page for the society for music -- Society for Music

09:36:30 22    Theory concerning *Spectrum*.

09:36:37 23       A.   Was there -- was there a question?  I'm sorry.

09:36:39 24       Q.   Yes.  Can you identify any specific declaration

09:36:45 25    of the review process on the website of the Society of

09:36:49  1  Music Theory concerning the journal *Spectrum* --

09:36:52  2  MS. QUIMBY:  Objection.

09:36:53  3  Q.  (BY MR. ALLEN)  -- in Exhibit 3?

09:36:54  4  MS. QUIMBY:  Objection; form.

09:36:55  5  A.  In Exhibit 3?  In the material provided?

09:37:04  6  Q.  (BY MR. ALLEN)  Correct.  Again, I'm just

09:37:26  7  asking you about the Society of Music Theory portion of

09:37:30  8  Exhibit 3, which is the first page.

09:37:31  9  A.  Only the first page?

09:37:33  10  Q.  Yes.

09:37:33  11  A.  Why only the first page?

09:37:35  12  Q.  Because that -- that first page is from the

09:37:39  13  Society for Music Theory's website, not from the Oxford

09:37:43  14  University Press website, which I'm going to ask you

09:37:45  15  about next.

09:37:45  16  A.  Okay.

09:37:45  17  Q.  So I could just ask you to address --

09:37:47  18  A.  No -- no review information on the first page.

09:37:49  19  Q.  Okay.  Now we're going to go to the Oxford

09:37:53  20  University Press.  I'm just going to direct your

09:37:55  21  attention to what I've highlighted here for the purposes

09:38:02  22  of your testimony.  It says, after one or two bullet

09:38:05  23  points, "Instructions to authors.  *Music Theory Spectrum*

09:38:09  24  practices blind review.  For this reason, authors should

09:38:11  25  avoid identifying themselves, directly or indirectly, in

09:38:17  1  submissions" -- "in the submission itself," confirming

09:38:19  2  "such identification to an accompanying cover letter" --

09:38:22  3  or excuse me -- "confining such identification to an

09:38:27  4  accompanying cover letter."

09:38:28  5        At least on the second try did I read that

09:38:30  6  correctly?

09:38:32  7        A.    I believe so.

09:38:33  8        Q.    And is it your understanding, then, that the

09:38:37  9  Oxford University Press does identify that *Spectrum*

09:38:40  10 articles are to be blind peer reviewed?

09:38:43  11       A.    For articles, correct.

09:38:45  12       Q.    Yes.  I am now going to skip down to *Music*

09:38:58  13 *Theory Spectrum*, the journal of the Society for Music

09:39:02  14 Theory.  On this table of contents, do you find anything

09:39:05  15 suggesting that the article of Philip Ewell, which is

09:39:10  16 included in this section here starting at Page 324, is

09:39:14  17 not peer reviewed?

09:39:15  18             MS. QUIMBY:  Objection; form.

09:39:16  19       A.    Do I find anything to suggest that it is not

09:39:24  20 peer reviewed?

09:39:25  21       Q.    (BY MR. ALLEN)  Correct.

09:39:25  22       A.    The fact that it's a colloquy raises the

09:39:32  23 potential that it's not peer reviewed.

09:39:34  24       Q.    Does the title page say that it's not peer

09:39:37  25 reviewed?

09:39:37  1                MS. QUIMBY:  Objection; form.

09:39:38  2        A.    It does not.

09:39:41  3        Q.    (BY MR. ALLEN)  Would it be your expectation

09:39:47  4    that the title page would specify that articles are not

09:39:50  5    peer reviewed if, in fact, they are not?

09:39:53  6                MS. QUIMBY:  Objection; form.

09:39:53  7        A.    Well, implicitly -- implicitly it is specified

09:39:58  8    that the -- you know, the six pieces appearing before the

09:40:01  9    word "colloquy" are peer reviewed.

09:40:09  10       Q.    (BY MR. ALLEN)  How is that implicitly stated?

09:40:10  11       A.    Because it's not stated explicitly.

09:40:13  12       Q.    Okay.  So you agree that it's not stated

09:40:20  13   explicitly that the colloquy is not peer reviewed,

09:40:21  14   correct?

09:40:21  15       A.    Correct.

09:40:22  16       Q.    And I'm just going to call your attention to

09:40:25  17   Philip Ewell's article.  Do you see Page 324 just as the

09:40:32  18   table of contents suggests?

09:40:34  19       A.    Correct.

09:40:34  20       Q.    And this is "Music Theory's White Racial

09:40:40  21   Frame"?

09:40:40  22       A.    Correct.

09:40:40  23       Q.    The title?

09:40:41  24       A.    Correct.

09:40:41  25       Q.    And just to back up, did you attend the 2019

09:40:50 1   conference of the Society for Music Theory?

09:40:53 2       A.   I did.

09:40:54 3       Q.   That would have been shortly after you joined

09:40:58 4   the University of North Texas, correct?

09:41:00 5       A.   That is correct.

09:41:01 6       Q.   Do you remember it being in the early weeks of

09:41:03 7   November?

09:41:03 8       A.   Early weeks of November 2019.

09:41:06 9       Q.   You wouldn't happen to remember the days on

09:41:09 10  which the conference fell, would you?

09:41:11 11      A.   Well, every year the conference falls on a

09:41:14 12  Thursday, Friday, Saturday, Sunday.

09:41:17 13      Q.   Do you remember it being the first week of

09:41:18 14  November?

09:41:19 15      A.   I am uncertain as to whether it was the first

09:41:30 16  week or the second week of November.

09:41:31 17      Q.   I'm sorry, we've just had trouble figuring out

09:41:34 18  exactly when it took place.  That's why I ask.

09:41:39 19           Did you personally sit in on the plenary

09:41:44 20  address of Professor Philip Ewell of Hunter College in

09:41:49 21  New York?

09:41:49 22      A.   I did.

09:41:49 23      Q.   How was the paper received?

09:41:52 24           MS. QUIMBY:  Objection; form.

09:41:53 25      A.   The paper was received with -- with a polite

09:42:04  1  reception.  Nothing unusual about its reception.

09:42:07  2      Q.   (BY MR. ALLEN)  Do you recall a standing

09:42:10  3  ovation?

09:42:11  4      A.   I personally do not recall whether the ovation

09:42:14  5  was standing, not standing.

09:42:16  6      Q.   Okay.  Do you recall any opportunity for people

09:42:21  7  to criticize Professor Ewell's plenary address "Music

09:42:28  8  Theory's White Racial Frame"?

09:42:29  9           MS. QUIMBY:  Objection; form.

09:42:30  10     A.   There is always an opportunity to address a

09:42:33  11 plenary address.

09:42:34  12     Q.   (BY MR. ALLEN)  When was that afforded at the

09:42:35  13 Society for Music Theory in their annual conference in

09:42:39  14 2019?

09:42:39  15     A.   During free time.  That time is not, per se,

09:42:42  16 listed on the program.

09:42:44  17     Q.   What do you mean "free time"?  What does that

09:42:47  18 mean at the conference?

09:42:48  19     A.   Because conference sessions do not run 24 hours

09:42:51  20 of the day.  People take time to be out of conference

09:42:57  21 sessions and speak amongst themselves.

09:43:01  22     Q.   So other than this free time, was there any

09:43:05  23 opportunity for people to formally critique Philip

09:43:13  24 Ewell's plenary address?

09:43:14  25           MS. QUIMBY:  Objection; form.

09:43:16   1          A.   Formally, not that I know of.

09:43:19   2          Q.   (BY MR. ALLEN)  Okay.  So I'm just going to

09:43:21   3    ask, given that we have in Exhibit 3 the article, is it

09:43:25   4    your understanding that this article in Society for Music

09:43:29   5    Theory was the publication of the talk [audio cut out] 19

09:43:33   6    Society for Music Theory plenary address?

09:43:33   7                  MS. QUIMBY:  I'm sorry, halfway you -- you

09:43:33   8    just cut out.  I only caught part of that question.

09:43:41   9                  MR. ALLEN:  Sure.  Sure.

09:43:41  10                  So I'll ask the court reporter to strike

09:43:43  11    that, and I'll ask the question again.

09:43:45  12          Q.   (BY MR. ALLEN)  Was it your understanding that

09:43:46  13    Philip Ewell published his plenary address at the 2019

09:43:51  14    Society for Music Theory conference as this paper "Music

09:43:57  15    Theory's White Racial Frame" in this 2021 volume of

09:44:01  16    Society for Music Theory's *Spectrum*?

09:44:03  17                  MS. QUIMBY:  Objection; form.

09:44:05  18          A.   That is my understanding.

09:44:09  19          Q.   (BY MR. ALLEN)  If there was going to be a note

09:44:15  20    stating that this paper was not peer reviewed, where

09:44:19  21    would it appear in the article?

09:44:20  22                  MS. QUIMBY:  Objection; form.

09:44:23  23          A.   A note stating that it was not peer reviewed?

09:44:26  24          Q.   (BY MR. ALLEN)  Yes.  If one was to exist in

09:44:29  25    such a publication, where would it be?

09:44:31  1          MS. QUIMBY:  Objection; form.

09:44:31  2      A.   Such a note would -- would not be customary.

09:44:42  3      Q.   (BY MR. ALLEN)  Okay.  And here at the bottom

09:44:45  4  you see this that I've highlighted just for the purpose

09:44:48  5  of drawing your attention to it?

09:44:48  6      A.   Yes.

09:44:50  7      Q.   It says, "This article is a transcript of my

09:44:53  8  2019 Society for Music Theory plenary paper."  He goes on

09:44:58  9  to say, "Aside from adding bibliographic citations, I

09:45:03 10  have adjusted the text minimally as possible."  And for a

09:45:05 11  complete -- a more complete version he refers to another

09:45:09 12  publication, which is apparently linked under Ewell 2020.

09:45:15 13          Did I read that right?

09:45:15 14      A.   Yes.

09:45:17 15      Q.   So you would agree with me that doesn't

09:45:19 16  indicate that this is not a peer-reviewed article, right?

09:45:21 17          MS. QUIMBY:  Objection; form.

09:45:22 18      A.   That it -- this does not indicate that it was

09:45:30 19  peer reviewed; is that the question?

09:45:32 20      Q.   (BY MR. ALLEN)  Yes, that is the question.

09:45:34 21      A.   Yeah.  There's no indication of the peer-review

09:45:44 22  process to which this was subjected.

09:45:47 23      Q.   And following up on your previous testimony, is

09:45:50 24  that -- would you expect that?  Is it normal?  Let me

09:45:55 25  strike that and just ask it.

ANDREW CHUNG    10/15/2024

```
09:45:57   1          Is it your understanding that would be normal
09:45:59   2   for such a publication?
09:46:00   3          MS. QUIMBY:  Objection; form.
09:46:01   4      A.   For a piece like this that's a transcript of a
09:46:03   5   well-known talk, I don't think that scholars in the
09:46:07   6   field, professionals in the field would expect a peer --
09:46:10   7   for such a piece to go through the same kind of
09:46:13   8   peer-review process that an article would under blind
09:46:19   9   submission.
09:46:19  10      Q.   (BY MR. ALLEN)  Okay.  I'm just going to skip
09:46:21  11   to the back without spending more time on this.  There's
09:46:25  12   another blurb at the bottom of the article at the very
09:46:29  13   end.  This would be on the 11th page of Exhibit 3 and
09:46:34  14   Page 329.  It says, "*Music Theory Spectrum*, Volume 43,
09:46:41  15   Issue 2, Page 324 to 29."  It gives an ISSN number and
09:46:47  16   also an electronic ISSN number.  It has a copyright
09:46:54  17   signification and says, "Published by Oxford University
09:46:56  18   Press" and so forth.  "All rights reserved."
09:46:59  19          Can I just have you confirm that that also does
09:47:01  20   not indicate whether peer review applied to this article?
09:47:06  21          MS. QUIMBY:  Objection; form.
09:47:08  22      A.   This page does not indicate peer-review
09:47:17  23   procedures.
09:47:17  24      Q.   (BY MR. ALLEN)  Thanks.  And you don't recall
09:47:22  25   anyone objecting to Philip Ewell's publication of his
```

09:47:26  1  plenary address in *Spectrum* under these conditions, do

09:47:30  2  you?

09:47:31  3          MS. QUIMBY:  Objection; form.

09:47:31  4      A.  I am not privy to conversations like that about

09:47:35  5  this piece.

09:47:35  6      Q.  (BY MR. ALLEN)  Do you recall anyone

09:47:37  7  circulating an open letter condemning Philip Ewell for

09:47:43  8  publishing something which didn't clearly indicate

09:47:46  9  whether it was peer reviewed or not?

09:47:46 10      A.  I have no knowledge of whether such a letter

09:47:47 11  existed or didn't exist.

09:47:49 12      Q.  Did anyone accuse Philip Ewell of racism for

09:47:54 13  publishing under those conditions, that he published that

09:47:57 14  2019 plenary address in *Spectrum*?

09:47:59 15          MS. QUIMBY:  Objection; form.

09:48:00 16      A.  I do recall -- I believe I recall hearsay that

09:48:15 17  Philip had an ax to grind against European music

09:48:22 18  theorists of the past.

09:48:24 19      Q.  (BY MR. ALLEN)  So that's -- that wasn't my

09:48:26 20  question.  Maybe I phrased it unclearly.

09:48:29 21          Did it come to your attention that anyone

09:48:31 22  accused Philip Ewell particularly of racism for

09:48:37 23  publishing in *Spectrum* under the conditions that he

09:48:38 24  published his 2019 plenary address?

09:48:40 25      A.  Strictly speaking, no, I recall no such thing.

09:48:45  1        Q.    Thank you.   That would be absurd, wouldn't it?

09:48:50  2               MS. QUIMBY:   Objection; form.

09:48:51  3        A.    No.   In fact, it would be quite understandable.

09:48:54  4   I can imagine scholars accusing Philip Ewell of being

09:48:58  5   racist towards white European music theorists of the

09:49:03  6   past.

09:49:04  7        Q.    (BY MR. ALLEN)   For publishing without peer

09:49:06  8   review?

09:49:06  9               MS. QUIMBY:   Objection; form.

09:49:06  10       A.    I -- I don't see how that question follows.

09:49:10  11       Q.    (BY MR. ALLEN)   So I'm just going to represent

09:49:12  12  to you that Philip Ewell, himself, has testified that

09:49:14  13  that article was published without double blind peer

09:49:20  14  review.   You don't recall anyone ever accusing of Philip

09:49:26  15  Ewell of racism for publishing the 2019 plenary address

09:49:27  16  without peer review?

09:49:29  17       A.    I don't see why anybody would be accused of

09:49:32  18  racism for that specific reason.

09:49:34  19       Q.    Right.   And that was -- my follow-up question

09:49:36  20  was:   That would be absurd, correct?

09:49:38  21       A.    Correct.

09:49:39  22               MS. QUIMBY:   Objection; form.

09:49:39  23       Q.    (BY MR. ALLEN)   Are you also aware of the

09:49:58  24  journal published by the University of North Texas Press

09:50:02  25  called *Theoria* or *Theoria*?   I'm not sure how it's

09:50:05 1  pronounced actually.

09:50:07 2       A.    I believe it's *Theoria*.  Yes, I'm aware of that

09:50:09 3  publication.

09:50:10 4       Q.    Have you ever submitted anything for

09:50:12 5  publication in *Theoria*?

09:50:14 6       A.    I was solicited to submit a publication.

09:50:21 7       Q.    Who solicited your publication in *Theoria*?

09:50:24 8       A.    That was the editor Frank Heidleberger.

09:50:28 9       Q.    When was this?

09:50:29 10      A.    This was in late -- well, early -- yeah.  Late

09:50:41 11  autumn of 2022.

09:50:43 12      Q.    So roughly about two years ago?

09:50:48 13      A.    Yes.

09:50:49 14      Q.    And in your experience as an academic and a

09:50:53 15  music theorist, is that normal for an editor to solicit

09:51:00 16  contributions to his or her journal?

09:51:01 17                  MS. QUIMBY:  Objection; form.

09:51:02 18      A.    When the -- when the contributions are -- let's

09:51:10 19  see -- like reprints of talks, lectures that take place,

09:51:15 20  this is a known practice, yes.

09:51:18 21      Q.    (BY MR. ALLEN)  Which was your talk -- I'm

09:51:19 22  sorry go ahead.

09:51:19 23      A.    Yes.  That was the nature of my submission to

09:51:22 24  that publication.

09:51:23 25      Q.    I was just going to follow-up with that very

09:51:25  1  question.

09:51:26  2         So could you just for the record briefly

09:51:28  3  describe the nature of the piece that he was soliciting

09:51:31  4  from you?

09:51:32  5     A.    Yes.  The nature of the piece that he was

09:51:35  6  soliciting which I wrote was the transcript of a talk

09:51:39  7  that explained early modern keyboard tunings and how they

09:51:44  8  related to changing understandings of the natural world

09:51:51  9  in early modern Europe.

09:51:52  10    Q.    Did you end submitting that to *Theoria*?

09:51:56  11    A.    I did.

09:51:56  12    Q.    Is that in press?

09:51:59  13    A.    Yes, it has been published.

09:52:02  14    Q.    I'm sorry, I'm just going to go back to your CV

09:52:11  15  which is Exhibit 2, just put that up again on screen.

09:52:34  16           MR. ALLEN:  Mary, once again I'll try to

09:52:36  17  drop this in chat this time.

09:52:38  18           MS. QUIMBY:  This is easier.  The font is a

09:52:42  19  little bit bigger.

09:52:44  20           MR. ALLEN:  I know.  That should come

09:52:45  21  through.

09:52:45  22    Q.    (BY MR. ALLEN)  So is that one of the articles

09:52:47  23  that has since been published in the meantime that you --

09:52:51  24  since I think it was January 2024 that you drafted this

09:52:55  25  CV, Professor Chung?

09:52:57   1            MS. QUIMBY:  Objection; form.

09:52:57   2       A.    That is a publication that has been published.

09:53:00   3   It's not a peer-reviewed article.  It's not something I

09:53:04   4   would list as a peer-reviewed article.  It's not the same

09:53:07   5   scope of publication as a peer-reviewed article.

09:53:10   6       Q.    (BY MR. ALLEN)  So that was not peer reviewed

09:53:13   7   that you published in *Theoria*?

09:53:15   8       A.    No.

09:53:16   9       Q.    Is there any reason you don't list it on your

09:53:20  10   CV?

09:53:21  11       A.    Because it was not ready at the time of this

09:53:25  12   CV.

09:53:26  13       Q.    Uh-huh.  Where would you sort it into your CV

09:53:29  14   if you were to list it today?

09:53:31  15       A.    I would probably make a new section for it

09:53:36  16   under published conference proceedings or some equivalent

09:53:42  17   heading.

09:53:43  18       Q.    Uh-huh.  And was it in the 2022 volume of

09:53:47  19   *Theoria* that it came out?

09:53:49  20       A.    No.

09:53:50  21       Q.    Which volume?

09:53:51  22       A.    2024.

09:53:52  23       Q.    Okay.  So it must have come out very recently,

09:53:57  24   right?

09:53:58  25       A.    Very recently.  The past handful of months.  I

09:54:02  1   don't remember when.

09:54:03  2        Q.   And do you understand that that's the usual

09:54:07  3   practice of *Theoria*, to, from time to time, solicit

09:54:11  4   conference proceedings as you've described without peer

09:54:13  5   review?

09:54:13  6        A.   I do not know what their normal practices are.

09:54:17  7   It's not a journal with which I'm deeply familiar.

09:54:21  8        Q.   Are you aware that Philip Ewell published in

09:54:24  9   *Theoria*?

09:54:25  10       A.   I do not know whether he has or has not

09:54:28  11  published in *Theoria*.

09:54:29  12       Q.   You do know *Theoria* is published by the

09:54:34  13  University of North Texas Press, right?

09:54:34  14       A.   Many things are published by the University of

09:54:38  15  North Texas Press.

09:54:38  16       Q.   That wasn't my question.

09:54:40  17            You know that *Theoria* is published by the

09:54:43  18  University of North Texas Press, right?

09:54:44  19       A.   Correct.

09:54:45  20       Q.   Thanks.

09:54:45  21            Have you ever heard of anyone condemn *Theoria*

09:54:48  22  for publishing articles without peer review?

09:54:50  23            MS. QUIMBY:  Objection; form.

09:54:51  24       A.   I have not heard such -- such a thing.

09:54:56  25       Q.   (BY MR. ALLEN)  And I believe you referred to

09:54:58   1   the defendant Frank Heidleberger as the editor of

09:55:02   2   *Theoria*?

09:55:03   3        A.   Yes.  That is my correct understanding.

09:55:06   4        Q.   Has anyone ever accused Frank Heidleberger of

09:55:06   5   racism for publishing articles without peer review to

09:55:12   6   your knowledge?

09:55:12   7             MS. QUIMBY:  Objection; form.

09:55:13   8        A.   To my knowledge I do not know whether he has or

09:55:15   9   has not.

09:55:16   10       Q.   (BY MR. ALLEN)  When you published your article

09:55:23   11  in *Theoria*, did you check *Theoria's* editorial practices

09:55:30   12  to determine whether peer review was used by the journal?

09:55:34   13            MS. QUIMBY:  Objection; form.

09:55:34   14       A.   The assumption -- when the editor Frank

09:55:43   15  Heidleberger solicited the pieces, it was made clear

09:55:47   16  that -- I believe it was made clear that -- that the

09:55:50   17  articles would be -- would not be peer reviewed, because

09:55:54   18  they are not, strictly speaking, articles.  They are

09:55:57   19  conference proceedings.

09:55:58   20       Q.   (BY MR. ALLEN)  Was it stated in your published

09:56:01   21  version of that article in *Theoria* that it was not peer

09:56:05   22  reviewed?

09:56:06   23            MS. QUIMBY:  Objection; form.

09:56:06   24       A.   Typically that -- that kind of thing, it would

09:56:09   25  be understood it's not peer reviewed, because, again,

09:56:11  1   it's published conference proceedings.

09:56:13  2       Q.   (BY MR. ALLEN)  Who -- who would understand

09:56:15  3   that?

09:56:15  4       A.   People who know how to read journals in the

09:56:18  5   field.

09:56:19  6       Q.   Other academics in music theory?

09:56:23  7       A.   Other academics in music theory.

09:56:25  8       Q.   And that's not unusual in your field of music

09:56:28  9   theory, right?

09:56:29  10              MS. QUIMBY:  Object --

09:56:29  11      A.   Not unusual for more informal types of

09:56:34  12  publications such as conference proceedings, publications

09:56:36  13  of talks that were delivered originally at a conference,

09:56:40  14  correct.

09:56:40  15      Q.   (BY MR. ALLEN)  And, again, just like Philip

09:56:43  16  Ewell's publication in *Spectrum*, that did not raise a

09:56:46  17  stir simply because it was published without peer review,

09:56:50  18  did it?

09:56:50  19              MS. QUIMBY:  Objection; form.

09:56:51  20      A.   To my knowledge, no such objections were

09:56:56  21  raised.

09:56:57  22      Q.   (BY MR. ALLEN)  You weren't the object of an

09:56:59  23  open letter by the Society for Music Theory simply

09:57:02  24  because you published something in *Theoria* without peer

09:57:06  25  review, right?

09:57:07  1        A.    Correct.

09:57:11  2             MS. QUIMBY:  Objection; form.

09:57:12  3        Q.    (BY MR. ALLEN)  So, Professor Chung, one thing

09:57:25  4   I forgot to tell you at the beginning is:  If at any time

09:57:28  5   you want a break, just say so.  I don't --

09:57:30  6        A.    Okay.

09:57:30  7        Q.    I obviously don't want you answering questions

09:57:33  8   if you're uncomfortable or you need to go to the bathroom

09:57:36  9   or something of that nature.  I am going to transition

09:57:39  10  now talking about your relationship with Professor

09:57:40  11  Timothy Jackson, who is the plaintiff in this case.

09:57:43  12       A.    Sure.

09:57:44  13       Q.    We have been about an hour.  So I was going to

09:57:46  14  ask if you would like a break.  If you don't, we can just

09:57:48  15  keep going.

09:57:48  16       A.    I'm happy to continue.

09:57:50  17       Q.    Okay.

09:57:53  18             MS. QUIMBY:  I would like to ask for a

09:57:55  19  break shortly.  Maybe in the next 15 minutes.  Is that

09:57:58  20  okay, or would you prefer to break now?

09:58:01  21             THE WITNESS:  We can get -- sorry.

09:58:02  22             MR. ALLEN:  Yeah.  We're on the record.  I

09:58:05  23  bet we can get through this in about 15 minutes or so.

09:58:08  24       Q.    (BY MR. ALLEN)  It's just a -- I'm just going

09:58:09  25  to ask about the nature of your relationship with Timothy

09:58:11  1  Jackson without getting into exhibits and so forth.

09:58:15  2  Okay, Professor Chung?

09:58:16  3       A.   Sure.  Fine by me.

09:58:17  4       Q.   Sure.  Thank you.

09:58:19  5            So first question is:  Could you just please

09:58:22  6  explain for the record your relationship to Timothy

09:58:24  7  Jackson since you joined the faculty of the University of

09:58:28  8  North Texas?

09:58:28  9       A.   We are employed by the same department in the

09:58:33 10  same university.  His office is a handful of doors down

09:58:38 11  the hallway and around the corner from mine.

09:58:40 12       Q.   What are your interactions with Timothy Jackson

09:58:45 13  as a faculty member at the University of North Texas?

09:58:48 14       A.   I haven't had very many interactions with

09:58:51 15  Professor Jackson.  As you recall, my hire was in 2019.

09:58:56 16  And shortly after, you know, we were beset by the COVID

09:59:04 17  pandemic and I really interacted with none of my

09:59:08 18  colleagues very much for a very long time due to the

09:59:14 19  unusual conditions of the -- of the COVID pandemic.

09:59:18 20       Q.   That must have been difficult to start your

09:59:20 21  position -- your first position as an assistant professor

09:59:23 22  under those circumstances?

09:59:24 23       A.   Yes.  It was very unusual and unexpected.

09:59:28 24       Q.   I'm happy that it seems that you're thriving,

09:59:34 25  Professor Chung, despite all of those setbacks.

09:59:36  1        A.    Thank you.

09:59:36  2        Q.    Did you ever work together with Timothy Jackson

09:59:36  3  on anything, excepting any work you might have done on

09:59:42  4  the Schenker controversy which we'll get to in a minute?

09:59:45  5        A.    Other than serving together on some student

09:59:51  6  examination committees for students' doctoral exams.

09:59:55  7  Other than that, we've had no collaborative projects or

10:00:00  8  anything of the like.

10:00:01  9        Q.    No joint publications of any sort?

10:00:04 10        A.    No joint publications.

10:00:07 11        Q.    What was Timothy Jackson's participation in the

10:00:13 12  student dissertation committees?  Is that what you

10:00:14 13  described?

10:00:14 14        A.    Exam committees.  These are --

10:00:15 15        Q.    Yes.

10:00:16 16        A.    Students -- doctoral students have what are

10:00:21 17  called qualifying exams, exams that they take to move on

10:00:27 18  to the stage in which they write their PhD dissertations.

10:00:33 19  These -- these involve oral examinations on student

10:00:37 20  written essays.  And Professor Jackson and myself were on

10:00:46 21  a handful of examining committees for one or two of our

10:00:52 22  students during the past academic year, '23 to '24.  2023

10:00:59 23  to 2024.

10:01:00 24        Q.    Can you describe your direct experience of

10:01:02 25  Timothy Jackson's demeanor during those exams?

10:01:07   1        A.   Polite and professional.

10:01:11   2        Q.   Are you aware of any incident in which Timothy

10:01:19   3   Jackson was extorting students in any capacity, way,

10:01:25   4   shape, or form?

10:01:26   5             MS. QUIMBY:  Objection; form.

10:01:27   6        A.   Extorting students?  I have no knowledge of

10:01:30   7   such phenomenon.

10:01:33   8        Q.   (BY MR. ALLEN)  Can you identify any specific

10:01:39   9   racist actions that you have direct knowledge of that

10:01:41  10   Timothy Jackson has engaged in?

10:01:44  11        A.   I know of no such actions.

10:01:51  12        Q.   If I said the same with regard to, quote,

10:01:55  13   racist behaviors, would your answer be the same?

10:01:59  14             MS. QUIMBY:  Objection; form.

10:02:00  15        A.   I know of no such accusations.

10:02:05  16        Q.   (BY MR. ALLEN)  I'm not asking about

10:02:06  17   accusations, which we'll get to in a minute.  I'm asking

10:02:10  18   about specific, quote, racist behaviors that you have

10:02:14  19   direct knowledge of concerning Timothy Jackson's, quote,

10:02:16  20   behavior?

10:02:16  21        A.   I have no direct knowledge of such actions.

10:02:24  22        Q.   Have you learned of any actions that are,

10:02:28  23   quote, racist that Timothy Jackson allegedly engaged in

10:02:33  24   from graduate students?

10:02:35  25             MS. QUIMBY:  Objection; form.

10:02:35  1       A.   I have no direct knowledge.

10:02:38  2       Q.   (BY MR. ALLEN)  Does that mean you have no

10:02:43  3   direct knowledge of a graduate student coming to tell you

10:02:46  4   about them?  So please understand I'm trying to make a

10:02:48  5   distinction here between direct knowledge which you may

10:02:51  6   have witnessed personally and something that a graduate

10:02:53  7   student might have told you about.

10:02:55  8             So do you mean -- and I'm just trying to clarify

10:03:02  9   your answer, if we could.  Do you mean you have no

10:03:03 10   knowledge of a graduate student coming to you and

10:03:04 11   identifying a specific action that Timothy Jackson

10:03:09 12   committed that was, quote, racist?

10:03:09 13             MS. QUIMBY:  Objection; form.

10:03:10 14       A.   That is correct.

10:03:11 15       Q.   (BY MR. ALLEN)  Okay.  And if I asked the same

10:03:26 16   question but just substituted behaviors for actions,

10:03:29 17   would your answer be the same?

10:03:30 18             MS. QUIMBY:  Objection; form.

10:03:31 19       A.   My answer would be the same.

10:03:35 20       Q.   (BY MR. ALLEN)  Thank you.

10:03:39 21             MR. ALLEN:  So I was going to transition to

10:03:41 22   talking about the now rather famous *Journal of*

10:03:45 23   *Schenkerian Studies*, but you and your attorney had

10:03:47 24   requested a short break, and I think we got through that

10:03:51 25   section in less than ten minutes.  So how about now?

ANDREW CHUNG    10/15/2024

10:03:54  1                      MS. QUIMBY:  Yes, please.  Thank you.

10:03:56  2                      MR. ALLEN:  Could we go off the record,

10:03:58  3    please.

10:03:58  4                      THE VIDEOGRAPHER:  The time is 10:03 a.m.

10:04:00  5    We are off the record.

10:04:16  6                      (Recess from 10:03 a.m. to 10:13 a.m.)

10:13:37  7                      THE VIDEOGRAPHER:  The time is 10:13 a.m.

10:13:39  8    We are on the record.

10:13:40  9        Q.   (BY MR. ALLEN)  Thank you, Professor Chung.  I

10:13:41  10   wanted to ask you now about the *Journal of Schenkerian*

10:13:45  11   *Studies*.  Can you explain your relationship to the

10:13:49  12   *Journal of Schenkerian Studies* from the time you joined

10:13:51  13   the faculty at the University of North Texas in 2019?

10:13:54  14                      MS. QUIMBY:  Objection; form.

10:13:55  15       A.   I've had no relationship with the *Journal of*

10:13:55  16   *Schenkerian Studies*.

10:13:58  17       Q.   (BY MR. ALLEN)  Did you have any interactions

10:13:58  18   with the editorial staff of the *Journal of Schenkerian*

10:14:03  19   *Studies*?

10:14:03  20                      MS. QUIMBY:  Objection; form.

10:14:03  21       A.   The editorial staff are students and colleagues

10:14:10  22   in the department.  So, yes, I have interacted with them.

10:14:12  23   Not in regards to the *Journal of Schenkerian Studies*, per

10:14:19  24   se, I believe other than the emails about -- about --

10:14:28  25   asking about whether to do a colloquy.  I'm sure you know

10:14:31  1   what I'm talking about.

10:14:32  2        Q.   (BY MR. ALLEN)  By that do you mean the call

10:14:35  3   for papers -- soliciting papers from the Society for

10:14:40  4   Music Theory?

10:14:40  5        A.   Yes.  Yes.  That --

10:14:41  6        Q.   Do you recall --

10:14:42  7        A.   I'm sorry.  To my knowledge that's the only

10:14:45  8   action I've had.

10:14:45  9        Q.   Okay.  And just for the record, that was in the

10:14:51 10   winter and early springtime period of 2019, 2020?

10:14:58 11        A.   Correct.

10:15:00 12        Q.   So describe, if you can remember, the process

10:15:08 13   in which you participated in the formulation or

10:15:12 14   contributed in any way to the call for papers that was

10:15:17 15   issued by the *Journal of Schenkerian Studies* that you

10:15:20 16   just described?

10:15:20 17        A.   Sure.  I did contribute to the formation of the

10:15:22 18   call of papers.  I simply expressed my support that

10:15:26 19   the -- that considering to do such an issue would --

10:15:36 20   would be something that I think that I myself and other

10:15:40 21   members of the field would have been interested in.

10:15:42 22        Q.   Do you recall when the call for papers went out

10:15:49 23   approximately?

10:15:49 24        A.   I do not recall.  I was not involved in

10:15:54 25   disseminating the call for papers.

10:15:55  1      Q.   Okay.  So after it went out, did you have any

10:15:58  2  further interactions with the journal until objections

10:16:03  3  began to erupt within the Society for Music Theory?

10:16:05  4           MS. QUIMBY:  Objection; form.

10:16:06  5      A.   I -- I do not believe so.

10:16:09  6      Q.   (BY MR. ALLEN)  Okay.  I'm just going to mark

10:16:34  7  for the record as Exhibit No. 4 --

10:16:38  8           MR. ALLEN:  Am I correct, Madam Court

10:16:40  9  Reporter, that I'm up to 4?

10:16:43 10           THE REPORTER:  Yes, sir.

10:16:44 11           MR. ALLEN:  I'm going to mark for the

10:16:46 12  record as Exhibit 4 an email that's captioned Response to

10:16:51 13  Ewell?  It's an email dated December 11, 2019.

10:16:51 14           (Exhibit No. 4 marked.)

10:16:51 15           THE REPORTER:  We have a Cari Jacoby who

10:16:51 16  wants to join.

10:17:09 17           MS. QUIMBY:  She's with UNT.

10:17:09 18           MR. ALLEN:  Who is that, Mary?

10:17:12 19           MS. QUIMBY:  I'm sorry if you didn't hear

10:17:13 20  that.  She is with the office of general counsel at UNT

10:17:18 21  with Renaldo.

10:17:19 22           MR. ALLEN:  That's fine.

10:17:20 23           MS. QUIMBY:  I'm sorry, I wasn't sure if

10:17:22 24  she would be joining us.

10:17:23 25           MR. ALLEN:  That's -- no.  That's fine.  I

ANDREW SAG CHUNG    10/15/2024

| | |
|---|---|
| 10:17:25 | 1 |
| 10:17:28 | 2 |
| 10:17:30 | 3 |
| 10:17:32 | 4 |
| 10:17:32 | 5 |
| 10:17:40 | 6 |
| 10:17:44 | 7 |
| 10:17:45 | 8 |
| 10:17:48 | 9 |
| 10:17:51 | 10 |
| 10:17:55 | 11 |
| 10:18:00 | 12 |
| 10:18:03 | 13 |
| 10:18:05 | 14 |
| 10:18:09 | 15 |
| 10:18:12 | 16 |
| 10:18:14 | 17 |
| 10:18:16 | 18 |
| 10:18:18 | 19 |
| 10:18:20 | 20 |
| 10:18:24 | 21 |
| 10:18:25 | 22 |
| 10:18:28 | 23 |
| 10:18:29 | 24 |
| 10:18:33 | 25 |

1  just had -- I'm sure you've brought her to my attention

2  before.  I just didn't recognize the name.  Sorry.

3          MS. QUIMBY:  No problem.

4      Q.   (BY MR. ALLEN)  So back to Exhibit No. 4.  Is

5  it -- well, let me present just you.  You'll see over

6  here it's a four-page exhibit, Professor Chung.

7      A.   Uh-huh.

8      Q.   And I'm just going to scroll through it.  I'm

9  not going to ask about all of it, but I don't want you to

10 think that I'm hiding something.  This is a long email by

11 Timothy Jackson.  You'll see his name is signed at the

12 end, at least electronically.  Do you see that?

13     A.   Uh-huh.  Correct.  Yes.

14     Q.   He seems to be talking about some interactions

15 he's had with an individual named Eric Wen.

16     A.   Uh-huh.  Yes.

17     Q.   Do you see this guy?

18     A.   Yes, I see the name.

19     Q.   Incidentally, do you know Eric Wen?

20     A.   I do not know Eric Wen.  I know that he exists.

21 I know his name.  That is all.

22     Q.   You don't know anything else about him?

23     A.   No.

24     Q.   Okay.  So I'm presenting you with this email

25 because you'll recognize you're on it here in the

10:18:38   1   recipient line, Andrew Chung, correct?

10:18:40   2        A.   Correct.

10:18:40   3        Q.   This is your email that you use to conduct

10:18:44   4   business as an assistant professor of the University of

10:18:47   5   North Texas?

10:18:47   6        A.   Correct.

10:18:48   7        Q.   So in this email of December 11, 2019, Timothy

10:18:58   8   Jackson writes to you, among others who are in this

10:19:01   9   recipient line, "I have approached a number of

10:19:03  10   Schenkerians directly with request for comment on Ewell's

10:19:07  11   SMT presentation.  We will receive publishable replies

10:19:11  12   from at least four outside distinguished scholars.  Not

10:19:11  13   from Eric Wen, however, see below."

10:19:15  14        Did I read that correctly?

10:19:16  15        A.   Correct.

10:19:17  16        Q.   Do you remember getting this email?

10:19:20  17        A.   I don't -- I -- my memory does not serve me

10:19:25  18   well enough to recall having received it or not received

10:19:28  19   it.  I -- I believe the, you know, exhibit is a truthful

10:19:34  20   one.

10:19:34  21        Q.   Do you remember in this time frame -- in this

10:19:39  22   general time frame Timothy Jackson raising the issue with

10:19:43  23   you and other colleagues of yours that there would be a

10:19:47  24   solicitation of papers for comment on Ewell's SMT

10:19:52  25   presentation?

10:19:52  1          MS. QUIMBY:  Objection; form.

10:19:53  2     A.   I -- I believe I do recall.

10:19:57  3     Q.   (BY MR. ALLEN)  And this SMT presentation, is

10:20:01  4  it understood or did you understand at the time that that

10:20:03  5  was referring to the plenary address at the 2019 SMT

10:20:08  6  conference?

10:20:09  7     A.   Yes.

10:20:09  8     Q.   As much as you can remember, do you remember

10:20:15  9  your response to this initiative?

10:20:18 10          MS. QUIMBY:  Objection; form.

10:20:18 11     A.   I don't recall whether I had a response or not

10:20:21 12  having a response other than expressing openness to the

10:20:24 13  idea of, you know, doing such a colloquy, which I believe

10:20:27 14  was before this date.

10:20:29 15     Q.   (BY MR. ALLEN)  Sure.  And I think we'll get to

10:20:32 16  that in a second.

10:20:34 17          And I just want to ask some general questions.

10:20:38 18  Before July of 2020 did you suggest that Philip Ewell

10:20:43 19  should be contacted directly to solicit a response from

10:20:48 20  him individually to the -- what you were calling a

10:20:50 21  colloquium or a colloquy or what eventually was published

10:20:56 22  as the symposium in the *Journal of Schenkerian Studies*

10:20:56 23  Volume 12?

10:20:56 24          MS. QUIMBY:  Objection; form.

10:20:57 25     A.   I had no approval or disapproval of such a

10:21:01  1  measure.

10:21:02  2      Q.   (BY MR. ALLEN)  So you never -- you never

10:21:06  3  announced an objection before July of 2020 to the way in

10:21:10  4  which papers were solicited for Volume 12 of the *Journal*

10:21:16  5  *of Schenkerian Studies*?

10:21:16  6              MS. QUIMBY:  Objection; form.

10:21:16  7      A.   I did not.

10:21:17  8      Q.   (BY MR. ALLEN)  Before July of 2020 did you

10:21:26  9  express any objection to the symposium being published

10:21:29 10  without double blind peer review?

10:21:31 11              MS. QUIMBY:  Objection; form.

10:21:32 12      A.   I don't recall objecting or not objecting.  I

10:21:40 13  don't recall objecting to it being published without

10:21:45 14  double blind peer review.

10:21:47 15      Q.   (BY MR. ALLEN)  If you did, would you have put

10:21:50 16  that in email?

10:21:50 17              MS. QUIMBY:  Objection; form.

10:21:52 18      A.   As the *Journal of Schenkerian Studies* is very

10:21:58 19  far outside of my business, I -- if I had held that view,

10:22:02 20  I would -- would have kept it to myself.

10:22:03 21      Q.   (BY MR. ALLEN)  Did you have that view at the

10:22:05 22  time that you kept to yourself?

10:22:07 23      A.   I don't --

10:22:09 24      Q.   I'm talking before July 2020.

10:22:11 25      A.   I cannot -- I don't recall.



10:22:12   1         Q.    Okay.  What was your relationship to the

10:22:26   2    student -- the graduate student at the University of

10:22:30   3    North Texas Levi Walls at this time?  And I'm talking,

10:22:32   4    again, about before July of 2020.

10:22:35   5         A.    At this time Levi was simply, you know, one of

10:22:40   6    a number of students in the department.  I had -- I had

10:22:42   7    no relationship with Levi other than knowing his name,

10:22:47   8    knowing what he looked like, seeing him in the hallways

10:22:51   9    from time to time.

10:22:51  10         Q.    Did you ever discuss the *Journal of Schenkerian*

10:22:55  11    *Studies* with Levi Walls before July 2020?

10:22:58  12         A.    I did not.

10:22:59  13         Q.    Now, it's my understanding that Levi Walls is

10:23:05  14    now a mentee of yours.  Is that accurate?

10:23:10  15         A.    Yes, that is correct.

10:23:11  16         Q.    Is he doing his dissertation under your

10:23:14  17    direction?

10:23:15  18         A.    Correct.

10:23:16  19         Q.    I'm sorry, you froze.  Can you just restate the

10:23:21  20    answer for the record?

10:23:22  21         A.    Correct.

10:23:22  22         Q.    Thank you.  What's -- is there an official

10:23:26  23    title for that in the -- in the MHTE division?  Is it

10:23:33  24    dissertation advisor?

10:23:34  25         A.    Yeah.  I mean, there are a number of words that

10:23:36  1  are used to mean such a position of supervision.

10:23:43  2  Dissertation advisor, dissertation supervisor,

10:23:48  3  dissertation director.  I can't recall which term our

10:23:50  4  bylaws and so forth uses specifically, but these are

10:23:54  5  equivalent terms.

10:23:56  6      Q.    But whatever it is, you are -- you serve that

10:23:58  7  function for the graduate student Levi Walls who is a PhD

10:24:01  8  candidate?

10:24:01  9      A.    Yeah.  Levi Walls.

10:24:03 10      Q.    When did you become the dissertation advisor to

10:24:14 11  Levi Walls?

10:24:14 12      A.    I agreed during, I believe, the fall of 2020.

10:24:24 13      Q.    It would have been after a controversy erupted

10:24:32 14  over the *Journal of Schenkerian Studies* in July 2020?

10:24:34 15      A.    You cut out during the question.  Please

10:24:37 16  repeat.

10:24:37 17      Q.    Yes.  Thank you.

10:24:39 18          You became Levi Walls dissertation advisor

10:24:43 19  shortly after the controversy that erupted around the

10:24:49 20  *Journal of Schenkerian Studies* around July 2020 then?

10:24:50 21      A.    About five months after.  Yes.

10:24:52 22      Q.    Okay.  Have you discussed with Levi Walls his

10:25:01 23  role in the *Journal of Schenkerian Studies* after becoming

10:25:07 24  his dissertation advisor?

10:25:07 25      A.    Only to ask whether -- what -- what his title

ANDREW CHUNG   10/15/2024

10:25:12   1   was in the -- in Volume 12 of the journal.

10:25:21   2        Q.   And what did he say?

10:25:22   3        A.   I can't recall.  I know that he -- he had an

10:25:25   4   official title.  Assistant editor or student editor,

10:25:31   5   something of that sort.

10:25:32   6        Q.   He hasn't discussed with you hints of helping

10:25:38   7   edit the journal in the summer and let's -- let's say

10:25:41   8   that 2019, 2020 time period?

10:25:44   9             MS. QUIMBY:  Objection; form.

10:25:46   10       Q.   (BY MR. ALLEN)  Let me strike that question and

10:25:49   11   ask it more specifically.

10:25:50   12            So he hasn't discussed his experience of serving

10:25:54   13   on the editorial staff from, say, November of 2019 to

10:25:58   14   July of 2020 with you?

10:25:59   15       A.   No.  That is external to our advising

10:26:05   16   relationship.  External to the topics of his research.

10:26:09   17       Q.   When did you first learn that there was a

10:26:26   18   controversy surrounding Volume 12 of the *Journal of*

10:26:30   19   *Schenkerian Studies*?

10:26:30   20            MS. QUIMBY:  Objection; form.

10:26:31   21       A.   I believe it was -- well, it was in the summer

10:26:35   22   of 2020.  I believe in July.  I noticed some rather

10:26:42   23   rancorous commentary on what was then known as Twitter

10:26:44   24   regarding Volume 12 of the *Journal of Schenkerian*

10:26:44   25   *Studies*.

10:26:49  1      Q.   (BY MR. ALLEN)  And that's the platform now
10:26:51  2  known as X, correct?
10:26:53  3      A.   That is the platform now known as X.
10:26:55  4      Q.   Are you -- do you maintain an X or Twitter
10:26:58  5  account yourself?
10:26:58  6      A.   I do.
10:26:59  7      Q.   Is that how you became aware of it, then,
10:27:02  8  through your own Twitter feed?
10:27:04  9      A.   That is correct.
10:27:05 10      Q.   I hope we can agree.  I'll just refer to it as
10:27:09 11  Twitter, but we know that includes X as well.  I don't
10:27:14 12  really care when the platform changed its name.  Is that
10:27:17 13  -- is that okay, to have that understanding in your
10:27:20 14  testimony today?
10:27:20 15      A.   Uh-huh.  Understood.
10:27:22 16      Q.   Thank you.  So what did you begin to hear?
10:27:26 17      A.   I began to hear -- I can't recall the specific
10:27:30 18  comments of these tweets, posts on the platform at the
10:27:37 19  moment.  I remember that they expressed quite a bit of
10:27:42 20  disapprobation.  On what specific points the Twitter
10:27:47 21  discourse was objecting to I cannot at this point recall
10:27:50 22  now that it's four years past.
10:27:54 23      Q.   Do you know if those tweets that you were
10:28:00 24  getting in your feed have been produced in discovery in
10:28:04 25  this case?

10:28:05  1        MS. QUIMBY:  Objection; form.

10:28:07  2   A.   I do not know whether they have or have not.

10:28:10  3   Q.   (BY MR. ALLEN)  Have you ever provided any

10:28:12  4  tweets from your Twitter feed to your counsel so that

10:28:15  5  they could be provided in discovery?

10:28:20  6   A.   I cannot recall.

10:28:21  7   Q.   You can't recall because it didn't happen or

10:28:24  8  you can't recall because it may have happened and you've

10:28:27  9  forgotten?

10:28:28  10       MS. QUIMBY:  Objection; form.

10:28:28  11   A.   I can't -- I can't recall because I may have

10:28:34  12  forgotten and I -- I don't believe that I provided tweets

10:28:39  13  to counsel.

10:28:41  14   Q.   (BY MR. ALLEN)  So I'm sorry, you don't believe

10:28:50  15  you did provide those to your counsel?

10:28:52  16   A.   To the best of my knowledge I don't believe so.

10:28:55  17   Q.   Okay.  Was there specific content in Volume 12

10:29:10  18  that was particularly the object of these objections via

10:29:17  19  Twitter?

10:29:18  20   A.   I can't recall the specific content of the

10:29:21  21  objections that were over Twitter in July 2020.

10:29:24  22   Q.   Okay.  If you had those tweets in front of you,

10:29:30  23  would that serve to refresh your memory?

10:29:32  24   A.   Presumably, yes.

10:29:34  25   Q.   And what -- so this is how you first learned of

ANDREW CHUNG    10/15/2024

10:29:42  1  it, through the social media platform Twitter?

10:29:47  2      A.   True.

10:29:47  3      Q.   Once you -- sorry.  Go ahead.

10:29:48  4      A.   Yes.  Yes.  Through social media Twitter.

10:29:51  5      Q.   And so after that what -- what happened?

10:29:53  6      A.   After that I wrote an email to my department to

10:30:00  7  some number of my department colleagues, I believe it was

10:30:02  8  not all of them, notifying -- notifying some number of

10:30:07  9  colleagues -- and I can't remember which ones they

10:30:09 10  were -- that there is some rancorous sentiment being

10:30:15 11  circulated over social media about the journal.

10:30:18 12      Q.   Do you have any personal knowledge of any

10:30:22 13  policy of the University of North Texas that makes

10:30:24 14  Twitter some sort of editorial authority over the

10:30:28 15  journals published by the UNT Press?

10:30:30 16           MS. QUIMBY:  Objection; form.

10:30:31 17      A.   Editorial authority, no.

10:30:33 18      Q.   (BY MR. ALLEN)  So, then, you notified your

10:31:12 19  colleagues I believe by email, you just said, and what --

10:31:15 20  what happened then?

10:31:21 21      A.   I recall that my colleagues agreed that it

10:31:25 22  could potentially be a cause for concern, and that was

10:31:30 23  what I recall happening subsequently.

10:31:34 24      Q.   Do you know, as you sit here today, what the

10:31:37 25  journal was accused of doing?

10:31:39   1          MS. QUIMBY:  Objection; form.

10:31:40   2     A.   I believe that the accusations had some kind of

10:31:51   3   objection to racially insensitive remarks.  I can't

10:31:56   4   recall if the peer-review issue was -- was raised in the

10:32:01   5   Twitter discourse though.

10:32:03   6     Q.   (BY MR. ALLEN)  Do you know if remarks were

10:32:06   7   identified as -- what did you say, racially insensitive?

10:32:10   8   Is that how you put it?

10:32:11   9     A.   Uh-huh.

10:32:12  10     Q.   Which in particular, if you recall?

10:32:13  11     A.   I don't recall Twitter -- the Twitter discourse

10:32:18  12   identifying particular remarks as such.

10:32:22  13     Q.   Since you cut out, did you say you don't

10:32:27  14   recall -- could you just restate because I didn't hear

10:32:29  15   it.

10:32:29  16     A.   I don't recall on Twitter that any content on

10:32:36  17   Twitter singled out particular marks or particular

10:32:40  18   paraphrases of remarks.

10:32:41  19     Q.   And other than Twitter were particular

10:32:44  20   publications or statements in Volume 12 of the *Journal of*

10:32:49  21   *Schenkerian Studies* called out as racially insensitive?

10:32:53  22          MS. QUIMBY:  Objection; form.

10:32:55  23     A.   At that time in 2000- -- July 2020, no

10:33:01  24   publications had yet -- no other publications had yet

10:33:06  25   responded.

10:33:09  1        Q.    (BY MR. ALLEN)  So is your answer you don't
10:33:13  2   recall any other specific content of Volume 12 of the
10:33:22  3   *Journal of Schenkerian Studies* at that time that was
10:33:23  4   being identified as particularly racist or racially
10:33:28  5   insensitive or however it was being put in the discourse
10:33:31  6   at that time?
10:33:32  7        A.    At that time when -- when, you know,
10:33:35  8   expressions of disapproval were starting to circulate on
10:33:38  9   social media, no, I don't recall any other
10:33:41 10   publications --
10:33:42 11        Q.    Okay.
10:33:44 12        A.    -- remarking on the journal.
10:33:46 13        Q.    I'm going to take that down.  Because I wanted
10:34:29 14   to bring up -- I'm not sure of where we are in the
10:34:33 15   record.
10:34:34 16              MR. ALLEN:  Madam Court Reporter, are we on
10:34:35 17   Exhibit 5, please?
10:34:37 18              THE REPORTER:  Yes, sir.
10:34:42 19              MR. ALLEN:  Thank you.  I'm going to mark
10:34:43 20   for the record as Exhibit 5 an email -- well, it begins
10:34:53 21   with an email of July 25, 2020, from Stephen Slottow to
10:34:58 22   various members of the faculty, and I believe you'll see
10:35:02 23   that you are also included, Professor Chung.
10:35:02 24              THE WITNESS:  Uh-huh.
10:35:17 25              MR. ALLEN:  And I'm going to drop that --

ANDREW CHUNG    10/15/2024

10:35:19  1   hold on.  I will drop it in the chat.  Let me -- before I

10:35:24  2   publish it to the record, I'm going to rename it so it's

10:35:27  3   clear.  Again, Exhibit 5.

10:36:27  4                  (Exhibit No. 5 marked.)

10:36:27  5       Q.   (BY MR. ALLEN)  Okay.  Sorry about the delay.

10:36:30  6            Professor Chung, do you see Exhibit No. 5?

10:36:32  7       A.   Yes.

10:36:32  8       Q.   Like many emails, it sort of begins at the end,

10:36:37  9   so we're just going to skip down.  Exhibit 5 begins with

10:36:42 10   an email from you, Andrew Chung, to Benjamin Graf, Diego

10:36:49 11   Cubero and Ellen Bakulina, on July 25, 2020, in the early

10:36:52 12   evening at 7:08 p.m.  Did I read that caption directly?

10:36:56 13       A.   Correct.

10:36:57 14       Q.   Scan through this just to give you a sense what

10:37:03 15   we'll be talking about.  You'll see the chain progresses.

10:37:09 16   Eventually additional commentators join.  There's a

10:37:11 17   discussion by Levi Walls, Timothy Jackson, and then the

10:37:17 18   lead email is by Stephen Slottow to you, in addition to

10:37:22 19   another faculty and Levi Walls.  Did I characterize that

10:37:27 20   more or less correctly?

10:37:29 21       A.   Yes.

10:37:29 22       Q.   Okay.  So if you'll allow me to start at the

10:37:32 23   end, you had referred to an email you sent once you

10:37:37 24   noticed things were beginning to -- I believe you said

10:37:45 25   become rancorous on Twitter, right?

10:37:49  1       A.   Uh-huh.  Correct.

10:37:49  2       Q.   Is this that email to the best of your

10:37:52  3   remember?

10:37:52  4       A.   This is -- this is the email to which I was

10:37:54  5   referring, yes.

10:37:55  6       Q.   And just skipping forward, you say, "But via

10:37:58  7   Twitter I have been seeing that there has been some early

10:38:01  8   and vociferous pushback re: the new issue of JSS, with

10:38:06  9   concerns that Philip Ewell wasn't invited to respond and

10:38:09 10   that there is an anonymous contribution."

10:38:11 11       I read that portion correctly?

10:38:13 12       A.   Correct.

10:38:14 13       Q.   And by "JSS" we understand that we're referring

10:38:18 14   to *Journal of Schenkerian Studies*, right?

10:38:20 15       A.   Correct.

10:38:21 16       Q.   And did you continue to participate in this

10:38:25 17   conversation via email or otherwise?

10:38:28 18       A.   There's -- there's a subsequent message from

10:38:34 19   me.  Other than that, I don't believe any that I --

10:38:38 20       Q.   Okay.

10:38:39 21       A.   -- was involved in.

10:38:41 22       Q.   Okay.

10:38:42 23       A.   Proceedings after that point.

10:38:43 24       Q.   Thank you.  And do you recall your colleague

10:38:48 25   Ellen Bakulina saying that she had seen a similar

10:38:50  1    reaction on Facebook?  This is the next email in the

10:38:54  2    chain.

10:38:54  3         A.   I don't -- I don't recall it, per se.  But

10:38:59  4    it's -- it's here in the email thread.  Yes, I believe is

10:39:03  5    it.

10:39:03  6         Q.   And do you have any knowledge of Facebook --

10:39:07  7    the social media platform Facebook serving any role in

10:39:10  8    the editorial process of journals at the University of

10:39:15  9    North Texas Press?

10:39:15 10         A.   I know of no such practice.

10:39:17 11         Q.   Is Facebook a particularly scholarly forum?

10:39:20 12         A.   It is not.

10:39:21 13         Q.   And here's the second email from you, I

10:39:25 14    believe, a little bit later in the evening at 8:32.

10:39:29 15    "Please feel free to forward this message to anyone you

10:39:32 16    think would be appropriate."  Right?

10:39:33 17         A.   Correct.

10:39:34 18         Q.   So is it fair to say that you were bringing

10:39:37 19    your colleagues -- to your colleagues attention this --

10:39:41 20    what seemed to be a rapidly developing controversy?

10:39:46 21              MS. QUIMBY:  Objection; form.

10:39:47 22         A.   Yes.  A rapidly developing potential for

10:39:51 23    controversy.

10:39:52 24         Q.   (BY MR. ALLEN)  Okay.  Did it develop into a

10:39:59 25    full-blown controversy?

10:40:02  1          MS. QUIMBY:  Objection; form.

10:40:02  2      A.   I think that most people would agree that it

10:40:05  3  developed into -- into a point of contention, yes.

10:40:09  4      Q.   (BY MR. ALLEN)  Thank you.  So here's an email

10:40:15  5  on July 25 at about 9:00, 8:55 p.m., by Levi Walls.  Do

10:40:18  6  you see that email in Exhibit 5?

10:40:22  7      A.   Yes.

10:40:23  8      Q.   And this is a student who would become your

10:40:28  9  graduate student or at least in your role as a

10:40:30 10  dissertation advisor.  Can I ask you to read that email

10:40:33 11  carefully, please?

10:40:34 12      A.   Okay.  I'm finished reading.

10:40:56 13      Q.   Sure.  I just have a question in the first

10:40:59 14  sentence.  Well, in the second sentence actually.  He

10:41:02 15  says, "I just heard about this."  Referring to what you

10:41:05 16  and Ellen Bakulina have identified.  Is that your

10:41:10 17  understanding of the email?

10:41:11 18      A.   Correct.

10:41:11 19      Q.   Would you have received this email at the time?

10:41:15 20      A.   I believe I did receive this, yes.

10:41:17 21      Q.   I only ask because, unlike some of the other

10:41:22 22  emails, it doesn't seem to have the full received line on

10:41:28 23  it.

10:41:30 24          He then goes on, Mr. Walls, to say, "It's very

10:41:35 25  worrying, especially as I don't want my career to be

10:41:38  1  ruined before it properly began.  I have a family to take

10:41:40  2  care of now.  I'm also confused about what exactly people

10:41:44  3  want."

10:41:44  4        Did I read that right?

10:41:45  5     A.   Correct.

10:41:46  6     Q.   How did you understand what Mr. Walls was

10:41:53  7  particularly afraid of at this time?

10:41:57  8             MS. QUIMBY:  Objection; form.

10:41:58  9     A.   With the caveat that, you know, I don't have

10:42:02 10  omniscient access to the internal --

10:42:04 11     Q.   (BY MR. ALLEN)  Sure.

10:42:05 12     A.   -- cognition of others, I believe that Levi, in

10:42:11 13  his position as student editor or assistant editor or

10:42:15 14  editor of the journal, was worried about being --

10:42:20 15  being -- about his reputation being jeopardized by

10:42:24 16  association with the -- the controversy in regards to the

10:42:32 17  journal.

10:42:33 18     Q.   And have you and he talked about that

10:42:36 19  subsequently as his dissertation advisor?

10:42:41 20     A.   I don't believe so.

10:42:42 21     Q.   In your role as his dissertation advisor have

10:42:44 22  you witnessed any harm that has come to his career

10:42:46 23  because he participated in the *Journal of Schenkerian*

10:42:49 24  *Studies*?

10:42:49 25             MS. QUIMBY:  Objection.

10:42:50  1        A.    Not to my knowledge.

10:42:51  2        Q.    (BY MR. ALLEN)  And did you understand this

10:42:56  3   email to be expressing his fear of some sort of, quote,

10:43:03  4   power differential between him and Professor Timothy

10:43:05  5   Jackson?

10:43:05  6              MS. QUIMBY:  Objection; form.

10:43:06  7        A.    Power differential?  I mean, there's always a

10:43:11  8   power differential between students and professors.

10:43:14  9   That's understood.

10:43:15 10        Q.    (BY MR. ALLEN)  Sure.  Do you -- do you

10:43:18 11   understand him to be expressing in this email, especially

10:43:21 12   did you understand at the time -- let me strike that

10:43:23 13   question, ask this.

10:43:23 14              Did you understand at the time that Mr. Levi

10:43:27 15   Walls was objecting to a so-called power differential

10:43:31 16   between him and Professor Jackson in this email?

10:43:34 17              MS. QUIMBY:  Objection; form.

10:43:34 18        A.    In this email I don't recall -- I -- I don't

10:43:46 19   believe that he was expressing sentiments related to a

10:43:55 20   power differential, no.

10:43:56 21        Q.    (BY MR. ALLEN)  Picking up on what you said

10:43:58 22   about the inherent difference between a dissertation

10:44:01 23   advisor and the student, the graduate student, that

10:44:04 24   there's an inherent power differential, that so-called

10:44:07 25   power differential exists between you and Mr. Walls now,

10:44:10  1  right?

10:44:10  2       A.   In any student-teacher relationship, a power

10:44:14  3  differential exists.

10:44:15  4       Q.   Sure.  Is it your experience of Professor

10:44:20  5  Walls -- excuse me.  Strike that, please.

10:44:21  6            Is it your experience of Mr. Walls that this

10:44:27  7  power differential prevents him from exercising his own

10:44:34  8  agency in your relationship to him?

10:44:36  9            MS. QUIMBY:  Objection; form.

10:44:36  10      A.   I mean, strictly speaking -- strictly speaking,

10:44:42  11  no.  But teachers are -- you know, teachers are

10:44:46  12  considered -- are considered influential authorities on

10:44:51  13  topics.  Students often feel pressure to take the advice

10:44:58  14  or take the recommendations of their professors.

10:45:03  15      Q.   (BY MR. ALLEN)  I'm talking about your direct

10:45:05  16  experience of Mr. Walls.  In your experience with him as

10:45:08  17  his dissertation advisor, do you feel that he's reluctant

10:45:13  18  to speak his mind to you?

10:45:16  19      A.   Not more than any other students.  I -- you

10:45:22  20  know, students choose their words carefully around their

10:45:25  21  advisors if they're -- if they are smart.  As they would

10:45:30  22  with any authorities in a supervisory capacity over them.

10:45:36  23      Q.   And when you were a graduate student at Yale,

10:45:39  24  did this power differential affect you in your

10:45:42  25  relationship with your dissertation advisor?

10:45:43    1          MS. QUIMBY:  Objection; form.

10:45:44    2      A.   Of course.  This power differential, like I

10:45:46    3   said, is in every student-teacher relationship.

10:45:49    4      Q.   (BY MR. ALLEN)  Would you state for the record

10:45:51    5   whether you believe that, quote, power differential

10:45:54    6   affected your ability to think independently in your own

10:45:56    7   dissertation

10:45:56    8          MS. QUIMBY:  Objection; form.

10:45:57    9      A.   I don't believe that it affected my ability to

10:46:06   10   think independently.  But, of course, I received advice

10:46:09   11   and cautions that I would not have known to be cognizant

10:46:16   12   of from the dissertation advisor who I had who was in a

10:46:23   13   position of greater power over me in that relationship.

10:46:27   14      Q.   (BY MR. ALLEN)  Is it fair to say that's

10:46:29   15   inherent in the mentor/mentee relationship?

10:46:31   16      A.   That is inherent to the mentor/mentee

10:46:34   17   relationship.

10:46:35   18      Q.   So your answer is yes?

10:46:36   19      A.   Yes.

10:46:36   20      Q.   Thank you.  And just back to Mr. Walls, you

10:46:39   21   don't -- you don't have any reason to think that he's so

10:46:43   22   weak that he has no independent will as your dissertation

10:46:48   23   advisee, do you?

10:46:48   24      A.   I have no reason to believe such a thing.

10:46:51   25      Q.   Did you ever witness him to be bereft of an

10:46:55  1   independent will when he worked with [audio cut out]?

10:47:00  2                    THE REPORTER:  You cut out at the end.

10:47:03  3                    MR. ALLEN:  Let me rephrase.

10:47:04  4        Q.   (BY MR. ALLEN)  Did you have any reason to

10:47:06  5   believe, at the time these emails were being sent back

10:47:09  6   and forth, that Mr. Walls was bereft of his independent

10:47:14  7   will in working with Professor Jackson?

10:47:15  8                    MS. QUIMBY:  Objection; form.

10:47:16  9        A.   I have no knowledge of the dynamics of -- of

10:47:20 10   Professor Jackson's advisory -- dissertation advisory

10:47:25 11   capacity, dissertation relationship -- dissertation

10:47:27 12   advisory relationship with Levi Walls.

10:47:30 13        Q.   (BY MR. ALLEN)  In these emails that were

10:47:33 14   exchanged back and forth in which Mr. Walls took part,

10:47:36 15   did you have reason to believe that he had been bereft of

10:47:41 16   his own independent will in his work on the *Journal of*

10:47:45 17   *Schenkerian Studies*?

10:47:45 18                    MS. QUIMBY:  Objection; form.

10:47:45 19        A.   I do not believe that he was bereft of his own

10:47:49 20   independent will.

10:47:50 21        Q.   (BY MR. ALLEN)  Thank you.  And just to follow

10:47:57 22   up on your relationship with Mr. Walls, how close would

10:48:00 23   you describe your relationship with mentee and advisee of

10:48:07 24   Mr. Walls at this time?

10:48:08 25        A.   Somewhat close.  We correspond maybe once a

ANDREW JAY CHUNG    10/15/2024

10:48:10  1  month, once every two months.

10:48:13  2      Q.   I assume you have a residence somewhere in the

10:48:16  3  -- in the Denton area near the University of North Texas,

10:48:19  4  correct?

10:48:20  5      A.   At the moment, no.

10:48:21  6      Q.   While you were teaching at the University of

10:48:29  7  North Texas, do you live in the Dallas area?

10:48:30  8      A.   While teaching and -- so not -- meaning not

10:48:34  9  this year, prior to this year --

10:48:35  10      Q.   Yes.

10:48:36  11      A.   -- and after this year, yes, I have had a

10:48:38  12  residence in -- around Dallas.

10:48:41  13      Q.   Have you had Mr. Walls over to your home?

10:48:44  14      A.   Nope.

10:48:45  15      Q.   Have you ever visited Mr. Walls at his home?

10:48:49  16      A.   Nope.

10:48:49  17      Q.   Do you primarily meet in your office at UNT?

10:48:54  18      A.   Primarily, yes.

10:48:56  19      Q.   Is Mr. Walls in residence at the -- in Dallas?

10:49:00  20      A.   Currently, no.

10:49:01  21          MS. QUIMBY:   Object to form.

10:49:03  22      Q.   (BY MR. ALLEN)   Where is he now?

10:49:05  23      A.   Mr. Walls is in residence in California while

10:49:11  24  writing his dissertation.

10:49:16  25      Q.   And do you know when he left for California?

10:49:19  1        A.   Yes.  He left the Denton area for California

10:49:24  2   in -- this year in -- I believe in June.

10:49:31  3        Q.   So it's very recent?

10:49:36  4        A.   Quite recent.

10:49:36  5        Q.   Okay.  I'm sorry, going back to Exhibit 5.

10:49:46  6   Based on Mr. Walls' response here in this email of

10:49:52  7   July 25, was there an intent to exclude Ewell from

10:49:58  8   responding to the *Journal of Schenkerian Studies*?

10:49:58  9             MS. QUIMBY:  Objection; form.

10:49:58 10        A.   I do not know whether there was or was not

10:50:04 11   intent to exclude Professor Ewell.

10:50:07 12        Q.   (BY MR. ALLEN)  He says here, if you look at

10:50:12 13   the -- sorry.  I'm going to try to highlight this.  He

10:50:17 14   says, "We could publish something in the upcoming volume

10:50:20 15   if that is what people want, but he couldn't" -- meaning

10:50:23 16   Ewell -- "he couldn't have responded to responses that

10:50:26 17   hadn't yet come out."

10:50:27 18        Did I read that correctly?

10:50:28 19        A.   Correct.

10:50:28 20        Q.   And you understand "he" in that sentence to

10:50:31 21   refer to Philip Ewell, right?

10:50:33 22        A.   Correct.

10:50:35 23        Q.   Did you understand that to indicate an

10:50:38 24   intention to exclude Philip Ewell from responding in the

10:50:41 25   pages of the *Journal of Schenkerian Studies* to Volume 12?

10:50:45  1          MS. QUIMBY:  Objection; form.

10:50:46  2      A.  I take this as an indication that Levi was not

10:50:56  3  privy to whether -- was not privy to -- sorry.  Let me --

10:51:02  4  let me rephrase that.

10:51:04  5          I take this as an indication that -- that

10:51:08  6  Levi's understanding is that Philip Ewell hadn't been

10:51:13  7  contacted.  And I take this to mean that Levi's

10:51:19  8  understanding is that Professor Ewell, you know, wasn't

10:51:27  9  meant to be contacted by the other editorial staff of the

10:51:33 10  journal.

10:51:33 11      Q.  (BY MR. ALLEN)  Do you know if Mr. -- excuse

10:51:36 12  me.  Do you know if Professor Ewell was contacted by

10:51:40 13  Ellen Bakulina?

10:51:40 14          MS. QUIMBY:  Objection; form.

10:51:41 15      A.  I do not know.

10:51:44 16      Q.  (BY MR. ALLEN)  You and Professor Bakulina

10:51:47 17  never discussed that?

10:51:47 18          MS. QUIMBY:  Objection; form.

10:51:48 19      A.  No.

10:51:48 20      Q.  (BY MR. ALLEN)  Do you have any knowledge of

10:51:51 21  anything that prevented Professor Bakulina from

10:51:55 22  contacting Philip Ewell and inviting him to participate

10:51:58 23  in Volume 12 I mean?

10:51:59 24          MS. QUIMBY:  Objection; form.

10:52:00 25      A.  I know of no such, you know, preventative

10:52:07  1    barrier or measure, no.

10:52:09  2        Q.    (BY MR. ALLEN)  So here, then, above Mr. Walls'

10:52:14  3    email is one by Timothy Jackson.  He addresses you

10:52:23  4    directly, saying, "Andrew, perhaps if you feel it

10:52:28  5    necessary, you can inform people that they can write to

10:52:31  6    me using email.  Unlike our current president, I do not

10:52:34  7    use Twitter.  But if they want to send me an email, you

10:52:37  8    can give them any UNT email address.  That will be the

10:52:42  9    official response for now."

10:52:44  10       Did I read that correctly?

10:52:45  11       A.    Yes.

10:52:45  12       Q.    And that's Timothy email -- Timothy Jackson's

10:52:47  13   email on Saturday, July 25 at 9:47 p.m.?

10:52:51  14       A.    Correct.

10:52:51  15       Q.    Okay.  Do you remember getting that email and

10:52:56  16   that instruction from Timothy Jackson?

10:52:58  17       A.    I don't recall getting that specific email.

10:53:00  18   But seeing it in front of me, you know, I believe it took

10:53:04  19   place.

10:53:04  20       Q.    Well, my volume question was going to be:  Did

10:53:08  21   you take any action in response to that?

10:53:10  22       A.    I did not.

10:53:10  23       Q.    Okay.  Then there's an email finally from

10:53:17  24   Professor Slottow and you are on the cc line right here?

10:53:24  25       A.    Uh-huh.  Yes.

10:53:25   1      Q.   Did you -- did you recall receiving this email

10:53:28   2   of July 25, 2020, at, looks like, about 10:30 at night,

10:53:33   3   10:28?

10:53:33   4      A.   I believe I remember receiving this one.  I

10:53:40   5   certainly -- you know, I see it in front of me and I

10:53:43   6   believe that I -- that I definitely received it.

10:53:45   7      Q.   And Professor Slottow characterized the

10:53:50   8   situation, in that second paragraph, "Here's how I see

10:53:54   9   it.  Ewell gave a talk at" the -- "at SMT to which there

10:53:58   10  was no opportunity to respond."

10:53:59   11       Did I read that correctly?

10:54:00   12     A.   That is correct.

10:54:01   13     Q.   Do you recall anyone objecting that that wasn't

10:54:06   14  true at the time?

10:54:07   15           MS. QUIMBY:  Objection; form.

10:54:08   16     A.   I recall no such objection.

10:54:11   17     Q.   (BY MR. ALLEN)  And then he goes on, "The JSS

10:54:17   18  initiative was for the purpose of giving Schenkerians an

10:54:20   19  opportunity to respond to Ewell's comments since they had

10:54:23   20  no opportunity at SMT."

10:54:25   21       Did I read that correctly?

10:54:26   22     A.   Correct.

10:54:27   23     Q.   Just to back up a bit, did you understand

10:54:30   24  Philip Ewell's talk in November of 2019 at the Society

10:54:35   25  for Music Theory to be a general critique of Schenkerians

10:54:40  1  in the field?

10:54:41  2       A.    Not per se.  I understood it to be raising the

10:54:48  3  question of the ways in which, you know, music

10:54:54  4  theoretical methods are -- may carry baggage from

10:55:02  5  unsavory views that their historical authors held, and

10:55:08  6  Schenker and Schenkerians were adduced as a case study.

10:55:12  7       Q.    Do you recall him arguing that Schenkerian

10:55:16  8  scholars had, quote, whitewashed Heinrich Schenker?

10:55:19  9            MS. QUIMBY:  Objection; form.

10:55:20 10       A.    I do recall that pronouncement, yes.

10:55:24 11       Q.    (BY MR. ALLEN)  Do you consider yourself a

10:55:28 12  Schenkerian scholar?

10:55:28 13       A.    Not in any way.

10:55:33 14       Q.    Okay.  So he also says, going on, "The feeling

10:55:46 15  was that he had already had his say" -- meaning Ewell had

10:55:50 16  had his say -- "now some Schenkerians could have theirs."

10:55:54 17            Did I read that correctly?

10:55:55 18       A.    Correct.

10:55:56 19       Q.    At the time did you find anything objectionable

10:55:59 20  about how Stephen Slottow had characterized Volume 12?

10:56:04 21            MS. QUIMBY:  Objection; form.

10:56:05 22       A.    I don't believe so.  I -- I would not be

10:56:10 23  surprised if -- you know, if I -- if I believed at the

10:56:14 24  time that it would have been in good taste for the

10:56:17 25  editors of the journal to have asked Professor Ewell to

10:56:23  1  submit a response to the pieces that were collected for

10:56:29  2  the issue.

10:56:31  3      Q.   (BY MR. ALLEN)  Are you aware that Philip Ewell

10:56:37  4  made a statement to the *Denton Record Chronicle* that he

10:56:41  5  refused to read Volume 12 of the *Journal of Schenkerian*

10:56:43  6  *Studies*?

10:56:43  7      A.   I -- I do not remem- -- I don't remember this

10:56:47  8  information, no.

10:56:48  9      Q.   Do you read the *Denton Record Chronicle* --

10:56:51 10  *Denton Record Chronicle*?  Excuse me.

10:56:54 11      A.   I do not.

10:56:54 12      Q.   Okay.  Do you consider it professional of an

10:57:00 13  academic scholar to announce that he or she will not read

10:57:04 14  essays in which their critics are publishing viewpoints

10:57:08 15  contrary to their own?

10:57:10 16           MS. QUIMBY:  Objection; form.

10:57:10 17      A.   Scholars are free to read as they please or

10:57:16 18  decline to read.

10:57:18 19      Q.   (BY MR. ALLEN)  Well, of course --

10:57:19 20      A.   I see that neither as professional or

10:57:21 21  unprofessional.

10:57:22 22      Q.   Okay.  That was going to be my question.

10:57:24 23           So your testimony today is that you don't see

10:57:26 24  it as professional or unprofessional to refuse to read

10:57:28 25  the publications of your critics?

10:57:30  1    A.   Without -- without further contextualizing

10:57:34  2  information, I -- I can't, you know, answer that question

10:57:37  3  with clarity and divinity in the abstract and

10:57:41  4  hypothetical.

10:57:41  5    Q.   Okay.  Well, I'm not being abstract.  I'm

10:57:44  6  telling you -- and I want you to assume it's true -- that

10:57:47  7  Philip Ewell told the *Denton Record Chronicle* that he

10:57:50  8  refused to read Volume 12 of the *Journal of Schenkerian*

10:57:54  9  *Studies*.  And my question for you is:  In that context,

10:57:58  10  is it professional for a scholar to refuse to read the

10:58:02  11  essays of their critics?

10:58:02  12          MS. QUIMBY:  Objection.

10:58:03  13    A.   If they believe if it's in their -- in their

10:58:04  14  best interest not to read, then -- then yes.  I believe

10:58:09  15  it's acceptable professional conduct to decline even if

10:58:13  16  it's the writings of ones critics.

10:58:18  17    Q.   (BY MR. ALLEN)  And is it reasonable to expect

10:58:20  18  a journal to invite someone to participate in a symposium

10:58:27  19  when they declare they won't read it?

10:58:29  20          MS. QUIMBY:  Objection.

10:58:31  21    A.   I wouldn't -- I wouldn't say that it's like a

10:58:33  22  tacit unspoken rule that should be followed.  I -- I

10:58:36  23  believe that the majority of people in the field would

10:58:38  24  say that it's in good taste and a good practice for

10:58:41  25  editors to -- to invite a response.

10:58:45  1      Q.   (BY MR. ALLEN)   Do you have any reason to

10:58:46  2  believe that the announcement that went out soliciting

10:58:51  3  papers to the Volume 12 of the *Journal of Schenkerian*

10:58:53  4  *Studies* was not received by Philip Ewell?

10:58:56  5      A.   Without seeing the call for papers in front of

10:59:02  6  me, I'm -- I'm -- I'm unaware.

10:59:06  7      Q.   Sure.  Do you get the emails that are sent out

10:59:10  8  over the SMT server list?

10:59:13  9      A.   To which list are you referring?  What is the

10:59:16 10  -- the exact title?

10:59:16 11      Q.   Yeah.

10:59:17 12      A.   There are a handful of lists.  That's why I

10:59:21 13  ask.

10:59:21 14      Q.   No, no.  And that's perfectly -- let's see.

10:59:24 15  Let me take down this exhibit, and we'll get to exactly

10:59:27 16  what I'm talking about here.  Not that.  Here we go.

11:00:19 17           MR. ALLEN:  I'm going to mark for the

11:00:21 18  record as Exhibit 6.  These are a large body of emails.

11:00:21 19           (Exhibit No. 6 marked.)

11:00:34 20      Q.   (BY MR. ALLEN)  And I'm just going to represent

11:00:36 21  to you, Professor Chung, that I -- I wouldn't expect that

11:00:39 22  you've seen all of them.  I think you probably will have

11:00:42 23  seen some of them.  And we're not going to dwell on all

11:00:44 24  of them.  I just want to call your attention to one in

11:00:49 25  particular that we've raised here.  Let me publish this

11:00:53   1    to the record.

11:00:54   2         A.    Okay.  I understood.  I -- I got you.

11:00:57   3         Q.    So Exhibit 6 is a lengthy document, 138 pages.

11:01:04   4    This is material -- I'm just going to represent to you

11:01:06   5    that this is material that Timothy Jackson provided to

11:01:08   6    John Ishiyama and others who were part of a so-called ad

11:01:08   7    hoc committee convened to investigate the *Journal of*

11:01:16   8    *Schenkerian Studies* in the fall of 2020.

11:01:18   9         I wouldn't expect you to have been privy to

11:01:21  10    these -- to the -- except to the extent that you received

11:01:24  11    emails that are in this body of documents provided to the

11:01:26  12    ad hoc panel.  I am going to ask you to -- hold on.

11:01:32  13         Let me get the -- navigate to the page UNT 2663.

11:01:51  14    You see how in the bottom of these documents there are

11:01:51  15    page numbers that have been assigned to them?  I'm just

11:01:54  16    going to let you know those are what's called Bates

11:01:57  17    numbers, and attorneys mark documents with what's called

11:01:59  18    Bates numbers to give documents that are produced in the

11:02:01  19    discovery of civil litigation a uniform series of page

11:02:06  20    numbers.

11:02:08  21         A.    Understood.  Yes, I'm on UNT_002663 right now.

11:02:15  22         Q.    Thank you.  Now I'll have to get that up on the

11:02:19  23    screen.  There we go.  So I'm just going to highlight so

11:02:35  24    that you can see it.  Do you see it says smt-announce CFP

11:02:41  25    *Journal of Schenkerian Studies* here?

ANDREW JAY CHUNG    10/15/2024

| | | |
|---|---|---|
| 11:02:44 | 1 | A.    Yes. |
| 11:02:45 | 2 | Q.    And this seems to be two -- hold on.  My |

11:02:49  3  computer is trying to launch an email to the very server

11:02:53  4  list we've just described.  Sorry.

11:02:55  5         Do you see

11:03:02  6  smt-announce@societymusictherapy.org?

11:03:02  7         A.    Yes.

11:03:02  8         Q.    That is the server list I'm referring to.  Do

11:03:05  9  you recognize this server list as a server list of the

11:03:07  10  Society for Music Theory?

11:03:08  11         A.    Yes, I do.

11:03:09  12         Q.    Do you receive that server list?

11:03:10  13         A.    I receive -- I'm a subscriber to this list,

11:03:14  14  yes.

11:03:14  15         Q.    So would you have received the call for papers

11:03:16  16  to Volume 12 of the *Journal of Schenkerian Studies*?

11:03:19  17         A.    I would have received this, yes.

11:03:22  18         Q.    And I think we had broken off at the point

11:03:25  19  where I asked whether you had any reason to believe that

11:03:28  20  Philip Ewell did not receive this invitation to

11:03:31  21  participate in Volume 12 of the *Journal of Schenkerian*

11:03:35  22  *Studies*?

11:03:35  23         MS. QUIMBY:  Objection; form.

11:03:38  24         A.    My expectation is that he is a subscriber to

11:03:41  25  this list and that he would have received this list.

ANDREW CHUNG   10/15/2024

11:03:43   1      Q.   (BY MR. ALLEN)   Okay.   What's the purpose of a
11:03:51   2   call for papers in academic publishing based on your
11:03:55   3   experience as an assistant professor who has published
11:03:59   4   extensively?
11:04:00   5      A.   Sure.   A call for papers is a means for editors
11:04:04   6   of a publication to solicit submissions from the wider
11:04:10   7   membership or constituency of a field if there are, you
11:04:16   8   know, any authors out there who have some writing or
11:04:20   9   thoughts to share about the topic that's proposed in the
11:04:25  10   call for papers.
11:04:26  11      Q.   So is it inaccurate to characterize it as an
11:04:36  12   invitation to participate?
11:04:37  13           MS. QUIMBY:   Objection; form.
11:04:38  14      A.   It's an invitation to submit essays for
11:04:47  15   consideration.
11:04:49  16      Q.   (BY MR. ALLEN)   Okay.   So I think we've
11:04:55  17   established this is the server list we were talking
11:04:58  18   about.   I think we can put away that.
11:05:00  19      A.   Okay.
11:05:00  20      Q.   It might be that we come back to it, but if we
11:05:03  21   do, I'll -- I'll ask you to call it up again.   Thank you,
11:05:07  22   Professor Chung.
11:05:07  23      A.   Okay.
11:05:08  24      Q.   Do you recall Timothy Jackson ever expressing
11:05:17  25   any opposition to publishing a response by Philip Ewell

11:05:23   1    in the pages of the *Journal of Schenkerian Studies*?

11:05:23   2           MS. QUIMBY:  Objection; form.

11:05:23   3        A.   I was not privy to any conversations about what

11:05:26   4    the journal would or would not publish, so I -- I have no

11:05:29   5    knowledge of Professor Jackson supporting or objecting.

11:06:09   6           MR. ALLEN:  I'm going to mark for the

11:06:11   7    record another exhibit.  This will be marked as

11:06:14   8    Exhibit 7.  I will also place it in the chat.

11:06:14   9           (Exhibit No. 7 marked.)

11:06:42  10        Q.   (BY MR. ALLEN)  So I've marked as Exhibit 7 a

11:06:44  11    document that begins with an email from Timothy Jackson,

11:06:50  12    which is undated, and then continues through a thread of

11:06:53  13    six pages.  It starts with the Bates number UNT 000304.

11:07:00  14    Did I characterize that correctly?

11:07:01  15        A.   Yes.  Correct.

11:07:03  16        Q.   Thank you.  So I believe we'll see that this is

11:07:15  17    the same -- some of this is the same thread but it

11:07:22  18    diverges.  Do you see that professor -- excuse me.

11:07:27  19           Do you see, Professor Chung, here is this email

11:07:30  20    on Page 000307 from Mr. Walls that we had just been

11:07:35  21    talking about in Exhibit 5?

11:07:40  22        A.   Yes, I see it.

11:07:41  23        Q.   And then there are some additional responses,

11:07:44  24    including one from you, that diverge from the previous

11:07:48  25    exhibit.  And I just want to state for the record that

11:07:52  1   Exhibit 7 is a distinct email thread but it shares emails

11:07:57  2   in common with the previous exhibit in the way that

11:08:01  3   emails often do, someone picks it up and forwards it to

11:08:02  4   another thread.  Is that fair to say?

11:08:07  5          MS. QUIMBY:  Objection; form.

11:08:07  6       A.   Yes.

11:08:08  7       Q.   (BY MR. ALLEN)  Okay.  So if we can just pick

11:08:11  8   up where we left off with the other thread, this appears

11:08:14  9   to be a conversation that is occurring at the same time

11:08:18 10   after Levi Walls has emailed everyone that he has just

11:08:23 11   heard about this controversy that you brought to

11:08:27 12   everyone's attention.  And if you skip to the bottom of

11:08:30 13   the exhibit, you'll see it also begins with that very

11:08:32 14   same email in which you have brought to everyone's

11:08:34 15   attention that there is a controversy bubbling up on

11:08:39 16   Twitter, right?

11:08:41 17       A.   Correct.

11:08:41 18       Q.   Just trying to get us on the same page,

11:08:45 19   Professor Chung.  Thank you.

11:08:46 20       A.   Correct.

11:08:47 21       Q.   Now, we're -- so, then, this is your email on

11:08:55 22   July 25, 2020, at 9:12 p.m.  Before we talk about that,

11:08:59 23   is it common for you to be discussing and exchanging this

11:09:03 24   volume of emails with your colleagues on a Saturday

11:09:06 25   evening?

11:09:07    1        MS. QUIMBY:  Objection; form.

11:09:08    2        A.    This would -- this would be an unusual event to

11:09:12    3    exchange this much correspondence on a Saturday evening.

11:09:15    4        Q.    (BY MR. ALLEN)  And you write to your

11:09:18    5    colleagues, including Ellen Bakulina, Timothy Jackson,

11:09:30    6    Stephen Slottow, Benjamin Graf, Diego Cubero, as well as

11:09:30    7    Mr. Walls, "Dear all, I agree with Levi that a

11:09:32    8    well-considered and timely response seems important.

11:09:34    9    From what I have been seeing, people on social media are

11:09:37   10    not happy that there is not a published response-to-the-

11:09:39   11    responses written by Ewell at the invitation of JSS, and

11:09:43   12    have concerns that the journal published an anonymous

11:09:47   13    article whatever the merits and complexities for doing

11:09:48   14    so."

11:09:48   15        Did I read that correctly, Professor Chung?

11:09:50   16        A.    Correct.  Uh-huh.

11:09:52   17        Q.    What was the objection to the anonymous

11:09:55   18    publication in Volume 12 of the *Journal of Schenkerian*

11:09:58   19    *Studies* such as you understood it at this time?

11:10:00   20        A.    Sure.  My -- I believe my understanding --

11:10:03   21    well, my understanding at the time was that it's -- it's

11:10:07   22    highly unusual for an anonymous submission to be

11:10:11   23    published in -- in any academic journal.  The unusualness

11:10:19   24    by dent of its sheer abhorrency raises questions about

11:10:23   25    why such a measure was taken, whether it was appropriate.

11:10:28  1    That's my understanding.

11:10:29  2        Q.    Did you have an understanding about why there

11:10:32  3    would have been an anonymous publication in Volume 12 of

11:10:37  4    the *Journal of Schenkerian Studies*?

11:10:37  5        A.    I had no such understanding.  Only question

11:10:40  6    marks.

11:10:41  7        Q.    So once the journal came out, there was an open

11:10:45  8    letter from the Society of Music Theory, right?

11:10:48  9        A.    Correct.

11:10:49  10        Q.    Do you recall signing that letter yourself?

11:10:52  11        A.    I -- yeah, I recall signing it.

11:10:55  12        Q.    Did that open letter include the vast majority

11:10:59  13    of members of the Society of Music Theory?

11:11:01  14                MS. QUIMBY:  Objection; form.

11:11:01  15        A.    I do not know whether -- I am -- I am not aware

11:11:05  16    of what the total, you know, numbers of membership are.

11:11:09  17    I -- I do recall that a letter was signed by several

11:11:14  18    hundred people at least.

11:11:16  19        Q.    (BY MR. ALLEN)  And what was the nature of that

11:11:19  20    open letter?  What was its -- what was its intent?  What

11:11:23  21    was its substance?

11:11:24  22                MS. QUIMBY:  Objection; form.

11:11:25  23        A.    Not having the letter in front of me, I don't

11:11:30  24    recall very well.  I -- my impression, from what I can

11:11:34  25    recall, is that the -- the substance and the thrust of

11:11:38  1  the letter was for -- really for the SMT to ask its

11:11:44  2  members to think about, you know, the ways in which

11:11:49  3  racially insensitive ideas may still linger in the field.

11:11:55  4      Q.   (BY MR. ALLEN)  Is it safe to say that it

11:11:58  5  condemned the *Journal of Schenkerian Studies* Volume 12?

11:12:00  6              MS. QUIMBY:  Objection; form.

11:12:02  7      A.   What do you mean by condemn?

11:12:04  8      Q.   (BY MR. ALLEN)  Did it criticize Volume 12 of

11:12:10  9  the *Journal of Schenkerian Studies*?

11:12:10  10     A.   I believe that's an accurate summary of -- of

11:12:14  11  the SMT.

11:12:15  12     Q.   And it criticized Volume 12 as, quote, racist,

11:12:20  13  correct?

11:12:21  14             MS. QUIMBY:  Objection; form.

11:12:22  15     A.   That I cannot recall without seeing it in front

11:12:24  16  of me.

11:12:25  17     Q.   (BY MR. ALLEN)  Do you recall that there were

11:12:27  18  several hundred people who signed that open letter?

11:12:30  19             MS. QUIMBY:  Objection; form.

11:12:31  20     A.   I recall that there were several hundred people

11:12:33  21  who signed it.

11:12:34  22     Q.   (BY MR. ALLEN)  And so you still, as you sit

11:12:35  23  here today, can't think of a reason why someone would

11:12:37  24  want to publish their article in the *Journal of*

11:12:40  25  *Schenkerian Studies* anonymously?

11:12:41    1          MS. QUIMBY:  Objection; form.

11:12:42    2     Q.   (BY MR. ALLEN)  That's really a mystery to you,

11:12:46    3  Professor Chung?

11:12:47    4          MS. QUIMBY:  Objection; form.

11:12:47    5     A.   Can you restate the question, please?

11:12:49    6     Q.   (BY MR. ALLEN)  Sure.  Despite several hundred

11:12:53    7  people publishing an open letter condemning or, as you

11:12:58    8  said, criticizing the *Journal of Schenkerian Studies*

11:12:59    9  Volume 12, it's your testimony today that you really

11:13:02   10  don't understand why someone published anonymously in

11:13:04   11  Volume 12 *Journal of Schenkerian Studies*?

11:13:05   12     A.   The anonymous publication --

11:13:06   13          MS. QUIMBY:  Objection; form.

11:13:06   14     A.   -- was before that letter.  That is -- so, yes,

11:13:12   15  that is my testimony.  Because the chronology that you

11:13:15   16  seem to be assuming is not correct.

11:13:18   17     Q.   (BY MR. ALLEN)  Incidentally, are you aware

11:13:35   18  that Professor Ewell published a book addressing some of

11:13:38   19  the same themes that began with his plenary address in

11:13:44   20  2019 at the SMT annual conference?

11:13:47   21     A.   I am -- I am aware of the existence of the

11:13:50   22  book, yes.

11:13:50   23     Q.   And is the title of that book *On Music Theory,*

11:14:00   24  *and Making Music Theory More Welcoming for Everyone*?

11:14:04   25     A.   I believe that's the correct title.

11:14:05  1      Q.    Have you read it?

11:14:07  2      A.    I have not read it.

11:14:08  3      Q.    Do you know whether he engages in a response to

11:14:16  4  his critics in the *Journal of Schenkerian Studies* in the

11:14:20  5  pages of his book?

11:14:21  6            MS. QUIMBY:  Objection; form.

11:14:22  7      A.    It is -- it is known that he -- he does make

11:14:25  8  some commentary on -- in regards to the *Journal of*

11:14:30  9  *Schenkerian Studies*.

11:14:30 10      Q.    (BY MR. ALLEN)  Do you have any reason to

11:14:33 11  believe that Professor Ewell was, quote, silenced by the

11:14:40 12  *Journal of Schenkerian Studies* publishing the symposium

11:14:45 13  in Volume 12?

11:14:46 14            MS. QUIMBY:  Objection; form.

11:14:46 15      A.    Do I have any reason to believe that Professor

11:14:49 16  Ewell was silenced?  Insofar he wasn't invited to or

11:14:54 17  wasn't -- yeah, invited to respond to the pieces that

11:14:58 18  were being published, many of which, you know, mention

11:15:00 19  him by name -- I mean, whether that's, you know, being

11:15:04 20  silenced or excluded, per se, is perhaps a matter of

11:15:12 21  semantic definition.

11:15:14 22      Q.    (BY MR. ALLEN)  Well, how about this

11:15:16 23  definition:  Has he had any trouble getting his work

11:15:20 24  published to your knowledge since 2020?

11:15:22 25            MS. QUIMBY:  Objection; form.

ANDREW CHUNG    10/15/2024

11:15:23  1        A.    I -- I have no idea what presses or journals

11:15:28  2  dealings with Professor Ewell have been since 2020.

11:15:32  3        Q.    (BY MR. ALLEN)  Well, you know his book came

11:15:34  4  out, right?

11:15:34  5        A.    Yes.

11:15:36  6        Q.    That's a sign that he's had some success

11:15:41  7  publishing, correct?

11:15:41  8        A.    More than zero, yes.

11:15:43  9              MS. QUIMBY:  Objection; form.

11:15:43 10        Q.    (BY MR. ALLEN)  Have you been able to publish a

11:15:45 11  book at this stage in your career?

11:15:47 12        A.    No, I have not.

11:15:48 13        Q.    I want to call your attention to Benjamin

11:16:07 14  Graf's response in this thread.  It's on page UNT 000306

11:16:11 15  on July 25 at 9:47 p.m.

11:16:15 16        A.    Yes.

11:16:15 17        Q.    And it's addressed to you as well as others.

11:16:17 18  Do you see that?

11:16:18 19        A.    Yes.

11:16:19 20        Q.    He also says, in this second line of his email,

11:16:25 21  "I think we should send Ewell a copy and invite him to

11:16:28 22  respond."  Correct?

11:16:29 23        A.    Correct.

11:16:30 24        Q.    Does that indicate an unwillingness to publish

11:16:37 25  Ewell in the pages of the *Journal of Schenkerian Studies*?

ANDREW RAY CHUNG    10/15/2024

```
11:16:37   1              MS. QUIMBY:  Objection; form.
11:16:38   2       A.   Well, I think it -- it suggests, implies to a
11:16:45   3   reasonable person that Professor Ewell had not been
11:16:48   4   invited previously.
11:16:50   5       Q.   (BY MR. ALLEN)  That was -- great.  We're not
11:16:53   6   talking about that right now.  I asked a pretty simple
11:16:56   7   question.
11:16:57   8              Does that indicate to you a resistance to
11:17:01   9   publishing Ewell in the pages of the Journal of
11:17:05  10   Schenkerian Studies, "I think we should send Ewell a copy
11:17:06  11   and invite him to respond"?
11:17:07  12       A.   Again, it's -- it leaves open the possibility
11:17:11  13   that there was a resistance to publishing Ewell in Volume
11:17:15  14   12, but not subsequently.
11:17:17  15       Q.   So that's your testimony today, that this
11:17:19  16   actually does indicate a resistance to publishing him?
11:17:22  17              MS. QUIMBY:  Objection; form.
11:17:24  18       Q.   (BY MR. ALLEN)  Publishing him --
11:17:25  19       A.   My testimony is that I don't know whether there
11:17:27  20   was or was not resistance.
11:17:29  21       Q.   That's not what I'm asking.
11:17:30  22              I'm asking:  Does Benjamin -- first of all, who
11:17:35  23   is Benjamin Graf?
11:17:35  24       A.   Benjamin Graf is a lecturer in the division of
11:17:39  25   music history, music theory, and ethnomusicology.
```

ANDREW CHUNG    10/15/2024

11:17:42  1    Q.   Is it fair to say he's teaching faculty at UNT?

11:17:46  2    A.   That is correct.

11:17:47  3    Q.   But nevertheless a member of the faculty,

11:17:50  4  correct?

11:17:51  5    A.   Yes.  A member of the faculty just the same,

11:17:53  6  correct.

11:17:54  7    Q.   What was his role in the *Journal of Schenkerian*

11:17:57  8  *Studies* at this time, if you know?

11:17:58  9    A.   I do not know.

11:17:59 10    Q.   Did you know he was the previous graduate

11:18:06 11  student editor of the *Journal of Schenkerian Studies*?

11:18:09 12         MS. QUIMBY:  Objection; form.

11:18:09 13    A.   I did not know.

11:18:10 14    Q.   (BY MR. ALLEN)  You knew that he was part of

11:18:12 15  the editorial staff at this time?

11:18:14 16    A.   I knew that he had some kind of named and

11:18:19 17  printed official involvement with the journal.

11:18:20 18    Q.   Okay.  And in his role as some sort of

11:18:24 19  involvement with the journal, he's saying to this

11:18:27 20  audience, comprising you, Levi Walls, Ellen Bakulina,

11:18:31 21  Timothy Jackson, Stephen Slottow:  I think we should send

11:18:34 22  Ewell a copy and invite him to respond, right?

11:18:37 23    A.   Correct.

11:18:38 24    Q.   And you can't give a straight yes or no answer

11:18:44 25  to whether you think that indicates a willingness to

| | |
|---|---|
| 11:18:47 | 1 |

11:18:47  1  invite Philip Ewell to respond?

11:18:49  2          MS. QUIMBY:  Objection; form.

11:18:50  3      A.  I think you're asking two questions in this

11:18:56  4  question.  Certainly he wasn't invited to --

11:18:58  5      Q.  (BY MR. ALLEN)  Why don't you answer them in

11:19:00  6  series?

11:19:01  7      A.  -- respond.

11:19:02  8      Q.  He wasn't invited individually to respond.  We

11:19:06  9  can assume that based on the record.  We do know that he

11:19:09 10  received the invitation through the SMT server list

11:19:14 11  because I'm just going to represent to you he's testified

11:19:17 12  to that.

11:19:18 13          My question is really a simple one:  Does

11:19:21 14  saying to you, among others, "I think we should send

11:19:23 15  Ewell a copy and invite him to respond" indicate a

11:19:27 16  willingness to have Ewell respond in the pages of the

11:19:27 17  *Journal of Schenkerian Studies*?

11:19:32 18          (Cross-talk.)

11:19:32 19      A.  It indicates a willingness to publish him in

11:19:35 20  the *Journal of Schenkerian Studies* subsequent to the

11:19:35 21  publication of Volume 12 certainly.

11:19:37 22      Q.  (BY MR. ALLEN)  Okay.  Let's just sew this up.

11:19:41 23  Does indicate an intention to exclude Professor Ewell

11:19:46 24  from publishing in the pages of the *Journal of

11:19:49 25  Schenkerian Studies*?

ANDREW CHUNG    10/15/2024

11:19:49  1          MS. QUIMBY:  Objection; form.

11:19:50  2      A.    It certainly leaves open the possibility that

11:19:53  3  such an intention existed but does not confirm such an

11:19:57  4  intention.

11:19:58  5      Q.    (BY MR. ALLEN)  Do you know of any documents

11:20:03  6  that confirm an intention to exclude Philip Ewell from

11:20:09  7  publishing in the *Journal of Schenkerian Studies* at any

11:20:13  8  time, Professor Chung?

11:20:14  9      A.    I know of no such document.

11:20:16  10     Q.    But nevertheless you think such a document may

11:20:16  11  exist?

11:20:23  12          MS. QUIMBY:  Objection; form.

11:20:23  13     A.    I don't know what things do or don't exist

11:20:29  14  other than what I empirically --

11:20:29  15     Q.    Okay.

11:20:29  16     A.    -- see in my --

11:20:32  17     Q.    Well, let's -- let's follow up on that.  Do you

11:20:35  18  have any empirical evidence that there was an intention

11:20:39  19  not to publish Philip Ewell in the pages of the *Journal

11:20:44  20  of Schenkerian Studies*?

11:20:44  21          MS. QUIMBY:  Objection; form.

11:20:45  22     A.    I think that there is certainly a suggestion

11:20:55  23  that such a move was not considered.

11:20:57  24     Q.    (BY MR. ALLEN)  A suggestion to you is

11:21:00  25  empirical evidence?

| | | |
|---|---|---|
| 11:21:00 | 1 | MS. QUIMBY: Objection; form. |
| 11:21:01 | 2 | A. A suggestion -- I don't -- I don't understand |
| 11:21:08 | 3 | the question. |
| 11:21:08 | 4 | Q. (BY MR. ALLEN) Well, I don't understand your |
| 11:21:10 | 5 | answer. I asked you if you have any empirical evidence, |
| 11:21:13 | 6 | because you brought up empirical evidence. I'm asking |
| 11:21:17 | 7 | you if you have any empirical evidence that there was an |
| 11:21:19 | 8 | intention to exclude Philip Ewell -- |
| 11:21:23 | 9 | A. I am not in possession -- |
| 11:21:24 | 10 | Q. -- from publishing -- |
| 11:21:25 | 11 | A. -- of such empirical evidence, no. |
| 11:21:29 | 12 | Q. Thank you. |
| 11:21:30 | 13 | MS. QUIMBY: Can we take a break, please? |
| 11:21:32 | 14 | It's been over an hour. |
| 11:21:33 | 15 | MR. ALLEN: We're just going to finish this |
| 11:21:34 | 16 | real quick, and how about after that? I don't think we |
| 11:21:36 | 17 | have more than five minutes. Be done by 12:30. |
| 11:21:39 | 18 | MS. QUIMBY: Yes. |
| 11:21:39 | 19 | MR. ALLEN: Is that okay with you, |
| 11:21:42 | 20 | Professor Chung? |
| 11:21:42 | 21 | THE WITNESS: Yes. |
| 11:21:43 | 22 | Q. (BY MR. ALLEN) So I just wanted to skip up |
| 11:21:49 | 23 | to -- let me see. What are we on? UNT Page 305. Here |
| 11:21:56 | 24 | is a message from Benjamin Brand to all of you. Do you |
| 11:22:01 | 25 | see that? |

ANDREW CHUNG    10/15/2024

11:22:01  1      A.    Yes.

11:22:02  2      Q.    And who is Professor Benjamin Brand?

11:22:07  3      A.    Benjamin Brand was the -- was the chair of the

11:22:12  4  division of music -- music history, music theory, and

11:22:19  5  ethnomusicology at the time.

11:22:20  6      Q.    So is it fair to say he was your direct boss at

11:22:24  7  that time in colloquial terms?

11:22:25  8      A.    Yes.

11:22:26  9      Q.    Okay.  And he's calling for an emergency

11:22:27 10  meeting here at 4:00 p.m., right?

11:22:29 11      A.    Correct.

11:22:30 12      Q.    And that is Sunday, July 26, 2020, right?

11:22:33 13      A.    Correct.

11:22:33 14      Q.    Is that unusual at UNT, to have an emergency

11:22:38 15  meeting on a Sunday?

11:22:39 16      A.    I think by virtue of the fact it's an emergency

11:22:44 17  it's inherently unusual.

11:22:46 18      Q.    Was it usual to have any meetings on Sundays?

11:22:49 19      A.    Very unusual to have any meetings on Sundays.

11:22:51 20      Q.    Okay.  Did you attend that, quote, emergency

11:22:53 21  meeting?

11:22:53 22      A.    I did not attend this meeting.

11:22:55 23      Q.    So you don't know what the substance of this

11:22:57 24  so-called emergency meeting was?

11:22:58 25      A.    I do not.

11:22:59   1       Q.   Okay.

11:23:02   2              MR. ALLEN:  I think we're done, but I'm not

11:23:04   3    sure.  With this.

11:23:08   4       Q.   (BY MR. ALLEN)  You've already testified you

11:23:10   5    have no direct knowledge of the processes of editorial

11:23:17   6    staff in reviewing, editing, copyediting, etcetera, the

11:23:19   7    Volume 12 of the *Journal of Schenkerian Studies*, right?

11:23:21   8              MS. QUIMBY:  Objection; form.

11:23:26   9       A.   That I have no knowledge of the editorial

11:23:29  10    practices of the *Journal of Schenkerian Studies*?

11:23:31  11       Q.   (BY MR. ALLEN)  Yeah.  Let me strike that

11:23:32  12    question and just ask you straightforwardly.  Sorry about

11:23:35  13    that, Professor Chung.  I just really wanted to get you

11:23:37  14    to your break here.

11:23:38  15              But back in -- you know, back before July 2020,

11:23:43  16    did you have any direct knowledge of how Volume 12 was

11:23:48  17    edited, put together, compiled, the day in/day out work

11:23:55  18    of editing the volume?

11:23:56  19       A.   My assumption was that it's not much different

11:23:59  20    from any other journal.  That's -- that's the extent of

11:24:02  21    my knowledge.  No -- no specific, confirmed knowledge

11:24:06  22    about the specific practices of the journal.

11:24:08  23       Q.   But you didn't know who was reading what essay?

11:24:12  24              MS. QUIMBY:  Objection; form.

11:24:12  25       A.   No.  That is not something that a journal makes

11:24:16  1  the public privy to.

11:24:18  2      Q.  (BY MR. ALLEN)  And you didn't know who was

11:24:24  3  suggesting which comments on any particular essay in

11:24:28  4  Volume 12 of the *Journal of Schenkerian Studies,* correct?

11:24:31  5      A.   No.  Generally that's kind of held in

11:24:33  6  confidence among the editorial staff and peer reviewers

11:24:36  7  and authors and so forth.

11:24:37  8      Q.   Okay.  And that's kind of my -- I guess the

11:24:39  9  last question would be:  You didn't consider yourself

11:24:42  10  part of the editorial staff of the *Journal of Schenkerian*

11:24:46  11  *Studies* at that time?

11:24:46  12      A.   No.  Not at all.

11:24:48  13      Q.   All right.

11:24:49  14          MR. ALLEN:  I think that will do it for

11:24:52  15  Exhibit 7.  And we can go off the record.

11:24:54  16          THE VIDEOGRAPHER:  The time is 11:24 a.m.

11:24:57  17  We are off the record.

11:24:59  18          (Recess from 11:24 a.m. to 11:32 a.m.)

11:32:44  19          THE VIDEOGRAPHER:  The time is 11:32 a.m.

11:32:48  20  We are on the record.

11:33:03  21          MR. ALLEN:  Professor Chung, I'm going to

11:33:03  22  mark for the record Exhibit 8 a document that is going to

11:33:03  23  put in the chat here as well.  It is captioned Open

11:33:13  24  Letter on Anti-Racist Actions within SMT.  Let me publish

11:33:15  25  to the record here.

11:33:15  1              (Exhibit No. 8 marked.)

11:33:41  2       Q.   (BY MR. ALLEN)  So is -- we were talking before

11:33:43  3  we went on break about --

11:33:46  4              MR. ALLEN:  Sorry.  Are we on the record?

11:33:47  5              THE REPORTER:  Yes.

11:33:48  6              MR. ALLEN:  Thank you.

11:33:49  7       Q.   (BY MR. ALLEN)  We were talking about an open

11:33:50  8  letter that you signed that was circulated by members of

11:33:55  9  the Society for Music Theory.  Do you remember that

11:33:57 10  testimony?

11:33:58 11       A.   Correct.

11:33:58 12       Q.   Is this that particular, quote, open letter?

11:34:02 13       A.   This is that letter, correct.

11:34:04 14       Q.   And it says, "Anyone may sign this document via

11:34:08 15  Google Forms," right?

11:34:12 16       A.   Yes.  Correct.

11:34:14 17       Q.   And the signatures start -- like it's Bates

11:34:20 18  marked UNT 1090, this particular copy.  And signatures

11:34:26 19  start on page UNT 1092, and they proceed for another 23

11:34:32 20  pages ending only on UNT 01115.

11:34:40 21       A.   Correct.

11:34:41 22       Q.   And I believe -- so hold on one sec.  If we can

11:34:55 23  find 1096, UNT 1096 by Bates stamp, I believe we find

11:35:13 24  your name in -- as a signatory, correct?

11:35:17 25       A.   Correct.

11:35:17  1        Q.   Do you know of any of your music theory
11:35:23  2   colleagues who did not sign this open letter?
11:35:25  3             MS. QUIMBY:  Objection; form.
11:35:26  4        A.   I believe that not all of them did.
11:35:31  5        Q.   (BY MR. ALLEN)  Do you know who were the
11:35:33  6   members of your community at the University of North
11:35:35  7   Texas that did not sign?
11:35:36  8        A.   I cannot recall.
11:35:37  9        Q.   And then if we look at its substance, they are
11:35:46 10   talking about Volume 12 of the *Journal of Schenkerian*
11:35:52 11   *Studies*, correct?
11:35:53 12        A.   Correct.
11:35:53 13        Q.   And they say that the journal, quote, singled
11:35:57 14   out Professor Ewell while denying him a chance to
11:36:00 15   respond, right?
11:36:01 16        A.   Correct.
11:36:01 17        Q.   And you signed that statement, right?  That he
11:36:03 18   was, quote, denied a chance to respond?
11:36:06 19        A.   Correct.
11:36:06 20        Q.   And they also accuse the language of many of
11:36:11 21   its essays of, quote, anti-Black racism, right?
11:36:18 22        A.   Correct.
11:36:18 23        Q.   What does that mean to you, anti-Black racism?
11:36:22 24        A.   Remarks made in poor taste, disparaging
11:36:27 25   judgments of Black Americans and Black American musical

ANDREW 2807 CHUNG    10/15/2024

11:36:32  1  cultures.  I remember this appearing in the discourse

11:36:37  2  around the journal.

11:36:39  3       Q.   And do you know what specifically you

11:36:42  4  understood, at the time you signed this, constituted

11:36:47  5  anti-Black racism in the pages of the *Journal of*

11:36:50  6  *Schenkerian Studies*?

11:36:50  7            MS. QUIMBY:  Objection; form.

11:36:51  8       A.   I remember a remark from Professor Jackson --

11:36:57  9  and I'm paraphrasing -- to the effect that Black people

11:37:04 10  need to be elevated in order to be able to,

11:37:07 11  quote/unquote, to compete.  Disparaging remarks made

11:37:13 12  about rap music, as if rap music is the end all and be

11:37:19 13  all of Black American musical production.  I remember

11:37:24 14  remarks like this.

11:37:25 15       Q.   (BY MR. ALLEN)  Do you, yourself, have a basic

11:37:30 16  knowledge as a professor of music theory of rap, hip hop,

11:37:37 17  and jazz?

11:37:37 18       A.   A very basic understanding.  I'm certainly not

11:37:40 19  an expert.

11:37:40 20       Q.   Is it controversial in your field that jazz is

11:37:44 21  an African American art form, meaning by that that it

11:37:51 22  originated in African American culture?

11:37:53 23       A.   No.  That is wildly recognized.

11:37:56 24       Q.   Is it wildly recognized that rap music is also

11:38:01 25  an art form that originated in African American culture?

ANDREW CHUNG    10/15/2024

11:38:04  1        A.   Yes, it is.

11:38:05  2        Q.   And if I ask the same about hip hop, would that

11:38:08  3   answer be the same, Professor Chung?

11:38:11  4        A.   Yes.  Yes.

11:38:12  5        Q.   Thank you.  And so as you understood it at the

11:38:17  6   time, Timothy Jackson's statements about -- I believe you

11:38:22  7   said hip hop or rap was -- was anti-Black racism?

11:38:28  8        A.   No.  I said -- I said -- specifically I said

11:38:30  9   that some of the remarks in -- not limited to Professor

11:38:38 10   Jackson's contribution to the journal -- were racially

11:38:41 11   insensitive in my opinion, in poor taste in my opinion.

11:38:46 12        Q.   Did you think the proper response was to

11:38:52 13   publish a refutation of Timothy Jackson's viewpoints?

11:38:57 14             MS. QUIMBY:  Objection; form.

11:38:57 15        A.   It is -- it is a standard and expected and

11:39:02 16   appropriate procedure for scholars to weigh in on --

11:39:07 17   weigh in on the writings of other members of the field.

11:39:12 18        Q.   (BY MR. ALLEN)  Was it appropriate to cancel

11:39:19 19   the *Journal of Schenkerian Studies* in response to this

11:39:21 20   so-called anti-Black racism?

11:39:21 21             MS. QUIMBY:  Objection; form.

11:39:23 22        A.   What does "cancel" mean in this context?

11:39:25 23        Q.   (BY MR. ALLEN)  Are you aware that the *Journal*

11:39:27 24   *of Schenkerian Studies* has ceased publishing after 2020?

11:39:29 25        A.   I'm aware of that.

11:39:30    1          Q.   Was that an appropriate response to, quote,

11:39:34    2    anti-Black racism --

11:39:34    3                    MS. QUIMBY:  Objection; form.

11:39:35    4          Q.   (BY MR. ALLEN) -- if Timothy Jackson did

11:39:38    5    express that viewpoint?

11:39:39    6                    MS. QUIMBY:  Objection; form.

11:39:40    7          A.   Journals stop publishing for all sorts of

11:39:44    8    reasons.

11:39:44    9          Q.   (BY MR. ALLEN)  Why do you think the *Journal of*

11:39:47   10    *Schenkerian Studies* stopped publishing?

11:39:48   11          A.   I'm not privy to that information.

11:39:51   12          Q.   You have no information as to why?

11:39:53   13          A.   I'm really not privy -- I can -- I have

11:39:57   14    conjectures but I have no real information.

11:39:58   15          Q.   Did you read a report that was published by the

11:40:02   16    University of North Texas called the ad hoc panel

11:40:04   17    report in November --

11:40:05   18          A.   I know of the existence --

11:40:05   19          Q.   -- of 2020?

11:40:06   20          A.   Sorry.  I know of the existence of such a

11:40:08   21    report.  I did not read it.

11:40:10   22          Q.   Okay.  Did you read the articles of Volume 12

11:40:15   23    of the *Journal of Schenkerian Studies* before you signed

11:40:18   24    this open letter on anti-racist actions?

11:40:20   25          A.   Not in tremendous detail.  I did read the

11:40:25  1  contents of -- of many of them quickly and hastily.

11:40:29  2        Q.   Did you read Timothy Jackson's article?

11:40:31  3        A.   I did read Professor Jackson's article.

11:40:34  4        Q.   So this -- this open letter on anti-racist --

11:40:40  5  by the way, what do you understand by anti-racist?  What

11:40:44  6  does that mean among music theorists?

11:40:47  7             MS. QUIMBY:  Objection; form.

11:40:48  8        A.   I believe that it really has -- has a quite

11:40:51  9  bare denotation of meaning, you know, opposing racially

11:41:06  10  tinged or racially offensive remarks should they arise,

11:41:09  11  racially -- opposing -- let's see -- racially unequal

11:41:14  12  behaviors and actions should they arise.

11:41:16  13        Q.   (BY MR. ALLEN)  And you -- do you have any

11:41:29  14  personal knowledge of publications in academic journals

11:41:29  15  that refuted the factual statements Timothy Jackson made

11:41:33  16  in his contribution to Volume 12 of the *Journal of*

11:41:37  17  *Schenkerian Studies*?

11:41:37  18             MS. QUIMBY:  Objection; form.

11:41:38  19        A.   Of specific refutations of the -- like critical

11:41:48  20  and historical claims, I am -- I am not aware of any.

11:41:51  21        Q.   (BY MR. ALLEN)  Okay.  Now, here in this open

11:41:54  22  letter that you signed on anti-racist actions, it refers

11:42:00  23  to:  "These actions provide further evidence of the

11:42:01  24  structural force of white supremacy in our discipline."

11:42:06  25             This was also something you signed on to.  So

11:42:08   1   what does -- what does that mean?

11:42:10   2       A.   This is -- this remark in the letter I believe

11:42:22   3   is a response to the ad hominem character of some remarks

11:42:29   4   published in Volume 12 of the *Journal of Schenkerian*

11:42:38   5   *Studies*.  Ad hominem in reference to Professor Ewell.

11:42:41   6       Q.   What are those ad hominem statements in the

11:42:44   7   *Journal of Schenkerian Studies* Volume 12?

11:42:48   8       A.   I don't remember their specific contents at

11:42:52   9   this time.  I -- I remember Professor Ewell being singled

11:42:58  10   out and -- and questioned as far as his remarks go.

11:43:08  11       Q.   Is it systemically racist to criticize a Black

11:43:17  12   scholar?

11:43:17  13             MS. QUIMBY:  Objection; form.

11:43:18  14       A.   It certainly can give the appearance.

11:43:20  15       Q.   (BY MR. ALLEN)  So Professor Ewell should be

11:43:24  16   treated specially because he's Black and should not be

11:43:28  17   criticized?

11:43:28  18             MS. QUIMBY:  Objection; form.

11:43:29  19       A.   No, I don't agree with that.

11:43:40  20       Q.   (BY MR. ALLEN)  And, incidentally, do you

11:43:43  21   believe in any way or do you have any -- strike that,

11:43:46  22   please.

11:43:46  23             Do you have any direct knowledge of anything

11:43:49  24   published in the *Journal of Schenkerian Studies* having,

11:43:53  25   quote, dehumanized Professor Ewell?

ANDREW CHUNG   10/15/2024

11:43:56   1          MS. QUIMBY:  Objection; form.

11:43:57   2      A.   I can certainly understand why authors of the

11:44:14   3   letter would use that language in relation to the ad

11:44:21   4   hominem remarks in relation to the disparaging remarks

11:44:26   5   about Black musical cultures and so forth.  That can

11:44:33   6   certainly be interpreted as dehumanizing contents.

11:44:37   7      Q.   (BY MR. ALLEN)  But you can't remember what

11:44:39   8   those ad hominem and dehumanizing content is at this

11:44:44   9   time?

11:44:44  10      A.   That Black people's standard needs to be raised

11:44:48  11   to compete; that -- that rap -- suggestions that rap

11:44:51  12   music, hip hop, and so forth have a sort of lesser

11:44:58  13   aesthetic dignity than classical music.  Remarks like

11:45:00  14   this did appear.  And I'm paraphrasing.

11:45:03  15      Q.   And it's mostly those two that you allege

11:45:07  16   Timothy Jackson said in Volume 12?

11:45:09  17          MS. QUIMBY:  Objection; form.

11:45:09  18      A.   Those are the two that stick out in my memory.

11:45:13  19      Q.   (BY MR. ALLEN)  Incidentally, I -- do you

11:45:21  20   consider yourself a person of color, Professor Chung?

11:45:25  21      A.   Yes.

11:45:25  22      Q.   I assume your background is Chinese in origin?

11:45:30  23   But you can correct me if I'm wrong.

11:45:32  24      A.   You are wrong.

11:45:33  25      Q.   What is your national origin?

11:45:34   1        A.    I am Korean.

11:45:35   2        Q.    Have you experienced white supremacy at the

11:45:40   3   University of North Texas?

11:45:41   4              MS. QUIMBY:  Objection; form.

11:45:42   5        A.    Strictly speaking, yes.

11:45:52   6        Q.    (BY MR. ALLEN)  Could you explain for the

11:45:53   7   record how you have experienced white supremacy at the

11:45:56   8   University of North Texas?

11:45:58   9        A.    Well, I mean what -- this -- I think this

11:46:01  10   depends on what the definitions of white supremacy are.

11:46:04  11   Can you give me yours?

11:46:06  12        Q.    Well, no.  You've signed a statement that says,

11:46:07  13   "Actions provide further evidence of the structural force

11:46:10  14   of white supremacy in our discipline," meaning your

11:46:13  15   discipline.  You signed it.

11:46:14  16        A.    You are -- you are leading the proceeding, and

11:46:16  17   you have asked the question.  I would like you to define

11:46:18  18   it.

11:46:18  19        Q.    Well, what do you mean by white supremacy?  You

11:46:19  20   signed an SMT open letter saying there's white supremacy

11:46:22  21   in your discipline.  What do you mean by that?

11:46:24  22        A.    "White supremacy" here refers to the ways in

11:46:27  23   which the norms and judgments of European cultures are

11:46:36  24   taken to be the sort of standards and norms.

11:46:39  25        Q.    And is that what you've perceived at the

11:46:43  1  university of north texist -- excuse me -- at the
11:46:45  2  University of North Texas?
11:46:46  3       A.   Oh, sure.  Every -- any person of color can
11:46:50  4  attest to such things I would expect.
11:46:54  5       Q.   How have you personally experienced white
11:46:57  6  supremacy as you define it at the University of North
11:47:00  7  Texas?
11:47:00  8       A.   For instance, the, you know, emphasis on
11:47:07  9  European composers in the curricula of my department.
11:47:13 10  For instance, the majority white representation of
11:47:23 11  administrative staff, chairs, tenured faculty.
11:47:31 12       Q.   So the bear number of people who are white in
11:47:34 13  your department is -- is evidence of white supremacy; is
11:47:38 14  that -- is that your testimony?
11:47:39 15                 MS. QUIMBY:  Objection; form.
11:47:39 16       A.   My testimony is that the -- the majority white
11:47:43 17  population of the University and its staff and institu-
11:47:50 18  -- and its structures mean that the majority -- the
11:47:57 19  majority of power holders are -- are white people.
11:48:00 20       Q.   (BY MR. ALLEN)  And how have -- how has your
11:48:05 21  career suffered because of the majority representation of
11:48:10 22  white people at the University of North Texas?
11:48:10 23                 MS. QUIMBY:  Objection; form.
11:48:11 24       A.   I don't believe that my career has suffered.
11:48:13 25       Q.   (BY MR. ALLEN)  Have you not been able to

11:48:16  1  publish what you want because of white supremacy at the
11:48:20  2  University of North Texas?
11:48:22  3       A.   I don't publish at the University of North
11:48:24  4  Texas.
11:48:24  5       Q.   That wasn't my question.
11:48:26  6            Have you not been able to publish in your field
11:48:29  7  what you want because of white supremacy at the
11:48:32  8  University of North Texas?
11:48:33  9            MS. QUIMBY:  Objection; form.
11:48:34  10      A.   Me personally, no, I have not experienced that
11:48:37  11  on -- that.
11:48:37  12      Q.   (BY MR. ALLEN)  Have you experienced pressure
11:48:39  13  in your discipline not to publish whatever you want
11:48:42  14  because of white supremacy in your discipline?
11:48:46  15            MS. QUIMBY:  Objection; form.
11:48:49  16      A.   There are certainly explicit pressures to
11:48:53  17  publish on topics that, you know, appeal to -- to
11:48:58  18  scholars of the sort, you know, traditional core of -- of
11:49:02  19  European musical repertoires.
11:49:06  20      Q.   (BY MR. ALLEN)  So teaching European musical
11:49:10  21  repertoires is itself an expression of white supremacy?
11:49:14  22            MS. QUIMBY:  Objection; form.
11:49:15  23      A.   It expresses the predominance of white European
11:49:22  24  cultures.
11:49:23  25      Q.   (BY MR. ALLEN)  And in your view that is white

11:49:26  1  supremacy?

11:49:27  2          MS. QUIMBY:  Objection; form.

11:49:28  3      A.   Perhaps not in the -- you know, in the manner

11:49:31  4  in which white supremacy is used on television or so

11:49:36  5  forth.  But, yes, it -- strictly speaking it is an

11:49:42  6  expression of white supremacy.

11:49:44  7      Q.   (BY MR. ALLEN)  And you also signed this

11:49:46  8  statement where it says here under like a sub area B,

11:49:50  9  "These white supremacist roots have resulted in racist

11:49:53  10 policies that have benefited whites and whiteness while

11:49:57  11 disadvantaging nonwhites and nonwhiteness."

11:50:00  12         Did I read that correctly?

11:50:02  13     A.   Correct.

11:50:02  14     Q.   What racist policies can you identify at the

11:50:07  15 University of North Texas that have benefited whites and

11:50:07  16 whiteness while disadvantaging nonwhites and

11:50:12  17 nonwhiteness?

11:50:12  18         MS. QUIMBY:  Objection; form.

11:50:13  19     A.   Strict policy there I can think of none.

11:50:16  20     Q.   (BY MR. ALLEN)  Okay.  And can you identify

11:50:23  21 injustices suffered by BIPOC at all stages of their

11:50:26  22 careers at the University of North Texas?

11:50:28  23         MS. QUIMBY:  Objection; form.

11:50:29  24     A.   Only anecdotically.

11:50:34  25     Q.   (BY MR. ALLEN)  Well, please tell us some

ANDREW CHUNG    10/15/2024

11:50:38  1  anecdotes relevant to the University of North Texas in

11:50:41  2  your experience.

11:50:41  3      A.    Sure.  Anecdotally I think scholars of color

11:50:46  4  are less accustomed to having their ideas be, you know,

11:50:50  5  immediately believed.  Scholars of color are often

11:50:55  6  accustomed to deferring to -- to majority white

11:51:04  7  colleagues.  This is a common anecdotical experience in

11:51:08  8  the academy.

11:51:09  9      Q.    As a person of color -- I mean "BIPOC" stands

11:51:14  10  for black, indigenous, person of color, correct?

11:51:17  11      A.    Correct.

11:51:18  12      Q.    And I'm reading from the SMT open letter that

11:51:21  13  says, "Racist policies have resulted in injustices

11:51:25  14  suffered by BIPOC at all stages of their careers."

11:51:29  15          Did I read that correctly?

11:51:30  16      A.    Correct.

11:51:31  17      Q.    And as a person of color yourself, have you

11:51:34  18  experienced at the University of North Texas difficulty

11:51:42  19  being believed because of the color of your skin?

11:51:45  20      A.    I certainly have my suspicions that such is the

11:51:48  21  case.  Again, not having omniscient access to other

11:51:52  22  people's internal states, I can't confirm or deny.

11:51:56  23      Q.    Well, describe an incident.  I mean, you're the

11:51:57  24  one signing statements that says this racism is so

11:52:00  25  pervasive that you needed to sign a very lengthy

11:52:04  1  statement about it.  So please describe instances in

11:52:08  2  which you -- I guess you said you surmised that you were

11:52:13  3  being disbelieved because of your race.

11:52:14  4          MS. QUIMBY:  Objection; form.

11:52:14  5     A.    I mean, for instance, ideas about making

11:52:29  6  curricular changes to include more nonwestern musics are

11:52:33  7  sometimes met with skepticism.

11:52:37  8     Q.    (BY MR. ALLEN)  When did you make such --

11:52:39  9             (Cross-talk.)

11:52:39 10     A.    -- remarks of the sort that the -- that the

11:52:41 11  letter is -- is talking about.

11:52:42 12     Q.    (BY MR. ALLEN)  When did you make such

11:52:44 13  suggestions that were rejected?

11:52:48 14     A.    I don't recall making such suggestions myself.

11:52:51 15  But this is -- this is the kind of thing that the letter

11:52:54 16  is talking about.

11:52:55 17     Q.    And you also said that, I believe, BIPOC

11:53:02 18  scholars defer to their white colleagues.  That's another

11:53:05 19  example of racial supremacy?

11:53:07 20          MS. QUIMBY:  Objection; form.

11:53:09 21     A.    Strictly speaking, yes.

11:53:10 22     Q.    (BY MR. ALLEN)  When have you individually,

11:53:13 23  Professor Chung, deferred to your white colleagues

11:53:15 24  because of their white supremacy?

11:53:17 25     A.    Because of their white supremacy?  What do you

11:53:19  1    mean?

11:53:20  2        Q.    Well, I don't know.  That's when you're

11:53:22  3    describing.  You said that it is a marker of white

11:53:25  4    supremacy in your discipline that people of color defer

11:53:30  5    to their white colleagues and that indicates systemic

11:53:35  6    race, or something like that.  Did I -- did I

11:53:37  7    mischaracterize that?

11:53:38  8                    MS. QUIMBY:  Objection; form.

11:53:39  9        A.    Yeah.  It's not the best characterization.

11:53:45 10        Q.    (BY MR. ALLEN)  So I'm asking for a specific

11:53:47 11    example of when you deferred to a white colleague and you

11:53:51 12    believe that was because of white supremacy.

11:53:55 13        A.    What that means is that, you know, you were

11:54:00 14    expected -- scholars of color are, you know, not -- are

11:54:05 15    expected to really not talk about race.

11:54:11 16        Q.    It seems like all this open letter talks about

11:54:14 17    is race.  Did that apply to this open letter too?

11:54:18 18                    MS. QUIMBY:  Objection; form.

11:54:18 19        A.    No.  That's why -- that's why it's an open

11:54:21 20    letter.

11:54:22 21        Q.    (BY MR. ALLEN)  You didn't -- you certainly

11:54:29 22    didn't feel impeded from talking about racism in July

11:54:31 23    of 2020, did you?

11:54:31 24                    MS. QUIMBY:  Objection; form.

11:54:31 25        A.    In July 2020?  It's always risky for scholars

11:54:36   1   of color to talk about race.

11:54:38   2       Q.   (BY MR. ALLEN)  Do you feel compromised in your

11:54:41   3   tenure application by your participation in the open

11:54:45   4   discussion about race in July of 2020?

11:54:49   5       A.   Beyond conjecture, no.

11:54:54   6       Q.   You certainly don't believe you suffer from any

11:55:01   7   kind of fragile nature that prevents you from speaking

11:55:06   8   your mind about race at the University of North Texas, do

11:55:08   9   you?

11:55:09  10            MS. QUIMBY:  Objection; form.

11:55:09  11       A.   Can you repeat the question?  Fragile nature?

11:55:13  12       Q.   (BY MR. ALLEN)  Yeah.  Do you -- is there some

11:55:15  13   sort of fragility that you suffer from that would prevent

11:55:20  14   you from speaking your mind on matters of race at the

11:55:22  15   University of North Texas?

11:55:22  16            MS. QUIMBY:  Objection; form.

11:55:22  17       A.   Well, it's often not a prudent topic.  I think

11:55:26  18   fragility is a -- I don't know why that's entering the

11:55:30  19   question.

11:55:30  20       Q.   (BY MR. ALLEN)  It's, quote, not a prudent

11:55:32  21   topic, that's your -- that's your view?

11:55:33  22       A.   Sometimes.

11:55:34  23       Q.   And yet you know that Philip Ewell's

11:55:39  24   November 2019 paper at the university -- excuse me -- at

11:55:41  25   the Society for Music Theory was well received, correct?

11:55:44   1            MS. QUIMBY:  Objection; form.

11:55:45   2       A.   Yes.

11:55:45   3       Q.   (BY MR. ALLEN)  It didn't seem that that

11:55:50   4  required any prudence for him to avoid that topic, right?

11:55:55   5            MS. QUIMBY:  Objection; form.

11:55:56   6       A.   Oh, it certainly required prudence to -- to

11:55:59   7  handle that topic correctly or handle that topic at all.

11:56:02   8       Q.   (BY MR. ALLEN)  Did you think it was

11:56:04   9  particularly courageous of him, for instance, to avoid

11:56:08  10  reading his critics in the *Journal of Schenkerian*

11:56:13  11  *Studies*?

11:56:13  12            MS. QUIMBY:  Objection; form.

11:56:13  13       A.   I don't think courage or not courage is the --

11:56:16  14  is the correct axis on -- on which that hinges.  I think

11:56:20  15  that's if -- you know, if the scholar chooses not to read

11:56:24  16  their critics for their own reasons, whatever they may

11:56:31  17  be, that's -- that's their prerogative.

11:56:35  18       Q.   (BY MR. ALLEN)  Yet in this letter, you singled

11:56:50  19  Professor Ewell out as someone with -- among others who

11:56:52  20  spoke at that 2019 plenary session, as someone with

11:57:00  21  exceptional courage, correct?

11:57:01  22       A.   Correct.

11:57:03  23       Q.   I want to transition now to speaking of the --

11:57:27  24  the faculty letter which you also signed in addition.

11:57:32  25  Before we move on, do you recall when you signed this SMT

11:57:35  1  open letter on anti-racist actions?

11:57:38  2      A.   I do not recall when that was.

11:57:40  3      Q.   Was it before or after the July 25 emails that

11:57:44  4  we had examined earlier?

11:57:46  5      A.   It -- it has to have been after.

11:57:51  6      Q.   Okay.  Is it safe to say it was before the end

11:57:58  7  of July, if you know?

11:58:00  8                MS. QUIMBY:  Objection; form.

11:58:00  9      A.   It's not safe to say that.  It was before -- I

11:58:03 10  don't know.  It was before the beginning of 2024.  I do

11:58:06 11  not recall the time when this letter was circulated.

11:58:13 12      Q.   (BY MR. ALLEN)  It certainly would have been in

11:58:14 13  2020, right?

11:58:15 14      A.   It would have been in 2020 after July.

11:58:15 15      Q.   Okay.

11:58:21 16      A.   That's my assumption.

11:58:22 17      Q.   And that's fine.  I understand the limits of

11:58:24 18  memory.

11:58:51 19                MR. ALLEN:  I'm going to mark for the

11:58:53 20  record as Exhibit 9 a document captioned ad hoc panel --

11:59:10 21  Ad Hoc Review Panel Report of Review of Conception and

11:59:14 22  Production of Volume 12 of the *Journal of Schenkerian

11:59:17 23  Studies*, and it is dated November 25, 2020.

11:59:17 24                (Exhibit No. 9 marked.)

11:59:19 25      Q.   (BY MR. ALLEN)  I'm going to represent to you,

11:59:21  1  Professor Chung, that this is a report that was issued by

11:59:22  2  a so-called ad hoc panel convened to investigate the

11:59:28  3  *Journal of Schenkerian Studies,* supposedly objectively,

11:59:30  4  and charged with that by Jennifer Cowley, your former

11:59:30  5  provost.

11:59:35  6          You had already testified that you did not read

11:59:36  7  this document, so I'm not going to ask you to comment on

11:59:39  8  it.  But it does have, as exhibits, at the very end

11:59:48  9  various attachments, and it's those that I would like to

11:59:49 10  talk about.

11:59:51 11      A.   Okay.

11:59:52 12      Q.   This is one captioned Statement of UNT Faculty

11:59:56 13  on *Journal of Schenkerian Studies,* and it's signed by

11:59:59 14  you.  Do you see that?

12:00:00 15      A.   Correct.

12:00:01 16      Q.   Do you recognize this attachment -- I'm not

12:00:05 17  asking you about the -- the total report, just this

12:00:08 18  attachment.  Do you recognize this attachment?

12:00:09 19      A.   Yes.

12:00:10 20      Q.   And what is this Statement of UNT Faculty on

12:00:21 21  *Journal of Schenkerian Studies* in Exhibit 9?

12:00:21 22      A.   I take it as an expression of disapprobation

12:00:27 23  towards some of the contents of JSS Volume 12.

12:00:31 24      Q.   And -- let me see if we can...

12:00:53 25          Here you also say you stand in solidarity with

12:00:57  1    your graduate students in their letter condemning the

12:01:02  2    *Journal of Schenkerian Studies,* right?

12:01:02  3         A.    That is what that says, correct.

12:01:03  4         Q.    What does that refer to?

12:01:05  5         A.    What does what refer to?

12:01:08  6         Q.    The letter of condemnation that the graduate

12:01:14  7    students apparently wrote concerning the *Journal of*

12:01:20  8    *Schenkerian Studies.*

12:01:20  9         A.    Well, that is referring to, I believe, the

12:01:22  10   document in the second link.

12:01:23  11        Q.    The link right here that I am --

12:01:25  12        A.    Correct.

12:01:26  13        Q.    Oops.  I just launched it.

12:01:30  14              I'm highlighting it here.  It follows in the

12:01:32  15   second paragraph after the statement, "We endorse the

12:01:35  16   call for action outlined in our student letter"?

12:01:38  17        A.    Yeah.

12:01:39  18        Q.    That URL?

12:01:42  19        A.    Yeah.  Correct.

12:01:43  20        Q.    And I am just going to represent to you that

12:01:45  21   that URL would lead to this attachment to Exhibit 9.

12:01:49  22        A.    Correct.

12:01:50  23        Q.    Is this the letter you remember endorsing?

12:01:54  24              MS. QUIMBY:  Objection; form.

12:01:56  25        A.    This is the letter to which we -- we refer in

12:02:01  1  the faculty letter.

12:02:03  2      Q.   (BY MR. ALLEN)  Okay.  Again, it says here

12:02:14  3  the -- referring to Volume 12 of the *Journal of*

12:02:14  4  *Schenkerian Studies*, "It's replete with racial

12:02:19  5  stereotypes and tropes," right?

12:02:19  6      A.   Correct.

12:02:20  7      Q.   And those were the same disparaging comments

12:02:24  8  you believe were also what you were thinking about when

12:02:28  9  you signed the SMT letter -- the SMT open letter?

12:02:32 10      A.   Correct.

12:02:32 11      Q.   Were there any others that you were thinking of

12:02:36 12  when you signed this -- you were referring to when you

12:02:40 13  signed this letter?

12:02:41 14      A.   Not that I recall.

12:02:46 15      Q.   Okay.  And then you say in this letter you've

12:02:56 16  signed of UNT faculty, "The fact that he was not afforded

12:03:01 17  the opportunity to respond in print in unacceptable, as

12:03:03 18  is the lack of a clearly defined peer-review process."

12:03:06 19           Did I read that correctly?

12:03:07 20      A.   Correct.

12:03:08 21      Q.   Who does "he" refer to in that sentence?

12:03:11 22      A.   Professor Ewell.

12:03:12 23      Q.   And so you're making an assertion of fact that

12:03:15 24  he was not afforded the opportunity to respond in print,

12:03:20 25  right?

ANDREW #2826CHUNG   10/15/2024

12:03:20  1        A.   What do you mean by an assertion of fact?

12:03:25  2        Q.   Well, this is the language that you signed on

12:03:26  3   to.  "The fact that he was not afforded the opportunity

12:03:29  4   to respond in print is unacceptable," correct?

12:03:33  5        A.   Yes.  That -- that was our surmise to the best

12:03:36  6   of our knowledge, that he was not contacted to respond to

12:03:39  7   the -- the pieces that were published in Volume 12.

12:03:45  8        Q.   Were you aware that Benjamin Graf contacted

12:03:52  9   Philip Ewell to invite him to respond?

12:03:55 10             MS. QUIMBY:  Objection; form.

12:03:55 11        A.   I was not.

12:03:56 12        Q.   (BY MR. ALLEN)  Benjamin Graf signed this

12:04:02 13   letter as well, right?

12:04:04 14        A.   Yes.  I see his name there.

12:04:06 15        Q.   You don't recall anyone pointing out that

12:04:08 16   Philip Ewell also received the SMT invitation to

12:04:13 17   contribute to Volume 12?

12:04:15 18             MS. QUIMBY:  Objection; form.

12:04:15 19        A.   I don't believe that that counts as an

12:04:19 20   invitation to respond to the -- the -- the pieces that

12:04:26 21   were solicited for the journal.  That's a somewhat

12:04:31 22   different matter of being invited to contribute to the --

12:04:36 23   the pieces that were initially collected.

12:04:39 24        Q.   (BY MR. ALLEN)  So only a personal invitation

12:04:42 25   would have, quote, afforded the opportunity to respond in

12:04:46  1    print according to your testimony?

12:04:47  2                    MS. QUIMBY:  Objection; form.

12:04:47  3        A.   Well, that is -- that is the implicit and

12:04:50  4    specific meaning of that remark in the -- in the letter.

12:04:52  5        Q.   (BY MR. ALLEN)  That's the implicit meaning is

12:04:55  6    what you're saying?

12:04:56  7        A.   That is what I'm saying.

12:04:57  8        Q.   It doesn't say that though, does it?

12:04:59  9        A.   Debatable.

12:05:03  10       Q.   It actually says, "He was not afforded the

12:05:07  11   opportunity to respond in print," right?

12:05:10  12       A.   That is -- that is the denotation of that

12:05:12  13   sentence, yeah.

12:05:13  14       Q.   Was there anything that prevented you from

12:05:15  15   qualifying that in -- along the lines of:  He wasn't

12:05:18  16   provided a personal engraved invitation or something of

12:05:22  17   that nature?

12:05:22  18                   MS. QUIMBY:  Objection; form.

12:05:23  19       A.   An engraved invitation?  What does that mean?

12:05:29  20       Q.   (BY MR. ALLEN)  There's no qualifying language

12:05:31  21   to this factual statement indicating that there is some

12:05:35  22   sort of hidden, implicit meaning, is there?

12:05:37  23                   MS. QUIMBY:  Objection; form.

12:05:37  24       A.   There's no qualifying remark, no.

12:05:39  25       Q.   (BY MR. ALLEN)  All right.  Then you also

12:05:42  1    say -- you endorse the call for action outlined in the

12:05:45  2    students letter, right?

12:05:46  3        A.    Uh-huh.

12:05:48  4        Q.    Right here?

12:05:48  5        A.    Uh-huh.

12:05:48  6        Q.    So let's talk about the students letter.

12:05:51  7        A.    Okay.

12:05:51  8        Q.    Which was incorporated by reference through

12:06:02  9    that URL link, right, into the --

12:06:04 10        A.    Right.

12:06:04 11            MS. QUIMBY:  Objection; form.

12:06:05 12        Q.    (BY MR. ALLEN) -- the faculty letter?

12:06:06 13            MS. QUIMBY:  Objection; form.

12:06:07 14        A.    Correct.

12:06:09 15        Q.    (BY MR. ALLEN)  Thank you.  So let's see.  Here

12:06:19 16    you endorse this, that it was platforming racist

12:06:23 17    sentiments, the *Journal of Schenkerian Studies*?

12:06:26 18            MS. QUIMBY:  Objection; form.

12:06:28 19        A.    What's the question, please?  Sorry.

12:06:34 20        Q.    (BY MR. ALLEN)  You endorse this part of the

12:06:37 21    letter that the *Journal of Schenkerian Studies* was

12:06:39 22    platforming, quote, racist sentiments?

12:06:43 23            MS. QUIMBY:  Objection; form.

12:06:43 24        A.    I certainly endorse that the students were

12:06:46 25    appalled, that they perceived such to be the case.  I

ANDREW CHUNG    10/15/2024

12:06:49  1    think that to many people's reasonable judgments

12:06:56  2    racially -- racially incentives -- racially incentive --

12:06:59  3    racially insensitive sentiments appeared in the journal.

12:07:02  4    That was also my understanding.  That was also my

12:07:06  5    opinion, yes.

12:07:07  6         Q.   (BY MR. ALLEN)  You also endorsed this

12:07:13  7    statement, "The students have absolutely no say in the

12:07:16  8    content of the JSS."

12:07:18  9              MS. QUIMBY:  Objection; form.

12:07:20  10        Q.   (BY MR. ALLEN)  Right here.  That's a factual

12:07:23  11   statement, right, Professor Chung?

12:07:25  12             MS. QUIMBY:  Objection; form.

12:07:28  13        A.   What's a factual statement, the statement that

12:07:31  14   students have --

12:07:32  15        Q.   (BY MR. ALLEN)  "Students have absolutely no

12:07:34  16   say in the content of the JSS," right?

12:07:36  17             MS. QUIMBY:  Objection; form.

12:07:41  18        A.   I believe that students -- yeah.  I believe

12:07:43  19   that students generally believe they don't have ultimate

12:07:46  20   final say over what goes into the journal.

12:07:49  21        Q.   (BY MR. ALLEN)  You've never discussed that

12:07:51  22   with Mr. Walls, right?

12:07:52  23        A.   I -- I know so little about Schenkerian studies

12:07:58  24   and the *Journal of Schenkerian Studies* that this hasn't

12:08:01  25   come up in our discussions.

ANDREW CHUNG    10/15/2024

12:08:02  1    Q.    Okay.  Good.  Did you consider this part that

12:08:06  2    you endorsed, "Publicly condemn the issue and release it

12:08:16  3    free online to the public"?

12:08:16  4              MS. QUIMBY:  Objection; form.

12:08:17  5    A.    I endorse the ability of the students to -- to,

12:08:18  6    you know, make these kinds of calls.

12:08:20  7    Q.    (BY MR. ALLEN)  Sure.

12:08:21  8    A.    Express their voices like this.

12:08:23  9    Q.    Uh-huh.  But that's not what your letter says,

12:08:27  10   is it?  It says, "We endorse the call for action outlined

12:08:30  11   in our students letter," right?

12:08:32  12             MS. QUIMBY:  Objection; form.

12:08:33  13   A.    I took that -- I took that as, you know,

12:08:37  14   endorsing their general sentiments through the letter.  I

12:08:42  15   certainly endorse their rights to express themselves and

12:08:49  16   to -- to declare their opinions and to ask for certain

12:08:58  17   kinds of actions.

12:09:02  18   Q.    (BY MR. ALLEN)  Incidentally, they also called

12:09:03  19   for providing a full public account of the editorial and

12:09:08  20   publication process and its failures, right?

12:09:10  21   A.    Correct.

12:09:10  22   Q.    And you endorsed that call for action?

12:09:13  23             MS. QUIMBY:  Objection; form.

12:09:13  24   A.    Sure.  I think when a journal is asked to -- to

12:09:26  25   clarify its procedures in the name of transparency, I

12:09:31  1  don't see why that's an objectionable thing to ask for.

12:09:35  2  I certainly -- I endorse that.

12:09:36  3      Q.   (BY MR. ALLEN)   Would a full public account of

12:09:39  4  the editorial and publication processes be objective,

12:09:43  5  using the words of Jennifer Cowley here, if it excluded

12:09:47  6  indications that Levi Walls was lying about his

12:09:51  7  relationship with Professor Jackson?

12:09:53  8           MS. QUIMBY:   Objection; form.

12:09:57  9      A.   I'm not sure -- I'm not sure under -- can

12:10:01  10  you -- I'm sorry, I think I lost my train of thought --

12:10:01  11     Q.   (BY MR. ALLEN)   Sure.

12:10:03  12     A.   -- in the middle of your question.

12:10:04  13     Q.   That's fine.

12:10:05  14          MR. ALLEN:   Please restate the question to

12:10:06  15  the witness, Madam Court Reporter.

12:10:35  16          (Requested portion was read.)

12:10:35  17     A.   I mean, I'm -- I'm -- I was not privy to the --

12:10:42  18  privy to the -- the conversations of -- having to do with

12:10:46  19  the editorial board.  I am not privy to understanding or

12:10:53  20  whether Levi was speaking truthfully or mendaciously some

12:10:59  21  point or another.  I don't have any insight into that

12:11:02  22  question.

12:11:02  23     Q.   (BY MR. ALLEN)   And did know that this

12:11:05  24  Exhibit 9, the ad hoc panel report, was published online

12:11:10  25  and remains online by the University of North Texas,

12:11:13   1   right?

12:11:13   2            MS. QUIMBY:  Objection; form.

12:11:14   3        A.   I was not aware of that.

12:11:15   4        Q.   (BY MR. ALLEN)  Did you know that Timothy

12:11:16   5   Jackson wrote a response to this report?

12:11:19   6        A.   No.  I knew of no such writing.

12:11:22   7        Q.   Are you aware of any calls at the University of

12:11:26   8   North Texas to provide a, quote, full public account of

12:11:29   9   the editorial and publication process so that it includes

12:11:33  10   Timothy Jackson's response?

12:11:34  11            MS. QUIMBY:  Objection; form.

12:11:35  12        A.   I am not aware.

12:11:38  13        Q.   (BY MR. ALLEN)  Okay.  Now, another thing they

12:11:41  14   called for, the graduate students, is to dissolve the

12:11:45  15   JSS, right?

12:11:45  16        A.   Uh-huh.

12:11:46  17        Q.   And we've already established that the JSS has

12:11:49  18   not published since the time of the publication of these

12:11:52  19   statements, correct?

12:11:53  20        A.   Sure.

12:11:54  21        Q.   So that succeeded, correct?

12:11:56  22            MS. QUIMBY:  Objection; form.

12:11:57  23        A.   That's debatable.  I mean, journals can stop

12:12:01  24   publishing for all sorts of reasons other than

12:12:05  25   dissolution.

12:12:05   1        Q.    (BY MR. ALLEN)  But you do know that it hasn't

12:12:07   2    published again, right?

12:12:08   3        A.    That doesn't imply being dissolved.  I do know

12:12:12   4    it has stopped publication, yes.

12:12:14   5        Q.    Are you aware of any editorial board

12:12:16   6    constituted at the present time that is in the process of

12:12:20   7    publishing the *Journal of Schenkerian Studies*?

12:12:24   8        A.    No such board exists to my knowledge.  I could

12:12:25   9    be wrong.

12:12:25  10        Q.    But you think it's still a matter of mystery as

12:12:28  11    to whether the JSS has dissolved?

12:12:30  12              MS. QUIMBY:  Objection; form.

12:12:31  13        A.    I never said such a thing.  I said the

12:12:33  14    process --

12:12:33  15        Q.    (BY MR. ALLEN)  Let's skip down -- I'm sorry.

12:12:34  16    Go ahead.

12:12:34  17        A.    I said the JSS very clearly has stopped

12:12:37  18    publishing.  Whether it was dissolved, per se, I'm not

12:12:43  19    privy to such information.

12:12:45  20        Q.    Number 3 here -- I don't know why I can't get

12:12:50  21    it -- grab it.  But do you see this in highlight?

12:12:52  22        A.    Yes.

12:12:53  23        Q.    It says, "Hold accountable every person

12:12:57  24    responsible for the direction of the publication.  This

12:12:59  25    will involve recognizing both whistleblowers and those

12:13:02    1  who failed to heed them in this process."

12:13:05    2          Do you know who is being referred to there as

12:13:08    3  a, quote, whistleblower?

12:13:09    4      A.   Specifically, no.

12:13:10    5      Q.   You didn't bother to find that out before you,

12:13:15    6  quote, endorsed the call for action in this letter?

12:13:18    7              MS. QUIMBY:  Objection; form.

12:13:18    8      A.   I endorse students abilities to make these kind

12:13:20    9  of calls.  I endorse students, you know, abilities to ask

12:13:24   10  for more transparency.

12:13:26   11      Q.   (BY MR. ALLEN)  Did you make any effort to find

12:13:28   12  out who the so-called whistleblowers were?

12:13:31   13      A.   I did not.

12:13:32   14      Q.   It also goes on to say, "This should also

12:13:36   15  extend to investigating past bigoted behaviors by faculty

12:13:40   16  and, by taking this into account, the discipline and

12:13:42   17  potential removal of faculty who use the JSS platform to

12:13:47   18  promote racism.  Specifically, the actions of

12:13:50   19  Dr. Jackson -- both past and present -- are particularly

12:13:55   20  racist and unacceptable."

12:13:55   21          Did I read that right?

12:13:55   22      A.   That is what the document says, correct.

12:13:57   23      Q.   Did you investigate the truth or falsehood of

12:14:00   24  any of those statements before signing the faculty

12:14:03   25  statement?

12:14:05   1          MS. QUIMBY:  Objection; form.

12:14:06   2     A.   Here I defer to people with more institutional

12:14:20   3   knowledge than -- than I have.

12:14:20   4     Q.   (BY MR. ALLEN)  I'm asking you about what you

12:14:22   5   did before you signed the statement.  Did you look into

12:14:25   6   whether Timothy Jackson had engaged in specific racist

12:14:31   7   actions before endorsing the student statement with your

12:14:33   8   signature?

12:14:33   9     A.   If such things -- if such things have been

12:14:37  10   alleged, then they should be investigated.

12:14:43  11     Q.   No, that's not my question.

12:14:44  12          My question is:  Did you do anything to confirm

12:14:48  13   that Timothy Jackson had committed some sort of racist

12:14:53  14   action before you endorsed the faculty statement with

12:14:58  15   your signature which incorporated by reference this call

12:14:59  16   to action?

12:14:59  17          MS. QUIMBY:  Objection; form.

12:15:00  18     A.   I did not.

12:15:02  19     Q.   (BY MR. ALLEN)  Okay.  Do you recall there

12:15:18  20   being any discussion amongst you as faculty [audio cut

12:15:27  21   out] about -- you know, limitations about what you

12:15:28  22   wished?

12:15:35  23          (Reporter clarification.)

12:15:35  24     Q.   (BY MR. ALLEN)  Do you recall in this July 2020

12:15:44  25   time frame while you were formulating -- you -- the

12:15:47  1  faculty, meaning you the faculty, were formulating this

12:15:51  2  statement of UNT faculty on the *Journal of Schenkerian*

12:15:56  3  *Studies* you discussed with your colleagues your

12:15:58  4  limitations on what you were choosing to endorse and what

12:16:02  5  not to endorse in the student statement?

12:16:05  6              MS. QUIMBY:  Objection.

12:16:06  7      A.   But limitations are always implicit.  As a

12:16:08  8  professor, you never endorse everything that students say

12:16:11  9  because by -- by virtue of the fact that they are

12:16:14  10  students.  This is a general endorsement, not a

12:16:16  11  line-by-line-type of endorsement.

12:16:19  12     Q.   (BY MR. ALLEN)  So my question was different.

12:16:21  13          My question is:  Do you recall any discussions

12:16:23  14  with your fellow faculty members about what you were

12:16:27  15  endorsing and what you weren't endorsing?

12:16:30  16     A.   No.

12:16:30  17     Q.   Okay.  Do you know of any documents that would

12:16:34  18  help refresh your memory of any such conversations?

12:16:38  19     A.   At the moment I do not recall.

12:16:40  20     Q.   I just have one more line of questioning about

12:17:02  21  what I'll just loosely call the diversity, equity, and

12:17:06  22  inclusion policies at the University of North Texas

12:17:10  23  back in -- back in this time frame.

12:17:13  24          But before we start that, can you just explain

12:17:16  25  for the record what you understand by diversity at the

12:17:20  1    University of North Texas?

12:17:22  2        A.    Openness to a wide variety of viewpoints.

12:17:31  3    Openness to, you know, recognizing the dignity of

12:17:37  4    multiple aesthetic cultures.  Openness to, for instance,

12:17:45  5    being equally welcoming to students of all ethnic

12:17:53  6    backgrounds and faculty as well.

12:17:56  7        Q.    And could we throw in gender as well, equally

12:18:00  8    welcoming to all?

12:18:01  9        A.    Yes.

12:18:01  10       Q.    Okay.  And, just similarly, can you describe

12:18:11  11   for the record what you understand by inclusion as used

12:18:06  12   at the University of North Texas?

12:18:18  13       A.    In University language, my understanding is

12:18:23  14   that these -- these diversity and inclusion,

12:18:27  15   particularly, have much of the same denotation.

12:18:30  16   Inclusion refers to, you know, allowing equal access for

12:18:37  17   voices from different sorts of perspectives to -- to take

12:18:42  18   part in classroom and, you know, administrative and

12:18:51  19   pedagogical conversations.

12:18:52  20       Q.    So I'm not trying to put words in your mouth,

12:18:56  21   but does that mean sort of everything you described as

12:18:58  22   diversity plus making sure those groups or individuals

12:19:03  23   that were encompassed within the diverse umbrella were

12:19:08  24   also included in the educational programs of the

12:19:10  25   University?

12:19:11   1        A.    Yes.

12:19:11   2        Q.    And do you recall a faculty retreat in January

12:19:19   3   of 2022 which was focused on diversity and inclusion?

12:19:24   4        A.    I can't recall if I attended that -- that

12:19:27   5   retreat.

12:19:27   6        Q.    That was going to be my next question.  So let

12:19:31   7   me see if I can pull this up, and maybe we can settle

12:19:35   8   that question once and for all.

12:19:37   9        A.    Okay.

12:19:38  10        Q.    I'm going to mark for the record -- let's see.

12:19:43  11   I'm going to have to pull it down first.

12:19:55  12              MR. ALLEN:  Madam Court Reporter, are we up

12:19:58  13   to 10, Exhibit 10?

12:20:00  14              THE REPORTER:  Yes, sir.

12:20:01  15              MR. ALLEN:  I'm going to mark for the

12:20:03  16   record as Exhibit 10, and I will publish to the chat as

12:20:05  17   well to the record.

12:20:05  18              (Exhibit No. 10 marked.)

12:20:14  19        Q.    (BY MR. ALLEN)  This is a -- a string of emails

12:20:18  20   plus an attachment dated November 23, 2021.

12:20:31  21        A.    Okay.

12:20:32  22        Q.    Where did it go?  Why am I not -- sorry.  I

12:20:49  23   recognize I am -- there we go.

12:20:53  24              MR. ALLEN:  I misspoke.  This is -- this is

12:20:55  25   Exhibit 10.  It is an email dated January 5, 2022.  So I

12:21:01   1   would like to strike that previous designation of

12:21:03   2   Exhibit 10.

12:21:04   3       Q.   (BY MR. ALLEN)  It's a -- Exhibit 10 is, in

12:21:06   4   fact, an email dated January 5, 2022, with UNT Bates

12:21:12   5   No. 5521 and it announces a College of Music retreat for

12:21:16   6   Tuesday, January 11.  Did I characterize that correctly,

12:21:20   7   Professor Chung?

12:21:21   8       A.   Yes.  I believe so.

12:21:23   9       Q.   And do you recall participating in this

12:21:27  10   retreat?

12:21:27  11       A.   I can't recall whether I participated or not.

12:21:30  12   I -- I -- I have not participated in all of these faculty

12:21:35  13   retreats as they come.

12:21:37  14       Q.   Okay.  Do you remember or do you -- let me put

12:21:40  15   it differently and strike that question.

12:21:42  16            Can you tell me if you know who Afa S. Dworkin

12:21:47  17   is?

12:21:47  18       A.   I -- I do not know who Afa Dworkin is, no.

12:21:47  19       Q.   Apparently she is the president and artistic

12:22:01  20   director of Sphinx.  Do you see that?

12:22:02  21       A.   Yes.  Uh-huh.

12:22:03  22       Q.   Are you familiar with an organization called

12:22:06  23   Sphinx?

12:22:07  24       A.   I've heard of the organization before.  I

12:22:10  25   don't -- I'm not privy to what -- what they -- what they

| | | |
|---|---|---|
| 12:22:13 | 1 | do as an organization. |
| 12:22:14 | 2 | Q.   That's fine.  And it might be that this will be |
| 12:22:18 | 3 | the end of our conversation about this because if you |
| 12:22:21 | 4 | don't know, you don't know. |
| 12:22:23 | 5 | But let me just really quickly -- I'll mark as |
| 12:22:28 | 6 | final exhibit here.  Well, it may be the final exhibit. |
| 12:22:32 | 7 | Exhibit 11. |
| 12:22:38 | 8 | A.   Okay. |
| 12:22:39 | 9 | (Exhibit No. 11 marked.) |
| 12:23:01 | 10 | MR. ALLEN:  That's there published to the |
| 12:23:02 | 11 | list.  So, then, I apologize.  This is what I had got |
| 12:23:04 | 12 | confused about before.  I looked at this one first. |
| 12:23:07 | 13 | There, I published it to the chat. |
| 12:23:15 | 14 | Q.   (BY MR. ALLEN)  Now, we've got -- Exhibit 11 is |
| 12:23:16 | 15 | the email of November 23, 2021.  It has an attach -- |
| 12:23:19 | 16 | well, the Bates number is UNT 5523, and it had this |
| 12:23:24 | 17 | attachment, again, announcing a faculty and staff retreat |
| 12:23:29 | 18 | for January 11, 2022.  Did I characterize that correctly? |
| 12:23:32 | 19 | A.   Correct. |
| 12:23:33 | 20 | Q.   Now, I'm just going to ask if this helps |
| 12:23:35 | 21 | refresh your memory about whether you did participate in |
| 12:23:38 | 22 | this faculty retreat, Professor Chung? |
| 12:23:42 | 23 | A.   I cannot recall from -- |
| 12:23:43 | 24 | Q.   Okay. |
| 12:23:43 | 25 | A.   I can't recall whether I participated in this. |

12:23:47 1    Q.    Okay.  I just want to ask one quick question

12:23:57 2    about Professor Bakulina.  Do you know when Professor

12:23:59 3    Bakulina left the University of North Texas faculty?

12:24:01 4    A.    I believe this was at the end of the academic

12:24:05 5    year in 2000- -- May 2022.

12:24:12 6    Q.    So to the best of your knowledge, she would

12:24:14 7    have been around -- I'm not saying she participated or

12:24:16 8    that you know, but she would have been around in January

12:24:20 9    of 2022 at the time of this retreat?

12:24:22 10    A.    Yes.

12:24:22 11    Q.    Okay.

12:24:25 12            MR. ALLEN:  Let's go off the record,

12:24:27 13    please.

12:24:27 14            THE VIDEOGRAPHER:  The time is 12:24 p.m.

12:24:30 15    We are off the record.

12:24:31 16            (Recess from 12:24 p.m. to 12:32 p.m.)

12:32:05 17            THE VIDEOGRAPHER:  The time is 12:32 p.m.

12:32:20 18    We are on the record.

12:32:21 19    Q.    (BY MR. ALLEN)  Professor Chung, thank you for

12:32:23 20    your time today.  I just have a few more questions.

12:32:26 21    Depending on your answers, I think we can probably wrap

12:32:28 22    it up pretty quickly.

12:32:31 23            Do you recall your eventual advisee, the

12:32:38 24    graduate student Levi Walls, publishing a -- sort of an

12:32:42 25    apology on Facebook on July 27, a relatively lengthy

12:32:47   1   apology about his role on the *Journal of Schenkerian*
12:32:50   2   *Studies*?
12:32:50   3       A.   I do remember that this was circulated.  I saw
12:32:53   4   it secondhand.
12:32:54   5       Q.   Did you read it?
12:32:56   6       A.   Yes.
12:32:57   7               (Exhibit No. 12 marked.)
12:32:57   8       Q.   (BY MR. ALLEN)  One second.  We'll publish this
12:33:36   9   as Exhibit 12.  Which I believe you'll find is that
12:33:42  10   Facebook post by your now graduate student.
12:33:45  11       A.   Okay.
12:33:47  12               MR. ALLEN:  I will also put it online for
12:34:04  13   the record.
12:34:04  14       Q.   (BY MR. ALLEN)  Do you recognize this Facebook
12:34:06  15   post by Levi Walls, July 27, 2020?
12:34:10  16       A.   I do recognize this post, yes.
12:34:12  17       Q.   Is this the one you were referring to that you
12:34:15  18   read or was circulated to you secondhand?
12:34:18  19       A.   Yes.
12:34:18  20       Q.   Did you ever confirm with Mr. Walls that he was
12:34:21  21   the person who published this post?
12:34:24  22       A.   I did not confirm with him.  I have not
12:34:27  23   discussed this -- the contents of this writing with Levi.
12:34:32  24       Q.   And he did say here that "I had no control of
12:34:43  25   the journal or over the decisions regarding review

12:34:46    1    processes," right?

12:34:48    2        A.    Correct.

12:34:48    3        Q.    And to your knowledge was that true?

12:34:55    4                MS. QUIMBY:  Objection; form.

12:34:57    5        A.    I don't know enough about the -- the sort of

12:35:00    6    the editorial structure of the journal to be able to

12:35:03    7    answer that question with -- with any clarity.

12:35:06    8        Q.    (BY MR. ALLEN)  And you never talked about that

12:35:09    9    topic with Mr. Walls?

12:35:13   10        A.    No.

12:35:14   11        Q.    He also says here at the end that he feared

12:35:22   12    that he could not leave without significant damage to my

12:35:26   13    career.  Did I read that right?

12:35:29   14        A.    Yes.

12:35:32   15        Q.    And you understood, when you read this, that he

12:35:37   16    meant he could not leave the *Journal of Schenkerian*

12:35:41   17    *Studies* without significant damage to his career?

12:35:43   18                MS. QUIMBY:  Objection; form.

12:35:43   19        A.    I don't -- I don't know what Levi did or didn't

12:35:48   20    think about his -- his career at the time.  I think it's

12:35:53   21    reasonable to infer what you've indicated from what's

12:36:00   22    written.

12:36:00   23        Q.    (BY MR. ALLEN)  He talks in the beginning of

12:36:02   24    that paragraph that in the summer of 2019 he was asked if

12:36:06   25    he would take on a research assistantship, right?

12:36:10  1        A.    Correct.

12:36:10  2        Q.    And that assistantship was the assistant editor

12:36:15  3   of the *Journal of Schenkerian Studies*, right?

12:36:17  4        A.    Correct.

12:36:17  5        Q.    And my -- my question is a simple one.  We can

12:36:20  6   agree that that's what he's referring to in the final

12:36:22  7   says when he says, "As I will explain, what appeared to

12:36:25  8   be a positive opportunity for a young graduate student,

12:36:27  9   quickly turned into an extremely shameful position that I

12:36:31  10  feared I could not leave without significant damage to my

12:36:33  11  career."

12:36:33  12        Did I read that right?

12:36:34  13       A.    Correct.

12:36:35  14       Q.    And he's referring to his position -- the

12:36:38  15  context of the paragraph clearly indicates that he's

12:36:40  16  talking about his position on the journal, right?

12:36:43  17       A.    Yes.  I think that's a solid inference, yeah.

12:36:46  18       Q.    And so my -- then my question was going, to be

12:36:50  19  to you as his advisor now, his dissertation advisor, you

12:36:54  20  do know that he left the *Journal of Schenkerian Studies*,

12:36:58  21  he actually did do that, which he said he feared he could

12:37:03  22  not do here, right?

12:37:04  23       A.    You know, I -- I haven't talked to him about

12:37:06  24  his dealings with the *Journal of Schenkerian Studies*.  He

12:37:08  25  seemed to want to avoid the topic.

12:37:11  1      Q.   Does he have funding now, Mr. Walls?

12:37:15  2           MS. QUIMBY:  Objection; form.

12:37:15  3      A.   My understanding is that he doesn't any longer

12:37:20  4  have funding that's coming in from the University.  He's

12:37:23  5  not teaching for the University at the moment.

12:37:26  6      Q.   (BY MR. ALLEN)  When he first came to you,

12:37:28  7  which I think you said was already before the end of

12:37:31  8  2020, did he have funding?

12:37:33  9      A.   He had funding then, yes.

12:37:34  10     Q.   He didn't lose his funding after July 2020

12:37:38  11 then, did he?

12:37:39  12          MS. QUIMBY:  Objection; form.

12:37:40  13     A.   That's correct.  That's not the only form in

12:37:45  14 which career damage can take however.

12:37:48  15     Q.   (BY MR. ALLEN)  And he -- can you identify any

12:37:52  16 career opportunity that he has lost because he left the

12:37:57  17 *Journal of Schenkerian Studies*?

12:37:58  18     A.   Well, it's very hard to identify opportunities

12:38:03  19 that were loss that, you know, never materialized in the

12:38:07  20 first place.  If such a thing happened, I'm not directly

12:38:09  21 aware of any such thing.

12:38:11  22     Q.   And that's what I was going to ask.  In your

12:38:11  23 direct experience, though, you don't know of any

12:38:13  24 opportunity that Mr. Walls has forgone because he no

12:38:17  25 longer works on the journal?

12:38:18   1        A.   I know of no such thing, but I can't preclude

12:38:21   2   its possibility.

12:38:27   3        Q.   Do you write letters of recommendation for

12:38:29   4   Mr. Walls?

12:38:30   5        A.   I expect to in the future.

12:38:31   6        Q.   Have you helped him apply to any fellowships or

12:38:35   7   grants?

12:38:35   8        A.   As -- as of yet, no.

12:38:37   9        Q.   Do you intend to write letters of

12:38:41  10   recommendation with any negative comments about his role

12:38:45  11   on the *Journal of Schenkerian Studies*?

12:38:48  12        A.   Certainly not.

12:38:49  13        Q.   So you don't intend to penalize him for his

12:38:53  14   role on the *Journal of Schenkerian Studies* as his

12:38:57  15   dissertation advisor, do you?

12:38:57  16             MS. QUIMBY:  Objection; form.

12:38:58  17        A.   I certainly do not.  That would be a

12:39:00  18   contradiction or dereliction of my -- my responsibilities

12:39:01  19   to him as his advisor.

12:39:03  20        Q.   (BY MR. ALLEN)  Just one more -- we were sort

12:39:16  21   of talking about this.  This is why I wanted to bring it

12:39:18  22   up actually.  But if you look down, I think it's here --

12:39:26  23   again, I'm just highlighting one sentence that -- sorry.

12:39:30  24   We'll try to get it in a form where it highlights it and

12:39:30  25   you can read it.

12:39:34  1          He says at the end of, it looks like, this

12:39:36  2  second paragraph on Bates page Jackson 235, "Furthermore,

12:39:41  3  after my warning that Dr. Jackson was woefully ignorant

12:39:45  4  about politically correct discourse and race relations,

12:39:50  5  he rebutted that Dr. Jackson did very well in the recent

12:39:53  6  diversity and inclusion workshops."  He's referring there

12:39:55  7  to your former division head Benjamin Brand.

12:39:59  8          But my question for you is:  Do you know what

12:40:05  9  Levi Walls is referring to when he refers to, quote,

12:40:09 10  politically correct discourse and race relations at the

12:40:13 11  University of North Texas?

12:40:14 12          MS. QUIMBY:  Objection; form.

12:40:16 13     Q.   (BY MR. ALLEN)  If you have an understanding of

12:40:18 14  that.  That's all I'm asking.

12:40:20 15     A.   I -- I -- I mean, beyond understanding the

12:40:24 16  denotation of this sentence, no, I have no understanding

12:40:28 17  of -- of this.

12:40:29 18     Q.   Do you know of any policy at the University of

12:40:32 19  North Texas that promotes, quote, politically correct

12:40:36 20  discourse?

12:40:38 21          MS. QUIMBY:  Objection; form.

12:40:38 22     A.   Policy?  I mean, I think that it's, you know,

12:40:40 23  an expectation that professors, you know, will welcome

12:40:49 24  and include diverse voices in their classrooms.

12:40:52 25     Q.   (BY MR. ALLEN)  Is Timothy Jackson's voice one

12:40:56  1  of those diverse voices?

12:40:58  2       A.   Everyone's voice is.

12:41:00  3       Q.   So your answer is yes?

12:41:01  4       A.   Yes.

12:41:13  5       Q.   Just one more.  This really will be the last

12:41:16  6  one.  Then we'll have you out I believe.  One sec.  This

12:41:36  7  will be very quick I promise, too.  We're at Exhibit 13.

12:41:48  8  Sorry, Professor Chung, we're going to end on an unlucky

12:41:51  9  number.

12:41:51  10      A.   I believe in so much thing.

12:41:53  11      Q.   Good.

12:42:04  12           MR. ALLEN:  I'm going to publish for the

12:42:06  13  record Exhibit 13, which is an email from Ellen Bakulina

12:42:10  14  dated July 29, 2020.  Again, I'm going to put this in the

12:42:19  15  group chat here.  That will take me just one second.

12:42:19  16           (Exhibit No. 13 marked.)

12:42:30  17      Q.   (BY MR. ALLEN)  I recognize that you're not on

12:42:32  18  this email.  The reason I ask you about it is Ellen

12:42:32  19  Bakulina writes this email to various individuals who are

12:42:39  20  your colleagues and also your department chair Benjamin

12:42:42  21  Brand or division head, I guess, they're called.

12:42:43  22           And she says, "I have reviewed those emails one

12:42:46  23  more time and" -- well, let's just read to the whole

12:42:49  24  thing into the record.

12:42:49  25      A.   Uh-huh.

12:42:49  1      Q.    "When we had our, quote, emergency meeting on

12:42:52  2  Sunday" -- and you recall us identify that emergency

12:42:56  3  meeting called by Benjamin Brand, right?

12:42:58  4      A.    Yes.

12:42:58  5      Q.    And this is in that time frame.  "I" -- meaning

12:43:03  6  Ellen Bakulina -- "said that my contribution to the,

12:43:05  7  quote, call for responses to Ewell, closed quote

12:43:08  8  formulation, was to suggest that the call should be

12:43:11  9  inclusive, that we must welcome different kinds of

12:43:13 10  perspectives.

12:43:14 11          "I have just reviewed those emails one more

12:43:17 12  time, and this is actually untrue.  The idea of

12:43:20 13  inclusivity was already there in Levi's original draft

12:43:22 14  and it was further mentioned by Andrew Chung.  So it

12:43:25 15  wasn't my suggestion at all."

12:43:27 16          Did I read that correctly?

12:43:28 17      A.    Correct.

12:43:28 18      Q.    So since this refers to you, my question for

12:43:33 19  you is:  Do you remember this conversation where

12:43:35 20  inclusivity was being discussed in relationship to the

12:43:39 21  call for proposals for Volume 12 of the *Journal of*

12:43:41 22  *Schenkerian Studies*?

12:43:43 23      A.    Yes.

12:43:43 24      Q.    And what was the nature of that discussion?

12:43:46 25      A.    The nature of that discussion was that, I

12:43:50  1   believe, Levi Walls circulated a draft for the call for

12:43:55  2   papers that solicited material for Volume 12 of the

12:44:01  3   *Journal of Schenkerian Studies*.  He circulated a draft of

12:44:04  4   the calls for papers to a number of -- a handful of

12:44:09  5   faculty members, including myself.  And this would have

12:44:13  6   been in the early months of 2020 before -- you know,

12:44:20  7   before we were shuttered in due to the pathogen.

12:44:26  8            And at that time, you know, I -- I said, you

12:44:30  9   know, I think because the *Journal of Schenkerian Studies*

12:44:34 10   is about a topic that was, you know, heavily mentioned

12:44:41 11   during Professor Ewell's address, it's an appropriate --

12:44:44 12   it's a good venue for a continuing discourse to take

12:44:49 13   place in -- in -- you know, in that correspondence to

12:44:54 14   which I'm referring.

12:44:56 15            Now I remember saying that, you know, I think

12:44:58 16   it's important to have a variety, a balance of different

12:45:05 17   kinds of reactions to Professor Ewell.  Not all responses

12:45:13 18   that simply give him a blanket endorsement, not all

12:45:19 19   responses that give a proper blanket condemnation of

12:45:24 20   Professor Ewell.

12:45:25 21       Q.   And that would -- is it fair to say that would

12:45:27 22   be your understanding of a healthy, scholarly discourse

12:45:31 23   then?

12:45:32 24       A.   In general, yes.

12:45:34 25       Q.   And what role did Mr. Walls play in that

12:45:38    1    discussion?

12:45:40    2        A.    My only understanding of Levi Walls' role in

12:45:47    3    that discussion was that I believe he wrote the email to

12:45:50    4    myself and two or three other faculty members asking

12:45:57    5    whether, you know, it would be a good idea to, you know,

12:46:00    6    do the call for papers and if we had any suggestions.

12:46:04    7        Q.    Uh-huh.  And -- and that eventual -- you

12:46:08    8    reviewed the *Journal of Schenkerian Studies* Volume 12

12:46:12    9    enough to know that there were viewpoints that were

12:46:16   10    diverse, correct?  Some were pro-Ewell, some were

12:46:20   11    anti-Ewell?

12:46:20   12        A.    Some were -- some were, indeed, pro-Ewell and

12:46:24   13    some were anti-Ewell.  I think the -- you know, the

12:46:26   14    sentiment was that the majority of pieces were anti or,

12:46:33   15    you know, expressed disapprobation towards Professor

12:46:34   16    Ewell and his remarks.

12:46:34   17        Q.    Do you have any direct knowledge of any

12:46:37   18    contributions that were in favor of Ewell's viewpoint

12:46:40   19    that were excluded from the journal?

12:46:42   20        A.    I am -- I am not aware of any submissions that

12:46:46   21    were turned away.

12:46:49   22        Q.    Okay.

12:46:51   23            MR. ALLEN:  I'm going to pass the witness,

12:46:53   24    Mary.

12:46:53   25            MS. QUIMBY:  I'll reserve my questions for

```
12:46:55    1    trial.  Thank you.

12:46:57    2                 THE VIDEOGRAPHER:  The time is 12:46 p.m.

12:47:00    3    We are off the record.

            4                 (Proceedings adjourned at 12:46 p.m.)

            5

            6

            7

            8

            9

           10

           11

           12

           13

           14

           15

           16

           17

           18

           19

           20

           21

           22

           23

           24

           25
```

ANDREW JAY CHUNG    10/15/2024

1              **CHANGES AND SIGNATURE**

2    WITNESS NAME: ANDREW JAY CHUNG

3    DATE OF DEPOSITION: October 15, 2024

4    PAGE      LINE        CHANGE              REASON

5    _____

6    _____

7    _____

8    _____

9    _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____

22   _____

23   _____

24   _____

25   _____

ANDREW JAY CHUNG    10/15/2024

1   _____

2   _____

3   _____

4   _____

5   _____

6      I, ANDREW JAY CHUNG, have read the foregoing
deposition and hereby affix my signature that same is
7   true and correct, except as noted above.

8

9

10     _____
    ANDREW JAY CHUNG

11

12   STATE OF _____)

13   COUNTY OF _____)

14      Before me, _____, on this day
personally appeared ANDREW JAY CHUNG, known to me (or
15   proved to me under oath or through
_____) (description of identity
16   card or other document)) to be the person whose name is
subscribed to the foregoing instrument and acknowledged
17   to me that they executed the same for the purposes and
consideration therein expressed.
18      Given under my hand and seal of office this
_____ day of _____, _____.
19

20

21     _____
    NOTARY PUBLIC IN AND FOR
22     THE STATE OF _____
    COMMISSION EXPIRES: _____
23

24

25

```
 1            IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF TEXAS
 2                    SHERMAN DIVISION

 3   TIMOTHY JACKSON,           X
                               X
 4          Plaintiff,         X
                               X
 5   VS.                       X CASE ACTION
                               X NO.: 4:21-cv-00033-ALM
 6   LAURA WRIGHT, ET AL.,     X
                               X
 7          Defendants.        X

 8   ------------------------------------------------------

 9                   REPORTER'S CERTIFICATION

10            DEPOSITION OF ANDREW JAY CHUNG

11                    October 15, 2024

12                  (Reported Remotely)

13   ------------------------------------------------------

14

15          I, Jennifer L. Sanders, Certified Shorthand

16   Reporter in and for the State of Texas, hereby certify to

17   the following:

18          That the witness, ANDREW JAY CHUNG, was duly

19   sworn by the officer and that the transcript of the oral

20   deposition is a true record of the testimony given by the

21   witness;

22          That the deposition transcript was submitted on

23   _____ to Ms. Mary Quimby, attorney for

24   ANDREW JAY CHUNG, for examination, signature and return

25   to me by _____;
```

1          That the amount of time used by each party at

2     the deposition is as follows:

3          MR. MICHAEL THAD ALLEN:  3 Hour(s), 10 Minute(s)

4

5          That pursuant to information given to the

6     Deposition officer at the time said testimony was taken,

7     the following includes counsel for all parties of record:

8     **FOR THE PLAINTIFF:**

9          MR. MICHAEL THAD ALLEN
           Allen Harris, PLLC
10         PO Box 404
           Quaker Hill, Connecticut 06375
11         Office:  860-499-3399
           Fax:  860-481-7899
12         Email:  mallen@allenharrislaw.com

13
      **FOR THE DEFENDANT:**
14
           MS. MARY QUIMBY
15         Assistant Attorney General
           General Litigation Division
16         P.O. Box 12548
           Austin, Texas 78711-2548
17         Office:  512-463-2100
           Email:  mary.quimby@oag.texas.gov
18

19          That $_____ is the deposition officer's

20     charges to Mr. Michael Thad Allen, Attorney for

21     Plaintiff, for preparing the original deposition

22     transcript and any copies of exhibits;

23          I further certify that I am neither counsel

24     for, related to, nor employed by any of the parties or

25     attorneys in the action in which this proceeding was

1  taken, and further that I am not financially or otherwise

2  interested in the outcome of the action.

3          Certified to by me this _____ day of

4  _____, _____.

5

6                         _____
                          JENNIFER L. SANDERS, CSR No. 5091
7                         Expiration Date:  10/31/26
                          JULIA WHALEY & ASSOCIATES
8                         2012 Vista Crest Drive
                          Carrollton, Texas 75007
9                         Firm Registration No. 436
                          214-668-5578 (Office)
10                        214-236-6666 (Fax)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**'**

**'23** [1] - 45:22
**'24** [1] - 45:22

**0**

**000304** [1] - 84:13
**000306** [1] - 91:14
**000307** [1] - 84:20
**01115** [1] - 100:20
**06375** [2] - 2:4, 151:10

**1**

**1** [5] - 4:3, 8:25, 9:5, 9:22, 13:20
**1/5/22** [1] - 4:17
**10** [9] - 4:17, 133:13, 133:16, 133:18, 133:25, 134:2, 134:3, 151:3
**10/31/26** [1] - 152:7
**100** [1] - 4:13
**1090** [1] - 100:18
**1090-1115)**............... .............. [1] - 4:13
**1092** [1] - 100:19
**1096** [2] - 100:23
**10:03** [2] - 48:4, 48:6
**10:13** [2] - 48:6, 48:7
**10:28** [1] - 76:3
**10:30** [1] - 76:2
**11** [9] - 4:4, 4:18, 50:13, 52:7, 134:6, 135:7, 135:9, 135:14, 135:18
**11/23/21** [1] - 4:14
**11/25/20** [1] - 4:15
**117** [1] - 4:16
**11:24** [2] - 99:16, 99:18
**11:32** [2] - 99:18, 99:19
**11th** [1] - 34:13
**12** [47] - 4:15, 4:20, 53:23, 54:4, 57:1, 57:18, 57:24, 59:17, 61:20, 62:2, 73:25, 74:23, 77:20, 78:5, 79:8, 80:3, 82:16, 82:21, 86:18, 87:3, 88:5, 88:8, 88:12, 89:9, 89:11, 90:13, 92:14, 94:21, 98:7, 98:16, 99:4, 101:10, 104:22, 105:16, 106:4, 106:7, 107:16, 117:22, 118:23, 120:3,

121:7, 121:17, 137:7, 137:9, 144:21, 145:2, 146:8
**12/11/19** [1] - 4:7
**12548** [3] - 2:10, 5:16, 151:16
**12:24** [2] - 136:14, 136:16
**12:30** [1] - 96:17
**12:32** [2] - 136:16, 136:17
**12:46** [1] - 1:20, 147:2, 147:4
**13** [4] - 4:21, 143:7, 143:13, 143:16
**133** [1] - 4:17
**135** [1] - 4:19
**137** [1] - 4:20
**138** [1] - 81:3
**143** [1] - 4:21
**148** [1] - 3:9
**15** [8] - 1:12, 1:19, 5:3, 6:2, 43:19, 43:23, 148:3, 150:11
**150** [1] - 3:10
**19** [1] - 32:5

**2**

**2** [11] - 3:2, 4:4, 11:16, 11:20, 11:23, 16:4, 17:21, 18:13, 25:9, 34:15, 38:15
**20** [1] - 5:19
**2000** [2] - 61:23, 136:5
**2012** [2] - 13:2, 152:8
**2016** [2] - 12:19, 12:22
**2019** [29] - 12:16, 13:5, 13:11, 13:19, 13:20, 13:22, 15:8, 19:7, 29:25, 30:8, 31:14, 32:13, 33:8, 35:14, 35:24, 36:15, 44:15, 48:13, 49:10, 50:13, 52:7, 53:5, 57:8, 57:13, 76:24, 89:20, 115:24, 116:20, 138:2
**2020** [40] - 11:2, 33:12, 49:10, 53:18, 54:3, 54:8, 54:24, 55:4, 55:11, 56:12, 56:14, 56:20, 57:8, 57:14, 57:22, 59:21, 61:23, 62:21, 63:11, 76:2, 81:8, 85:22, 90:24, 91:2, 97:12, 98:15, 103:24, 104:19, 114:23, 114:25, 115:4, 117:13,

117:14, 117:23, 130:24, 137:15, 140:8, 140:10, 143:14, 145:6
**2021** [5] - 26:10, 26:12, 32:15, 133:20, 135:15
**2022** [8] - 37:11, 39:18, 133:3, 133:25, 134:4, 135:18, 136:5, 136:9
**2023** [1] - 45:22
**2024** [13] - 1:12, 1:19, 5:3, 6:3, 11:24, 12:13, 15:18, 38:24, 39:22, 45:23, 117:10, 148:3, 150:11
**2025** [1] - 15:7
**208-233)**.................... .......... [1] - 4:16
**214-236-6666** [1] - 152:10
**214-598-5229** [1] - 2:22
**214-668-5578** [1] - 152:9
**23** [4] - 4:5, 100:19, 133:20, 135:15
**234-236)**.................... .......... [1] - 4:20
**235** [1] - 142:2
**24** [1] - 31:19
**25** [10] - 62:21, 63:11, 66:5, 73:7, 75:13, 76:2, 85:22, 91:15, 117:3, 117:23
**26** [1] - 97:12
**2645-2782)**.... [1] - 4:10
**2663** [1] - 81:13
**27** [2] - 136:25, 137:15
**29** [2] - 34:15, 143:14

**3**

**3** [12] - 4:5, 23:25, 24:2, 24:21, 26:19, 27:3, 27:5, 27:8, 32:3, 34:13, 128:20, 151:3
**30** [1] - 5:19
**300-303)**.................... ........ [1] - 4:9
**304-309)**........ [1] - 4:12
**305** [1] - 96:23
**324** [3] - 28:16, 29:17, 34:15
**329** [1] - 34:14

**4**

**4** [7] - 3:3, 4:6, 50:7, 50:9, 50:12, 50:14, 51:4
**404** [2] - 2:4, 151:10
**43** [1] - 34:14
**436** [1] - 152:9
**4:00** [1] - 97:10
**4:21-cv-00033-ALM** [3] - 1:5, 5:4, 150:5

**5**

**5** [13] - 3:4, 4:8, 62:17, 62:20, 63:3, 63:4, 63:6, 63:9, 66:6, 73:5, 84:21, 133:25, 134:4
**50** [1] - 4:7
**5091** [2] - 6:5, 152:6
**512-463-2100** [2] - 2:11, 151:17
**5521** [1] - 134:5
**5521-5522)**............... .............. [1] - 4:17
**5523** [1] - 135:16
**563-566)**.................... ....... [1] - 4:7

**6**

**6** [5] - 3:7, 4:10, 80:18, 80:19, 81:3
**63** [1] - 4:9

**7**

**7** [6] - 4:11, 84:8, 84:9, 84:10, 85:1, 99:15
**7/25/20** [1] - 4:9
**7/26/20** [1] - 4:12
**7/27/20** [1] - 4:20
**7/29/20**....... [1] - 4:21
**75007** [1] - 152:8
**76201** [1] - 2:16
**78711-2548** [3] - 2:10, 5:16, 151:16
**7:08** [1] - 63:12

**8**

**8** [3] - 4:13, 99:22, 100:1
**80** [1] - 4:10
**801** [1] - 2:16
**84** [1] - 4:12
**860-481-7899** [2] - 2:5, 151:11
**860-499-3399** [2] - 2:5,

151:11
**8:32** [1] - 65:14
**8:55** [1] - 66:5

**9**

**9** [7] - 4:3, 4:14, 117:20, 117:24, 118:21, 119:21, 126:24
**940-369-7026** [1] - 2:17
**940-565-2717** [1] - 2:17
**9:00** [1] - 66:5
**9:05** [1] - 1:19
**9:07** [1] - 6:3
**9:12** [1] - 85:22
**9:31** [2] - 24:15, 24:17
**9:33** [2] - 24:17, 24:18
**9:47** [2] - 75:13, 91:15

**A**

**a.m** [14] - 1:19, 6:3, 24:15, 24:17, 24:18, 48:4, 48:6, 48:7, 99:16, 99:18, 99:19
**abbreviation** [1] - 25:11
**abhorrency** [1] - 86:24
**abilities** [2] - 129:8, 129:9
**ability** [4] - 7:8, 70:6, 70:9, 125:5
**able** [6] - 12:5, 91:10, 102:10, 109:25, 110:6, 138:6
**above-styled** [1] - 1:18
**absolutely** [2] - 124:7, 124:15
**abstract** [2] - 79:3, 79:5
**absurd** [2] - 36:1, 36:20
**academic** [8] - 21:1, 37:14, 45:22, 78:13, 83:2, 86:23, 105:14, 136:4
**AcademicOUP.com** [1] - 25:8
**academics** [2] - 42:6, 42:7
**academy** [1] - 112:8
**acceptable** [1] - 79:15
**access** [4] - 25:24, 67:10, 112:21, 132:16
**accessing** [1] - 26:4

**accompanying** [2] - 28:2, 28:4
**according** [1] - 122:1
**account** [5] - 58:5, 125:19, 126:3, 127:8, 129:16
**accountable** [1] - 128:23
**accurate** [5] - 10:3, 12:2, 12:13, 55:14, 88:10
**accusations** [3] - 46:15, 46:17, 61:2
**accuse** [2] - 35:12, 101:20
**accused** [4] - 35:22, 36:17, 41:4, 60:25
**accusing** [2] - 36:4, 36:14
**accustomed** [2] - 112:4, 112:6
**acknowledged** [1] - 149:16
**Acoustics** [1] - 18:20
**acronym** [1] - 20:2
**action** [14] - 6:15, 12:7, 47:11, 49:8, 75:21, 119:16, 123:1, 125:10, 125:22, 129:6, 130:14, 130:16, 151:25, 152:2
**ACTION** [2] - 1:5, 150:5
**Actions** [3] - 4:13, 99:24, 108:13
**actions** [13] - 46:9, 46:11, 46:21, 46:22, 47:16, 104:24, 105:12, 105:22, 105:23, 117:1, 125:17, 129:18, 130:7
**actual** [1] - 22:7
**ad** [12] - 23:10, 81:6, 81:12, 104:16, 106:3, 106:5, 106:6, 107:3, 107:8, 117:20, 118:2, 126:24
**Ad** [2] - 4:14, 117:21
**Adam** [1] - 2:21
**adding** [1] - 33:9
**addition** [3] - 10:19, 63:18, 116:24
**additional** [5] - 9:17, 15:22, 15:24, 63:16, 84:23
**address** [16] - 27:17, 30:20, 31:7, 31:10,

31:11, 31:24, 32:6, 32:13, 35:1, 35:14, 35:24, 36:15, 53:5, 75:8, 89:19, 145:11
**ADDRESS** [1] - 5:13
**addressed** [1] - 91:17
**addresses** [2] - 25:6, 75:3
**addressing** [1] - 89:18
**adduced** [1] - 77:6
**adjourned** [1] - 147:4
**adjusted** [1] - 33:10
**administrative** [2] - 109:11, 132:18
**advice** [2] - 69:13, 70:10
**advisee** [3] - 70:23, 71:23, 136:23
**advising** [1] - 57:15
**advisor** [16] - 55:24, 56:2, 56:10, 56:18, 56:24, 66:10, 67:19, 67:21, 68:23, 69:17, 69:25, 70:12, 139:19, 141:15, 141:19
**advisors** [1] - 69:21
**advisory** [3] - 71:10, 71:12
**aesthetic** [2] - 107:13, 132:4
**Afa** [2] - 134:16, 134:18
**affect** [2] - 7:13, 69:24
**affected** [2] - 70:6, 70:9
**affiliated** [1] - 21:20
**affiliation** [1] - 19:1
**affix** [1] - 149:6
**afforded** [6] - 31:12, 120:16, 120:24, 121:3, 121:25, 122:10
**afraid** [1] - 67:7
**African** [3] - 102:21, 102:22, 102:25
**agency** [1] - 69:8
**ago** [1] - 37:12
**agree** [7] - 29:12, 33:15, 58:10, 66:2, 86:7, 106:19, 139:6
**agreed** [2] - 56:12, 60:21
**Agreement** [1] - 5:7
**Agreements**.............. ...........................[1] - 3:4
**ahead** [3] - 17:16, 20:14, 37:22, 60:3, 128:16

**AL** [2] - 1:6, 150:6
**al** [2] - 4:7, 4:9
**allege** [1] - 107:15
**alleged** [1] - 130:10
**allegedly** [1] - 46:23
**ALLEN** [241] - 2:3, 6:10, 6:14, 6:23, 9:6, 11:17, 16:13, 19:8, 20:18, 21:15, 23:4, 23:7, 23:20, 24:1, 24:9, 24:13, 24:20, 26:1, 26:7, 27:3, 27:6, 28:21, 29:3, 29:10, 31:2, 31:12, 32:2, 32:9, 32:12, 32:19, 32:24, 33:3, 33:20, 34:10, 34:24, 35:6, 35:19, 36:7, 36:11, 36:23, 37:21, 38:16, 38:20, 38:22, 39:6, 40:25, 41:10, 41:20, 42:2, 42:15, 42:22, 43:3, 43:22, 43:24, 46:8, 46:16, 47:2, 47:15, 47:20, 47:21, 48:2, 48:9, 48:17, 49:2, 50:6, 50:8, 50:11, 50:18, 50:22, 50:25, 51:4, 53:3, 53:15, 54:2, 54:8, 54:15, 54:21, 57:10, 58:1, 59:3, 59:14, 60:18, 61:6, 62:1, 62:16, 62:19, 62:25, 63:5, 65:24, 66:4, 67:11, 68:2, 68:10, 68:21, 69:15, 70:4, 70:14, 71:3, 71:4, 71:13, 71:21, 72:22, 73:12, 74:11, 74:16, 74:20, 75:2, 76:17, 77:11, 78:3, 78:19, 79:17, 80:1, 80:17, 80:20, 83:1, 83:16, 84:6, 84:10, 85:7, 86:4, 87:19, 88:4, 88:8, 88:17, 88:22, 89:2, 89:6, 89:17, 90:10, 90:22, 91:3, 91:10, 92:5, 92:18, 93:14, 94:5, 94:22, 95:5, 95:24, 96:4, 96:15, 96:19, 96:22, 98:2, 98:4, 98:11, 99:2, 99:14, 99:21, 100:2, 100:4, 100:6, 100:7, 101:5, 102:15, 103:18, 103:23, 104:4, 104:9, 105:13,

105:21, 106:15, 106:20, 107:7, 107:19, 108:6, 109:20, 109:25, 110:12, 110:20, 110:25, 111:7, 111:20, 111:25, 113:8, 113:12, 113:22, 114:10, 114:21, 115:2, 115:12, 115:20, 116:3, 116:8, 116:18, 117:12, 117:19, 117:25, 120:2, 121:12, 121:24, 122:5, 122:20, 122:25, 123:12, 123:15, 123:20, 124:6, 124:10, 124:15, 124:21, 125:7, 125:18, 126:3, 126:11, 126:14, 126:23, 127:4, 127:13, 128:1, 128:15, 129:11, 130:4, 130:19, 130:24, 131:12, 133:12, 133:15, 133:19, 133:24, 134:3, 135:10, 135:14, 136:12, 136:19, 137:8, 137:12, 137:14, 138:8, 138:23, 140:6, 140:15, 141:20, 142:13, 142:25, 143:12, 143:17, 146:23, 151:3, 151:9
**Allen** [4] - 2:3, 6:14, 151:9, 151:20
**Allen**........................
[1] - 3:7
**allow** [1] - 63:22
**allowing** [1] - 132:16
**American** [6] - 14:1, 101:25, 102:13, 102:21, 102:22, 102:25
**Americans** [1] - 101:25
**amount** [1] - 151:1
**AND** [4] - 1:10, 1:16, 148:1, 149:21
**Andrew** [6] - 7:6, 11:24, 52:1, 63:10, 75:4, 144:14
**ANDREW** [12] - 1:11, 1:16, 3:6, 5:2, 6:8,

148:2, 149:6, 149:10, 149:14, 150:10, 150:18, 150:24
**anecdotes** [1] - 112:1
**anecdotical** [1] - 112:7
**anecdotically** [2] - 111:24, 112:3
**announce** [2] - 78:13, 81:24
**announce@ societymusictherapy .org** [1] - 82:6
**announced** [1] - 54:3
**announcement** [1] - 80:2
**announces** [1] - 134:5
**announcing** [1] - 135:17
**annual** [2] - 31:13, 89:20
**anonymous** [9] - 16:14, 16:18, 17:6, 64:10, 86:12, 86:17, 86:22, 87:3, 89:12
**anonymously** [2] - 88:25, 89:10
**answer** [21] - 7:8, 7:18, 7:23, 8:3, 8:10, 8:17, 9:16, 46:13, 47:9, 47:17, 47:19, 55:20, 62:1, 70:18, 79:2, 93:24, 94:5, 96:5, 103:3, 138:7, 143:3
**answering** [1] - 43:7
**answers** [1] - 136:21
**Anthropological** [1] - 18:20
**anti** [15] - 4:13, 101:21, 101:23, 102:5, 103:7, 103:20, 104:2, 104:24, 105:4, 105:5, 105:22, 117:1, 146:11, 146:13, 146:14
**Anti** [1] - 99:24
**anti-Black** [6] - 101:21, 101:23, 102:5, 103:7, 103:20, 104:2
**anti-Ewell** [2] - 146:11, 146:13
**anti-racist** [6] - 4:13, 104:24, 105:4, 105:5, 105:22, 117:1
**Anti-Racist** [1] - 99:24
**Antiquarian** [1] - 14:1

**apologize** [1] - 135:11
**apology** [2] - 136:25, 137:1
**appalled** [1] - 123:25
**appeal** [1] - 110:17
**appear** [2] - 32:21, 107:14
**appearance** [1] - 106:14
**Appearances............ ..........................** [1] - 3:2
**appeared** [4] - 10:3, 124:3, 139:7, 149:14
**appearing** [2] - 29:8, 102:1
**application** [2] - 15:15, 115:3
**applied** [2] - 22:21, 34:20
**apply** [2] - 114:17, 141:6
**appointed** [1] - 14:12
**appointment** [4] - 13:16, 14:2, 14:22, 19:6
**approached** [1] - 52:9
**appropriate** [6] - 65:16, 86:25, 103:16, 103:18, 104:1, 145:11
**approval** [1] - 53:25
**area** [4] - 72:3, 72:7, 73:1, 111:8
**arguing** [1] - 77:7
**arise** [2] - 105:10, 105:12
**art** [2] - 102:21, 102:25
**Article** [1] - 4:5
**article** [25] - 16:10, 17:5, 17:6, 24:22, 26:11, 28:15, 29:17, 32:3, 32:4, 32:21, 33:7, 33:16, 34:8, 34:12, 34:20, 36:13, 39:3, 39:4, 39:5, 41:10, 41:21, 86:13, 88:24, 105:2, 105:3
**articles** [16] - 15:25, 17:10, 17:13, 17:15, 17:17, 22:23, 23:18, 28:10, 28:11, 29:4, 38:22, 40:22, 41:5, 41:17, 41:18, 104:22
**artistic** [1] - 134:19
**Aside** [1] - 33:9
**assertion** [2] - 120:23, 121:1
**assigned** [1] - 81:15
**Assistant** [3] - 2:9,

5:15, 151:15
**assistant** [9] - 14:22, 15:12, 15:13, 44:21, 52:4, 57:4, 67:13, 83:3, 139:2
**assistantship** [2] - 138:25, 139:2
**associated** [1] - 21:25
**ASSOCIATES** [1] - 152:7
**association** [4] - 19:3, 19:5, 20:16, 67:16
**assume** [8] - 8:7, 10:6, 22:20, 23:15, 72:2, 79:6, 94:9, 107:22
**assuming** [1] - 89:16
**assumption** [4] - 23:17, 41:14, 98:19, 117:16
**assumptions** [1] - 22:18
**attach** [1] - 135:15
**attached** [1] - 1:25
**attachment** [6] - 118:16, 118:18, 119:21, 133:20, 135:17
**attachments** [1] - 118:9
**attend** [5] - 14:10, 14:20, 29:25, 97:20, 97:22
**attended** [2] - 12:24, 133:4
**attention** [10] - 27:21, 29:16, 33:5, 35:21, 51:1, 65:19, 80:24, 85:12, 85:15, 91:13
**attest** [1] - 109:4
**attorney** [6] - 7:15, 7:22, 11:11, 12:6, 47:23, 150:23
**Attorney** [8] - 2:9, 5:11, 5:11, 5:12, 5:15, 6:17, 151:15, 151:20
**attorneys** [3] - 10:17, 81:17, 151:25
**attorneys'** [1] - 6:11
**audible** [2] - 8:17, 8:19
**audibly** [1] - 8:10
**audience** [1] - 93:20
**audio** [6] - 14:10, 14:14, 26:17, 32:5, 71:1, 130:20
**August** [1] - 15:16
**August/September** [1] - 13:19
**Austin** [3] - 2:10, 5:16,

151:16
**author** [3] - 17:2, 17:5, 17:6
**authorities** [2] - 69:12, 69:22
**authority** [2] - 60:14, 60:17
**authors** [7] - 18:4, 27:23, 27:24, 77:5, 83:8, 99:7, 107:2
**autumn** [1] - 37:11
**avoid** [4] - 27:25, 116:4, 116:9, 139:25
**aware** [20] - 23:21, 36:23, 37:2, 40:8, 46:2, 58:7, 78:3, 87:15, 89:17, 89:21, 103:23, 103:25, 105:20, 121:8, 127:3, 127:7, 127:12, 128:5, 140:21, 146:20
**ax** [1] - 35:17
**axis** [1] - 116:14

## B

**background** [2] - 11:19, 107:22
**backgrounds** [1] - 132:6
**baggage** [1] - 77:4
**Bakulina** [14] - 4:21, 63:11, 64:25, 66:16, 74:13, 74:16, 74:21, 86:5, 93:20, 136:2, 136:3, 143:13, 143:19, 144:6
**balance** [1] - 145:16
**ball** [1] - 9:11
**bare** [1] - 105:9
**barrier** [1] - 75:1
**based** [5] - 12:15, 22:23, 73:6, 83:2, 94:9
**basic** [3] - 6:25, 102:15, 102:18
**Bates** [8] - 81:16, 81:18, 84:13, 100:17, 100:23, 134:4, 135:16, 142:2
**bathroom** [1] - 43:8
**bear** [1] - 109:12
**became** [2] - 56:18, 58:7
**become** [3] - 56:10, 63:25, 66:8
**becoming** [1] - 56:23
**began** [4] - 50:3, 58:17, 67:1, 89:19

**begin** [2] - 24:8, 58:16
**beginning** [4] - 43:4, 63:24, 117:10, 138:23
**begins** [5] - 62:20, 63:8, 63:9, 84:11, 85:13
**behavior** [1] - 46:20
**behaviors** [5] - 46:13, 46:18, 47:16, 105:12, 129:15
**belong** [1] - 19:24
**below** [1] - 52:13
**benefited** [2] - 111:10, 111:15
**Benjamin** [14] - 63:10, 86:6, 91:13, 92:22, 92:23, 92:24, 96:24, 97:2, 97:3, 121:8, 121:12, 142:7, 143:20, 144:3
**bereft** [4] - 70:25, 71:6, 71:15, 71:19
**beset** [1] - 44:16
**best** [8] - 17:9, 17:11, 59:16, 64:2, 79:14, 114:9, 121:5, 136:6
**bet** [1] - 43:23
**between** [13] - 12:3, 15:8, 19:8, 23:1, 23:5, 23:10, 23:11, 47:5, 68:4, 68:8, 68:16, 68:22, 68:25
**beyond** [2] - 115:5, 142:15
**bibliographic** [1] - 33:9
**bigger** [1] - 38:19
**bigoted** [1] - 129:15
**BIPOC** [4] - 111:21, 112:9, 112:14, 113:17
**bit** [4] - 38:19, 58:19, 65:14, 76:23
**black** [1] - 112:10
**Black** [14] - 101:21, 101:23, 101:25, 102:5, 102:9, 102:13, 103:7, 103:20, 104:2, 106:11, 106:16, 107:5, 107:10
**blanket** [2] - 145:18, 145:19
**blind** [12] - 16:21, 16:25, 17:4, 17:10, 17:12, 22:22, 27:24, 28:10, 34:8, 36:13, 54:10, 54:14
**blog** [2] - 18:18, 18:22

**blown** [1] - 65:25
**blurb** [1] - 34:12
**board** [3] - 126:19, 128:5, 128:8
**body** [3] - 20:16, 80:18, 81:11
**book** [10] - 17:19, 18:4, 22:13, 22:23, 89:18, 89:22, 89:23, 90:5, 91:3, 91:11
**books** [1] - 18:3
**boss** [1] - 97:6
**bother** [1] - 129:5
**bottom** [7] - 18:13, 18:14, 25:8, 33:3, 34:12, 81:14, 85:12
**Boulevard** [1] - 2:16
**Box** [5] - 2:4, 2:10, 5:16, 151:10, 151:18
**Brand** [6] - 96:24, 97:2, 97:3, 142:7, 143:21, 144:3
**break** [8] - 43:5, 43:14, 43:19, 43:20, 47:24, 96:13, 98:14, 100:3
**brief** [1] - 17:25
**briefly** [1] - 38:2
**bring** [2] - 62:14, 141:21
**bringing** [1] - 65:18
**broken** [1] - 82:18
**brought** [4] - 51:1, 85:11, 85:14, 96:6
**bubbling** [1] - 85:15
**build** [1] - 8:13
**building** [1] - 7:16
**bullet** [1] - 27:22
**business** [2] - 52:4, 54:19
**BY** [200] - 6:23, 9:6, 11:17, 16:13, 19:8, 20:18, 21:15, 23:4, 23:7, 23:20, 24:1, 24:20, 26:1, 26:7, 27:3, 27:6, 28:21, 29:3, 29:10, 31:2, 31:12, 32:2, 32:12, 32:19, 32:24, 33:3, 33:20, 34:10, 34:24, 35:6, 35:19, 36:7, 36:11, 36:23, 37:21, 38:22, 39:6, 40:25, 41:10, 41:20, 42:2, 42:15, 42:22, 43:3, 43:24, 46:8, 46:16, 47:2, 47:15, 47:20, 48:9, 48:17, 49:2, 50:6, 51:4, 53:3, 53:15, 54:2, 54:8,

54:15, 54:21, 57:10, 58:1, 59:3, 59:14, 60:18, 61:6, 62:1, 63:5, 65:24, 66:4, 67:11, 68:2, 68:10, 68:21, 69:15, 70:4, 70:14, 71:4, 71:13, 71:21, 72:22, 73:12, 74:11, 74:16, 74:20, 75:2, 76:17, 77:11, 78:3, 78:19, 79:17, 80:1, 80:20, 83:1, 83:16, 84:10, 85:7, 86:4, 87:19, 88:4, 88:8, 88:17, 88:22, 89:2, 89:6, 89:17, 90:10, 90:22, 91:3, 91:10, 92:5, 92:18, 93:14, 94:5, 94:22, 95:5, 95:24, 96:4, 96:22, 98:4, 98:11, 99:2, 100:2, 100:7, 101:5, 102:15, 103:18, 103:23, 104:4, 104:9, 105:13, 105:21, 106:15, 106:20, 107:7, 107:19, 108:6, 109:20, 109:25, 110:12, 110:20, 110:25, 111:7, 111:20, 111:25, 113:8, 113:12, 113:22, 114:10, 114:21, 115:2, 115:12, 115:20, 116:3, 116:8, 116:18, 117:12, 117:25, 120:2, 121:12, 121:24, 122:5, 122:20, 122:25, 123:12, 123:15, 123:20, 124:6, 124:10, 124:15, 124:21, 125:7, 125:18, 126:3, 126:11, 126:23, 127:4, 127:13, 128:1, 128:15, 129:11, 130:4, 130:19, 130:24, 131:12, 133:19, 134:3, 135:14, 136:19, 137:8, 137:14, 138:8, 138:23, 140:6, 140:15, 141:20, 142:13, 142:25, 143:17
**bylaws** [1] - 56:4

# C

**California** [4] - 25:24, 72:23, 72:25, 73:1
**can..** [1] - 118:24
**cancel** [2] - 103:18, 103:22
**candidate** [1] - 56:8
**cannot** [6] - 54:25, 58:21, 59:6, 88:15, 101:8, 135:23
**capacity** [3] - 46:3, 69:22, 71:11
**caption** [1] - 63:12
**captioned** [6] - 9:21, 11:24, 50:12, 99:23, 117:20, 118:12
**card** [1] - 149:16
**care** [2] - 58:12, 67:2
**career** [15] - 11:18, 14:11, 14:21, 66:25, 67:22, 91:11, 109:21, 109:24, 138:13, 138:17, 138:20, 139:11, 140:14, 140:16
**careers** [2] - 111:22, 112:14
**carefully** [2] - 66:11, 69:20
**Cari** [1] - 50:15
**CARI** [1] - 2:14
**cari.jacoby@**
**untsystem.edu** [1] - 2:18
**Carrollton** [3] - 6:6, 13:15, 152:8
**carry** [1] - 77:4
**CASE** [2] - 1:5, 150:5
**case** [6] - 16:20, 43:11, 58:25, 77:6, 112:21, 123:25
**cases** [1] - 16:15
**caught** [1] - 32:8
**CAUSE** [1] - 5:4
**cautions** [1] - 70:11
**caveat** [1] - 67:9
**cc** [1] - 75:24
**ceased** [1] - 103:24
**certain** [4] - 16:19, 22:18, 23:19, 125:16
**certainly** [21] - 20:20, 76:5, 94:4, 94:21, 95:2, 95:22, 102:18, 106:14, 107:2, 107:6, 110:16, 112:20, 114:21, 115:6, 116:6, 117:12, 123:24, 125:15, 126:2,

141:12, 141:17
**Certificate**................
..............[1] - 3:10
**CERTIFICATION** [1] -
150:9
**Certified** [2] - 150:15, 152:3
**certify** [1] - 150:16, 151:23
**CFP** [1] - 81:24
**chain** [2] - 63:15, 65:2
**chair** [2] - 97:3, 143:20
**chairs** [1] - 109:11
**chance** [6] - 9:16, 10:1, 22:10, 22:15, 101:14, 101:18
**change** [2] - 25:22
**CHANGE** [1] - 148:4
**changed** [1] - 58:12
**Changes** [1] - 3:9
**CHANGES** [1] - 148:1
**changes** [1] - 113:6
**changing** [1] - 38:8
**chap** [1] - 17:16
**chapter** [1] - 17:19
**chapters** [1] - 18:4
**character** [1] - 106:3
**characterization** [1] -
114:9
**characterize** [5] -
63:19, 83:11, 84:14, 134:6, 135:18
**characterized** [2] -
76:7, 77:20
**charged** [1] - 118:4
**charges** [1] - 151:20
**chat** [7] - 38:17, 63:1, 84:8, 99:23, 133:16, 135:13, 143:15
**check** [1] - 41:11
**Chinese** [1] - 107:22
**choose** [1] - 69:20
**chooses** [1] - 116:15
**choosing** [1] - 131:4
**Chronicle** [4] - 78:4, 78:9, 78:10, 79:7
**chronology** [1] -
89:15
**CHUNG** [12] - 1:11, 1:17, 3:6, 5:2, 6:8, 148:2, 149:6, 149:10, 149:14, 150:10, 150:18, 150:24
**Chung** [38] - 6:10, 6:24, 7:6, 9:3, 10:10, 11:25, 24:2, 25:3, 38:25, 43:3, 44:2, 44:25, 48:9, 51:6,

52:1, 62:23, 63:6, 63:10, 80:21, 83:22, 84:19, 85:19, 86:15, 89:3, 95:8, 96:20, 98:13, 99:21, 103:3, 107:20, 113:23, 118:1, 124:11, 134:7, 135:22, 136:19, 143:8, 144:14
**circulate** [3] - 19:10, 23:18, 62:8
**circulated** [8] - 11:1, 60:11, 100:8, 117:11, 137:3, 137:18, 145:1, 145:3
**circulating** [1] - 35:7
**circumstances** [1] -
44:22
**citations** [1] - 33:9
**Civil** [2] - 1:23, 5:8
**civil** [3] - 6:15, 12:6, 81:19
**claims** [1] - 105:20
**clarification** [7] - 8:2, 8:7, 9:2, 9:7, 9:9, 14:17, 130:23
**clarify** [2] - 47:8, 125:25
**clarity** [2] - 79:3, 138:7
**classes** [2] - 20:23, 20:24
**classical** [1] - 107:13
**classroom** [1] -
132:18
**classrooms** [1] -
142:24
**clear** [11] - 7:19, 7:22, 8:4, 8:8, 8:13, 8:20, 10:16, 24:12, 41:15, 41:16, 63:3
**clearly** [4] - 35:8, 120:18, 128:17, 139:15
**close** [2] - 71:22, 71:25
**closed** [1] - 144:7
**cognition** [1] - 67:12
**cognizant** [1] - 70:11
**collaborative** [1] -
45:7
**colleague** [2] - 64:24, 114:11
**colleagues** [18] -
44:18, 48:21, 52:23, 60:7, 60:9, 60:19, 60:21, 65:19, 85:24, 86:5, 101:2, 112:7, 113:18, 113:23, 114:5, 131:3, 143:20

**collected** [2] - 78:1, 121:23
**collection** [1] - 23:17
**collections** [1] - 18:3
**College** [2] - 30:20, 134:5
**colloquial** [1] - 97:7
**colloquium** [1] - 53:21
**colloquy** [6] - 28:22, 29:9, 29:13, 48:25, 53:13, 53:21
**Colonial** [1] - 18:19
**color** [11] - 107:20, 109:3, 112:3, 112:5, 112:9, 112:10, 112:17, 112:19, 114:4, 114:14, 115:1
**coming** [3] - 47:3, 47:10, 140:4
**comment** [3] - 52:10, 52:24, 118:7
**commentary** [6] -
23:2, 23:6, 23:10, 23:14, 57:23, 90:8
**commentators** [1] -
63:16
**comments** [5] - 58:18, 76:19, 99:3, 120:7, 141:10
**COMMISSION** [1] -
149:22
**committed** [2] - 47:12, 130:13
**Committee** [1] - 4:10
**committee** [1] - 81:7
**committees** [4] - 45:6, 45:12, 45:14, 45:21
**common** [3] - 85:2, 85:23, 112:7
**community** [1] - 101:6
**compete** [2] - 102:11, 107:11
**compiled** [2] - 12:10, 98:17
**complete** [1] - 33:11
**completing** [3] -
12:18, 13:6, 13:7
**complexities** [1] -
86:13
**complication** [1] -
24:21
**Complication** [1] - 4:5
**composers** [1] - 109:9
**comprising** [1] - 93:20
**compromised** [1] -
115:2
**computer** [1] - 82:3
**conceal** [1] - 9:11
**Conception** [2] - 4:15, 117:21

**concern** [1] - 60:22
**concerning** [6] - 4:5,
24:22, 26:22, 27:1,
46:19, 119:7
**concerns** [2] - 64:9,
86:12
**concert** [1] - 22:24
**condemn** [3] - 40:21,
88:7, 125:2
**condemnation** [2] -
119:6, 145:19
**condemned** [1] - 88:5
**condemning** [3] -
35:7, 89:7, 119:1
**condition** [1] - 7:13
**conditions** [4] - 35:1,
35:13, 35:23, 44:19
**conduct** [2] - 52:3,
79:15
**conducting** [1] - 14:25
**conference** [18] -
20:16, 22:24, 30:1,
30:10, 30:11, 31:13,
31:18, 31:19, 31:20,
32:14, 39:16, 40:4,
41:19, 42:1, 42:12,
42:13, 53:6, 89:20
**confidence** [1] - 99:6
**confining** [1] - 28:3
**confirm** [7] - 34:19,
95:3, 95:6, 112:22,
130:12, 137:20,
137:22
**confirmed** [1] - 98:21
**confirming** [1] - 28:1
**confused** [2] - 67:2,
135:12
**conjecture** [1] - 115:5
**conjectures** [1] -
104:14
**Connecticut** [2] - 2:4,
151:10
**consider** [6] - 20:18,
77:11, 78:12, 99:9,
107:20, 125:1
**consideration** [2] -
83:15, 149:17
**considered** [4] -
69:12, 86:8, 95:23
**considering** [1] -
49:19
**consistent** [1] - 23:23
**Consonance** [1] -
17:20
**constituency** [1] -
83:7
**constituted** [2] -
102:4, 128:6
**contacted** [6] - 53:19,
74:7, 74:9, 74:12,

121:6, 121:8
**contacting** [1] - 74:22
**content** [7] - 59:17,
59:20, 61:16, 62:2,
107:8, 124:8, 124:16
**contention** [1] - 66:3
**contents** [8] - 26:10,
28:14, 29:18, 105:1,
106:8, 107:6,
118:23, 137:23
**context** [3] - 79:9,
103:22, 139:15
**contextualizing** [1] -
79:1
**continue** [2] - 43:16,
64:16
**continues** [1] - 84:12
**continuing** [2] - 14:22,
145:12
**contradiction** [1] -
141:18
**contrary** [1] - 78:15
**contribute** [3] - 49:17,
121:17, 121:22
**contributed** [1] -
49:14
**contribution** [4] -
64:10, 103:10,
105:16, 144:6
**contributions** [3] -
37:16, 37:18, 146:18
**control** [1] - 137:24
**controversial** [1] -
102:20
**controversy** [10] -
45:4, 56:13, 56:19,
57:18, 65:20, 65:23,
65:25, 67:16, 85:11,
85:15
**convened** [2] - 81:7,
118:2
**conversation** [4] -
64:17, 85:9, 135:3,
144:19
**conversations** [6] -
8:12, 35:4, 84:3,
126:18, 131:18,
132:19
**copies** [1] - 151:22
**copy** [6] - 5:23, 91:21,
92:10, 93:22, 94:15,
100:18
**copyediting** [1] - 98:6
**copyright** [1] - 34:16
**core** [1] - 110:18
**corner** [2] - 25:1,
44:11
**correct** [125] - 8:18,
12:1, 12:17, 12:20,
13:1, 13:3, 15:13,

16:3, 16:5, 17:7,
17:8, 17:22, 18:22,
20:7, 20:10, 21:6,
25:10, 25:16, 27:6,
28:11, 28:21, 29:14,
29:15, 29:19, 29:22,
29:24, 30:4, 30:5,
36:20, 36:21, 40:19,
41:3, 42:14, 43:1,
47:14, 49:11, 50:8,
51:13, 52:1, 52:2,
52:6, 52:15, 55:15,
55:18, 55:21, 58:2,
58:9, 63:13, 64:1,
64:12, 64:15, 65:17,
66:18, 67:5, 72:4,
73:19, 73:22, 75:14,
76:12, 76:22, 77:18,
84:15, 85:17, 85:20,
86:16, 87:9, 88:13,
89:16, 89:25, 91:7,
91:22, 91:23, 93:2,
93:4, 93:6, 93:23,
97:11, 97:13, 99:4,
100:11, 100:13,
100:16, 100:21,
100:24, 100:25,
101:11, 101:12,
101:16, 101:19,
101:22, 107:23,
111:13, 112:10,
112:11, 112:16,
115:25, 116:14,
116:21, 116:22,
118:15, 119:3,
119:12, 119:19,
119:22, 120:6,
120:10, 120:20,
121:4, 123:14,
125:21, 127:19,
127:21, 129:22,
135:19, 138:2,
139:1, 139:4,
139:13, 140:13,
142:4, 142:10,
142:19, 144:17,
146:10, 149:7
**correctly** [18] - 28:6,
52:14, 63:20, 64:11,
73:18, 75:10, 76:11,
76:21, 77:17, 84:14,
86:15, 111:12,
112:15, 116:7,
120:19, 134:6,
135:18, 144:16
**correspond** [1] -
71:25
**correspondence** [3] -
10:21, 86:3, 145:13
**Counsel** [1] - 2:15

**counsel** [7] - 6:20,
50:20, 59:4, 59:13,
59:15, 151:7, 151:23
**count** [1] - 16:2
**counts** [1] - 121:19
**COUNTY** [1] - 149:13
**courage** [3] - 116:13,
116:21
**courageous** [1] -
116:9
**course** [5] - 8:11,
11:18, 70:2, 70:10,
78:19
**COURT** [2] - 1:1,
150:1
**Court** [6] - 5:7, 6:12,
50:8, 62:16, 126:15,
133:12
**court** [3] - 7:17, 8:14,
32:10
**cover** [2] - 28:2, 28:4
**COVID** [2] - 44:16,
44:19
**Cowley** [2] - 118:4,
126:5
**Crest** [1] - 152:8
**critical** [1] - 105:19
**criticize** [3] - 31:7,
88:8, 106:11
**criticized** [2] - 88:12,
106:17
**criticizing** [1] - 89:8
**critics** [7] - 78:14,
78:25, 79:11, 79:16,
90:4, 116:10, 116:16
**critique** [2] - 31:23,
76:25
**Cross** [2] - 94:18,
113:9
**Cross-talk** [2] - 94:18,
113:9
**CSR** [3] - 1:20, 6:5,
152:6
**Cubero** [2] - 63:11,
86:6
**culture** [2] - 102:22,
102:25
**cultures** [5] - 102:1,
107:5, 108:23,
110:24, 132:4
**cumbersome** [1] -
11:21
**current** [4] - 12:2,
12:5, 22:5, 75:6
**curricula** [1] - 109:9
**curricular** [1] - 113:6
**Curriculum** [1] - 4:4
**Custodial** [1] - 5:12
**customary** [1] - 33:2
**cut** [10] - 14:10, 14:14,

26:17, 32:5, 32:8,
56:15, 61:13, 71:1,
71:2, 130:20
**CV** [17] - 12:2, 12:3,
12:6, 12:10, 12:12,
12:15, 15:21, 15:23,
16:4, 17:19, 18:11,
22:11, 38:14, 38:25,
39:10, 39:12, 39:13

**D**

**Dallas** [3] - 72:7,
72:12, 72:19
**damage** [4] - 138:12,
138:17, 139:10,
140:14
**Date** [1] - 152:7
**DATE** [2] - 5:3, 148:3
**date** [2] - 6:2, 53:14
**dated** [14] - 4:7, 4:9,
4:11, 4:15, 4:17,
4:18, 4:20, 4:21,
50:13, 117:23,
133:20, 133:25,
134:4, 143:14
**DAYS** [1] - 5:18
**days** [3] - 5:19, 5:19,
30:9
**dealings** [2] - 91:2,
139:24
**Dear** [1] - 86:7
**debatable** [2] - 122:9,
127:23
**December** [2] - 50:13,
52:7
**decisions** [1] - 137:25
**declaration** [2] -
26:20, 26:24
**declare** [2] - 79:19,
125:16
**decline** [2] - 78:18,
79:15
**deeply** [1] - 40:7
**DEFENDANT** [1] -
151:13
**defendant** [1] - 41:1
**Defendants** [2] - 1:7,
150:7
**defendants** [1] - 6:18
**DEFENDANTS** [1] -
2:7
**defer** [3] - 113:18,
114:4, 130:2
**deferred** [2] - 113:23,
114:11
**deferring** [1] - 112:6
**define** [2] - 108:17,
109:6
**defined** [1] - 120:18

definitely [1] - 76:6
definition [2] - 90:21, 90:23
definitions [1] - 108:10
degree [1] - 12:25
dehumanized [1] - 106:25
dehumanizing [2] - 107:6, 107:8
delay [1] - 63:5
delivered [1] - 42:13
demeanor [1] - 45:25
denied [1] - 101:18
denotation [4] - 105:9, 122:12, 132:15, 142:16
dent [1] - 86:24
Denton [7] - 2:16, 72:3, 73:1, 78:4, 78:9, 78:10, 79:7
deny [1] - 112:22
denying [1] - 101:14
department [8] - 44:9, 48:22, 55:6, 60:6, 60:7, 109:9, 109:13, 143:20
departments [1] - 20:22
deposed [1] - 7:1
Deposition [1] - 9:21
deposition [13] - 6:5, 9:12, 10:5, 10:10, 10:12, 11:11, 149:6, 150:20, 150:22, 151:2, 151:6, 151:19, 151:21
DEPOSITION [5] - 1:10, 1:16, 5:2, 148:3, 150:10
Deposition...............
[1] - 4:3
depositions [1] - 7:1
deputy [1] - 6:20
dereliction [1] - 141:18
describe [11] - 17:25, 18:7, 19:16, 21:7, 38:3, 45:24, 49:12, 71:23, 112:23, 113:1, 132:10
described [5] - 40:4, 45:13, 49:16, 82:4, 132:21
describing [1] - 114:3
description [1] - 149:15
DESCRIPTION [1] - 4:2
designation [1] -

134:1
despite [2] - 44:25, 89:6
detail [1] - 104:25
determine [1] - 41:12
develop [1] - 65:24
developed [1] - 66:3
developing [2] - 65:20, 65:22
Diego [2] - 63:10, 86:6
difference [2] - 23:5, 68:22
Difference [1] - 18:20
different [7] - 17:18, 98:19, 121:22, 131:12, 132:17, 144:9, 145:16
differential [12] - 68:4, 68:7, 68:8, 68:15, 68:20, 68:24, 68:25, 69:3, 69:7, 69:24, 70:2, 70:5
differently [1] - 134:15
difficult [1] - 44:20
difficulty [1] - 112:18
dignity [2] - 107:13, 132:3
direct [15] - 27:20, 45:24, 46:9, 46:19, 46:21, 47:1, 47:3, 47:5, 69:15, 97:6, 98:5, 98:16, 106:23, 140:23, 146:17
direction [2] - 55:17, 128:24
directly [6] - 27:25, 52:10, 53:19, 63:12, 75:4, 140:20
director [2] - 56:3, 134:20
disadvantaging [2] - 111:11, 111:16
disapprobation [3] - 58:20, 118:22, 146:15
disapproval [2] - 53:25, 62:8
disbelieved [1] - 113:3
discipline [8] - 105:24, 108:14, 108:15, 108:21, 110:13, 110:14, 114:4, 129:16
discourse [10] - 58:21, 61:5, 61:11, 62:5, 102:1, 142:4, 142:10, 142:20, 145:12, 145:22
discovery [3] - 58:24,

59:5, 81:19
discuss [1] - 55:10
discussed [9] - 10:17, 56:22, 57:6, 57:12, 74:17, 124:21, 131:3, 137:23, 144:20
discussing [3] - 11:10, 24:23, 85:23
discussion [7] - 63:17, 115:4, 130:20, 144:24, 144:25, 146:1, 146:3
discussions [2] - 124:25, 131:13
disparaging [4] - 101:24, 102:11, 107:4, 120:7
disseminating [1] - 49:25
dissertation [24] - 45:12, 55:16, 55:24, 56:2, 56:3, 56:10, 56:18, 56:24, 66:10, 67:19, 67:21, 68:22, 69:17, 69:25, 70:7, 70:12, 70:22, 71:10, 71:11, 72:24, 139:19, 141:15
dissertations [1] - 45:18
dissolution [1] - 127:25
dissolve [1] - 127:14
dissolved [3] - 128:3, 128:11, 128:18
Dissonance [1] - 17:20
distinct [1] - 85:1
distinction [4] - 23:1, 23:8, 23:11, 47:5
distinguished [1] - 52:12
DISTRICT [4] - 1:1, 1:1, 150:1, 150:1
diverge [1] - 84:24
diverges [1] - 84:18
diverse [4] - 132:23, 142:24, 143:1, 146:10
diversity [6] - 131:21, 131:25, 132:14, 132:22, 133:3, 142:6
divinity [1] - 79:3
Division [4] - 2:9, 5:15, 13:22, 151:15
division [5] - 55:23, 92:24, 97:4, 142:7, 143:21
DIVISION [2] - 1:2,

150:2
doctoral [2] - 45:6, 45:16
document [20] - 9:1, 9:14, 9:17, 9:18, 9:20, 10:1, 10:15, 11:1, 24:3, 81:3, 84:11, 95:9, 95:10, 99:22, 100:14, 117:20, 118:7, 119:10, 129:22, 149:16
documents [7] - 11:7, 81:11, 81:14, 81:17, 81:18, 95:5, 131:17
done [6] - 10:9, 17:17, 23:7, 45:3, 96:17, 98:2
doors [1] - 44:10
double [9] - 16:21, 16:24, 17:4, 17:10, 17:12, 22:22, 36:13, 54:10, 54:14
down [11] - 8:14, 9:25, 25:8, 28:12, 44:10, 62:13, 63:9, 80:15, 128:15, 133:11, 141:22
Dr [3] - 129:19, 142:3, 142:5
draft [3] - 144:13, 145:1, 145:3
drafted [1] - 38:24
drawing [1] - 33:5
Drive [1] - 152:8
drop [3] - 38:17, 62:25, 63:1
due [2] - 44:18, 145:7
duke [1] - 22:3
duly [3] - 1:18, 6:9, 150:18
during [7] - 16:14, 31:15, 45:22, 45:25, 56:12, 56:15, 145:11
dwell [1] - 80:23
Dworkin [2] - 134:16, 134:18
dynamics [1] - 71:9

## E

early [9] - 30:6, 30:8, 37:10, 38:7, 38:9, 49:10, 63:11, 64:7, 145:6
easier [1] - 38:18
EASTERN [2] - 1:1, 150:1
easy [1] - 17:2
edit [1] - 57:7

edited [2] - 18:3, 98:17
editing [2] - 98:6, 98:18
editor [15] - 17:24, 18:2, 22:5, 22:23, 37:8, 37:15, 41:1, 41:14, 57:4, 67:13, 67:14, 93:11, 139:2
editorial [19] - 41:11, 48:18, 48:21, 57:13, 60:14, 60:17, 65:8, 74:9, 93:15, 98:5, 98:9, 99:6, 99:10, 125:19, 126:4, 126:19, 127:9, 128:5, 138:6
editors [5] - 18:5, 77:25, 79:25, 83:5
edits [1] - 22:4
educational [1] - 132:24
effect [1] - 102:9
effort [1] - 129:11
efforts [1] - 18:7
electronic [1] - 34:16
electronically [1] - 51:12
elevated [1] - 102:10
Ellen [10] - 4:21, 63:11, 64:25, 66:16, 74:13, 86:5, 93:20, 143:13, 143:18, 144:6
email [58] - 4:7, 4:9, 4:12, 50:12, 50:13, 51:10, 51:24, 52:3, 52:7, 52:16, 54:16, 60:6, 60:19, 62:20, 62:21, 63:10, 63:18, 63:23, 64:2, 64:4, 64:17, 65:1, 65:4, 65:13, 66:4, 66:6, 66:10, 66:17, 66:19, 68:3, 68:11, 68:16, 68:18, 73:6, 75:3, 75:6, 75:7, 75:8, 75:12, 75:13, 75:15, 75:17, 75:23, 76:1, 82:3, 84:11, 84:19, 85:1, 85:14, 85:21, 91:20, 133:25, 134:4, 135:15, 143:13, 143:18, 143:19, 146:3
Email [13] - 2:6, 2:11, 2:18, 2:18, 2:22, 4:6, 4:8, 4:11, 4:17, 4:18, 4:21, 151:12, 151:17
emailed [1] - 85:10

**emails** [15] - 48:24, 63:8, 66:22, 71:5, 71:13, 80:7, 80:18, 81:11, 85:1, 85:3, 85:24, 117:3, 133:19, 143:22, 144:11
**emergency** [7] - 97:9, 97:14, 97:16, 97:20, 97:24, 144:1, 144:2
**emphasis** [1] - 109:8
**empirical** [6] - 95:18, 95:25, 96:5, 96:6, 96:7, 96:11
**empirically** [1] - 95:14
**employed** [2] - 44:9, 151:24
**encompassed** [1] - 132:23
**end** [17] - 11:2, 19:3, 34:13, 38:10, 51:12, 63:8, 63:23, 71:2, 102:12, 117:6, 118:8, 135:3, 136:4, 138:11, 140:7, 142:1, 143:8
**ended** [1] - 19:5
**ending** [1] - 100:20
**endorse** [14] - 119:15, 123:1, 123:16, 123:20, 123:24, 125:5, 125:10, 125:15, 126:2, 129:8, 129:9, 131:4, 131:5, 131:8
**endorsed** [5] - 124:6, 125:2, 125:22, 129:6, 130:14
**endorsement** [3] - 131:10, 131:11, 145:18
**endorsing** [5] - 119:23, 125:14, 130:7, 131:15
**engage** [1] - 21:1
**engaged** [3] - 46:10, 46:23, 130:6
**engages** [1] - 90:3
**engraved** [2] - 122:16, 122:19
**entering** [1] - 115:18
**equal** [1] - 132:16
**equally** [2] - 132:5, 132:7
**equity** [1] - 131:21
**equivalent** [2] - 39:16, 56:5
**Eric** [4] - 51:15, 51:19, 51:20, 52:13
**erupt** [1] - 50:3

**erupted** [2] - 56:13, 56:19
**especially** [2] - 66:25, 68:11
**essay** [2] - 98:23, 99:3
**essays** [5] - 45:20, 78:14, 79:11, 83:14, 101:21
**established** [2] - 83:17, 127:17
**ET** [2] - 1:6, 150:6
**et** [2] - 4:7, 4:9
**etcetera** [1] - 98:6
**ethnic** [1] - 132:5
**Ethnomusicology** [1] - 13:23
**ethnomusicology** [2] - 92:25, 97:5
**Europe** [1] - 38:9
**European** [7] - 35:17, 36:5, 108:23, 109:9, 110:19, 110:20, 110:23
**evening** [4] - 63:12, 65:14, 85:25, 86:3
**event** [1] - 86:2
**eventual** [2] - 136:23, 146:7
**eventually** [3] - 19:11, 53:21, 63:16
**evidence** [9] - 95:18, 95:25, 96:5, 96:6, 96:7, 96:11, 105:23, 108:13, 109:13
**Ewell** [68] - 26:13, 28:15, 30:20, 32:13, 33:12, 35:7, 35:12, 35:22, 36:4, 36:12, 36:15, 40:8, 50:13, 53:18, 64:9, 73:7, 73:11, 73:16, 73:21, 73:24, 74:6, 74:8, 74:12, 74:22, 76:9, 77:15, 77:25, 78:3, 79:7, 80:4, 82:20, 83:25, 86:11, 89:18, 90:11, 90:16, 91:2, 91:21, 91:25, 92:3, 92:9, 92:10, 92:13, 93:22, 94:1, 94:15, 94:16, 94:23, 95:6, 95:19, 96:8, 101:14, 106:5, 106:9, 106:15, 106:25, 116:19, 120:22, 121:9, 121:16, 144:7, 145:17, 145:20, 146:10, 146:11, 146:12, 146:13, 146:16

**Ewell's** [12] - 29:17, 31:7, 31:24, 34:25, 42:16, 52:10, 52:24, 76:19, 76:24, 115:23, 145:11, 146:18
**exact** [1] - 80:10
**exactly** [3] - 30:18, 67:2, 80:15
**exam** [1] - 45:14
**EXAMINATION** [1] - 6:22
**Examination** [1] - 3:7
**examination** [2] - 45:6, 150:24
**examinations** [1] - 45:19
**examined** [2] - 11:7, 117:4
**examining** [1] - 45:21
**example** [3] - 14:16, 113:19, 114:11
**exams** [4] - 45:6, 45:17, 45:25
**except** [2] - 81:10, 149:7
**excepting** [1] - 45:3
**exceptional** [1] - 116:21
**exceptions** [1] - 7:21
**exchange** [1] - 86:3
**exchanged** [1] - 71:14
**exchanging** [1] - 85:23
**exclude** [6] - 73:7, 73:11, 73:24, 94:23, 95:6, 96:8
**excluded** [3] - 90:20, 126:5, 146:19
**excuse** [8] - 11:5, 28:3, 69:5, 74:11, 78:10, 84:18, 109:1, 115:24
**executed** [1] - 149:17
**exercising** [1] - 69:7
**exhibit** [12] - 9:8, 24:20, 26:19, 51:6, 52:19, 80:15, 84:7, 84:25, 85:2, 85:13, 135:6
**Exhibit** [60] - 3:3, 8:25, 9:5, 9:22, 11:16, 11:20, 11:23, 16:4, 17:21, 23:25, 24:2, 24:21, 27:3, 27:5, 27:8, 32:3, 34:13, 38:15, 50:7, 50:12, 50:14, 51:4, 62:17, 62:20, 63:3, 63:4, 63:6, 63:9,

66:6, 73:5, 80:18, 80:19, 81:3, 84:8, 84:9, 84:10, 84:21, 85:1, 99:15, 99:22, 100:1, 117:20, 117:24, 118:21, 119:21, 126:24, 133:13, 133:16, 133:18, 133:25, 134:2, 134:3, 135:7, 135:9, 135:14, 137:7, 137:9, 143:7, 143:13, 143:16
**exhibits** [5] - 8:23, 19:9, 44:1, 118:8, 151:22
**exist** [4] - 32:24, 35:11, 95:11, 95:13
**existed** [2] - 35:11, 95:3
**existence** [3] - 89:21, 104:18, 104:20
**exists** [4] - 51:20, 68:25, 69:3, 128:8
**expect** [9] - 15:5, 15:7, 33:24, 34:6, 79:17, 80:21, 81:9, 109:4, 141:5
**expectation** [4] - 17:11, 29:3, 82:24, 142:23
**expected** [3] - 103:15, 114:14, 114:15
**experience** [11] - 37:14, 45:24, 57:12, 69:4, 69:6, 69:16, 83:3, 112:2, 112:7, 140:23
**experienced** [6] - 108:2, 108:7, 109:5, 110:10, 110:12, 112:18
**expert** [1] - 102:19
**Expiration** [1] - 152:7
**EXPIRES** [1] - 149:22
**explain** [6] - 10:9, 44:6, 48:11, 108:6, 131:24, 139:7
**explained** [1] - 38:7
**explicit** [1] - 110:16
**explicitly** [2] - 29:11, 29:13
**express** [4] - 54:9, 104:5, 125:8, 125:15
**expressed** [4] - 49:18, 58:19, 146:15, 149:17
**expresses** [1] - 110:23
**expressing** [5] - 53:12, 68:3, 68:11,

68:19, 83:24
**expression** [3] - 110:21, 111:6, 118:22
**expressions** [1] - 62:8
**extend** [1] - 129:15
**extensively** [1] - 83:4
**extent** [2] - 81:10, 98:20
**external** [3] - 16:11, 57:15, 57:16
**extorting** [2] - 46:3, 46:6
**extremely** [1] - 139:9

## F

**Facebook** [8] - 4:20, 65:1, 65:6, 65:7, 65:11, 136:25, 137:10, 137:14
**fact** [11] - 24:25, 28:22, 29:5, 36:3, 97:16, 120:16, 120:23, 121:1, 121:3, 131:9, 134:4
**factual** [4] - 105:15, 122:21, 124:10, 124:13
**faculty** [32] - 10:13, 10:19, 44:7, 44:13, 48:13, 62:22, 63:19, 93:1, 93:3, 93:5, 109:11, 116:24, 120:1, 120:16, 123:12, 129:15, 129:17, 129:24, 130:14, 130:20, 131:1, 131:2, 131:14, 132:6, 133:2, 134:12, 135:17, 135:22, 136:3, 145:5, 146:4
**Faculty** [2] - 118:12, 118:20
**failed** [1] - 129:1
**failures** [1] - 125:20
**fair** [6] - 65:18, 70:14, 85:4, 93:1, 97:6, 145:21
**fall** [5] - 13:22, 26:10, 26:12, 56:12, 81:8
**falls** [1] - 30:11
**falsehood** [1] - 129:23
**familiar** [3] - 19:12, 40:7, 134:22
**family** [1] - 67:1
**famous** [1] - 47:22
**far** [3] - 23:15, 54:19, 106:10

favor [1] - 146:18
**Fax** [4] - 2:5, 2:17, 151:11, 152:10
**fear** [1] - 68:3
**feared** [3] - 138:11, 139:10, 139:21
**Federal** [1] - 1:23
**feed** [3] - 58:8, 58:24, 59:4
**fell** [1] - 30:10
**fellow** [2] - 14:10, 131:14
**fellowship** [2] - 13:25, 14:19
**fellowships** [1] - 141:6
**few** [4] - 6:25, 7:21, 11:17, 136:20
**field** [20] - 16:12, 17:2, 20:12, 20:17, 21:1, 21:4, 21:8, 23:21, 34:6, 42:5, 42:8, 49:21, 77:1, 79:23, 83:7, 88:3, 102:20, 103:17, 110:6
**figured** [1] - 22:11
**figuring** [1] - 30:17
**files** [1] - 19:10
**final** [4] - 124:20, 135:6, 139:6
**finally** [1] - 75:23
**financially** [1] - 152:1
**fine** [6] - 44:3, 50:22, 50:25, 117:17, 126:13, 135:2
**finish** [1] - 96:15
**finished** [2] - 13:13, 66:12
**Firm** [1] - 152:9
**first** [24] - 6:9, 8:24, 13:5, 24:2, 24:6, 24:24, 26:18, 27:8, 27:9, 27:11, 27:12, 27:18, 30:13, 30:15, 44:5, 44:21, 57:17, 59:25, 66:13, 92:22, 133:11, 135:12, 140:6, 140:20
**five** [4] - 16:1, 16:2, 56:21, 96:17
**flagship** [2] - 21:12, 22:19
**focused** [1] - 133:3
**follow** [5] - 16:22, 36:19, 37:25, 71:21, 95:17
**follow-up** [3] - 16:22, 36:19, 37:25
**followed** [1] - 79:22
**following** [3] - 33:23,

150:17, 151:7
**follows** [4] - 6:9, 36:10, 119:14, 151:2
**font** [1] - 38:18
**FOR** [10] - 1:1, 2:2, 2:7, 2:13, 5:13, 5:18, 149:21, 150:1, 151:8, 151:13
**force** [2] - 105:24, 108:13
**foregoing** [2] - 149:6, 149:16
**forgone** [1] - 140:24
**forgot** [1] - 43:4
**forgotten** [2] - 59:9, 59:12
**form** [170] - 16:9, 19:4, 20:13, 23:3, 23:13, 23:22, 25:20, 26:3, 27:4, 28:18, 29:1, 29:6, 30:24, 31:9, 31:25, 32:17, 32:22, 33:1, 33:17, 34:3, 34:21, 35:3, 35:15, 36:2, 36:9, 36:22, 37:17, 39:1, 40:23, 41:7, 41:13, 41:23, 42:19, 43:2, 46:4, 46:5, 46:14, 46:25, 47:13, 47:18, 48:14, 48:20, 50:4, 53:1, 53:10, 53:24, 54:6, 54:11, 54:17, 57:9, 57:20, 59:1, 59:10, 60:16, 61:1, 61:22, 65:21, 66:1, 67:8, 68:6, 68:17, 69:9, 70:1, 70:8, 71:8, 71:18, 72:21, 73:9, 74:1, 74:14, 74:18, 74:24, 76:15, 77:9, 77:21, 78:16, 82:23, 83:13, 84:2, 85:5, 86:1, 87:14, 87:22, 88:6, 88:14, 88:19, 89:1, 89:4, 89:13, 90:6, 90:14, 90:25, 91:9, 92:1, 92:17, 93:12, 94:2, 95:1, 95:12, 95:21, 96:1, 98:8, 98:24, 101:3, 102:7, 102:21, 102:25, 103:14, 103:21, 104:3, 104:6, 105:7, 105:18, 106:13, 106:18, 107:1, 107:17, 108:4, 109:15, 109:23, 110:9, 110:15,

110:22, 111:2, 111:18, 111:23, 113:4, 113:20, 114:8, 114:18, 114:24, 115:10, 115:16, 116:1, 116:5, 116:12, 117:8, 119:24, 121:10, 121:18, 122:2, 122:18, 122:23, 123:11, 123:13, 123:18, 123:23, 124:9, 124:12, 124:17, 125:4, 125:12, 125:23, 126:8, 127:2, 127:11, 127:22, 128:12, 129:7, 130:1, 130:17, 138:4, 138:18, 140:2, 140:12, 140:13, 141:16, 141:24, 142:12, 142:21
**formally** [2] - 31:23, 32:1
**formation** [1] - 49:17
**former** [2] - 118:4, 142:7
**Forms** [1] - 100:15
**formulating** [2] - 130:25, 131:1
**formulation** [2] - 49:13, 144:8
**forth** [9] - 34:18, 44:1, 56:4, 71:6, 71:14, 99:7, 107:5, 107:12, 111:5
**forum** [1] - 65:11
**forward** [2] - 64:6, 65:15
**forwards** [1] - 85:3
**four** [5] - 11:12, 16:1, 51:6, 52:12, 58:22
**four-page** [1] - 51:6
**fragile** [1] - 115:7, 115:11
**fragility** [2] - 115:13, 115:18
**Frame** [4] - 26:13, 29:21, 31:8, 32:15
**frame** [5] - 52:21, 52:22, 130:25, 131:23, 144:5
**Frank** [4] - 37:8, 41:1, 41:4, 41:14
**free** [6] - 31:15, 31:17, 31:22, 65:15, 78:17, 125:3
**Friday** [1] - 30:12

**front** [6] - 59:22, 75:18, 76:5, 80:5, 87:23, 88:15
**froze** [1] - 55:19
**full** [7] - 7:4, 7:6, 65:25, 66:22, 125:19, 126:3, 127:8
**full-blown** [1] - 65:25
**function** [1] - 56:7
**funding** [5] - 140:1, 140:4, 140:8, 140:9, 140:10
**Furthermore** [1] - 142:2
**future** [1] - 141:5

## G

**gender** [1] - 132:7
**General** [7] - 2:9, 2:9, 2:15, 5:15, 5:15, 151:15, 151:15
**general** [8] - 6:20, 50:20, 52:22, 53:17, 76:25, 125:14, 131:10, 145:24
**General's** [1] - 6:17
**generally** [4] - 16:13, 16:15, 99:5, 124:19
**generated** [1] - 10:15
**given** [3] - 32:3, 150:20, 151:5
**Given** [1] - 149:18
**Google** [1] - 100:15
**grab** [1] - 128:21
**graduate** [10] - 11:2, 21:4, 46:24, 47:3, 47:6, 47:10, 55:2, 56:7, 66:9, 68:23, 69:23, 93:10, 119:1, 119:6, 127:14, 136:24, 137:10, 139:8
**graduated** [1] - 13:2
**Graf** [6] - 63:10, 86:6, 92:23, 92:24, 121:8, 121:12
**Graf's** [1] - 91:14
**grants** [1] - 141:7
**great** [1] - 92:5
**greater** [1] - 70:13
**grind** [1] - 35:17
**ground** [1] - 6:25
**group** [1] - 143:15
**Group** [1] - 2:21
**groups** [1] - 132:22
**guess** [3] - 99:8, 113:2, 143:21
**guy** [1] - 51:17

## H

**halfway** [1] - 32:7
**hallway** [1] - 44:11
**hallways** [1] - 55:8
**hand** [2] - 25:1, 149:18
**handful** [5] - 39:25, 44:10, 45:21, 80:12, 145:4
**handle** [2] - 116:7
**happy** [4] - 9:14, 43:16, 44:24, 86:10
**hard** [1] - 140:18
**harm** [1] - 67:22
**Harris** [2] - 2:3, 151:9
**hastily** [1] - 105:1
**head** [2] - 142:7, 143:21
**heading** [1] - 39:17
**healthy** [1] - 145:22
**hear** [4] - 50:19, 58:16, 58:17, 61:14
**heard** [5] - 40:21, 40:24, 66:15, 85:11, 134:24
**hearing** [1] - 5:24
**hearsay** [1] - 35:16
**heavily** [1] - 145:10
**heed** [1] - 129:1
**Heidleberger** [4] - 37:8, 41:1, 41:4, 41:15
**Heinrich** [1] - 77:8
**held** [5] - 13:21, 15:8, 54:19, 77:5, 99:5
**help** [3] - 8:13, 25:14, 131:18
**helped** [1] - 141:6
**helping** [1] - 57:6
**helps** [1] - 135:20
**hereby** [2] - 149:6, 150:16
**hereto** [1] - 1:25
**hidden** [1] - 122:22
**hide** [1] - 9:10
**hiding** [1] - 51:10
**highlight** [3] - 73:13, 81:23, 128:21
**highlighted** [2] - 27:21, 33:4
**highlighting** [3] - 25:1, 119:14, 141:23
**highlights** [1] - 141:24
**highly** [1] - 86:22
**Hill** [2] - 2:4, 151:10
**himself** [1] - 36:12
**hinges** [1] - 116:14
**hints** [1] - 57:6

hip [4] - 102:16, 103:2, 103:7, 107:12
hire [1] - 44:15
historical [2] - 77:5, 105:20
History [2] - 13:23, 18:17
history [3] - 18:24, 92:25, 97:4
Hoc [2] - 4:14, 117:21
hoc [7] - 23:10, 81:7, 81:12, 104:16, 117:20, 118:2, 126:24
Hold [1] - 128:23
hold [4] - 63:1, 81:12, 82:2, 100:22
holders [1] - 109:19
home [2] - 72:13, 72:15
hominem [5] - 106:3, 106:5, 106:6, 107:4, 107:8
hop [4] - 102:16, 103:2, 103:7, 107:12
hope [1] - 58:10
hour [2] - 43:13, 96:14
Hour(s [1] - 151:3
hours [2] - 11:12, 31:19
hundred [4] - 87:18, 88:18, 88:20, 89:6
Hunter [1] - 30:20
hypothetical [1] - 79:4

**I**

icareifyoulisten.com [1] - 18:15
idea [4] - 53:13, 91:1, 144:12, 146:5
ideas [3] - 88:3, 112:4, 113:5
identification [2] - 28:2, 28:3
identified [3] - 61:7, 62:4, 66:16
identify [8] - 26:24, 28:9, 46:8, 111:14, 111:20, 140:15, 140:18, 144:2
identifying [3] - 27:25, 47:11, 61:12
identity [2] - 16:17, 149:15
ignorant [1] - 142:3
illness [1] - 7:12
imagine [2] - 7:22, 36:4
immediately [1] -

112:5
impeded [1] - 114:22
implicit [4] - 122:3, 122:5, 122:22, 131:7
implicitly [3] - 29:7, 29:10
implies [1] - 92:2
imply [1] - 128:3
important [3] - 20:11, 86:8, 145:16
impression [2] - 23:14, 87:24
IN [3] - 1:1, 149:21, 150:1
in/day [1] - 98:17
inaccurate [1] - 83:11
incentive [1] - 124:2
incentives [1] - 124:2
incident [2] - 46:2, 112:23
Incidentally [1] - 89:17
incidentally [4] - 51:19, 106:20, 107:19, 125:18
include [3] - 87:12, 113:6, 142:24
included [4] - 26:9, 28:16, 62:23, 132:24
includes [3] - 58:11, 127:9, 151:7
including [3] - 84:24, 86:5, 145:5
inclusion [6] - 131:22, 132:11, 132:14, 132:16, 133:3, 142:6
inclusive [1] - 144:9
inclusivity [2] - 144:13, 144:20
incorporated [2] - 123:8, 130:15
incorrect [1] - 13:7
indeed [1] - 146:12
independent [5] - 70:22, 71:1, 71:6, 71:16, 71:20
independently [2] - 70:6, 70:10
Index.........................
............. [1] - 3:3
indicate [11] - 33:16, 33:18, 34:20, 34:22, 35:8, 73:23, 91:24, 92:8, 92:16, 94:15, 94:23
indicated [1] - 138:21
indicates [4] - 93:25, 94:19, 114:5, 139:15
indicating [1] - 122:21
indication [3] - 33:21,

74:2, 74:5
indications [1] - 126:6
indigenous [1] - 112:10
indirectly [1] - 27:25
individual [1] - 51:15
individually [3] - 53:20, 94:8, 113:22
individuals [2] - 132:22, 143:19
infer [2] - 17:2, 138:21
inference [1] - 139:17
influential [1] - 69:12
inform [2] - 25:14, 75:5
informal [2] - 23:15, 42:11
Information [2] - 4:17, 4:18
information [8] - 27:18, 78:8, 79:2, 104:11, 104:12, 104:14, 128:19, 151:5
inherent [4] - 68:22, 68:24, 70:15, 70:16
inherently [1] - 97:17
initiative [2] - 53:9, 76:18
injustices [2] - 111:21, 112:13
insensitive [7] - 61:3, 61:7, 61:21, 62:5, 88:3, 103:11, 124:3
insight [1] - 126:21
insofar [1] - 90:16
instance [7] - 1:17, 23:8, 109:8, 109:10, 113:5, 116:9, 132:4
instances [1] - 113:1
institu [1] - 109:17
institution [3] - 14:11, 14:20, 15:9
institutional [2] - 18:25, 130:2
instruct [1] - 7:23
instruction [1] - 75:16
Instructions [1] - 27:23
instructor [1] - 13:9
instructorship [1] - 13:4
instrument [1] - 149:16
intend [3] - 15:14, 141:9, 141:13
intent [3] - 73:7, 73:11, 87:20
intention [2] - 73:24, 94:23, 95:3, 95:4,

95:6, 95:18, 96:8
interacted [2] - 44:17, 48:22
interactions [5] - 44:12, 44:14, 48:17, 50:2, 51:14
interest [1] - 79:14
interested [2] - 49:21, 152:2
interfere [1] - 7:7
internal [2] - 67:10, 112:22
interpreted [1] - 107:6
interrupt [2] - 8:1, 24:7
interrupted [1] - 16:23
introduce [4] - 8:23, 11:20, 24:1, 24:3
introduced [1] - 9:22
introducing [2] - 8:23, 9:8
inures [1] - 5:22
investigate [3] - 81:7, 118:2, 129:23
investigated [1] - 130:10
investigating [1] - 129:15
invitation [10] - 82:20, 83:12, 83:14, 86:11, 94:10, 121:16, 121:20, 121:24, 122:16, 122:19
invite [8] - 79:18, 79:25, 91:21, 92:11, 93:22, 94:1, 94:15, 121:9
invited [7] - 64:9, 90:16, 90:17, 92:4, 94:4, 94:8, 121:22
inviting [1] - 74:22
involve [2] - 45:19, 128:25
involved [2] - 49:24, 64:21
involvement [2] - 93:17, 93:19
Ishiyama [1] - 81:6
ISSN [2] - 34:15, 34:16
issue [6] - 49:19, 52:22, 61:4, 64:8, 78:2, 125:2
Issue [1] - 34:15
issued [2] - 49:15, 118:1
items [1] - 18:14
itself [2] - 28:1, 110:21

**J**

JACKSON [2] - 1:3, 150:3
Jackson [43] - 4:6, 4:9, 4:11, 4:16, 4:20, 43:11, 44:1, 44:7, 44:12, 44:15, 45:2, 45:20, 46:3, 46:10, 46:23, 47:11, 51:11, 52:8, 52:22, 63:17, 68:5, 68:16, 71:7, 75:3, 75:16, 81:5, 83:24, 84:5, 84:11, 86:5, 93:21, 102:8, 104:4, 105:15, 107:16, 126:7, 127:5, 129:19, 130:6, 130:13, 142:2, 142:3, 142:5
Jackson's [12] - 45:11, 45:25, 46:19, 71:10, 75:12, 103:6, 103:10, 103:13, 105:2, 105:3, 127:10, 142:25
JACOBY [1] - 2:14
Jacoby [2] - 50:15
January [10] - 11:24, 12:4, 12:13, 38:24, 133:2, 133:25, 134:4, 134:6, 135:18, 136:8
Jay [2] - 7:6, 11:24
JAY [12] - 1:11, 1:16, 3:6, 5:2, 6:8, 148:2, 149:6, 149:10, 149:14, 150:10, 150:18, 150:24
jazz [2] - 102:17, 102:20
Jennifer [4] - 6:4, 118:4, 126:5, 150:15
JENNIFER [2] - 1:20, 152:6
jeopardized [1] - 67:15
JMT [1] - 21:23
job [1] - 13:5
John [1] - 81:6
join [2] - 50:16, 63:16
joined [3] - 30:3, 44:7, 48:12
joining [1] - 50:24
joint [2] - 45:9, 45:10
journal [48] - 16:11, 17:1, 19:12, 21:13, 22:19, 24:22, 25:25, 26:4, 26:10, 27:1, 28:13, 36:24, 37:16,

40:7, 41:12, 50:2,
57:1, 57:7, 60:11,
60:25, 62:12, 67:14,
67:17, 74:10, 77:25,
79:18, 84:4, 86:12,
86:23, 87:7, 93:17,
93:19, 98:20, 98:22,
98:25, 101:13,
102:2, 103:10,
121:21, 124:3,
124:20, 125:24,
137:25, 138:6,
139:16, 140:25,
146:19
**Journal** [95] - 4:5, 4:5,
4:15, 10:13, 21:14,
21:23, 47:22, 48:10,
48:12, 48:15, 48:18,
48:23, 49:15, 53:22,
54:4, 54:18, 55:10,
56:14, 56:20, 56:23,
57:18, 57:24, 61:20,
62:3, 64:14, 67:23,
71:16, 73:8, 73:25,
78:5, 79:8, 80:3,
81:7, 81:25, 82:16,
82:21, 84:1, 86:18,
87:4, 88:5, 88:9,
88:24, 89:8, 89:11,
90:4, 90:8, 90:12,
91:25, 92:9, 93:7,
93:11, 94:17, 94:20,
94:24, 95:7, 95:19,
98:7, 98:10, 99:4,
99:10, 101:10,
102:5, 103:19,
103:23, 104:9,
104:23, 105:16,
106:4, 106:7,
106:24, 116:10,
117:22, 118:3,
118:13, 118:21,
119:2, 119:7, 120:3,
123:17, 123:21,
124:24, 128:7,
131:2, 137:1,
138:16, 139:3,
139:20, 139:24,
140:17, 141:11,
141:14, 144:21,
145:3, 145:9, 146:8
**journalistic** [4] -
17:17, 18:8, 18:10,
18:16
**journals** [11] - 16:20,
16:24, 16:25, 21:12,
42:4, 60:15, 65:8,
91:1, 104:7, 105:14,
127:23
**JSS** [12] - 64:8, 64:13,
76:17, 86:11,

118:23, 124:8,
124:16, 127:15,
127:17, 128:11,
128:17, 129:17
**judgments** [3] -
101:25, 108:23,
124:1
**JULIA** [1] - 152:7
**July** [35] - 11:2, 53:18,
54:3, 54:8, 54:24,
55:4, 55:11, 56:14,
56:20, 57:14, 57:22,
59:21, 61:23, 62:21,
63:11, 66:5, 73:7,
75:13, 76:2, 85:22,
91:15, 97:12, 98:15,
114:22, 114:25,
115:4, 117:3, 117:7,
117:14, 130:24,
136:25, 137:15,
140:10, 143:14
**June** [2] - 15:7, 73:2

## K

**keep** [1] - 43:15
**keeping** [2] - 19:9,
19:10
**kept** [4] - 16:14, 16:18,
54:20, 54:22
**keyboard** [1] - 38:7
**kind** [10] - 18:25, 34:7,
41:24, 61:2, 93:16,
99:5, 99:8, 113:15,
115:7, 129:8
**kinds** [6] - 22:18,
23:12, 125:6,
125:17, 144:9,
145:17
**knowing** [2] - 55:7,
55:8
**knowledge** [38] - 7:9,
17:9, 17:11, 35:10,
41:6, 41:8, 42:20,
46:6, 46:9, 46:19,
46:21, 47:1, 47:3,
47:5, 47:10, 49:7,
59:16, 60:12, 65:6,
68:1, 71:9, 74:20,
84:5, 90:24, 98:5,
98:9, 98:16, 98:21,
102:16, 105:14,
106:23, 121:6,
128:8, 130:3, 136:6,
138:3, 146:17
**known** [8] - 34:5,
37:20, 57:23, 58:2,
58:3, 70:11, 90:7,
149:14
**Korean** [1] - 108:1

## L

**lack** [1] - 120:18
**language** [5] - 101:20,
107:3, 121:2,
122:20, 132:13
**large** [1] - 80:18
**last** [2] - 99:9, 143:5
**late** [2] - 37:10
**launch** [1] - 82:3
**launched** [1] - 119:13
**LAURA** [2] - 1:6, 150:6
**lead** [2] - 63:18,
119:21
**leading** [1] - 108:16
**learn** [1] - 57:14
**learned** [2] - 46:22,
59:25
**least** [6] - 12:12, 28:5,
51:12, 52:12, 66:9,
87:18
**leave** [5] - 13:24,
14:24, 138:12,
138:16, 139:10
**leaves** [2] - 92:12,
95:2
**lecturer** [1] - 92:24
**lectures** [1] - 37:19
**left** [7] - 25:1, 72:25,
73:1, 85:8, 136:3,
139:20, 140:16
**left-hand** [1] - 25:1
**Legal** [1] - 2:21
**lengthy** [3] - 81:3,
112:25, 136:25
**less** [3] - 47:25, 63:20,
112:4
**lesser** [1] - 107:12
**letter** [57] - 10:13,
10:20, 28:2, 28:4,
35:7, 35:10, 42:23,
87:8, 87:10, 87:12,
87:17, 87:20, 87:23,
88:1, 88:18, 89:7,
89:14, 100:8,
100:12, 100:13,
101:2, 104:24,
105:4, 105:22,
106:2, 107:3,
108:20, 112:12,
113:11, 113:15,
114:16, 114:17,
114:20, 116:18,
116:24, 117:1,
117:11, 119:1,
119:6, 119:16,
119:23, 119:25,
120:1, 120:9,
120:13, 120:15,
121:13, 122:4,

123:2, 123:6,
123:12, 123:21,
125:9, 125:11,
125:14, 129:6
**Letter** [2] - 4:13, 99:24
**letters** [2] - 141:3,
141:9
**Levi** [30] - 4:20, 55:3,
55:5, 55:7, 55:11,
55:13, 56:7, 56:9,
56:11, 56:18, 56:22,
63:17, 63:19, 66:5,
67:12, 68:14, 71:12,
74:2, 85:10, 86:7,
93:20, 126:6,
126:20, 136:24,
137:15, 137:23,
138:19, 142:9,
145:1, 146:2
**Levi's** [3] - 74:6, 74:7,
144:13
**library** [2] - 13:25,
26:6
**Ligon's** [1] - 18:19
**likewise** [3] - 8:6, 9:7,
9:15
**limitations** [3] -
130:21, 131:4, 131:7
**limited** [1] - 103:9
**limits** [1] - 117:17
**line** [8] - 52:1, 52:9,
66:22, 75:24, 91:20,
131:11, 131:20
**LINE** [1] - 148:4
**line-by-line-type** [1] -
131:11
**lines** [1] - 122:15
**linger** [1] - 88:3
**link** [3] - 119:10,
119:11, 123:9
**linked** [1] - 33:12
**list** [16] - 39:4, 39:9,
39:14, 80:8, 80:9,
82:4, 82:8, 82:9,
82:12, 82:13, 82:25,
83:17, 94:10, 135:11
**listed** [3] - 17:19,
18:18, 31:16
**lists** [1] - 80:12
**Litigation** [3] - 2:9,
5:15, 151:15
**litigation** [1] - 81:19
**live** [1] - 72:7
**located** [2] - 1:22, 6:7
**look** [5] - 10:1, 73:12,
101:9, 130:5, 141:22
**looked** [4] - 10:12,
10:14, 55:8, 135:12
**looking** [1] - 10:19
**looks** [4] - 15:25,

17:21, 76:2, 142:1
**loosely** [1] - 131:21
**lose** [1] - 140:10
**loss** [1] - 140:19
**lost** [2] - 126:10,
140:16
**lower** [1] - 25:1
**lvg.dallas@gmail.
com** [1] - 2:22
**lying** [1] - 126:6

## M

**MA** [1] - 12:21
**machine** [1] - 1:21
**Madam** [5] - 6:12,
50:8, 62:16, 126:15,
133:12
**maintain** [1] - 58:4
**majority** [9] - 79:23,
87:12, 109:10,
109:16, 109:18,
109:19, 109:21,
112:6, 146:14
**mallen@
allenharrislaw.com**
[2] - 2:6, 151:12
**manner** [1] - 111:3
**mark** [12] - 8:25, 50:6,
50:11, 62:19, 80:17,
81:17, 84:6, 99:22,
117:19, 133:10,
133:15, 135:5
**marked** [18] - 9:5,
11:16, 11:23, 23:25,
24:20, 50:14, 63:4,
80:19, 84:7, 84:9,
84:10, 100:1,
100:18, 117:24,
133:18, 135:9,
137:7, 143:16
**marker** [1] - 114:3
**marks** [2] - 61:17, 87:6
**Mary** [6] - 6:16, 10:11,
38:16, 50:18,
146:24, 150:23
**MARY** [3] - 2:8, 5:14,
151:14
**mary.quimby@oag.
texas.gov** [2] - 2:11,
151:17
**Massachusetts** [3] -
1:23, 6:7, 14:7
**material** [4] - 27:5,
81:4, 81:5, 145:2
**Material** [1] - 4:10
**materialized** [1] -
140:19
**matter** [6] - 6:18,
11:19, 17:18, 90:20,

121:22, 128:10
**matters** [1] - 115:14
**mean** [37] - 9:13, 15:3,
16:7, 23:14, 31:17,
31:18, 47:2, 47:8,
47:9, 49:2, 55:25,
56:1, 68:7, 69:10,
74:7, 74:23, 88:7,
90:19, 101:23,
103:22, 105:6,
106:1, 108:9,
108:19, 108:21,
109:18, 112:9,
112:23, 113:5,
114:1, 121:1,
122:19, 126:17,
127:23, 132:21,
142:15, 142:22
**meaning** [11] - 72:8,
73:15, 77:15,
102:21, 105:9,
108:14, 122:4,
122:5, 122:22,
131:1, 144:5
**meaningful** [1] - 23:1
**means** [4] - 6:6, 17:4,
83:5, 114:13
**meant** [2] - 74:9,
138:16
**meantime** [1] - 38:23
**measure** [3] - 54:1,
75:1, 86:25
**media** [6] - 60:1, 60:4,
60:11, 62:9, 65:7,
86:9
**medications** [1] - 7:10
**meet** [1] - 72:17
**meeting** [7] - 97:10,
97:15, 97:21, 97:22,
97:24, 144:1, 144:3
**meetings** [2] - 97:18,
97:19
**member** [4] - 19:25,
44:13, 93:3, 93:5
**members** [10] - 49:21,
62:22, 87:13, 88:2,
100:8, 101:6,
103:17, 131:14,
145:5, 146:4
**membership** [2] -
83:7, 87:16
**memory** [7] - 7:13,
52:17, 59:23,
107:18, 117:18,
131:18, 135:21
**mendaciously** [1] -
126:20
**mental** [1] - 7:12
**mentee** [2] - 55:14,
71:23

**mention** [1] - 90:18
**mentioned** [2] -
144:14, 145:10
**mentor/mentee** [2] -
70:15, 70:16
**merits** [1] - 86:13
**message** [3] - 64:18,
65:15, 96:24
**met** [2] - 10:11, 113:7
**methods** [1] - 77:4
**MHTE** [1] - 55:23
**MICHAEL** [3] - 2:3,
151:3, 151:9
**Michael** [2] - 6:14,
151:20
**middle** [2] - 14:14,
126:12
**might** [4] - 45:3, 47:7,
83:20, 135:2
**mind** [5] - 11:19, 23:1,
69:18, 115:8, 115:14
**mine** [1] - 44:11
**minimally** [1] - 33:10
**minute** [2] - 45:4,
46:17
**Minute(s** [1] - 151:3
**minutes** [4] - 43:19,
43:23, 47:25, 96:17
**MISCELLANEOUS** [1]
- 5:21
**mischaracterize** [1] -
114:7
**misspoke** [1] - 133:24
**modern** [2] - 38:7,
38:9
**moment** [4] - 58:19,
72:5, 131:19, 140:5
**month** [1] - 72:1
**months** [4] - 39:25,
56:21, 72:1, 145:6
**most** [2] - 7:23, 66:2
**mostly** [1] - 107:15
**mouth** [1] - 132:20
**move** [3] - 45:17,
95:23, 116:25
**moving** [1] - 13:15
**MPhil** [1] - 12:18
**MR** [243] - 2:3, 2:14,
6:10, 6:14, 6:19,
6:23, 9:6, 11:17,
16:13, 19:8, 20:18,
21:15, 23:4, 23:7,
23:20, 24:1, 24:9,
24:13, 24:20, 26:1,
26:7, 27:3, 27:6,
28:21, 29:3, 29:10,
31:2, 31:12, 32:2,
32:9, 32:12, 32:19,
32:24, 33:3, 33:20,
34:10, 34:24, 35:6,

35:19, 36:7, 36:11,
36:23, 37:21, 38:16,
38:20, 38:22, 39:6,
40:25, 41:10, 41:20,
42:2, 42:15, 42:22,
43:3, 43:22, 43:24,
46:8, 46:16, 47:2,
47:15, 47:20, 47:21,
48:2, 48:9, 48:17,
49:2, 50:6, 50:8,
50:11, 50:18, 50:22,
50:25, 51:4, 53:3,
53:15, 54:2, 54:8,
54:15, 54:21, 57:10,
58:1, 59:3, 59:14,
60:18, 61:6, 62:1,
62:16, 62:19, 62:25,
63:5, 65:24, 66:4,
67:11, 68:2, 68:10,
68:21, 69:15, 70:4,
70:14, 71:3, 71:4,
71:13, 71:21, 72:22,
73:12, 74:11, 74:16,
74:20, 75:2, 76:17,
77:11, 78:3, 78:19,
79:17, 80:1, 80:17,
80:20, 83:1, 83:16,
84:6, 84:10, 85:7,
86:4, 87:19, 88:4,
88:8, 88:17, 88:22,
89:2, 89:6, 89:17,
90:10, 90:22, 91:3,
91:10, 92:5, 92:18,
93:14, 94:5, 94:22,
95:5, 95:24, 96:4,
96:15, 96:19, 96:22,
98:2, 98:4, 98:11,
99:2, 99:14, 99:21,
100:2, 100:4, 100:6,
100:7, 101:5,
102:15, 103:18,
103:23, 104:4,
104:9, 105:13,
105:21, 106:15,
106:20, 107:7,
107:19, 108:6,
109:20, 109:25,
110:12, 110:20,
110:25, 111:7,
111:20, 111:25,
113:8, 113:12,
113:22, 114:10,
114:21, 115:2,
115:12, 115:20,
116:3, 116:8,
116:18, 117:12,
117:19, 117:25,
120:2, 121:12,
121:24, 122:5,
122:20, 122:25,
123:12, 123:15,

123:20, 124:6,
124:10, 124:15,
124:21, 125:7,
125:18, 126:3,
126:11, 126:14,
126:23, 127:4,
127:13, 128:1,
128:15, 129:11,
130:4, 130:19,
130:24, 131:12,
133:12, 133:15,
133:19, 133:24,
134:3, 135:10,
135:14, 136:12,
136:19, 137:8,
137:12, 137:14,
138:8, 138:23,
140:6, 140:15,
141:20, 142:13,
142:25, 143:12,
143:17, 146:23,
151:3, 151:9
**MS** [190] - 2:8, 2:14,
5:14, 6:16, 16:9,
19:4, 20:13, 21:10,
23:3, 23:13, 23:22,
24:7, 24:11, 25:20,
26:3, 27:2, 27:4,
28:18, 29:1, 29:6,
30:24, 31:9, 31:25,
32:7, 32:17, 32:22,
33:1, 33:17, 34:3,
34:21, 35:3, 35:15,
36:2, 36:9, 36:22,
37:17, 38:18, 39:1,
40:23, 41:7, 41:13,
41:23, 42:10, 42:19,
43:2, 43:18, 46:5,
46:14, 46:25, 47:13,
47:18, 48:1, 48:14,
48:20, 50:4, 50:17,
50:19, 50:23, 51:3,
53:1, 53:10, 53:24,
54:6, 54:11, 54:17,
57:9, 57:20, 59:1,
59:10, 60:16, 61:1,
61:22, 65:21, 66:1,
67:8, 67:25, 68:6,
68:17, 69:9, 70:1,
70:8, 71:8, 71:18,
72:21, 73:9, 74:1,
74:14, 74:18, 74:24,
76:15, 77:9, 77:21,
78:16, 79:12, 79:20,
82:23, 83:13, 84:2,
85:5, 86:1, 87:14,
87:22, 88:6, 88:14,
88:19, 89:1, 89:4,
89:13, 90:6, 90:14,
90:25, 91:9, 92:1,
92:17, 93:12, 94:2,

95:1, 95:12, 95:21,
96:1, 96:13, 96:18,
98:8, 98:24, 101:3,
102:7, 103:14,
103:21, 104:3,
104:6, 105:7,
105:18, 106:13,
106:18, 107:1,
107:17, 108:4,
109:15, 109:23,
110:9, 110:15,
110:22, 111:2,
111:18, 111:23,
113:4, 113:20,
114:8, 114:18,
114:24, 115:10,
115:16, 116:1,
116:5, 116:12,
117:8, 119:24,
121:10, 121:18,
122:2, 122:18,
122:23, 123:11,
123:13, 123:18,
123:23, 124:9,
124:12, 124:17,
125:4, 125:12,
125:23, 126:8,
127:2, 127:11,
127:22, 128:12,
129:7, 130:1,
130:17, 131:6,
138:4, 138:18,
140:2, 140:12,
141:16, 142:12,
142:21, 146:25,
151:14
**multiple** [1] - 132:4
**music** [37] - 12:16,
12:18, 12:22, 13:6,
18:24, 19:12, 19:23,
20:19, 20:22, 20:23,
20:24, 21:1, 21:5,
21:8, 21:13, 26:21,
27:23, 35:17, 36:5,
37:15, 42:6, 42:7,
42:8, 77:3, 92:25,
97:4, 101:1, 102:12,
102:16, 102:24,
105:6, 107:12,
107:13
**Music** [58] - 4:17,
4:18, 13:23, 18:17,
19:14, 19:16, 19:18,
19:20, 19:21, 19:22,
19:24, 20:1, 20:7,
20:8, 20:11, 21:12,
21:14, 21:18, 21:19,
21:23, 22:13, 24:25,
25:6, 25:15, 25:19,
26:11, 26:13, 26:21,
27:1, 27:7, 27:13,

28:12, 28:13, 29:20, 30:1, 31:7, 31:13, 32:4, 32:6, 32:14, 32:16, 33:8, 34:14, 42:23, 49:4, 50:3, 76:25, 82:10, 87:8, 87:13, 89:23, 89:24, 100:9, 115:25, 134:5
**Musical** [1] - 20:6
**musical** [5] - 101:25, 102:13, 107:5, 110:19, 110:20
**musics** [1] - 113:6
**must** [4] - 22:12, 39:23, 44:20, 144:9
**mystery** [2] - 89:2, 128:10

## N

**name** [18] - 6:4, 6:14, 6:16, 6:19, 7:4, 7:6, 17:1, 51:2, 51:11, 51:18, 51:21, 55:7, 58:12, 90:19, 100:24, 121:14, 125:25, 149:16
**NAME** [1] - 148:2
**named** [2] - 51:15, 93:16
**names** [2] - 6:11, 19:10
**national** [1] - 107:25
**natural** [1] - 38:8
**nature** [15] - 8:19, 9:10, 18:9, 26:17, 37:23, 38:3, 38:5, 43:9, 43:25, 87:19, 115:7, 115:11, 122:17, 144:24, 144:25
**navigate** [2] - 9:14, 81:13
**near** [1] - 72:3
**necessary** [1] - 75:5
**need** [4] - 8:10, 9:8, 43:8, 102:10
**needed** [1] - 112:25
**needs** [1] - 107:10
**negative** [1] - 141:10
**never** [9] - 23:16, 54:2, 74:17, 124:21, 128:13, 131:8, 138:8, 140:19
**nevertheless** [2] - 93:3, 95:10
**New** [1] - 30:21
**new** [2] - 39:15, 64:8
**next** [5] - 13:14, 27:15, 43:19, 65:1, 133:6

**night** [1] - 76:2
**NO** [3] - 1:5, 5:4, 150:5
**non** [1] - 18:7
**non-peer** [1] - 18:7
**none** [2] - 44:17, 111:19
**nonwestern** [1] - 113:6
**nonwhiteness** [2] - 111:11, 111:17
**nonwhites** [2] - 111:11, 111:16
**normal** [6] - 7:16, 8:2, 33:24, 34:1, 37:15, 40:6
**norms** [2] - 108:23, 108:24
**NORTH** [1] - 2:13
**north** [1] - 109:1
**North** [49] - 2:16, 6:21, 11:5, 11:6, 13:17, 14:3, 14:13, 14:25, 15:3, 15:6, 26:5, 30:4, 36:24, 40:13, 40:15, 40:18, 44:8, 44:13, 48:13, 52:5, 55:3, 60:13, 65:9, 72:3, 72:7, 101:6, 104:16, 108:3, 108:8, 109:2, 109:6, 109:22, 110:2, 110:3, 110:8, 111:15, 111:22, 112:1, 112:18, 115:8, 115:15, 126:25, 127:8, 131:22, 132:1, 132:12, 136:3, 142:11, 142:19
**NOTARY** [1] - 149:21
**note** [3] - 32:19, 32:23, 33:2
**noted** [1] - 149:7
**nothing** [1] - 31:1
**notice** [1] - 10:4
**Notice** [3] - 4:3, 5:6, 9:21
**noticed** [2] - 57:22, 63:24
**notified** [1] - 60:18
**notifying** [2] - 60:8
**November** [11] - 30:7, 30:8, 30:14, 30:16, 57:13, 76:24, 104:17, 115:24, 117:23, 133:20, 135:15
**number** [14] - 26:19, 34:15, 34:16, 52:9, 55:6, 55:25, 60:7,

60:8, 84:13, 109:12, 128:20, 135:16, 143:9, 145:4
**NUMBER** [2] - 4:2, 5:18
**numbered** [1] - 1:19
**numbers** [5] - 81:15, 81:17, 81:18, 81:20, 87:16

## O

**oath** [1] - 149:15
**object** [5] - 7:16, 42:10, 42:22, 59:18, 72:21
**objecting** [8] - 34:25, 54:12, 54:13, 58:21, 68:15, 76:13, 84:5
**objection** [176] - 5:22, 16:9, 19:4, 20:13, 21:10, 23:3, 23:13, 23:22, 25:20, 26:3, 27:2, 27:4, 28:18, 29:1, 29:6, 30:24, 31:9, 31:25, 32:17, 32:22, 33:1, 33:17, 34:3, 34:21, 35:3, 35:15, 36:2, 36:9, 36:22, 37:17, 39:1, 40:23, 41:7, 41:13, 41:23, 42:19, 43:2, 46:5, 46:14, 46:25, 47:13, 47:18, 48:14, 48:20, 50:4, 53:1, 53:10, 53:24, 54:3, 54:6, 54:9, 54:11, 54:17, 57:9, 57:20, 59:1, 59:10, 60:16, 61:1, 61:3, 61:22, 65:21, 66:1, 67:8, 67:25, 68:6, 68:17, 69:9, 70:1, 70:8, 71:8, 71:18, 73:9, 74:1, 74:14, 74:18, 74:24, 76:15, 76:16, 77:9, 77:21, 78:16, 79:12, 79:20, 82:23, 83:13, 84:2, 85:5, 86:1, 86:17, 87:14, 87:22, 88:6, 88:14, 88:19, 89:1, 89:4, 89:13, 90:6, 90:14, 90:25, 91:9, 92:1, 92:17, 93:12, 94:2, 95:1, 95:12, 95:21, 96:1, 98:8, 98:24, 101:3, 102:7, 103:14, 103:21, 104:3, 104:6, 105:7, 105:18, 106:13,

106:18, 107:1, 107:17, 108:4, 109:15, 109:23, 110:9, 110:15, 110:22, 111:2, 111:18, 111:23, 113:4, 113:20, 114:8, 114:18, 114:24, 115:10, 115:16, 116:1, 116:5, 116:12, 117:8, 119:24, 121:10, 121:18, 122:2, 122:18, 122:23, 123:11, 123:13, 123:18, 123:23, 124:9, 124:12, 124:17, 125:4, 125:12, 125:23, 126:8, 127:2, 127:11, 127:22, 128:12, 129:7, 130:1, 130:17, 131:6, 138:4, 138:18, 140:2, 140:12, 141:16, 142:12, 142:21
**objectionable** [2] - 77:19, 126:1
**objections** [5] - 7:24, 42:20, 50:2, 59:18, 59:21
**objective** [1] - 126:4
**objectively** [1] - 118:3
**obligation** [1] - 7:18
**observe** [2] - 16:20, 16:24
**obviously** [2] - 26:15, 43:7
**occurring** [1] - 85:9
**October** [6] - 1:12, 1:19, 5:3, 6:2, 148:3, 150:11
**OF** [12] - 1:1, 1:10, 1:16, 2:13, 5:2, 5:18, 148:3, 149:12, 149:13, 149:22, 150:1, 150:10
**offensive** [1] - 105:10
**Office** [8] - 2:5, 2:11, 2:15, 2:17, 2:22, 151:11, 151:17, 152:9
**office** [5] - 6:17, 44:10, 50:20, 72:17, 149:18
**officer** [2] - 150:19, 151:6
**officer's** [1] - 151:19

**official** [5] - 19:19, 55:22, 57:4, 75:9, 93:17
**officially** [2] - 13:20, 21:20
**often** [6] - 17:1, 18:2, 69:13, 85:3, 112:5, 115:17
**omniscient** [2] - 67:10, 112:21
**once** [7] - 38:16, 60:3, 63:23, 71:25, 72:1, 87:7, 133:8
**One** [1] - 4:5
**one** [40] - 5:22, 8:24, 9:13, 15:10, 16:1, 19:19, 21:12, 21:21, 22:18, 24:22, 27:22, 32:24, 38:22, 43:3, 45:21, 52:20, 55:5, 75:3, 76:4, 80:24, 84:24, 94:13, 100:22, 112:24, 118:12, 131:20, 135:12, 136:1, 137:8, 137:17, 139:5, 141:20, 141:23, 142:25, 143:5, 143:6, 143:15, 143:22, 144:11
**ones** [3] - 21:17, 60:9, 79:16
**online** [5] - 25:25, 125:3, 126:24, 126:25, 137:12
**Online** [2] - 21:14, 21:19
**oops** [1] - 119:13
**Open** [2] - 4:13, 99:23
**open** [23] - 35:7, 42:23, 87:7, 87:12, 87:20, 88:18, 89:7, 92:12, 95:2, 100:7, 100:12, 101:2, 104:24, 105:4, 105:21, 108:20, 112:12, 114:16, 114:17, 114:19, 115:3, 117:1, 120:9
**openness** [4] - 53:12, 132:2, 132:3, 132:4
**opinion** [2] - 103:11, 124:5
**opinions** [1] - 125:16
**opportunities** [1] - 140:18
**opportunity** [14] - 31:6, 31:10, 31:23, 76:10, 76:19, 76:20,

120:17, 120:24, 121:3, 121:25, 122:11, 139:8, 140:16, 140:24
**opposing** [2] - 105:9, 105:11
**opposition** [1] - 83:25
**ORAL** [2] - 1:10, 1:16
**oral** [2] - 45:19, 150:19
**orbit** [1] - 23:18
**order** [1] - 102:10
**Order** [1] - 5:7
**ordinary** [1] - 8:11
**organization** [3] - 134:22, 134:24, 135:1
**organizing** [1] - 20:16
**Organology** [1] - 18:19
**origin** [2] - 107:22, 107:25
**original** [2] - 144:13, 151:21
**ORIGINAL** [2] - 5:9, 5:13
**originally** [1] - 42:13
**originated** [2] - 102:22, 102:25
**Ornithology** [1] - 18:19
**otherwise** [2] - 64:17, 152:1
**OUP** [1] - 25:11
**out]** [1] - 26:17
**outcome** [1] - 152:2
**outlined** [3] - 119:16, 123:1, 125:10
**outside** [3] - 17:5, 52:12, 54:19
**ovation** [2] - 31:3, 31:4
**own** [7] - 58:8, 69:7, 70:6, 71:16, 71:19, 78:15, 116:16
**Oxford** [10] - 25:5, 25:12, 25:14, 25:18, 26:2, 26:9, 27:13, 27:19, 28:9, 34:17

## P

**p.m** [13] - 1:20, 63:12, 66:5, 75:13, 85:22, 91:15, 97:10, 136:14, 136:16, 136:17, 147:2, 147:4
**P.O** [3] - 2:10, 5:16, 151:16
**Page** [8] - 18:13, 25:9,

28:16, 29:17, 34:14, 34:15, 84:20, 96:23
**PAGE** [3] - 3:1, 4:2, 148:4
**page** [24] - 9:13, 9:25, 17:21, 24:6, 24:24, 26:18, 26:21, 27:8, 27:9, 27:11, 27:12, 27:18, 28:24, 29:4, 34:13, 34:22, 51:6, 81:13, 81:15, 81:19, 85:18, 91:14, 100:19, 142:2
**pages** [14] - 9:11, 9:24, 73:25, 81:3, 84:1, 84:13, 90:5, 91:25, 92:9, 94:16, 94:24, 95:19, 100:20, 102:5
**pandemic** [2] - 44:17, 44:19
**Panel** [2] - 4:14, 117:21
**panel** [6] - 23:10, 81:12, 104:16, 117:20, 118:2, 126:24
**paper** [6] - 30:23, 30:25, 32:14, 32:20, 33:8, 115:24
**papers** [19] - 23:2, 23:5, 49:3, 49:14, 49:18, 49:22, 49:25, 52:24, 54:4, 80:3, 80:5, 82:15, 83:2, 83:5, 83:10, 145:2, 145:4, 146:6
**paragraph** [5] - 76:8, 119:15, 138:24, 139:15, 142:2
**paraphrases** [1] - 61:18
**paraphrasing** [2] - 102:9, 107:14
**part** [11] - 7:16, 7:23, 9:8, 32:8, 71:14, 81:6, 93:14, 99:10, 123:20, 125:1, 132:18
**participate** [6] - 64:16, 74:22, 79:18, 82:21, 83:12, 135:21
**participated** [6] - 49:13, 67:23, 134:11, 134:12, 135:25, 136:7
**participating** [1] - 134:9
**participation** [2] - 45:11, 115:3

**particular** [11] - 23:19, 23:20, 61:10, 61:12, 61:17, 61:19, 80:25, 99:3, 100:12, 100:18
**particularly** [8] - 35:22, 59:18, 62:4, 65:11, 67:7, 116:9, 129:19, 132:15
**parties** [3] - 5:23, 151:7, 151:24
**parts** [1] - 15:16
**party** [5] - 5:22, 151:1
**pass** [1] - 146:23
**past** [7] - 35:18, 36:6, 39:25, 45:22, 58:22, 129:15, 129:19
**pathogen** [1] - 145:7
**pause** [1] - 19:8
**pedagogical** [1] - 132:19
**peer** [52] - 15:25, 16:5, 16:6, 16:7, 16:10, 17:4, 17:10, 17:12, 17:14, 17:23, 18:7, 22:22, 28:10, 28:17, 28:20, 28:23, 28:24, 29:5, 29:9, 29:13, 32:20, 32:23, 33:16, 33:19, 33:21, 34:6, 34:8, 34:20, 34:22, 35:9, 36:7, 36:13, 36:16, 39:3, 39:4, 39:5, 39:6, 40:4, 40:22, 41:5, 41:12, 41:17, 41:21, 41:25, 42:17, 42:24, 54:10, 54:14, 61:4, 99:6, 120:18
**peer-review** [6] - 17:4, 33:21, 34:8, 34:22, 61:4, 120:18
**peer-reviewed** [6] - 15:25, 17:10, 33:16, 39:3, 39:4, 39:5
**penalize** [1] - 141:13
**people** [21] - 21:8, 31:6, 31:20, 31:23, 42:4, 66:2, 67:2, 73:15, 75:5, 79:23, 86:9, 87:18, 88:18, 88:20, 89:7, 102:9, 109:12, 109:19, 109:22, 114:4, 130:2
**people's** [3] - 107:10, 112:22, 124:1
**per** [7] - 23:24, 31:15, 48:23, 65:3, 77:2, 90:20, 128:18
**perceived** [2] - 108:25, 123:25

**perfectly** [2] - 8:2, 80:14
**perhaps** [3] - 75:4, 90:20, 111:3
**period** [2] - 49:10, 57:8
**person** [9] - 92:3, 107:20, 109:3, 112:9, 112:10, 112:17, 128:23, 137:21, 149:16
**personal** [4] - 60:12, 105:14, 121:24, 122:16
**personally** [6] - 30:19, 31:4, 47:6, 109:5, 110:10, 149:14
**perspectives** [2] - 132:17, 144:10
**peruse** [1] - 22:15
**pervasive** [1] - 112:25
**PhD** [5] - 12:15, 13:6, 13:8, 45:18, 56:7
**phenomenon** [1] - 46:7
**Philip** [35] - 26:13, 28:15, 29:17, 30:20, 31:23, 32:13, 34:25, 35:7, 35:12, 35:17, 35:22, 36:4, 36:12, 36:14, 40:8, 42:15, 53:18, 64:9, 73:21, 73:24, 74:6, 74:22, 76:24, 78:3, 79:7, 80:4, 82:20, 83:25, 94:1, 95:6, 95:19, 96:8, 115:23, 121:9, 121:16
**phrased** [1] - 35:20
**pick** [1] - 85:7
**picking** [1] - 68:21
**picks** [1] - 85:3
**piece** [5] - 34:4, 34:7, 35:5, 38:3, 38:5
**pieces** [10] - 18:5, 18:23, 29:8, 41:15, 78:1, 90:17, 121:7, 121:20, 121:23, 146:14
**place** [6] - 30:18, 37:19, 75:19, 84:8, 140:20, 145:13
**Plaintiff** [4] - 1:4, 1:18, 150:4, 151:21
**plaintiff** [2] - 6:15, 43:11
**PLAINTIFF** [2] - 2:2, 151:8
**platform** [7] - 58:1, 58:3, 58:12, 58:18,

60:1, 65:7, 129:17
**platforming** [2] - 123:16, 123:22
**play** [1] - 145:25
**plenary** [14] - 30:19, 31:7, 31:11, 31:24, 32:6, 32:13, 33:8, 35:1, 35:14, 35:24, 36:15, 53:5, 89:19, 116:20
**PLLC** [2] - 2:3, 151:9
**plus** [2] - 132:22, 133:20
**PO** [2] - 2:4, 151:10
**point** [6] - 14:19, 58:21, 64:23, 66:3, 82:18, 126:21
**pointing** [1] - 121:15
**points** [2] - 27:23, 58:20
**policies** [4] - 111:10, 111:14, 112:13, 131:22
**policy** [4] - 60:13, 111:19, 142:18, 142:22
**polite** [2] - 30:25, 46:1
**politically** [3] - 142:4, 142:10, 142:19
**poor** [2] - 101:24, 103:11
**popular** [1] - 18:8
**population** [1] - 109:17
**portion** [4] - 18:13, 27:7, 64:11, 126:16
**position** [10] - 13:22, 21:7, 44:21, 56:1, 67:13, 70:13, 139:9, 139:14, 139:16
**positions** [2] - 13:21, 15:9
**positive** [1] - 139:8
**possession** [1] - 96:9
**possibility** [3] - 92:12, 95:2, 141:2
**possible** [4] - 16:18, 16:25, 17:3, 33:10
**Post** [1] - 4:20
**post** [5] - 18:22, 137:10, 137:15, 137:16, 137:21
**posts** [1] - 58:18
**potential** [3] - 28:23, 65:22, 129:17
**potentially** [1] - 60:22
**power** [14] - 68:4, 68:7, 68:8, 68:15, 68:20, 68:24, 68:25, 69:2, 69:7, 69:24,

70:2, 70:5, 70:13,
109:19
**practice** [4] - 37:20,
40:3, 65:10, 79:24
**practices** [5] - 27:24,
40:6, 41:11, 98:10,
98:22
**preclude** [1] - 141:1
**predominance** [1] -
110:23
**prefer** [1] - 43:20
**preparation** [3] - 11:8,
11:14, 13:16
**prepare** [1] - 10:10
**preparing** [1] - 151:21
**prerogative** [1] -
116:17
**present** [4] - 15:21,
51:5, 128:6, 129:19
**presentation** [3] -
52:11, 52:25, 53:3
**presenting** [1] - 51:24
**president** [2] - 75:6,
134:19
**press** [2] - 25:22,
38:12
**Press** [17] - 22:3, 25:6,
25:12, 25:15, 25:19,
25:24, 26:9, 27:14,
27:20, 28:9, 34:18,
36:24, 40:13, 40:15,
40:18, 60:15, 65:9
**presses** [1] - 91:1
**pressure** [2] - 69:13,
110:12
**pressures** [1] - 110:16
**presumably** [1] -
59:24
**pretty** [3] - 17:2, 92:6,
136:22
**prevent** [1] - 115:13
**preventative** [1] -
74:25
**prevented** [2] - 74:21,
122:14
**prevents** [2] - 69:7,
115:7
**previous** [5] - 33:23,
84:24, 85:2, 93:10,
134:1
**previously** [2] - 25:23,
92:4
**primarily** [3] - 21:3,
72:17, 72:18
**primary** [1] - 20:15
**print** [5] - 120:17,
120:24, 121:4,
122:1, 122:11
**printed** [2] - 26:8,
93:17

**printout** [2] - 25:5,
26:20
**privileged** [1] - 10:18
**privy** [13] - 35:4, 74:3,
81:9, 84:3, 99:1,
104:11, 104:13,
126:17, 126:18,
126:19, 128:19,
134:25
**pro** [2] - 146:10,
146:12
**pro-Ewell** [2] - 146:10,
146:12
**problem** [1] - 51:3
**procedure** [1] - 103:16
**Procedure** [2] - 1:24,
5:8
**procedures** [2] -
34:23, 125:25
**proceed** [1] - 100:19
**proceeding** [2] -
108:16, 151:25
**Proceedings** [1] -
147:4
**proceedings** [6] -
39:16, 40:4, 41:19,
42:1, 42:12, 64:23
**process** [17] - 16:14,
16:21, 16:25, 17:4,
17:25, 26:20, 26:25,
33:22, 34:8, 49:12,
65:8, 120:18,
125:20, 127:9,
128:6, 128:14, 129:1
**processes** [3] - 98:5,
126:4, 138:1
**produced** [3] - 1:17,
58:24, 81:18
**Producing** [1] - 5:11
**production** [2] - 12:6,
102:13
**Production** [2] - 4:15,
117:22
**professional** [10] -
19:22, 20:16, 21:24,
22:1, 46:1, 78:12,
78:20, 78:24, 79:10,
79:15
**professionally** [1] -
14:4
**professionals** [1] -
34:6
**Professor** [76] - 6:10,
6:24, 9:3, 10:10,
24:2, 25:3, 30:20,
31:7, 38:25, 43:3,
43:10, 44:2, 44:15,
44:25, 45:20, 48:9,
51:6, 62:23, 63:6,
68:4, 68:16, 69:4,

71:7, 71:10, 73:11,
74:8, 74:12, 74:16,
74:21, 75:24, 76:7,
77:25, 80:21, 83:22,
84:5, 84:19, 85:19,
86:15, 89:3, 89:18,
90:11, 90:15, 91:2,
92:3, 94:23, 95:8,
96:20, 97:2, 98:13,
99:21, 101:14,
102:8, 103:3, 103:9,
105:3, 106:5, 106:9,
106:15, 106:25,
107:20, 113:23,
116:19, 118:1,
120:22, 124:11,
126:7, 134:7,
135:22, 136:2,
136:19, 143:8,
145:11, 145:17,
145:20, 146:15
**professor** [10] - 14:12,
14:23, 15:12, 15:13,
44:21, 52:4, 83:3,
84:18, 102:16, 131:8
**professors** [3] - 68:8,
69:14, 142:23
**program** [1] - 31:16
**programs** [1] - 132:24
**progresses** [1] - 63:15
**projects** [1] - 45:7
**promise** [1] - 143:7
**promote** [1] - 129:18
**promotes** [1] - 142:19
**pronounced** [1] - 37:1
**pronouncement** [1] -
77:10
**proper** [2] - 103:12,
145:19
**properly** [1] - 67:1
**proposals** [1] - 144:21
**proposed** [1] - 83:9
**proved** [1] - 149:15
**provide** [5] - 12:5,
59:15, 105:23,
108:13, 127:8
**provided** [7] - 27:5,
59:3, 59:5, 59:12,
81:5, 81:11, 122:16
**providing** [1] - 125:19
**provisions** [1] - 1:24
**provost** [1] - 118:5
**prudence** [2] - 116:4,
116:6
**prudent** [2] - 115:17,
115:20
**public** [5] - 99:1,
125:3, 125:19,
126:3, 127:8
**PUBLIC** [1] - 149:21

**publication** [30] -
18:7, 18:18, 22:16,
22:19, 23:2, 23:12,
32:5, 32:25, 33:12,
34:2, 34:25, 37:3,
37:5, 37:6, 37:7,
37:24, 39:2, 39:5,
42:16, 83:6, 86:18,
87:3, 89:12, 94:21,
125:20, 126:4,
127:9, 127:18,
128:4, 128:24
**publications** [15] -
15:22, 15:24, 19:19,
20:25, 21:1, 42:12,
45:9, 45:10, 61:20,
61:24, 62:10, 78:25,
105:14
**Publicly** [1] - 125:2
**publish** [20] - 25:19,
63:2, 73:14, 80:25,
84:4, 88:24, 91:10,
91:24, 94:19, 95:19,
99:24, 103:13,
110:1, 110:3, 110:6,
110:13, 110:17,
133:16, 137:8,
143:12
**publishable** [1] -
52:11
**published** [52] -
15:23, 17:13, 18:3,
21:15, 21:17, 22:10,
22:13, 23:16, 25:23,
26:12, 32:13, 35:13,
35:24, 36:13, 36:24,
38:13, 38:23, 39:2,
39:7, 39:16, 40:8,
40:11, 40:12, 40:14,
40:17, 41:10, 41:20,
42:1, 42:17, 42:24,
53:21, 54:9, 54:13,
60:15, 83:3, 86:10,
86:12, 86:23, 89:10,
89:18, 90:18, 90:24,
104:15, 106:4,
106:24, 121:7,
126:24, 127:18,
128:2, 135:10,
135:13, 137:21
**Published** [1] - 34:17
**publisher** [1] - 22:7
**publishes** [2] - 22:2,
25:15
**publishing** [27] - 35:8,
35:13, 35:23, 36:7,
36:15, 40:22, 41:5,
78:14, 83:2, 83:25,
89:7, 90:12, 91:7,
92:9, 92:13, 92:16,

92:18, 94:24, 95:7,
96:10, 103:24,
104:7, 104:10,
127:24, 128:7,
128:18, 136:24
**pull** [2] - 133:7, 133:11
**purpose** [3] - 33:4,
76:18, 83:1
**purposes** [2] - 27:21,
149:17
**PURSUANT** [1] - 5:5
**pursuant** [2] - 1:23,
151:5
**pursue** [1] - 14:21
**pursuing** [2] - 14:11,
14:20
**pushback** [1] - 64:8
**put** [13] - 8:4, 10:21,
38:15, 54:15, 61:8,
62:5, 83:18, 98:17,
99:23, 132:20,
134:14, 137:12,
143:14

---

**Q**

---

**Quaker** [2] - 2:4,
151:10
**qualifying** [4] - 45:17,
122:15, 122:20,
122:24
**questioned** [1] -
106:10
**questioning** [1] -
131:20
**questions** [14] - 7:8,
8:10, 8:17, 9:7, 9:16,
10:7, 11:18, 24:4,
43:7, 53:17, 86:24,
94:3, 136:20, 146:25
**quick** [3] - 96:16,
136:1, 143:7
**quickly** [4] - 105:1,
135:5, 136:22, 139:9
**QUIMBY** [189] - 2:8,
5:14, 6:16, 16:9,
19:4, 20:13, 21:10,
23:3, 23:13, 23:22,
24:7, 24:11, 25:20,
26:3, 27:2, 27:4,
28:18, 29:1, 29:6,
30:24, 31:9, 31:25,
32:7, 32:17, 32:22,
33:1, 33:17, 34:3,
34:21, 35:3, 35:15,
36:2, 36:9, 36:22,
37:17, 38:18, 39:1,
40:23, 41:7, 41:13,
41:23, 42:10, 42:19,
43:2, 43:18, 46:5,

46:14, 46:25, 47:13,
47:18, 48:1, 48:14,
48:20, 50:4, 50:17,
50:19, 50:23, 51:3,
53:1, 53:10, 53:24,
54:6, 54:11, 54:17,
57:9, 57:20, 59:1,
59:10, 60:16, 61:1,
61:22, 65:21, 66:1,
67:8, 67:25, 68:6,
68:17, 69:9, 70:1,
70:8, 71:8, 71:18,
72:21, 73:9, 74:1,
74:14, 74:18, 74:24,
76:15, 77:9, 77:21,
78:16, 79:12, 79:20,
82:23, 83:13, 84:2,
85:5, 86:1, 87:14,
87:22, 88:6, 88:14,
88:19, 89:1, 89:4,
89:13, 90:6, 90:14,
90:25, 91:9, 92:1,
92:17, 93:12, 94:2,
95:1, 95:12, 95:21,
96:1, 96:13, 96:18,
98:8, 98:24, 101:3,
102:7, 103:14,
103:21, 104:3,
104:6, 105:7,
105:18, 106:13,
106:18, 107:1,
107:17, 108:4,
109:15, 109:23,
110:9, 110:15,
110:22, 111:2,
111:18, 111:23,
113:4, 113:20,
114:8, 114:18,
114:24, 115:10,
115:16, 116:1,
116:5, 116:12,
117:8, 119:24,
121:10, 121:18,
122:2, 122:18,
122:23, 123:11,
123:13, 123:18,
123:23, 124:9,
124:12, 124:17,
125:4, 125:12,
125:23, 126:8,
127:2, 127:11,
127:22, 128:12,
129:7, 130:1,
130:17, 131:6,
138:4, 138:18,
140:2, 140:12,
141:16, 142:12,
142:21, 146:25,
151:14
**Quimby** [3] - 6:16,
10:11, 150:23

**quite** [4] - 36:3, 58:19,
73:4, 105:8
**quote** [28] - 46:12,
46:18, 46:19, 46:23,
47:12, 68:3, 70:5,
77:8, 88:12, 90:11,
97:20, 100:12,
101:13, 101:18,
101:21, 104:1,
106:25, 115:20,
121:25, 123:22,
127:8, 129:3, 129:6,
142:9, 142:19,
144:1, 144:7
**quote/unquote** [1] -
102:11

# R

**race** [10] - 113:3,
114:6, 114:15,
114:17, 115:1,
115:4, 115:8,
115:14, 142:4,
142:10
**Racial** [4] - 26:13,
29:20, 31:8, 32:15
**racial** [2] - 113:19,
120:4
**racially** [14] - 61:3,
61:7, 61:21, 62:4,
88:3, 103:10, 105:9,
105:10, 105:11,
124:2, 124:3
**racism** [14] - 35:12,
35:22, 36:15, 36:18,
41:5, 101:21,
101:23, 102:5,
103:7, 103:20,
104:2, 112:24,
114:22, 129:18
**racist** [22] - 4:13, 36:5,
46:9, 46:13, 46:18,
46:23, 47:12, 62:4,
88:12, 104:24,
105:4, 105:5,
105:22, 106:11,
111:9, 111:14,
117:1, 123:16,
123:22, 129:20,
130:6, 130:13
**Racist** [2] - 99:24,
112:13
**raise** [1] - 42:16
**raised** [4] - 42:21,
61:4, 80:25, 107:10
**raises** [2] - 28:22,
86:24
**raising** [2] - 52:22,
77:2

**rancorous** [3] - 57:23,
60:10, 63:25
**rap** [7] - 102:12,
102:16, 102:24,
103:7, 107:11
**rapidly** [2] - 65:20,
65:22
**rather** [2] - 47:22,
57:22
**Re** [2] - 4:3, 9:21
**re** [2] - 10:4, 64:8
**Re-Notice** [2] - 4:3,
9:21
**re-notice** [1] - 10:4
**reaction** [1] - 65:1
**reactions** [1] - 145:17
**read** [53] - 9:18, 18:20,
24:8, 24:12, 26:15,
28:5, 33:13, 42:4,
52:14, 63:12, 64:11,
66:10, 67:4, 73:18,
75:10, 76:11, 76:21,
77:17, 78:5, 78:9,
78:13, 78:17, 78:18,
78:24, 79:8, 79:10,
79:14, 79:19, 86:15,
90:1, 90:2, 104:15,
104:21, 104:22,
104:25, 105:2,
105:3, 111:12,
112:15, 116:15,
118:6, 120:19,
126:16, 129:21,
137:5, 137:18,
138:13, 138:15,
139:12, 141:25,
143:23, 144:16,
149:6
**reading** [4] - 66:12,
98:23, 112:12,
116:10
**ready** [1] - 39:11
**real** [2] - 96:16, 104:14
**really** [12] - 44:17,
58:12, 88:1, 89:2,
89:9, 94:13, 98:13,
104:13, 105:8,
114:15, 135:5, 143:5
**reason** [14] - 25:18,
27:24, 36:18, 39:9,
70:21, 70:24, 71:4,
71:15, 80:1, 82:19,
88:23, 90:10, 90:15,
143:18
**REASON** [1] - 148:4
**reasonable** [4] -
79:17, 92:3, 124:1,
138:21
**reasons** [3] - 104:8,
116:16, 127:24

**rebutted** [1] - 142:5
**receive** [5] - 52:11,
66:20, 82:12, 82:13,
82:20
**received** [20] - 12:15,
12:21, 14:10, 14:19,
30:23, 30:25, 52:18,
66:19, 66:22, 70:10,
76:6, 80:4, 81:10,
82:15, 82:17, 82:25,
94:10, 115:25,
121:16
**receiving** [2] - 76:1,
76:4
**recent** [4] - 25:22,
73:3, 73:4, 142:5
**recently** [2] - 39:23,
39:25
**reception** [2] - 31:1
**Recess** [4] - 24:17,
48:6, 99:18, 136:16
**recipient** [2] - 52:1,
52:9
**recognize** [10] - 9:20,
51:2, 51:25, 82:9,
118:16, 118:18,
133:23, 137:14,
137:16, 143:17
**recognized** [2] -
102:23, 102:24
**recognizing** [2] -
128:25, 132:3
**recommendation** [2] -
141:3, 141:10
**recommendations** [1]
- 69:14
**Record** [4] - 78:4,
78:9, 78:10, 79:7
**record** [65] - 1:24, 6:3,
6:12, 7:3, 7:5, 7:16,
7:24, 8:13, 8:25,
11:20, 11:24, 15:18,
15:22, 18:1, 19:17,
19:18, 20:9, 23:9,
24:2, 24:14, 24:16,
24:19, 24:21, 26:16,
38:2, 43:22, 44:6,
48:2, 48:5, 48:8,
49:9, 50:7, 50:12,
55:20, 62:15, 62:20,
63:2, 70:4, 80:18,
81:1, 84:7, 84:25,
94:9, 99:15, 99:17,
99:20, 99:22, 99:25,
100:4, 108:7,
117:20, 131:25,
132:11, 133:10,
133:16, 133:17,
136:12, 136:15,
136:18, 137:13,

143:13, 143:24,
147:3, 150:20, 151:7
**refer** [7] - 20:6, 58:10,
73:21, 119:4, 119:5,
119:25, 120:21
**reference** [3] - 106:5,
123:8, 130:15
**referred** [3] - 40:25,
63:23, 129:2
**referring** [17] - 11:1,
19:14, 53:5, 64:5,
64:13, 66:15, 80:9,
82:8, 119:9, 120:3,
120:12, 137:17,
139:6, 139:14,
142:6, 142:9, 145:14
**refers** [6] - 33:11,
105:22, 108:22,
132:16, 142:9,
144:18
**reflections** [1] - 18:23
**refresh** [3] - 59:23,
131:18, 135:21
**refuse** [2] - 78:24,
79:10
**refused** [2] - 78:5,
79:8
**refutation** [1] - 103:13
**refutations** [1] -
105:19
**refuted** [1] - 105:15
**regard** [1] - 46:12
**regarding** [2] - 57:24,
137:25
**regards** [3] - 48:23,
67:16, 90:8
**Registration** [1] -
152:9
**rejected** [1] - 113:13
**related** [3] - 38:8,
68:19, 151:24
**relation** [3] - 10:13,
107:3, 107:4
**relations** [2] - 142:4,
142:10
**relationship** [21] -
43:10, 43:25, 44:6,
48:11, 48:15, 55:1,
55:7, 57:16, 69:2,
69:8, 69:25, 70:3,
70:13, 70:15, 70:17,
71:11, 71:12, 71:22,
71:23, 126:7, 144:20
**relatively** [1] - 136:25
**release** [1] - 125:2
**relevant** [1] - 112:1
**relieve** [1] - 7:18
**reluctant** [1] - 69:17
**remain** [3] - 14:12,
15:12, 17:6

**remains** [1] - 126:25
**remark** [4] - 102:8,
106:2, 122:4, 122:24
**remarking** [1] - 62:12
**remarks** [16] - 61:3,
61:6, 61:12, 61:18,
101:24, 102:11,
102:14, 103:9,
105:10, 106:3,
106:10, 107:4,
107:13, 113:10,
146:16
**remem** [1] - 78:7
**remember** [27] - 30:6,
30:9, 30:13, 40:1,
49:12, 52:16, 52:21,
53:8, 58:19, 60:9,
64:3, 75:15, 76:4,
78:7, 100:9, 102:1,
102:8, 102:13,
106:8, 106:9, 107:7,
119:23, 134:14,
137:3, 144:19,
145:15
**remotely** [1] - 6:5
**Remotely** [2] - 1:13,
150:12
**removal** [1] - 129:17
**RENALDO** [1] - 2:14
**Renaldo** [3] - 6:19,
10:11, 50:21
**renaldo.stowers@**
**untsystem.edu** [1] -
2:18
**rename** [1] - 63:2
**repeat** [2] - 56:16,
115:11
**repertoires** [2] -
110:19, 110:21
**rephrase** [2] - 71:3,
74:4
**replete** [1] - 120:4
**replies** [1] - 52:11
**report** [7] - 104:15,
104:17, 104:21,
118:1, 118:17,
126:24, 127:5
**Report** [2] - 4:14,
117:21
**Reported** [2] - 1:13,
150:12
**reported** [1] - 1:21
**reporter** [3] - 8:14,
19:11, 32:10
**REPORTER** [8] - 6:4,
6:13, 50:10, 50:15,
62:18, 71:2, 100:5,
133:14
**Reporter** [7] - 6:12,
50:9, 62:16, 126:15,

130:23, 133:12,
150:16
**Reporter's** [1] - 3:10
**REPORTER'S** [1] -
150:9
**reporting** [1] - 6:5
**reports** [1] - 22:24
**represent** [9] - 6:17,
23:9, 26:8, 36:11,
80:20, 81:4, 94:11,
117:25, 119:20
**representation** [2] -
109:10, 109:21
**reprints** [1] - 37:19
**reputation** [1] - 67:15
**request** [1] - 52:10
**requested** [1] - 47:24
**Requested** [1] -
126:16
**required** [2] - 116:4,
116:6
**research** [8] - 13:25,
14:24, 14:25, 22:22,
23:18, 57:16, 138:25
**reserve** [1] - 146:25
**reserved** [1] - 34:18
**residence** [4] - 72:2,
72:12, 72:19, 72:23
**resistance** [4] - 92:8,
92:13, 92:16, 92:20
**respond** [22] - 64:9,
76:10, 76:19, 90:17,
91:22, 92:11, 93:22,
94:1, 94:7, 94:8,
94:15, 94:16,
101:15, 101:18,
120:17, 120:24,
121:4, 121:6, 121:9,
121:20, 121:25,
122:11
**responded** [2] - 61:25,
73:16
**responding** [2] - 73:8,
73:24
**response** [22] - 8:16,
10:4, 53:9, 53:11,
53:12, 53:19, 73:6,
75:9, 75:21, 78:1,
79:25, 83:25, 86:8,
86:10, 90:3, 91:14,
103:12, 103:19,
104:1, 106:3, 127:5,
127:10
**Response** [1] - 50:12
**response-to-the** [1] -
86:10
**responses** [6] - 73:16,
84:23, 86:11, 144:7,
145:17, 145:19
**responsibilities** [1] -

141:18
**responsible** [1] -
128:24
**restate** [5] - 16:23,
55:19, 61:14, 89:5,
126:14
**resulted** [2] - 111:9,
112:13
**retain** [1] - 18:25
**retreat** [7] - 133:2,
133:5, 134:5,
134:10, 135:17,
135:22, 136:9
**retreats** [1] - 134:13
**return** [4] - 15:5, 15:7,
150:24
**review** [32] - 9:16,
9:17, 16:10, 16:14,
16:21, 17:4, 18:2,
22:13, 22:22, 22:23,
26:20, 26:25, 27:18,
27:24, 33:21, 34:8,
34:20, 34:22, 36:8,
36:14, 36:16, 40:5,
40:22, 41:5, 41:12,
42:17, 42:25, 54:10,
54:14, 61:4, 120:18,
137:25
**Review** [4] - 4:14,
117:21
**reviewed** [35] - 15:25,
16:5, 16:6, 16:8,
17:10, 17:12, 17:14,
17:23, 17:24, 18:5,
18:7, 28:10, 28:17,
28:20, 28:23, 28:25,
29:5, 29:9, 29:13,
32:20, 32:23, 33:16,
33:19, 35:9, 39:3,
39:4, 39:5, 39:6,
41:17, 41:22, 41:25,
143:22, 144:11,
146:8
**reviewers** [5] - 16:11,
16:18, 17:1, 17:5,
99:6
**reviewing** [1] - 98:6
**reviews** [2] - 22:24
**Richard** [1] - 18:19
**rights** [2] - 34:18,
125:15
**risky** [1] - 114:25
**role** [11] - 56:23, 65:7,
66:9, 67:21, 93:7,
93:18, 137:1,
141:10, 141:14,
145:25, 146:2
**roots** [1] - 111:9
**roughly** [2] - 13:18,
37:12

**ruined** [1] - 67:1
**rule** [1] - 79:22
**Rules** [2] - 1:23, 5:8
**rules** [2] - 6:25, 23:23
**run** [1] - 31:19

**S**

**safe** [3] - 88:4, 117:6,
117:9
**SANDERS** [2] - 1:20,
152:6
**Sanders** [2] - 6:4,
150:15
**Saturday** [4] - 30:12,
75:13, 85:24, 86:3
**saw** [1] - 137:3
**scan** [1] - 63:14
**scanning** [1] - 9:25
**Schenker** [3] - 45:4,
77:6, 77:8
**Schenkerian** [94] -
4:15, 10:14, 47:23,
48:10, 48:12, 48:16,
48:18, 48:23, 49:15,
53:22, 54:5, 54:18,
55:10, 56:14, 56:20,
56:23, 57:19, 57:24,
61:21, 62:3, 64:14,
67:23, 71:17, 73:8,
73:25, 77:7, 77:12,
78:5, 79:8, 80:3,
81:8, 81:25, 82:16,
82:21, 84:1, 86:18,
87:4, 88:5, 88:9,
88:25, 89:8, 89:11,
90:4, 90:9, 90:12,
91:25, 92:10, 93:7,
93:11, 94:17, 94:20,
94:25, 95:7, 95:20,
98:7, 98:10, 99:4,
99:10, 101:10,
102:6, 103:19,
103:24, 104:10,
104:23, 105:17,
106:4, 106:7,
106:24, 116:10,
117:22, 118:3,
118:13, 118:21,
119:2, 119:8, 120:4,
123:17, 123:21,
124:23, 124:24,
128:7, 131:2, 137:1,
138:16, 139:3,
139:20, 139:24,
140:17, 141:11,
141:14, 144:22,
145:3, 145:9, 146:8
**Schenkerians** [5] -
52:10, 76:18, 76:25,

77:6, 77:16
**scholar** [5] - 77:12,
78:13, 79:10,
106:12, 116:15
**scholarly** [3] - 23:12,
65:11, 145:22
**scholars** [13] - 16:11,
34:5, 36:4, 52:12,
77:8, 78:17, 103:16,
110:18, 112:3,
112:5, 113:18,
114:14, 114:25
**scope** [1] - 39:5
**Scozzari** [1] - 2:21
**screen** [4] - 9:1, 25:2,
38:15, 81:23
**scroll** [1] - 51:8
**se** [7] - 23:24, 31:15,
48:24, 65:3, 77:2,
90:20, 128:18
**seal** [1] - 149:18
**sec** [2] - 100:22, 143:6
**second** [15] - 9:25,
17:21, 25:5, 28:5,
30:16, 53:16, 65:13,
66:14, 76:8, 91:20,
119:10, 119:15,
137:8, 142:2, 143:15
**secondhand** [2] -
137:4, 137:18
**section** [3] - 28:16,
39:15, 47:25
**see** [55] - 9:1, 9:8,
9:15, 11:23, 14:9,
16:1, 17:20, 19:6,
24:25, 25:3, 25:7,
25:8, 29:17, 33:4,
36:10, 36:17, 37:19,
51:5, 51:11, 51:12,
51:17, 51:18, 52:13,
62:22, 63:6, 63:15,
66:6, 76:5, 76:8,
78:20, 78:23, 80:14,
81:14, 81:24, 82:5,
84:16, 84:18, 84:19,
84:22, 85:13, 91:18,
95:16, 96:23, 96:25,
105:11, 118:14,
118:24, 121:14,
123:15, 126:1,
128:21, 133:7,
133:10, 134:20
**seeing** [6] - 55:8, 64:7,
75:18, 80:5, 86:9,
88:15
**seem** [3] - 66:22,
89:16, 116:3
**semantic** [1] - 90:21
**semester** [2] - 13:11,
13:13

**send** [5] - 75:7, 91:21,
92:10, 93:21, 94:14
**sense** [1] - 63:14
**sent** [4] - 16:10, 63:23,
71:5, 80:7
**sentence** [7] - 66:14,
73:20, 120:21,
122:13, 141:23,
142:16
**sentiment** [2] - 60:10,
146:14
**sentiments** [5] -
68:19, 123:17,
123:22, 124:3,
125:14
**September** [1] - 13:20
**series** [2] - 81:19, 94:6
**serve** [3] - 52:17, 56:6,
59:23
**server** [8] - 80:8, 82:3,
82:8, 82:9, 82:12,
83:17, 94:10
**serving** [3] - 45:5,
57:12, 65:7
**session** [1] - 116:20
**sessions** [2] - 31:19,
31:21
**setbacks** [1] - 44:25
**settle** [1] - 133:7
**several** [4] - 87:17,
88:18, 88:20, 89:6
**sew** [2] - 25:17, 94:22
**shall** [1] - 6:11
**shameful** [1] - 139:9
**shape** [1] - 46:4
**share** [1] - 83:9
**shares** [1] - 85:1
**sheer** [1] - 86:24
**SHERMAN** [2] - 1:2,
150:2
**short** [3] - 18:23,
47:24
**Shorthand** [1] -
150:15
**shorthand** [1] - 1:22
**shortly** [4] - 30:3,
43:19, 44:16, 56:19
**show** [1] - 9:13
**showing** [1] - 26:16
**shuttered** [1] - 145:7
**sign** [5] - 91:6, 100:14,
101:2, 101:7, 112:25
**signatory** [1] - 100:24
**SIGNATURE** [2] -
5:18, 148:1
**signature** [4] - 130:8,
130:15, 149:6,
150:24
**Signature..................
.............** [1] - 3:9

**signatures** [3] - 9:25,
100:17, 100:18
**signed** [25] - 10:13,
51:11, 87:17, 88:18,
88:21, 100:8,
101:17, 102:4,
104:23, 105:22,
105:25, 108:12,
108:15, 108:20,
111:7, 116:24,
116:25, 118:13,
120:9, 120:12,
120:13, 120:16,
121:2, 121:12, 130:5
**significant** [3] -
138:12, 138:17,
139:10
**signification** [1] -
34:17
**signing** [4] - 87:10,
87:11, 112:24,
129:24
**silenced** [3] - 90:11,
90:16, 90:20
**similar** [1] - 64:25
**similarly** [1] - 132:10
**simple** [3] - 92:6,
94:13, 139:5
**simply** [5] - 42:17,
42:23, 49:18, 55:5,
145:18
**singled** [4] - 61:17,
101:13, 106:9,
116:18
**sit** [3] - 30:19, 60:24,
88:22
**situation** [1] - 76:8
**six** [2] - 29:8, 84:13
**skepticism** [1] - 113:7
**skin** [1] - 112:19
**skip** [6] - 28:12, 34:10,
63:9, 85:12, 96:22,
128:15
**skipping** [1] - 64:6
**Slottow** [9] - 4:7, 4:8,
62:21, 63:18, 75:24,
76:7, 77:20, 86:6,
93:21
**small** [2] - 17:1, 24:9
**smart** [1] - 69:21
**smt** [2] - 81:24, 82:6
**SMT** [25] - 4:13, 19:25,
20:2, 20:5, 21:15,
21:20, 26:1, 52:11,
52:24, 53:3, 53:5,
76:9, 76:20, 80:8,
88:1, 88:11, 89:20,
94:10, 99:24,
108:20, 112:12,
116:25, 120:9,

121:16
**smt-announce** [1] -
81:24
**smt-announce@
societymusictherapy
.org** [1] - 82:6
**so-called** [7] - 68:15,
68:24, 81:6, 97:24,
103:20, 118:2,
129:12
**social** [6] - 60:1, 60:4,
60:11, 62:9, 65:7,
86:9
**society** [4] - 19:23,
21:24, 22:1, 26:21
**Society** [33] - 14:1,
19:19, 19:21, 19:22,
19:24, 20:1, 20:6,
20:8, 20:11, 21:17,
24:25, 26:10, 26:21,
26:25, 27:7, 27:13,
28:13, 30:1, 31:13,
32:4, 32:6, 32:14,
32:16, 33:8, 42:23,
49:3, 50:3, 76:24,
82:10, 87:8, 87:13,
100:9, 115:25
**SocietyMusicTheory
.org** [1] - 25:2
**solicit** [4] - 37:15,
40:3, 53:19, 83:6
**solicitation** [1] - 52:24
**solicited** [7] - 18:4,
37:6, 37:7, 41:15,
54:4, 121:21, 145:2
**soliciting** [4] - 38:3,
38:6, 49:3, 80:2
**solicits** [1] - 18:23
**solid** [1] - 139:17
**solidarity** [1] - 118:25
**someone** [6] - 79:18,
85:3, 88:23, 89:10,
116:19, 116:20
**sometimes** [4] -
16:20, 16:24, 113:7,
115:22
**somewhat** [2] - 71:25,
121:21
**somewhere** [1] - 72:2
**sorry** [34] - 11:20,
16:22, 17:16, 19:8,
21:14, 24:7, 24:11,
26:23, 30:17, 32:7,
37:22, 38:14, 43:21,
49:7, 50:19, 50:23,
51:2, 55:19, 59:14,
60:3, 63:5, 73:5,
73:13, 74:3, 82:4,
98:12, 100:4,
104:20, 123:19,

126:10, 128:15,
133:22, 141:23,
143:8
**sort** [18] - 39:13, 45:9,
57:5, 60:14, 63:8,
68:3, 93:18, 107:12,
108:24, 110:18,
113:10, 115:13,
122:22, 130:13,
132:21, 136:24,
138:5, 141:20
**sorts** [3] - 104:7,
127:24, 132:17
**speaking** [12] - 14:2,
35:25, 41:18, 69:10,
108:5, 111:5,
113:21, 115:7,
115:14, 116:23,
126:20
**specially** [1] - 106:16
**specific** [19] - 26:19,
26:24, 36:18, 46:8,
46:18, 47:11, 58:17,
58:20, 59:17, 59:20,
62:2, 75:17, 98:21,
98:22, 105:19,
106:8, 114:10,
122:4, 130:6
**specifically** [7] -
22:17, 56:4, 57:11,
102:3, 103:8, 129:4,
129:18
**specified** [1] - 29:7
**specify** [1] - 29:4
**Spectrum** [28] - 19:13,
19:14, 19:16, 19:18,
21:7, 21:11, 21:12,
21:19, 22:8, 22:10,
22:14, 22:21, 24:23,
25:7, 25:15, 25:19,
26:11, 26:22, 27:1,
27:23, 28:9, 28:13,
32:16, 34:14, 35:1,
35:14, 35:23, 42:16
**Spectrum.......** [1] -
4:5
**spend** [1] - 11:10
**spending** [1] - 34:11
**spent** [1] - 13:15
**Sphinx** [2] - 134:20,
134:23
**spring** [3] - 13:5,
13:11, 13:13
**springtime** [1] - 49:10
**staff** [11] - 48:18,
48:21, 57:13, 74:9,
93:15, 98:6, 99:6,
99:10, 109:11,
109:17, 135:17
**stage** [2] - 45:18,

91:11
**stages** [2] - 111:21,
112:14
**stamp** [1] - 100:23
**stand** [1] - 118:25
**standard** [3] - 18:2,
103:15, 107:10
**standards** [5] - 22:16,
22:19, 22:20, 23:20,
108:24
**standing** [3] - 31:2,
31:5
**stands** [1] - 112:9
**start** [5] - 44:20,
63:22, 100:17,
100:19, 131:24
**started** [1] - 13:18
**starting** [3] - 28:16,
62:8
**starts** [1] - 84:13
**state** [6] - 6:11, 7:3,
15:22, 21:21, 70:4,
84:25
**State** [2] - 1:21,
150:16
**STATE** [2] - 149:12,
149:22
**statement** [21] - 10:20,
10:22, 10:23, 11:1,
78:4, 101:17,
108:12, 111:8,
113:1, 119:15,
122:21, 124:7,
124:11, 124:13,
129:25, 130:5,
130:7, 130:14,
131:2, 131:5
**Statement** [2] -
118:12, 118:20
**statements** [7] -
61:20, 103:6,
105:15, 106:6,
112:24, 127:19,
129:24
**states** [1] - 112:22
**STATES** [2] - 1:1,
150:1
**stating** [2] - 32:20,
32:23
**stenographer** [1] -
8:14
**stenographic** [1] - 6:6
**Stephen** [7] - 4:6, 4:8,
62:21, 63:18, 77:20,
86:6, 93:21
**stereotypes** [1] -
120:5
**stick** [1] - 107:18
**still** [3] - 88:3, 88:22,
128:10

stir [1] - 42:17
stop [2] - 104:7,
127:23
stopped [3] - 104:10,
128:4, 128:17
Stowers [2] - 6:19,
10:11
STOWERS [2] - 2:14,
6:19
straight [1] - 93:24
straightforwardly [1] -
98:12
strict [1] - 111:19
strictly [8] - 14:1,
35:25, 41:18, 69:10,
108:5, 111:5, 113:21
strike [9] - 32:10,
33:25, 57:10, 68:12,
69:5, 98:11, 106:21,
134:1, 134:15
string [1] - 133:19
structural [2] - 105:24,
108:13
structure [1] - 138:6
structures [1] - 109:18
student [27] - 10:14,
10:20, 45:5, 45:12,
45:19, 47:3, 47:7,
47:10, 55:2, 56:7,
57:4, 66:8, 66:9,
67:13, 68:23, 69:2,
69:23, 70:3, 93:11,
119:16, 130:7,
131:5, 136:24,
137:10, 139:8
student-teacher [2] -
69:2, 70:3
students [32] - 11:2,
21:4, 45:16, 45:22,
46:3, 46:6, 46:24,
48:21, 55:6, 68:8,
69:13, 69:19, 69:20,
119:1, 119:7, 123:2,
123:6, 123:24,
124:7, 124:14,
124:15, 124:18,
124:19, 125:5,
125:11, 127:14,
129:8, 129:9, 131:8,
131:10, 132:5
students' [1] - 45:6
studies [1] - 124:23
Studies [91] - 4:15,
10:14, 47:23, 48:11,
48:12, 48:16, 48:19,
48:23, 49:15, 53:22,
54:5, 54:18, 55:11,
56:14, 56:20, 56:23,
57:19, 57:25, 61:21,
62:3, 64:14, 67:24,

71:17, 73:8, 73:25,
78:6, 79:9, 80:4,
81:8, 81:25, 82:16,
82:22, 84:1, 86:19,
87:4, 88:5, 88:9,
88:25, 89:8, 89:11,
90:4, 90:9, 90:12,
91:25, 92:10, 93:8,
93:11, 94:17, 94:20,
94:25, 95:7, 95:20,
98:7, 98:10, 99:4,
99:11, 101:11,
102:6, 103:19,
103:24, 104:10,
104:23, 105:17,
106:5, 106:7,
106:24, 116:11,
117:23, 118:3,
118:13, 118:21,
119:2, 119:8, 120:4,
123:17, 123:21,
124:24, 128:7,
131:3, 137:2,
138:17, 139:3,
139:20, 139:24,
140:17, 141:11,
141:14, 144:22,
145:3, 145:9, 146:8
study [1] - 77:6
styled [1] - 1:18
sub [1] - 111:8
subjected [1] - 33:22
submission [4] - 28:1,
34:9, 37:23, 86:22
submissions [3] -
28:1, 83:6, 146:20
submit [3] - 37:6,
78:1, 83:14
submitted [3] - 15:15,
37:4, 150:22
submitting [1] - 38:10
subscribed [1] -
149:16
subscriber [2] - 82:13,
82:24
subsequent [2] -
64:18, 94:20
subsequently [3] -
60:23, 67:19, 92:14
substance [4] - 87:21,
87:25, 97:23, 101:9
substituted [1] - 47:16
succeeded [1] -
127:21
success [1] - 91:6
suffer [2] - 115:6,
115:13
suffered [4] - 109:21,
109:24, 111:21,
112:14

suffering [1] - 7:12
suggest [3] - 28:19,
53:18, 144:8
suggesting [2] -
28:15, 99:3
suggestion [4] -
95:22, 95:24, 96:2,
144:15
suggestions [4] -
107:11, 113:13,
113:14, 146:6
suggests [2] - 29:18,
92:2
summarize [2] -
14:18, 17:3
summary [1] - 88:10
summer [4] - 13:15,
57:7, 57:21, 138:24
Sunday [4] - 30:12,
97:12, 97:15, 144:2
Sundays [2] - 97:18,
97:19
supervision [1] - 56:1
supervisor [1] - 56:2
supervisory [1] -
69:22
support [1] - 49:18
supporting [1] - 84:5
supposedly [1] -
118:3
supremacist [1] -
111:9
supremacy [22] -
105:24, 108:2,
108:7, 108:10,
108:14, 108:19,
108:20, 108:22,
109:6, 109:13,
110:1, 110:7,
110:14, 110:21,
111:1, 111:4, 111:6,
113:19, 113:24,
113:25, 114:4,
114:12
surmise [1] - 121:5
surmised [1] - 113:2
surprised [1] - 77:23
surrounding [1] -
57:18
suspicions [1] -
112:20
sworn [3] - 1:18, 6:9,
150:19
symposia [3] - 23:10,
23:21, 23:24
symposium [9] - 23:2,
23:5, 23:15, 23:16,
23:17, 53:22, 54:9,
79:18, 90:12
System [2] - 2:15,

6:21
systemic [1] - 114:5
systemically [1] -
106:11

T

table [3] - 26:10,
28:14, 29:18
tacit [1] - 79:22
TAKEN [1] - 5:5
talks [4] - 37:19,
42:13, 114:16,
138:23
taste [4] - 77:24,
79:24, 101:24,
103:11
teach [3] - 20:22,
20:23, 20:24
teacher [2] - 69:2,
70:3
teachers [2] - 69:11
teaching [5] - 72:6,
72:8, 93:1, 110:20,
140:5
team [1] - 18:4
television [1] - 111:4
ten [1] - 47:25
tenure [3] - 15:14,
15:15, 115:3
tenured [1] - 109:11
term [1] - 56:3
terms [2] - 56:5, 97:7
testified [6] - 6:9,
15:20, 36:12, 94:11,
98:4, 118:6
testimony [17] - 10:4,
11:8, 11:14, 27:22,
33:23, 58:14, 78:23,
89:9, 89:15, 92:15,
92:19, 100:10,
109:14, 109:16,
122:1, 150:20, 151:6
TEXAS [3] - 1:1, 2:13,
150:1
Texas [60] - 1:21,
2:10, 2:16, 2:16,
5:16, 6:5, 6:6, 6:17,
6:21, 11:3, 11:5,
11:6, 13:15, 13:17,
14:3, 14:13, 14:25,
15:3, 15:6, 30:4,
36:24, 40:13, 40:15,
40:18, 44:8, 44:13,
48:13, 52:5, 55:3,
60:13, 65:9, 72:3,
72:7, 101:7, 104:16,
108:3, 108:8, 109:2,
109:7, 109:22,
110:2, 110:4, 110:8,

111:15, 111:22,
112:1, 112:18,
115:8, 115:15,
126:25, 127:8,
131:22, 132:1,
132:12, 136:3,
142:11, 142:19,
150:16, 151:16,
152:8
Texas's [1] - 26:5
texist [1] - 109:1
text [1] - 33:10
textbook [1] - 17:16
THAD [3] - 2:3, 151:3,
151:9
Thad [2] - 6:14, 151:20
THE [31] - 1:1, 1:1,
2:2, 2:7, 2:20, 6:2,
6:4, 6:13, 24:15,
24:18, 43:21, 48:4,
48:7, 50:10, 50:15,
62:18, 62:24, 71:2,
96:21, 99:16, 99:19,
100:5, 133:14,
136:14, 136:17,
147:2, 149:22,
150:1, 150:1, 151:8,
151:13
theirs [1] - 77:16
themes [1] - 89:19
themselves [3] -
27:25, 31:21, 125:15
theoretical [1] - 77:4
Theoria [18] - 36:25,
37:2, 37:5, 37:7,
38:10, 39:7, 39:19,
40:3, 40:9, 40:11,
40:12, 40:17, 40:21,
41:2, 41:11, 41:21,
42:24
Theoria's [1] - 41:11
theorist [2] - 20:19,
37:15
theorists [4] - 19:23,
35:18, 36:5, 105:6
Theory [50] - 13:23,
18:17, 19:14, 19:16,
19:18, 19:20, 19:21,
19:22, 19:24, 20:1,
20:6, 20:8, 20:11,
21:12, 21:14, 21:18,
21:19, 21:23, 22:13,
24:25, 25:6, 25:15,
25:19, 26:11, 26:22,
27:1, 27:7, 27:23,
28:13, 28:14, 30:1,
31:13, 32:5, 32:6,
32:14, 33:8, 34:14,
42:23, 49:4, 50:3,
76:25, 82:10, 87:8,

87:13, 89:23, 89:24,
100:9, 115:25
**theory** [16] - 18:24,
19:12, 20:22, 20:23,
20:24, 21:2, 21:5,
21:8, 21:13, 42:6,
42:7, 42:9, 92:25,
97:4, 101:1, 102:16
**Theory's** [6] - 26:13,
27:13, 29:20, 31:8,
32:15, 32:16
**therein** [1] - 149:17
**thinking** [2] - 120:8,
120:11
**third** [1] - 21:21
**thoughts** [1] - 83:9
**thread** [7] - 65:4,
84:12, 84:17, 85:1,
85:4, 85:8, 91:14
**three** [3] - 16:1, 21:12,
146:4
**thriving** [1] - 44:24
**throw** [1] - 132:7
**thrust** [1] - 87:25
**Thursday** [1] - 30:12
**timely** [1] - 86:8
**Timothy** [40] - 4:6, 4:8,
4:11, 43:11, 43:25,
44:6, 44:12, 45:2,
45:11, 45:25, 46:2,
46:10, 46:19, 46:23,
47:11, 51:11, 52:7,
52:22, 63:17, 68:4,
75:3, 75:12, 75:16,
81:5, 83:24, 84:11,
86:5, 93:21, 103:6,
103:13, 104:4,
105:2, 105:15,
107:16, 127:4,
127:10, 130:6,
130:13, 142:25
**TIMOTHY** [2] - 1:3,
150:3
**tinged** [1] - 105:10
**title** [9] - 28:24, 29:4,
29:23, 55:23, 56:25,
57:4, 80:10, 89:23,
89:25
**TO** [2] - 5:5, 5:9
**today** [15] - 7:8, 7:17,
8:23, 9:12, 10:3,
11:8, 11:14, 39:14,
58:14, 60:24, 78:23,
88:23, 89:9, 92:15,
136:20
**today's** [3] - 6:2,
10:10, 11:11
**together** [3] - 45:2,
45:5, 98:17
**took** [6] - 13:22,

30:18, 71:14, 75:18,
125:13
**topic** [10] - 23:19,
83:9, 115:17,
115:21, 116:4,
116:7, 138:9,
139:25, 145:10
**topics** [3] - 57:16,
69:13, 110:17
**total** [2] - 87:16,
118:17
**towards** [3] - 36:5,
118:23, 146:15
**track** [2] - 19:9, 19:10
**traditional** [1] - 110:18
**train** [1] - 126:10
**transcript** [6] - 33:7,
34:4, 38:6, 150:19,
150:22, 151:22
**transition** [3] - 43:9,
47:21, 116:23
**transparency** [2] -
125:25, 129:10
**treated** [1] - 106:16
**tremendous** [1] -
104:25
**trial** [2] - 5:23, 147:1
**tropes** [1] - 120:5
**trouble** [2] - 30:17,
90:23
**true** [7] - 12:10, 60:2,
76:14, 79:6, 138:3,
149:7, 150:20
**truth** [1] - 129:23
**truthful** [1] - 52:19
**truthfully** [3] - 7:8,
11:9, 126:20
**try** [5] - 24:8, 28:5,
38:16, 73:13, 141:24
**trying** [6] - 9:10, 47:4,
47:8, 82:3, 85:18,
132:20
**Tuesday** [1] - 134:6
**tunings** [1] - 38:7
**turned** [2] - 139:9,
146:21
**tweets** [5] - 58:18,
58:23, 59:4, 59:12,
59:22
**Twitter** [21] - 57:23,
58:4, 58:8, 58:11,
58:20, 59:4, 59:19,
59:21, 60:1, 60:4,
60:14, 61:5, 61:11,
61:16, 61:17, 61:19,
63:25, 64:7, 75:7,
85:16
**Two** [1] - 4:5
**two** [15] - 9:24, 15:16,
16:1, 18:14, 23:11,

24:21, 27:22, 37:12,
45:21, 72:1, 82:2,
94:3, 107:15,
107:18, 146:4
**type** [1] - 131:11
**types** [1] - 42:11
**typically** [1] - 41:24

## U

**U.S.-based** [1] - 20:15
**ultimate** [1] - 124:19
**umbrella** [1] - 132:23
**unacceptable** [3] -
120:17, 121:4,
129:20
**unaware** [1] - 80:6
**uncertain** [1] - 30:15
**unclearly** [2] - 8:4,
35:20
**uncomfortable** [1] -
43:8
**undated** [1] - 84:12
**under** [13] - 18:18,
33:12, 34:8, 35:1,
35:13, 35:23, 39:16,
44:22, 55:16, 111:8,
126:9, 149:15,
149:18
**undergraduate** [1] -
12:25
**understandable** [1] -
36:3
**understandings** [1] -
38:8
**understood** [17] -
7:20, 8:3, 8:5, 8:7,
8:9, 8:18, 41:25,
53:4, 58:15, 68:9,
77:2, 81:2, 81:21,
86:19, 102:4, 103:5,
138:15
**unequal** [1] - 105:11
**unexpected** [1] -
44:23
**uniform** [1] - 81:19
**UNITED** [2] - 1:1,
150:1
**University** [68] - 6:20,
11:3, 11:5, 12:16,
12:24, 13:16, 14:3,
14:12, 14:25, 15:3,
15:5, 19:1, 19:5,
22:3, 25:6, 25:12,
25:15, 25:18, 25:24,
26:5, 26:9, 27:14,
27:20, 28:9, 30:4,
34:17, 36:24, 40:13,
40:14, 40:18, 44:7,
44:13, 48:13, 52:4,

55:2, 60:13, 65:8,
72:3, 72:6, 101:6,
104:16, 108:3,
108:8, 109:2, 109:6,
109:17, 109:22,
110:2, 110:3, 110:8,
111:15, 111:22,
112:1, 112:18,
115:8, 115:15,
126:25, 127:7,
131:22, 132:1,
132:12, 132:13,
132:25, 136:3,
140:4, 140:5,
142:11, 142:18
**university** [3] - 44:10,
109:1, 115:24
**UNIVERSITY** [1] - 2:13
**University's** [1] - 26:5
**unknown** [1] - 16:13
**unlike** [2] - 66:21, 75:6
**unlucky** [1] - 143:8
**unprofessional** [2] -
78:21, 78:24
**unsavory** [1] - 77:5
**unsigned** [1] - 5:23
**unspoken** [1] - 79:22
**UNT** [31] - 2:15, 4:7,
4:9, 4:10, 4:12, 4:13,
4:17, 13:23, 14:23,
15:2, 50:17, 50:20,
60:15, 72:17, 75:8,
81:13, 84:13, 91:14,
93:1, 96:23, 97:14,
100:18, 100:19,
100:20, 100:23,
118:12, 118:20,
120:16, 131:2,
134:4, 135:16
**UNT5523-5525)**........
........................ [1] -
4:19
**UNT_002663** [1] -
81:21
**untrue** [1] - 144:12
**unusual** [10] - 31:1,
42:8, 42:11, 44:19,
44:23, 86:2, 86:22,
97:14, 97:17, 97:19
**unusualness** [1] -
86:23
**unwillingness** [1] -
91:24
**up** [30] - 7:22, 12:12,
15:14, 16:22, 25:17,
26:19, 29:25, 33:23,
36:19, 37:25, 38:15,
50:9, 62:14, 68:21,
71:22, 76:23, 81:22,
83:21, 85:3, 85:8,

85:15, 94:22, 95:17,
96:6, 96:22, 124:25,
133:7, 133:12,
136:22, 141:22
**upcoming** [1] - 73:14
**updated** [2] - 12:3,
15:21
**URL** [5] - 25:2, 25:7,
119:18, 119:21,
123:9
**uses** [1] - 56:4
**usual** [2] - 40:2, 97:18

## V

**variety** [2] - 132:2,
145:16
**various** [3] - 62:22,
118:9, 143:19
**vast** [1] - 87:12
**venue** [1] - 145:12
**version** [3] - 12:5,
33:11, 41:21
**via** [5] - 1:20, 59:18,
64:6, 64:17, 100:14
**Video** [1] - 2:21
**VIDEOGRAPHER** [11]
- 2:20, 6:2, 24:15,
24:18, 48:4, 48:7,
99:16, 99:19,
136:14, 136:17,
147:2
**VIDEOTAPED** [2] -
1:10, 1:16
**view** [4] - 54:19,
54:21, 110:25,
115:21
**viewpoint** [2] - 104:5,
146:18
**viewpoints** [4] -
78:14, 103:13,
132:2, 146:9
**views** [1] - 77:5
**virtual** [1] - 9:12
**virtue** [2] - 97:16,
131:9
**vis** [2] - 16:18
**vis-a-vis** [1] - 16:18
**visible** [2] - 9:2, 9:4
**visited** [1] - 72:15
**visiting** [4] - 13:4,
13:9, 15:9, 19:6
**Vista** [1] - 152:8
**Vitae**........................
.... [1] - 4:4
**vociferous** [1] - 64:8
**voice** [2] - 142:25,
143:2
**voices** [4] - 125:8,
132:17, 142:24,

143:1
**volume** [8] - 26:12, 32:15, 39:18, 39:21, 73:14, 75:20, 85:24, 98:18
**Volume** [45] - 4:15, 34:14, 53:23, 54:4, 57:1, 57:18, 57:24, 59:17, 61:20, 62:2, 73:25, 74:23, 77:20, 78:5, 79:8, 80:3, 82:16, 82:21, 86:18, 87:3, 88:5, 88:8, 88:12, 89:9, 89:11, 90:13, 92:13, 94:21, 98:7, 98:16, 99:4, 101:10, 104:22, 105:16, 106:4, 106:7, 107:16, 117:22, 118:23, 120:3, 121:7, 121:17, 144:21, 145:2, 146:8
**VS** [2] - 1:5, 150:5

**W**

**Walls** [23] - 4:20, 55:3, 55:11, 55:13, 56:7, 56:9, 56:11, 56:18, 56:22, 63:17, 63:19, 66:5, 68:15, 69:5, 71:12, 85:10, 86:7, 93:20, 126:6, 136:24, 137:15, 142:9, 145:1
**walls** [22] - 66:24, 67:6, 68:25, 69:6, 69:16, 70:20, 71:6, 71:14, 71:22, 71:24, 72:13, 72:15, 72:19, 72:23, 84:20, 124:22, 137:20, 138:9, 140:1, 140:24, 141:4, 145:25
**walls'** [2] - 73:6, 75:2
**Walls'** [1] - 146:2
**wants** [1] - 50:16
**warning** [1] - 142:3
**ways** [3] - 77:3, 88:2, 108:22
**weak** [1] - 70:22
**web** [1] - 26:21
**website** [7] - 22:16, 24:24, 25:5, 26:8, 26:25, 27:13, 27:14
**Websites** [1] - 4:5
**websites** [1] - 24:22
**week** [3] - 30:13,

30:16
**weeks** [2] - 30:6, 30:8
**weigh** [2] - 103:16, 103:17
**welcome** [2] - 142:23, 144:9
**welcoming** [2] - 132:5, 132:8
**Welcoming** [1] - 89:24
**well-considered** [1] - 86:8
**well-known** [1] - 34:5
**Wen** [4] - 51:15, 51:19, 51:20, 52:13
**Wesleyan** [6] - 12:24, 13:5, 13:10, 19:1, 19:3, 19:5
**WHALEY** [1] - 152:7
**whistleblower** [1] - 129:3
**whistleblowers** [2] - 128:25, 129:12
**White** [4] - 26:13, 29:20, 31:8, 32:15
**white** [34] - 36:5, 105:24, 108:2, 108:7, 108:10, 108:14, 108:19, 108:20, 108:22, 109:5, 109:10, 109:12, 109:13, 109:16, 109:19, 109:22, 110:1, 110:7, 110:14, 110:21, 110:23, 110:25, 111:4, 111:6, 111:9, 112:6, 113:18, 113:23, 113:24, 113:25, 114:3, 114:5, 114:11, 114:12
**whiteness** [2] - 111:10, 111:16
**whites** [2] - 111:10, 111:15
**whitewashed** [1] - 77:8
**whole** [1] - 143:23
**wide** [1] - 132:2
**wider** [1] - 83:6
**wildly** [2] - 102:23, 102:24
**willingness** [3] - 93:25, 94:16, 94:19
**winter** [1] - 49:10
**Wire** [1] - 18:15
**wished** [1] - 130:22
**WITNESS** [4] - 43:21, 62:24, 96:21, 148:2
**witness** [8] - 1:17,

1:22, 6:7, 70:25, 126:15, 146:23, 150:18, 150:21
**Witness** [1] - 5:10
**Witness's** [1] - 5:11
**witnessed** [2] - 47:6, 67:22
**woefully** [1] - 142:3
**Worcester** [5] - 1:22, 6:7, 14:6, 14:8, 14:21
**word** [3] - 8:15, 29:9
**words** [5] - 16:14, 55:25, 69:20, 126:5, 132:20
**works** [1] - 140:25
**workshops** [1] - 142:6
**world** [1] - 38:8
**worried** [1] - 67:14
**worrying** [1] - 66:25
**wrap** [1] - 136:21
**WRIGHT** [2] - 1:6, 150:6
**write** [5] - 45:18, 75:5, 86:4, 141:3, 141:9
**writes** [2] - 52:8, 143:19
**writing** [6] - 17:18, 18:10, 72:24, 83:8, 127:6, 137:23
**writings** [5] - 18:12, 18:16, 18:18, 79:16, 103:17
**written** [3] - 45:20, 86:11, 138:22
**wrote** [5] - 38:6, 60:6, 119:7, 127:5, 146:3

**Y**

**Yale** [4] - 12:16, 12:19, 12:22, 69:23
**year** [10] - 14:5, 15:17, 15:19, 30:11, 45:22, 72:9, 72:11, 73:2, 136:5
**years** [3] - 25:23, 37:12, 58:22
**York** [1] - 30:21
**young** [1] - 139:8
**yourself** [11] - 12:10, 20:18, 21:9, 54:22, 58:5, 77:11, 87:10, 99:9, 102:15, 107:20, 112:17

**Z**

**zero** [1] - 91:8
**Zoom** [1] - 1:20