# MHTE Individual Faculty Statement

**Geoffroy-Schwinden, Rebecca <Rebecca.Geoffroy-Schwinden@unt.edu>**
Thu 7/30/2020 4:24 PM

**To:** Brand, Benjamin <Benjamin.Brand@unt.edu>

📎 1 attachments (59 KB)
Individual MHTE Faculty Response.pdf;

Dear Benjamin,

Here is the statement.

All best,
Rebecca

Rebecca Dowd Geoffroy-Schwinden, Ph.D.
Assistant Professor, Music History
Division of Music History, Theory, and Ethnomusicology
University of North Texas College of Music
Rebecca.Geoffroy-Schwinden@unt.edu

Vice-President, Society for Eighteenth-Century Music



GEOFFROY-SCHWINDEN
**EXHIBIT 7**
Kim Carrell, CSR
Sep 27, 2024

UNT_000417