## Re: MHTE Individual Faculty Response

Richmond, John <John.Richmond@unt.edu>
Fri 7/31/2020 9:54 AM

**To:** Geoffroy-Schwinden, Rebecca <Rebecca.Geoffroy-Schwinden@unt.edu>
**Cc:** Henry, Warren <Warren.Henry@unt.edu>

Thank you for this email and attachment, Rebecca. I have read both carefully. As you now know, a formal investigation is now underway concerning the conception and production of the most recent issue of JSS. I assure you that, "The University, the College of Music, and the Division of Music History, Theory, and Ethnomusicology reaffirm our dedication to combatting racism on campus and across all academic disciplines. We likewise remain deeply committed to the highest standards of music scholarship, professional ethics, academic freedom, and academic responsibility."

*Thank you again.*

Sincerely,

John

John W. Richmond, Ph.D.
Professor and Dean of the College of Music
University of North Texas
Denton, TX 76203-5017

TEL 940-565-4388
Email [John.Richmond@unt.edu](mailto:John.Richmond@unt.edu)
Twitter @JohnWRichmond2
Web [http://music.unt.edu/faculty-and-staff/john-richmond](http://music.unt.edu/faculty-and-staff/john-richmond)

The UNT College of Music – serving our diverse musical culture with excellence, integrity, and imagination.

---

**From:** "Geoffroy-Schwinden, Rebecca" <Rebecca.Geoffroy-Schwinden@unt.edu>
**Date:** Thursday, July 30, 2020 at 4:13 PM
**To:** "Richmond, John" <John.Richmond@unt.edu>
**Cc:** "Henry, Warren" <Warren.Henry@unt.edu>
**Subject:** MHTE Individual Faculty Response

Dear Dean Richmond,

Please find attached a response from individual faculty members regarding the recent Journal of Schenkerian Studies, which we will share with our respective societies, where there is already robust discussion of this journal issue.

I realize that you have not responded in writing to my previous inquiry about UNT Policy 06.035, but I appreciate that both you and Warren were willing to speak with me about this statement on the phone yesterday.

Thank you for your work on this difficult, troubling situation.

**UNT_000423**

All best,
Rebecca

Rebecca Dowd Geoffroy-Schwinden, Ph.D.

Assistant Professor, Music History

Division of Music History, Theory, and Ethnomusicology

University of North Texas College of Music

Rebecca.Geoffroy-Schwinden@unt.edu


Vice-President, Society for Eighteenth-Century Music

UNT_000424