Case 4:21-cv-00033-ALM      Document 82-20      Filed 12/20/24      Page 1 of 1 PageID #: 3232



University of North Texas (http://unt.edu)

# College of Music (/)

**(http://www.unt.edu/)**

Home (/)          Academics (/academics-ensembles)          Admissions (/admissions)

Events (/event-calendar)          Community (/community)          Students (/advising)

Faculty & Staff (/faculty-and-staff)          Contact (/contact-us)

## College of Music

(/)

# Schenkerian Journal Statement

The University of North Texas College of Music has begun a formal investigation into the conception and production of the twelfth volume of the *Journal of Schenkerian Studies*, which is published by the Center for Schenkerian Studies and UNT Press. The University, the College of Music, and the Division of Music History, Theory, and Ethnomusicology reaffirm our dedication to combatting racism on campus and across all academic disciplines. We likewise remain deeply committed to the highest standards of music scholarship, professional ethics, academic freedom, and academic responsibility.

**John W. Richmond, Ph.D.**
Professor and Dean of the UNT College of Music

**Benjamin Brand, Ph.D.**
Professor and Chair of the UNT Division of Music History, Theory, and Ethnomusicology

(http://social.unt.edu

UNT_000106