# For **DIVISION CHAIR** use only

College of Music
**Faculty Annual Evaluation**
Calendar year evaluated: **2017-2018-2019**

**Division:** Music History, Theory, and Ethnomusicology

**Faculty Name:** Timothy Jackson

**Rank:** Full Professor

**Workload weight distribution:**

| 2017 | 2018 | 2019 | |
|---|---|---|---|
| 40 | 40 | 50 | % instructional activities |
| 50 | 50 | 40 | % scholarly, creative, professional activities |
| 10 | 10 | 10 | % administration and service |

**Division Chair narrative statement:**

Instructional Activities

During the review period, Dr. Jackson taught five different courses: MUTH 3410/5410 (16th-Century Counterpoint), MUTH 3510/5510 (Form Analysis), MUTH 4520 (Twentieth-Century Techniques), MUTH 5350 (Music Analysis and Performance), and MUTH 6680 (Proseminar in Music Theory). In my evaluation of his previous annual review, I identified two broad areas of concern based on my review of his syllabi and SPOT: 1) course organization and expectations and 2) criticism of student work. His syllabi for MUTH 5350 are largely in compliance with University Policy 06.049, although the syllabus for MUTH 5350 still lacks a required general description of subject matter for each class meeting. More importantly, his SPOT for the fall of 2019 show a significant improvement in student satisfaction, yielding an OSR of 4.7 for each class.

Dr. Jackson is a particularly active mentor to graduate students. No fewer than four doctoral students completed their dissertations under his direction, two PhD and two DMA, and four master's students completed their theses under his direction. Dr. Jackson also mentors students by frequently offering special problems courses. One of Dr. Jackson's former advisees, Dr. Colin Davis, published an article in the *Journal of Musicological Research*. Dr. Jackson's work as a graduate mentor is highly valued and contributes to the educational and research mission of the Division, College, and University.

Scholarly, Creative, Professional Activities

Dr. Jackson is an active scholar engaged with an impressive variety of topics and repertoires. Among his most important contributions were his articles published in the *Journal of Schenkerian Studies*, of which one was the length of a small monograph and another was co-authored. He also published essays in books issued by Rochester University Press and Cambridge Scholars Press and has an article in press with the *Journal of Genocide and Holocaust Studies*. Finally, Dr. Jackson presented co-authored papers at a regional conference (TSMT) as well as at major national and international conferences, the annual meeting of the Society of Music Theory and EUROMAC (European Music Analysis Conference).

Administrative and Service

Dr. Jackson has contributed to the division through his service on the Division PAC/RTPC, the search committee for a tenure-track assistant professor music theory, and the Division Lecture Committee.

Summary

Dr. Jackson meets the Division's expectations for satisfactory performance in Instruction, Research, and Service.

*Signed: Benjamin Brand (Digitally signed, Date: 2020.05.28 16:15:55 -04'00')*

Signature

Benjamin Brand
Chair, Division of Music History, Theory, and Ethnomusicology

JACKS_146408

# For **DIVISION CHAIR** use only

College of Music
**Faculty Merit Peer Evaluation**
Calendar year evaluated: **2016-2017-2018**

**Division:** Music History, Theory, and Ethnomusicology

**Faculty Name:** Timothy Jackson

**Rank:** Professor

**Workload weight distribution:**

| 2016 | 2017 | 2018 | |
|---|---|---|---|
| 40 | 40 | 40 | % instructional activities |
| 50 | 50 | 50 | % scholarly, creative, professional activities |
| 10 | 10 | 10 | % administration and service |

**Division Chair narrative statement:**

Instructional Activities

During the review period, Dr. Jackson taught five different courses: MUTH 3410/5410 (16th-Century Counterpoint), MUTH 3510/5510 (Form Analysis), MUTH 4520 (Twentieth-Century Techniques), MUTH 5350 (Music Analysis and Performance), and MUTH 6680 (Proseminar in Music Theory). His record of organized teaching is mixed. His SPOT scores yield an average OSR of 3.82, which is below the division and area averages of 4.29 and 4.35 respectively. Moreover, the SPOT evaluations indicate an unusually wide range in OSR, from as low as 2.1 (MUTH 3510/5510, fall 2016) to as high as 5.0 (MUTH 3510/5510, summer 2018). They likewise indicate large variance in response rate, which ranges from 0% (MUTH 3510/5510, summer 2016) to 72% (MUTH 5350, fall 2016). Courses that elicited smaller response rates tended to yield a lower OSR. With this in mind, evidence culled from the SPOT evaluations must be treated with caution. In conjunction with an examination of his syllabi, however, the evaluations indicate two areas of concern that persist throughout the review period.

> *Course Organization and Expectations*
> Dr. Jackson's syllabi do not meet the minimum standards University Policy 06.049, which require the inclusion of fixed office hours, a semester schedule with daily topics and due dates for major assignments, and various university policies. Moreover, the syllabi include Dr. Jackson's personal email account, which he must never use for any official university communication. Students regularly complained about the lack of a clear and detailed syllabus with a semester schedule. Indeed, some claimed there was no syllabus whatsoever. The deficiencies in Dr. Jackson's syllabi in turn underscore three broader problems consistently noted by students throughout the review period. First, a lack of smaller, graded exercises assigned throughout the semester meant that students had no idea how they were performing in the class until the midterm and/or final. Second, some had little sense of the standards according to which their work would be graded. And third, students felt that the class was disorganized and that Dr. Jackson would often follow tangents that were not obviously related for the topic of a given day. All three concerns find quantitative expression in the SPOT evaluations, which typically give Dr. Jackson low ratings for "Course organization" and "Clarity of student responsibilities and requirements" even in those instances in which the OSR is high.

> *Criticism of Student Work*
> In five classes taught by Dr. Jackson across the review period, students expressed concerns about the way in which Dr. Jackson evaluated their work in front of the class. These courses were: MUMH 4520 (Spring 2016),

MUMH 3510/5510 (Fall 2016), MUTH 3410/5410 (fall 2017), and MUTH 3410/5410 (Fall 2018). Students described Dr. Jackson's approach as overly critical, using such words and phrases as "negative reinforcement," "demeaning," "mock[ing]," leading one student to write, "I was terrified to make mistakes." In his summary, Dr. Jackson acknowledges these criticisms but minimizes their significance, associating them with "a few undergraduate students [who] do not appreciate my style of teaching counterpoint." On the contrary, these criticisms are not limited to MUMH 3510/5510 (Sixteenth-Century Counterpoint) and their persistence in across the review period suggests there is a real problem with Dr. Jackson's approach to evaluating student work in front of other students.

Heretofore I have focused on the negative aspects of Dr. Jackson's performance in the classroom. Yet in many instances his talents as a teacher shine through, earning him high ratings from students (e.g. in MUTH 4520 in spring 2018) and their praise as a brilliant instructor who opens their minds to new ways of thinking and introduces them to new repertoire. Nevertheless, Dr. Jackson must address the two areas of concern noted above in future semesters, in particular through the following measures:

- He must distribute syllabi that adhere to University Policy 06.049, thereby providing students with a schedule for the semester and clear expectations for the evaluation of their work.
- He must cease using his personal email address to communicate with students.
- He should assign graded exercises during the course of the semester, providing students with regular, graded feedback and thus giving them a concrete sense of their performance in the class.
- He should either stop critiquing students' work in front of the entire class of obtain students' permission to do so beforehand. More generally, he must ensure that he delivers feedback to students in a constructive and respectful manner and take care that students not perceive themselves as being singled out for criticism in front of their peers.

Finally, Dr. Jackson is an active mentor to graduate students. In his summary, he cites no fewer than four doctoral students and one master's student who completed their dissertations and thesis under his guidance, although this information is not consistent with the data reported in FIS. One of his recent doctoral advisees, Dr. Ben Graf, was offered a three-year contract as senior lecturer in music theory at UNT. Another, Dr. Colin Davis, recently published an article in the *Journal of Musicological Research*. Dr. Jackson's work as a graduate mentor is highly valued and contributes to the educational and research mission of the Division, College, and University.

<u>Scholarly, Creative, Professional Activities</u>

Dr. Jackson is an active scholar engaged with an impressive variety of topics and repertoires. Among his most important contributions were his articles published in the *Journal of Schenkerian Studies*, of which one was the length of a small monograph. He also published essays in books issued by Rochester University Press and Scholars Press. While the quantity of this published material is undeniably impressive, its significance is harder to evaluate because Dr. Jackson does not indicate whether any of these publications were subjected to peer-review. This question is particularly pertinent to the monograph-length article, "Elucidations of Post-Tonal Free Composition," which appeared in a two-volume festschrift organized by Dr. Jackson and in a journal affiliated with a center directed by Dr. Jackson. Given the importance of the peer-review process as an indicator of quality in research, I suggest that he clearly differentiate between peer-reviewed and non-peer-reviewed publications in future annual reviews. Finally, Dr. Jackson presented papers at major national and international conferences, the annual meeting of the Society of Music Theory and EUROMAC (European Music Analysis Conference). One of these he co-authored with Dr. Justin Lavacek.

<u>Administrative and Service</u>

Dr. Jackson has contributed to the division through his service on the Division PAC/RPTC, the search committee for a tenure-track assistant professor music theory, and the Division Lecture Committee.

<u>Summary</u>

Dr. Jackson meets the Division's expectations for satisfactory performance in Research and Service. He does not meet those for satisfactory performance in Instruction for the reasons enumerated above.

Signature

Digitally signed by Benjamin Brand
Date: 2019.04.28 12:34:21 -05'00'

Benjamin Brand
Interim Chair, Division of Music History, Theory, and Ethnomusicology

# For <u>**DIVISION CHAIR**</u> use only

### College of Music
### Faculty Merit Peer Evaluation
Calendar years evaluated: ***2015-2016-2017***

**Division:** Music History, Theory, and Ethnomusicology

**Faculty Name:** Jackson, Timothy

**Rank:** Professor

Workload weight distribution:

_40-40-40_ % instructional activities

_50-50-50_ % scholarly, creative, professional activities

_10-10-10_ % administration and service

Division Chair narrative statement:

## Instructional Activities

Dr. Jackson taught a wide range of classes, from the upper undergraduate through Master's level. This also includes a course in Musicology, on "Nazism, Judaism, and the Politics of Classical Music in Germany," a topic that explicitly reflects one of his major research topics. Dr. Jackson applies Schenkerian Analysis to a wide range of repertoires. His student evaluations are mostly within the average of the Division, however, some details need attention: one SPOT evaluation has a very low rate of student participation. Dr. Jackson should encourage students to participate better in these evaluations. The other is a class that indicates problematic communication with students. Dr. Jackson is asked to rethink his approach to students and his style of communication.

## Scholarly, Creative, Professional Activities

Dr. Jackson continues to be a major scholar in several fields, most notably Schenkerian Studies. He published significant analytical articles, and book chapters in prestigious publications, among them a book that won an award from the Society of Music Theory. Most outstanding is his large study on Schenkerian Analysis in the Festschrift for his late teacher, initiated by him, and being published in his own Journal of Schenkerian Studies. Dr. Jackson also continues to present papers at high-levels venues, such as the annual meetings of national societies (AMS, SMT).

## Administration and Service

Dr. Jackson served on search committees for music theory, and on the Division lecture committee. He is also involved in the Division RPTC and PAC, providing his senior perspective to tenure and promotion cases.

## Summary

Dr. Jackson meets the criteria of satisfactory performance, as set by the Division of Music History, Theory, and Ethnomusicology.

Division Chair Signature: _[signature]_ Date: 3/23/2018
Frank Heidlberger

JACKS_146413

# For <u>**DIVISION CHAIR**</u> use only

College of Music
**Faculty Merit Peer Evaluation**
Calendar year evaluated: *2016*

<u>**Division:**</u> Music History, Theory, and Ethnomusicology

<u>**Faculty Name:**</u>  Timothy L. Jackson

<u>**Rank:**</u>  Professor

<u>Workload weight distribution:</u>

____40____ % instructional activities

____50____ % scholarly, creative, professional activities

____10____ % administration and service

<u>Division Chair narrative statement:</u>

**Instructional Activities**

Dr. Jackson taught a variety of classes on the undergraduate level, and one Master's class (Analysis and Performance). While his SPOT evaluation for the Master's class is excellent, the evaluations for the undergraduate classes are below average. Students complain about missing guidance and organization of classes, due to missing, or unspecific syllaby. Dr. Jackson should take better care of providing reasonable schedules, and assignment expectations in his syllabi to resolve this problem. On the other hand, Dr. Jackson provides a unique experience and knowledge in the larger historical and philosophical contexts of music studies that students should appreciate, despite the higher amount of work that this approach requires.

Dr. Jackson continues to be a very active mentor for graduate degree theses and dissertations. One PhD student completed his degree in Music Theory under his mentorship in 2016.

**Scholarly, Creative, Professional Activities**

Dr. Jackson published two book chapters in edited books, related to Schenkerian analysis. Three more chapters and articles are about to be released, or in the final phase for publication. Dr. Jackson presented at the annual meeting of the Society for Music Theory in Vancouver, which was his 12th presentation at a meeting of this kind (including AMS).

He hosted guest scholar Matildie Thom-Wium from South Africa, working with her on a research project related to a South African composer.

## Administration and Service

Dr. Jackson served on the Division Personnel Affairs Committee, the Division Lecture Committee, and a search Committee for a position in music theory. In addition, he assisted in carrying out the PhD qualifying exams in music theory.

## Summary

Dr. Jackson met the criteria of Satisfactory Performance, as defined by the MHTE Division, in particular in the area of scholarly performance, as he remains to be a renown and respected international scholar in the fields of Schenker Studies, and of Music during Nazi Germany.

Division Chair Signature: _[signature]_ Date: 03-09-17
Frank Heidlberger

JACKS_146415

# For **DIVISION CHAIR** use only

College of Music
**Faculty Merit Peer Evaluation**
Calendar year evaluated: **_2015_**

**Division:   MHTE**

**Faculty Name:   Timothy Jackson**

**Rank: University Distinguished Research Professor**

Workload weight distribution:

___40____  %  instructional activities

___50___   %  scholarly, creative, professional activities

___10____  %  administration and service

Division Chair narrative statement:

**Instructional Activities**

Dr. Jackson taught a wide variety of classes in 2015, including his interdisciplinary course on Judaism in Music, Counterpoint, Form Analysis, Schenkerian Analysis and "Analysis and Performance," the latter on the Graduate level. The student evaluations and comments were mostly positive, although students complained that he did not provide a syllabus for MUTH 4370. Others expressed their appreciation for the thought-provoking and intellectually stimulating classes, which is very positive.
He continued to advise an exceptionally high number of doctoral students, both in DMA and PhD degrees, and successfully helped to complete several dissertation projects.

**Scholarly, Creative, Professional Activities**

Dr. Jackson continues to develop his national and international reputation as a scholar in Schenkerian Studies, and Music during Nazi Germany. He co-edited a book on Sibelius, and published, or submitted multiple articles on Schenkerian Analysis. Most notable are his ongoing research efforts in the context of the Center for Schenkerian Studies at UNT, of which he is co-director. In this capacity he arranged to receive papers from the estate of Allen Forte for the Center. He read a paper at the national AMS meeting and published an introduction to the program book for the production of Strauss's "Arabella" of the Bavarian State Opera, which is extremely prestigious.

**Administration and Service**

Dr. Jackson served on the Division PAC/RPTC, and on a search committee for an Assistant Professorship in Music Theory.

**Summary**

Dr. Jackson has met the expectations for satisfactory performance of the MHTE Division, and provides excellence regarding the scholarly profile of the Division, and the Center for Schenkerian Studies.

Division Chair Signature: *[signature]*     Date:  March 13, 2016_

For **DIVISION CHAIR** use only

College of Music
**Faculty Merit Peer Evaluation**
Calendar year evaluated: *2014*

**Division: Music History, Theory, and Ethnomusicology**

**Faculty Name: Jackson, Timothy**

**Rank: Professor**

Workload weight distribution:

__40____ % instructional activities

__50____ % scholarly, creative, professional activities

___10____ % administration and service

Division Chair narrative statement:

**Instructional Activities**

Dr. Jackson taught an upper-level undergraduate course (20th-century techniques), and a number of graduate courses, most of which are based on his own ideas and initiatives such as his course on Nazism, Judaism, and Politics in cooperation with the Jewish minor program of the UNT division of history, and the course Analysis and Performance, which focuses on performers' perspectives of musical analysis. Both courses are important for the outreach of the MHTE division towards other divisions of the College of Music and across campus. Another instructional focus of Dr. Jackson is his role as major advisor for numerous PhD projects, of which one was successfully completed in 2014. His students are successful in preparing their professional career by presenting papers at international venues.

**Scholarly, Creative, Professional Activities**

Dr. Jackson continues to be a flexible and diverse scholar with an exceptionally high level of national and international outreach. His interests in unusual media materialized in a highly acclaimed program book for the Bavarian Staatsorchester in Munich, Germany, on Richard Strauss, and the CD booklet for the recording of Paul Kletzki's violin concerto that he initiated. He also presented at prominent national and international venues, such as EUROMAC 2014, and continued his important work of acquiring archival materials of major figures in music theory and Schenkerian Analysis (Edward Lauffer, Allen Forte). These materials provide another significant component for student engagement in research and international scholarly outreach.

## Administration and Service

Dr. Jackson served on the Distinguished Professor Selection Committee of UNT, and on various division committees, including Division RPTC, the search committees for music theory, and he was active in providing materials for the PhD qualifying examinations in music theory.

## Summary

Dr. Jackson continues to be a successful senior faculty member who strives in networking internationally. His research projects are creative and innovative, and the success of his PhD advisees in the professional field are a good indicator for his combination of research projects with instruction. Dr. Jackson exceeds the criteria of satisfactory performance of the division in the categories of teaching and scholarly activities. He meets the criteria in the area of service.

Division Chair Signature: _[signature]_   Date: 3-23-15

JACKS_146419

For **DIVISION Chair** use only

College of Music
**Faculty Merit Peer Evaluation**
Calendar year evaluated: **2013**

**Division:   Music History, Theory and Ethnomusicology**

**Faculty Name:   Timothy Jackson**

**Rank:     Professor**

Workload weight distribution:

40 %  instructional activities

50 %  scholarly, creative, professional activities

10 %  administration and service

Division Chair narrative statement:

**Instructional Activities**

Dr. Jackson's teaching ranges from undergraduate classes (upper-level), such as counterpoint, and Schenkerian Analysis to Graduate courses, such as Analytical Techniques II and a course in "Music and Judaism," taught in collaboration with the Jewish Studies minor program at UNT. It was difficult to evaluate his effectiveness since Dr. Jackson did not present his materials in an updated and standardized form. SETE evaluations were of minor value since two course were only represented by one student respectively, and student comments were missing. The other SETE evaluations showed statistics clearly above average of the MHTE division (Schenkerian Analysis). Dr. Jackson is an experienced teacher engaging in strong critical and intellectual approaches. He is able to connect music with the other arts and contextual issues, particularly related to German history. He is a very active advisor to Graduate projects, and numerous of his students successfully assumed professional positions while still working on their final projects. One Master's and two PhD candidates completed their work under his guidance in 2013.

**Scholarly, Creative, Professional Activities**

Dr. Jackson continues to be an eminent scholar, representing the MHTE division on national and international levels. Outstanding achievements in 2013 were his publication of an essay in a book, to be published by the University of Rochester Press, the forthcoming publication of an essay on Paul Dessau in *Ars Lyrica*, the journal of the center of European Studies (Harvard University). He also has presented at the prestigious Schenker Symposium in New York City. Particularly noteworthy are his activities reaching out with his research to larger communities, such as CD recording projects (Kletzki Violin Concerto) and his collaboration with the "Schenker Documents Online" project.

**Administration and Service**

Dr. Jackson served on the Graduate Academic Degree Committee, the Division RPTC, and he devoted a significant amount of time as member of the search committee for an Assistant Professorship in Music Theory. His continued co-directorship of the Center for Schenkerian Studies is important for the outreach of the division and connects him and other division faculty with the community of Schenkeria scholars worldwide.

**Summary**

Dr. Jackson continues to be a very active scholar in the fields of Schenkerian Studies, Analysis, Jewish Music and Culture, and provides important visibility of our institution in these areas on national and international levels. He is able to translate this creativity into successful teaching and advising. He provides his professional experience in a variety of committee assignments. He clearly fulfilled the expectations of satisfactory performance in all three areas of evaluation, as defined by the MHTE Division.

Division Chair Signature: _[signature]_                Date: __March 14, 2014

JACKS_146421

For **DIVISION CHAIR** use only

College of Music
**Faculty Merit Peer Evaluation**
Calendar year evaluated: **2012**

Faculty Name:   Timothy Jackson

Division Chair narrative statement:

**Instructional Activities**

Dr. Jackson taught numerous upper-undergraduate classes in 2012. This includes the Jewish Studies class that he offers as a musicology class, along with the Jewish Studies program of the History department at UNT. Dr. Jackson has received excellent SETE scores, and comments by students that indicate his highly intellectual teaching approach that does not just include music analysis, but also other aspects of culture and the arts. He increasingly develops interdisciplinary approaches to teaching, with a particular emphasis on cultural studies and also performance studies.
His advising and graduate supervising is exemplary. Many of his PhD students are in the advanced stage of their projects. A considerable number of special problems and senior thesis projects indicate a strong interaction with students beyond the classroom. He also advised students internationally, such as a student at a university in South Africa.

**Scholarly, Creative, Professional Activities**

Dr. Jackson is well-known as an eminent scholar, and he has actively contributed to strengthen this reputation during the period of report. His work related to Schenkerian Studies received significant attention, as did his "Lost Composers" project, by cooperating with Prof. Robert Davidovici to record the Violin Concerto by Kletzki, with the Royal Philharmonic Orchestra in London. He intensely worked in special archives related to his book introduction on "Strauss and Nazism," as well as his book project on "Sibelius and Nazism." He presented at the national conference of SMT/AMS/SEM in New Orleans, which was the tenth presentation in twenty years at the national level of these professional organizations. His paper will be published in "Ars Lyrica," the journal of the Center of European Studies at Harvard University. Another article, "Heinrich Schenker's Comments on Some Compositions by Reinhard Oppel," has been published in "A Composition as A Problem IV" (2012). He continued to co-direct the Center for Schenkerian Studies at UNT and the Journal of Schenkerian Studies.

**Administration and Service**

Dr. Jackson served on the Division RPTC and on the Distinguished Professor Selection Committee, on the university level. He also provided materials and graded parts of the PhD qualifying exams in Music Theory.

**Division Chair recommendation**

Dr. Jackson clearly met the criteria for satisfactory performance of the MHTE division. He continues to be an eminent scholar in Music Theory and its related disciplines. As a teacher he is seminal in his function as thesis advisor.

> 1   "Performance is below the College's expectations."
> 2   "Performance is deemed generally satisfactory, but appears in one or more respects to be marginally below the College's expectations."
> 3   "Performance reflects the high quality of achievement expected by the College."
> 4   "Performance exceeds the high quality of achievement typical of the College of Music to the extent that special merit should be awarded."

Workload weight distribution:                              Division Chair's rating (1, 2, 3, or 4):

__40____ % instructional activities                         ___3____ instructional activities

___50____ % scholarly, creative, professional activities    ___3____ scholarly, creative, professional activities

__10____ % administration and service                       ___3____ administration and service

Division Chair Signature _____ Date: May 7, 2013

Revised 1/09/12

College of Music
**Chair Merit Evaluation**
calendar year evaluated: **2011**

Faculty name: **Dr. Timothy Jackson**
**Distinguished Research Professor, Music Theory**

Division Chair narrative statement:
I concur with the observations of the Division RPTC and College PAC; therefore, I will add only highlights here.

*Teaching*
Dr. Jackson continues to make valuable contributions to the division, particularly through research and publication. Dr. Jackson serves as the major advisor for a number of master's and doctoral students.

*Scholarly, Creative, and Professional Activities*
I concur with the appraisal of the division RPTC: Dr. Jackson is a prolific researcher. Dr. Jackson is the Co-Director of the Center for Schenkerian Studies, a research center he founded. During the evaluation year, he was extremely active in research. He received the Distinguished Research Professor Award in this calendar year. He also received the RCE award to facilitate research on his book manuscript, *Sibelius and Nazism*. He has a number of projects in progress.

*Service*
Professor Jackson serves on the MHTE Lecture Series Committee, and on the Public Relations and Marketing committee. He attends division and area meetings as his schedule allows. He has served as a member of several qualifying exam committees in Music Theory. Dr. Jackson is a member of the Faculty Senate's Research Committee.

MHTE is proud and pleased that Dr. Jackson was recognized with the very competitive Distinguished Research Professor Award in 2011.

Division Chair recommendation:

> 1 "Performance is below the College's expectations."
> 2 "Performance is deemed generally satisfactory, but appears in one or more respects to be marginally below the College's expectations."
> 3 "Performance reflects the high quality of achievement expected by the College."
> 4 "Performance exceeds the high quality of achievement typical of the College of Music to the extent that special merit should be awarded."

Workload weight distribution:

40 % instructional activities

50 % scholarly, creative, professional activities

10% administration and service

Division Chair's rating (1, 2, 3 or 4):

3   instructional activities

4   scholarly, creative, professional activities

3   administration and service

Division Chair signature: _Eileen Hayes_   Date: _3-26-12_
(Jackson)

JACKS_146424