## For **DIVISION CHAIR** use only

College of Music
**Faculty Annual Evaluation**
Calendar year evaluated: **2019-2020-2021**

**Division:** Music History, Theory, and Ethnomusicology

**Faculty Name:** Timothy Jackson

**Rank:** Professor

**Workload weight distribution:**

| 2019 | 2020 | 2021 | |
|------|------|------|---|
| 50 | 50 | 45 | % instructional activities |
| 40 | 40 | 45 | % scholarly, creative, professional activities |
| 10 | 10 | 10 | % administration and service |

**Division Chair narrative statement:**

Instructional Activities

During the review period, Dr. Jackson taught seven different courses: MUTH 3410/5410 (16th-Century Counterpoint), MUTH 3420/5420 (Eighteenth-Century Counterpoint), MUTH 4370/5380 (Schenkerian Analysis), MUMH 4800 (Nazism, Judaism, and the Politics of Classical Music in Germany), MUTH 5350 (Music Analysis and Performance), MUTH 5470 (Advanced Schenkerian Analysis), and MUTH 6680 (Proseminar in Music Theory). His SPOT yield an average OSR of 4.3 (not including the spring of 2020), which roughly matches the division and area averages of 4.5. In my evaluation of his previous two annual reviews, I noted that his syllabi often lack the general description of subject matter for each class meeting required by University Policy 06.049 (Course Syllabi Requirements). I wrote, "I ask that Dr. Jackson bring his syllabi into compliance with university policy beginning in the summer of 2021. Failure to do so may result in a negative evaluation of his subsequent annual review." Dr. Jackson's syllabi for MUTH 5350 (summer and fall 2021) and MUTH 4370/5380 remain noncompliant.

Dr. Jackson is an active mentor to graduate students. Four doctoral students and two master's students completed their dissertations under his direction. His partnering with applied faculty to co-direct DMA dissertations is particularly appreciated by those faculty and is an important service to the DMA program.

Scholarly, Creative, Professional Activities

Dr. Jackson published an essay in the *Journal of Schenkerian Studies* and had an article accepted to the peer-reviewed journal, *Musurgia: Analyse et Pratique Musicales*, which is published by the French Society for Music Analysis. He also published an essay entitled "The Schenker Controversy," in the online magazine, *Quillette*, which describes itself as "an Australian based online magazine that focuses on long-form analysis and cultural commentary."[1] Its content is aimed at non-specialists or "lay readers."[2] Finally, Dr. Jackson presented one paper and co-presented another at the 10th European Music Analysis Conference and had a third accepted to the Conney Conference on Jewish Arts.

The division criteria for annual review (section 2.3) establish the following standards for scholarly publication:

---

[1] "About," Quillette, accessed May 12, 2022, https://quillette.com/about/.
[2] "While many Quillette authors are academics and other subject-matter specialists, we expect all submissions to be fully accessible to lay readers. In cases where it is necessary to include technical content or specialized terminology, authors should explain its usage. Except in rare cases, we do not publish footnotes or endnotes. Citations and other external references should be embedded in the submitted article text with standard hyperlinks" ("Contribute," Quillette, accessed May 12, 2022, https://quillette.com/contribute/).

Research leading to publication is essential to any Division aspiring to a position of excellence, and such activity must receive high priority. While faculty are encouraged to reach and maintain high standards in both quantity and quality, any evaluation of the publication record of an individual must consider the quality as well as the quantity of such publications. Quality should be evaluated by objective means whenever possible, and may include consideration of such measures as the acceptance rates of a given press, reviews in professional journals, citations in works by other scholars, and invitations to participate in professional activities, for instance, by giving a talk at a conference or contributing a chapter to an edited volume.

Dr. Jackson's record of scholarly publication during the review period — one essay in the *JSS* that was not peer-reviewed, one essay in an online magazine for a general readership, and an article accepted (but not yet published) in a peer-reviewed journal — do not meet this standard on quantitative grounds.[3] Nor do they approach the scholarly productivity of other faculty in the division with 40-45% of their workload dedicated to research. Dr. Jackson cites no work on longer-term initiatives such as a book project that would explain this paucity of published scholarship. Finally, I cannot verify the quality of his contributions because he provides no measures of such quality. Looking toward the future, I therefore encourage Dr. Jackson to pursue research projects leading to more articles and book chapters in prominent, peer-reviewed venues.

Service

Dr. Jackson has contributed to the division by serving on the Division PAC/RTPC and to the university by serving on the Academic Awards Committee. He has contributed to his discipline through his direction (with Dr. Stephen Slottow) of the Center for Schenkerian Studies and his oversight of the *Journal of Schenkerian Studies*. He also chaired a session at the annual meeting of the American Musicological Society.

Summary

Dr. Jackson meets the Division's expectations for satisfactory performance in Instruction and Service. He does not meet them for satisfactory performance in Research.

Addendum

As in previous years, there remain significant omissions and discrepancies between Dr. Jackson's Annual Faculty Activity Report and his summary narrative. Indeed, he appears to have entered almost no data for Section II (Scholarly, Creative, and Professional Activities) and Section III (Service). I therefore note that Dr. Jackson is non-compliant with College of Music policy as articulated in Dean Richmond's memo of November 15, 2021.

*Benjamin Brand*  
Digitally signed by Benjamin Brand  
Date: 2022.05.12 17:43:13 -05'00'

Signature

Benjamin Brand  
Chair, Division of Music History, Theory, and Ethnomusicology

---

[3] In his annual review materials, Dr. Jackson does not indicate whether his essay in the *JSS* was peer-reviewed or not. But in his "Response to the Ad Hoc Panel Report Directed to Distinguished University Research Professor of Music Theory Timothy Jackson," sent to Dean Richmond and myself on December 18, 2020, he notes that the entire symposium in which the essay appeared was not peer reviewed.