Statement by below-signed faculty from the University of North Texas Division of Music History, Theory, and Ethnomusicology.

We apologize to Prof. Philip Ewell. We are dismayed by the uncritical, unscholarly, and anti-Black racist treatment that he and his pioneering work endured in the recent issue of the Journal of Schenkerian Studies, published by Center for Schenkerian Studies and the University of North Texas Press.

We recognize the thoughtful contributions of some of the symposium authors and apologize to them, too, that their work was published among such academically un-rigorous statements. We are grateful that they amplified this [disgrace?] to the wider scholarly community.

We support and we believe our graduate students. Read their statement and demands here: https://drive.google.com/file/d/1PekRT8tr5RXWRTW6Bqdaq57svqBRRcQK/view

The published attack against Prof. Ewell's work provides an example of the broader system of oppression built into the legal and academic institutions in which our disciplines exist.

Look at us and witness this reality.

Swift social responses to anti-Black racism are heartening. Disheartening are the laws, policies, and practices that protect the systemic racism (discrimination? inequality?)—built into institutional walls—which impedes equally swift official responses to these kinds of crises. Due process is often unequally distributed and reserved for those in power.

Deeply entrenched boundaries among research into music culture, history, and theory, are complicit here, as well. [We work in a "division" of music history, theory, and ethnomusicology.]

Continued action is necessary. This work starts with the example that we set for our students: in our classrooms, in our mentorship, in our curriculum, and in our research. We invite you to be in dialogue with us and with one another about the steps that we *all* must take to dismantle and to rebuild our shared institutions.



GEOFFROY-SCHWINDEN
**EXHIBIT 8**
Kim Carrell, CSR
Sep 27, 2024

UNT_000427

We, the undersigned faculty members from the University of North Texas Division of Music History, Theory, and Ethnomusicology, are dismayed by the uncritical, unscholarly, and racist treatment that Prof. Philip Ewell and his pioneering work endured in the recent issue of the Journal of Schenkerian Studies, published by the Center for Schenkerian Studies and the University of North Texas Press.

We recognize the thoughtful contributions of some of the symposium authors and are grateful that they condemned these anti-Black racist remarks among the wider scholarly community.

We write in support of our graduate students and the concerns they have expressed here: https://drive.google.com/file/d/1PekRT8tr5RXWRTW6Bqdaq57svqBRRcQK/view

Prof. Ewell should have been given the opportunity to respond to the essays that question his timely calls for antiracist and antisexist structural change in the academy. The treatment of Prof. Ewell's work provides an example of the broader system of oppression built into the academic and legal institutions in which our disciplines exist.

Look at us and witness this reality. Let us be an example.

Social responses to anti-Black racism are heartening, but these need to lead to changes in the laws, policies, and practices that maintain systemic racism within our institutions.

As our institution works through the mandatory administrative processes to address this internally, continued action is necessary. This work starts with the example that we set for our students: in our mentorship, in our classrooms, in our curricula, and in our research. We invite you to be in dialogue with us and with one another about the steps that we *all* must take to dismantle and to rebuild our shared institutions.

Signed

UNT_000428

We, the undersigned faculty members from the University of North Texas Division of Music History, Theory, and Ethnomusicology, denounce the uncritical, unscholarly, and racist treatment endured by Prof. Philip Ewell and his work in the recent issue of the Journal of Schenkerian Studies, published by the Center for Schenkerian Studies and the University of North Texas Press. The issue's introduction expressed the intention of an "informed debate," yet contained several unresearched statements about Black Americans.

We recognize the thoughtful contributions of some of the symposium authors and are grateful that they have condemned these anti-Black racist remarks among the wider scholarly community.

We write in support of our graduate students. You can find their statement here: https://drive.google.com/file/d/1PekRT8tr5RXWRTW6Bqdaq57svqBRRcQK/view

Prof. Ewell should have been given, at the very least, the opportunity to respond to the essays that question his timely call for antiracist structural change in the academy. The treatment of Prof. Ewell's work provides an example of the broader system of oppression built into the academic and legal institutions in which our disciplines exist.

We acknowledge that our institution has upheld the white racial frame that Ewell elucidates.

Social responses to anti-Black racism are heartening, but these must lead to changes in the laws, policies, and practices that maintain systemic racism within our very institutions.

As UNT internally moves through the mandatory administrative processes to begin to address this problem, continued action is necessary. This work starts with the example that each of us sets for our students: in our mentorship, in our classrooms, in our curricula, and in our research. We invite you to be in open dialogue with us and with one another about the steps that we *all* must take to dismantle and to rebuild our shared institutions.

Signed

UNT_000429

We, the undersigned faculty members of the University of North Texas Division of Music History, Theory, and Ethnomusicology, stand in solidarity with our graduate students in their letter of condemnation of the *Journal of Schenkerian Studies*. We wish to stress that we are speaking for ourselves individually and not on behalf of the university. The forthcoming issue—a set of responses to Dr. Philip Ewell's plenary lecture at the 2019 Society for Music Theory annual meeting—is replete with racial stereotyping and tropes, and includes personal attacks directed at Dr. Ewell. To be clear, not all responses contain such egregious material; some were thoughtful, and meaningfully addressed and amplified Dr. Ewell's remarks about systemic racism in the discipline. But the epistemic center of the journal issue lies in a racist discourse that has no place in any publication, especially an academic journal. The fact that he was not afforded the opportunity to respond in print is unacceptable, as is the lack of a clearly defined peer-review process.

We endorse the call for action outlined in our students' letter (https://drive.google.com/file/d/1PekRT8tr5RXWRTW6Bqdaq57svqBRRcQK/view), which asks that the College of Music "publicly condemn the issue and release it freely online to the public" and "provide a full public account of the editorial and publication process, and its failures." Responsible parties must be held appropriately accountable.

The treatment of Prof. Ewell's work provides an example of the broader system of oppression built into the academic and legal institutions in which our disciplines exist. As faculty at the College of Music we must all take responsibility for not only publicly opposing racism in any form, but to address and eliminate systematic racism within our specific disciplines.

Dr. Ellen Bakulina
Assistant Professor, Music Theory

Andrew Chung, Ph.D.
Assistant Professor, Music Theory

Dr. Diego Cubero
Assistant Professor, Music Theory

Steven Friedson
University Distinguished Research Professor, Ethnomusicology
Ethnomusicology Area Coordinator

Rebecca Dowd Geoffroy-Schwinden, Ph.D.
Assistant Professor, Music History

Benjamin Graf, Ph.D.
Senior Lecturer, Music Theory

Dr. Frank Heidlberger
Professor, Music Theory
Music Theory Area Coordinator

Bernardo Illari
Associate Professor, Music History

Dr. Justin Lavacek
Assistant Professor, Music Theory

Dr. Peter Mondelli
Associate Professor, Music History

Dr. Margaret Notley
Professor of Music, Coordinator of Music History Area

Dr. April L. Prince
Principal Lecturer, Music History

Cathy Ragland, Ph.D.
Associate Professor, Ethnomusicology

Dr. Gillian Robertson
Senior Lecturer, Music Theory

Dr. Hendrik Schulze
Associate Professor, Music History

Vivek Virani, Ph.D.
Assistant Professor, Ethnomusicology and Music Theory

Dr. Brian F. Wright
Assistant Professor, Music History