Re: Statement on JSS issue

Cubero, Diego <Diego.Cubero@unt.edu>
Thu 7/30/2020 7:43 AM
**To:** Geoffroy-Schwinden, Rebecca <Rebecca.Geoffroy-Schwinden@unt.edu>

Dear Rebecca,

Below I have compiled the responses I have received so far. I have not heard from David Schwarz, David Heetderks, Gillian, Andrew, Timothy. Gillian told me she will get back to me later this morning. David Heetderks and I scheduled a phone call for this morning. Frank told me he was going to call David Schwarz last night. I don't except to hear from Tim.

Stephen asked if he was allowed to sign and comment, and I said yes. I am not going to silence him. We had a long and productive talk yesterday.

Frank is planning to sign it. We talked last night.

A number of members want to sign but they are not ready to fully endorse the student response. You will see this below.

I will reach out to Andrew. I hope to have this sorted out before I teach this morning at 10 am.

Suggestions/Reactions:

From Ellen:
"Look at us and witness this reality. Let us be an example." looks strange to me. I'm not sure I personally can be an example, even if I make my utmost best to dismantle racism. I also think that these two sentences project pathos that makes it sound suspicious.

Second, the last phrase, "dismantle and to rebuild our shared institutions" is unclear to me. Which institutions? Maybe it is at least better to at least change "institutions" to "system." Because UNT itself is also an institution, and so is SMT, and I hope we don't want to dismantle them.

And third, I cannot sign in support of the students' statement, for one reason: that statement mentions "we condemn the egregious statements written by UNT faculty members within this publication." UNT faculty members are in the plural. This must mean essays by both Jackson and Slottow. But I do not find Slottow's essay egregious. Further, the student statement wants to "condemn the whole issue," presumably the latest JSS issue. But that issue has articles that are NOT in the "symposium" and have nothing to do with Ewell's keynote address. I do not condemn those articles. So I do not support the students' statement in its entirety. I do support its main message, however. Is there a way to make the "support for students statement" more nuanced?

From Justin:
While I applaud the stand they took against racism, I'm hesitant to fully endorse the graduate students' response in the specific instance of dissolving the JSS. It seems like Schenkerian analysis is shrinking in our field and I would hate for this one very seriously flawed and damaging issue to dissolve an outlet for publishing good tonal analysis. I know from talking to Ben that the articles, at least in the past, have been peer reviewed by reputable scholars. It's clear that this symposium was not-- some of them even look like email length responses. But I don't want to loose the journal as a whole. Perhaps under better leadership (from the very top, not referring to Ben Graf or Levi) it can flourish.

So I do want to sign and stand against systematic racism, but I don't support abolishing this journal. I hope it can change for the better from lessons learned here.


I already sent you Vivek's thoughtful response.

I think that we should plan on recirculating the revised version today. Everyone should then be given a chance to officially endorse the letter if they wish. I suggest we do this on some other platform other than email. I don't want to miss an email response. I think we should sent

the letter to SMT, SMT-announce, AMS, SEM Dr. Phil Ewell (email and hard copy on letterhead?), a copy to JSS. NPR music reported on this this morning.. Should we send a letter to them?

Thank you, Rebecca, for leading the charge. Frank assured me that it was right to include everyone in theory area in the email. So I feel better about that.

Best,

Diego

---

**From:** "Geoffroy-Schwinden, Rebecca" <Rebecca.Geoffroy-Schwinden@unt.edu>
**Date:** Wednesday, July 29, 2020 at 1:04 PM
**To:** Diego Cubero <Diego.Cubero@unt.edu>
**Subject:** Re: Statement on JSS issue

Oops...please use this one!

---

**From:** Geoffroy-Schwinden, Rebecca <Rebecca.Geoffroy-Schwinden@unt.edu>
**Sent:** Wednesday, July 29, 2020 1:04 PM
**To:** Cubero, Diego <Diego.Cubero@unt.edu>
**Subject:** Re: Statement on JSS issue

Dear Diego,

Here is the newest version. I am wondering if you would be willing to bring this to the theory area and ask: 1. who would like to sign or make minor adjustments; and 2. where they suggest circulating it.

I am going to alert the Dean that this is being prepared and will share it with him before we circulate anywhere.

Cathy has taken it to the ethno area, I'm now taking it to history.

All best,
Rebecca

---

**From:** Geoffroy-Schwinden, Rebecca <Rebecca.Geoffroy-Schwinden@unt.edu>
**Sent:** Wednesday, July 29, 2020 7:11 AM
**To:** Cubero, Diego <Diego.Cubero@unt.edu>
**Subject:** Re: Statement on JSS issue

Thank you so much for these thoughtful comments! Here, a version that also incorporate's Cathy's suggestions.

What do you think our next steps should be? Circulate to division faculty to give an opportunity to sign and then we each send it via our respective scholarly societies? I'm open to ideas.

Thank you, again!

UNT_000362

Rebecca

---

**From:** Cubero, Diego <Diego.Cubero@unt.edu>
**Sent:** Tuesday, July 28, 2020 9:59 PM
**To:** Geoffroy-Schwinden, Rebecca <Rebecca.Geoffroy-Schwinden@unt.edu>
**Subject:** Re: Statement on JSS issue

Dear Rebecca,

Thank you for drafting the response and welcoming my feedback. Attached are my comments. I would be happy to look it over again, if you wish.

All the best,

Diego

---

**From:** "Geoffroy-Schwinden, Rebecca" <Rebecca.Geoffroy-Schwinden@unt.edu>
**Date:** Tuesday, July 28, 2020 at 3:05 PM
**To:** Diego Cubero <Diego.Cubero@unt.edu>
**Subject:** Statement on JSS issue

Dear Diego,

I've attached the statement regarding the recent issue of JSS, on which I welcome your feedback. We are hoping to circulate it to division faculty and then to send it to our respective societies as soon as possible.

Thank you!

All best,
Rebecca

Rebecca Dowd Geoffroy-Schwinden, Ph.D.
Assistant Professor, Music History
Division of Music History, Theory, and Ethnomusicology
University of North Texas College of Music
Rebecca.Geoffroy-Schwinden@unt.edu

Vice-President, Society for Eighteenth-Century Music