# Statement from the MHTE Graduate Students

CONFIDENTIAL

| | |
|---|---|
| **From:** | "Kohanski, Peter" <peterkohanski@my.unt.edu> |
| **To:** | "Richmond, John" <john.richmond@unt.edu> |
| **Cc:** | "Brand, Benjamin" <benjamin.brand@unt.edu>, "Hernandez, Salvador" <salvadorhernandez2@my.unt.edu> |
| **Date:** | Thu, 30 Jul 2020 14:08:17 -0500 |
| **Attachments:** | MHTE Students' Statement to Dean Richmond on JSS.pdf (97.08 kB) |

Dear Dean Richmond,

We hope that this email finds you well. Please see the attached statement from graduate students of the Division of Music History, Theory, and Ethnomusicology regarding the *Journal of Schenkerian Studies*, Volume 12. This response represents the collective position of the majority of graduate students in our division who collaborated after lengthy discussion. It also has the support of additional students who did not sign due to fear of retaliation from Dr. Jackson. We submit our position with the understanding that the identities of the signatories remain anonymous for their own protection.

We look forward to engaging with you on these issues. Thank you for your attention to these important matters.

Very sincerely,
Peter Kohanski, President
Graduate Students of Musicologists *und* Theorists (GAMuT)

Salvador Hernandez, President
Student Society for Ethnomusicology at North Texas (SSENT)



Deposition Exhibit
PH
34
Nita Cullen 3/9/21

Kohanski_000107