1          IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF TEXAS
2                  SHERMAN DIVISION

3  TIMOTHY JACKSON,            )
                               )
4          Plaintiff,          )
                               )
5  v.                          )  CASE NO.
                               )  4:21-cv-00033-ALM
6  LAURA WRIGHT, et al,        )
                               )
7          Defendants.         )
                               )
8

9

10      ----------------------------------

11          ORAL DEPOSITION OF

12          FRANK HEIDLBERGER

13          MAY 19, 2021

14      ----------------------------------

15

16

17      ORAL DEPOSITION OF FRANK HEIDLBERGER, produced as a

18  witness at the instance of the Plaintiff, and duly

19  sworn, was taken in the above-styled and numbered cause

20  on May 19, 2021, from 9:10 a.m. to 11:56 a.m., before

21  Nita G. Cullen, CSR in and for the State of Texas,

22  reported by machine shorthand, at the Law Offices of

23  Cutler Smith, 12750 Merit Drive, Suite 1450, in the City

24  of Dallas, County of Dallas, State of Texas, pursuant to

25  the Federal Rules of Civil Procedure.

1                        A P P E A R A N C E S

2

3    FOR THE PLAINTIFF:

4        MR. MICHAEL THAD ALLEN
         MS. SAMANTHA HARRIS
5        ALLEN LAW, LLC
         P.O. Box 404
6        Quaker Hill, Connecticut 06375
         860.772.4738
7        860.469.2783 Fax
         m.allen@allen-lawfirm.com
8

9    FOR THE DEFENDANTS:

10       MR. MATT BOHUSLAV
         ASSISTANT ATTORNEY GENERAL
11       GENERAL LITIGATION DIVISION
         ATTORNEY GENERAL OF TEXAS
12       P.O. Box 12548, Capitol Station
         Austin, Texas 78711
13       matthew.bohuslav@oag.texas.gov

14   AND

15       MR. RENALDO STOWERS
         SENIOR ASSOCIATE GENERAL COUNSEL
16       UNIVERSITY OF NORTH TEXAS SYSTEM
         OFFICE OF GENERAL COUNSEL
17       1155 Union Circle
         Denton, Texas 76203
18       940.565.2717
         renaldo.stowers@untsystem.edu

19

20   ALSO PRESENT:

21       MR. TIMOTHY JACKSON

22

23

24

25

1                          INDEX

2                                                    PAGE

3  Appearances........................................ 2

4  Stipulations....................................... 4

5  FRANK HEIDLBERGER

6       Examination by Mr. Allen...................... 4

7       Examination by Mr. Bohuslav...................85

8

9

10  Reporter's Certificate............................86

11

12                        EXHIBITS

13  NO.  DESCRIPTION                                   PAGE

14  Exhibit 24      Notice of Taking Deposition............ 7
    Exhibit 25      Statement from the Division of Music
15                  History, Theory and Ethnomusicology of
                    the University of North Texas..........34
16  Exhibit 26      E-mail to Benjamin Brand, 7/27/2020....34
    Exhibit 27      E-mail to Frank Heidlberger,
17                  7/28/2020..............................53
    Exhibit 28      E-mail to Benjamin Brand, 7/27/2020....56
18  Exhibit 29      Music History, Theory, and
                    Ethnomusicology - Theoria..............58
19  Exhibit 30      E-mail to Timothy Jackson,
                    September 14, 2016.....................68
20  Exhibit 31      E-mail to Dr. Jackson,
                    September 17, 2018....................73
21  Exhibit 32      E-mail to Peter Kohanski,
                    July 30, 2020.........................74
22  Exhibit 33      News from SEM: General News...........78
    Exhibit 34      E-mail to John Richmond,
23                  July 30, 2020.........................80

24

25

```
 1                    P R O C E E D I N G S
 2                      FRANK HEIDLBERGER,
 3   having been first duly sworn, testified as follows:
 4                         EXAMINATION
 5   BY MR. ALLEN:
 6        Q.    Mr. Heidlberger, my name is Michael Allen.  I'm
 7   counsel to Timothy Jackson.  Have you ever been deposed
 8   before, sir?
 9        A.    No.
10        Q.    So, I'm just going to go over a few ground
11   rules.  This is a relatively formal conversation.  A
12   deposition, although it's taking place in a private
13   office here, is actually an extension of the Court.  The
14   purpose of depositions is both to find out what you
15   know, obviously, and also to find out what you would say
16   at trial.
17             I'll start with a few preliminary
18   questions.  Is there anything that would prevent you
19   from giving truthful testimony today?
20        A.    No.
21        Q.    Are you taking any medication that might affect
22   your memory or ability to testify truthfully?
23        A.    No.
24        Q.    Are you ill in any way?
25        A.    I have Type 1 diabetes, that might affect over
```

```
 1  time my condition, but I will indicate that if I have a
 2  low blood sugar situation.
 3       Q.   I'm glad you raised that, because if at any
 4  time you need a break or you need more time to examine a
 5  document, please say so.  Likewise, if something I ask
 6  you is unclear, I can assure you that it's no reflection
 7  on you that you would ask for clarification, it's a
 8  reflection on me.
 9            It's perfectly legitimate for you to
10  interrupt me at any time and ask me for clarification.
11  I don't want you to answer a question that you didn't
12  understand or answer a question that is actually
13  different from the one I was trying to ask.
14       A.   True.  Sure.
15       Q.   But that said, if you do not ask for a
16  clarification, I will assume that you understand the
17  question.
18       A.   (Witness nods head affirmatively.)
19       Q.   I would also suggest that you wait till I
20  finish asking a question, just to make sure, likewise,
21  that you're not answering a question before we finish
22  and that you know what I was going to ask.
23            If you could, also, when you answer, please
24  answer audibly.  As you know, this is being transcribed
25  by the Court Reporter, but the record is going to be a
```

1  print record, which doesn't capture things like nods of

2  the head or "uh-huhs" or "huh-uhs", so if you could

3  please audibly answer "yes" or "no" and enunciate your

4  answers in that way.

5           Like I said, it's a formal conversation, so

6  some things that happen in day-to-day conversations,

7  which are perfectly normal, are not suitable for a

8  deposition.

9      A.   Is that public record?

10     Q.   The deposition records will be a public record,

11 yes.

12     A.   Okay.

13     Q.   There are provisions for designating parts of

14 the record, if it's necessary, confidential, and you can

15 discuss that with your attorney.

16     A.   Uh-huh.

17     Q.   I understand as a party in this case, you're

18 represented by Mr. Bohuslav, correct?

19     A.   Correct.

20     Q.   Thank you.

21           MR. ALLEN:  Matt, in the past depositions,

22 we have stipulated that all objections, except for those

23 as to form, will be reserved till the time of trial.  Is

24 that our understanding today?

25           MR. BOHUSLAV:  Yes.

*Frank Heidlberger      5/19/21*

1    Q.    (By Mr. Allen)  Let's start with a preliminary

2    exhibit, Mr. Heidlberger.  Incidentally, do you have a

3    preference?  Shall I call you Mr. Heidlberger, Professor

4    Heidlberger?

5    A.    No, it's totally your choice is fine.  That's

6    totally fine.

7              (DEPOSITION EXHIBIT 24 MARKED.)

8    Q.    (By Mr. Allen)  If any of the exhibits are not

9    provided to you, if I overlook that, please feel free to

10   insist on it.

11   A.    All right.

12   Q.    May I ask you if you recognize this document?

13   A.    Yes.

14   Q.    Is it fair to say that you're appearing today

15   to give testimony in response to this notice of taking

16   of deposition?

17   A.    Yes.

18   Q.    I'd also like to ask if you could explain your

19   educational background, everything from the time you

20   graduated from what would be the equivalent of high

21   school in the United States or Gymnasium in Germany to

22   your present position at the University of North Texas?

23   A.    Oh, wow.  Okay.  All right.  Yeah, I was born

24   and raised in Germany and had my entire education in

25   Germany.  Studying musicology, philosophy and German

1  literature in the 1980s.  Finishing that up with an

2  equivalent to the Ph.D. in 1993, I think, or '91.  It's

3  about 30 years, now.  After getting a non-tenured

4  professorship right after that, which was a very lucky

5  situation, and writing my second dissertation, that is a

6  special thing in the German academic world called

7  Habilitation, completing that in 1998 in the field of

8  historical musicology.

9              I then was on the market, and I can further

10  elaborate that once we get to it, because to a certain

11  amount, Tim Jackson is involved in that development,

12  which was very positive for me.  Being hired after

13  having actually -- yeah, in between being on the market,

14  I had a very high level national scholarship from

15  Germany, the Heisenberg scholarship, that allowed me to

16  intensely travel and do research at various places, such

17  as Vienna, Austria, and Washington, D.C.

18              And in the course of that, I got very much

19  involved with colleagues, also from this country, and I

20  was at some point then invited -- in 2000 invited to the

21  University of North Texas, and that ultimately led to my

22  hire as the associate professor with short tenure track.

23  In 2001, professor of music theory, that transition is

24  worth to mention, I -- you know, I have this background

25  of historic musicology as taught in Germany with a

*Frank Heidlberger    5/19/21*

1 German tradition, but hired here as a music theory

2 professor.  The reason that I add historical components

3 to music theory.

4            So, mostly what I'm teaching and

5 researching in is the field of history of music theory,

6 which is a subdiscipline of music theory in some very

7 few selected colleges of music in the U.S., and UNT is

8 one of them.

9            And from there, I made my career at UNT:

10 becoming full professor in 2006, becoming department

11 chair in 2012.  After having served as coordinator of

12 music theory, that tenure as department chair ended, in

13 2018, and then I was reappointed as head of the -- or

14 coordinator of theory in 2019, up to now.

15            So, that's what I still do.  So, in effect,

16 I'm teaching one class per semester, that's usually my

17 doctoral seminar or seminar styled class and doing

18 administrative work related to operational and

19 strategical planning of the music theory area, in close

20 connection to musicology and ethnomusicology, which are

21 also part of our division.

22            So far, I'm very -- very -- well, I have

23 very much experience and close knowledge to everything

24 regarding our theory program and our academic program at

25 UNT.

*Frank Heinlberger    5/19/21*                                    10

1          Q.    All right.  Can you tell me what university you

2    attended in Germany that led to your -- what would be

3    the equivalent of an undergraduate degree?

4          A.    Funny enough, I did everything at one

5    university, and that is University of Wurzburg.

6          Q.    And there, you completed both your diploma --

7    your dissertation and Habilitation?

8          A.    Yeah, all three, master's, Doctor Phil, and

9    Habilitation.

10          Q.    I'm assuming you applied for and received the

11    Heisenberg Fellowship.  What year did you do that?

12          A.    1998, and I got it for 1999, for six years,

13    unless I get hired somewhere, then it automatically

14    ends.

15          Q.    Is that funded by the German government?

16          A.    It is funded by the German Research Council,

17    Deutsche Forschungsgemeinschaft.

18          Q.    Okay.  And you said in 2000, you were invited

19    to UNT.  Could you explain what you mean by that?

20          A.    I was at the national library in Vienna and ran

21    into Dr. Jackson, and we knew each other from other

22    conferences, it's a little field internationally, and so

23    we had small talk, and I said, hey, in three months, I'm

24    going to Washington, D.C. for a while, so I'm in the

25    country.

1           And he initiated to invite me to visit UNT

2  for a guest lecture, and that was -- I stayed for a

3  couple days and returned home, and, ultimately, back to

4  Germany.  And then Dr. Jackson actually called me and

5  said, there's a position open, would you apply?  And my

6  answer was, no, I'm not a music theorist, I won't apply.

7           But, of course, I had a second thought

8  because I was as well in that stage of academic

9  desperate to have a full-time position, so of course I

10 applied.  And I was actually required to apply because

11 the Heisenberg, that's one stipulation, you have to

12 apply to positions, if they're opening up, and you have

13 to accept them, if you get the offer.

14          So, really, that's the background.  And

15 then, I got a call and got into the normal steps of an

16 application process, so a phone -- back then, it was a

17 phone interview, today's it's Skype.  Very funny because

18 it's late at night.

19    Q.    The Skype utopia had not yet arrived.

20    A.    Exactly.  So phone interview, then I was

21 re-invited, so I flew to Texas in April.

22    Q.    And this invitation was, again, for a talk?

23    A.    No.  That was the official interview situation.

24    Q.    I see.

25    A.    So, I had to teach an undergrad class and a

*Frank Heidlberger    5/19/21*

1  doctoral class, and the guest lecture was actually

2  waived because I had just presented the guest lecture at

3  this previous visit four months before that.

4              And in the course of that visit, since I

5  had a special situation of being from overseas and had

6  to fly back and such, a decision was made very quickly,

7  so the same day they made the offer.

8      Q.    And did Timothy Jackson champion your hire?

9  Was he an advocate for your hire at the University of

10  North Texas?

11      A.    Of course, this is a confidential process, so I

12  don't know details about the procedure, but I can say

13  that he was substantially involved, yes.

14      Q.    Could you state your age, please?

15      A.    58.

16      Q.    And so, are you younger or older than Professor

17  Jackson?

18      A.    I'm a little bit younger, but we look alike, we

19  got actually always mixed up in the early days when I

20  was new, some people said, oh, hey, Dr. Jackson, to me.

21      Q.    And were you -- do you consider yourself a

22  close colleague of Timothy Jackson's on the faculty at

23  the University of North Texas?

24      A.    Yes.

25      Q.    From the beginning, in 19 -- excuse me -- in

*Frank Heidelberger    5/19/21*

```
 1  2006, when you were hired?

 2       A.    2001.

 3       Q.    I am sorry.  It was 2001 you were hired.

 4       A.    Yes, 2001, that's 20 years, now.  That's crazy.

 5  The answer is yes.

 6       Q.    At the time you were hired to the University of

 7  North Texas, considering your specialty, was that

 8  considered a very good job in your field?

 9       A.    Absolutely.

10       Q.    And were you very happy to take the job at the

11  University of North Texas?

12       A.    I gave up my roots in Germany to get this

13  position, so I did put a lot of effort into this, and it

14  was worth every minute.  And I knew it academically that

15  was the right decision for me.

16             I did apply, in the course of the next

17  five, six years to other positions in Germany, but,

18  yeah, that never worked out, so I -- I never regretted

19  one minute that I applied and accepted the offer.

20       Q.    And how would you compare the university

21  system, in general, in Germany to the university system,

22  in general, in the United States?

23       A.    This would be a very big topic, but I try to

24  narrow it down to some major points and from my personal

25  perspective.  Things change a lot and, you know, might
```

1  be different now than they were 20 years ago.

2              So, when I came, the mentality was in

3  Germany, especially for music fields and especially for

4  academic music fields, restrictive, cutting down

5  positions, frustrated colleagues.  And when I came here,

6  it was kind of feeling really everything is possible,

7  you can design that what you want to do to your

8  position, very flexible, very open ears in the higher

9  administration for your ideas.

10             Whereas everything in Germany or in Europe,

11 mostly, say actually worse in other European countries,

12 but also in Germany in that way, it was an outdated

13 field.  We all put our efforts into technology and

14 simply there was not much support organization for the

15 fields of theory and musicology.

16             They were considered niche fields that are

17 just irrelevant.  And that might, at times, be the case

18 here, too, when it gets to big funding, but it is -- it

19 is much stronger and much -- it's just much bigger and,

20 you know, the field's still a small field, but it is

21 much bigger than in Germany.

22             An institute -- comparable institute at a

23 large university in Germany has maybe two or three

24 professors.  We have just for that -- for the academic

25 fields in our division 21 professors.  That is unseen in

*Frank Heimlberger    5/19/21*

 1  the world.  It's also one of the biggest in the U.S., if

 2  not the biggest.

 3          The other big difference is that there is a

 4  clear distinction between the institution of university

 5  and the institution of Musik Hochschule or conservatory.

 6  Music is considered a field that belongs to the

 7  conservatory, and most people, non-musicians but, you

 8  know, colleagues from other fields consider that, well,

 9  you practice and you play for your professor an

10  instrument, that's what you do at a conservatory.  So,

11  it is kind of fairly restricted to performance, and that

12  is a big difference to the U.S.

13      Q.   Is the Musik Hochschule similar to, say, the

14  Berklee School of Music or --

15      A.   Yes.

16      Q.   -- in the United States?  As part of the

17  deposition, if you could just let me finish my question.

18  I don't want to interrupt you either.  So, if you could

19  just do that, then I think it will create a clear record

20  for the Court.

21          So, let me just phrase that again because

22  we got involved in speaking over each other.  So, I was

23  asking, is Musik Hochschule in Germany similar to, say,

24  the Berklee School of Music or Juilliard in the United

25  States?

*Frank Heidlberger    5/19/21*

1      A.    Yes.

2      Q.    Thanks.  And can you describe, maybe in the

3   same brief, general overview, based on your personal

4   experience, the evolution of the University of North

5   Texas since you've come there in 2001?

6      A.    The striking impression that I have from the

7   beginning was the diversity of fields and specialties

8   that are taught there.  Also, it was clearly defined

9   back then as a school that has a very strong focus on

10  Schenkerian theory, which was also in the early days

11  strengthened by certain hires, which Tim Jackson and

12  myself were, you know, very much involved in

13  strengthening that field.

14            It was also, back then, that Tim Jackson

15  had built the Center for Schenkerian Studies, securing

16  major collections, in one case, a collection that was a

17  very reputable German university who did not care for

18  this, and Dr. Jackson was able to secure that collection

19  for our library and for the research in Schenkerian

20  studies, which was a big deal.

21            And so, it was perceived, and also the

22  outside reputation was clear that UNT theory has a

23  strong focus on Schenkerian analysis.  At the same time,

24  though, since it's such a big school and that is the big

25  advantage of it, we also had specific non-Schenkerian.

1  So, we always had a very productive discourse in that

2  regard and other fields covered, among them music

3  theory, which I took over.

4          And along with this, being the editor of a

5  journal, the Journal of Theoria, Aspects of --

6  Historical Aspects of Music Theory.  That's it's title.

7  It's a peer review journal that I revised and brought

8  forward to be published by UNT Press, suggesting that to

9  Dr. Slottow Dr. Jackson of -- you know, when the JSS was

10 in its early days to approach UNT Press to publish it

11 there, and this all worked out very well.

12         And that way, so we had two journals coming

13 out of the division published by UNT Press and

14 internationally perceived as specialty journals in their

15 respective fields of Schenkerian studies and history of

16 music theory.

17         Other than that, there was no connection

18 between the two -- between the two journals, in terms of

19 the editorial process.  So, that was the principal

20 reputation and also structure of the theory area.  And

21 over time, this remained the same, although with big

22 changes as to mostly retirements, so we got by now -- I

23 mean, during the time I was division chair, I hired, I

24 think, seven new professors, which is unseen.  In five

25 years I hired seven new professors, with the help of the

1    search -- or, you know, with the recommendation by the

2    search committee.

3         Q.    Could I interrupt you for just one second?

4    Because I find that interesting.  And I agree with you,

5    that's quite extraordinary.  Was that because of the

6    replacement of retired or perhaps deceased professors,

7    or was that actually expansion of the university?

8         A.    Both.  Both.  I could go more into detail, but

9    it is a mix of both.  It was mostly initiated by a

10   retirement situation.  And then a follow-up question, if

11   we had, for example, two extremely qualified candidates

12   for one position, I dared to ask the dean here, we need

13   to hire both.  And that sometimes indeed worked, which

14   is quite unseen.

15              So, we got -- this way, we got young,

16   excellent and, in terms of topics, very diverse new

17   faculty.  The idea back then, as part of the College of

18   Music strategic plan was to diversify the fields of

19   music theory and musicology with regard to non-western

20   analysis and popular music studies, which has become a

21   very strong subfield in music theory.

22              And so hires were focused on these fields,

23   but not only, we also replaced previous faculty, in

24   terms of common practice, repertoires and western

25   classical music that still needs to be covered because

*Frank Heidlberger    5/19/21*

1  we have this large performance component that we have to
2  serve, so to say.
3              So, it's a mix of both, but there was a
4  clear tendency going into fields that were under-
5  represented or just emerged from the general discourse
6  of music theory.
7       Q.    And could you explain Timothy Jackson's
8  participation in or contribution to diversifying the
9  fields with regard to non-western or popular music in
10  the -- I think you're called the MHTE division --
11      A.    Yeah.  MHTE division.
12      Q.    -- of UNT?
13      A.    Yes.  As chair and supervisor of Dr. Jackson
14  and, you know, having him involved in the search
15  committees back then, I was always very keen to get his
16  opinion about things, because he, with the weight of his
17  seniority and being a distinguished research professor,
18  it was fortunate to have him on board.
19              I can only say that was not always easy.
20  We often had very different perspectives on things, but
21  I think that was within the -- totally within the
22  perimeters of productive professional discourse.  You
23  know, so that was not a problem, it was just a challenge
24  and a good challenge because it would make me think more
25  about how can I better formulate to convince people, you

*Frank Heidlberger    5/19/21*

```
 1  know, that we need that kind of professor, rather than
 2  another kind of professor?  So -- and so far, yeah,
 3  challenging but productive.
 4       Q.   Did you ever experience Dr. Jackson, in these
 5  conversations you've just described, as expressing
 6  racist views about non-western or popular music?
 7       A.   No.
 8       Q.   Can you explain a little bit more about what a
 9  distinguished university professor is at the University
10  of North Texas?
11       A.   That is a special category of -- an honorary
12  category, so it doesn't change the position, as such, or
13  the level, it is -- the principal requirement is that
14  the person is a full professor, and he goes through --
15  he or she goes through a very wide and strict vetting
16  process, including outside evaluations, like we do it
17  when we have a promotion or tenure case.
18            So, the person is being vetted, in terms of
19  his or her national and international reputation with
20  regard to the field as a scholar.  And this was
21  established -- it then comes with the title, and I think
22  a little bit more of salary and stuff like that.
23            But, unfortunately, it doesn't really
24  provide the amount of, say, research funding that one
25  would wish that comes with this position.  But still,
```

 1  it's -- it's very important and very strong, and also

 2  handled very restrictively, that is important, so it's

 3  not just, oh, well, you apply and eventually you'll get

 4  it.  That's not how it works.

 5             It's really a strict vetting process of

 6  maybe -- there is actually a percentage in the

 7  background who can -- how many can get this per year.

 8  And with a University of that size, it's maybe two or

 9  three per year, maximum.

10             And the special situation year was that it

11  was established in 2009 or '10, and Dr. Jackson and

12  another colleague from MHTE, a musicologist, Dr.

13  Friedson were the first at UNT who received that

14  distinction.

15       Q.    Across all disciplines.

16       A.    Across all disciplines, yes.  So, that was

17  really seen as a very big thing, and we were very proud

18  of that.

19       Q.    Have you ever been designated with a special

20  title of this kind or similar?

21       A.    No.

22       Q.    I'd like to ask you about the Center for

23  Schenkerian Studies and also about your journal.  And

24  you have to be patient with me.  I think you said it was

25  Theoria?

*Frank Heidlberger   5/19/21*

1      A.    Yes.

2      Q.    If I pronounce it Theoria, please, you know,

3   correct me, because I wasn't sure how it was pronounced.

4      A.    That's perfect.  Thank you.

5      Q.    So, let me start with Theoria.  How much

6   funding is provided for that journal's operation,

7   publication, editorial staff, production, anything of

8   that nature?

9      A.    I have a contract with the -- with UNT Press,

10  which pays me $100 or $200, something around that level

11  per issue, and there is one issue per year because it's

12  very small.  But they do pay a couple hundred dollars.

13  I was forcing them doing that because, first of all,

14  yeah, it's just -- it barely covers the running costs

15  that I have with it, which is not much.  In the past, we

16  printed it ourselves and put it to binding, university

17  binding and stuff, and then, you know, collected the

18  income directly to the division.  So, we were kind of

19  doing the marketing and all that, you know, and the

20  production.

21            So, since it's at UNT Press, they actually

22  didn't want to pay anything, but I said I need $200 per

23  year.  In the past, it was better because I could

24  actually finance trips to national conferences and

25  represent Theoria that way.  That is not possible with

1  that small budget.

2      Q.    Does the Theoria Journal actually generate

3  income?

4      A.    I don't think so.

5      Q.    Do you know what your subscriptions list is, in

6  terms of numbers of descriptions?

7      A.    Only as of maybe ten years ago, because after

8  that, it went to the university or to the Press, and I

9  don't have input in this.  Maybe 50, 60 institutions,

10  mostly libraries, big university libraries.

11      Q.    Can you say how many downloads there are of

12  articles in any given month, track other metrics that

13  way that you might explain how widely spread the journal

14  is?

15      A.    We have the same system as JSS, so after one

16  year, the -- an issue is opened up at the -- it's called

17  UNT digital library.  So, you have full text access to

18  the paper.  And so, once a year, when an issue comes

19  out, through our SMT, Society of Music Theory, national

20  level, I publish on their e-mail list the issue of the

21  new volume, and also add all previous volumes can be

22  seen.

23          That always causes, of course, a surge of

24  clicks.  So, at about -- I would say it's at that time

25  about 700.  And in the down time during the year, it's

*Frank Heidlberger    5/19/21*

```
 1  between 200 and 300 total.  So, you can say a thousand
 2  clicks.
 3      Q.    And, of course, I'm asking for ball park
 4  numbers.  I understand -- my guess is some volumes are
 5  more popular or less popular than others, is that
 6  correct?
 7      A.    That is correct.
 8      Q.    And in your experience, is it similar to the
 9  circulation enjoyed by the Journal of Schenkerian
10  Studies?
11      A.    I cannot specifically answer that question, but
12  I think so.
13      Q.    And, incidentally, if you can't answer a
14  question because you don't know, that's a perfectly
15  legitimate answer.  Thank you.
16      A.    Okay.
17      Q.    You had also brought up the Center for
18  Schenkerian Studies.  As either an administrator or just
19  simply as a faculty member of the MHTE division, do you
20  know how much of a budget the Center for Schenkerian
21  Studies operates under?
22      A.    To my knowledge, and that is of 2018, when I
23  was administrator, it was close to nothing.
24      Q.    Let me ask you -- go ahead.
25      A.    Unless it was -- it was funded from outside
```

*Frank Heidlberger    5/19/21*

1  sources, from private sources and things like that.  But
2  I'm not aware of a university -- of -- of a designated
3  university budget for the center.

4       Q.   And I think you already said that it was able
5  to secure major collections and, in your words, was --
6  some of these collections and activities of the center
7  were a big deal.  Am I summarizing that correctly?

8       A.   That is correct.  And, yeah, thanks to the
9  efforts of Dr. Jackson, it went beyond the small,
10  scholarly circles.  So, he published or he initiated or
11  was involved in CD productions and wrote the liner
12  notes.

13            He made very highly recognized recitals and
14  concerts of the lost composers programs or programs of
15  composers who died in the concentration camps and things
16  like that.  So, it was, you know, both a very important
17  by topic undertaking, and second, the way it was done
18  was very much going beyond just the small silos of the
19  field.  It went into the public.  So, that was very
20  strong.  And I always had the feeling that this is not
21  sufficiently recognized by the higher administration, in
22  terms of funding.

23       Q.   Is it safe to say, then, that with almost no
24  resources provided by University of North Texas, the
25  center has distinguished itself in the recognition and

*Frank Heidlberger    5/19/21*

```
 1  scholarly achievements that it's been able to produce
 2  over the years?
 3            MR. BOHUSLAV:  Objection, leading.  You
 4  can go ahead and answer.
 5      A.    That needs to be differentiated.  It has done
 6  that, as you say, up to maybe the mid-teens, but my
 7  impression was that the activity of the center went down
 8  quite a bit, at least that topic outreach component to
 9  it.
10      Q.    (By Mr. Allen)  Starting approximately when,
11  did you say in the teens?
12      A.    2000 -- it's hard to say, but maybe 2014,
13  something like that.
14      Q.    Are they still working on some of the projects
15  that you had described before?
16      A.    On the level of dissertations that uses
17  material available through the center, yes.  But it's
18  mostly on that academic level, as far as I can see.
19      Q.    Do you know of any of the lost composers' work
20  that is still continuing within the center?
21      A.    Not right now.  The last that I'm aware of was
22  maybe in 2017, 2018, something around that.  But there
23  might be follow-up things that I'm not aware of.
24      Q.    Has the University of North Texas ever required
25  the center to secure its own funding as a condition for
```

1  its continued existence, to your knowledge?

2        A.    There are regular, recurring evaluations of all

3  the scholarly centers at the university, and among that,

4  the Schenkerian Studies Center, in order to be existent,

5  but I am not aware that this comes with a specific

6  funding guarantee.

7        Q.    And as a former department chair, and as I

8  believe you described yourself as the head coordinator

9  of theory from 2019 to the present, would you be in a

10  position to know if those kinds of requirements had been

11  imposed upon the center in the past?

12        A.    No.  It's an interesting side track -- sorry.

13  That might not be -- that the centers are actually

14  administered from the provost level and the dean

15  directly and, interestingly, the department chair, the

16  coordinator are not explicitly involved in the planning

17  of those centers, which is strange, but that's how it

18  is.

19        Q.    And do you mean Dean John Richmond and provost

20  Jennifer Cowley?

21        A.    Yes.

22        Q.    Were you ever aware that any of the work of the

23  center was identified as racist in content?

24                  MR. BOHUSLAV:  Objection, vague.

25                  MR. ALLEN:  And, incidentally, before you

1 answer, he will object from time to time, which has to

2 do with how the record is preserved for the Court, but

3 it does not relieve you of the obligation of answering,

4 and it's just part of this formal conversation we're

5 having.  So, could I have that question read back to the

6 witness, please?

7                    (THE RECORD WAS READ BACK.)

8         A.    May I ask for clarification of the question?

9 Is the question whether I see elements of the work of

10 the center as racist, or did I recognize others

11 identifying the work of the center as racist?

12        Q.    (By Mr. Allen)  I'm glad you asked for that

13 clarification.  Let's take them in turn.  Were you ever

14 aware that anyone else condemned the work of the center

15 as racist in content before, say, July 2020?

16        A.    There are two components to my answer.  One is,

17 no, not explicitly racist.  But the nature of the work

18 of the center and of the work, specifically, of Dr.

19 Jackson sometimes causes composers, including well-known

20 composers, to be identified as very close to national

21 socialistic influences.

22               And here, yes, again, not my opinion, but

23 the opinion as it was perceived was Dr. Jackson's

24 research on John Sibelius, for which he did -- for whom

25 he did very detailed source studies, finding out that

*Frank Heidelberger*    *5/19/21*

1  there is a connection between the SS and national

2  socialistic top representatives being involved in

3  actions by John Sibelius, for example, providing him an

4  award, and John Sibelius accepted the award and things

5  like that.

6              It came through as that Dr. Jackson is

7  saying Sibelius is a Nazi.  And that was very heavily

8  rejected by public press, up to the point, howcome this

9  Texan professor who doesn't know about this kind of, you

10 know, with -- that's what I did, I saw, people think

11 Texan, they think steaks and country music, you know.

12 We have to fight that kind of reputation sometimes.  And

13 so, I was not really happy about that.

14             But again, that was a -- that shows how

15 sensible the field is towards very generalized

16 statements.  And I must say, you know, and I'm not

17 judging it, and I know that it is very much -- that Dr.

18 Jackson's work is very much based on resource and

19 evidence, but the way he presents it is -- sometimes may

20 cause this kind of outrage.

21     Q.    So, let me make a comparison that you may know

22 of.  The so-called Heidegger controversy in Germany.

23 Heidegger being probably one of the most prominent

24 philosophers of the 20th century in any country, and

25 certainly in Germany.  Some scholars suggested he had

1   more than close connections with the national socialist

2   party.  And you're aware of this?

3       A.    Uh-huh.  I'm aware of the discourse and --

4       Q.    And there were some scholars and philosophers

5   who were incensed that anyone would dare identify

6   someone they found beloved as a Nazi, regardless of the

7   evidence sometimes.  Was this a similar controversy in

8   music history and music theory with Sibelius?

9       A.    Not to this extent, since one side was pretty

10  much only represented by one person, and that was

11  this -- that was Dr. Jackson stating that influence.

12  But in terms of the effect, it is somewhat comparable,

13  maybe not to this extent.

14            I would actually more compare it with

15  another big discourse of the 1980s that was related to

16  the Richard Volkner, and here to clearly differentiate.

17  So, we recognize, according to the source documents,

18  that Richard Volkner clearly was anti-Semitic to a

19  militant and really destructive level, that is obviously

20  in his writings.

21            And now, two things.  Can we then listen to

22  his music, and another step would be, are those who love

23  Volkner's music then necessarily anti-Semitists?  Is

24  that the right word?  But the person who, you know,

25  support anti-Semitic thoughts.  I mean, it is that three

*Frank Heidlberger    5/19/21*

1  step kind of that is relevant here in this discourse.

2             I think with the John Sibelius case, that

3  didn't go that far, but it was on the same level.  He's

4  a beloved composer, how dare to say this kind of thing?

5       Q.    As a follow-up question, I think I understand

6  the contours of the controversy, which we don't need to

7  get into, for the purposes of the Court, but was Timothy

8  Jackson himself accused of being racist for drawing

9  these connections, presenting this evidence, presenting

10  this interpretation, historically, of the composer

11  Sibelius?

12       A.    I'm not aware that the word "racist" was

13  used -- would have been used in that context because it

14  would not match the evidence.  We're talking here about

15  a totalitarian German state between 1933 and 1945, with

16  outrageous consequences, as we all know.  So, that has

17  nothing -- it's actually the opposite.  It was the race

18  that was the problem or the misinterpretation that --

19  the harsh misinterpretation of racial supremacy that was

20  the cause.  So, it would be the opposite, and so for the

21  word racist -- which by the way has only become

22  fashionable and popular in more recent times with regard

23  to music discourse was not used, to my knowledge, in

24  this context of Sibelius.

25       Q.    And just -- I want to hopefully conclude this

*Frank Heidelberger    5/19/21*

1 part of our discussion of Sibelius and the center.  Was

2 the work that Timothy Jackson did on Sibelius, was that

3 expressly part of the center's work?

4       A.    I don't know.  Of course, it is related with

5 the larger context of what the center represents, but it

6 could also have been done by an individual scholar, and

7 I interpret that as individual scholarly Dr. Jackson.

8 It, to my knowledge, did not require, necessarily, the

9 resources that the center presents.

10                  (MS. HARRIS LEAVES ROOM.)

11      Q.    (By Mr. Allen)  To your knowledge, there were

12 no archival resources that Timothy Jackson drew upon

13 directly from the center to propagate his ideas,

14 scholarship regarding Sibelius with regard to the

15 question we've been discussing?

16      A.    I must correct myself.  Yes, there was.

17      Q.    And what was that?

18      A.    The name of that composer was -- with G.  The

19 composer who -- may I address Dr. Jackson to ask to help

20 me with this name?

21      Q.    No.

22      A.    Okay.  There was a composer who sought help

23 from Sibelius, a German composer who was threatened by

24 the Nazis, and Sibelius rejected to help that composer.

25 Right now, the name of that composer eluded me, I'm

*Frank Heidlberger     5/19/21*

 1  sorry.

 2      Q.    Was this a Jewish composer, by any chance, or

 3  something of that nature?

 4      A.    I can't confirm that.

 5      Q.    And regardless of the name of the composer,

 6  those were archival resources that were located at the

 7  center, is that it?

 8      A.    Again, I am sorry to be unspecific here, but I

 9  think so.  It could have been related to material that

10  the center has gathered, but I'm not entirely sure.

11      Q.    Is it by any chance the name Gunther Raphael?

12      A.    Yes.  Raphael, yes.

13      Q.    Could you pronounce that and spell it for the

14  Court?

15      A.    Okay.  Gunther Raphael.  So, that is G-U-N-T --

16  maybe T-H-E-R, Gunther, and then R-A-P-H-A-E-L.

17      Q.    And I guess my last question, I just mean it to

18  be a "yes" or "no" question, if a scholar were to access

19  archival materials of the center and publish something

20  about that, does that make that the center's work, or is

21  that simply the scholar's individual work, in the eyes

22  of the scholarly community in which you're embedded?

23      A.    That's not a "yes, no" question.

24      Q.    It's good that you point that out.  Let me

25  rephrase it.  If a scholar accesses the scholarly

 1  archives of the center and then publishes something that

 2  is the scholar's work on that, is that considered the

 3  work of the center?

 4      A.    No.

 5              (DEPOSITION EXHIBIT 25 MARKED.)

 6              (MS. HARRIS RE-ENTERS ROOM.)

 7              MR. ALLEN:  And could I have this exhibit

 8  marked as 26?

 9              (DEPOSITION EXHIBIT 26 MARKED.)

10      Q.    (By Mr. Allen)  And please let me know when

11  you've had a chance to examine it.

12      A.    Yes.

13      Q.    So, these are two documents, and I'm just going

14  to direct your attention to the bottom right of the

15  document.  Each one has a UNT number, and I'm just going

16  to represent to you that in the course of litigation,

17  attorneys will mark all exhibits with page numbers that

18  have to do with all the documents produced in the case.

19              So, the UNT designation indicates that this

20  was produced by the University of North Texas as part of

21  this litigation.  And I was going to ask you if you

22  recognize these documents, first of all?

23      A.    Yes.

24      Q.    And I see the date was July 27th, 2020, on

25  Exhibit 26, and it seems to be an e-mail from you to

*Frank Heidlberger   5/19/21*

 1  Benjamin Brand, is that correct?

 2       A.   Yes.

 3       Q.   What was your purpose in writing this e-mail to

 4  Benjamin Brand?  And as part of that explanation, could

 5  you explain for the Court who Benjamin Brand is?

 6       A.   Benjamin Brand is the current chair of the

 7  Division of Music History, Theory and Ethnomusicology,

 8  and as such, my successor in that field.

 9       Q.   And what was your purpose in sending him this

10  e-mail?

11       A.   I sent this e-mail in consequence of emerging

12  concerns by colleagues, partially expressed in e-mails,

13  partially expressed in -- as far as I remember, in --

14  mostly in Facebook, of which one Facebook post by Ed

15  Klorman came up, who singled out the case as we know it.

16            Publication of JSS articles with

17  problematic formulations, and the reactions to this post

18  as they were posted as comments in the bottom of the

19  Facebook posts saying things like, well, I hate to say,

20  but I'm a UNT alumnus or, look at these guys, their MHTE

21  mission statement states that they are fair and

22  non-racist, and then they produce something like that.

23            In other words, the generalization of one

24  particular problematic case as one may interpret that of

25  people involved being interpreted as a general opinion

1   of the division and the theory area as a whole, which

2   would be a wrong interpretation, and my sense that we

3   have to react against this misinterpretation of the work

4   of my colleagues in the division and in the field.

5       Q.    You've mentioned a couple terms that I don't

6   understand, a problematic case or one case that we know

7   of.  What are you referring to, when you -- speaking in

8   these general terms?

9       A.    Yes.  I refer to the case that some articles in

10  the Journal of Schenkerian Studies that represent the

11  colloquium as a response to Phil Ewell were not well

12  edited, not edited to the standards of peer reviewed,

13  scholarly journals, but represent opinions, partially

14  even anonymous opinions in a way that is not appropriate

15  for a scholarly journal.

16              And that's not my opinion.  That's what I

17  saw in the reactions -- in the public reactions in the

18  field that this was seen as the problem.  So the problem

19  of incorrect handling of editorial procedures of a

20  scholarly journal.  It's not a newspaper.  It's not an

21  opinion paper.

22              And second, the nature of those problematic

23  statements supporting -- and again, that is the

24  perspective that others implemented into this situation,

25  that the articles do exactly that what Phil Ewell tried

*Frank Heidlberger    5/19/21*

```
 1   to fight, and that is the white framing of music theory
 2   in terms of repertoire, in terms of the interpretation
 3   of repertoire and of methodologies, particularly
 4   Schenkerian analysis.  And that is -- yeah.  That's my
 5   point.
 6        Q.    So, I want to ask you, you're referring to the
 7   symposium published in Volume 12 of the Journal of
 8   Schenkerian Studies, correct?
 9        A.    That is correct.
10        Q.    And that is distinct from other articles
11   published in that very same volume, correct?
12        A.    Correct.
13        Q.    Let me ask a preliminary question.  Have you
14   ever heard any criticism of articles, besides the
15   symposium, published by the Journal of Schenkerian
16   Studies for what you've characterized as incorrect
17   handling of editorial opinions?
18        A.    No.
19        Q.    Not even in Volume 12, correct?
20        A.    No.
21        Q.    And could I ask you, as both an experienced
22   academic and also as the editor of a journal yourself,
23   are you aware that journals would publish symposia?
24        A.    Yes.
25        Q.    Could you give some examples, just based on
```

1   your own personal experience?

2       A.   It is usually, in a much smaller scale, a

3   direct response to an article published in a previous

4   volume, and you open up the perspective for people who

5   want to respond, usually criticize statements in a given

6   article, that then causes a response by another author.

7                So, it is not usually a collection of

8   articles, but a response to previously published

9   articles in the same journal.

10      Q.   Are you aware of journals that would have

11  published responses to, other than an article published

12  in a previous volume of the journal, as you've just

13  characterized it?

14      A.   Sorry.  Could you repeat this, please?

15      Q.   Let me see if I can -- I want to see if I

16  understand what you said.  So, it sounds to me like you

17  are aware of symposia published by other journals in

18  which there is a collection of perspectives published in

19  response to an article, but you characterize the article

20  as usually in a previous volume of that very self same

21  journal.

22      A.   Yes.

23      Q.   And let me pause to ask, can you explain or

24  state any specific examples of journals that have done

25  that, that you know of?

1        A.    Well, the small scale type of response that I

2   refer to, I did this in Theoria about Aspect of

3   Historical Music Theory, modal theory of the 16th

4   century.  There are two perspectives as to how much

5   tonal aspects of music theory has influenced the

6   understanding of modes, which are a medieval way of

7   explaining the musical scales, can be seen.

8              And there are basically two opinions, I

9   guess, or whether this influence of tonal impact us

10  there.  So, I had a discussion like that.  So, what I

11  did is, when I got a response, I said, okay, I will

12  publish this in the next issue.  I informed the author

13  and told him, okay -- and I informed the -- the

14  respondent that I will share this answer with the

15  author, giving him the opportunity to directly respond

16  to the response.

17             And I got the response, both where I

18  checked them carefully for accuracy and no personal or

19  any kind of inappropriate wording and published them

20  both in the following volume.

21       Q.    Did you send them out for peer review?

22       A.    No.

23       Q.    Have you ever solicited such responses

24  yourself, as an editor?

25       A.    No.

1       Q.    Have you ever published such a response,

2   personally, as an author, either in Theoria or any other

3   journal?

4       A.    Response to criticism on one of my articles,

5   yes.

6       Q.    Was that peer reviewed?

7       A.    No.

8       Q.    Was the criticism, to your knowledge, peer

9   reviewed that you were responding to?

10      A.    They were marked as letters to the editor, and

11  they are usually not peer reviewed, so they were

12  specifically not articles, but letters.

13      Q.    And was that -- incidentally, can you identify

14  the publication for the Court?

15      A.    It was the Journal, the Clarinet, the Journal

16  of the International Clarinet Association, which is not

17  a peer reviewed journal.

18      Q.    That's not a peer reviewed journal.  To your

19  knowledge, do these kinds of exchanges occur in

20  otherwise peer reviewed journals?

21      A.    Yes, they do.

22      Q.    You also raise an issue of scale with regard

23  to -- is it clear -- if I refer to the Journal of

24  Schenkerian Studies as JSS, or simply the journal, will

25  you understand what I'm discussing?

*Frank Heidlberger   5/19/21*

```
1       A.    Yes.

2       Q.    So, in the JSS, you refer to the scale of the

3  symposium.  Do I get that -- did I understand correctly?

4       A.    I used the term the scale merely within the

5  context of the 16th century modal theory that I

6  explained.  So the musical scale is usually a number of

7  notes within an octave, either a half tone or a whole

8  tone apart from each other that define various modes.

9  So, it is the interpretation of musical scales.  I only

10 used that term in that context.

11      Q.    I'm glad you cleared that up.  And you said

12 that the symposium, which was this collection of papers

13 published in Volume 12 of the journal, was seen by

14 colleagues as supporting exactly the kind of approach to

15 music theory that Philip Ewell was trying to fight.

16            My understanding is that you're referring

17 to Philip Ewell, a professor of Hunter College, and his

18 plenary address to the Society for Music Theory that

19 took place in the beginning of November 2019.  Is that

20 correct, just to clear that up?

21      A.    I think it was in November 2019, if I'm

22 correct.  And yes, the answer is yes.

23      Q.    And is that impermissible to oppose Philip

24 Ewell's scholarship on music theory in the way that it

25 was done in the symposium?
```

1      A.    Absolutely not.  If it is done in the right

2   way, I would absolutely support it, and I think it's a

3   healthy way of getting a discourse going or keeping a

4   discourse that was in the field.

5      Q.    And what specifically, if there was a wrong way

6   that was done in the journal, what specifically was the

7   wrong way, and what was the right way that should have

8   been followed?

9           MR. BOHUSLAV:  Objection, compound.

10     A.    I was present at Phil Ewell's presentation and

11  was delighted by the rhetorical elegance of his

12  presentation, and at the same --

13     Q.    Go ahead, please.

14     A.    I was delighted by the rhetorical elegance and

15  his presentations and shocked, at the same time, by his

16  blunt simplification of very complex historical facts.

17  My first private thoughts that I didn't share with

18  anyone was, oh, my God, how will Tim Jackson react to

19  this?  He has to react.

20          And so I thought, he has a journal, and he

21  will do the right things to prevent a platform for open

22  discussion of these points.

23     Q.    Can I interject?  Did you just say, "prevent a

24  platform"?

25     A.    "Provide."

1        Q.    "Provide."  Thank you.

2        A.    At the same time, I was very concerned and was

3   thinking, oh, my God, hopefully he does it politically

4   correctly with all the steps involved.  These were my

5   private thoughts because I know Tim Jackson in the best

6   sense and respect his work.  But I knew that needs very,

7   very careful consideration and constant oversight from

8   the highest level; in other words, from Tim Jackson

9   himself.

10             Don't get the student involved and the

11  whatever, you know, lecturer who was the previous editor

12  who was involved in this, and discuss it explicitly with

13  the board.  That is major.  Even asking to the point

14  just, you know, by courtesy to say, you know, okay,

15  we -- I plan something that might be very controversial.

16  Do you agree with me doing this address to the board

17  members?

18             So, assuming all that, and a very strict

19  selective and peer reviewed process with regard to these

20  responses, because they are not responses, they are on

21  their own right reactive scholarly articles towards the

22  main point of Ewell's statements.

23             Given that, it would be absolutely

24  productive and healthy and correct to do this kind in

25  this journal, which is dedicated to Schenkerian studies.

*Frank Heidlberger    5/19/21*

1  Unfortunately, in the process of seeing the announcement

2  published, and then seeing, once the volume was

3  published, the introduction to the symposium, I was very

4  disappointed and see that this was not handled

5  correctly.

6       Q.    And you made a distinction between reactive

7  scholarly articles, not responses.  Could you be more

8  specific about what the difference is between those two?

9       A.    It was my understanding that Dr. Jackson opened

10 up the JSS primarily to write substantial articles about

11 the points that Dr. Ewell raised in his presentation.

12 If I remember correctly, in the call for papers, that

13 was kind of left open in a way that it also could

14 include immediate reactions, which then were published

15 actually as, you know, one, two paragraphs of some sort,

16 what kind of nonsense Ewell's thing is, you know, how

17 productive that kind of publication is is another

18 question.  But it -- just from the status and the

19 character of the journal, I assumed that these will be

20 substantial articles.

21      Q.    Is there any requirement, that you know of,

22 that a journal like the JSS not publish responses to a

23 paper such as Philip Ewell's?

24      A.    Formally, no.

25      Q.    You also said that you were at once impressed

*Frank Heidlberger    5/19/21*

 1  by the eloquence of Philip Ewell?  I think you put it in

 2  something like those terms?

 3      A.    Rhetorical elegance, yes.

 4      Q.    But you were also shocked at the -- at least

 5  some of the substance of his talk, as well.  What was it

 6  about his talk that you found shocking?

 7      A.    Some of his statements, particularly regarding

 8  specific historical documents related to Schenker, such

 9  as correspondence or draft statements that did not get

10  published, versus publications, these things were

11  bluntly simplified in the treatment by Ewell, who is a

12  music theorist.

13          My background is music history.  I'm very

14  much related to textural criticism and editorial

15  procedures of historical documents.  And I just got the

16  sense he just treats them wrong, he just bends them in a

17  way that fits into his argument, and I was not

18  comfortable with that.

19          Plus, the main point, which is right, and I

20  think nobody would deny that, that Schenker made racist

21  and nationalist statements in various contexts, mostly

22  private contexts, interestingly, but also raging against

23  the French.  These publications of the early 1920s are

24  full of it.  And if you look at the context he lived in

25  and the political situation of Austria, Hungary and

*Frank Heidlberger    5/19/21*

1  Germany at that time, it's something that doesn't

2  surprise at all.

3          So, all that is known and was discussed to

4  death by previous generations of Schenkerian and non-

5  Schenkerian authors, and he kind of presented it as if

6  something coming out of a volcano as totally new

7  knowledge, and you know, it's very much not right.

8          So, I'm very blunt, you know, I'm a very

9  critical thinker, and these were the critical points

10 that I had to Ewell's statement, you know.  Still, his

11 general -- and this was only maybe eight -- I actually

12 looked it up in the video, it was about eight minutes of

13 his 20-minute discussion that he addressed Schenker.

14          That the general narrative of his

15 presentation and the way he treated the topic of white

16 framing had some issues that the field urgently needs to

17 address and needs to further discuss, definitely.

18    Q.    Did you ever express any of your criticisms of

19 Philip Ewell on any public forum?

20    A.    No.

21    Q.    Why not?

22    A.    I am very careful regarding what I publish, in

23 terms of scholarly publications, and the field of

24 Schenkerian analysis is not my field.  Plus, I think it

25 is not productive to use social media for this kind of

*Frank Heidlberger    5/19/21*

 1  discourse.  I just don't use it that way.  I use it as a
 2  basis of information, and I wish that some colleagues
 3  would treat it the same way.  But anyway, I just don't
 4  do this kind of stuff.  I just don't write this kind of
 5  stuff.
 6          MR. BOHUSLAV:  Can we take a -- it's been
 7  over an hour.
 8      Q.   We have been going for quite a while.  Can we
 9  go off the record, please?
10          (OFF THE RECORD FROM 10:22 TO 10:43 A.M.)
11          (MR. STOWERS NOW PRESENT.)
12      Q.   (By Mr. Allen) I'm going to call your attention
13  back to Exhibits 25 and 26, Professor Heidlberger.
14      A.   All right.
15      Q.   Especially the statement titled, Statement from
16  the Division of Music History, Theory and
17  Ethnomusicology of the University of North Texas.  Did
18  you draft this as a statement for the entire faculty?
19      A.   It is -- yes, it is in the second sentence
20  explained in the e-mail to Dr. Brand, it is by no means
21  meant as something publishable, but includes some
22  thoughts, et cetera, so --
23      Q.   I don't mean to be rude, but I want to just
24  focus you on the -- is it a statement meant to be from
25  the entire faculty, or from you, individually?

*Frank Heidlberger    5/19/21*

```
 1        A.    It's my individual statement.
 2        Q.    And you had said before that you were concerned
 3   with the way in which direction and scholarship was
 4   being taken from social media.  Is that a fair
 5   characterization of one of the things you had said
 6   before?
 7        A.    Sorry.  It was interrupted.  Could you repeat
 8   that, please?
 9        Q.    I believe you had said before that you had
10   become concerned that Twitter, Facebook, social media
11   was directing scholarship.  Is that a fair
12   characterization of your testimony earlier?
13        A.    No.
14        Q.    What were you concerned about with the
15   influence of social media on scholarship?
16        A.    A misrepresentation of the UNT theory faculty
17   and the related institutions.
18        Q.    Did you also believe that social media were
19   misrepresenting the content of publications in the
20   Journal for Schenkerian Studies, Volume 12?
21        A.    No.
22        Q.    You thought they were accurately representing
23   the publications in Volume 12 in the symposium.
24             MR. BOHUSLAV:  Objection, vague.
25        A.    In general, yes.
```

1       Q.    (By Mr. Allen)  Did you agree with the

2   characterization presented in social media about Volume

3   12 that it's articles were racist?

4       A.    I agreed to the extent that some sections of

5   specific articles could be interpreted as racist, yes.

6       Q.    And could you identify, if you can remember,

7   the explicitly racist statements in some of the

8   articles?  And here I'm quoting from your statement

9   here, if you look down page -- the page marked UNT 503,

10  in the middle of that paragraph, it says, "main points

11  of criticism are the short response time for the call

12  for papers, the inconsistent solicitation of responses,

13  and the explicitly racist statements in some of the

14  articles."  So, I'm asking, what would you identify as

15  the explicitly racist statements in some of the

16  articles?

17              MR. BOHUSLAV:  I'm going to object to you

18  asking him about a document.  Could you show him the

19  document, please --

20              MR. ALLEN:  He has the document.

21              MR. BOHUSLAV:  -- you're asking about the

22  articles?

23              MR. ALLEN:  I asked him if he remembers

24  which statements he's explicitly identifying.  I

25  understand your objection, and it's on the record.

1      A.    I can name examples of racist statements, but
2   I'm not saying in this -- in this text that there are
3   racist statements in there.  I'm saying that these are
4   main points of criticism in the social media statements.
5   So, I'm not explicitly agreeing with them.  I see that
6   this -- these points of criticism come up; among them,
7   the criticism of racist statements.

8      Q.    (By Mr. Allen)  And you did agree, however,
9   that some of the articles had made racist statements.  I
10  believe you testified about that earlier, correct?

11     A.    The term "racist" is an inappropriate reduction
12  of the problem here, and some statements were simply
13  superficial.  And from the perspective of implicit white
14  supremacy, but not necessarily racist as against a
15  certain person with a certain background, and that is
16  maybe implicit of the author, the black music theorist
17  Ewell.

18             But more obvious, it is the appropriateness
19  or inappropriateness of statements at stake here.  And
20  that was handled within a very wide range and often
21  inappropriate range in some of the articles, with one
22  exception, and that is, unfortunately, Dr. Jackson's
23  article.

24             When I read it -- sorry.  I want to shorten
25  the answer down here.  The third third of the article,

*Frank Heidlberger    5/19/21*

1  roughly, it's a long article, and he put a lot of work

2  into that.  The third third of the article moves from

3  the genre of a scholarly, well-researched article to an

4  inappropriate, opinionated, editorial-like statement,

5  using words like "the blacks", and I'm quoting here,

6  that are not up to speed, in terms of cultural education

7  with western music, and bringing in a whole complicated

8  matter in that of black anti-Semitism, implying that

9  Ewell has something to do with it, because why would it

10 be in a response to Ewell's article?

11            And that I thought was not well thought

12 through, not substantiated by the quotes, even if he

13 quotes some articles about -- including that Wikipedia,

14 and should have been seriously edited by somebody

15 involved in JSS.

16      Q.   Do you consider that part -- the last third of

17 the article, I believe you referred to, right?

18      A.   Roughly.

19      Q.   Do you consider that last third racist?

20      A.   I consider it as written so that it can be

21 interpreted as racist.

22      Q.   Have you -- in your personal experience with

23 Timothy Jackson since approximately the year 2000, I

24 believe, do you have any direct experience of him being

25 a racist?

1         A.    I think you asked that before, and my clear

2    answer was no.

3         Q.    Can I ask, what was the intended effect of

4    sending these statements to Dr. Benjamin Brand?

5         A.    Dr. Brand often refers to me as an advisor, as

6    a senior advisor with difficult decisions to make, and

7    here I took the initiative to send him some ideas that

8    might come up in an upcoming discourse.  It was just

9    meant privately and confidentially, as it is shown in

10   that sense, never that it is published.

11              I wrote this down in five minutes.  I had

12   other things to do, but I saw the Facebook thing that --

13   the avalanche of trouble coming towards us.  And I said,

14   hey, do something.  This is just a summary, take it or

15   dump it, and, you know, that's all.

16        Q.    In your experience at UNT, has there ever been

17   a time before where the department was forced or

18   decided -- strike that, please.

19              Was there ever a time before at UNT, in

20   your experience, where the department decided to take

21   action, purely based on social media reactions to what a

22   scholar had written?

23              MR. BOHUSLAV:  Objection, assumes facts

24   not in evidence.

25        A.    I'm not aware of any.

```
 1                    MR. ALLEN:  I'm going to mark this as
 2   Exhibit 27.
 3                    (DEPOSITION EXHIBIT 27 MARKED.)
 4        Q.   (By Mr. Allen)  Do you recognize this document,
 5   Professor Heidlberger?
 6        A.   Yes, I think so, yes.
 7        Q.   And is this an e-mail from Benjamin Brand that
 8   you received on July 28th, 2020?
 9        A.   Yes.
10        Q.   And it states, "I think it would be helpful for
11   the two of us to have a meeting with the dean today to
12   discuss what's ongoing at SMT and the possible
13   reputational impact on MHTE and UNT music theory."  Did
14   I read that correctly?
15        A.   Correct.
16        Q.   Did you, in fact, meet with the dean on that
17   day?
18        A.   Yes.
19        Q.   Can you explain the substance of your meeting
20   with the dean on that day?
21        A.   It was an informal meeting by Zoom simply to
22   explain my point of view from inside the field.  Both
23   Dr. Brand and Dr. Richmond are from outside the field,
24   are not music theorists, and I'm very familiar with SMT
25   and the persons involved in this kind of discussion.
```

*Frank Heidlberger    5/19/21*

1              And this is information we exchanged.  This

2  was all.  It was not at all discussed what the

3  consequences will be and such because that in due course

4  is a matter of the higher administration and of the

5  dean.

6      Q.    And was the information you discussed

7  summarized in your statement that we have examined as

8  Exhibits 25 and 26?

9      A.    Yes.

10     Q.    But as you just stated, there was no potential

11 action discussed in that Zoom meeting?

12     A.    Correct.

13     Q.    What did you mean by reputational impact on the

14 MHTE and UNT music theory division?

15     A.    Music theory is a comparatively small field,

16 particularly in the level we are playing in this field.

17 There are probably two handfuls of institutions that

18 provide Ph.Ds in music theory, which means they are

19 forming the future generation of professors, and we are

20 competing on that level with schools that are, by

21 nature, of a higher status.

22              I'm talking about flagship schools, like

23 University of Michigan, Florida State University, and

24 then even into the elite schools, like Yale and

25 University of Chicago.  And we compete directly with

*Frank Heidlberger   5/19/21*

1   these schools for students and applicants, and it is a

2   small field, everybody knows everybody.

3            And if something goes off track, it

4   immediately damages the field, and not just the field of

5   music theory, but within the institution.  And with the

6   situation -- the vulnerable situation we are in as UNT,

7   representing music so much on a national level.  And

8   that is something I got very aware of as administrator

9   and was very much eager to protect us, just for the sake

10  of success of our students, our current students, our

11  future students, and our junior faculty.

12           Because by that time we had -- of our

13  eleven full-time music theorists, we have five tenure

14  track people who were scared to death by any kind of

15  this problematic interpretation of what is going on in

16  Denton, Texas.

17      Q.   By "problematic interpretation of what is going

18  on in Denton, Texas," do you mean the accusations of

19  racism being leveled against Timothy Jackson,

20  individually?

21      A.   Correct.

22      Q.   And I see that in this call to a meeting, which

23  resulted in the Zoom meeting, you also attach an SMT

24  announcement from July 27th, 2020.  Am I correct to

25  interpret this as a statement by the Society for Music

1  Theory, in this exhibit?

2       A.    Yes.

3       Q.    Were you in communication with the individual

4  at the Society for Music Theory who drafted this

5  statement?

6       A.    No.

7       Q.    Did they contact you at any time to discuss the

8  developments at the University of North Texas?

9       A.    No.

10      Q.    How did you come to have this statement?

11      A.    In the Facebook post by Ed Klorman, which must

12  have been on this July 27th, where he outlined the case

13  kind of for the Facebook public, but also on other

14  public medium, and I included that in my documentation,

15  one comment was from the current -- or from the back

16  then I think president or board member of SMT saying

17  exactly this, oh, we are preparing a statement.  So that

18  was published publicly on Facebook as a comment and

19  that's all where my knowledge comes from.

20            (DEPOSITION EXHIBIT 28 MARKED.)

21      Q.    (By Mr. Allen)  Professor Heidlberger, do you

22  recognize this document?

23      A.    Yes.

24      Q.    You have mentioned some of these individuals

25  before, but I'm referring to Nicole Biamonte and Ed

1  Klorman.

2       A.    Uh-huh.

3       Q.    And am I correct to state this is an e-mail

4  from you to Benjamin Brand on July 27th, 2020?

5       A.    That is correct.

6       Q.    Who is Nicole Biamonte, and what do they do in

7  relation to the field of music theory?

8       A.    I don't know them very well.  They're just part

9  of the group of music theorists that one knows.  Ed

10 Klorman comes from actually the same background as Tim

11 Jackson, from the CUNY Center in New York City, and is,

12 as far as I know, professor in Montreal -- or in Toronto

13 or Montreal.

14            And same with -- Nicole Biamonte was, I

15 think, at McGill in Montreal.  They are well known

16 names.  They appear in publications and such, and I

17 happen to be Facebook friend of Ed Klorman, so that's

18 where I got aware of this Facebook statement that he did

19 and to which Nicole Biamonte responded.

20      Q.    Well, this was going to be my follow-up

21 question.  Do you have access to the documents you refer

22 to here in which Biamonte mentions Timothy Jackson's

23 name explicitly, and Klorman circumscribes the author's

24 name, but essentially, according to your e-mail,

25 identified Tim's article as being the core of racism?

*Frank Heidlberger      5/19/21*

1    A.    It must have been in that before mentioned

2   Facebook post that I copied and pasted and included in

3   the documentation.  It -- I mean, there was going on a

4   lot.  It could be a follow-up post by Klorman.  I cannot

5   guarantee that.  But all what I've found in the

6   documentation was that one Facebook post and the ensuing

7   comments by authors, of which apparently Biamonte was

8   one of them.

9    Q.    And have you produced that in the production of

10   UNT?  Has that document been provided to Timothy

11   Jackson?

12    A.    I did, yes.

13    Q.    Okay.  Thank you.  I wanted to ask you about

14   your journal again.  We discussed it some already.

15          (DEPOSITION EXHIBIT 29 MARKED.)

16    Q.    (By Mr. Allen)  Am I correct to summarize this

17   as the website of the Journal Theoria from the

18   University of North Texas?

19    A.    Correct.

20    Q.    And you're the editor of this journal, correct,

21   as you stated before.

22    A.    Yes.

23          (MR. STOWERS LEAVES ROOM.)

24    Q.    (By Mr. Allen)  This also refers to a Russian

25   music theory panel on the second page.  You see where it

1  says, Russian Music Theory Panel SMT 2018?

2      A.    Yes.

3      Q.    Can you explain how the journal came to publish

4  these articles?

5      A.    Sure.  The page break is a bit unfortunate, so

6  it starts actually where it says on first page "now

7  available" on the bottom, and referring to Volume 26 of

8  Theoria, published in 2020.

9      Q.    Uh-huh.

10      A.    Of which we have in this volume two fully peer

11  reviewed scholarly articles, two reviews at the end

12  which are not peer reviewed, but edited by myself in

13  contact with the authors, and the Russian Music Theory

14  Panel.  What that is is that at UNT -- sorry -- at SMT,

15  the site of music theory annual meetings, usually

16  November, there are various topics presented in panels.

17          So, they are organized, they are peer

18  reviewed on their own for being accepted for the

19  conference.  And when a topic comes up that is relevant

20  to the history of music theory, I visit those panels and

21  occasionally invite the authors to publish it.

22          That happened with this Russian Music

23  Theory Panel, which is a historical approach to Russian

24  music theory.  That's why I was interested in it.

25      Q.    So, is it safe to say that you solicited these

*Frank Heidlberger    5/19/21*

1  articles?

2      A.    I solicited these articles with the knowledge

3  that they were peer reviewed from the site of SMT.

4      Q.    And two of these articles were presented by

5  your colleague, Ellen Bakulina, which you published in

6  the journal, correct?

7      A.    Yes.

8      Q.    And I see you also published Philip Ewell, who

9  we've already mentioned?

10     A.    Yes.

11     Q.    And you also published Christopher Segall.  Am

12  I pronouncing his name correctly?

13     A.    Segall, I think.

14     Q.    And are you aware that Christopher Segall also

15  contributed to Volume 12 of the Journal of Schenkerian

16  Studies?

17     A.    Yes.

18     Q.    Is it true that the Journal Theoria did not

19  peer review these articles?

20     A.    Correct.

21     Q.    Theoria simply relied upon SMT's conference

22  review proceedings, is that correct?

23     A.    Correct.

24     Q.    In your experience as an academic, is the same

25  level of scrutiny applied to the acceptance of

*Frank Heidlberger    5/19/21*

1  conference papers as is applied to the acceptance of a

2  peer reviewed journal?

3       A.    On the national level of societies, yes,

4  absolutely.

5       Q.    And so, it would be your position that the

6  Society for Music Theory applies the same rigor in

7  accepting papers to its conference as a peer reviewed

8  journal would exert over an author in accepting the

9  papers to the journal.

10      A.    Yes.  But with one differentiation.  They are

11  clearly marked as a panel, which means these are

12  statements that can be seen scholarly preliminary to a

13  full-fledged article.  And so far, I like to have that

14  published, and excuse me my lengthy explanation, but

15  that's important to make that differentiation, to have

16  them published as what they are and clearly marked as

17  such.

18            They are contributions to a panel

19  discussion.  They are not full-fledged articles.  That's

20  why I asked Dr. Bakulina not to write an introduction

21  that clearly outlines that these are contributions

22  within the perimeters of our national conference and not

23  within the perimeters of articles submitted to Theoria

24  going through their regular peer review process.

25      Q.    Is it your experience as either a presenter at

1  academic conferences or as an editor that a conference,

2  a national conference, even a national conference of the

3  quality that you've represented SMT maintained, that

4  they, for instance, send submissions back for revision

5  before they were to accept them on a second round?

6      A.    No.

7      Q.    That is a common practice in journals for peer

8  review, correct?

9      A.    Yes.

10      Q.    So it's not true that the procedures for --

11  even for a national conference for peer reviewing the

12  submissions of conference papers are the same as the

13  peer review for a scholarly journal such as Theoria, is

14  it?

15      A.    In some ways they are harder, yes.

16      Q.    They are harder for what?

17      A.    For yes or no.  You have no chance to correct

18  anything, whereas article submissions have this category

19  of revise and resubmit, which gives you a chance to

20  improve on certain points based on evaluative statement.

21  And with conference contributions, either they got

22  accepted or not.

23      Q.    And are conference presentations usually

24  accepted or rejected on the basis of an abstract?

25      A.    They are, in case of SMT, accepted based on a

1  500 or 750 word proposal with extensive tables, music

2  examples and such added, so not an abstract.  It is a

3  proposal that represents the content of the text much

4  more in depth than an abstract can do.

5      Q.    Did you say 750 words?

6      A.    Something like that.

7      Q.    For people who aren't published authors, such

8  as the Court maybe, could you state approximately how

9  many pages that is?

10      A.    It is two to three pages, and five to six pages

11  with bibliography, references, keywords and examples.

12      Q.    And within general terms, how long are papers

13  submitted to Theoria, on average?

14      A.    15 to 25 pages.

15      Q.    So, much longer than the proposals.

16      A.    Yes.  And also, these panel contributions are

17  shorter than regular articles.  And, again, it is marked

18  and defined very clearly in the introduction.

19      Q.    And Ellen Bakulina in this case wrote that

20  introduction.

21      A.    Yes.

22      Q.    Was there any objection at UNT, either at the

23  Press or by Dean Cowley or any other administrative

24  official to handling the publication of this panel on

25  Russian music theory from SMT 2018?

1        A.    No.

2        Q.    Was there any objection that you solicited

3    these papers at UNT?

4        A.    No.  And it is common practice for Theoria.

5    I've done that before very successfully, supporting

6    young colleagues getting published, but always with the

7    caveat of clearly marked intention of publishing these

8    panels.

9        Q.    Understood.  I think this is an especially

10   appropriate question for you, given your background as

11   German scholar.  Can you as briefly as possible, perhaps

12   two or three sentences, explain what a Festschrift is to

13   the Court?

14       A.    A Festschrift is a publication to the honor of

15   a specific person, usually a scholar of very high

16   reputation, and usually relates to an anniversary,

17   birthday.  Usually, it starts at age 60 up to memorial

18   honorary publications.

19       Q.    Is it accurate to give a loose -- I know that's

20   a contradicting term.  Is it a loose translation of

21   Festschrift to say it's a closing publication?

22       A.    Funny enough, not necessarily.

23       Q.    How would you -- how would you translate it

24   into English?  It is, I understand, one of these

25   impossible German words for Americans.

1    A.    Along the lines I said before, it's a book in

2    honor of the achievements of a particular scholar

3    related to a specific event in the scholar's life.

4    Q.    Were you aware that in 2017 and 2018, the

5    Journal for Schenkerian Studies published a Festschrift?

6    A.    Yes.

7    Q.    Were you aware that those articles were also

8    not reviewed?  Excuse me.  Strike that question, please.

9         Were you aware that those articles also

10    were not peer reviewed?

11    A.    I was not, but I was not concerned about it.

12    Q.    Were you aware that those articles were

13    solicited?

14    A.    Again, since I'm totally out of JSS, I really

15    didn't care, but that would be the normal way.  That's

16    how you write Festschrift, you ask specific colleagues,

17    students of that person to honor, to write articles.

18    Q.    Is it a fair characterization of the purpose of

19    Festschrift articles that they represent the unmediated

20    expression of that author's appreciation for or a

21    statement of how their mentor or the person being

22    honored has influenced their scholarship?

23    A.    Yes.  But that might be very much in the

24    background.  So, the topic could be completely unrelated

25    to something that the honorary person has done and such.

1   It doesn't have to be.  It's really, you know, open.

2        Q.   And that would be a legitimate purpose of a

3   Festschrift article, however, correct?

4        A.   Absolutely.

5        Q.   Do you remember any objections at UNT to the

6   way the Festschrift, in 2017 and 2018, was handled by

7   the Journal of Schenkerian Studies?

8        A.   No.

9        Q.   I think you, yourself, said you not only had no

10  objection to those volumes, but you would have none, is

11  that correct?

12             MR. BOHUSLAV:  Objection, misstates

13  testimony.

14        A.   Assuming that it is a Festschrift, and I must

15  admit, since I'm not so much specialized in Schenkerian

16  studies, I didn't really recognize it how it was

17  actually represented within the journal.  Still, it is a

18  journal.

19             So, I assume that there was an extensive

20  introduction that explained the specific Festschrift

21  situation or reassignment of the journal volume as a

22  Festschrift.  Assuming that, it's fine, it's understood

23  it's Festschrift.  But again, I don't know.  I really

24  don't know.

25        Q.   Based on your experience as an editor, also as

*Frank Heidlberger     5/19/21*

1  an administrator at UNT and as a long term author

2  yourself.

3       A.    Uh-huh.

4       Q.    Do you find anything objectionable in

5  publishing a Festschrift in the way I've described?

6       A.    No.  But I would recommend a colleague planning

7  a Festschrift that the notion and level of Festschrift

8  in the U.S. is lower than or not as common as it is, for

9  example, in Germany.  And so far, I would actually more

10 discourage from publishing Festschrift in the U.S.

11 because it's simply not as common and not as highly

12 valued.

13      Q.    But none of these concerns were raised

14 concerning the Journal of Schenkerian studies, to your

15 knowledge, correct?

16      A.    I was never asked.

17      Q.    Do you know of any of such concerns being

18 raised by anyone at the university?

19      A.    No.

20      Q.    Thank you.  Professor Heidlberger, did you sign

21 a petition attached -- let me strike that.

22            I am going to need to take a break and

23 print out an exhibit, which I don't think I have.  Can

24 we go off the record for a minute?

25                  MR. BOHUSLAV:  Yes.

 1              (OFF THE RECORD FROM 11:15 TO 11:25 A.M.)

 2              (MR. STOWERS PRESENT IN ROOM.)

 3              (DEPOSITION EXHIBIT 30 MARKED.)

 4       Q.    (By Mr. Allen) Professor Heidlberger, I want to

 5  submit a next exhibit, and I'm going to ask you some

 6  questions about a student who I believe her name is Yiyi

 7  Gao.

 8              MR. BOHUSLAV:  Can I ask you if this

 9  document's been produced?

10              MR. ALLEN:  No, it has not been produced,

11  nor do I think it's responsive to mandatory disclosures,

12  but obviously, we will produce it.  We're producing it

13  now.  We only learned that the student, Yiyi Gao, is

14  implicated in certain accusations against Timothy

15  Jackson of being racist in the course of yesterday's

16  depositions.

17       Q.    (By Mr. Allen) Professor Heidlberger, have you

18  had an opportunity to examine this document?

19       A.    Yes.

20       Q.    Is it correct to say the first message in this

21  document is an e-mail from you to Timothy Jackson and

22  Paul Dworak on September 14th, 2016?

23       A.    Yes.

24       Q.    Do you know the individual identified as Yiyi

25  in this communication?

1    A.   Yes.

2    Q.   Do you know her full name?

3    A.   Yiyi Gao.

4    Q.   Can you spell her last name?

5    A.   G-A-O.

6    Q.   G-A-O.  And can you describe the performance of

7  this student in the University of North Texas MHTE

8  division?

9    A.   Yiyi's one of the most astonishing examples of

10 morphing from a very shy, under-performing, kind of not

11 very responsible person to over the years -- and this is

12 five years back -- to over the years one of our flagship

13 students who just got awards for their good performance

14 in presenting papers and things like that.  And she's

15 well on the path towards her -- you know, completing her

16 dissertation, as far as I know.

17    Q.   Who is her dissertation advisor?

18    A.   I am not absolutely sure, but I think it is

19 Diego Cubero.

20    Q.   Are you aware of any conflict between Yiyi Gao

21 and Timothy Jackson?

22    A.   Again, we are talking about issues in the past.

23 I know that she had a hard time, but I don't know about

24 facts as to why except for the general issues that she

25 was not reliable on certain things and just frustrating

*Frank Heidlberger    5/19/21*

1  to work with.  Something of that level, yeah.

2      Q.    Was Timothy Jackson the only professor who had

3  this experience with Yiyi Gao?

4      A.    No.

5      Q.    In 2016, you were department chair, correct?

6      A.    Correct.

7      Q.    And you noted her substandard performance as TA

8  and grader in Theory 2, correct?

9      A.    Yes.

10     Q.    Who was the teacher of Theory 2?

11     A.    TA and grader in Theory 2.  Back then -- oh,

12  yeah, I think that whole complaint is based on

13  complaints of the back then teacher, who is not at UNT

14  anymore.  Her name is Samantha Inman.

15     Q.    Who is "Justin" referred to here?  "This is

16  from Justin to share with you."  You see where that's

17  referred to there?

18     A.    Let's see.  Where's the name "Justin"?

19     Q.    The second -- or third sentence, "I have more

20  information about this from Justin to share with you."

21     A.    Oh, yeah.

22     Q.    Did I read that correctly?

23     A.    Yes.

24     Q.    Can you identify Justin, please?

25     A.    Justin is Dr. Justin Lavacek, who was back then

*Frank Heidlberger    5/19/21*

```
 1  a lecturer and coordinator of theory; and, as such,
 2  responsible for the teaching fellows and teaching
 3  assistants.
 4       Q.   Do you know if he had difficulty with Yiyi Gao?
 5       A.   Not specifically, but he was the person to
 6  submit that kind of situation to me.
 7       Q.   Did Paul Dworak have problems with Yiyi Gao?
 8       A.   I'm not aware of that.  I think he was the
 9  academic advisor for her at that time, yeah.
10       Q.   Are you aware in any way of Timothy Jackson
11  extorting Yiyi Gao?
12       A.   No.
13       Q.   Are you aware in any context that Timothy
14  Jackson behaved in a racist manner towards Yiyi Gao?
15       A.   No.
16       Q.   Did any such complaint ever come to your
17  attention while you were department chair?
18       A.   Not with regard to race, but maybe with regard
19  to gender.
20       Q.   Can you explain what that complaint was with
21  regard to gender and Yiyi Gao?
22       A.   That she, as a woman, was in a weak position
23  towards that senior professor and what he says and how
24  he represents opinions.
25       Q.   Is any student not in a weak position towards a
```

*Frank Heidlberger    5/19/21*

1  senior professor?

2        A.    Not necessarily.  Especially when it's a woman.

3        Q.    Why is a woman in a particularly more weak

4  position than any other junior student in the MHTE

5  division?

6        A.    Music theory is, unlike musicology and ethno-

7  musicology, still very much man dominated, both by

8  faculty and by the student body.  So up to not too long

9  ago, and 2016 was certainly in that period, Yiyi was

10  just among maybe two women among maybe a handful or --

11  among maybe 20 students, there were maybe two or three

12  women.

13            So, they were clearly in a weakened

14  position compared to both the student body and the

15  faculty body.  One of the motivations why I tried to

16  hire more women in order to balance the situation on the

17  advisory level towards our women students and to attract

18  more women students.

19        Q.    Is it sexist to ask that women students fulfill

20  their obligations in tasks or in TA-ships and RA-ships?

21        A.    Could you please repeat that question?

22        Q.    Let me break it down.  Is it sexist to require

23  in music theory that female students fulfill their

24  obligations as RAs?

25        A.    No.

*Frank Heidlberger    5/19/21*

1     Q.    Is it sexist to ask that female students in

2  music theory at the University of North Texas fulfill

3  their obligations as TAs?

4     A.    No.

5              (DEPOSITION EXHIBIT 31 MARKED.)

6     Q.    (By Mr. Allen)  I'm going to mark one more

7  exhibit, and I think we're up to 31.  And Professor

8  Heidlberger, I am going to represent to you that this

9  may be a document you have not seen, but I would like

10 you to examine it anyway, and I would ask you to examine

11 simply the first e-mail.

12    A.    Uh-huh.

13    Q.    This appears to be an e-mail from Louisa Gao to

14 Timothy Jackson.  So, my first question for you is,

15 Louisa Gao, is that the same individual we've been

16 referring to as Yiyi Gao?

17    A.    I don't know.  I assume so.  I've never seen

18 the word Louisa with regard to her.

19    Q.    But this e-mail is signed "Yiyi Gao", correct?

20    A.    Yes.

21    Q.    Were you aware of any problem between Yiyi Gao

22 and Professor Jackson in the September 2018 timeframe?

23    A.    No.

24    Q.    Do you see that this says, "I would like to

25 apologize for withdrawing from the project," in that

1  first line?

2       A.   Uh-huh, yeah.

3       Q.   Do you know what project that refers to?

4       A.   Not specifically.  I assume her dissertation.

5       Q.   But you have no direct knowledge.

6       A.   No.

7       Q.   And you see that she says, "I apologize again,

8  last semester I did not balance my schedule as well and

9  did not meet with you weekly.  Sorry again for problems

10 that I mentioned above."  Correct?

11      A.   Uh-huh.

12      Q.   Would you understand that as an apology,

13 Professor Heidlberger?

14      A.   Yes.

15      Q.   And I understand you were not aware of this

16 e-mail.  Part of the purpose of discovery is to find out

17 what you know, sir.

18      A.   Right.  No, I am not -- have no idea of that.

19           (DEPOSITION EXHIBIT 32 MARKED.)

20      Q.   (By Mr. Allen)  Professor Heidlberger, I am

21 marking an exhibit as Exhibit No. 32.

22           Did I give you one, Matt?

23           MR. BOHUSLAV:  Thanks.  Do you have

24 another exhibit marked one?

25           MR. ALLEN:  That's my mistake, Matt.

*Frank Heidlberger    5/19/21*

 1      Q.    (By Mr. Allen)  Professor Heidlberger, do you

 2 recognize this document?

 3      A.    Yes.

 4      Q.    Can you describe this document for the Court,

 5 please?

 6      A.    This is the statement by a majority of the

 7 faculty of the Division of Music History, Theory and

 8 Ethnomusicology, distancing them from statements and

 9 procedures practiced regarding the Journal of

10 Schenkerian Studies, and touts Dr. Ewell, in particular.

11      Q.    At the bottom of Kohanski 114, is that your

12 name appearing there?

13      A.    Yes.

14      Q.    So you endorsed this letter.

15      A.    Yes.

16      Q.    And you endorsed the call for action outlined

17 in our students' letter, as referred to in the second

18 paragraph of that document, which asks "that the College

19 of Music "publicly condemn the issue and release it

20 freely online to the public and provide a full public

21 account of the editorial and publication process, and

22 its failures.  Responsible parties must be held

23 appropriately accountable."  Did I read that correctly?

24 Let the record reflect, I'm pointing to the witness to

25 the second paragraph.

1      A.    Okay.  Yeah.  Endorse -- we endorse the call,

2   yes.  Yes.  Yes.  Uh-huh.  That's correct.

3      Q.    What is the student letter referred to in the

4   statement that you signed that is Exhibit 32?

5      A.    Sorry, I don't have the -- where is the student

6   letter?

7      Q.    Well, that's what I'm asking you.  What student

8   letter are you referring to in endorsing?

9      A.    They made the public statement expressing their

10  distance from the handling of the JSS by Dr. Jackson.

11  They do it in their words, but the principal content of

12  that statement is something we endorsed with this

13  letter.

14     Q.    Do you recall the University of North Texas ad

15  hoc panel report of November 25th, 2020?

16     A.    Vaguely, yeah.

17     Q.    Did you read it?

18     A.    I did read it, yeah.

19     Q.    Do you recall that this letter by the faculty,

20  which you signed in addition to the other faculty, was

21  attached to that ad hoc panel report?

22     A.    No.

23     Q.    I'm going to present to you an exhibit marked

24  Exhibit 3.  And Matt, this is from yesterday.  Is it

25  okay that I present this to the witness?

*Frank Hagelberger    5/19/21*

```
 1                    MR. BOHUSLAV:  Yes.
 2        A.    Thank you.
 3        Q.    (By Mr. Allen)  Is this the student statement
 4   that was referred to and endorsed in the faculty letter?
 5        A.    Yes.
 6        Q.    And I want to direct your attention to the top,
 7   where it says, Exhibit 3.  And I'm going to represent to
 8   you that this was attached to the ad hoc committee's
 9   report as an exhibit to their report.  And if you'll
10   direct your attention to No. 3 at the end of the
11   document, there are a number of paragraphs, and one is
12   No. 3.
13        A.    Yes.
14        Q.    And the statement that you endorsed refers in
15   the last sentence of No. 3 to, "specifically, the
16   actions of Dr. Jackson, both past and present, are
17   particularly racist and unacceptable."  It also refers
18   to "past bigoted behaviors by faculty" in that same
19   paragraph.  Do you see those references?
20        A.    Yes.
21        Q.    What actions of Dr. Jackson, both past and
22   present, are particularly racist and unacceptable that
23   are identified in this document that you've endorsed?
24                    MR. BOHUSLAV:  Objection, misstates the
25   testimony.
```

1          A.    This is the student statement, which I

2     endorsed, but still it's the students' way to express

3     their opinion.

4          Q.    (By Mr. Allen)  That was actually not my

5     question.  Could you identify any actions of Dr.

6     Jackson, both past and present, that are particularly

7     racist and unacceptable, as referred to in this

8     document?

9          A.    With regard to present, it is the article, in

10    particular the third third of the article that the

11    students interpreted as racist.

12         Q.    Are there any other actions of Dr. Jackson,

13    past or present, that you can identify as particularly

14    racist and unacceptable?

15         A.    No.

16              MR. ALLEN:  Can I mark this exhibit as

17    Exhibit 33, please?

18              (DEPOSITION EXHIBIT 33 MARKED.)

19         Q.    (By Mr. Allen)  I will give you this.  I

20    believe you'll recognize that this is a copy of the

21    document that we had previously referred to as

22    Exhibit 32, which was a letter signed by the faculty,

23    including yourself, Professor Heidlberger.

24         A.    Uh-huh.

25         Q.    Am I correct?

*Frank Hechlberger     5/19/21*

```
1        A.    Correct.

2        Q.    And I will direct your attention to Exhibit 4

3   at the top of this document.  And I'm going to represent

4   to you that this was attached to the ad hoc panel's

5   special report of November 25th, 2020, as Exhibit 4.  So

6   this was incorporated into that report.  Were you aware

7   that this was incorporated into the report?

8        A.    No.

9        Q.    And do you have any reason to believe it was

10  not incorporated into the report?

11       A.    I don't understand the question.

12       Q.    Well, I've represented to you that this

13  Exhibit 4, as they marked it, was incorporated into the

14  ad hoc panel report, and you said you did not know that

15  that was done, or maybe don't recall reading it.

16       A.    Yeah.

17       Q.    So, I was just following up with a question, do

18  you have any reason to believe that this was not

19  incorporated in the report in the way that I've

20  represented to you?

21       A.    I wouldn't see it as that relevant for the

22  reports.

23       Q.    Does that mean your answer is "no"?

24       A.    No.

25       Q.    What is your answer, then?
```

1      A.   I can't see a connection between the statement

2  and this -- between the contents of the statement and

3  the tasks that committee was asked for doing, which,

4  again, I'm completely outside and really didn't follow

5  up with what that committee was doing.

6      Q.   I can assure you that some of the functions of

7  the committee are equally mysterious to us, professor.

8           Can I have the copy of the student petition

9  you have?  I have what I think will be the last exhibit,

10  and I think we're coming in right on time, sir.  The one

11  that's signed.  Do I have it here?

12           MS. HARRIS:  No, here we go.  I got it.

13           MR. ALLEN:  I have one.  Okay.  For the

14  last exhibit for Professor Heidlberger's examination, I

15  would like to mark this as Exhibit 34.

16           (DEPOSITION EXHIBIT 34 MARKED.)

17      Q.   (By Mr. Allen)  Now, I just want to -- oh, I'm

18  sorry.  Professor Heidlberger, have you had a chance to

19  examine this document?

20      A.   Yes.

21      Q.   Have you had a chance to examine this document?

22      A.   Yes.

23      Q.   I am going to ask if you had ever received this

24  document before?

25      A.   No.

1      Q.   Were you aware of this document?

2      A.   No.

3      Q.   Given that you did not receive this document,

4   I'm just going to direct your attention to the page at

5   the bottom, Kohanski 109, and you'll see there, again,

6   1, 2 and 3.  Do you see those 1, 2, 3 paragraphs?

7      A.   Yes.

8      Q.   And that's under a subheading, "Calling for Dr.

9   Jackson's Dismissal," correct?

10     A.   Correct.

11     Q.   Have you now or before ever called for Dr.

12  Jackson's dismissal?

13     A.   No.

14     Q.   I want to direct your attention to No. 3, where

15  it says, "extortion through grade manipulation and

16  threats to students' careers and reputations."  Do you

17  see that?

18     A.   Yes.

19     Q.   And I'm going to characterize the document to

20  you that the undersigned individuals at the end of this

21  letter are accusing Dr. Jackson of extortion through

22  grade manipulation and threats to students' careers and

23  reputations.  And my question for you, Professor

24  Heidlberger, do you have any knowledge that Timothy

25  Jackson has extorted students through grade manipulation

*Frank Heschlberger   5/19/21*

 1  and threats to careers and reputations?

 2      A.   No, not to this extent.

 3      Q.   What do you mean, to this extent?

 4      A.   There have been repeatedly complaints by

 5  students about Dr. Jackson's approaches in his classes

 6  that came to my attention as chair of the division, but

 7  they were never specific enough to take action, other

 8  than making sure that a particular student is -- is --

 9  to make sure that a student is taken out of the

10  influence of Dr. Jackson and put in another class or put

11  in another function as a grader or TA or something like

12  that.  That has happened.  There was a pattern of that,

13  yes.

14      Q.   Would you characterize that as a mismatch of

15  expectations?

16      A.   Probably, yes.

17      Q.   Would you characterize it as racist?

18      A.   No.

19      Q.   Would you characterize it as sexist?

20      A.   No.

21      Q.   Would you characterize it as misogynistic?

22      A.   I cannot answer that.

23      Q.   Could you state why you can't answer that?

24      A.   Because none of these statements were specific

25  enough to make such a strong assumption.

*Frank Heidlberger*     *5/19/21*

1        Q.    When you say, if you repeat his answer to

2    the -- could you repeat his answer?

3                    (THE RECORD WAS READ BACK.)

4        Q.    (By Mr. Allen)  The statements you're referring

5    to as "these statements", do you mean the statements of

6    the students who came to you when you were department

7    chair?

8        A.    Yes.

9        Q.    Thank you.  I am going to confer briefly with

10   my colleague and Professor Jackson.  I think we've

11   concluded the deposition, but I want to just --

12                    MR. BOHUSLAV:  Sure.  We'll give you the

13   room.

14                    MR. ALLEN:  It will be up to you, if you

15   want to pass the witness and cross examine.

16                    (OFF THE RECORD FROM 11:56 TO 12:05 P.M.)

17       Q.    (By Mr. Allen)  Professor Heidlberger, I have

18   only one more question.  It appears in Volume 24 in 2017

19   of your Journal Theoria, you publish an article titled

20   "Was Heisst Geschichte der Musiktheoria, Dahlhaus's

21   Essay and Its Methodological Impact," is that correct?

22       A.    Correct.

23       Q.    And may I loosely translate that as what is

24   known as the history of music theory?

25       A.    Yes.

*Frank Hechtberger    5/19/21*

```
 1        Q.    I'm not trying to be eloquent in my
 2   translation, but that's a more or less accurate --
 3        A.    It's very good, but I quote the German one
 4   because it starts already a problem to translate that.
 5        Q.    And I'm not so much interested in the content
 6   of the article, but this was a publication you placed in
 7   your own journal, correct?
 8        A.    As part of such a panel, as the later Russian
 9   theory panel appeared, yes.
10        Q.    Was there any objection or concern raised at
11   the time that this represented a conflict of interest
12   because you were also the editor of the journal?
13        A.    No.
14        Q.    Has there been any conflict of interest raised
15   since then?
16        A.    Absolutely not.
17        Q.    Has the journal ever been investigated because
18   this potentially created a conflict of interest?
19        A.    No.
20              MR. ALLEN:  I have no further questions.
21   I pass the witness.
22                        EXAMINATION
23   BY MR. BOHUSLAV:
24        Q.    I have one question.  Let me pick up an exhibit
25   real quick, just to make sure I have the right number.
```

1  Professor Heidlberger, I've shown you Exhibit 32.

2          Do you have your own copy?

3          MR. ALLEN:  I do, but if you would

4  characterize the exhibit to the Court, I think it would

5  help us.

6      Q.   (By Mr. Bohuslav)  Okay.  I'm showing you

7  what's been marked as Exhibit 32.  I'll represent to

8  you, it's the faculty statement in July of 2020.  Is

9  that a fair characterization?

10     A.   Yes.

11     Q.   Okay.  When you signed this document, in July

12  of 2020, did you agree with all the statements it

13  contains?

14     A.   Yes.

15     Q.   And to this day, do you continue to agree with

16  all the statements in that document?

17     A.   Yes.

18          MR. BOHUSLAV:  Okay.  I'll pass the

19  witness.

20          MR. ALLEN:  No further questions.  We can

21  close the deposition.

22          (DEPOSITION ADJOURNED AT 12:09 P.M.)

23

24

25

*Frank Heidlberger      5/19/21*

```
1              IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF TEXAS
2                      SHERMAN DIVISION

3    TIMOTHY JACKSON,              )
                                   )
4             Plaintiff,           )
                                   )  Case No.
5    v.                            )
                                   )  4:21-cv-00033-ALM
6    LAURA WRIGHT, et al,          )
                                   )
7             Defendants.          )

8

9          -----------------------------------

10                  DEPOSITION CERTIFICATE

11                   FRANK HEIDLBERGER

12                     MAY 19, 2021

13         -----------------------------------

14

15       I, Nita G. Cullen, Certified Shorthand Reporter in

16   and for the State of Texas, hereby certify to the

17   following:

18       That the witness, FRANK HEIDLBERGER, was duly sworn

19   by the officer and that the transcript of the oral

20   deposition is a true record of the testimony given by

21   the witness;

22          I further certify that pursuant to FRCP Rule

23   30(f)(1) that the signature of the deponent:

24              ___ was requested by the deponent or a

25   party before the completion of the deposition and is to
```

*Frank Hensleberger      5/19/21*

1 be returned within 30 days from date of receipt of the

2 transcript.  If returned, the attached Changes and

3 Signature Page contains any changes and the reasons

4 therefor;

5                    X  was not requested by the deponent or a

6 party before the completion of the deposition.

7                I further certify that I am neither attorney

8 or counsel for, nor related to or employed by, any of the

9 parties or attorneys to the action in which this

10 deposition was taken.

11              Further, I am not a relative or employee of any

12 attorney of record in this case, nor am I financially

13 interested in the outcome of the action.

14              Subscribed and sworn to on this 17th day of

15 June, 2021.

16

17                    _____

18                    NITA G. CULLEN, Texas CSR #1563
                       Expiration Date:  08-31-2022

19                    JULIA WHALEY & ASSOCIATES
                       Firm Registration No. 436

20                    2012 Vista Crest Drive
                       Carrollton, Texas 75007-1640
                       214.668.5578

21

22

23

24

25

*Frank Heidlberg*        *5/19/21*        1

## #

**#1563** [1] -
87:17

## $

**$100** [1] -
22:10
**$200** [2] -
22:10, 22:22

## '

**'10** [1] - 21:11
**'91** [1] - 8:2

## 0

**06375** [1] - 2:6
**08-31-2022** [1]
- 87:18

## 1

**1** [3] - 4:25,
81:6
**109** [1] - 81:5
**10:22** [1] -
47:10
**10:43** [1] -
47:10
**114** [1] - 75:11
**1155** [1] - 2:17
**11:15** [1] - 68:1
**11:25** [1] - 68:1
**11:56** [2] -
1:20, 83:16
**12** [7] - 37:7,
37:19, 41:13,
48:20, 48:23,
49:3, 60:15
**12548** [1] -
2:12
**12750** [1] -
1:23
**12:05** [1] -
83:16
**12:09** [1] -
85:22
**14** [1] - 3:19
**1450** [1] - 1:23
**14th** [1] - 68:22
**15** [1] - 63:14
**16th** [2] - 39:3,
41:5
**17** [1] - 3:20
**17th** [1] - 87:14
**19** [4] - 1:13,
1:20, 12:25,

86:12
**1920s** [1] -
45:23
**1933** [1] -
31:15
**1945** [1] -
31:15
**1980s** [2] - 8:1,
30:15
**1993** [1] - 8:2
**1998** [2] - 8:7,
10:12
**1999** [1] -
10:12

## 2

**2** [6] - 3:3,
70:8, 70:10,
70:11, 81:6
**20** [3] - 13:4,
14:1, 72:11
**20-minute** [1] -
46:13
**200** [1] - 24:1
**2000** [4] - 8:20,
10:18, 26:12,
51:23
**2001** [5] - 8:23,
13:2, 13:3,
13:4, 16:5
**2006** [2] - 9:10,
13:1
**2009** [1] -
21:11
**2012** [2] - 9:11,
87:19
**2014** [1] -
26:12
**2016** [3] -
68:22, 70:5,
72:9
**2016.............
......68** [1] -
3:19
**2017** [4] -
26:22, 65:4,
66:6, 83:18
**2018** [8] - 9:13,
24:22, 26:22,
59:1, 63:25,
65:4, 66:6,
73:22
**2018.............
......73** [1] -
3:20
**2019** [4] - 9:14,
27:9, 41:19,
41:21
**2020** [10] -

28:15, 34:24,
53:8, 55:24,
57:4, 59:8,
76:15, 79:5,
85:8, 85:12
**2020..............
...........74** [1] -
3:21
**2020..............
...........80** [1] -
3:23
**2021** [4] - 1:13,
1:20, 86:12,
87:15
**20th** [1] - 29:24
**21** [1] - 14:25
**214.668.5578**
[1] - 87:20
**24** [3] - 3:14,
7:7, 83:18
**25** [5] - 3:14,
34:5, 47:13,
54:8, 63:14
**25th** [2] -
76:15, 79:5
**26** [7] - 3:16,
34:8, 34:9,
34:25, 47:13,
54:8, 59:7
**27** [3] - 3:16,
53:2, 53:3
**27th** [4] -
34:24, 55:24,
56:12, 57:4
**28** [2] - 3:17,
56:20
**28th** [1] - 53:8
**29** [2] - 3:18,
58:15

## 3

**3** [8] - 76:24,
77:7, 77:10,
77:12, 77:15,
81:6, 81:14
**30** [6] - 3:19,
3:21, 3:23,
8:3, 68:3,
87:1
**30(f)(1** [1] -
86:23
**300** [1] - 24:1
**31** [3] - 3:20,
73:5, 73:7
**32** [7] - 3:21,
74:19, 74:21,
76:4, 78:22,
85:1, 85:7
**33** [3] - 3:22,

78:17, 78:18
**34** [3] - 3:22,
80:15, 80:16

## 4

**4** [5] - 3:4, 3:6,
79:2, 79:5,
79:13
**404** [1] - 2:5
**436** [1] - 87:19
**4:21-cv-00033
-ALM** [2] -
1:5, 86:5

## 5

**50** [1] - 23:9
**500** [1] - 63:1
**503** [1] - 49:9
**58** [1] - 12:15

## 6

**60** [2] - 23:9,
64:17

## 7

**7** [1] - 3:14
**7/27/2020....
34** [1] - 3:16
**7/27/2020....
56** [1] - 3:17
**7/28/2020.......
....................
...53** [1] - 3:17
**700** [1] - 23:25
**750** [2] - 63:1,
63:5
**75007-1640** [1]
- 87:20
**76203** [1] -
2:17
**78711** [1] -
2:12

## 8

**860.469.2783**
[1] - 2:7
**860.772.4738**
[1] - 2:6

## 9

**940.565.2717**
[1] - 2:18
**9:10** [1] - 1:20

## A

**A.M** [2] -
47:10, 68:1
**a.m** [2] - 1:20
**ability** [1] -
4:22
**able** [3] -
16:18, 25:4,
26:1
**above-styled**
[1] - 1:19
**Absolutely** [4]
- 13:9, 42:1,
66:4, 84:16
**absolutely** [4]
- 42:2,
43:23, 61:4,
69:18
**abstract** [3] -
62:24, 63:2,
63:4
**academic** [10]
- 8:6, 9:24,
11:8, 14:4,
14:24, 26:18,
37:22, 60:24,
62:1, 71:9
**academically**
[1] - 13:14
**accept** [2] -
11:13, 62:5
**acceptance** [2]
- 60:25, 61:1
**accepted** [6] -
13:19, 29:4,
59:18, 62:22,
62:24, 62:25
**accepting** [2] -
61:7, 61:8
**access** [3] -
23:17, 33:18,
57:21
**accesses** [1] -
33:25
**according** [2] -
30:17, 57:24
**account** [1] -
75:21
**accountable**
[1] - 75:23
**accuracy** [1] -
39:18
**accurate** [2] -
64:19, 84:2
**accurately** [1]
- 48:22
**accusations**
[2] - 55:18,
68:14

**accused** [1] -
31:8
**accusing** [1] -
81:21
**achievement
s** [2] - 26:1,
65:2
**action** [6] -
52:21, 54:11,
75:16, 82:7,
87:9, 87:13
**actions** [5] -
29:3, 77:16,
77:21, 78:5,
78:12
**activities** [1] -
25:6
**activity** [1] -
26:7
**ad** [5] - 76:14,
76:21, 77:8,
79:4, 79:14
**add** [2] - 9:2,
23:21
**added** [1] -
63:2
**addition** [1] -
76:20
**address** [4] -
32:19, 41:18,
43:16, 46:17
**addressed** [1]
- 46:13
**ADJOURNED**
[1] - 85:22
**administered**
[1] - 27:14
**administratio
n** [3] - 14:9,
25:21, 54:4
**administrativ
e** [2] - 9:18,
63:23
**administrator**
[4] - 24:18,
24:23, 55:8,
67:1
**admit** [1] -
66:15
**advantage** [1]
- 16:25
**advisor** [4] -
52:5, 52:6,
69:17, 71:9
**advisory** [1] -
72:17
**advocate** [1] -
12:9
**affect** [2] -
4:21, 4:25

**affirmatively**
[1] - 5:18
**age** [2] - 12:14,
64:17
**ago** [3] - 14:1,
23:7, 72:9
**agree** [6] -
18:4, 43:16,
49:1, 50:8,
85:12, 85:15
**agreed** [1] -
49:4
**agreeing** [1] -
50:5
**ahead** [3] -
24:24, 26:4,
42:13
**al** [2] - 1:6,
86:6
**alike** [1] -
12:18
**Allen** [25] - 4:6,
7:1, 7:8,
26:10, 28:12,
32:11, 34:10,
47:12, 49:1,
50:8, 53:4,
56:21, 58:16,
58:24, 68:4,
68:17, 73:6,
74:20, 75:1,
77:3, 78:4,
78:19, 80:17,
83:4, 83:17
**ALLEN** [17] -
2:4, 2:5, 4:5,
6:21, 27:25,
34:7, 49:20,
49:23, 53:1,
68:10, 74:25,
78:16, 80:13,
83:14, 84:20,
85:3, 85:20
**Allen..............
...........** [1] -
3:6
**allowed** [1] -
8:15
**almost** [1] -
25:23
**ALSO** [1] -
2:20
**alumnus** [1] -
35:20
**Americans** [1]
- 64:25
**amount** [2] -
8:11, 20:24
**analysis** [4] -
16:23, 18:20,

*Frank Heidlberger        5/19/21                    2*

37:4, 46:24
**AND** [1] - 2:14
**anniversary** [1] - 64:16
**announceme nt** [2] - 44:1, 55:24
**annual** [1] - 59:15
**anonymous** [1] - 36:14
**answer** [23] - 5:11, 5:12, 5:23, 5:24, 6:3, 11:6, 13:5, 24:11, 24:13, 24:15, 26:4, 28:1, 28:16, 39:14, 41:22, 50:25, 52:2, 79:23, 79:25, 82:22, 82:23, 83:1, 83:2
**answering** [2] - 5:21, 28:3
**answers** [1] - 6:4
**anti** [4] - 30:18, 30:23, 30:25, 51:8
**anti-Semitic** [2] - 30:18, 30:25
**anti-Semitism** [1] - 51:8
**anti-Semitists** [1] - 30:23
**anyway** [2] - 47:3, 73:10
**apart** [1] - 41:8
**apologize** [2] - 73:25, 74:7
**apology** [1] - 74:12
**appear** [1] - 57:16
**Appearances**
..................
..................
. [1] - 3:3
**appeared** [1] - 84:9
**appearing** [2] - 7:14, 75:12
**applicants** [1] - 55:1
**application** [1]

- 11:16
**applied** [5] - 10:10, 11:10, 13:19, 60:25, 61:1
**applies** [1] - 61:6
**apply** [6] - 11:5, 11:6, 11:10, 11:12, 13:16, 21:3
**appreciation** [1] - 65:20
**approach** [3] - 17:10, 41:14, 59:23
**approaches** [1] - 82:5
**appropriate** [2] - 36:14, 64:10
**appropriately** [1] - 75:23
**appropriaten ess** [1] - 50:18
**April** [1] - 11:21
**archival** [3] - 32:12, 33:6, 33:19
**archives** [1] - 34:1
**area** [3] - 9:19, 17:20, 36:1
**argument** [1] - 45:17
**arrived** [1] - 11:19
**article** [20] - 38:3, 38:6, 38:11, 38:19, 50:23, 50:25, 51:1, 51:2, 51:3, 51:10, 51:17, 57:25, 61:13, 62:18, 66:3, 78:9, 78:10, 83:19, 84:6
**articles** [37] - 23:12, 35:16, 36:9, 36:25, 37:10, 37:14, 38:8, 38:9, 40:4, 40:12, 43:21, 44:7, 44:10, 44:20, 49:3, 49:5, 49:8, 49:14,

49:16, 49:22, 50:9, 50:21, 51:13, 59:4, 59:11, 60:1, 60:2, 60:4, 60:19, 61:19, 61:23, 63:17, 65:7, 65:9, 65:12, 65:17, 65:19
**Aspect** [1] - 39:2
**Aspects** [2] - 17:5, 17:6
**aspects** [1] - 39:5
**ASSISTANT** [1] - 2:10
**assistants** [1] - 71:3
**ASSOCIATE** [1] - 2:15
**associate** [1] - 8:22
**ASSOCIATES** [1] - 87:18
**Association** [1] - 40:16
**assume** [4] - 5:16, 66:19, 73:17, 74:4
**assumed** [1] - 44:19
**assumes** [1] - 52:23
**assuming** [2] - 10:10, 43:18
**Assuming** [2] - 66:14, 66:22
**assumption** [1] - 82:25
**assure** [2] - 5:6, 80:6
**astonishing** [1] - 69:9
**AT** [1] - 85:22
**attach** [1] - 55:23
**attached** [5] - 67:21, 76:21, 77:8, 79:4, 87:2
**attended** [1] - 10:2
**attention** [9] - 34:14, 47:12, 71:17, 77:6, 77:10, 79:2, 81:4, 81:14, 82:6

**attorney** [3] - 6:15, 87:7, 87:12
**ATTORNEY** [1] - 2:10, 2:11
**attorneys** [2] - 34:17, 87:9
**attract** [1] - 72:17
**audibly** [2] - 5:24, 6:3
**Austin** [1] - 2:12
**Austria** [2] - 8:17, 45:25
**author** [7] - 38:6, 39:12, 39:15, 40:2, 50:16, 61:8, 67:1
**author's** [2] - 57:23, 65:20
**authors** [6] - 46:5, 58:7, 59:13, 59:21, 63:7
**automatically** [1] - 10:13
**available** [2] - 26:17, 59:7
**avalanche** [1] - 52:13
**average** [1] - 63:13
**award** [2] - 29:4
**awards** [1] - 69:13
**aware** [28] - 25:2, 26:21, 26:23, 27:5, 27:22, 28:14, 30:2, 30:3, 31:12, 37:23, 38:10, 38:17, 52:25, 55:8, 57:18, 60:14, 65:4, 65:7, 65:9, 65:12, 69:20, 71:8, 71:10, 71:13, 73:21, 74:15, 79:6, 81:1

**B**

**BACK** [2] - 28:7, 83:3
**background** [9] - 7:19,

8:24, 11:14, 21:7, 45:13, 50:15, 57:10, 64:10, 65:24
**Bakulina** [3] - 60:5, 61:20, 63:19
**balance** [2] - 72:16, 74:8
**ball** [1] - 24:3
**barely** [1] - 22:14
**Based** [1] - 66:25
**based** [7] - 16:3, 29:18, 37:25, 52:21, 62:20, 62:25, 70:12
**basis** [2] - 47:2, 62:24
**become** [3] - 18:20, 31:21, 48:10
**becoming** [2] - 9:10
**beginning** [3] - 12:25, 16:7, 41:19
**behaved** [1] - 71:14
**behaviors** [1] - 77:18
**belongs** [1] - 15:6
**beloved** [2] - 30:6, 31:4
**bends** [1] - 45:16
**Benjamin** [9] - 3:16, 3:17, 35:1, 35:4, 35:5, 35:6, 52:4, 53:7, 57:4
**Berklee** [2] - 15:14, 15:24
**best** [1] - 43:5
**better** [2] - 19:25, 22:23
**between** [13] - 8:13, 15:4, 17:18, 24:1, 29:1, 31:15, 44:6, 44:8, 69:20, 73:21, 80:1, 80:2
**beyond** [2] - 25:9, 25:18
**Biamonte** [6] -

8:24, 11:14, 21:7, 45:13, 50:15, 57:10, 64:10, 65:24
**Bakulina** [3] - 60:5, 61:20, 63:19
**big** [12] - 13:23, 14:18, 15:3, 15:12, 16:20, 16:24, 17:21, 21:17, 23:10, 25:7, 30:15
**bigger** [2] - 14:19, 14:21
**biggest** [2] - 15:1, 15:2
**bigoted** [1] - 77:18
**binding** [2] - 22:16, 22:17
**birthday** [1] - 64:17
**bit** [5] - 12:18, 20:8, 20:22, 26:8, 59:5
**black** [2] - 50:16, 51:8
**blacks** [1] - 51:5
**blood** [1] - 5:2
**blunt** [2] - 42:16, 46:8
**bluntly** [1] - 45:11
**board** [4] - 19:18, 43:13, 43:16, 56:16
**body** [3] - 72:8, 72:14, 72:15
**BOHUSLAV** [19] - 2:10, 6:25, 26:3, 27:24, 42:9, 47:6, 48:24, 49:17, 49:21, 52:23, 66:12, 67:25, 68:8, 74:23, 77:1, 77:24, 83:12, 84:23, 85:18
**Bohuslav** [2] - 6:18, 85:6
**Bohuslav.......**
................85
[1] - 3:7
**book** [1] - 65:1
**born** [1] - 7:23
**bottom** [5] - 34:14, 35:18,

56:25, 57:6, 57:14, 57:19, 57:22, 58:7
**bibliography** [1] - 63:11
**big** [12] - 13:23, 14:18, 15:3, 15:12, 16:20, 16:24, 17:21, 21:17, 23:10, 25:7, 30:15
**bigger** [2] - 14:19, 14:21
**biggest** [2] - 15:1, 15:2
**bigoted** [1] - 77:18
**binding** [2] - 22:16, 22:17
**birthday** [1] - 64:17
**bit** [5] - 12:18, 20:8, 20:22, 26:8, 59:5
**black** [2] - 50:16, 51:8
**blacks** [1] - 51:5
**blood** [1] - 5:2
**blunt** [2] - 42:16, 46:8
**bluntly** [1] - 45:11
**board** [4] - 19:18, 43:13, 43:16, 56:16
**body** [3] - 72:8, 72:14, 72:15
**BOHUSLAV** [19] - 2:10, 6:25, 26:3, 27:24, 42:9, 47:6, 48:24, 49:17, 49:21, 52:23, 66:12, 67:25, 68:8, 74:23, 77:1, 77:24, 83:12, 84:23, 85:18
**Bohuslav** [2] - 6:18, 85:6
**Bohuslav.......**
................85
[1] - 3:7
**book** [1] - 65:1
**born** [1] - 7:23
**bottom** [5] - 34:14, 35:18,

59:7, 75:11, 81:5
**Box** [2] - 2:5, 2:12
**Brand** [12] - 3:16, 3:17, 35:1, 35:4, 35:5, 35:6, 47:20, 52:4, 52:5, 53:7, 53:23, 57:4
**break** [4] - 5:4, 59:5, 67:22, 72:22
**brief** [1] - 16:3
**briefly** [2] - 64:11, 83:9
**bringing** [1] - 51:7
**brought** [2] - 17:7, 24:17
**budget** [3] - 23:1, 24:20, 25:3
**built** [1] - 16:15
**BY** [2] - 4:5, 84:23

**C**

**camps** [1] - 25:15
**candidates** [1] - 18:11
**cannot** [3] - 24:11, 58:4, 82:22
**Capitol** [1] - 2:12
**capture** [1] - 6:1
**care** [2] - 16:17, 65:15
**career** [1] - 9:9
**careers** [3] - 81:16, 81:22, 82:1
**careful** [2] - 43:7, 46:22
**carefully** [1] - 39:18
**Carrollton** [1] - 87:20
**Case** [1] - 86:4
**CASE** [1] - 1:5
**case** [15] - 6:17, 14:17, 16:16, 20:17, 31:2, 34:18,

35:15, 35:24,
36:6, 36:9,
56:12, 62:25,
63:19, 87:12
**category** [3] -
20:11, 20:12,
62:18
**causes** [3] -
23:23, 28:19,
38:6
**caveat** [1] -
64:7
**CD** [1] - 25:11
**Center** [6] -
16:15, 21:22,
24:17, 24:20,
27:4, 57:11
**center** [22] -
25:3, 25:6,
25:25, 26:7,
26:17, 26:20,
26:25, 27:11,
27:23, 28:10,
28:11, 28:14,
28:18, 32:1,
32:5, 32:9,
32:13, 33:7,
33:10, 33:19,
34:1, 34:3
**center's** [2] -
32:3, 33:20
**centers** [3] -
27:3, 27:13,
27:17
**century** [3] -
29:24, 39:4,
41:5
**certain** [7] -
8:10, 16:11,
50:15, 62:20,
68:14, 69:25
**certainly** [2] -
29:25, 72:9
**CERTIFICAT
E** [1] - 86:10
**Certificate.....
....................
.......86** [1] -
3:10
**Certified** [1] -
86:15
**certify** [3] -
86:16, 86:22,
87:7
**cetera** [1] -
47:22
**chair** [11] -
9:11, 9:12,
17:23, 19:13,
27:7, 27:15,

35:6, 70:5,
71:17, 82:6,
83:7
**challenge** [2] -
19:23, 19:24
**challenging**
[1] - 20:3
**champion** [1] -
12:8
**chance** [7] -
33:2, 33:11,
34:11, 62:17,
62:19, 80:18,
80:21
**change** [2] -
13:25, 20:12
**changes** [2] -
17:22, 87:3
**Changes** [1] -
87:2
**character** [1] -
44:19
**characterizati
on** [5] - 48:5,
48:12, 49:2,
65:18, 85:9
**characterize**
[7] - 38:19,
81:19, 82:14,
82:17, 82:19,
82:21, 85:4
**characterized**
[2] - 37:16,
38:13
**checked** [1] -
39:18
**Chicago** [1] -
54:25
**choice** [1] - 7:5
**Christopher**
[2] - 60:11,
60:14
**Circle** [1] -
2:17
**circles** [1] -
25:10
**circulation** [1]
- 24:9
**circumscribe
s** [1] - 57:23
**City** [2] - 1:23,
57:11
**Civil** [1] - 1:25
**clarification**
[5] - 5:7,
5:10, 5:16,
28:8, 28:13
**Clarinet** [2] -
40:15, 40:16
**class** [5] -

9:16, 9:17,
11:25, 12:1,
82:10
**classes** [1] -
82:5
**classical** [1] -
18:25
**clear** [7] - 15:4,
15:19, 16:22,
19:4, 40:23,
41:20, 52:1
**cleared** [1] -
41:11
**clearly** [9] -
16:8, 30:16,
30:18, 61:11,
61:16, 61:21,
63:18, 64:7,
72:13
**clicks** [2] -
23:24, 24:2
**close** [7] -
9:19, 9:23,
12:22, 24:23,
28:20, 30:1,
85:21
**closing** [1] -
64:21
**colleague** [5] -
12:22, 21:12,
60:5, 67:6,
83:10
**colleagues** [9]
- 8:19, 14:5,
15:8, 35:12,
36:4, 41:14,
47:2, 64:6,
65:16
**collected** [1] -
22:17
**collection** [5] -
16:16, 16:18,
38:7, 38:18,
41:12
**collections** [3]
- 16:16,
25:5, 25:6
**College** [3] -
18:17, 41:17,
75:18
**colleges** [1] -
9:7
**colloquium** [1]
- 36:11
**comfortable**
[1] - 45:18
**coming** [4] -
17:12, 46:6,
52:13, 80:10
**comment** [2] -

56:15, 56:18
**comments** [2]
- 35:18, 58:7
**committee** [4]
- 18:2, 80:3,
80:5, 80:7
**committee's**
[1] - 77:8
**committees**
[1] - 19:15
**common** [5] -
18:24, 62:7,
64:4, 67:8,
67:11
**communicati
on** [2] - 56:3,
68:25
**community** [1]
- 33:22
**comparable**
[2] - 14:22,
30:12
**comparativel
y** [1] - 54:15
**compare** [2] -
13:20, 30:14
**compared** [1] -
72:14
**comparison**
[1] - 29:21
**compete** [1] -
54:25
**competing** [1]
- 54:20
**complaint** [3] -
70:12, 71:16,
71:20
**complaints** [2]
- 70:13, 82:4
**completed** [1]
- 10:6
**completely** [2]
- 65:24, 80:4
**completing** [2]
- 8:7, 69:15
**completion** [2]
- 86:25, 87:6
**complex** [1] -
42:16
**complicated**
[1] - 51:7
**component** [2]
- 19:1, 26:8
**components**
[2] - 9:2,
28:16
**composer** [10]
- 31:4,
31:10, 32:18,
32:19, 32:22,

32:23, 32:24,
32:25, 33:2,
33:5
**composers** [4]
- 25:14,
25:15, 28:19,
28:20
**composers'**
[1] - 26:19
**compound** [1]
- 42:9
**concentratio
n** [1] - 25:15
**concern** [1] -
84:10
**concerned** [5]
- 43:2, 48:2,
48:10, 48:14,
65:11
**concerning** [1]
- 67:14
**concerns** [3] -
35:12, 67:13,
67:17
**concerts** [1] -
25:14
**conclude** [1] -
31:25
**concluded** [1]
- 83:11
**condemn** [1] -
75:19
**condemned**
[1] - 28:14
**condition** [2] -
5:1, 26:25
**confer** [1] -
83:9
**conference**
[12] - 59:19,
60:21, 61:1,
61:7, 61:22,
62:1, 62:2,
62:11, 62:12,
62:21, 62:23
**conferences**
[3] - 10:22,
22:24, 62:1
**confidential**
[2] - 6:14,
12:11
**confidentially**
[1] - 52:9
**confirm** [1] -
33:4
**conflict** [4] -
69:20, 84:11,
84:14, 84:18
**Connecticut**
[1] - 2:6

**connection** [4]
- 9:20,
17:17, 29:1,
80:1
**connections**
[2] - 30:1,
31:9
**consequence**
[1] - 35:11
**consequence
s** [2] - 31:16,
54:3
**conservatory**
[3] - 15:5,
15:7, 15:10
**consider** [5] -
12:21, 15:8,
51:16, 51:19,
51:20
**consideratio
n** [1] - 43:7
**considered** [4]
- 13:8,
14:16, 15:6,
34:2
**considering**
[1] - 13:7
**constant** [1] -
43:7
**contact** [2] -
56:7, 59:13
**contains** [2] -
85:13, 87:3
**content** [6] -
27:23, 28:15,
48:19, 63:3,
76:11, 84:5
**contents** [1] -
80:2
**context** [7] -
31:13, 31:24,
32:5, 41:5,
41:10, 45:24,
71:13
**contexts** [2] -
45:21, 45:22
**continue** [1] -
85:15
**continued** [1] -
27:1
**continuing** [1]
- 26:20
**contours** [1] -
31:6
**contract** [1] -
22:9
**contradicting**
[1] - 64:20
**contributed**
[1] - 60:15

**contribution**
[1] - 19:8
**contributions**
[4] - 61:18,
61:21, 62:21,
63:16
**controversial**
[1] - 43:15
**controversy**
[3] - 29:22,
30:7, 31:6
**conversation**
[3] - 4:11,
6:5, 28:4
**conversation
s** [2] - 6:6,
20:5
**convince** [1] -
19:25
**coordinator**
[5] - 9:11,
9:14, 27:8,
27:16, 71:1
**copied** [1] -
58:2
**copy** [3] -
78:20, 80:8,
85:2
**core** [1] -
57:25
**correct** [36] -
6:18, 22:3,
24:6, 24:7,
25:8, 32:16,
35:1, 37:8,
37:9, 37:11,
37:19, 41:20,
41:22, 43:24,
50:10, 55:24,
57:3, 57:5,
58:16, 58:20,
60:6, 60:22,
62:8, 62:17,
66:3, 66:11,
67:15, 68:20,
70:5, 70:8,
73:19, 76:2,
78:25, 81:9,
83:21, 84:7
**Correct** [13] -
6:19, 37:12,
53:15, 54:12,
55:21, 58:19,
60:20, 60:23,
70:6, 74:10,
79:1, 81:10,
83:22
**correctly** [9] -
25:7, 41:3,
43:4, 44:5,

*Frank Heidlberger   5/19/21*   4

44:12, 53:14, 60:12, 70:22, 75:23
**corresponde nce** [1] - 45:9
**costs** [1] - 22:14
**Council** [1] - 10:16
**COUNSEL** [2] - 2:15, 2:16
**counsel** [2] - 4:7, 87:8
**countries** [1] - 14:11
**country** [4] - 8:19, 10:25, 29:11, 29:24
**County** [1] - 1:24
**couple** [3] - 11:3, 22:12, 36:5
**course** [12] - 8:18, 11:7, 11:9, 12:4, 12:11, 13:16, 23:23, 24:3, 32:4, 34:16, 54:3, 68:15
**Court** [12] - 4:13, 5:25, 15:20, 28:2, 31:7, 33:14, 35:5, 40:14, 63:8, 64:13, 75:4, 85:4
**COURT** [2] - 1:1, 86:1
**courtesy** [1] - 43:14
**covered** [2] - 17:2, 18:25
**covers** [1] - 22:14
**Cowley** [2] - 27:20, 63:23
**crazy** [1] - 13:4
**create** [1] - 15:19
**created** [1] - 84:18
**Crest** [1] - 87:19
**critical** [2] - 46:9
**criticism** [8] - 37:14, 40:4, 40:8, 45:14, 49:11, 50:4,

50:6, 50:7
**criticisms** [1] - 46:18
**criticize** [1] - 38:5
**cross** [1] - 83:15
**CSR** [2] - 1:21, 87:17
**Cubero** [1] - 69:19
**Cullen** [2] - 1:21, 86:15
**CULLEN** [1] - 87:17
**cultural** [1] - 51:6
**CUNY** [1] - 57:11
**current** [3] - 35:6, 55:10, 56:15
**Cutler** [1] - 1:23
**cutting** [1] - 14:4

## D

**D.C** [2] - 8:17, 10:24
**Dahlhaus's** [1] - 83:20
**Dallas** [2] - 1:24
**damages** [1] - 55:4
**dare** [2] - 30:5, 31:4
**dared** [1] - 18:12
**Date** [1] - 87:18
**date** [2] - 34:24, 87:1
**day-to-day** [1] - 6:6
**days** [5] - 11:3, 12:19, 16:10, 17:10, 87:1
**deal** [2] - 16:20, 25:7
**Dean** [2] - 27:19, 63:23
**dean** [6] - 18:12, 27:14, 53:11, 53:16, 53:20, 54:5
**death** [2] - 46:4, 55:14

**deceased** [1] - 18:6
**decided** [2] - 52:18, 52:20
**decision** [2] - 12:6, 13:15
**decisions** [1] - 52:6
**dedicated** [1] - 43:25
**DEFENDANT S** [1] - 2:9
**Defendants** [2] - 1:7, 86:7
**define** [1] - 41:8
**defined** [2] - 16:8, 63:18
**definitely** [1] - 46:17
**degree** [1] - 10:3
**delighted** [2] - 42:11, 42:14
**Denton** [3] - 2:17, 55:16, 55:18
**deny** [1] - 45:20
**department** [9] - 9:10, 9:12, 27:7, 27:15, 52:17, 52:20, 70:5, 71:17, 83:6
**deponent** [3] - 86:23, 86:24, 87:5
**deposed** [1] - 4:7
**DEPOSITION** [15] - 1:11, 1:17, 7:7, 34:5, 34:9, 53:3, 56:20, 58:15, 68:3, 73:5, 74:19, 78:18, 80:16, 85:22, 86:10
**deposition** [11] - 4:12, 6:8, 6:10, 7:16, 15:17, 83:11, 85:21, 86:20, 86:25, 87:6, 87:10
**Deposition....**
**.......** [1] - 3:14
**depositions** [3] - 4:14,

6:21, 68:16
**depth** [1] - 63:4
**der** [1] - 83:20
**describe** [3] - 16:2, 69:6, 75:4
**described** [4] - 20:5, 26:15, 27:8, 67:5
**DESCRIPTIO N** [1] - 3:13
**descriptions** [1] - 23:6
**design** [1] - 14:7
**designated** [2] - 21:19, 25:2
**designating** [1] - 6:13
**designation** [1] - 34:19
**desperate** [1] - 11:9
**destructive** [1] - 30:19
**detail** [1] - 18:8
**detailed** [1] - 28:25
**details** [1] - 12:12
**Deutsche** [1] - 10:17
**development** [1] - 8:11
**development s** [1] - 56:8
**diabetes** [1] - 4:25
**died** [1] - 25:15
**Diego** [1] - 69:19
**difference** [3] - 15:3, 15:12, 44:8
**different** [3] - 5:13, 14:1, 19:20
**differentiate** [1] - 30:16
**differentiated** [1] - 26:5
**differentiatio n** [2] - 61:10, 61:15
**difficult** [1] - 52:6
**difficulty** [1] - 71:4
**digital** [1] -

23:17
**diploma** [1] - 10:6
**direct** [9] - 34:14, 38:3, 51:24, 74:5, 77:6, 77:10, 79:2, 81:4, 81:14
**directing** [1] - 48:11
**direction** [1] - 48:3
**directly** [5] - 22:18, 27:15, 32:13, 39:15, 54:25
**disappointed** [1] - 44:4
**disciplines** [2] - 21:15, 21:16
**disclosures** [1] - 68:11
**discourage** [1] - 67:10
**discourse** [11] - 17:1, 19:5, 19:22, 30:3, 30:15, 31:1, 31:23, 42:3, 42:4, 47:1, 52:8
**discovery** [1] - 74:16
**discuss** [5] - 6:15, 43:12, 46:17, 53:12, 56:7
**discussed** [5] - 46:3, 54:2, 54:6, 54:11, 58:14
**discussing** [2] - 32:15, 40:25
**discussion** [6] - 32:1, 39:10, 42:22, 46:13, 53:25, 61:19
**Dismissal** [1] - 81:9
**dismissal** [1] - 81:12
**dissertation** [5] - 8:5, 10:7, 69:16, 69:17, 74:4
**dissertations**

[1] - 26:16
**distance** [1] - 76:10
**distancing** [1] - 75:8
**distinct** [1] - 37:10
**distinction** [3] - 15:4, 21:14, 44:6
**distinguishe d** [3] - 19:17, 20:9, 25:25
**DISTRICT** [4] - 1:1, 1:1, 86:1, 86:1
**diverse** [1] - 18:16
**diversify** [1] - 18:18
**diversifying** [1] - 19:8
**diversity** [1] - 16:7
**division** [14] - 9:21, 14:25, 17:13, 17:23, 19:10, 19:11, 22:18, 24:19, 36:1, 36:4, 54:14, 69:8, 72:5, 82:6
**Division** [4] - 3:14, 35:7, 47:16, 75:7
**DIVISION** [3] - 1:2, 2:11, 86:2
**Doctor** [1] - 10:8
**doctoral** [2] - 9:17, 12:1
**document** [28] - 5:5, 7:12, 34:15, 49:18, 49:19, 49:20, 53:4, 56:22, 58:10, 68:18, 68:21, 73:9, 75:2, 75:4, 75:18, 77:11, 77:23, 78:8, 78:21, 79:3, 80:19, 80:21, 80:24, 81:1, 81:3, 81:19, 85:11, 85:16
**document's** [1] - 68:9
**documentati**

**on** [3] - 56:14, 58:3, 58:6
**documents** [7] - 30:17, 34:13, 34:18, 34:22, 45:8, 45:15, 57:21
**dollars** [1] - 22:12
**dominated** [1] - 72:7
**done** [10] - 25:17, 26:5, 32:6, 38:24, 41:25, 42:1, 42:6, 64:5, 65:25, 79:15
**down** [8] - 13:24, 14:4, 23:25, 26:7, 49:9, 50:25, 52:11, 72:22
**downloads** [1] - 23:11
**Dr** [40] - 3:20, 10:21, 11:4, 12:20, 16:18, 17:9, 19:13, 20:4, 21:11, 21:12, 25:9, 28:18, 28:23, 29:6, 29:17, 30:11, 32:7, 32:19, 44:9, 44:11, 47:20, 50:22, 52:4, 52:5, 53:23, 61:20, 70:25, 75:10, 76:10, 77:16, 77:21, 78:5, 78:12, 81:8, 81:11, 81:21, 82:5, 82:10
**draft** [2] - 45:9, 47:18
**drafted** [1] - 56:4
**drawing** [1] - 31:8
**drew** [1] - 32:12
**Drive** [2] - 1:23, 87:19
**due** [1] - 54:3
**duly** [3] - 1:18, 4:3, 86:18
**dump** [1] - 52:15

**during** [2] - 17:23, 23:25
**Dwarak** [2] - 68:22, 71:7

# E

**e-mail** [14] - 23:20, 34:25, 35:3, 35:10, 35:11, 47:20, 53:7, 57:3, 57:24, 68:21, 73:11, 73:13, 73:19, 74:16
**E-mail** [7] - 3:16, 3:16, 3:17, 3:19, 3:20, 3:21, 3:22
**e-mails** [1] - 35:12
**eager** [1] - 55:9
**early** [4] - 12:19, 16:10, 17:10, 45:23
**ears** [1] - 14:8
**EASTERN** [2] - 1:1, 86:1
**easy** [1] - 19:19
**Ed** [5] - 35:14, 56:11, 56:25, 57:9, 57:17
**edited** [4] - 36:12, 51:14, 59:12
**editor** [9] - 17:4, 37:22, 39:24, 40:10, 43:11, 58:20, 62:1, 66:25, 84:12
**editorial** [7] - 17:19, 22:7, 36:19, 37:17, 45:14, 51:4, 75:21
**editorial-like** [1] - 51:4
**education** [2] - 7:24, 51:6
**educational** [1] - 7:19
**effect** [3] - 9:15, 30:12, 52:3
**effort** [1] - 13:13

**efforts** [2] - 14:13, 25:9
**eight** [2] - 46:11, 46:12
**either** [7] - 15:18, 24:18, 40:2, 41:7, 61:25, 62:21, 63:22
**elaborate** [1] - 8:10
**elegance** [3] - 42:11, 42:14, 45:3
**elements** [1] - 28:9
**eleven** [1] - 55:13
**elite** [1] - 54:24
**Ellen** [2] - 60:5, 63:19
**eloquence** [1] - 45:1
**eloquent** [1] - 84:1
**eluded** [1] - 32:25
**embedded** [1] - 33:22
**emerged** [1] - 19:5
**emerging** [1] - 35:11
**employed** [1] - 87:8
**employee** [1] - 87:11
**end** [3] - 59:11, 77:10, 81:20
**ended** [1] - 9:12
**Endorse** [1] - 76:1
**endorse** [1] - 76:1
**endorsed** [7] - 75:14, 75:16, 76:12, 77:4, 77:14, 77:23, 78:2
**endorsing** [1] - 76:8
**ends** [1] - 10:14
**English** [1] - 64:24
**enjoyed** [1] - 24:9
**ensuing** [1] - 58:6

**ENTERS** [1] - 34:6
**entire** [3] - 7:24, 47:18, 47:25
**entirely** [1] - 33:10
**enunciate** [1] - 6:3
**equally** [1] - 80:7
**equivalent** [1] - 7:20, 8:2, 10:3
**Especially** [2] - 47:15, 72:2
**especially** [3] - 14:3, 64:9
**Essay** [1] - 83:21
**essentially** [1] - 57:24
**established** [2] - 20:21, 21:11
**et** [3] - 1:6, 47:22, 86:6
**ethno** [1] - 72:6
**Ethnomusico logy** [5] - 3:15, 3:18, 35:7, 47:17, 75:8
**ethnomusico logy** [1] - 9:20
**Europe** [1] - 14:10
**European** [1] - 14:11
**evaluations** [2] - 20:16, 27:2
**evaluative** [1] - 62:20
**event** [1] - 65:3
**eventually** [1] - 21:3
**evidence** [5] - 29:19, 30:7, 31:9, 31:14, 52:24
**evolution** [1] - 16:4
**Ewell** [12] - 36:11, 36:25, 41:15, 41:17, 44:11, 45:1, 45:11, 46:19,

50:17, 51:9, 60:8, 75:10
**Ewell's** [7] - 41:24, 42:10, 43:22, 44:16, 44:23, 46:10, 51:10
**exactly** [3] - 36:25, 41:14, 56:17
**Exactly** [1] - 11:20
**Examination** [2] - 3:6, 3:7
**examination** [1] - 80:14
**EXAMINATION** [2] - 4:4, 84:22
**examine** [8] - 5:4, 34:11, 68:18, 73:10, 80:19, 80:21, 83:15
**examined** [1] - 54:7
**example** [3] - 18:11, 29:3, 67:9
**examples** [6] - 37:25, 38:24, 50:1, 63:2, 63:11, 69:9
**excellent** [1] - 18:16
**except** [2] - 6:22, 69:24
**exception** [1] - 50:22
**exchanged** [1] - 54:1
**exchanges** [1] - 40:19
**excuse** [2] - 12:25, 61:14
**Excuse** [1] - 65:8
**exert** [1] - 61:8
**exhibit** [15] - 7:2, 34:7, 56:1, 67:23, 68:5, 73:7, 74:21, 74:24, 76:23, 77:9, 78:16, 80:9, 80:14, 84:24, 85:4
**Exhibit** [25] - 3:14, 3:14, 3:16, 3:16,

3:17, 3:18, 3:19, 3:20, 3:21, 3:22, 3:22, 34:25, 53:2, 74:21, 76:4, 76:24, 77:7, 78:17, 78:22, 79:2, 79:5, 79:13, 80:15, 85:1, 85:7
**EXHIBIT** [11] - 7:7, 34:5, 34:9, 53:3, 56:20, 58:15, 68:3, 73:5, 74:19, 78:18, 80:16
**Exhibits** [2] - 47:13, 54:8
**exhibits** [2] - 7:8, 34:17
**EXHIBITS** [1] - 3:12
**existence** [1] - 27:1
**existent** [1] - 27:4
**expansion** [1] - 18:7
**expectations** [1] - 82:15
**experience** [13] - 9:23, 16:4, 20:4, 24:8, 38:1, 51:22, 51:24, 52:16, 52:20, 60:24, 61:25, 66:25, 70:3
**experienced** [1] - 37:21
**Expiration** [1] - 87:18
**explain** [12] - 7:18, 10:19, 19:7, 20:8, 23:13, 35:5, 38:23, 53:19, 53:22, 59:3, 64:12, 71:20
**explained** [3] - 41:6, 47:20, 66:20
**explaining** [1] - 39:7
**explanation** [2] - 35:4, 61:14
**explicitly** [9] -

27:16, 28:17, 43:12, 49:7, 49:13, 49:15, 49:24, 50:5, 57:23
**express** [2] - 46:18, 78:2
**expressed** [1] - 35:12, 35:13
**expressing** [2] - 20:5, 76:9
**expression** [1] - 65:20
**expressly** [1] - 32:3
**extension** [1] - 4:13
**extensive** [1] - 63:1, 66:19
**extent** [5] - 30:9, 30:13, 49:4, 82:2, 82:3
**extorted** [1] - 81:25
**extorting** [1] - 71:11
**extortion** [2] - 81:15, 81:21
**extraordinary** [1] - 18:5
**extremely** [1] - 18:11
**eyes** [1] - 33:21

# F

**Facebook** [12] - 35:14, 35:19, 48:10, 52:12, 56:11, 56:13, 56:18, 57:17, 57:18, 58:2, 58:6
**fact** [1] - 53:16
**facts** [3] - 42:16, 52:23, 69:24
**faculty** [17] - 12:22, 18:17, 18:23, 24:19, 47:18, 47:25, 48:16, 55:11, 72:8, 72:15, 75:7, 76:19, 76:20, 77:4, 77:18, 78:22, 85:8

**failures** [1] - 75:22
**fair** [6] - 7:14, 35:21, 48:4, 48:11, 65:18, 85:9
**fairly** [1] - 15:11
**familiar** [1] - 53:24
**far** [9] - 9:22, 20:2, 26:18, 31:3, 35:13, 57:12, 61:13, 67:9, 69:16
**fashionable** [1] - 31:22
**Fax** [1] - 2:7
**Federal** [1] - 1:25
**fellows** [1] - 71:2
**Fellowship** [1] - 10:11
**female** [2] - 72:23, 73:1
**Festschrift** [16] - 64:12, 64:14, 64:21, 65:5, 65:16, 65:19, 66:3, 66:6, 66:14, 66:20, 66:22, 66:23, 67:5, 67:7, 67:10
**few** [3] - 4:10, 4:17, 9:7
**field** [26] - 8:7, 9:5, 10:22, 13:8, 14:13, 14:20, 15:6, 16:13, 20:20, 25:19, 29:15, 35:8, 36:4, 36:18, 42:4, 46:16, 46:23, 53:22, 53:23, 54:15, 54:16, 55:2, 55:4, 57:7
**field's** [1] - 14:20
**fields** [13] - 14:3, 14:4, 14:15, 14:16, 14:25, 15:8, 16:7, 17:2, 17:15, 18:18, 18:22, 19:4, 19:9

**fight** [3] - 29:12, 37:1, 41:15
**finance** [1] - 22:24
**financially** [1] - 87:12
**fine** [3] - 7:5, 7:6, 66:22
**finish** [3] - 5:20, 5:21, 15:17
**Finishing** [1] - 8:1
**Firm** [1] - 87:19
**first** [10] - 4:3, 21:13, 22:13, 34:22, 42:17, 59:6, 68:20, 73:11, 73:14, 74:1
**fits** [1] - 45:17
**five** [6] - 13:17, 17:24, 52:11, 55:13, 63:10, 69:12
**flagship** [2] - 54:22, 69:12
**fledged** [2] - 61:13, 61:19
**flew** [1] - 11:21
**flexible** [1] - 14:8
**Florida** [1] - 54:23
**fly** [1] - 12:6
**focus** [3] - 16:9, 16:23, 47:24
**focused** [1] - 18:22
**follow** [6] - 18:10, 26:23, 31:5, 57:20, 58:4, 80:4
**follow-up** [5] - 18:10, 26:23, 31:5, 57:20, 58:4
**followed** [1] - 42:8
**following** [3] - 39:20, 79:17, 86:17
**follows** [1] - 4:3
**FOR** [4] - 1:1, 2:3, 2:9, 86:1
**forced** [1] -

52:17
**forcing** [1] - 22:13
**form** [1] - 6:23
**formal** [3] - 4:11, 6:5, 28:4
**Formally** [1] - 44:24
**former** [1] - 27:7
**forming** [1] - 54:19
**formulate** [1] - 19:25
**formulations** [1] - 35:17
**Forschungsgemeinschaft** [1] - 10:17
**fortunate** [1] - 19:18
**forum** [1] - 46:19
**forward** [1] - 17:8
**four** [1] - 12:3
**framing** [2] - 37:1, 46:16
**FRANK** [6] - 1:12, 1:17, 3:5, 4:2, 86:11, 86:18
**Frank** [1] - 3:16
**FRCP** [1] - 86:22
**free** [1] - 7:9
**freely** [1] - 75:20
**French** [1] - 45:23
**Friedson** [1] - 21:13
**friend** [1] - 57:17
**FROM** [3] - 47:10, 68:1, 83:16
**frustrated** [1] - 14:5
**frustrating** [1] - 69:25
**fulfill** [3] - 72:19, 72:23, 73:2
**full** [10] - 9:10, 11:9, 20:14, 23:17, 45:24, 55:13, 61:13,

61:19, 69:2, 75:20
**full-fledged** [2] - 61:13, 61:19
**full-time** [2] - 11:9, 55:13
**fully** [1] - 59:10
**function** [1] - 82:11
**functions** [1] - 80:6
**funded** [2] - 10:15, 10:16, 24:25
**funding** [6] - 14:18, 20:24, 22:6, 25:22, 26:25, 27:6
**funny** [1] - 11:17
**Funny** [2] - 10:4, 64:22
**future** [2] - 54:19, 55:11

**G**

**G-A-O** [2] - 69:5, 69:6
**Gao** [15] - 68:7, 68:13, 69:3, 69:20, 70:3, 71:4, 71:7, 71:11, 71:14, 71:21, 73:13, 73:15, 73:16, 73:19, 73:21
**gathered** [1] - 33:10
**gender** [2] - 71:19, 71:21
**general** [11] - 13:21, 13:22, 16:3, 19:5, 35:25, 36:8, 46:11, 46:14, 48:25, 63:12, 69:24
**General** [1] - 3:22
**GENERAL** [5] - 2:10, 2:11, 2:11, 2:15, 2:16
**generalization** [1] - 35:23
**generalized** [1] - 29:15

**generate** [1] - 23:2
**generation** [1] - 54:19
**generations** [1] - 46:4
**genre** [1] - 51:3
**German** [11] - 7:25, 8:6, 9:1, 10:15, 10:16, 16:17, 31:15, 32:23, 64:11, 64:25, 84:3
**Germany** [20] - 7:21, 7:24, 7:25, 8:15, 8:25, 10:2, 11:4, 13:12, 13:17, 13:21, 14:3, 14:10, 14:12, 14:21, 14:23, 15:23, 29:22, 29:25, 46:1, 67:9
**Geschichte** [1] - 83:20
**Given** [2] - 43:23, 81:3
**given** [4] - 23:12, 38:5, 64:10, 86:20
**glad** [3] - 5:3, 28:12, 41:11
**God** [2] - 42:18, 43:3
**government** [1] - 10:15
**grade** [3] - 81:15, 81:22, 81:25
**grader** [3] - 70:8, 70:11, 82:11
**graduated** [1] - 7:20
**ground** [1] - 4:10
**group** [1] - 57:9
**guarantee** [2] - 27:6, 58:5
**guess** [3] - 24:4, 33:17, 39:9
**guest** [3] - 11:2, 12:1, 12:2
**GUNT** [1] -

33:15
**Gunther** [3] - 33:11, 33:15, 33:16
**guys** [1] - 35:20
**Gymnasium** [1] - 7:21

**H**

**Habilitation** [3] - 8:7, 10:7, 10:9
**half** [1] - 41:7
**handful** [1] - 72:10
**handfuls** [1] - 54:17
**handled** [4] - 21:2, 44:4, 50:20, 66:6
**handling** [4] - 36:19, 37:17, 63:24, 76:10
**happy** [2] - 13:10, 29:13
**hard** [2] - 26:12, 69:23
**harder** [2] - 62:15, 62:16
**HARRIS** [4] - 2:4, 32:10, 34:6, 80:12
**harsh** [1] - 31:19
**hate** [1] - 35:19
**head** [4] - 5:18, 6:2, 9:13, 27:8
**healthy** [2] - 42:3, 43:24
**heard** [1] - 37:14
**heavily** [1] - 29:7
**Heidegger** [2] - 29:22, 29:23
**Heidlberger** [20] - 3:16, 4:6, 7:2, 7:3, 7:4, 47:13, 53:5, 56:21, 67:20, 68:4, 68:17, 73:8, 74:13, 74:20, 75:1, 78:23, 80:18, 81:24, 83:17, 85:1

**HEIDLBERGER** [6] - 1:12, 1:17, 3:5, 4:2, 86:11, 86:18
**Heidlberger's** [1] - 80:14
**Heisenberg** [3] - 8:15, 10:11, 11:11
**Heisst** [1] - 83:20
**held** [1] - 75:22
**help** [5] - 17:25, 32:19, 32:22, 32:24, 85:5
**helpful** [1] - 53:10
**hereby** [1] - 86:16
**high** [3] - 7:20, 8:14, 64:15
**higher** [4] - 14:8, 25:21, 54:4, 54:21
**highest** [1] - 43:8
**highly** [2] - 25:13, 67:11
**Hill** [1] - 2:6
**himself** [2] - 31:8, 43:9
**hire** [5] - 8:22, 12:8, 12:9, 18:13, 72:16
**hired** [8] - 8:12, 9:1, 10:13, 13:1, 13:3, 13:6, 17:23, 17:25
**hires** [2] - 16:11, 18:22
**historic** [1] - 8:25
**Historical** [2] - 17:6, 39:3
**historical** [6] - 8:8, 9:2, 42:16, 45:8, 45:15, 59:23
**historically** [1] - 31:10
**history** [6] - 9:5, 17:15, 30:8, 45:13, 59:20, 83:24
**History** [5] - 3:15, 3:18, 35:7, 47:16,

75:7
**hoc** [5] - 76:15, 76:21, 77:8, 79:4, 79:14
**Hochschule** [3] - 15:5, 15:13, 15:23
**home** [1] - 11:3
**honor** [3] - 64:14, 65:2, 65:17
**honorary** [1] - 20:11, 64:18, 65:25
**honored** [1] - 65:22
**hopefully** [2] - 31:25, 43:3
**hour** [1] - 47:7
**howcome** [1] - 29:8
**huh-uhs** [1] - 6:2
**huhs** [1] - 6:2
**hundred** [1] - 22:12
**Hungary** [1] - 45:25
**Hunter** [1] - 41:17

**I**

**idea** [2] - 18:17, 74:18
**ideas** [3] - 14:9, 32:13, 52:7
**identified** [5] - 27:23, 28:20, 57:25, 68:24, 77:23
**identify** [7] - 30:5, 40:13, 49:6, 49:14, 70:24, 78:5, 78:13
**identifying** [1] - 28:11, 49:24
**ill** [1] - 4:24
**immediate** [1] - 44:14
**immediately** [1] - 55:4
**Impact** [1] - 83:21
**impact** [1] - 39:9, 53:13,

54:13
**impermissible** [1] - 41:23
**implemented** [1] - 36:24
**implicated** [1] - 68:14
**implicit** [2] - 50:13, 50:16
**implying** [1] - 51:8
**important** [4] - 21:1, 21:2, 25:16, 61:15
**imposed** [1] - 27:11
**impossible** [1] - 64:25
**impressed** [1] - 44:25
**impression** [2] - 16:6, 26:7
**improve** [1] - 62:20
**IN** [3] - 1:1, 68:2, 86:1
**inappropriate** [4] - 39:19, 50:11, 50:21, 51:4
**inappropriateness** [1] - 50:19
**incensed** [1] - 30:5
**incidentally** [3] - 24:13, 27:25, 40:13
**Incidentally** [1] - 7:2
**include** [1] - 44:14
**included** [2] - 56:14, 58:2
**includes** [1] - 47:21
**including** [4] - 20:16, 28:19, 51:13, 78:23
**income** [2] - 22:18, 23:3
**inconsistent** [1] - 49:12
**incorporated** [5] - 79:6, 79:7, 79:10, 79:13, 79:19
**incorrect** [2] - 36:19, 37:16
**indeed** [1] -

18:13
**INDEX** [1] - 3:1
**indicate** [1] - 5:1
**indicates** [1] - 34:19
**individual** [7] - 32:6, 32:7, 33:21, 48:1, 56:3, 68:24, 73:15
**individually** [2] - 47:25, 55:20
**individuals** [2] - 56:24, 81:20
**influence** [4] - 30:11, 39:9, 48:15, 82:10
**influenced** [2] - 39:5, 65:22
**influences** [1] - 28:21
**informal** [1] - 53:21
**information** [4] - 47:2, 54:1, 54:6, 70:20
**informed** [2] - 39:12, 39:13
**initiated** [3] - 11:1, 18:9, 25:10
**initiative** [1] - 52:7
**Inman** [1] - 70:14
**input** [1] - 23:9
**inside** [1] - 53:22
**insist** [1] - 7:10
**instance** [2] - 1:18, 62:4
**institute** [2] - 14:22
**institution** [3] - 15:4, 15:5, 55:5
**institutions** [3] - 23:9, 48:17, 54:17
**instrument** [1] - 15:10
**intended** [1] - 52:3
**intensely** [1] - 8:16
**intention** [1] -

64:7
**interest** [3] - 84:11, 84:14, 84:18
**interested** [3] - 59:24, 84:5, 87:13
**interesting** [2] - 18:4, 27:12
**interestingly** [2] - 27:15, 45:22
**interject** [1] - 42:23
**international** [1] - 20:19
**International** [1] - 40:16
**internationally** [2] - 10:22, 17:14
**interpret** [3] - 32:7, 35:24, 55:25
**interpretation** [6] - 31:10, 36:2, 37:2, 41:9, 55:15, 55:17
**interpreted** [4] - 35:25, 49:5, 51:21, 78:11
**interrupt** [3] - 5:10, 15:18, 18:3
**interrupted** [1] - 48:7
**interview** [3] - 11:17, 11:20, 11:23
**introduction** [5] - 44:3, 61:20, 63:18, 63:20, 66:20
**investigated** [1] - 84:17
**invitation** [1] - 11:22
**invite** [2] - 11:1, 59:21
**invited** [4] - 8:20, 10:18, 11:21
**involved** [15] - 8:11, 8:19, 12:13, 15:22, 16:12, 19:14, 25:11, 27:16, 29:2, 35:25,

43:4, 43:10, 43:12, 51:15, 53:25
**irrelevant** [1] - 14:17
**issue** [8] - 22:11, 23:16, 23:18, 23:20, 39:12, 40:22, 75:19
**issues** [3] - 46:16, 69:22, 69:24
**itself** [1] - 25:25

**J**

**JACKSON** [3] - 1:3, 2:21, 86:3
**Jackson** [50] - 3:19, 3:20, 4:7, 8:11, 10:21, 11:4, 12:8, 12:17, 12:20, 16:11, 16:14, 16:18, 17:9, 19:13, 20:4, 21:11, 25:9, 28:19, 29:6, 30:11, 31:8, 32:2, 32:7, 32:12, 32:19, 42:18, 43:5, 43:8, 44:9, 51:23, 55:19, 57:11, 58:11, 68:15, 68:21, 69:21, 70:2, 71:10, 71:14, 73:14, 73:22, 76:10, 77:16, 77:21, 78:6, 78:12, 81:21, 81:25, 82:10, 83:10
**Jackson's** [9] - 12:22, 19:7, 28:23, 29:18, 50:22, 57:22, 81:9, 81:12, 82:5
**Jennifer** [1] - 27:20
**Jewish** [1] - 33:2
**job** [2] - 13:8, 13:10
**John** [6] -

3:22, 27:19, 28:24, 29:3, 29:4, 31:2
**journal** [34] - 17:5, 17:7, 21:23, 23:13, 36:15, 36:20, 37:22, 38:9, 38:12, 38:21, 40:3, 40:17, 40:18, 40:24, 41:13, 42:6, 42:20, 43:25, 44:19, 44:22, 58:14, 58:20, 59:3, 60:6, 61:2, 61:8, 61:9, 62:13, 66:17, 66:18, 66:21, 84:7, 84:12, 84:17
**Journal** [18] - 17:5, 23:2, 24:9, 36:10, 37:7, 37:15, 40:15, 40:23, 48:20, 58:17, 60:15, 60:18, 65:5, 66:7, 67:14, 75:9, 83:19
**journal's** [1] - 22:6
**journals** [10] - 17:12, 17:14, 17:18, 36:13, 37:23, 38:10, 38:17, 38:24, 40:20, 62:7
**JSS** [10] - 17:9, 23:15, 35:16, 40:24, 41:2, 44:10, 44:22, 51:15, 65:14, 76:10
**judging** [1] - 29:17
**Juilliard** [1] - 15:24
**JULIA** [1] - 87:18
**July** [5] - 3:21, 3:23, 28:15, 34:24, 53:8, 55:24, 56:12, 57:4, 85:8, 85:11
**June** [1] - 87:15
**junior** [2] -

55:11, 72:4
**Justin** [7] - 70:15, 70:16, 70:18, 70:20, 70:24, 70:25

**K**

**keen** [1] - 19:15
**keeping** [1] - 42:3
**keywords** [1] - 63:11
**kind** [26] - 14:6, 15:11, 20:1, 20:2, 21:20, 22:18, 29:9, 29:12, 29:20, 31:1, 31:4, 39:19, 41:14, 43:24, 44:13, 44:16, 44:17, 46:5, 46:25, 47:4, 53:25, 55:14, 56:13, 69:10, 71:6
**kinds** [2] - 27:10, 40:19
**Klorman** [7] - 35:15, 56:11, 57:1, 57:10, 57:17, 57:23, 58:4
**knowledge** [14] - 9:23, 24:22, 27:1, 31:23, 32:8, 32:11, 40:8, 40:19, 46:7, 56:19, 60:2, 67:15, 74:5, 81:24
**known** [4] - 28:19, 46:3, 57:15, 83:24
**knows** [2] - 55:2, 57:9
**Kohanski** [3] - 3:21, 75:11, 81:5

**L**

**large** [2] - 14:23, 19:1
**larger** [1] - 32:5
**last** [9] - 26:21,

33:17, 51:16, 51:19, 69:4, 74:8, 77:15, 80:9, 80:14
**late** [1] - 11:18
**LAURA** [2] - 1:6, 86:6
**Lavacek** [1] - 70:25
**LAW** [1] - 2:5
**Law** [1] - 1:22
**lawfirm.com** [1] - 2:7
**leading** [1] - 26:3
**learned** [1] - 68:13
**least** [2] - 26:8, 45:4
**LEAVES** [2] - 32:10, 58:23
**lecture** [1] - 11:2, 12:1, 12:2
**lecturer** [2] - 43:11, 71:1
**led** [2] - 8:21, 10:2
**left** [1] - 44:13
**legitimate** [3] - 5:9, 24:15, 66:2
**lengthy** [1] - 61:14
**less** [2] - 24:5, 84:2
**letter** [10] - 75:14, 75:17, 76:3, 76:6, 76:8, 76:13, 76:19, 77:4, 78:22, 81:21
**letters** [2] - 40:10, 40:12
**level** [18] - 8:14, 20:13, 22:10, 23:20, 26:16, 26:18, 27:14, 30:19, 31:3, 43:8, 54:16, 54:20, 55:7, 60:25, 61:3, 67:7, 70:1, 72:17
**leveled** [1] - 55:19
**libraries** [2] - 23:10
**library** [3] - 10:20, 16:19,

23:17
**life** [1] - 65:3
**likewise** [1] - 5:20
**Likewise** [1] - 5:5
**line** [1] - 74:1
**liner** [1] - 25:11
**lines** [1] - 65:1
**list** [2] - 23:5, 23:20
**listen** [1] - 30:21
**literature** [1] - 8:1
**LITIGATION** [1] - 2:11
**litigation** [2] - 34:16, 34:21
**lived** [1] - 45:24
**LLC** [1] - 2:5
**located** [1] - 33:6
**look** [4] - 12:18, 35:20, 45:24, 49:9
**looked** [1] - 46:12
**loose** [2] - 64:19, 64:20
**loosely** [1] - 83:23
**lost** [2] - 25:14, 26:19
**Louisa** [3] - 73:13, 73:15, 73:18
**love** [1] - 30:22
**low** [1] - 5:2
**lower** [1] - 67:8
**lucky** [1] - 8:4

**M**

**m.allen@ allen** [1] - 2:7
**m.allen@ allen-lawfirm.com** [1] - 2:7
**machine** [1] - 1:22
**mail** [21] - 3:16, 3:16, 3:17, 3:19, 3:20, 3:21, 3:22, 23:20, 34:25, 35:3,

35:10, 35:11, 47:20, 53:7, 57:3, 57:24, 68:21, 73:11, 73:13, 73:19, 74:16
**mails** [1] - 35:12
**main** [4] - 43:22, 45:19, 49:10, 50:4
**maintained** [1] - 62:3
**major** [4] - 13:24, 16:16, 25:5, 43:13
**majority** [1] - 75:6
**man** [1] - 72:7
**mandatory** [1] - 68:11
**manipulation** [3] - 81:15, 81:22, 81:25
**manner** [1] - 71:14
**mark** [5] - 34:17, 53:1, 73:6, 78:16, 80:15
**MARKED** [11] - 7:7, 34:5, 34:9, 53:3, 56:20, 58:15, 68:3, 73:5, 74:19, 78:18, 80:16
**marked** [11] - 34:8, 40:10, 49:9, 61:11, 61:16, 63:17, 64:7, 74:24, 76:23, 79:13, 85:7
**market** [2] - 8:9, 8:13
**marketing** [1] - 22:19
**marking** [1] - 74:21
**master's** [1] - 10:8
**match** [1] - 31:14
**material** [2] - 26:17, 33:9
**materials** [1] - 33:19
**MATT** [1] - 2:10

**Matt** [4] - 6:21, 74:22, 74:25, 76:24
**matter** [2] - 51:8, 54:4
**matthew. bohuslav@ oag.texas. gov** [1] - 2:13
**maximum** [1] - 21:9
**MAY** [2] - 1:13, 86:12
**McGill** [1] - 57:15
**mean** [12] - 10:19, 17:23, 27:19, 30:25, 33:17, 47:23, 54:13, 55:18, 58:3, 79:23, 82:3, 83:5
**means** [3] - 47:20, 54:18, 61:11
**meant** [3] - 47:21, 47:24, 52:9
**media** [8] - 46:25, 48:4, 48:10, 48:15, 48:18, 49:2, 50:4, 52:21
**medication** [1] - 4:21
**medieval** [1] - 39:6
**medium** [1] - 56:14
**meet** [2] - 53:16, 74:9
**meeting** [6] - 53:11, 53:19, 53:21, 54:11, 55:22, 55:23
**meetings** [1] - 59:15
**member** [2] - 24:19, 56:16
**members** [1] - 43:17
**memorial** [1] - 64:17
**memory** [1] - 4:22
**mentality** [1] - 14:2
**mention** [1] - 8:24
**mentioned** [5]

- 36:5, 56:24, 58:1, 60:9, 74:10
**mentions** [1] - 57:22
**mentor** [1] - 65:21
**merely** [1] - 41:4
**Merit** [1] - 1:23
**message** [1] - 68:20
**Methodological** [1] - 83:21
**methodologies** [1] - 37:3
**metrics** [1] - 23:12
**MHTE** [9] - 19:10, 19:11, 21:12, 24:19, 35:20, 53:13, 54:14, 69:7, 72:4
**MICHAEL** [1] - 2:4
**Michael** [1] - 4:6
**Michigan** [1] - 54:23
**mid** [1] - 26:6
**mid-teens** [1] - 26:6
**middle** [1] - 49:10
**might** [10] - 4:21, 4:25, 13:25, 14:17, 23:13, 26:23, 27:13, 43:15, 52:8, 65:23
**militant** [1] - 30:19
**minute** [3] - 13:14, 13:19, 67:24
**minutes** [2] - 46:12, 52:11
**misinterpretation** [3] - 31:18, 31:19, 36:3
**mismatch** [1] - 82:14
**misogynistic** [1] - 82:21
**misrepresentation** [1] - 48:16
**misrepresent**

**ing** [1] - 48:19
**mission** [1] - 35:21
**misstates** [2] - 66:12, 77:24
**mistake** [1] - 74:25
**mix** [2] - 18:9, 19:3
**mixed** [1] - 12:19
**modal** [2] - 39:3, 41:5
**modes** [2] - 39:6, 41:8
**month** [1] - 23:12
**months** [2] - 10:23, 12:3
**Montreal** [3] - 57:12, 57:13, 57:15
**morphing** [1] - 69:10
**most** [3] - 15:7, 29:23, 69:9
**mostly** [8] - 9:4, 14:11, 17:22, 18:9, 23:10, 26:18, 35:14, 45:21
**motivations** [1] - 72:15
**moves** [1] - 51:2
**MR** [40] - 2:4, 2:10, 2:15, 2:21, 4:5, 6:21, 6:25, 26:3, 27:24, 27:25, 34:7, 42:9, 47:6, 47:11, 48:24, 49:17, 49:20, 49:21, 49:23, 52:23, 53:1, 58:23, 66:12, 67:25, 68:2, 68:8, 68:10, 74:23, 74:25, 77:1, 77:24, 78:16, 80:13, 83:12, 83:14, 84:20, 84:23, 85:3, 85:18, 85:20
**MS** [4] - 2:4, 32:10, 34:6,

80:12
**Music** [22] - 3:14, 3:18, 15:6, 15:14, 15:24, 17:6, 18:18, 23:19, 35:7, 39:3, 41:18, 47:16, 54:15, 55:25, 56:4, 59:1, 59:13, 59:22, 61:6, 72:6, 75:7, 75:19
**music** [52] - 8:23, 9:1, 9:3, 9:5, 9:6, 9:7, 9:12, 9:19, 11:6, 14:3, 14:4, 17:2, 17:16, 18:19, 18:20, 18:21, 18:25, 19:6, 19:9, 20:6, 29:11, 30:8, 30:22, 30:23, 31:23, 37:1, 39:5, 41:15, 41:24, 45:12, 45:13, 50:16, 51:7, 53:13, 53:24, 54:14, 54:18, 55:5, 55:7, 55:13, 57:7, 57:9, 58:25, 59:15, 59:20, 59:24, 63:1, 63:25, 72:23, 73:2, 83:24
**musical** [3] - 39:7, 41:6, 41:9
**musicians** [1] - 15:7
**musicologist** [1] - 21:12
**musicology** [8] - 7:25, 8:8, 8:25, 9:20, 14:15, 18:19, 72:6, 72:7
**Musik** [3] - 15:5, 15:13, 15:23
**Musiktheoria** [1] - 83:20
**must** [6] - 29:16, 32:16, 56:11, 58:1,

66:14, 75:22
**mysterious** [1] - 80:7

**N**

**name** [16] - 4:6, 32:18, 32:20, 32:25, 33:5, 33:11, 50:1, 57:23, 57:24, 60:12, 68:6, 69:2, 69:4, 70:14, 70:18, 75:12
**names** [1] - 57:16
**narrative** [1] - 46:14
**narrow** [1] - 13:24
**national** [14] - 8:14, 10:20, 20:19, 22:24, 23:19, 28:20, 29:1, 30:1, 55:7, 61:3, 61:22, 62:2, 62:11
**nationalist** [1] - 45:21
**nature** [5] - 22:8, 28:17, 33:3, 36:22, 54:21
**Nazi** [2] - 29:7, 30:6
**Nazis** [1] - 32:24
**necessarily** [5] - 30:23, 32:8, 50:14, 64:22, 72:2
**necessary** [1] - 6:14
**need** [7] - 5:4, 18:12, 20:1, 22:22, 31:6, 67:22
**needs** [5] - 18:25, 26:5, 43:6, 46:16, 46:17
**never** [6] - 13:18, 52:10, 67:16, 73:17, 82:7
**new** [6] - 12:20, 17:24, 17:25, 18:16,

23:21, 46:6
**New** [1] - 57:11
**News** [1] - 3:22
**News............
78** [1] - 3:22
**newspaper** [1]
- 36:20
**next** [3] -
13:16, 39:12,
68:5
**niche** [1] -
14:16
**Nicole** [4] -
56:25, 57:6,
57:14, 57:19
**night** [1] -
11:18
**Nita** [2] - 1:21,
86:15
**NITA** [1] -
87:17
**NO** [2] - 1:5,
3:13
**nobody** [1] -
45:20
**non** [8] - 8:3,
15:7, 16:25,
18:19, 19:9,
20:6, 35:22,
46:4
**non-
musicians**
[1] - 15:7
**non-racist** [1] -
35:22
**non-
Schenkerian**
[1] - 16:25
**non-tenured**
[1] - 8:3
**non-western**
[3] - 18:19,
19:9, 20:6
**none** [3] -
66:10, 67:13,
82:24
**nonsense** [1] -
44:16
**normal** [3] -
6:7, 11:15,
65:15
**NORTH** [1] -
2:16
**North** [18] -
3:15, 7:22,
8:21, 12:10,
12:23, 13:7,
13:11, 16:4,
20:10, 25:24,
26:24, 34:20,

47:17, 56:8,
58:18, 69:7,
73:2, 76:14
**noted** [1] -
70:7
**notes** [2] -
25:12, 41:7
**nothing** [2] -
24:23, 31:17
**Notice** [1] -
3:14
**notice** [1] -
7:15
**notion** [1] -
67:7
**November** [5]
- 41:19,
41:21, 59:16,
76:15, 79:5
**NOW** [1] -
47:11
**number** [4] -
34:15, 41:6,
77:11, 84:25
**numbered** [1] -
1:19
**numbers** [3] -
23:6, 24:4,
34:17

## O

**object** [2] -
28:1, 49:17
**Objection** [7] -
26:3, 27:24,
42:9, 48:24,
52:23, 66:12,
77:24
**objection** [5] -
49:25, 63:22,
64:2, 66:10,
84:10
**objectionable**
[1] - 67:4
**objections** [2]
- 6:22, 66:5
**obligation** [1] -
28:3
**obligations** [3]
- 72:20,
72:24, 73:3
**obvious** [1] -
50:18
**obviously** [3] -
4:15, 30:19,
68:12
**occasionally**
[1] - 59:21
**occur** [1] -

40:19
**octave** [1] -
41:7
**OF** [7] - 1:1,
1:11, 1:17,
2:11, 2:16,
2:16, 86:1
**OFF** [3] -
47:10, 68:1,
83:16
**offer** [3] -
11:13, 12:7,
13:19
**office** [1] -
4:13
**OFFICE** [1] -
2:16
**officer** [1] -
86:19
**Offices** [1] -
1:22
**official** [1] -
11:23, 63:24
**often** [3] -
19:20, 50:20,
52:5
**older** [1] -
12:16
**once** [4] - 8:10,
23:18, 44:2,
44:25
**One** [2] -
28:16, 72:15
**one** [42] - 5:13,
9:8, 9:16,
10:4, 11:11,
13:19, 15:1,
16:16, 18:3,
18:12, 20:24,
22:11, 23:15,
29:23, 30:9,
30:10, 34:15,
35:14, 35:23,
35:24, 36:6,
40:4, 44:15,
48:5, 50:21,
56:15, 57:9,
58:6, 58:8,
61:10, 64:24,
69:9, 69:12,
73:6, 74:22,
74:24, 77:11,
80:10, 80:13,
83:18, 84:3,
84:24
**ongoing** [1] -
53:12
**online** [1] -
75:20
**open** [6] -

11:5, 14:8,
38:4, 42:21,
44:13, 66:1
**opened** [2] -
23:16, 44:9
**opening** [1] -
11:12
**operates** [1] -
24:21
**operation** [1] -
22:6
**operational**
[1] - 9:18
**opinion** [7] -
19:16, 28:22,
28:23, 35:25,
36:16, 36:21,
78:3
**opinionated**
[1] - 51:4
**opinions** [5] -
36:13, 36:14,
37:17, 39:8,
71:24
**opportunity**
[2] - 39:15,
68:18
**oppose** [1] -
41:23
**opposite** [2] -
31:17, 31:20
**ORAL** [2] -
1:11, 1:17
**oral** [1] - 86:19
**order** [2] -
27:4, 72:16
**organization**
[1] - 14:14
**organized** [1] -
59:17
**otherwise** [1] -
40:20
**ourselves** [1] -
22:16
**outcome** [1] -
87:13
**outdated** [1] -
14:12
**outlined** [2] -
56:12, 75:16
**outlines** [1] -
61:21
**outrage** [1] -
29:20
**outrageous** [1]
- 31:16
**outreach** [1] -
26:8
**outside** [5] -
16:22, 20:16,

24:25, 53:23,
80:4
**overlook** [1] -
7:9
**overseas** [1] -
12:5
**oversight** [1] -
43:7
**overview** [1] -
16:3
**own** [6] -
26:25, 38:1,
43:21, 59:18,
84:7, 85:2

## P

**P.M** [2] - 83:16,
85:22
**P.O** [2] - 2:5,
2:12
**Page** [1] - 87:3
**page** [7] -
34:17, 49:9,
58:25, 59:5,
59:6, 81:4
**PAGE** [2] - 3:2,
3:13
**pages** [4] -
63:9, 63:10,
63:14
**panel** [10] -
58:25, 61:11,
61:18, 63:16,
63:24, 76:15,
76:21, 79:14,
84:8, 84:9
**Panel** [3] -
59:1, 59:14,
59:23
**panel's** [1] -
79:4
**panels** [3] -
59:16, 59:20,
64:8
**paper** [3] -
23:18, 36:21,
44:23
**papers** [10] -
41:12, 44:12,
49:12, 61:1,
61:7, 61:9,
62:12, 63:12,
64:3, 69:14
**paragraph** [4]
- 49:10,
75:18, 75:25,
77:19
**paragraphs** [3]
- 44:15,

77:11, 81:6
**park** [1] - 24:3
**part** [11] - 9:21,
15:16, 18:17,
28:4, 32:1,
32:3, 34:20,
35:4, 51:16,
57:8, 84:8
**Part** [1] - 74:16
**partially** [3] -
35:12, 35:13,
36:13
**participation**
[1] - 19:8
**particular** [5] -
35:24, 65:2,
75:10, 78:10,
82:8
**particularly** [8]
- 37:3, 45:7,
54:16, 72:3,
77:17, 77:22,
78:6, 78:13
**parties** [2] -
75:22, 87:9
**parts** [1] - 6:13
**party** [4] -
6:17, 30:2,
86:25, 87:6
**pass** [3] -
83:15, 84:21,
85:18
**past** [10] -
6:21, 22:15,
22:23, 27:11,
69:22, 77:16,
77:18, 77:21,
78:6, 78:13
**pasted** [1] -
58:2
**path** [1] -
69:15
**patient** [1] -
21:24
**pattern** [1] -
82:12
**Paul** [2] -
68:22, 71:7
**pause** [1] -
38:23
**pay** [2] - 22:12,
22:22
**pays** [1] -
22:10
**peer** [22] -
17:7, 36:12,
39:21, 40:6,
40:8, 40:11,
40:17, 40:18,
40:20, 43:19,

59:10, 59:12,
59:17, 60:3,
60:19, 61:2,
61:7, 61:24,
62:7, 62:11,
62:13, 65:10
**people** [8] -
12:20, 15:7,
19:25, 29:10,
35:25, 38:4,
55:14, 63:7
**per** [6] - 9:16,
21:7, 21:9,
22:11, 22:22
**perceived** [3] -
16:21, 17:14,
28:23
**percentage** [1]
- 21:6
**perfect** [1] -
22:4
**perfectly** [3] -
5:9, 6:7,
24:14
**performance**
[5] - 15:11,
19:1, 69:6,
69:13, 70:7
**performing** [1]
- 69:10
**perhaps** [2] -
18:6, 64:11
**perimeters** [3]
- 19:22,
61:22, 61:23
**period** [1] -
72:9
**person** [11] -
20:14, 20:18,
30:10, 30:24,
50:15, 64:15,
65:17, 65:21,
65:25, 69:11,
71:5
**personal** [5] -
13:24, 16:3,
38:1, 39:18,
51:22
**personally** [1]
- 40:2
**persons** [1] -
53:25
**perspective**
[4] - 13:25,
36:24, 38:4,
50:13
**perspectives**
[3] - 19:20,
38:18, 39:4
**Peter** [1] - 3:21

*Frank Heidlberger    5/19/21*

petition [2] -
67:21, 80:8
**Ph.D** [1] - 8:2
**Ph.Ds** [1] -
54:18
**Phil** [4] - 10:8,
36:11, 36:25,
42:10
**Philip** [7] -
41:15, 41:17,
41:23, 44:23,
45:1, 46:19,
60:8
**philosophers**
[2] - 29:24,
30:4
**philosophy** [1]
- 7:25
**phone** [3] -
11:16, 11:17,
11:20
**phrase** [1] -
15:21
**pick** [1] - 84:24
**place** [2] -
4:12, 41:19
**placed** [1] -
84:6
**places** [1] -
8:16
**PLAINTIFF** [1]
- 2:3
**Plaintiff** [3] -
1:4, 1:18,
86:4
**plan** [2] -
18:18, 43:15
**planning** [3] -
9:19, 27:16,
67:6
**platform** [2] -
42:21, 42:24
**play** [1] - 15:9
**playing** [1] -
54:16
**plenary** [1] -
41:18
**Plus** [2] -
45:19, 46:24
**point** [8] -
8:20, 29:8,
33:24, 37:5,
43:13, 43:22,
45:19, 53:22
**pointing** [1] -
75:24
**points** [8] -
13:24, 42:22,
44:11, 46:9,
49:10, 50:4,

50:6, 62:20
**political** [1] -
45:25
**politically** [1] -
43:3
**popular** [6] -
18:20, 19:9,
20:6, 24:5,
31:22
**position** [14] -
7:22, 11:5,
11:9, 13:13,
14:8, 18:12,
20:12, 20:25,
27:10, 61:5,
71:22, 71:25,
72:4, 72:14
**positions** [3] -
11:12, 13:17,
14:5
**positive** [1] -
8:12
**possible** [4] -
14:6, 22:25,
53:12, 64:11
**post** [6] -
35:14, 35:17,
56:11, 58:2,
58:4, 58:6
**posted** [1] -
35:18
**posts** [1] -
35:19
**potential** [1] -
54:10
**potentially** [1]
- 84:18
**practice** [4] -
15:9, 18:24,
62:7, 64:4
**practiced** [1] -
75:9
**preference** [1]
- 7:3
**preliminary** [4]
- 4:17, 7:1,
37:13, 61:12
**preparing** [1] -
56:17
**PRESENT** [3] -
2:20, 47:11,
68:2
**present** [10] -
7:22, 27:9,
42:10, 76:23,
76:25, 77:16,
77:22, 78:6,
78:9, 78:13
**presentation**
[4] - 42:10,

42:12, 44:11,
46:15
**presentation
s** [2] - 42:15,
62:23
**presented** [5] -
12:2, 46:5,
49:2, 59:16,
60:4
**presenter** [1] -
61:25
**presenting** [3]
- 31:9, 69:14
**presents** [2] -
29:19, 32:9
**preserved** [1] -
28:2
**president** [1] -
56:16
**Press** [7] -
17:8, 17:10,
17:13, 22:9,
22:21, 23:8,
63:23
**press** [1] -
29:8
**pretty** [1] -
30:9
**prevent** [3] -
4:18, 42:21,
42:23
**previous** [8] -
12:3, 18:23,
23:21, 38:3,
38:12, 38:20,
43:11, 46:4
**previously** [2]
- 38:8, 78:21
**primarily** [1] -
44:10
**principal** [3] -
17:19, 20:13,
76:11
**print** [2] - 6:1,
67:23
**printed** [1] -
22:16
**private** [5] -
4:12, 25:1,
42:17, 43:5,
45:22
**privately** [1] -
52:9
**problem** [7] -
19:23, 31:18,
36:18, 50:12,
73:21, 84:4
**problematic**
[6] - 35:17,
35:24, 36:6,

36:22, 55:15,
55:17
**problems** [2] -
71:7, 74:9
**procedure** [1]
- 12:12
**Procedure** [1]
- 1:25
**procedures** [1]
- 36:19,
45:15, 62:10,
75:9
**proceedings**
[1] - 60:22
**process** [9] -
11:16, 12:11,
17:19, 20:16,
21:5, 43:19,
44:1, 61:24,
75:21
**produce** [3] -
26:1, 35:22,
68:12
**produced** [6] -
1:17, 34:18,
34:20, 58:9,
68:9, 68:10
**producing** [1]
- 68:12
**production** [5]
- 22:7,
22:20, 58:9
**productions**
[1] - 25:11
**productive** [6]
- 17:1,
19:22, 20:3,
43:24, 44:17,
46:25
**professional**
[1] - 19:22
**Professor** [20]
- 7:3, 12:16,
47:13, 53:5,
56:21, 67:20,
68:4, 68:17,
73:7, 73:22,
74:13, 74:20,
75:1, 78:23,
80:14, 80:18,
81:23, 83:10,
83:17, 85:1
**professor** [17]
- 8:22, 8:23,
9:2, 9:10,
15:9, 19:17,
20:1, 20:2,
20:9, 20:14,
29:9, 41:17,
57:12, 70:2,

71:23, 72:1,
80:7
**professors** [6]
- 14:24,
14:25, 17:24,
17:25, 18:6,
54:19
**professorshi
p** [1] - 8:4
**program** [2] -
9:24
**programs** [2] -
25:14
**project** [2] -
73:25, 74:3
**projects** [1] -
26:14
**prominent** [1]
- 29:23
**promotion** [1]
- 20:17
**pronounce** [1]
- 22:2, 33:13
**pronounced**
[1] - 22:3
**pronouncing**
[1] - 60:12
**propagate** [1] -
32:13
**proposal** [2] -
63:1, 63:3
**proposals** [1] -
63:15
**protect** [1] -
55:9
**proud** [1] -
21:17
**Provide** [2] -
42:25, 43:1
**provide** [3] -
20:24, 54:18,
75:20
**provided** [4] -
7:9, 22:6,
25:24, 58:10
**providing** [1] -
29:3
**provisions** [1]
- 6:13
**provost** [2] -
27:14, 27:19
**public** [11] -
6:9, 6:10,
25:19, 29:8,
36:17, 46:19,
56:13, 56:14,
75:20, 76:9
**Publication** [1]
- 35:16
**publication** [8]

- 22:7,
40:14, 44:17,
63:24, 64:14,
64:21, 75:21,
84:6
**publications**
[7] - 45:10,
45:23, 46:23,
48:19, 48:23,
57:16, 64:18
**publicly** [2] -
56:18, 75:19
**publish** [10] -
17:10, 23:20,
33:19, 37:23,
39:12, 44:22,
46:22, 59:3,
59:21, 83:19
**publishable**
[1] - 47:21
**published** [30]
- 17:8,
17:13, 25:10,
37:7, 37:11,
37:15, 38:3,
38:8, 38:11,
38:17, 38:18,
39:19, 40:1,
41:13, 44:2,
44:3, 44:14,
45:10, 52:10,
56:18, 59:8,
60:5, 60:8,
60:11, 61:14,
61:16, 63:7,
64:6, 65:5
**publishes** [1] -
34:1
**publishing** [3]
- 64:7, 67:5,
67:10
**purely** [1] -
52:21
**purpose** [6] -
4:14, 35:3,
35:9, 65:18,
66:2, 74:16
**purposes** [1] -
31:7
**pursuant** [2] -
1:24, 86:22
**put** [7] - 13:13,
14:13, 22:16,
45:1, 51:1,
82:10

---

**Q**

**Quaker** [1] -
2:6

---

**qualified** [1] -
18:11
**quality** [1] -
62:3
**questions** [4] -
4:18, 68:6,
84:20, 85:20
**quick** [1] -
84:25
**quickly** [1] -
12:6
**quite** [4] -
18:5, 18:14,
26:8, 47:8
**quote** [1] -
84:3
**quotes** [2] -
51:12, 51:13
**quoting** [1] -
49:8, 51:5

---

**R**

**R-A-P-H-A-E-
L** [1] - 33:16
**RA** [1] - 72:20
**RA-ships** [1] -
72:20
**race** [2] -
31:17, 71:18
**racial** [1] -
31:19
**racism** [2] -
55:19, 57:25
**racist** [33] -
20:6, 27:23,
28:10, 28:11,
28:15, 28:17,
31:8, 31:12,
31:21, 35:22,
45:20, 49:3,
49:5, 49:7,
49:13, 49:15,
50:1, 50:3,
50:7, 50:9,
50:11, 50:14,
51:19, 51:21,
51:25, 68:15,
71:14, 77:17,
77:22, 78:7,
78:11, 78:14,
82:17
**raging** [1] -
45:22
**raise** [1] -
40:22
**raised** [7] -
5:3, 7:24,
44:11, 67:13,
67:18, 84:10,

*Frank Heidlberger    5/19/21*

84:14
**ran** [1] - 10:20
**range** [2] - 50:20, 50:21
**Raphael** [3] - 33:11, 33:12, 33:15
**RAs** [1] - 72:24
**rather** [1] - 20:1
**RE** [1] - 34:6
**re** [1] - 11:21
**RE-ENTERS** [1] - 34:6
**re-invited** [1] - 11:21
**react** [3] - 36:3, 42:18, 42:19
**reactions** [5] - 35:17, 36:17, 44:14, 52:21
**reactive** [2] - 43:21, 44:6
**read** [7] - 28:5, 50:24, 53:14, 70:22, 75:23, 76:17, 76:18
**READ** [2] - 28:7, 83:3
**reading** [1] - 79:15
**real** [1] - 84:25
**really** [12] - 11:14, 14:6, 20:23, 21:5, 21:17, 29:13, 30:19, 65:14, 66:1, 66:16, 66:23, 80:4
**reappointed** [1] - 9:13
**reason** [3] - 9:2, 79:9, 79:18
**reasons** [1] - 87:3
**reassignment** [1] - 66:21
**receipt** [1] - 87:1
**receive** [1] - 81:3
**received** [4] - 10:10, 21:13, 53:8, 80:23
**recent** [1] - 31:22
**recitals** [1] - 25:13

**recognition** [1] - 25:25
**recognize** [9] - 7:12, 28:10, 30:17, 34:22, 53:4, 56:22, 66:16, 75:2, 78:20
**recognized** [2] - 25:13, 25:21
**recommend** [1] - 67:6
**recommendation** [1] - 18:1
**RECORD** [5] - 28:7, 47:10, 68:1, 83:3, 83:16
**record** [13] - 5:25, 6:1, 6:9, 6:10, 6:14, 15:19, 28:2, 47:9, 49:25, 67:24, 75:24, 86:20, 87:12
**records** [1] - 6:10
**recurring** [1] - 27:2
**reduction** [1] - 50:11
**refer** [5] - 36:9, 39:2, 40:23, 41:2, 57:21
**references** [2] - 63:11, 77:19
**referred** [8] - 51:17, 70:15, 70:17, 75:17, 76:3, 77:4, 78:7, 78:21
**referring** [8] - 36:7, 37:6, 41:16, 56:25, 59:7, 73:16, 76:8, 83:4
**refers** [5] - 52:5, 58:24, 74:3, 77:14, 77:17
**reflect** [1] - 75:24
**reflection** [2] - 5:6, 5:8
**regard** [13] - 17:2, 18:19, 19:9, 20:20,

31:22, 32:14, 40:22, 43:19, 71:18, 71:21, 73:18, 78:9
**regarding** [5] - 9:24, 32:14, 45:7, 46:22, 75:9
**regardless** [2] - 30:6, 33:5
**Registration** [1] - 87:19
**regretted** [1] - 13:18
**regular** [3] - 27:2, 61:24, 63:17
**rejected** [3] - 29:8, 32:24, 62:24
**related** [9] - 9:18, 30:15, 32:4, 33:9, 45:8, 45:14, 48:17, 65:3, 87:8
**relates** [1] - 64:16
**relation** [1] - 57:7
**relative** [1] - 87:11
**relatively** [1] - 4:11
**release** [1] - 75:19
**relevant** [3] - 31:1, 59:19, 79:21
**reliable** [1] - 69:25
**relied** [1] - 60:21
**relieve** [1] - 28:3
**remained** [1] - 17:21
**remember** [4] - 35:13, 44:12, 49:6, 66:5
**remembers** [1] - 49:23
**RENALDO** [1] - 2:15
**renaldo.stowers@untsystem.edu** [1] - 2:18
**repeat** [5] - 38:14, 48:7,

72:21, 83:1, 83:2
**repeatedly** [1] - 82:4
**repertoire** [2] - 37:2, 37:3
**repertoires** [1] - 18:24
**rephrase** [1] - 33:25
**replaced** [1] - 18:23
**replacement** [1] - 18:6
**report** [10] - 76:15, 76:21, 77:9, 79:5, 79:6, 79:7, 79:10, 79:14, 79:19
**reported** [1] - 1:22
**Reporter** [2] - 5:25, 86:15
**Reporter's** [1] - 3:10
**reports** [1] - 79:22
**represent** [9] - 22:25, 34:16, 36:10, 36:13, 65:19, 73:8, 77:7, 79:3, 85:7
**representatives** [1] - 29:2
**represented** [8] - 6:18, 19:5, 30:10, 62:3, 66:17, 79:12, 79:20, 84:11
**representing** [2] - 48:22, 55:7
**represents** [3] - 32:5, 63:3, 71:24
**reputable** [1] - 16:17
**reputation** [5] - 16:22, 17:20, 20:19, 29:12, 64:16
**reputational** [2] - 53:13, 54:13
**reputations** [3] - 81:16, 81:23, 82:1

**requested** [2] - 86:24, 87:5
**require** [2] - 32:8, 72:22
**required** [2] - 11:10, 26:24
**requirement** [2] - 20:13, 44:21
**requirements** [1] - 27:10
**research** [5] - 8:16, 16:19, 19:17, 20:24, 28:24
**Research** [1] - 10:16
**researched** [1] - 51:3
**researching** [1] - 9:5
**reserved** [1] - 6:23
**resource** [1] - 29:18
**resources** [4] - 25:24, 32:9, 32:12, 33:6
**respect** [1] - 43:6
**respective** [1] - 17:15
**respond** [2] - 38:5, 39:15
**responded** [1] - 57:19
**respondent** [1] - 39:14
**responding** [1] - 40:9
**response** [13] - 7:15, 36:11, 38:3, 38:6, 38:8, 38:19, 39:1, 39:11, 39:16, 39:17, 40:1, 49:11, 51:10
**Response** [1] - 40:4
**responses** [7] - 38:11, 39:23, 43:20, 44:7, 44:22, 49:12
**responsible** [2] - 69:11, 71:2
**Responsible** [1] - 75:22

**responsive** [1] - 68:11
**restricted** [1] - 15:11
**restrictive** [1] - 14:4
**restrictively** [1] - 21:2
**resubmit** [1] - 62:19
**resulted** [1] - 55:23
**retired** [1] - 18:6
**retirement** [1] - 18:10
**retirements** [1] - 17:22
**returned** [3] - 11:3, 87:1, 87:2
**review** [7] - 17:7, 39:21, 60:19, 60:22, 61:24, 62:8, 62:13
**reviewed** [16] - 36:12, 40:6, 40:9, 40:11, 40:17, 40:18, 40:20, 43:19, 59:11, 59:12, 59:18, 60:3, 61:2, 61:7, 65:8, 65:10
**reviewing** [1] - 62:11
**reviews** [1] - 59:11
**revise** [1] - 62:19
**revised** [1] - 17:7
**revision** [1] - 62:4
**rhetorical** [2] - 42:11, 42:14
**Rhetorical** [1] - 45:3
**Richard** [2] - 30:16, 30:18
**Richmond** [3] - 3:22, 27:19, 53:23
**rigor** [1] - 61:6
**ROOM** [4] - 32:10, 34:6, 58:23, 68:2
**room** [1] - 83:13

**roots** [1] - 13:12
**roughly** [1] - 51:1
**Roughly** [1] - 51:18
**round** [1] - 62:5
**rude** [1] - 47:23
**Rule** [1] - 86:22
**rules** [1] - 4:11
**Rules** [1] - 1:25
**running** [1] - 22:14
**Russian** [7] - 58:24, 59:1, 59:13, 59:22, 59:23, 63:25, 84:8

## S

**safe** [2] - 25:23, 59:25
**sake** [1] - 55:9
**salary** [1] - 20:22
**Samantha** [1] - 70:14
**SAMANTHA** [1] - 2:4
**saw** [3] - 29:10, 36:17, 52:12
**scale** [6] - 38:2, 39:1, 40:22, 41:2, 41:4, 41:6
**scales** [2] - 39:7, 41:9
**scared** [1] - 55:14
**schedule** [1] - 74:8
**Schenker** [3] - 45:8, 45:20, 46:13
**Schenkerian** [27] - 16:10, 16:15, 16:19, 16:23, 16:25, 17:15, 21:23, 24:9, 24:18, 24:20, 27:4, 36:10, 37:4, 37:8, 37:15, 40:24, 43:25,

*Frank Heidlberger    5/19/21*

46:4, 46:5,
46:24, 48:20,
60:15, 65:5,
66:7, 66:15,
67:14, 75:10
**scholar** [8] -
20:20, 32:6,
33:18, 33:25,
52:22, 64:11,
64:15, 65:2
**scholar's** [3] -
33:21, 34:2,
65:3
**scholarly** [16] -
25:10, 26:1,
27:3, 32:7,
33:22, 33:25,
36:13, 36:15,
36:20, 43:21,
44:7, 46:23,
51:3, 59:11,
61:12, 62:13
**scholars** [2] -
29:25, 30:4
**scholarship**
[8] - 8:14,
8:15, 32:14,
41:24, 48:3,
48:11, 48:15,
65:22
**School** [2] -
15:14, 15:24
**school** [3] -
7:21, 16:9,
16:24
**schools** [4] -
54:20, 54:22,
54:24, 55:1
**scrutiny** [1] -
60:25
**search** [3] -
18:1, 18:2,
19:14
**second** [11] -
8:5, 11:7,
18:3, 25:17,
36:22, 47:19,
58:25, 62:5,
70:19, 75:17,
75:25
**sections** [1] -
49:4
**secure** [3] -
16:18, 25:5,
26:25
**securing** [1] -
16:15
**see** [21] -
11:24, 26:18,
28:9, 34:24,

38:15, 44:4,
50:5, 55:22,
58:25, 60:8,
70:16, 70:18,
73:24, 74:7,
77:19, 79:21,
80:1, 81:5,
81:6, 81:17
**seeing** [2] -
44:1, 44:2
**Segall** [3] -
60:11, 60:13,
60:14
**selected** [1] -
9:7
**selective** [1] -
43:19
**self** [1] - 38:20
**SEM** [1] - 3:22
**semester** [2] -
9:16, 74:8
**seminar** [2] -
9:17
**Semitic** [2] -
30:18, 30:25
**Semitism** [1] -
51:8
**Semitists** [1] -
30:23
**send** [3] -
39:21, 52:7,
62:4
**sending** [2] -
35:9, 52:4
**SENIOR** [1] -
2:15
**senior** [3] -
52:6, 71:23,
72:1
**seniority** [1] -
19:17
**sense** [4] -
36:2, 43:6,
45:16, 52:10
**sensible** [1] -
29:15
**sent** [1] - 35:11
**sentence** [3] -
47:19, 70:19,
77:15
**sentences** [1]
- 64:12
**September** [4]
- 3:19, 3:20,
68:22, 73:22
**seriously** [1] -
51:14
**serve** [1] - 19:2
**served** [1] -
9:11

**seven** [2] -
17:24, 17:25
**sexist** [4] -
72:19, 72:22,
73:1, 82:19
**Shall** [1] - 7:3
**share** [4] -
39:14, 42:17,
70:16, 70:20
**SHERMAN** [2]
- 1:2, 86:2
**ships** [2] -
72:20
**shocked** [2] -
42:15, 45:4
**shocking** [1] -
45:6
**short** [2] -
8:22, 49:11
**shorten** [1] -
50:24
**shorter** [1] -
63:17
**shorthand** [1]
- 1:22
**Shorthand** [1]
- 86:15
**show** [1] -
49:18
**showing** [1] -
85:6
**shown** [2] -
52:9, 85:1
**shows** [1] -
29:14
**shy** [1] - 69:10
**Sibelius** [13] -
28:24, 29:3,
29:4, 29:7,
30:8, 31:2,
31:11, 31:24,
32:1, 32:2,
32:14, 32:23,
32:24
**side** [2] -
27:12, 30:9
**sign** [1] - 67:20
**Signature** [1] -
87:3
**signature** [1] -
86:23
**signed** [6] -
73:19, 76:4,
76:20, 78:22,
80:11, 85:11
**silos** [1] -
25:18
**similar** [5] -
15:13, 15:23,
21:20, 24:8,

30:7
**simplification**
[1] - 42:16
**simplified** [1] -
45:11
**simply** [9] -
14:14, 24:19,
33:21, 40:24,
50:12, 53:21,
60:21, 67:11,
73:11
**singled** [1] -
35:15
**site** [2] - 59:15,
60:3
**situation** [13] -
5:2, 8:5,
11:23, 12:5,
18:10, 21:10,
36:24, 45:25,
55:6, 66:21,
71:6, 72:16
**six** [3] - 10:12,
13:17, 63:10
**size** [1] - 21:8
**Skype** [2] -
11:17, 11:19
**Slottow** [1] -
17:9
**small** [9] -
10:23, 14:20,
22:12, 23:1,
25:9, 25:18,
39:1, 54:15,
55:2
**smaller** [1] -
38:2
**Smith** [1] -
1:23
**SMT** [11] -
23:19, 53:12,
53:24, 55:23,
56:16, 59:1,
59:14, 60:3,
62:3, 62:25,
63:25
**SMT's** [1] -
60:21
**so-called** [1] -
29:22
**social** [8] -
46:25, 48:4,
48:10, 48:15,
48:18, 49:2,
50:4, 52:21
**socialist** [1] -
30:1
**socialistic** [2] -
28:21, 29:2
**societies** [1] -

61:3
**Society** [5] -
23:19, 41:18,
55:25, 56:4,
61:6
**solicitation** [1]
- 49:12
**solicited** [5] -
59:23, 59:25,
60:2, 64:2,
65:13
**someone** [1] -
30:6
**sometimes** [5]
- 18:13,
28:19, 29:12,
29:19, 30:7
**somewhat** [1]
- 30:12
**somewhere**
[1] - 10:13
**sorry** [7] -
13:3, 27:12,
33:1, 33:8,
50:24, 59:14,
80:18
**Sorry** [4] -
38:14, 48:7,
74:9, 76:5
**sort** [1] - 44:15
**sought** [1] -
32:22
**sounds** [1] -
38:16
**source** [2] -
28:25, 30:17
**sources** [2] -
25:1
**speaking** [2] -
15:22, 36:7
**special** [6] -
8:6, 12:5,
20:11, 21:10,
21:19, 79:5
**specialized** [1]
- 66:15
**specialties** [1]
- 16:7
**specialty** [2] -
13:7, 17:14
**specific** [12] -
16:25, 27:5,
38:24, 44:8,
45:8, 49:5,
64:15, 65:3,
65:16, 66:20,
82:7, 82:24
**specifically** [8]
- 24:11,
28:18, 40:12,

42:5, 42:6,
71:5, 74:4,
77:15
**speed** [1] -
51:6
**spell** [2] -
33:13, 69:4
**spread** [1] -
23:13
**SS** [1] - 29:1
**staff** [1] - 22:7
**stage** [1] - 11:8
**stake** [1] -
50:19
**standards** [1] -
36:12
**start** [3] - 4:17,
7:1, 22:5
**Starting** [1] -
26:10
**starts** [3] -
59:6, 64:17,
84:4
**State** [4] -
1:21, 1:24,
54:23, 86:16
**state** [6] -
12:14, 31:15,
38:24, 57:3,
63:8, 82:23
**statement** [26]
- 35:21,
46:10, 47:15,
47:18, 47:24,
48:1, 49:8,
51:4, 54:7,
55:25, 56:5,
56:10, 56:17,
57:18, 62:20,
65:21, 75:6,
76:4, 76:9,
76:12, 77:3,
77:14, 78:1,
80:1, 80:2,
85:8
**Statement** [2] -
3:14, 47:15
**statements**
[27] - 29:16,
36:23, 38:5,
43:22, 45:7,
45:9, 45:21,
49:7, 49:13,
49:15, 49:24,
50:1, 50:3,
50:4, 50:7,
50:9, 50:12,
50:19, 52:4,
61:12, 75:8,
82:24, 83:4,

83:5, 85:12,
85:16
**States** [4] -
7:21, 13:22,
15:16, 15:25
**STATES** [2] -
1:1, 86:1
**states** [2] -
35:21, 53:10
**stating** [1] -
30:11
**Station** [1] -
2:12
**status** [2] -
44:18, 54:21
**stayed** [1] -
11:2
**steaks** [1] -
29:11
**step** [2] -
30:22, 31:1
**steps** [2] -
11:15, 43:4
**still** [8] - 9:15,
14:20, 18:25,
20:25, 26:14,
26:20, 72:7,
78:2
**Still** [2] -
46:10, 66:17
**stipulated** [1] -
6:22
**stipulation** [1]
- 11:11
**Stipulations..
...................
..................
[1] - 3:4
**STOWERS** [4]
- 2:15,
47:11, 58:23,
68:2
**strange** [1] -
27:17
**strategic** [1] -
18:18
**strategical** [1]
- 9:19
**strengthened**
[1] - 16:11
**strengthenin
g** [1] - 16:13
**strict** [3] -
20:15, 21:5,
43:18
**strike** [2] -
52:18, 67:21
**Strike** [1] -
65:8
**striking** [1] -

16:6
**strong** [6] -
16:9, 16:23,
18:21, 21:1,
25:20, 82:25
**stronger** [1] -
14:19
**structure** [1] -
17:20
**student** [16] -
43:10, 68:6,
68:13, 69:7,
71:25, 72:4,
72:8, 72:14,
76:3, 76:5,
76:7, 77:3,
78:1, 80:8,
82:8, 82:9
**students** [16] -
55:1, 55:10,
55:11, 65:17,
69:13, 72:11,
72:17, 72:18,
72:19, 72:23,
73:1, 78:11,
81:25, 82:5,
83:6
**students'** [4] -
75:17, 78:2,
81:16, 81:22
**Studies** [15] -
16:15, 21:23,
24:10, 24:18,
24:21, 27:4,
36:10, 37:8,
37:16, 40:24,
48:20, 60:16,
65:5, 66:7,
75:10
**studies** [7] -
16:20, 17:15,
18:20, 28:25,
43:25, 66:16,
67:14
**Studying** [1] -
7:25
**stuff** [4] -
20:22, 22:17,
47:4, 47:5
**styled** [2] -
1:19, 9:17
**subdiscipline**
[1] - 9:6
**subfield** [1] -
18:21
**subheading**
[1] - 81:8
**submissions**
[3] - 62:4,
62:12, 62:18

**submit** [2] -
68:5, 71:6
**submitted** [2] -
61:23, 63:13
**Subscribed** [1]
- 87:14
**subscription**
**s** [1] - 23:5
**substance** [2]
- 45:5, 53:19
**substandard**
[1] - 70:7
**substantial** [2]
- 44:10,
44:20
**substantially**
[1] - 12:13
**substantiated**
[1] - 51:12
**success** [1] -
55:10
**successfully**
[1] - 64:5
**successor** [1]
- 35:8
**sufficiently** [1]
- 25:21
**sugar** [1] - 5:2
**suggest** [1] -
5:19
**suggested** [1]
- 29:25
**suggesting** [1]
- 17:8
**suitable** [1] -
6:7
**Suite** [1] - 1:23
**summarize** [1]
- 58:16
**summarized**
[1] - 54:7
**summarizing**
[1] - 25:7
**summary** [1] -
52:14
**superficial** [1]
- 50:13
**supervisor** [1]
- 19:13
**support** [3] -
14:14, 30:25,
42:2
**supporting** [3]
- 36:23,
41:14, 64:5
**supremacy** [2]
- 31:19,
50:14
**surge** [1] -
23:23

**surprise** [1] -
46:2
**sworn** [4] -
1:19, 4:3,
86:18, 87:14
**symposia** [2] -
37:23, 38:17
**symposium**
[7] - 37:7,
37:15, 41:3,
41:12, 41:25,
44:3, 48:23
**SYSTEM** [1] -
2:16
**system** [3] -
13:21, 23:15

## T

**TA** [4] - 70:7,
70:11, 72:20,
82:11
**TA-ships** [1] -
72:20
**tables** [1] -
63:1
**TAs** [1] - 73:3
**tasks** [2] -
72:20, 80:3
**taught** [2] -
8:25, 16:8
**teach** [1] -
11:25
**teacher** [2] -
70:10, 70:13
**teaching** [4] -
9:4, 9:16,
71:2
**technology** [1]
- 14:13
**teens** [2] -
26:6, 26:11
**ten** [1] - 23:7
**tendency** [1] -
19:4
**tenure** [4] -
8:22, 9:12,
20:17, 55:13
**tenured** [1] -
8:3
**term** [5] - 41:4,
41:10, 50:11,
64:20, 67:1
**terms** [15] -
17:18, 18:16,
18:24, 20:18,
23:6, 25:22,
30:12, 36:5,
36:8, 37:2,
45:2, 46:23,

51:6, 63:12
**testified** [2] -
4:3, 50:10
**testify** [1] -
4:22
**testimony** [6] -
4:19, 7:15,
48:12, 66:13,
77:25, 86:20
**Texan** [2] -
29:9, 29:11
**TEXAS** [4] -
1:1, 2:11,
2:16, 86:1
**Texas** [27] -
1:21, 1:24,
2:12, 2:17,
7:22, 8:21,
11:21, 12:10,
12:23, 13:7,
13:11, 16:5,
20:10, 25:24,
26:24, 34:20,
47:17, 55:16,
55:18, 56:8,
58:18, 69:7,
73:2, 76:14,
86:16, 87:17,
87:20
**Texas..........**
**34** [1] - 3:15
**text** [3] - 23:17,
50:2, 63:3
**textural** [1] -
45:14
**THAD** [1] - 2:4
**THE** [11] - 1:1,
1:1, 2:3, 2:9,
28:7, 47:10,
68:1, 83:3,
83:16, 86:1,
86:1
**Theoria** [17] -
17:5, 21:25,
22:2, 22:5,
22:25, 23:2,
39:2, 40:2,
58:17, 59:8,
60:18, 60:21,
61:23, 62:13,
63:13, 64:4,
83:19
**Theoria..........**
**....58** [1] -
3:18
**theorist** [3] -
11:6, 45:12,
50:16
**theorists** [3] -
53:24, 55:13,

57:9
**Theory** [18] -
3:15, 3:18,
17:6, 23:19,
35:7, 39:3,
41:18, 47:16,
56:1, 56:4,
59:1, 59:13,
59:23, 61:6,
70:8, 70:10,
70:11, 75:7
**theory** [45] -
8:23, 9:1,
9:3, 9:5, 9:6,
9:12, 9:14,
9:19, 9:24,
14:15, 16:10,
16:22, 17:3,
17:16, 17:20,
18:19, 18:21,
19:6, 27:9,
30:8, 36:1,
37:1, 39:3,
39:5, 41:5,
41:15, 41:24,
48:16, 53:13,
54:14, 54:15,
54:18, 55:5,
57:7, 58:25,
59:15, 59:20,
59:24, 63:25,
71:1, 72:6,
72:23, 73:2,
83:24, 84:9
**THER** [1] -
33:16
**therefor** [1] -
87:4
**thinker** [1] -
46:9
**thinking** [1] -
43:3
**third** [9] -
50:25, 51:2,
51:16, 51:19,
70:19, 78:10
**thoughts** [4] -
30:25, 42:17,
43:5, 47:22
**thousand** [1] -
24:1
**threatened** [1]
- 32:23
**threats** [3] -
81:16, 81:22,
82:1
**three** [8] -
10:8, 10:23,
14:23, 21:9,
30:25, 63:10,

64:12, 72:11
**Tim** [7] - 8:11,
16:11, 16:14,
42:18, 43:5,
43:8, 57:10
**Tim's** [1] -
57:25
**timeframe** [1] -
73:22
**TIMOTHY** [3] -
1:3, 2:21,
86:3
**Timothy** [20] -
3:19, 4:7,
12:8, 12:22,
19:7, 31:7,
32:2, 32:12,
51:23, 55:19,
57:22, 58:10,
68:14, 68:21,
69:21, 70:2,
71:10, 71:13,
73:14, 81:24
**title** [3] - 17:6,
20:21, 21:20
**titled** [2] -
47:15, 83:19
**TO** [3] - 47:10,
68:1, 83:16
**today** [4] -
4:19, 6:24,
7:14, 53:11
**today's** [1] -
11:17
**tonal** [2] -
39:5, 39:9
**tone** [2] - 41:7,
41:8
**took** [3] - 17:3,
41:19, 52:7
**top** [3] - 29:2,
77:6, 79:3
**topic** [6] -
13:23, 25:17,
26:8, 46:15,
59:19, 65:24
**topics** [2] -
18:16, 59:16
**Toronto** [1] -
57:12
**total** [1] - 24:1
**totalitarian** [1]
- 31:15
**totally** [5] -
7:5, 7:6,
19:21, 46:6,
65:14
**touts** [1] -
75:10
**towards** [8] -

29:15, 43:21,
52:13, 69:15,
71:14, 71:23,
71:25, 72:17
**track** [5] -
8:22, 23:12,
27:12, 55:3,
55:14
**tradition** [1] -
9:1
**transcribed** [1]
- 5:24
**transcript** [2] -
86:19, 87:2
**transition** [1] -
8:23
**translate** [3] -
64:23, 83:23,
84:4
**translation** [2]
- 64:20, 84:2
**travel** [1] -
8:16
**treat** [1] - 47:3
**treated** [1] -
46:15
**treatment** [1] -
45:11
**treats** [1] -
45:16
**trial** [2] - 4:16,
6:23
**tried** [2] -
36:25, 72:15
**trips** [1] -
22:24
**trouble** [1] -
52:13
**true** [3] -
60:18, 62:10,
86:20
**True** [1] - 5:14
**truthful** [1] -
4:19
**truthfully** [1] -
4:22
**try** [1] - 13:23
**trying** [3] -
5:13, 41:15,
84:1
**turn** [1] - 28:13
**Twitter** [1] -
48:10
**two** [22] -
14:23, 17:12,
17:18, 18:11,
21:8, 28:16,
30:21, 34:13,
39:4, 39:8,
44:8, 44:15,

| | | | | | |
|---|---|---|---|---|---|
| 53:11, 54:17, 59:10, 59:11, 60:4, 63:10, 64:12, 72:10, 72:11<br>**Type** [1] - 4:25<br>**type** [1] - 39:1 | 13:6, 13:11, 16:4, 20:9, 21:8, 25:24, 26:24, 34:20, 47:17, 54:23, 54:25, 56:8, 58:18, 69:7, 73:2, 76:14 | 51:6, 52:8, 57:20, 58:4, 59:19, 64:17, 72:8, 73:7, 79:17, 80:5, 83:14, 84:24<br>**upcoming** [1] - 52:8<br>**urgently** [1] - 46:16 | 48:23, 49:2, 59:7, 60:15, 83:18<br>**volumes** [3] - 23:21, 24:4, 66:10<br>**vulnerable** [1] - 55:6 | 20:25, 47:2<br>**withdrawing** [1] - 73:25<br>**witness** [9] - 1:18, 28:6, 75:24, 76:25, 83:15, 84:21, 85:19, 86:18, 86:21 | 10:11, 21:7, 21:9, 21:10, 22:11, 22:23, 23:16, 23:18, 23:25, 51:23<br>**years** [11] - 8:3, 10:12, 13:4, 13:17, 14:1, 17:25, 23:7, 26:2, 69:11, 69:12 |

<table>
<tr><td>

**U**

**U.S** [5] - 9:7, 15:1, 15:12, 67:8, 67:10
**uh-huhs** [1] - 6:2
**uhs** [1] - 6:2
**ultimately** [2] - 8:21, 11:3
**unacceptable** [4] - 77:17, 77:22, 78:7, 78:14
**unclear** [1] - 5:6
**under** [4] - 19:4, 24:21, 69:10, 81:8
**under-performing** [1] - 69:10
**undergrad** [1] - 11:25
**undergraduate** [1] - 10:3
**undersigned** [1] - 81:20
**understood** [1] - 66:22
**Understood** [1] - 64:9
**undertaking** [1] - 25:17
**unfortunate** [1] - 59:5
**unfortunately** [2] - 20:23, 50:22
**Unfortunately** [1] - 44:1
**Union** [1] - 2:17
**United** [4] - 7:21, 13:22, 15:16, 15:24
**UNITED** [2] - 1:1, 86:1
**University** [23] - 3:15, 7:22, 8:21, 10:5, 12:9, 12:23,

</td><td>

**university** [16] - 10:1, 10:5, 13:20, 13:21, 14:23, 15:4, 16:17, 18:7, 20:9, 22:16, 23:8, 23:10, 25:2, 25:3, 27:3, 67:18
**UNIVERSITY** [1] - 2:16
**Unless** [1] - 24:25
**unless** [1] - 10:13
**unlike** [1] - 72:6
**unmediated** [1] - 65:19
**unrelated** [1] - 65:24
**unseen** [3] - 14:25, 17:24, 18:14
**unspecific** [1] - 33:8
**UNT** [31] - 9:7, 9:9, 9:25, 10:19, 11:1, 16:22, 17:8, 17:10, 17:13, 19:12, 21:13, 22:9, 22:21, 23:17, 34:15, 34:19, 35:20, 48:16, 49:9, 52:16, 52:19, 53:13, 54:14, 55:6, 58:10, 59:14, 63:22, 64:3, 66:5, 67:1, 70:13
**up** [31] - 8:1, 9:14, 11:12, 12:19, 13:12, 18:10, 23:16, 24:17, 26:6, 26:23, 29:8, 31:5, 35:15, 38:4, 41:11, 41:20, 44:10, 46:12, 50:6,

</td><td>

**uses** [1] - 26:16
**utopia** [1] - 11:19

**V**

**vague** [2] - 27:24, 48:24
**Vaguely** [1] - 76:16
**valued** [1] - 67:12
**various** [4] - 8:16, 41:8, 45:21, 59:16
**versus** [1] - 45:10
**vetted** [1] - 20:18
**vetting** [2] - 20:15, 21:5
**video** [1] - 46:12
**Vienna** [2] - 8:17, 10:20
**view** [1] - 53:22
**views** [1] - 20:6
**visit** [4] - 11:1, 12:3, 12:4, 59:20
**Vista** [1] - 87:19
**volcano** [1] - 46:6
**Volkner** [2] - 30:16, 30:18
**Volkner's** [1] - 30:23
**volume** [9] - 23:21, 37:11, 38:4, 38:12, 38:20, 39:20, 44:2, 59:10, 66:21
**Volume** [9] - 37:7, 37:19, 41:13, 48:20,

</td><td>

**W**

**wait** [1] - 5:19
**waived** [1] - 12:2
**WAS** [2] - 28:7, 83:3
**Washington** [2] - 8:17, 10:24
**ways** [1] - 62:15
**weak** [3] - 71:22, 71:25, 72:3
**weakened** [1] - 72:13
**website** [1] - 58:17
**weekly** [1] - 74:9
**weight** [1] - 19:16
**well-known** [1] - 28:19
**well-researched** [1] - 51:3
**western** [5] - 18:19, 18:24, 19:9, 20:6, 51:7
**WHALEY** [1] - 87:18
**Whereas** [1] - 14:10
**whereas** [1] - 62:18
**white** [3] - 37:1, 46:15, 50:13
**whole** [4] - 36:1, 41:7, 51:7, 70:12
**wide** [2] - 20:15, 50:20
**widely** [1] - 23:13
**Wikipedia** [1] - 51:13
**wish** [2] -

</td><td>

**women** [6] - 72:10, 72:12, 72:16, 72:17, 72:18, 72:19
**word** [5] - 30:24, 31:12, 31:21, 63:1, 73:18
**wording** [1] - 39:19
**words** [7] - 25:5, 35:23, 43:8, 51:5, 63:5, 64:25, 76:11
**works** [1] - 21:4
**world** [2] - 8:6, 15:1
**worse** [1] - 14:11
**worth** [2] - 8:24, 13:14
**wow** [1] - 7:23
**WRIGHT** [2] - 1:6, 86:6
**write** [5] - 44:10, 47:4, 61:20, 65:16, 65:17
**writing** [2] - 8:5, 35:3
**writings** [1] - 30:20
**written** [2] - 51:20, 52:22
**wrote** [3] - 25:11, 52:11, 63:19
**Wurzburg** [1] - 10:5

**Y**

**Yale** [1] - 54:24
**year** [10] -

</td><td>

69:11, 69:12
**yesterday** [1] - 76:24
**yesterday's** [1] - 68:15
**Yiyi** [15] - 68:6, 68:13, 68:24, 69:3, 69:20, 70:3, 71:4, 71:7, 71:11, 71:14, 71:21, 72:9, 73:16, 73:19, 73:21
**Yiyi's** [1] - 69:9
**York** [1] - 57:11
**young** [2] - 18:15, 64:6
**younger** [2] - 12:16, 12:18
**yourself** [7] - 12:21, 27:8, 37:22, 39:24, 66:9, 67:2, 78:23

**Z**

**Zoom** [3] - 53:21, 54:11, 55:23

</td></tr>
</table>

Above the main columns (W section):
**Witness** [1] - 5:18
**woman** [3] - 71:22, 72:2, 72:3