IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TIMOTHY JACKSON,<br>　*Plaintiff*,<br><br>v.<br><br>LAURA WRIGHT, MILTON B. LEE, MELISA DENIS, MARY DENNY, DANIEL FEEHAN, A.K. MAGO, CARLOS MUNGUIA, AND G. BRINT RYAN, each in their official capacities as members of the board of regents for the University of North Texas System; RACHEL GAIN; ELLEN BAKULINA; ANDREW CHUNG; DIEGO CUBERO; STEVEN FRIEDSON; REBECCA DOWD GEOFFROY-SCHWINDEN; BENJAMIN GRAF; FRANK HEIDLBERGER; BERNARDO ILLARI; JUSTIN LAVACEK; PETER MONDELLI; MARGARET NOTLEY; APRIL L. PRINCE; CATHY RAGLAND; GILLIAN ROBERTSON; HENDRIK SCHULZE; VIVEK VIRANI; AND BRIAN F. WRIGHT,<br>　*Defendants*. | §§§§§§§§§§§§§§§§§§§§§§§§§§§§§ | Civil Action No. 4:21-cv-00033 |

**PROPOSED ORDER GRANTING THE BOARD DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Before the Court is Defendants' Defendants', Laura Wright, Milton B. Lee, Melisa Denis, Mary Denny, Daniel Feehan, A.K. Mago, Carlos Munguia, and G. Brint Ryan, each in their official capacities as members of the Board of Regents for the University of North Texas ("UNT") System ("Board Defendants") Motion for summary Judgment. Upon consideration of the Motion, any further briefing and argument submitted by the parties, and the relevant pleadings in this matter, the Court is of the opinion that the Motion is meritorious and hereby **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that Plaintiff's First Amendment claims against the

Board Defendants are **DISMISSED**.