UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TIMOTHY JACKSON, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 4:21-cv-00033 |
| LAURA WRIGHT, et al., | § § | JURY |
| *Defendants.* | § § | |

**JOINT MOTION FOR EXTENSION TO FILE A RESPONSIVE PLEADING**

The parties to the above-captioned civil action jointly submit this motion requesting a one-week extension of their deadline to respond to the Motions for Summary Judgment filed December 20, 2024, to January 17, 2025. In support of this request, Defendants state the following:

1. On November 13, 2024, Plaintiff filed an unopposed motion to extend the dispositive motions deadline to December 21, 2024. The Court granted the motion on November 21, 2024.

2. On December 20, 2024, parties timely filed their respective summary judgment briefs.

3. The parties are currently engaging in settlement negotiations.

4. The parties therefore respectfully request the extension in light of the holidays and so that they can continue settlement negotiations.

5. Federal Rule of Civil Procedure 6(b)(1)(A) provides that the Court may extend filing deadlines at its discretion. The undersigned counsel seeks this extension of time for good cause shown and in the interest of justice, and not to cause

   unnecessary delay. No party will be prejudiced if the extension sought herein is granted.

6. No other deadline is proposed to be extended.

7. Counsel for Defendants and Plaintiff have conferred and agree to seek this extension.

8. For the reasons stated above, Defendants request that this Court extend the deadline to file responsive pleadings to January 17, 2025.

|  |  |
|---|---|
| /s/Michael Thad Allen<br>Michael Thad Allen, Esq.<br>D. Conn. Bar No. CT29813<br>admitted *pro hac vice*<br>Lead Attorney<br>ALLEN LAW, LLC<br>PO Box 404<br>Quaker Hill, CT   06375<br>(860) 772-4738 (phone)<br>(860) 469-2783 (fax)<br>m.allen@allen-lawfirm.com<br><br>Jonathan Mitchell<br>Texas Bar No. 24075463<br>MITCHELL LAW PLLC<br>111 Congress Avenue, Suite 400<br>Austin, Texas 78701<br>(512) 686-3940  (phone)<br>(512) 686-3941 (fax)<br>jonathan@mitchell.law<br><br>**Counsel for Plaintiff** | Respectfully Submitted,<br><br>**KEN PAXTON**<br>Attorney General<br><br>**BRENT WEBSTER**<br>First Assistant Attorney General<br><br>**RALPH MOLINA**<br>Deputy First Assistant Attorney General<br><br>**JAMES LLOYD**<br>Deputy Attorney General for Civil Litigation<br><br>**KIMBERLY GDULA**<br>Chief, General Litigation Division<br><br>      /s/ Mary B. Quimby     <br>**Benjamin S. Walton**<br>*Lead Attorney*<br>Texas Bar No. 24075241<br>**MARY B. QUIMBY**<br>Texas Bar No. 24132506<br>Assistant Attorneys General<br>General Litigation Division<br>Office of the Attorney General<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>(512) 463-2120/(512) 320-0667 – Fax<br>benjamin.walton@oag.texas.gov<br>mary.quimby@oag.texas.gov<br>**Counsel for Defendants** |

## CERTIFICATE OF CONFERENCE

    I, the undersigned attorney, hereby certify to the Court that on December 27, 2024, I conferred with Michael Allen, counsel for Plaintiff, who indicated he agrees to seeking a one-week extension.

                                          /s/ Mary B. Quimby    
                                          MARY B. QUIMBY
                                          Assistant Attorney General

## CERTIFICATE OF SERVICE

      I hereby certify that on the 27th day of December, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which automatically provided notice to the following CM/ECF participants:

Jonathan F. Mitchell  
Mitchell Law, PLLC  
111 Congress Avenue, Suite 400  
Austin, Texas 78701  
jonathan@mitchell.law  

Michael Thad Allen, Esq.  
Allen Law, LLC  
PO BOX 404  
Quaker Hill, CT 06375  
m.allen@allen-lawfirm.com  
***Attorneys for Plaintiff***

                                                        */s/ Mary B. Quimby*  
                                                        MARY B. QUIMBY  
                                                        Assistant Attorney General