UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TIMOTHY JACKSON, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 4:21-cv-00033 |
| LAURA WRIGHT, et al., | § § | JURY |
| *Defendants.* | § § | |

**ORDER GRANTING JOINT MOTION FOR EXTENSION
TO FILE A RESPONSIVE PLEADING**

Having considered the parties' Joint Motion for Extension to File a Responsive Pleading to the Motions for Summary Judgment filed December 20, 2024, the motion should be GRANTED.

IT IS HEREBY ORDERED parties' Joint Motion for Extension to File a Responsive Pleading is GRANTED.

IT IS FURTHER ORDERED parties shall file their responsive pleadings to the Motions for Summary Judgment no later than January 17, 2025.