UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TIMOTHY JACKSON, | § | |
| *Plaintiff,* | § § § | |
| v. | § § | Civil Action No. 4:21-cv-00033 |
| LAURA WRIGHT, et al., | § § | JURY |
| *Defendants.* | § § | |

### ORDER GRANTING JOINT MOTION FOR EXTENSION TO FILE A RESPONSIVE PLEADING

Having considered the parties' Joint Motion for Extension to File a Responsive Pleading (Dkt. #85) to the Motions for Summary Judgment filed December 20, 2024, the Court finds the motion should be and hereby is GRANTED.

It is therefore ORDERED that the parties shall file their responsive pleadings to the Motions for Summary Judgment no later than January 17, 2025.

**IT IS SO ORDERED.**

**SIGNED this 2nd day of January, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE