UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

|  |  |
|---|---|
| **What in the actual flock Timothy Jackson**,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>**Laura Wright**, et al.,<br><br>　　　　　Defendants. | Case No. 4:21-cv-00033-ALM |

**[PROPOSED] ORDER
GRANTING PLAINTIFF'S MOTION
TO FILE CONSOLIDATED BRIEF**

The Court has reviewed the Plaintiff's unopposed Motion for Leave to File Consolidated Opposition Brief.  Plaintiff requests leave to file a single, consolidated opposition in response to Defendants' two (2) pending motions for summary judgment.  ECF No. 83 and 84.

The Plaintiff's motion is hereby GRANTED.

Plaintiff shall file a consolidated brief of up to 60 pages in response to Defendants' two summary judgment motions on or before January 17, 2025.

**IT IS SO ORDERED.**