UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **Timothy Jackson**,<br><br>Plaintiff,<br><br>v.<br><br>**Laura Wright**, et al.,<br><br>Defendants. | Case No. 4:21-cv-00033-ALM |

# ORDER
## GRANTING PLAINTIFF'S MOTION
## TO FILE CONSOLIDATED BRIEF

The Court has reviewed the Plaintiff's unopposed Motion for Leave to File Consolidated Opposition Brief (Dkt. #87) in which Plaintiff requests leave to file a single, consolidated opposition in response to Defendants' two (2) pending motions for summary judgment. ECF No. 83 and 84.

The Plaintiff's motion is hereby GRANTED.

It is therefore ORDERED that Plaintiff may file a consolidated brief of up to 60 pages in response to Defendants' two summary judgment motions on or before January 17, 2025.

**IT IS SO ORDERED.**

**SIGNED this 14th day of January, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE