# EXHIBIT JJ

**From:** Slottow, Stephen
**To:** Timothy Jackson; Walls, Levi
**Cc:** Bakulina, Ellen; Chung, Andrew; Graf, Benjamin; Cubero, Diego
**Subject:** Re: [EXT] Re: JSS
**Date:** Saturday, July 25, 2020 10:28:13 PM

Dear All,

Ellen called me. I am not on twitter and, although I am on FB, none of my FB friends seem involved with this, so until Ellen contacted me I knew nothing about it and still have seen nothing.

Here's how I see it: Ewell gave a talk at SMT, to which there was no opportunity to respond. The JSS initiative was for the purpose of giving Schenkerians an opportunity to respond to Ewell's comments, since they had no opportunity at SMT. The responses were to the SMT comments; at that point Ewell's fuller treatment in MTO had not been published. Ewell was not invited to respond to the JSS articles--the feeling was that he had already had his say, now some Schenkerians could have theirs. The grad student report was left anonymous at the author's request. I do not have the details of the deadlines given for submissions--Levi would know those.

As for a response--at the moment, I haven't seen anything to respond to. Certainly Levi's reputation should be protected and it would be good to make the JSS issue more widely available.  A statement to--whom? where?--may be in order.

-sps

**From:** Timothy Jackson ████████████████████
**Sent:** Saturday, July 25, 2020 9:47 PM
**To:** Walls, Levi <LeviWalls@my.unt.edu>
**Cc:** Bakulina, Ellen <Ellen.Bakulina@unt.edu>; Slottow, Stephen <Stephen.Slottow@unt.edu>; Chung, Andrew <Andrew.Chung@unt.edu>; Graf, Benjamin <Benjamin.Graf@unt.edu>; Cubero, Diego <Diego.Cubero@unt.edu>
**Subject:** [EXT] Re: JSS

Dear Colleagues,

I think that whether the *Journal* wants to publish responses to the responses is something that we on the editorial team will need to discuss. My feeling is that we should consider such "second level" responses as long as they are factual and focused, and have scholarly merit. As I said, *MTO* asked that we consider publishing more responses to Ewell's article.d

However, to be clear, the buck stops with me and Stephen Slottow. So, if anyone wants to "blame" anyone, they can and should address me and Stephen rather than Levi.

Andrew: perhaps if you feel it necessary, you can inform people that they can write to me using email. Unlike our current president, I do not use Twitter. But if they want to send me an email, you can give them my unt email address. That will be the official response for now.

Perhaps we could consider releasing the "Symposium" early, but this - again - is something we would need to consult about.

Best, Tim

On Sat, Jul 25, 2020 at 8:55 PM Walls, Levi <LeviWalls@my.unt.edu> wrote:
> Hi all,
>
> I just heard about this. It's very worrying, especially as I don't want my career to be ruined before it properly began. I have a family to take care of now. I'm also confused about what exactly people want. The responses were to Ewell's paper. Did Ewell want to respond to his own paper? If he wants to respond to the responses to his paper, then that is perfectly reasonable, and I don't think anyone would have a problem with that. We could publish something in the upcoming volume, if that is what people want. But he couldn't have responded to responses that hadn't yet come out. Since the journal printed every response that we got, it should go without saying that we weren't interested in presenting a one-sided picture. Quite the opposite. We emphasized in the CFP that we wanted a wide range of views.
>
> At the moment, people seem to be speculating about the journal without actually reading it. Maybe we should consider releasing it online early, so that misinformation does not spread.
>
> I really hope all this can be resolved somehow.
>
> Regards,
>
> Levi Walls

> **From:** Bakulina, Ellen <Ellen.Bakulina@unt.edu>
> **Sent:** Saturday, July 25, 2020 6:37 PM
> **To:** Timothy Jackson ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; Slottow, Stephen <Stephen.Slottow@unt.edu>; Walls, Levi <LeviWalls@my.unt.edu>
> **Cc:** Chung, Andrew <Andrew.Chung@unt.edu>; Graf, Benjamin <Benjamin.Graf@unt.edu>; Cubero, Diego <Diego.Cubero@unt.edu>
> **Subject:** Re: JSS
>
> Dear Tim, Stephen, Levi,   CC Andrew, Ben, Diego,
>
> Please see below a message from Andrew Chung about a serious situation that has come up

in connection with the latest issue of JSS. I completely agree with Andrew that the social media response is getting serious and should be somehow addressed. I don't have a Twitter account, but I am on Facebook and I am currently following (and taking a modest part in) a discussion there.

All best,
-Ellen

**From:** Chung, Andrew <Andrew.Chung@unt.edu>
**Sent:** Saturday, July 25, 2020 8:32 PM
**To:** Bakulina, Ellen <Ellen.Bakulina@unt.edu>; Graf, Benjamin <Benjamin.Graf@unt.edu>; Cubero, Diego <Diego.Cubero@unt.edu>
**Subject:** RE: JSS

Dear Ellen and colleagues,

Yes, please feel free to forward this message to anyone you think would be appropriate.

Best,
Andrew

**From:** Bakulina, Ellen <Ellen.Bakulina@unt.edu>
**Sent:** Saturday, July 25, 2020 8:31 PM
**To:** Chung, Andrew <Andrew.Chung@unt.edu>; Graf, Benjamin <Benjamin.Graf@unt.edu>; Cubero, Diego <Diego.Cubero@unt.edu>
**Subject:** Re: JSS

Hi Andrew and all,

Thanks so much for alerting us. I see something similar on Facebook. Do I have your permission to forward this message to Tim Jackson, Stephen Slottow, and Levi Walls (the current editor)? They should be informed and involved.

Thanks,
-Ellen

**From:** Chung, Andrew <Andrew.Chung@unt.edu>
**Sent:** Saturday, July 25, 2020 7:08 PM
**To:** Graf, Benjamin <Benjamin.Graf@unt.edu>; Cubero, Diego <Diego.Cubero@unt.edu>; Bakulina, Ellen <Ellen.Bakulina@unt.edu>
**Subject:** JSS

Dear colleagues,

I apologize for interrupting your weekends, but via twitter, I have been seeing that there has been some early and vociferous pushback re: the new issue of JSS, with concerns that Phillip Ewell wasn't invited to respond and that there is an anonymous contribution (are these still true? The last information I became privy to about the issue was in March). I

UNT_000302

imagine this is something JSS would want to address carefully especially in light of the past three months or so if this isn't already on the radar of everyone involved in JSS, since, from the looks of the social media attention it is possible that the situation could get serious.

Respectfully,
Andrew

UNT_000303