# EXHIBIT KK

# THEORIA

## Historical Aspects of Music Theory

Volume 26 – 2020

Editor

Frank Heidlberger

Editorial Assistant

Matthew Bilik

Advisory Board

Kyle Adams
Thomas Christensen
Kevin Korsyn
Harald Krebs
Joel Lester

Timothy McKinney
William Pastille
Wayne Petty
Janna Saslaw
Robert Wason

Theoria is published annually by the University of North Texas Press

Denton, TX 76203

ISSN 1554-1312

# THEORIA

Historical Aspects of Music Theory

Volume 26 – 2020

Articles

Chun-Yan Tse

Erroneous Discourses on Tuning Theories between China and the West: The Kangxi 14-tone System — 5

Caleb Mutch

Pedagogy and Authority in Sixteenth-Century German Music Theory Textbooks — 25

Russian Music Theory Panel, SMT 2018

Ellen Bakulina

Theories of Harmonic Function in Russia: An Introduction to Three Essays — 55

Philip Ewell

Harmonic Functionalism in Russian Music Theory: A Primer — 61

Ellen Bakulina

The "Brigade Textbook:" Disseminating the Riemannian Legacy in the Russian-Soviet Theoretical Tradition — 85

Christopher Segall

Expanding Harmonic Function: Yuri Kholopov's Twelve-Step System — 113

# Directions to Contributors

Any submissions that match the special field of this journal are welcome. *Theoria* accepts articles (studies, essays) on the following topics:

- The entire field of the history of Western Music Theory of any time period, including interdisciplinary studies

- Aspects of influence or interrelationships between Non-Western Music Theory and Western Music Theory

- Commented editions and translations of hardly accessible or yet unpublished source texts on Music Theory or on topics related to Music Theory

- Analytical studies of music of any time period that apply or critically discuss new methods of analysis

- Review articles of books related to the history of Music Theory and Analysis.

All submissions will be peer reviewed for their scholarly quality, clarity and originality. Only high-level professional research materials will be considered. PhD candidates and junior faculty in the related disciplines are particularly encouraged to submit articles.

First send an abstract (300 words max.) and a short biographical information by e-mail. If this is accepted, you will be asked to submit your text. It must be the final and complete text ready for publication, sent as Word or pdf-file, including all music examples, illustrations, tables as applicable. For article formatting guidelines, see: https://mhte.music.unt.edu/theoria/call-articles. Please send all submissions and editorial inquiries by e-mail to the editor, Frank Heidlberger: heidlberger@unt.edu

Dr. Frank Heidlberger

Editor *Theoria*

University of North Texas

1155, Union Circle #311367

Denton, TX 76203-1367