# EXHIBIT MM



Dear Dr. Jackson,

Thanks very much for your support! Your emails about research are always much appreciated, even when I'm not very responsive. But your thoughts are not being sent into a void.

Regards,

Zevi Walls

JACKS_151898