# EXHIBIT PP

*Levi Nigem Xenon Walls   5/18/21*                                    1

```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF TEXAS
 2                      SHERMAN DIVISION

 3   TIMOTHY JACKSON,              )
                                   )
 4            Plaintiff,           )
                                   )
 5   v.                            )  CASE NO.
                                   )  4:21-cv-00033-ALM
 6   LAURA WRIGHT, et al,          )
                                   )
 7            Defendants.          )
                                   )
 8

 9

10        ------------------------------------

11              ORAL DEPOSITION OF

12           LEVI NIGEM XENON WALLS

13                 MAY 18, 2021

14        ------------------------------------

15

16

17       ORAL DEPOSITION OF LEVI NIGEM XENON WALLS, produced

18   as a witness at the instance of the Plaintiff, and duly

19   sworn, was taken in the above-styled and numbered cause

20   on May 18, 2021, from 12:57 p.m. to 4:52 p.m., before

21   Nita G. Cullen, CSR in and for the State of Texas,

22   reported by machine shorthand, at the Law Offices of

23   Cutler Smith, 12750 Merit Drive, Suite 1450, in the City

24   of Dallas, County of Dallas, State of Texas, pursuant to

25   the Federal Rules of Civil Procedure.
```

1                  A P P E A R A N C E S

2

3  FOR THE PLAINTIFF:

4        MR. MICHAEL THAD ALLEN
         MS. SAMANTHA HARRIS
5        ALLEN LAW, LLC
         P.O. Box 404
6        Quaker Hill, Connecticut 06375
         860.772.4738
7        860.469.2783 Fax
         m.allen@allen-lawfirm.com

8

9  FOR THE DEFENDANTS:

10       MR. MATT BOHUSLAV
         ASSISTANT ATTORNEY GENERAL
11       GENERAL LITIGATION DIVISION
         ATTORNEY GENERAL OF TEXAS
12       P.O. Box 12548, Capitol Station
         Austin, Texas 78711
13       matthew.bohuslav@oag.texas.gov

14 AND

15       MR. RENALDO STOWERS
         SENIOR ASSOCIATE GENERAL COUNSEL
16       UNIVERSITY OF NORTH TEXAS SYSTEM
         OFFICE OF GENERAL COUNSEL
17       1155 Union Circle
         Denton, Texas 76203
18       940.565.2717
         renaldo.stowers@untsystem.edu

19

20 ALSO PRESENT:

21       MR. TIMOTHY JACKSON

22

23

24

25

```
 1                              INDEX

 2                                                          PAGE

 3  Appearances....................................... 2

 4  Stipulations...................................... 4

 5  LEVI NIGEM XENON WALLS

 6       Examination by Mr. Allen..................... 4

 7  Reporter's Certificate...........................143

 8
                              EXHIBITS
 9
     NO.  DESCRIPTION                                       PAGE
10
     Exhibit  4    Subpoena to Testify for Levi Walls..... 6
11   Exhibit  5    Text Messages between Levi and Chris...11
     Exhibit  6    Text Messages between Nate, Brian,
12                 Jessica, and E........................34
     Exhibit  7    E-mail to Benjamin Brand, dated
13                 7/26/2020.............................45
     Exhibit  8    E-mail to Benjamin Brand, dated
14                 January 9, 2020.......................50
     Exhibit  9    E-mail to Ellen Bakuline, dated
15                 July 25, 2020.........................62
     Exhibit 10    Facebook Post by Levi Walls, July 27...70
16   Exhibit 11    Letter to Dr. Jackson from Levi Walls..85
     Exhibit 12    Letter to Dr. Jackson from Levi Walls..87
17   Exhibit 13    E-mail to Stephen Slottow, 12/19/2019..89
     Exhibit 14    E-mail to JSS Authors and Advisory
18                 Board, March 14, 2020.................93
     Exhibit 15    E-mail dated March 10, 2020, to
19                 Schenker, me..........................99
     Exhibit 16    E-mail to Levi Walls, March 13, 2020..101
20   Exhibit 17    E-mail to Dr. Jackson, February 13....108
     Exhibit 18    Call For Papers, December 17, 2019....110
21   Exhibit 19    Members of the Editorial Board
                   Correspondence re. Call for Papers,
22                 November 25-December 1, 2019..........113
     Exhibit 20    Response to Ewell, November 19, 2019..122
23   Exhibit 21    Meeting, November 15, 2019............126
     Exhibit 22    E-mail to Dr. Jackson, November 18,
24                 2019..................................130
     Exhibit 23    E-mail to Tim, Stephen, and Benjamin,
25                 April 22, 2019........................133
```

1              P R O C E E D I N G S
2              LEVI NIGEM XENON WALLS,
3    having been first duly sworn, testified as follows:
4                   EXAMINATION
5    BY MR. ALLEN:
6         Q.    Mr. Walls, my name is Michael Allen, I'm an
7    attorney for Timothy Jackson.  I just wanted to talk
8    about some things preliminarily.  This will be a very
9    formal conversation, but it's a conversation
10   nonetheless.  The deposition is an extension of the
11   Court, and the purpose of the deposition is to find out
12   what evidence you have and what you would say at trial.
13              So, a couple ground rules.  If I -- if I
14   say anything that's unclear to you, please feel free to
15   interrupt me and ask for clarification.  It's more than
16   possible that it's my unclarity, my incompetence at
17   forming a good question.  So, I wouldn't want you to
18   answer a question you didn't understand, is that clear?
19        A.    Yes.
20        Q.    So, as a corollary to that, if you don't ask
21   for a clarification, I'll assume you understand my
22   question; is that also clear?
23        A.    Yes.
24              MR. ALLEN:  Matt, in the last deposition,
25   we agreed that all objections except those that go to

1  form will be reserved till the time of trial.  Are we

2  going to stipulate to that again in this deposition?

3                MR. BOHUSLAV:  Yeah, we're going to do

4  this by the rules.

5                MR. ALLEN:  And what do you mean by

6  "rules"?  Are we reserving, or are we not reserving?

7                MR. BOHUSLAV:  Well, objections that are

8  to relevance, yes, can be made at the time of trial, but

9  all other objections to the form of the question will be

10 made now.

11               MR. ALLEN:  To the form.  Any other

12 objections that you want to not reserve to the time of

13 trial, other than those as to form?  I just want to be

14 clear.

15               MR. BOHUSLAV:  Yeah.  I will -- well, I

16 will state the basis for my objections when I make them.

17               MR. ALLEN:  That's fine.

18      Q.   (By Mr. Allen)  Mr. Bohuslav will object from

19 time to time, that's a normal part of a deposition.  You

20 may even hear me object from time to time.  It doesn't

21 relieve you of the obligation to answer questions.

22 You're still under the obligation to answer, and most of

23 that has to do with what may be argued later should this

24 evidence become admissible or inadmissible, for that

25 matter, at trial.

1            Just a preliminary question, Mr. Walls.
2   Are you aware of any circumstance that would prevent you
3   from testifying truthfully today?
4        A.    No.
5        Q.    Are you on any medication?
6             MR. BOHUSLAV:  One second.  Can we go off
7   the record for a second?
8             MR. ALLEN:  Please.
9             (OFF THE RECORD FROM 1:01 TO 1:02 P.M.)
10       Q.    (By Mr. Allen)  Are you on any medication that
11  would affect your testimony today?
12       A.    No.
13       Q.    Do you suffer from any medical condition of any
14  kind, mental or physical, that would affect your
15  testimony today?
16       A.    No.
17             (MR. STOWERS ENTERS ROOM.)
18             (DEPOSITION EXHIBIT 4 MARKED.)
19       Q.    (By Mr. Allen)  I'm going to start with the
20  first exhibit here, have this marked as Exhibit No. 4,
21  please, for the record.  I'm going to provide a copy to
22  you, Mr. Walls, and also to your attorney.  And have you
23  had a chance to examine this exhibit?
24       A.    Yes.
25       Q.    Do you recognize this document?

*Levi Nigem Kanon Walls    5/18/21*

1       A.    Yes.

2       Q.    Have you appeared today to testify in response

3    to this document?

4       A.    Yes.

5       Q.    And is it fair for me to characterize this as a

6    subpoena calling you to this deposition?

7       A.    Yes.

8       Q.    I'm going to ask you to turn to -- I guess it's

9    the third page of the Exhibit "A" attached to the

10   subpoena.  You see where it says, "Documents Requested"?

11      A.    Uh-huh.

12      Q.    Your attorney provided me with a folder, which

13   I'm holding up now, the record can show, full of

14   documents.  Were these documents produced in response to

15   this subpoena and these document requests?

16      A.    Yes.

17      Q.    And besides your attorneys, and I understand

18   you have also -- there's a possibility you may have

19   consulted with the general Counsel's office at the

20   University, and I don't want to ask you about anything

21   that may be privileged communication between you and

22   attorneys who represent you.  Who have you discussed

23   collecting these documents with?

24      A.    I mentioned it to my wife.

25      Q.    Does your wife have relevant documents in

*Levi Nigem Kanon Walls    5/18/21*

1  response to the subpoena?

2      A.    No.

3      Q.    Thank you.  How did you go about collecting the

4  documents that you produced today?

5      A.    I went through the messaging venues that I use;

6  Messenger, e-mail.  And I did keyword searches for

7  Jackson, JSS, Journal, Ewell, Society, SMT.  I think

8  those were all the keywords that I used to find

9  documents.

10     Q.    And you mentioned Messenger.  Is that Facebook

11  Messenger?

12     A.    Yes.

13     Q.    And e-mail, is that your UNT e-mail account?

14     A.    Yes.

15     Q.    Are there other e-mail accounts you would have

16  used to discuss matters in the journal or other matters

17  responsive to the subpoena?

18     A.    There was the Schenker Journal, but I'm not on

19  that anymore.

20     Q.    You don't have access to the Schenker Journal

21  e-mail?

22     A.    I mean, I don't know if any of the logins have

23  been changed.  Last time I'm aware that I had access was

24  some -- I think near the beginning or -- sorry -- the

25  end of 2020 or the beginning of 2021.  I don't remember

*Levi Nigen Ashon Walls      5/18/21*

1  precisely.

2       Q.   And did you use the Schenker -- first of all,

3  strike that, please.

4            But can you identify the e-mail you're

5  discussing?

6       A.   The Schenker@UNT.edu.

7       Q.   And did you have access to that e-mail, you

8  said, before something like January 2021 or

9  December 2020?

10      A.   Yes.

11      Q.   And why did you have access to that e-mail?

12      A.   Because the login info was just the same.

13      Q.   What did you use that e-mail for?

14      A.   I was interested in, you know, what the

15  journal -- how the journal was going, and so I just

16  checked in once or twice out of interest.

17      Q.   What's that e-mail typically used for?

18      A.   It's used to write to -- people writing in to

19  the journal with articles giving feedback, and I believe

20  it stopped being used after I left.

21      Q.   I think we'll get into that, but when did you

22  leave?

23      A.   I left, I think officially by July, I want to

24  say 26 or 27, 2020.

25      Q.   And are there documents that are preserved in

*Levi Nigen Menon Walls    5/18/21*

1  this e-mail account, I guess which we'll call the

2  Schenker@UNT.edu, that are relevant to these requests

3  that you no longer have access to?

4      A.   Yeah, there should be, because I used it for

5  most journal related business, so talking to

6  contributors.

7      Q.   Who else had access to the Schenker@UNT.edu

8  e-mail?

9      A.   As far as I know, all the people who had access

10 was me, Ben Graf, Dr. Jackson and Collin, although I

11 don't see any reason why they would have used it.

12     Q.   Who's Collin?

13     A.   Sorry.  Collin Davis, an old editor of the

14 journal.

15     Q.   Just so we know, when was Collin Davis an

16 editor of the journal?

17     A.   I don't know precisely.  A few years before I

18 was here.

19     Q.   Did he predate Benjamin Graf?

20     A.   Yes.

21     Q.   And would Timothy Jackson have had access to

22 this e-mail?

23     A.   I assume so.  And -- and Stephen Slottow

24 because he asked me for the login info after I left.

25     Q.   So, is it safe to say that the editorial staff

 1  of the journal had access to this e-mail?

 2      A.    Yes.

 3      Q.    Anyone else besides the editorial staff, that

 4  you know of?

 5      A.    I don't think so, unless there was an old RA

 6  that -- if the e-mail like information stayed the same,

 7  when like an old RA was on, I mean, he might have

 8  theoretically still had access, but, I mean, I don't

 9  imagine they would have tried.

10      Q.    So, is it safe to say like Collin Davis,

11  someone who had been a past member of the editorial

12  staff might have retained some access, but you're not a

13  aware of them using it while you were working as the

14  editor of the Journal of Schenkerian Studies?

15      A.    Yes.

16      Q.    And I should say, when you said you stopped,

17  you're referring to stopping working as the editor of

18  the Journal for Schenkerian Studies in July of 2020, is

19  that correct?

20      A.    Yes.

21            MR. ALLEN:  I'd like to have that marked

22  as Exhibit 5, please.

23            (DEPOSITION EXHIBIT 5 MARKED.)

24      Q.    (By Mr. Allen)  Mr. Walls, do you recognize

25  this document?

```
1        A.    Yes.
2        Q.    And can you describe this document for the
3   Court, please?
4        A.    This was a conversation between me and Chris
5   Segall.  Oh, and Ben Graf.
6        Q.    And how do you spell Chris Segall's name, if
7   you know?
8        A.    S-E-G-A-L-L, I believe.
9        Q.    Who is Chris Segall?
10       A.    He was one of the contributors on the Volume
11  12.
12       Q.    Do you know where he works?
13       A.    I probably knew that at one point, but
14  honestly, I have trouble keeping track of who works
15  where sometimes, so I don't remember what university
16  he's at.
17       Q.    Do you know what he does as an occupation?
18       A.    He's a music theorist.
19       Q.    And so, to the best of your knowledge, he's a
20  music theorist who works at a university.
21       A.    Yes.
22       Q.    But not at UNT.
23       A.    Not at UNT.
24       Q.    Do you recall what state he works in and what
25  state that would be?
```

*Levi Nigemann Walls    5/18/21*

 1        A.    I don't recall what state.  I would assume east
 2   coast, just because music theory.
 3        Q.    So, before we get going with this document, I
 4   want to ask you a little bit about your own background.
 5   What is your relationship to the University of North
 6   Texas?
 7        A.    I'm a graduate student, Ph.D.
 8        Q.    In what department are you pursuing a Ph.D. at
 9   the University of North Texas?
10        A.    The musicology -- sorry, music history,
11   ethnomusicology theory department, MHTE.
12        Q.    I was going to say, is that the famous MHTE
13   acronym?
14        A.    Yes, I reversed it.
15        Q.    I try to keep the alphabet soup under control
16   myself and not always successfully.  So -- and is that
17   organized as a division within the College of Music?
18        A.    I believe so.  I believe it's called a
19   division.
20        Q.    And could you explain and describe the course
21   of your educational career, say, from college onwards,
22   when you graduated, what certifications you've acquired,
23   and anything relevant to your education up to this
24   point?
25        A.    Including before UNT?

Levi Nigem Xenon Walls      5/18/21

1        Q.    Correct.

2        A.    I did community college in California, doing

3    piano performance or -- well, general music.  They

4    didn't have a specific piano performance track, but it

5    was just an associate's in music, and I was there for

6    three years.  And then I went to an undergrad, also in

7    California, for three years, Humble State University.

8    There I did piano performance and music ed.

9              And then I took a gap year, where I did

10   some teaching at that university.  And after that gap

11   year, in 2016, I came to Texas to do the master's in

12   music theory at UNT, which I did for two years.  And so,

13   in 2018, I started the Ph.D., and I'm at the end of the

14   third year, now.

15       Q.    Do you have a master's degree from UNT?

16       A.    Yes.

17       Q.    And what did you teach in this what you

18   described as a gap year?

19       A.    I taught Ear Training 4, what would be called

20   Oral Skills 4 here at UNT.

21       Q.    And the community college, could you state the

22   name of the community college?

23       A.    It was San Joaquin Delta College in Stockton,

24   California.

25       Q.    And did you go to the same Joaquin Delta

1  College directly after high school?

2      A.    Yes.

3      Q.    And what positions have you had as a graduate

4  student at the University of North Texas?

5      A.    I have been a teaching fellow.  I was a

6  teaching fellow for two years, second year of my

7  master's, first year of my Ph.D., then I was an RA with

8  the journal, research assistant, and then I was, this

9  last year, a teaching assistant.

10     Q.    After July 2020, when you say you quit as the

11 editor of the Journal for Schenkerian Studies, you

12 became a teaching assistant?

13     A.    Yes.

14     Q.    Did that involve any adjustment in your

15 funding?

16     A.    No.

17     Q.    To your knowledge, is there anyone assigned as

18 a graduate student to the Journal for Schenkerian

19 Studies at this time?

20     A.    Not that I know of.

21     Q.    Do you have any knowledge of anyone being

22 assigned as a research assistant to the Center for

23 Schenkerian Studies?

24     A.    Not that I know of.

25     Q.    And as you worked and understood the

1  relationship between the center, the journal, and the

2  faculty, what is -- can you describe the relationship

3  between the Center for Schenkerian Studies and the

4  Journal for Schenkerian Studies?

5        A.    I mean, the Center for Schenkerian Studies

6  always seems somewhat vague.  There was the lost

7  composers project, which was going at one time or

8  another.  But it seemed while I was there that the

9  journal kind of just operated as its own entity, with

10  the Center for Schenkerian Studies mostly existing in a

11  website online.

12              And there were links to, you know,

13  different resources, like archives.  So, I think that in

14  terms of the center, it was mostly those Schenker

15  archives.

16        Q.    Uh-huh.  Did you participate in any of the

17  activities of the center?

18        A.    Not really, with the exception of near the end

19  of me being on the journal, I had looked at the website,

20  which needed updating, and I had Steven Hahn help me

21  with the programming, since it's not really something

22  I'm very good at.

23        Q.    When you say programming, do you mean literally

24  computer programming?

25        A.    The web design.

1    Q.    Okay.  So, is it safe to say that's coding or
2    something similar?
3    A.    I wouldn't really know, but I suppose you could
4    call it coding.
5    Q.    Well, let me see what -- I want to ask -- what
6    I'm getting at is programming could also mean putting on
7    programs of the center.  But you mean revamping of the
8    website, not scheduling concerts.
9    A.    Yes.  Not programming in that sense.
10   Q.    Okay.  Sometimes it will -- these questions
11   will just be because I'm trying to figure out, not
12   having been there myself, what's going on.  I forgot to
13   ask, are there any other degrees or credentials that
14   you've acquired in your educational career, other than
15   those you've already mentioned?
16   A.    No.
17   Q.    Now, I want to call your attention, again, to
18   Exhibit 5.  Who is the blue bubble on the right side?
19   A.    That's me.
20   Q.    So, it seemed to me on the left side, it says,
21   "Hi Chris and Ben, I'm glad we can talk."  Is that you
22   speaking?
23   A.    Oh, woops, I'm sorry.  Sorry.  Yes, that is me
24   on the left.  The blue bubble then is Ben.
25   Q.    And Benjamin Graf you mean, right?

1    A.    Yes, I'm sorry.  Benjamin Graf.  Sorry.  I got

2   thrown off because normally when I'm looking at my

3   Facebook Messenger, I am the blue bubble.

4    Q.    I understand.  Could you explain for the Court

5   Benjamin Graf's relationship to the center and journal?

6    A.    Benjamin Graf was the editor for Volume 12, and

7   he was training me for the editorship for the next year.

8   I think for Volume 11, he was the editor without an

9   assistant editor.  Volume 10 -- the farther back I go,

10   the hazier it is, but Volume 10, I think he was also the

11   editor.  But before that, I think Collin was the editor.

12    Q.    Okay.

13          (MS. HARRIS LEAVES ROOM.)

14    Q.    (By Mr. Allen)  What is his relationship to the

15   MHTE division, now?  Mr. Graf?

16    A.    I believe he's a senior lecturer.

17    Q.    What kind of position is that in the division?

18    A.    It's above associate.  Well, no, I think

19   he's -- he's senior lecturer, but I'm not sure if he's

20   an associate professor or an assistant professor.  He's

21   probably an assistant professor, since I think he's

22   still tenure track.

23    Q.    He is tenure track, is that it?

24    A.    I don't know for sure.  I don't keep very good

25   track of where all the faculty are at in a given time,

Levi Nigenson Walls    5/18/21

1  but I think he's tenure track.

2      Q.    And given your experience as a graduate

3  student, is the position that Mr. Graf was able to

4  occupy in the faculty, is that a sought after position

5  among graduate students, such as yourself?

6      A.    I mean, it's good just to have a position at a

7  university, whether it's as an adjunct or all the way to

8  an associate professor.  But I would say an associate

9  professor would be more sought after than an assistant

10 professor, which would be more sought after than an

11 adjunct.

12     Q.    And you don't know at this time whether

13 Benjamin Graf is an adjunct or an assistant professor.

14 Is that what you mean to say?

15     A.    I don't believe he's an adjunct.  I think he's

16 at least an assistant professor.

17     Q.    And is it a distinction between assistant and

18 associate professor at UNT that an associate professor

19 would have tenure?

20     A.    I don't know for sure that's how it works, but

21 I believe that's how it works, that when you get tenure,

22 you become an associate professor.

23     Q.    Do you -- are you aware of anyone who starts

24 out in a position like Benjamin Graf has done at UNT who

25 is hired to tenure immediately?

1      A.    Not that I know of.  That would seem like it

2   would be unusual.

3                  (MS. HARRIS RE-ENTERS ROOM.)

4      Q.    (By Mr. Allen)  Looking at the second bubble

5   here on page 1 of Exhibit 5, Benjamin Graf appears to

6   say to both you and Professor Segall, "this was not our

7   idea in that it came from the advisory board."  Do you

8   know what he's referring to?

9      A.    He's referring to the content of the symposium

10  and just the idea that the symposium should exist.

11     Q.    And could you describe what the symposium was,

12  as opposed to other matter that was published in Volume

13  12?

14     A.    The symposium as aside from the three academic

15  articles, it was originally going to compose the Volume

16  12.  And so, the symposium was a last minute response to

17  a paper that Ewell gave at the most recent SMT.

18     Q.    Could you describe what you mean by SMT?

19     A.    Society of Music Theory.

20     Q.    And was the most recent meeting of the SMT

21  November 2019?

22     A.    Yes.  Sorry.

23     Q.    I don't suppose you know the day of his plenary

24  talk, do you?

25     A.    I think it was in early November, but I don't

Levi Nigenon Walls    5/18/21

```
 1  recall the exact day.
 2       Q.    And are we referring to Philip Ewell of Hunter
 3  College in the CUNY in New York?
 4       A.    Yes.
 5       Q.    Have you ever heard any criticism at UNT or
 6  elsewhere voiced about the other articles that appeared
 7  in Volume 12, other than the symposium?
 8       A.    The -- you mean like the Parkhurst, the three
 9  larger academic articles?
10       Q.    Correct.
11       A.    I don't think so.
12       Q.    Has anyone ever voiced criticism of the
13  editorial process by which those three articles were
14  ushered to publication?
15       A.    No.
16       Q.    And you would have been in a position to know
17  that, wouldn't you, as editor of the journal?
18       A.    I mean, if somebody talked to me specifically
19  about it, I would have known about it.  Otherwise, I
20  might have heard it through whoever did hear that there
21  was criticism.
22       Q.    But no such criticism came to you even
23  secondhand, is that correct?
24       A.    Yeah.  I don't think I heard any criticism of
25  the three large articles that were unconnected to the
```

1    Ewell talk.

2         Q.    I'm just skipping to the second page of

3    Exhibit 5.  I think this is a bubble -- the big bubble

4    at the top where you're speaking.

5         A.    Uh-huh.

6         Q.    Starts "all right".  Can you describe what

7    you're talking about in that bubble?

8         A.    So, I was telling Chris that I was seeing all

9    of the comments on Twitter, and that I agreed with a lot

10   of it.  I said, I don't have a Twitter, but I saw the

11   criticism anyway because people were sending me screen

12   shots.

13                  And I thought the criticism was justified.

14   I expressed the belief that I always had that people on

15   the advisory board should not be allowed to publish in

16   the journal because it seems like not a very good

17   academic ethics quality for that type of check and

18   balance not to be there.

19                  And then, I end the message by admitting

20   that I am new to journal editorial matters and that I

21   assumed that after the first round of responses there

22   would be another one in which Ewell would probably have

23   something to say.

24        Q.    Was there ever any discussion about inviting

25   Ewell to participate in a second round of responses?

Levi Nigem&gnon Walls        5/18/21

1        A.    There was after the Twitter backlash, or

2   Twitter storm, or whatever you want to call it.

3        Q.    I understand.  Was anyone opposed to having

4   Philip Ewell respond in any form in the journal?

5        A.    I mean, I'm sure some people were, like -- I

6   don't recall anybody specifically telling me that they

7   were opposed to Ewell responding.  I think Ewell himself

8   was opposed to responding afterwards, just because, as

9   it turned out, he should have been invited originally to

10  respond, which was just something that I didn't

11  understand was standard practice myself.  So, I think

12  that Ewell didn't really want to respond in the

13  subsequent issue.

14       Q.    And you just mentioned academic ethics.

15       A.    Uh-huh.

16       Q.    What's the source of the ethics you are

17  referring to?

18       A.    I suppose it's personal belief, but it's backed

19  by the fact that when you have people on an editorial

20  board of a journal and those people are okaying what

21  articles go into the journal and don't go into the

22  journal, if those people themselves are the ones

23  submitting articles, then really there's no check and

24  balance.

25       Q.    Do you think it's unusual for members of an

Levi Nigem/Xenon Walls      5/18/21

```
 1  editorial board to publish in the journals on which they
 2  sit as editorial staff members?
 3       A.    I believe it's unusual.  I could be wrong, but
 4  my understanding is that's an unusual practice for a
 5  journal.
 6       Q.    And you've said it was personal belief, but
 7  also things you apparently heard from others, is that
 8  correct?  Am I mischaracterizing what you said?
 9       A.    It's mostly personal belief.  A few have
10  expressed to me that they agree with that belief, but
11  primarily, that's based on my own idea of how checks and
12  balances should work in a journal.
13       Q.    I'm glad you mentioned that, because I was
14  going to ask you, what you mean by checks and balances?
15       A.    So, the process through which articles are
16  accepted or denied.  And so, in this case, the fact that
17  articles written by people on the editorial board are
18  accepted for publication by the editorial board.
19       Q.    Do you think that there were articles that
20  should have been rejected in the symposium?
21       A.    Yes.
22       Q.    Which ones?
23       A.    I think that a few of the articles that should
24  not have been put in the journal would be Jackson's,
25  Slottow's, Beach's and Wiener's (Phonetic).
```

Levi Nigenanon Walls    5/18/21

1        Q.    And why do you think those should not have been
2   accepted?
3        A.    I think that in all of them the tone was very
4   confrontational.  Some of them just made incorrect or
5   very ignorant statements that were not becoming of
6   academic discourse.
7        Q.    Can you describe in detail what statement you
8   found incorrect and not becoming of academic discourse?
9        A.    Well, thinking of Jackson's article, the
10  statement that the reason that blacks are not
11  represented in music theory has to do with a lack of
12  proper role models at home, which many will agree is
13  quite racist.
14       Q.    What's racist about that statement?  If you
15  could just explain.
16       A.    Well, if we define racism as the belief that
17  social hegemony -- in this case that -- the fact that
18  white people have inherent advantages in society over
19  people of color, if we believe that that is an inherent
20  facet of human life that's justified, and that there's a
21  form of meritocracy that goes along with that, in which
22  the people who have the power and have the good
23  positions are there specifically because they deserve
24  them and not because of issues of race or gender or
25  sexuality or economics.  And I would also add, the

Levi Nigenxanon Walls    5/18/21

1  positioning of white culture and art on a pedestal as
2  more deserving of praise than arts and culture by or for
3  people of color.

4      Q.    And those are things you believe that these
5  four articles, I think you described Jackson, Slottow,
6  Wiener -- and who was the fourth?

7      A.    The fourth was Beach.

8      Q.    Beach.  Those were arguments you believe they
9  advanced.

10     A.    I believe Jackson advanced those articles or
11 those arguments.  I think, to a lesser extent, they were
12 advanced by Wiener and Beach.  Slottow's article I
13 mainly listed because, being on the editorial board, I,
14 again, don't believe it was proper for them to even
15 submit an article, and actually that would go the same
16 for Beach and actually Wiener, if I recall.

17     Q.    Were there any prominent, knowledgeable
18 Schenkerian scholars in the United States who weren't on
19 the editorial board of the Journal for Schenkerian
20 Studies?

21     A.    I'm sure there were.  I'm trying to think of if
22 I can recall any prominent Schenkerians that weren't on
23 the board.  It was quite full.  I want to say that
24 Poundie Burstein was not on the board, but that could be
25 wrong.

Levi Nigem Shannon Walls    5/18/21

1      Q.   So, it sounds like you would have reduced the

2   number of people who were eligible to contribute to the

3   symposium to those who were not on the editorial board,

4   is that correct?

5      A.   Yes.

6      Q.   But you have trouble naming anyone from the

7   United States besides this one individual, Poundie --

8      A.   Burstein.

9      Q.   -- Burstein, who would have been -- not been

10   excluded, correct?

11      A.   Yes.  I mean, I'm sure if I thought about it

12   more, I could come up with more names, but William

13   Rothstein I know wasn't on the board.

14      Q.   Did he contribute?

15      A.   No.

16      Q.   Is it safe to say that there would have been

17   only a handful of people who were knowledgeable about

18   Schenkerian analysis in the United States who were not

19   on the board?

20      A.   There are plenty of people in the United States

21   who are knowledgeable on Schenkerian analysis, but

22   there's a big difference between being knowledgeable on

23   Schenkerian analysis and being a Schenkerian.

24           And so many of the people on the board are

25   Schenkerians, in that their primary research agenda is

*Levi Nigen/Kanon Walls      5/18/21*

1  devoted to Schenkerianism.  Whereas there are many, many

2  people in the United States who are knowledgeable in

3  Schenkerian analysis, which would be difficult to avoid

4  considering the popularity of Schenkerian analysis in

5  grad schools.

6      Q.    Can you just describe -- you have to

7  understand, Mr. Walls, that I'm probably not alone in

8  being a complete musical ignoramus, and I need you to

9  explain to me what Schenkerianism is, I'm just not sure

10 what that is.  So, if you could just explain it in terms

11 that maybe even a layperson like me would understand, I

12 would appreciate it.

13     A.    By Schenkerianism, I just mean if somebody

14 is -- if I say that somebody's research agenda is

15 devoted to Schenkerianism, I merely mean that they're

16 primary research interest is in voice leading, in

17 relation to issues of background, middle ground and

18 foreground, the type of structure discussed in

19 Schenkerian analysis.

20             And so, if somebody every once in a while

21 did a paper that was -- could be described as

22 Schenkerian or was quasi-Schenkerian, I wouldn't

23 necessarily call them a Schenkerian, but rather someone

24 who is interested in Schenkerian analysis.

25     Q.    Are you making a distinction between a specific

1  technique of analyzing music and scholars who try to

2  advance or think of the theory behind the technique, or

3  am I misunderstanding that?

4       A.    I don't think I'm making that distinction.  I

5  just think that there is a spectrum -- as with any

6  research interest, there's a spectrum of, you know,

7  where people are, in terms of their relationship to

8  Schenkerian analysis.

9            Some people are interested in it, but don't

10  rely on it very often or very much for their analyses,

11  whereas some people do Schenkerian analysis and only

12  Schenkerian analysis.

13       Q.    And of those people, the latter category, who

14  do primarily or only Schenkerian analysis, can you name

15  any in the United States that are not on the board of

16  the Journal of Schenkerian Studies?

17       A.    I don't think so.  Granted, I don't know every

18  music theorist in the country.

19       Q.    Of course.  Let me ask a follow-up question.

20  You know, how large of a community would you estimate

21  that community of scholars is, within general terms?

22  I'm not asking for an exact number, but can you estimate

23  for me about how many of thOse, I guess you might have

24  described them as hard core Schenkerians, if you will.

25       A.    Really, I have no idea in terms of a number.  I

Levi Nigen Xennon Walls      5/18/21

 1  think that the number has gotten smaller over the years,
 2  whereas Schenkerian analysis was incredibly popular in
 3  the '80s and '90s, including at institutions like CUNY
 4  and Mann's.  I think that the number has dwindled over
 5  the last few decades.  But in terms of a current number,
 6  I really have no idea how to quantify it.
 7       Q.   Well, let me put it this way.  Is it over 100?
 8       A.   I think it's safe to say that it would be over
 9  100.
10       Q.   And, I mean, in your rough estimation, how many
11  music theorists are there employed at academic
12  institutions throughout the United States?
13            MR. BOHUSLAV:  Objection, calls for
14  speculation.
15       A.   I honestly have no idea how many academics
16  there are in music employed in the United States.
17       Q.   (By Mr. Allen)  What's the primary academic
18  organization for or professional society for music
19  theorists in the United States?
20       A.   The Society for Music Theory.
21       Q.   Is there any other?
22       A.   I mean, there are obvious organizations that
23  would rank below that, in terms of importance.  Well, I
24  suppose I'm mainly thinking of conferences, because I
25  was about to say -- name a few conferences, like EuroMAC

Levi Nigem Xenon Walls    5/18/21

1  or International Conference on Musical Forum, but those

2  aren't really a society in the way that SMT is a

3  society.

4      Q.    How large is the Society for Music Theory?

5      A.    I don't know how large it is, in terms of

6  number of members.  I recall at some point seeing the

7  statistics, probably at an SMT meeting, but I have -- I

8  could not even make a guess, in terms of how many

9  members there are.  Maybe two or 3,000, but that seems

10  like an overestimate.

11     Q.    And do you have knowledge -- do you know

12  whether Schenkerians are a minority of those members?

13  And by that I mean the hard core Schenkerians whom you

14  described earlier.

15     A.    Yeah.  I would say that they would be a

16  minority, if we're talking about hard core Schenkerians.

17     Q.    A small minority or a sizeable minority?

18          MR. BOHUSLAV:  Objection, vague.

19     A.    I would really go in between those two.  I

20  wouldn't say it's a small minority, but I think it would

21  be too far to say it was sizeable minority.

22     Q.    (By Mr. Allen)  I want to call your attention

23  to Exhibit 5, again.  There's a blue bubble underneath

24  that much larger bubble of yours.  It seems to be

25  Benjamin Graf speaking again.  And he says, "I agree,

Levi N, Gannon Walls    5/18/21

1  and I am in a similar position.  I was editor when Tim

2  Jackson and Stephen Slottow were my dissertation

3  advisors.  Now, they are my colleagues and on promotions

4  committees, et cetera, that have a significant stake in

5  my employment.  Volume 12 was largely ready before the

6  SMT and I was passing the baton to Levi when these ideas

7  came up."

8          I'm curious about what he means, if you

9  know, where he says, "they are my colleagues and on

10  promotions committees, et cetera, that have a

11  significant stake in my employment."

12          What is he discussing there with you and

13  Chris Segall?

14          MR. BOHUSLAV:  Objection, calls for

15  speculation.

16     Q.    (By Mr. Allen)  You were a party to this

17  conversation, were you not?

18     A.    Yes.

19     Q.    So, how did you interpret what Benjamin Graf

20  was saying?

21     A.    I assume, since he is tenure track, I believe,

22  that he would rely on colleagues like Tim Jackson and

23  Stephen Slottow, rely on their good impressions in order

24  to advance his career.

25     Q.    Do you know of any instance in which Timothy

1  Jackson retaliated against Benjamin Graf, for any reason
2  whatsoever?

3       A.   As far as I remember, there's not a specific
4  case that Benjamin Graf has told me about.  The only
5  thing I can think of is sometime in maybe late June or
6  early July, there was some conflict between them about a
7  Beach article, not having to do with the Ewell plenary,
8  but rather a Beach article for the volume -- what would
9  have been Volume 13.

10      Q.   Do you mean June-July 2020?

11      A.   Yes, 2020.

12      Q.   Would you characterize that as a discussion
13  among colleagues or as a disagreement in which Timothy
14  Jackson retaliated against Benjamin Graf in some way?

15      A.   I don't know if I would characterize it as
16  retaliation.  I just know that after that disagreement,
17  Benjamin Graf was more or less taken out of the e-mails,
18  whereas before, he was included on them.  So, there was
19  a certain sense in which he was not welcome anymore.

20      Q.   What e-mails are you referring to?

21      A.   So, the e-mails, mostly using the Schenker
22  e-mail, just generally discussing the journal, including
23  upcoming articles and reviews.

24      Q.   And is it true as it seems to describe in
25  thread that he was transitioning out of the role of

Levi Nigen-Xenon Walls      5/18/21

1  editor at that time, in any case?

2      A.    Yes.

3      Q.    How about yourself, Mr. Walls, do you know of

4  any time in which you were retaliated against by Timothy

5  Jackson?

6      A.    Not prior to July of 20 -- well, not prior to

7  July of 2020, or really prior to even the beginning of

8  the fall 2020 semester.  I tried very hard to make sure

9  that there was no reason for me to be retaliated

10  against.

11      Q.    Did Timothy Jackson promote your career within

12  the division in which you're a graduate student?

13      A.    Yes.

14            MR. ALLEN:  And I want to mark this as

15  Exhibit 6, if you could, please.

16            (DEPOSITION EXHIBIT 6 MARKED.)

17      Q.    (By Mr. Allen)  This seems to be a statement by

18  you, Levi, at the top, is that correct?

19      A.    Yes.

20      Q.    Do you recognize this statement?

21      A.    Yap.

22      Q.    Do you remember writing it?

23      A.    Yes.

24      Q.    If you know, do you know the exact date on

25  which you wrote it?

Levi Nigem Xenon Walls        5/18/21

```
1        A.    I don't know the exact date, but I would guess
2   sometime around July 26 or 27, 2020.
3        Q.    And I'm going to represent to you that this
4   thread with Nate, Brian, Jessica, and someone with an
5   initial "E" seems to be dated July 26, 2020.  To the
6   best of your knowledge, would that be correct?
7        A.    That sounds correct.
8        Q.    And you say, "sorry, I was spending time with
9   Ophelia."  I imagine that's your daughter?
10        A.    Yes.
11        Q.    "Sorry, I was spending time with Ophelia and
12   wasn't checking my phone.  I'll sign on to Bryan's
13   denouncement of Dr. Jackson's.  I would be lying if I
14   said he wasn't help to my theoretical/literary
15   development, but his political views need to be
16   condemned and UNT shouldn't have a place for them/him."
17   Did I read that correctly?
18        A.    Yes.
19        Q.    So, this affirmatively states that he has been
20   a help to your theoretical/literary development, is that
21   correct?
22        A.    Yes.
23        Q.    And you stand by that statement still.
24        A.    Yes.  He encouraged me to get my related field
25   in English lit.
```

1      Q.    Would you describe Timothy Jackson, up to the
2  time before this exchange, as a mentor?
3      A.    Sure.  Yes.
4      Q.    And if you know, past educators of the Journal
5  for Schenkerian Studies, did they go on to get good jobs
6  in your field?
7      A.    The only editors I know are Ben Graf and Collin
8  Davis.  They both seem to be doing okay.  I know more
9  about Ben Graf's career, obviously, because he's at UNT,
10  than I do about Collin Davis, who I've rarely ever
11  spoken to, but I know that he works at a university,
12  so --
13      Q.    And what university does he work at?
14      A.    I don't recall.
15      Q.    Would you characterize his job, so much as you
16  know of it, as a good job?
17      A.    I mean, just having a position in a university
18  could be said to be a good job, whether you're -- well,
19  I'm not sure I'd say an adjunct would be a good job,
20  because that can be rough.  But if you're at least an
21  assistant professor, I would say that qualifies as a
22  good job.
23      Q.    Skipping down -- back to Exhibit 5, and sorry
24  to bounce around, Mr. Walls, but I'm back on Exhibit 5,
25  and I'm on the fourth page, there's another set of blue

*Levi Nigena Shannon Walls    5/18/21*

1   bubbles.

2        A.   Uh-huh.

3        Q.   I believe Benjamin Graf is saying, "it's

4   blowing up and honestly we never even wanted to do it,

5   but it's my dissertation advisor and higher ranking

6   colleague, plus we wanted to publish supporting essays."

7   Did I read that correctly?

8        A.   Yes.

9        Q.   And you recognize that as Benjamin Graf

10  speaking to you and Chris Segall, right?

11       A.   Yes.

12       Q.   What's he referring to, "we never even wanted

13  to do it, and we wanted to publish supporting essays?

14            MR. BOHUSLAV:   Objection, calls for

15  speculation.

16       A.   I believe he's talking about the -- not

17  plenary -- the -- sorry -- the responses to Ewell --

18  symposium, sorry, the word just flew out of my head.

19       Q.   (By Mr. Allen)  And just to be clear, that's

20  the symposium, which was the given in November of 2019,

21  published in Volume 12 of the Journal of Schenkerian

22  Studies?

23       A.   Yes.

24       Q.   Is it fair if we just refer to that by

25  shorthand as just "the symposium", for the rest of the

1  deposition?

2      A.    Sure.

3      Q.    Okay.  Thanks.  Again, you understood Benjamin

4  Graf to be saying we never even wanted to do the

5  symposium, correct?

6      A.    I believe so.

7      Q.    And "we wanted to publish supporting essays."

8  What does he mean -- how did you understand that to

9  mean, "we wanted to publish supporting essays"?

10     A.    I believe what he meant was that if the

11 symposium was going to go ahead, that our preference

12 would have been for there to be plenty of essays in

13 support of Ewell, rather than it just being Schenkerian

14 after Schenkerian.

15     Q.    Is it possible to be a Schenkerian and be pro

16 Ewell?

17     A.    Sure.  I think so.

18     Q.    And is it possible to be pro Ewell and be, you

19 know, pro Schenkerian analysis?

20     A.    I think that as Ewell has done, you can admit

21 that Schenkerian analysis has analytical uses, but also

22 that it has a history with a race that's very

23 questionable and deserves to be questioned.

24           And so, I don't think that there is this

25 necessity to be black and white, in which you're either

1  a Ewell supporter or you're a person who does

2  Schenkerian analysis.

3      Q.    Skipping to the next page here, if you could.

4  I'm on page 5, now.  You contribute to the conversation.

5  "I can see that -- referring to what was coming before

6  it -- "definitely not something I or Ben considered.  We

7  were about to finish the journal, which was supposed to

8  be published in November or early December, when the

9  advisory board got really gungho about a response to

10  Ewell.  And so, we made the deadline very short."

11              Can you describe what you're referring to

12  in that statement?

13      A.    So, I think Chris had expressed the relief that

14  the very short deadline at a busy time of the year,

15  around Christmas, was strategically done in order to

16  limit the number of responses.  So, in other words, in

17  order to limit the number of pro Ewell responses.  And I

18  said that I could see that reasoning, but it wasn't

19  something that Graf or I had considered.

20              The reasoning at the time had just been

21  that the journal was basically done at the end of the

22  year, and then the SMT in November happened.  And

23  suddenly, there was this new section of the journal that

24  we had to do, and so in order to salvage somewhat of a

25  deadline, since it was supposed to be a 2020 journal,

Levi Nigem Xenon Walls    5/18/21

```
 1   the call was just made very short.
 2        Q.   Did other people at the journal discuss
 3   manipulating the deadline to exclude pro Ewell points of
 4   view?
 5        A.   No.
 6        Q.   And you also say, if you skip down one bubble
 7   after Benjamin Graf's blue bubble there, it says,
 8   "Volume 13 would have been preferable," correct?
 9        A.   Yes.
10        Q.   Is that something you argued for at the time?
11        A.   I don't think I argued for putting the
12   symposium in Volume 13.  I think the view at the time
13   was that it was timely for it to go in Volume 12.
14        Q.   And what would make it timely?  Can you
15   describe the thought process of you, as an editor, of
16   are what you were fielding as questions by anyone on the
17   editorial board?  What was making it timely?
18        A.   Well, if there was going to be a symposium
19   based on Ewell's talk, it would make sense for it to
20   occur a month or two after Ewell's talk, rather than a
21   year and month after Ewell's talk.
22             On the other hand, putting it in Volume 13,
23   even though it would have been delayed, would have been
24   preferable from the standpoint that there would have
25   been more time to, you know, allow people to write
```

41

1  responses.

2       Q.   It was certainly a lot of work for you, right?

3       A.   Sure.

4       Q.   It would seem that you worked very hard on this

5  project, correct?

6       A.   Well, it was my job.

7       Q.   Were you -- did anyone comment about your hard

8  work on the project at the time, that it was deficient

9  in any way or that you weren't holding up your end?

10      A.   No.  I think I did well in typesetting the

11 articles and getting rid of typos and, you know, looking

12 at structure.

13      Q.   And Levi Walls, reading your name "Levi" on the

14 next page, page 6.  I'm sorry to call you by your first

15 name, but it's just that's the name on the thread, no

16 disrespect intended.  You know, about two sentences

17 down, it says, "I like the job in general, because I

18 love editing and being involved in research, but I'm not

19 in a position to go against the people who control the

20 journal."  You see that?

21      A.   Yes.

22      Q.   Describe your position on the journal and how

23 you felt you were able to discuss the initiatives of the

24 journal with other people on the editorial board for me.

25      A.   Well, when it came to discussions of what

Levi Nigen-Xenon Walls        5/18/21

```
 1  should and shouldn't go into the journal, even if I had
 2  reservations, I generally kept them to myself.
 3      Q.   Describe your interactions with authors in the
 4  editorial process.  How did you interact with the
 5  authors?
 6      A.   Mostly, I gave comments on readability and if
 7  there was something that they wrote that I thought was,
 8  you know, clumsy or awkward, well, I wouldn't have said
 9  "clumsy" to them, that would have come off as rude.  But
10  if the wording was somehow unclear, I would have
11  suggested an alternate wording.  And, obviously, if they
12  were clear typos, I would have suggested changing those.
13           Generally, closest I got to content, at
14  least in the -- you know, well, I suppose in both the
15  large scale articles and the symposium would be comments
16  about, like, argumentative structure.  Like, if I saw an
17  argument that just rhetorically wasn't clear, but that
18  really doesn't have much to do with like the content of
19  it.
20           The closest I got to talking about content
21  was with one of the contributors, Barry Wiener.  And I
22  expressed some concern over the tone.  But after that, I
23  stopped doing that.
24      Q.   And this was an author you now characterize as
25  having published a racist article, correct?
```

```
 1        A.    Yes.

 2        Q.    And did you recognize his article as racist at

 3  the time?

 4        A.    Yes.

 5        Q.    And did you leave any writing indicating that

 6  you felt his article was racist?

 7        A.    I did not tell him that his article was racist.

 8  I said that the tone was -- I don't recall exactly what

 9  I said, but I think I said something along the lines

10  that the tone was confrontational and that his arguments

11  would come out better if it was not as confrontational

12  or if he was less, I don't know, confrontational towards

13  left politics?

14        Q.    Is it racist to be confrontational, is that

15  what you mean?

16        A.    I don't believe it's racist to be

17  confrontational in itself.  I believe it's racist to say

18  something along the lines of, left politics being part

19  of reeducation camps.

20        Q.    Did his article say that?

21        A.    I believe that was in that article.  I could be

22  mistaken, it could have been in another article.

23        Q.    And you write here, in fact, you have the

24  exhibit, "I also don't want to lose my job."  Do you see

25  where you said that?
```

1       A.    Yes.

2       Q.    Did anyone ever threaten you with losing your
3  job at the journal?

4       A.    No.

5       Q.    In fact, you quit you said, I think, July 29th,
6  2020, if I'm not mistaken, or thereabouts?

7       A.    Yes.  And I was encouraged to leave by Benjamin
8  Brand.

9       Q.    Benjamin Brand being the department chair or
10  division chair MHTE.

11       A.    Yes.

12       Q.    I'm always afraid I'm transposing the letters.
13  So, he essentially told you to leave the job, is that
14  it?

15       A.    He didn't tell me to leave the job, but he knew
16  I was unhappy in the job, especially in the recent
17  months leading up to July.  Really, from November to
18  July.  Pre-November, pre-SMT, I was actually rather
19  happy with the job, just working on those three academic
20  articles.

21             And up to that point, the input from the
22  editorial board was a lot less.  It was after the SMT
23  that it became very micromanaged, and that's about the
24  point where I started to dislike the job.

25             So, Brand knowing that I was already

Levi Nigenanon Walls      5/18/21

1  unhappy in the job and had already been concerned about

2  my name being attached to something that was racist,

3  encouraged me to leave the position.  And, mainly, did

4  that by saying that my funding would be okay if I did,

5  that I would have a position as a TA, which was my main

6  concern.

7       Q.    Which is what you've done now, correct?  You've

8  continued as a TA, correct?

9       A.    Yes.

10       Q.    And no one was issuing statements for you to be

11  fired, correct?

12       A.    No.

13       Q.    And it was -- you were becoming dissatisfied

14  with the job, you said from November up through July, so

15  sounds like from the Philip Ewell talk through the

16  publication of the journal and the resulting fallout,

17  because of the racist content of the journal.

18       A.    Yes.

19             (DEPOSITION EXHIBIT 7 MARKED.)

20       Q.    (By Mr. Allen)  I think you're on this e-mail,

21  Mr. Walls.  Is this your e-mail, LeviWalls@my.unt.edu?

22       A.    Yes.

23       Q.    Do you recall this e-mail?

24       A.    Yes, I do.

25       Q.    And isn't it true that this e-mail discusses

Levi Nigel Shannon Walls    5/18/21

 1  having a response from Ewell and others who might want
 2  to respond to the symposium in a Volume 13?
 3        A.    I have to remind myself everything that was
 4  said in this e-mail.  Could I just have a moment to
 5  review it?
 6        Q.    Of course.  Of course.  I should have said that
 7  at the beginning, and I'm sure your attorney would have
 8  objected if I forced you to comment on a document that
 9  you couldn't read.  If at any time you need time to
10  examine a document, please just say so.
11        A.    All right.  What was your question?
12        Q.    So, this e-mail discusses having a response
13  from Ewell, as well as others, to the symposium in
14  Volume 13, which would have appeared in the next
15  subsequent volume of the Journal for Schenkerian
16  Studies, correct?
17        A.    Yes.
18        Q.    Do you know if a call for papers ever went out?
19        A.    For Volume 13?
20        Q.    Correct.
21        A.    Not that I know of.
22        Q.    Why not?
23        A.    I mean, I assume if it went out, it would have
24  went to SMT list, but I actually don't keep track of
25  it -- SMT list, that is.

Levi Nigem/Shanon Walls    5/18/21

1    Q.    But you know for a fact no call for papers for

2   a Volume 13, as a kind of follow-up to the symposium

3   ever went out.

4    A.    I don't know that for a fact.  I just haven't

5   seen one.  As far as I know, no call ever went out for

6   Volume 13.

7    Q.    Did you prepare any such call for papers?

8    A.    No.

9    Q.    You participated directly in the call for

10  papers that went out for the symposium, correct?

11   A.    Yes.

12   Q.    Isn't this a normal part of editorial practice,

13  to call for responses to controversial articles that

14  have been published?

15   A.    To the best of my knowledge, I think that's

16  normal, although I got a sense from other people that

17  what would have been more standard would have been to

18  specifically invite Ewell from the beginning.

19   Q.    Do you know that Ewell was not invited to

20  participate in the symposium?

21   A.    He wasn't directly or explicitly invited.

22   Q.    Was he invited in some way?

23   A.    It is true that the call went out general or

24  generally through the SMT list, I think, and so,

25  theoretically, he might have had access to the call, if

1  he keeps track of the SMT list, which I mean, I imagine

2  he does, but he wouldn't have been invited specifically.

3      Q.   Do you know if Ewell participated in any of the

4  authors' publications that were pro-Ewell that appeared

5  in the symposium, by either consulting with them or

6  reading their papers in advance or in any form like

7  that?  Did you have any knowledge of that, as an editor?

8      A.   I think one of the articles mentioned in --

9  sorry -- acknowledgments that they consulted with Ewell,

10 just asking his opinion on what they wrote, but I

11 don't -- I want to say Lett's, that could be wrong.

12 Stephen Lett.

13     Q.   Stephen Lett's publication, is that what you're

14 referring to?

15     A.   Yes.  I believe that was the one with the

16 acknowledgment mentioning that they ran it by Ewell for

17 comments.

18     Q.   So if someone said Ewell had no notice that the

19 symposium was going to be published, that would be

20 false, correct?

21          MR. BOHUSLAV:  Objection, calls for

22 speculation.

23     A.   I think he had notice, but it seemed to me --

24 and, again, I don't really know Ewell's frame of mind --

25 it seems as if he wanted a direct invitation, that if

1  that wasn't granted, he wasn't, you know, welcome to
2  submit a response.
3      Q.    (By Mr. Allen)  But the call for papers did go
4  out over the SMT list, which he would have received,
5  correct?
6            MR. BOHUSLAV:  Objection, calls for
7  speculation.
8      A.    If he keeps track of the SMT list, then he
9  would have seen it, I'm sure.
10     Q.    (By Mr. Allen)  Do you have any reason to
11  believe he would not receive the SMT list e-mailings?
12     A.    I mean, I'm sure he would have received it,
13  but, I mean --
14     Q.    That's okay.  That's all I want to know.
15     A.    Okay.
16     Q.    And he also had knowledge that papers were
17  being published in the symposium, which he knew from
18  other authors, in particular, the author Lett, correct?
19            MR. BOHUSLAV:  Objection, calls for
20  speculation.
21     A.    Yes.  But for all I know, he found out that
22  after the deadline had already passed.  So, it's
23  possible that in that scenario, the deadline passed, and
24  at that point Lett was already writing his article or --
25  oh, no, I'm sorry.  No.  If Lett contributed before the

1  deadline, then I suppose Ewell would have known before

2  the deadline.

3          MR. ALLEN:  I'm going to mark Exhibit 8,

4  please.

5          (DEPOSITION EXHIBIT 8 MARKED.)

6          MR. ALLEN:  Now, it's about 2:05, I know

7  that some people wanted a break after about an hour the

8  first deposition.  Should we have a brief intermission?

9          MR. BOHUSLAV:  Yes.  This is a good

10  stopping point?

11          MR. ALLEN:  Can we go off the record?

12          (OFF THE RECORD FROM 2:07 TO 2:22 P.M.)

13     Q.   (By Mr. Allen)  So, Mr. Walls, I've given you a

14  document marked Exhibit 8.

15     A.   Uh-huh.

16     Q.   Do you recognize this document?

17     A.   Yes.

18     Q.   And could you describe the contents of this

19  document for the Court, please?

20     A.   So, this is my e-mail to Dr. Brand near the

21  beginning of 2020, expressing my concerns over the

22  upcoming issue, specifically the symposium, and we sat

23  up a meeting.

24     Q.   And were the concerns in this -- expressed in

25  this document, were those the same that you had just

Levi Nigen Xenon Walls      5/18/21

```
 1  expressed, your growing dissatisfaction with what you
 2  perceived as racism in the contents of the journal?
 3       A.    In what was going to be the content in the
 4  journal, and my discomfort was over some of the
 5  responses I was seeing informally over e-mail to the
 6  plenary talk.  Not just Ewell's, but the plenary talk,
 7  in general, and just my understanding of where people on
 8  the editorial board were, in terms of their knowledge of
 9  race issues.
10       Q.    So, you said something there, "not only Ewell,
11  but the plenary talk, in general."  Can you explain what
12  you mean by that?
13       A.    I remember somebody said something about the
14  plenary being demoralizing, suggesting that just --
15  since the plenary itself was focused on social issues,
16  expressing dissatisfaction with the plenary, at large,
17  which I saw as very problematic.
18       Q.    And by problematic, do you mean racist, among
19  other things?
20       A.    Yes, racist, among other things.
21       Q.    What other things, perhaps?  Could you describe
22  other things that were disquieting to you about the
23  substance of the responses to the plenary?
24       A.    Well, in that one comment about the plenary
25  being demoralizing, I wasn't at the plenary because I
```

Levi Nigena Shannon Walls    5/18/21

1  wasn't at that SMT, and I only watched Ewell's paper

2  from the plenary, but I know that there were papers in

3  the plenary, not just about race, but I think about

4  gender, as well, and so just the belief that the plenary

5  itself was demoralizing, I saw as racist or sexist

6  because it fails to understand the fact that an entire

7  session on racism and sexism should, to a certain

8  extent, be an uncomfortable experience.

9      Q.    Why should it be an uncomfortable experience?

10     A.    Because people don't like being confronted with

11 the ills of the past, in terms of their nationality or

12 race or gender or whatever identity.  People are very

13 resistant to it.

14     Q.    Did you feel that it was illegitimate to defend

15 Schenkerian analysis in the face of this plenary

16 session?

17     A.    For who to defend Schenkerian analysis?

18     Q.    Good question.  So, let me back up.  The

19 correspondence you were seeing was that correspondence

20 among the editorial board, which you've already

21 described as made up primarily of people we've described

22 as hard core Schenkerians.  So, did you feel it was

23 illegitimate for these hard core Schenkerians to object

24 to the plenary session?

25     A.    Yes.  I felt that they were okay to object to

*Levi Nigenanon Walls   5/18/21*

1 specific theoretical issues, but they chose to

2 specifically focus on just the direction that the

3 plenary took, in terms of like being on social issues or

4 being left of center.

5      Q.   Do you consider, for instance, Philip Ewell's

6 views to be left of center?

7      A.   Yes.

8      Q.   Do you consider them to be moderate views?

9      A.   Yeah.  I would say that they're moderate.

10      Q.   How would you characterize his paper in its

11 substance?  If you could summarize his paper in three

12 sentences, how would you summarize it?

13      A.   I mean, that's quite a task.  But I would say

14 that primarily his paper focused on the -- really,

15 the -- what's the word I'm looking for?  I suppose the

16 debt that music theory has, and to a somewhat lesser

17 extent musicology, the debt that it has to white

18 supremacist narratives, mainly seen through issues of

19 canon, what works are and aren't focused on in academia.

20 And as a part of that, he focused on Schenker as a case

21 study, since Schenker is a widely practiced methodology

22 in North America.

23      Q.   And is the objection to those opinions what

24 you're referring to here?  I'm looking at the second

25 sentence, which is quite long, but I'm going to -- look

 1  where it refers to Burkhart, Eric Wen and Damschroder,
 2  and you say, "who I know to have particularly vitriolic
 3  opinions about Ewell and his paper."  Is it the
 4  objection to those ideas which you summarized what you
 5  meant when you wrote that to your chair, Benjamin Brand?
 6              MR. BOHUSLAV:  Objection, vague, compound.
 7      A.    Could you re -- or could you be a little bit
 8  more clear?
 9      Q.    (By Mr. Allen)  Sure.  I'll just withdraw the
10  question, please.
11              Let me read the sentence.  "Even though we
12  put out a CFP that I specifically framed in a way that
13  emphasizes that responses should be thoughtful and
14  neutral in tone, Dr. Jackson has been privately
15  soliciting responses from people (Burkhart, Eric Wen,
16  Damschroder) who I know to have particularly vitriolic
17  opinions about Ewell and his paper."  Did I read that
18  correctly?
19      A.    Yes.
20      Q.    And you wrote that, right?
21      A.    Yes.
22      Q.    And the particularly vitriolic opinions about
23  Ewell and his paper, those you were identifying as the
24  opinions of the hard core Schenkerians, among whom many
25  were on the board of the Journal for Schenkerian

Levi Nigena Xenon Walls    5/18/21

```
 1  Studies, correct?
 2       A.    Yes.
 3       Q.    And they were reacting to what you
 4  characterized as the content of Ewell's paper, as you
 5  just summarized, correct?
 6       A.    Yes.
 7       Q.    Did this meeting take place between you and Dr.
 8  Brand?
 9       A.    Yes.
10       Q.    And what did you discuss in that meeting?
11       A.    I told him that I was worried about what the
12  journal was going to print, because it seemed as if
13  people were really angry about Ewell's paper, and I
14  didn't want the journal to print anything explicitly
15  racist or implicitly racist, and I was afraid that they
16  were going to, and so I just told him that I was worried
17  about that.
18       Q.    Were you worried about the effect this would
19  have on your career, too?
20       A.    Yeah.  I was worried.  I was a little bit more
21  worried about the reputation of the school and the
22  departments, but I was also worried about my own
23  reputation as being someone who -- whose name would be
24  on the journal.
25       Q.    What else did you talk about with Dr. Brand?
```

Levi Nigerxxxxnon Walls    5/18/21

1        A.    I mean, it wasn't a really long meeting.  I
2  don't recall exactly how long it was, maybe 20 minutes,
3  and so that's mainly what we stuck to.  He did express
4  the idea that there wasn't much to worry about and that
5  I shouldn't be very worried, that if -- you know, if the
6  journal did express racist -- people who contributed to
7  the journal expressed racist beliefs, then those were
8  their beliefs and not necessarily my own.
9        Q.    Did he express any desire or need to eliminate
10  the journal at that time?
11        A.    No.
12        Q.    Did he express any belief or desire to remove
13  Timothy Jackson from the editorial board?
14        A.    No.
15        Q.    To remove Stephen Slottow from the editorial
16  board?
17        A.    No.
18        Q.    To replace you with a tenured faculty member in
19  any way?
20        A.    No.
21        Q.    And was there anything else you discussed with
22  Benjamin Brand in that 20-minute meeting?
23        A.    Let me think.  We did briefly discuss the -- as
24  I understood it, the history of Dr. Jackson's
25  understanding of race, and that I didn't have a lot of

1  faith in it, and that would be why I was especially

2  worried about what was going to appear in the journal.

3      Q.   Is that the reference in Exhibit 8 to

4  diversity, equity and inclusion issues?

5      A.   What part of Exhibit 8?

6      Q.   If you look on the second page, that's -- if

7  you look at the bottom, there's UNT 646, that's what's

8  called Bates numbers, because lawyers always have to

9  invent such names for things.  "The journal will be

10  publishing responses to a controversial SMT paper soon,

11  and it poses a possible issue for the atmosphere of

12  diversity and inclusion that I know you -- meaning

13  Benjamin Brand -- have been conscious about fostering

14  lately, which is a great thing."  Did I read that

15  correctly?

16      A.   Yes.

17      Q.   So, that's what I'm referring to when I asked

18  you, did you discuss the relationship of Timothy

19  Jackson's approach to, I guess, issues of racism or what

20  you previously described as bias or implicit bias, did

21  you discuss that, in terms of Benjamin Brand's diversity

22  and equity and inclusion initiatives?

23      A.   Briefly.

24      Q.   And what did you say to Benjamin Brand about

25  that?

Levi Nigem/Xanon Walls    5/18/21

1    A.    Well, when I aired my concerns, Benjamin Brand

2  said that Dr. Jackson did very well in the diversity and

3  equity training, and I reminded him that Dr. Jackson

4  left the faculty -- the joint faculty/student session

5  early, which I thought was disrespectful.

6    Q.    When did that take place?

7    A.    I don't recall exactly when that training was.

8  If I had to guess, I would say during the fall semester

9  of 2020.

10    Q.    What were you required to take, as a graduate

11  student, in terms of equity, diversity and inclusion

12  training?

13    A.    I think it was just one session that was just

14  grad students, and then a joint student/faculty session.

15    Q.    Were there materials distributed in these

16  sessions?

17    A.    Yes.

18    Q.    What was distributed in these sessions, please?

19    A.    I don't recall exactly, just because it was a

20  long time ago, but I think that there was just general

21  things provided about micro-aggressions, I definitely

22  remember that, and I think there was also resources

23  about the -- I forget the acronym, but the Harvard

24  implicit bias study, where you're asked to look at a

25  series of words and tap left or right depending on, you

1  know, negative or positive connotation.

2      Q.    Was that presented as more or less social

3  scientific truth?

4            MR. BOHUSLAV:   Objection, vague.

5      A.    Yeah.

6      Q.    (By Mr. Allen)   You directly experienced this,

7  did you not?

8      A.    I did.

9      Q.    And the implicit bias training, I'll just

10 repeat because for some reason your counsel seems to

11 think this was a vague question, was that presented in

12 the presentation as social scientific truth?

13     A.    I don't really know what you mean by social

14 scientific truth.

15     Q.    Was it presented as something that was

16 unimpeachably established by science?

17     A.    It was -- the Harvard study, you mean?

18     Q.    Correct.

19     A.    It was established as something that was done

20 at a well-respected university with people who know

21 better than any of us do signing off on its legitimacy.

22     Q.    Was that -- was there any criticism of the

23 social scientific studies of Harvard University

24 presented in the presentation?

25     A.    No.

1        Q.    Was any voiced by the audience?

2        A.    I think a few people said that it was just a

3    confusing test, and so there was like room for a margin

4    of error.

5        Q.    So, I wanted to follow up and ask you if you

6    had kept any of the materials that were distributed at

7    these diversity, equity and inclusion trainings?

8        A.    I think I might have kept them, but I have no

9    clue where they would be.  Probably in a stack of papers

10   somewhere.

11       Q.    Well, we'll follow up on that.  So, back to Mr.

12   Benjamin Brand.  So, you discussed, specifically, these

13   trainings in your discussion of Timothy Jackson's

14   failure to have, I suppose, the correct viewpoints.  Am

15   I summarizing that correctly?

16       A.    I don't know if it's about viewpoints.  But to

17   be informed, for instance, to know what a person of

18   color is.

19       Q.    What is a person of color to you, Mr. Walls?

20       A.    A person of color is anybody who identifies as

21   non-white, so that includes black people, indigenous

22   people, Hispanic people, Asian people.

23       Q.    Is someone's subjective identification as white

24   or non-white important, to become a person of color?

25       A.    I suppose identification wouldn't be the right

*Levi Nigenanon Walls    5/18/21*

```
 1  word, because then you could be a white person and say,
 2  I identify as Asian, which wouldn't make you a person of
 3  color.  So, I suppose it comes down to -- I mean, it's
 4  difficult to define, because race is just such a
 5  difficult issuing, but I suppose it comes down to
 6  phenotype, physical look, and also just heritage, but
 7  I'm not an expert on race theory.
 8       Q.   It seems like what you're saying is it's very
 9  difficult to define what race is, is that fair?
10       A.   Yeah.
11       Q.   How did Timothy Jackson fail to engage this
12  topic, in your view?
13       A.   He thought that a person of color meant,
14  specifically, a black person.
15       Q.   What did he say that led you to believe that he
16  thought a person of color meant specifically a black
17  person?
18       A.   Because I mentioned that my wife and
19  forthcoming child were people of color, and he said that
20  he didn't know my wife was black.
21       Q.   Did he mention to you that his wife was Korean?
22       A.   I know his wife is Korean.
23       Q.   You knew that independently, right?
24       A.   Yes.
25       Q.   Do you think that Professor Jackson considers
```

 1  his wife a person of color?

 2          MR. BOHUSLAV:  Objection, calls for

 3  speculation.

 4      A.    I remember at the time him remarking, oh, well,

 5  then my children are people of color.  It seemed like a

 6  new revelation to him.

 7      Q.    (By Mr. Allen)  So, he discussed this directly

 8  with you, that his wife was a person of color and his

 9  children were mixed race.

10      A.    Yes.

11      Q.    Going back to our friend Benjamin Brand, the

12  department chair or division chair, I just wanted to

13  ask, is there anything else you can remember discussing

14  with Benjamin Brand in this January time frame in which

15  you sent Benjamin Brand the e-mails in Exhibit 8?

16      A.    To the best of my memory, that was everything

17  we talked about in that 20 or so minutes.

18          MR. ALLEN:  I'm going to mark this as

19  Exhibit 9, please.

20          (DEPOSITION EXHIBIT 9 MARKED.)

21      Q.    (By Mr. Allen)  Do you recognize the second

22  e-mail in this page?  It starts, "From: Walls, Levi,"

23  which is the way e-mail always does these things.  Do

24  you recognize this e-mail?

25      A.    Yes.

```
 1        Q.    It's July 25th, 2020, correct?

 2        A.    Yes.

 3        Q.    Rather late in the evening, 8:56 p.m.

 4        A.    Uh-huh.

 5        Q.    You say, "I just heard about this."  What are

 6   you referring to?

 7        A.    I think I'm referring to the Twitter backlash.

 8        Q.    Twitter backlash to what?

 9        A.    To Volume 12.

10        Q.    And you say, "it's very worrying, especially as

11   I don't want my career to be ruined before it properly

12   began."  Can I ask you why would you be worried that

13   your career might be ruined before it properly began?

14        A.    Because my name was attached to a journal that

15   printed explicitly racist comments.

16        Q.    And it sounds like you were concerned for your

17   family, and you were also, you say, confused about

18   exactly what people want.  "The responses were to

19   Ewell's paper.  Did Ewell want to respond to his own

20   paper?"  You see where you said that?  Those were your

21   words, right?

22        A.    Yes.

23        Q.    So, at the time you wrote this, you clearly did

24   not have the impression that there was anything wrong to

25   staging responses in the way the journal had gone about
```

Levi Nigena Xenon Walls      5/18/21

 1  it, correct?

 2            MR. BOHUSLAV:  Objection, form.

 3      A.    The only thing that I failed to understand at

 4  that time was that there was something wrong with not

 5  like specifically inviting Ewell to issue a response.

 6      Q.    (By Mr. Allen)  So, what kind of invitation do

 7  you think would have been required?

 8      A.    A direct one.

 9      Q.    What kind of direct one?  Could you describe it

10  in its form?  If you could do everything over again,

11  what would you have presented to Professor Ewell at

12  Hunter College?

13      A.    Well, I can't do everything over again, but I

14  think what a direct invitation would have looked like is

15  from somebody at the journal saying, we are

16  publishing -- or no, not eliciting.  We are seeking

17  responses to your paper and would like to know if you

18  would also like to be involved.

19      Q.    And you write, "I don't think anyone would have

20  a problem with that," correct?

21      A.    Yes.

22      Q.    So, there was no one at the journal who had

23  voiced any objection to Ewell responding to any of the

24  responses or material that was published in the

25  symposium, correct?

Levi Nigen/Vernon Walls    5/18/21

1          MR. BOHUSLAV:  Objection, leading.

2      A.    I mean, not really directly, no.  I think that

3  if Ewell had written in saying, I'd like to respond, I

4  mean, I'd like to believe that that would have been

5  allowed to happen.

6      Q.    (By Mr. Allen)  Well, let me put it more

7  directly.  Did anyone ever tell you, who is associated

8  with the editorial staff, that they would not permit

9  Ewell to publish in the journal?

10      A.    No.  But the possibility of it didn't really

11  come up.

12      Q.    You say in the second to last sentence in that

13  paragraph, since the journal printed every response we

14  got, it would go without saying that we weren't

15  interested in presenting a one-sided picture.  Do you

16  still believe that that's a true statement?

17      A.    I think that the split of articles was mostly

18  fine.  It was -- there were a few more Schenkerian

19  articles than there were, you know, articles pushing

20  back against -- or not pushing back against, but really

21  like supporting the content in Ewell's talk.

22              But -- sorry.  Could you rephrase or could

23  you say the question, again?

24      Q.    Sure.  I read the sentence -- it's your

25  sentence, right?  These are your words.  "Since the

Levi Nigerman Xenon Walls    5/18/21

```
 1  journal printed every response that we got, it should go
 2  without saying that we weren't interested in presenting
 3  a one-sided picture."  And I asked you, do you still
 4  stand by that statement as a true statement?  It's just
 5  a simple "yes" or "no" question.
 6       A.    Yeah.  I think that the journal, because they
 7  published everything that was sent in, they didn't try
 8  and direct the discourse in one way or the other.  I
 9  just was extremely displeased with the hard core
10  Schenkerian content.
11       Q.    You would have removed those articles that were
12  characterized later as racist, is that it?
13       A.    If it were up to me, yes.
14       Q.    Incidentally -- I'm going back to Exhibit 8 for
15  a brief moment.  You mentioned Burkhart, Eric Wen and
16  Damschroder.  Can you give the full name of each of
17  those individuals, if you know it?
18       A.    William Burkhart, Eric Wen, and David
19  Damschroder.
20       Q.    Did any of those individual actually publish
21  responses in the symposium?
22       A.    Burkhart did, Eric Wen did not, and Damschroder
23  did not.
24       Q.    So, these individuals who you were concerned
25  about when you went to talk to Dr. Brand, two of them
```

1  were not even going to respond in the symposium,
2  correct?
3        A.    I thought they would.  They had a lot of
4  opinions.  They just decided not to, in the end.
5        Q.    Were they eliminated because of any kind of
6  editorial process?
7        A.    No.  I assume that Damschroder and Eric Wen
8  just didn't want to get involved or didn't have the time
9  to write a response.
10       Q.    Now, back to Exhibit No. 9.  It's true that you
11 published every pro-Ewell response you received in
12 response to the CFP, right?
13       A.    Yes.
14       Q.    And by CFP, you understand that I mean call for
15 papers that you crafted in September of 2019, I believe,
16 correct?
17       A.    Yes.
18       Q.    Are there any criteria you would have used to
19 eliminate a pro-Ewell response?
20       A.    If it had racist content in it, I would have
21 eliminated that, racist or sexist or classist.
22       Q.    Would you have eliminated a pro-Ewell response,
23 if it was anti-Semitic?
24       A.    Yes.  That counts as racism in my book.
25       Q.    And the last two sentences before you closed

*Levi Nigem — Vanon Walls    5/18/21*

1  the e-mail here, it says, "at the moment, people seem to

2  be speculating about the journal without actually

3  reading it."  You still believe that was true, as you

4  state it at that time?  I mean, in other words, in the

5  January 25th time frame, do you believe the criticism of

6  the journal was being mounted by many people who had not

7  read the journal?

8      A.    I think there were a lot of people mounting

9  criticism of it who hadn't read it but had talked to

10 people who had read it.  So, the people who hadn't read

11 it, they got a picture of it, I think, but just not a

12 full picture.

13             I assume that a lot of them later went on

14 to read more of the articles for themselves.  But I

15 think it's fair to say that some of the people that had

16 criticisms didn't go through the trouble of reading it

17 in full.

18     Q.    And, again, do you believe at this time, if

19 there was a need to respond with a Volume 13, like

20 responses to the responses, in other words, say a

21 symposium that responded to the original symposium, that

22 people would have backed that within the journal?

23             MR. BOHUSLAV:  Objection, calls for

24 speculation.

25     A.    I mean, I think probably, because that idea was

1  certainly floated among the editorial board or people
2  who were more involved in the editorial board like --
3      Q.   And it made sense to wait to bring Ewell into
4  the process until we actually knew -- you -- or we
5  meaning you, the people on the editorial staff, and the
6  population at large would read the journal, what had
7  actually been said in the symposium, correct?
8      A.   I mean, I thought at the time, but having
9  talked to people who are more knowledgeable than myself
10 in how journals should be run, I understand now that it
11 would have been more proper and ethical to invite him
12 immediately to take part.
13     Q.   And who told you that that would be the most
14 proper approach?
15     A.   I talked to a few people who expressed that.  I
16 know Stephen Lett said that.  And I think it might have
17 come up when I talked to the ad hoc committee, all of
18 them being people who are knowledgeable in how journals
19 should be run.
20     Q.   So, they told that to you in the ad hoc
21 committee, rather than you telling them things?  Is that
22 what I'm to understand, at least about that specific
23 topic?
24     A.   Well, I mean, they weren't feeding me words, if
25 that's what you mean.  They were just saying, because

 1  that topic came up, and I think they said something

 2  along the lines of that that was an unusual practice.

 3              MR. ALLEN:  Can I have this marked,

 4  please?

 5              (DEPOSITION EXHIBIT 10 MARKED.)

 6     Q.   (By Mr. Allen)  And, Mr. Walls, do you

 7  recognize this exhibit?

 8     A.   Yes.

 9     Q.   Can you describe this exhibit?

10     A.   This was my public response after the backlash

11  on July 27th.

12     Q.   And it looks like this is two days after

13  Exhibit 9, correct?

14     A.   Yes.

15     Q.   And in Exhibit 9, you had openly expressed

16  concern for your career due to the backlash.  And two

17  days later at about 10 o'clock p.m., you posted this to

18  Facebook.

19     A.   Yes.

20     Q.   Were there any other venues that you published

21  this document?

22     A.   No, just Facebook.  That's the only social

23  media I have.

24     Q.   And you say -- I'm looking down three, four

25  sentences.  "I had no control over the content of the

Levi Nigen-Xenon Walls      5/18/21

```
 1  journal."
 2       A.    Yes.
 3       Q.    And you also say, "I am guilty of complicity
 4  because I remained in the position after I realized that
 5  my whistleblowing efforts were for naught," right?
 6       A.    Yes.
 7       Q.    And what whistleblowing efforts are you
 8  referring to there?
 9       A.    Going to talk to Brand.
10       Q.    Were there any other whistleblowing efforts you
11  engaged in?
12       A.    No, I just talked to Brand.
13       Q.    And with Brand, you discussed what we've
14  already gone over with regard to those e-mails, correct?
15       A.    Yes.
16       Q.    And you also say at the bottom of that first
17  page, "I feared I could not leave without significant
18  damage to my career."
19       A.    Yes.
20       Q.    Yet now you have left the journal, correct?
21       A.    Yes.
22       Q.    But instead of damage to your career, you just
23  transitioned into a TA-ship, correct?
24             MR. BOHUSLAV:  Objection, leading.
25       A.    I did go into a TA-ship, but the state of my
```

 1  career is yet to be seen, because my career arguably has
 2  not started.
 3      Q.   (By Mr. Allen)  And did you ever approach
 4  Timothy Jackson with these concerns?
 5      A.   No.
 6      Q.   Now, you say here, if I skip down to the next
 7  page, about six lines down, it says, "although after
 8  serious thought, I essentially agreed with Ewell's
 9  talk."  Do you still stand by that statement as true?
10      A.   Yes.
11      Q.   And I'm skipping forward.  "I gave comments to
12  one author, including that they seemed to devalue other
13  fields of study, that they cherrypicked information to
14  make Schenker appear in a better light, and that they
15  confused cultural appropriation with egalitarianism."
16           And then, shortly thereafter, you were told
17  by Timothy Jackson that it was not your job to censor
18  people.  Can you describe those interactions and who the
19  author is you are discussing there, and just the general
20  substance of that conversation or series of
21  conversations?
22      A.   The author I'm discussing is Wiener, Barry
23  Wiener, and they were the one that I gave comments to,
24  specifically about the contents, and they were very
25  displeased with it and forwarded it to Jackson saying

Levi Nigena-Xgnon Walls    5/18/21

1  that, basically, we can't let the other side win.  And
2  the next day, I was told that it wasn't our job to
3  censor people's beliefs in the journal.
4       Q.   And who were you told it wasn't your job to
5  censor beliefs in the journal?
6       A.   Dr. Jackson.
7       Q.   And did you agree with that statement?
8       A.   I did.
9       Q.   You agreed that it was not the job to censor
10  authors of the journal, is that it?
11       A.   I agreed, even though I didn't believe it, but
12  I said, all right, that sounds fine.
13       Q.   And were you ever told that that was a wrong
14  decision?
15       A.   By who?
16       Q.   That's what I'm wondering.  I don't know.  Were
17  you ever told that that was the wrong position to take,
18  that there should have been censorship of people who
19  were expressing views which you've described in this
20  deposition as racist?
21       A.   I mean, I think that there should have been
22  censorship.
23       Q.   Has anyone shared that view with you?
24       A.   I mean, I'm sure a few people have.  People
25  generally believe that the things written in the journal

Levi Nigena-Kenon Walls    5/18/21

1  shouldn't have been able to be published, the racist
2  comments.
3      Q.    So, there was a decision made in the journal
4  not to censor people, correct?
5      A.    Yes.
6      Q.    And was this decision applied both to the pro-
7  Ewell and anti-Ewell papers?
8      A.    Yes.
9      Q.    Was there any impulse within the community of
10  the editorial board to censor the pro-Ewell responses?
11      A.    No.
12      Q.    And, in fact, each one of those that was
13  submitted was published, correct?
14      A.    Yes.
15      Q.    So, do you disagree with Professor Jackson,
16  that it was not your job to censor people?
17      A.    I disagree with Dr. Jackson that it wasn't the
18  job of an editor to censor explicitly racist comments.
19      Q.    And did any faculty members of UNT express that
20  similar view to you?
21      A.    I think Ben Graf agreed with me, when we talked
22  about it, but I didn't really -- except for a few
23  e-mails around this time, I didn't really discuss it
24  very much with other faculty at UNT.
25      Q.    Was there ever any discussion with Andrew

Levi Nigena Kenon Walls    5/18/21

1  Chung?

2      A.    Only in this e-mail, and it was one of the more

3  recent exhibits, there was Chung and Bakulina and

4  Heidlberger, I think, on the -- attached to the e-mail.

5      Q.    And did you discuss it with Ellen Bakulina?

6      A.    Again, only in the context of this e-mail that

7  everyone was attached to.

8      Q.    And how about Diego Cubero?

9      A.    Only in that group e-mail.

10     Q.    You also say, skipping down to the next

11  paragraph, "I was worried about the potential dangers

12  that the journal posed for the College of Music and for

13  rational discourse in music theory."

14              Can you explain what you meant by that?

15  What are the potential dangers that the journal posed

16  for the College of Music and for rational discourse in

17  music theory?

18     A.    Well, the journal's representative of the

19  college, being a journal that's printed out of the

20  College of Music.  And so, really, any -- anything that

21  the journal does wrong will reflect badly on the

22  college, but will also reflect badly on just the field

23  of music theory, in general, which is certainly what

24  happened, considering that Volume 12 of the JSS

25  basically ruins the credibility that -- any credibility

Levi Nigen-Kenon Walls    5/18/21

```
 1  that Schenkerian analysis could ever have.
 2       Q.    So, it's your view that the symposium ruined
 3  the credibility of Schenkerian analysis throughout the
 4  United States?
 5       A.    Absolutely.
 6       Q.    And, therefore, you believe that what the
 7  graduate students eventually called for at UNT, that the
 8  journal be eliminated, that is a worthy goal.
 9       A.    Yes.
10       Q.    And you also say here, "Dr. Jackson was
11  woefully ignorant about politically correct discourse
12  and race relations," right?  Do you see that?
13       A.    Yes.
14       Q.    What do you mean, "politically correct
15  discourse"?  Can you describe what you mean by that?
16       A.    I was thinking specifically of just knowing the
17  very basic terminology around race, like what a person
18  of color is.
19       Q.    And you hold by your previous statement that
20  Timothy Jackson does not know, or at least until this
21  conversation you referred to, did not know what a person
22  of color is.
23       A.    It appeared that way.
24       Q.    Anything else that you consider Timothy
25  Jackson's woeful ignorance of politically correct
```

*Levi Nigenson Walls    5/18/21*

```
 1  discourse?
 2       A.    Well, there were a few instances.  At one
 3  point, when discussing Meyerbeer Opera, he used the term
 4  negro, not necessarily in a case that would have been
 5  warranted historically.  And in another case, he
 6  expressed worry about when he was in school being mugged
 7  by black people when he was carrying around his scores.
 8  That he carried scores around New York a lot, and he
 9  would see black people look at him a certain way and
10  would be worried that he was going to be mugged, which
11  seemed incredibly ignorant.
12       Q.    When was this, like in the 1970s, 1980s, do you
13  know?
14       A.    I don't recall exactly when he went to school,
15  but I would guess 1980s.
16       Q.    Do you know what the crime rates were at that
17  time?
18       A.    Nope.
19       Q.    Do you think there's any objective basis to
20  fear that he might be mugged on the streets of New York
21  in the 1980s?
22       A.    I think that there is a basis to fear mugging
23  anywhere in the U.S., in any state at any time, but not
24  specifically by one group over another.
25       Q.    So, you would believe that it is racist to
```

1  believe that statistics showing that certain groups of

2  people are more likely, on average, to commit crimes

3  than other groups would not be a rational basis for

4  opinions.

5       A.   Yes.

6       Q.   Whether or not those statistics have any basis

7  in reality.

8       A.   Yes.

9       Q.   And that was part of Jackson's woeful ignorance

10  about politically correct discourse, correct?

11       A.   Yes.

12       Q.   And you would believe that any professor, not

13  just Professor Jackson, should hue and observe

14  politically correct discourse, is that your basic

15  belief?

16       A.   Yes.

17       Q.   And is there anything in the category race

18  relations that you believe is included in politically

19  correct discourse that we haven't discussed as part of

20  politically correct discourse?

21            MR. BOHUSLAV:  Objection, vague.

22       A.   Yeah, I'm a little turned around by that

23  question.  Could you rephrase it?

24       Q.   (By Mr. Allen)  Yeah.  Let me strike that

25  question.  What I'm trying to get at, Mr. Walls, is

Levi Nigen-Kennon Walls      5/18/21

1  we've discussed politically correct discourse, and you
2  say in your sentence, politically correct discourse and
3  race relations.  What I'm trying to ask you is, what are
4  you referring to in the phrase "race relations" that we
5  have not discussed in terms of politically correct
6  discourse?
7      A.    I suppose just defining race relations would be
8  the really relating to societal structure, including
9  things like hegemony, like which classes of people tend
10 to get resources and which don't.  That's, I think, what
11 I meant by race relations.
12     Q.    So, differences in the distribution of wealth,
13 is that what you mean?
14     A.    Yes, among other things.
15     Q.    What other factors do you mean by hegemony?
16 I'm really unsure what hegemony means.
17     A.    Just basically the status quo.  In this case,
18 the -- really the uneven distribution of wealth
19 following as -- what's the word -- as a consequence of
20 an entire group of people having been enslaved 200 years
21 ago.
22     Q.    And by that, you mean black Americans.
23     A.    Yes.
24     Q.    And anything else you mean by hegemony in race
25 relations?

1    A.    I suppose not.

2    Q.    You also say -- I'm skipping down yet again to

3  the bottom of that page -- "I feared retaliation from

4  Timothy Jackson because" -- let me start that again.  "I

5  feared retaliation from Timothy Jackson: He is an

6  incredibly well-connected and influential figure in

7  Schenkerian circles."

8              So, I think you had expressed in that first

9  text message thread with Christopher Segall that you

10 feared retaliation, correct?

11   A.    Yes.

12   Q.    And you're repeating that fear here.

13   A.    Yes.

14   Q.    And I believe that this being July 27th is

15 approximately the same time frame, is that correct?

16   A.    Yes.

17   Q.    And we established already that you can't

18 really identify any specific incident in which you were

19 retaliated against, correct?

20   A.    No.  Because I was very careful not to give him

21 reason to retaliate against me up until that point.

22   Q.    So, your position is that you might have been

23 retaliated against, but for not saying things or

24 something of that nature.

25   A.    I was sure I would have been.

*Levi Nigena/Kenon Walls    5/18/21*

```
 1        Q.    What made you sure?
 2        A.    Talking to people who have been retaliated
 3   against, and just knowing -- just how he is, in terms of
 4   getting his own way about things.
 5        Q.    Who had Timothy Jackson retaliated against in
 6   the past?
 7        A.    Yiyi Gao.
 8        Q.    Anyone else you can think of?
 9        A.    I don't remember her last name, but a previous
10   Schenker RA, Rachel something.
11        Q.    Would it be Rachel Gain?
12        A.    It was not Rachel Gain.
13        Q.    So, you can't remember the name of this other
14   Schenker RA?
15        A.    I don't recall her last name.  We never really
16   spoke in person.  I was just told about their problems
17   from another person, David Falterman, who also
18   expressed -- expressed grievances about retaliation.
19        Q.    David Falterman?
20        A.    David.
21        Q.    David.
22        A.    Yeah.
23        Q.    Can you spell his last name, if you know it?
24        A.    F-A-L-T-E-R-M-A-N.
25        Q.    And would the Rachel be Rachel Anderson, by any
```

Levi Nigenda-Kennon Walls     5/18/21

1   chance?

2        A.    I'm really not sure.

3        Q.    So, you can't identify the second person,

4   correct?

5        A.    I just simply don't remember their last name.

6        Q.    And you knew about it only through other people

7   telling you things.

8        A.    I knew about it through David, who talked to

9   them.

10       Q.    And do you know if David Falterman -- if David

11  Falterman experienced any retaliation?

12       A.    He said that he did, although he didn't go into

13  detail.

14       Q.    And do you know any of the details about the

15  supposed retaliation against the Schenker RA?

16       A.    I don't know the specific details.

17       Q.    How about Yiyi Gao, what do you know about

18  supposed retaliation against this individual?

19       A.    That one, I know more about.  I know that there

20  was a point where they were asked to keep typesetting

21  materials after an independent study had ended, and they

22  couldn't because they were going home to see family.

23  And when they said that, Dr. Jackson retroactively

24  changed their passing grade to a failing grade.

25       Q.    And do you know if this is documented anywhere?

1    A.    I'm sure it is because the issue was, as I
2    understand, taken up with administration.
3    Q.    So, this was vetted with the administration, as
4    far as you know?
5    A.    As far as I know.
6    Q.    Do you agree that a student should not get a
7    passing grade for work that's not passing?
8    A.    But the work was passing.  That's why I got a
9    passing grade.
10    Q.    How do you know that?
11    A.    Because I got a passing grade.
12    Q.    I thought you said it was changed from a
13    passing to failing grade.
14    A.    It was changed from a passing to failing grade,
15    when the student didn't do what they wanted -- what Dr.
16    Jackson wanted.
17    Q.    What was that?
18    A.    To keep typesetting materials after the
19    independent study had ended.
20    Q.    So, your view is or your understanding of this
21    so-called retaliation was requiring a student to keep
22    typesetting work after a semester had ended for which
23    they got a passing grade.
24    A.    Yes.  A student should not be ordered to
25    continue work that they are no longer getting school

Levi Nigena Xenon Walls    5/18/21

1  credits for.

2      Q.    So, she should have got a non-passing grade and

3  not have been afforded the opportunity to finish that

4  work.  Is that what you understand?

5      A.    They got a passing grade because I assume they

6  finished the work or else they wouldn't have gotten a

7  passing grade.  It's only when they refused to keep

8  doing work that they were given a failing grade.

9      Q.    Do you have any knowledge of whether the work

10 up to that point was unsatisfactory or not?

11     A.    No.  I assume it was just by virtue of the fact

12 that it was given a passing grade.

13     Q.    So, the basic point is, you don't really

14 understand the circumstances that led to this passing

15 grade supposedly being given, correct?

16     A.    I don't know all the circumstances, I just know

17 that it was wrong.

18     Q.    And did you hear this from Yiyi Gao directly?

19     A.    I don't remember who I heard it from.  It might

20 have been from Yiyi, or it might have been from a mutual

21 friend.

22     Q.    So, you can't identify now where you heard

23 this.

24     A.    I think it was Yiyi, I'm just not 100 percent

25 certain.

1      Q.    Do you remember when you talked to her?

2      A.    I remember it was around Christmas sometime.

3      Q.    Christmas 2019?

4      A.    I think it was before that.

5      Q.    Of the previous year, Christmas 2018?

6      A.    I want to say it was Christmas 2018, but I'm

7   very uncertain.

8      Q.    And what did Yiyi Gao say or do that caused

9   Timothy Jackson to retaliate against her?

10     A.    She refused to keep doing work after her

11   independent study had ended.

12     Q.    Was there any indication that she disagreed

13   with Timothy Jackson, and that caused him to retaliate

14   against her?

15     A.    Disagreed with him about what?

16     Q.    I don't know.  How do you define retaliation,

17   Mr. Walls?

18            MR. BOHUSLAV:  Asked and answered.

19            MR. STOWERS:  Let's take a break.

20            MR. ALLEN:  You want a break?

21            MR. STOWERS:  Yeah, let's take a break.

22            MR. ALLEN:  Yeah, we can take a break.

23            (OFF THE RECORD FROM 3:10 TO 3:14 P.M.)

24            (DEPOSITION EXHIBIT 11 MARKED.)

25     Q.    (By Mr. Allen)  Mr. Walls, I've had an exhibit

Levi Nigem Xenon Walls    5/18/21

 1  pre-marked as Exhibit No. 11, and I'm handing you a copy

 2  of that right now.  And I'm going to -- before you

 3  examine this, I'm going to ask you a question.  Do

 4  you -- are you aware that Philip Ewell of Hunter College

 5  has characterized Beethoven as a mediocre classical

 6  musician?

 7      A.    Yes, I think I heard that.

 8      Q.    And are you aware of his argument that

 9  Beethoven's prominence in the canon of classical music

10  is another example of the white racial frame which he

11  identifies as racist?

12      A.    Yes.

13      Q.    And could you examine this document, please,

14  and tell me if you recognize it?

15      A.    Yes, I recognize it.

16      Q.    And what are you saying to Professor Jackson in

17  this document?

18      A.    He was talking about some Beethoven work, and I

19  said I'd be interested in seeing it, although at the

20  time, I wasn't because I had a lot going on, but I

21  wanted to be nice.  And near the end of that paragraph,

22  I say that it's important to continue studying

23  Beethoven, and that something valuable might come out of

24  it.  And I said it would be a shame if Beethoven

25  research stopped entirely, which is true.

Levi Nigenon Walls    5/18/21

```
 1              I don't think that we should stop studying
 2    any one person entirely, but I've long had grievances
 3    over the just absolute inundation of music theory and
 4    musicology with work on Beethoven or, really, any single
 5    figure.
 6       Q.   Do you think studying Beethoven makes someone
 7    racist?
 8       A.   I don't think studying Beethoven makes someone
 9    racist.
10              MR. ALLEN:  And I'll mark another exhibit,
11    please, as Exhibit 12.
12              (DEPOSITION EXHIBIT 12 MARKED.)
13       Q.   (By Mr. Allen)  Do you recognize this document,
14    Mr. Walls?
15       A.   I recognize it.  I don't recall it as much as
16    the previous one, but I can tell that it's my writing.
17       Q.   And, again, you're discussing, for lack of a
18    better term, some of the classics in your field, right,
19    things like Rilke, Ophelia, and so forth, correct?
20       A.   Yes.
21       Q.   And I want to call your attention to the last
22    paragraph, and it says, "This talk of English literature
23    reminds me.  Would you mind signing my degree plan?
24    Just the "major professor" line near the bottom of the
25    front page.  You'll have to do it electronically, which
```

Levi Nigem Kanon Walls    5/18/21

```
 1  should be straightforward," and so forth.  Do you
 2  remember writing that to Professor Jackson?
 3       A.   Yes.
 4       Q.   Can you describe what you're asking him to do
 5  in this last sentence -- the last few sentences?  Excuse
 6  me.
 7       A.   I'm asking him to sign my degree plan.
 8       Q.   Why do you need Professor Jackson to sign your
 9  degree plan?
10       A.   Because he was still my major professor.
11       Q.   So you were asking him to sign your degree plan
12  as your major professor?
13       A.   Yes.
14       Q.   What's a major professor?
15       A.   The major professor is just the primary
16  professor that you do work under, and would serve as the
17  head of the committee when you do your dissertation.
18       Q.   Is that synonymous with dissertation advisor?
19       A.   I don't know if it is.  I assume it is.  I
20  would imagine it's synonymous.
21       Q.   It's sort of the -- is it the single professor
22  who is your chief mentor among the faculty for the
23  purpose of your dissertation?
24       A.   Yes.
25       Q.   And what's the date of this e-mail?
```

1    A.    May 19th, 2020.

2    Q.    So this is well after you were concerned,

3 apparently, according to your Facebook post, that

4 Professor Jackson had produced disgusting viewpoints in

5 the symposium, correct?

6    A.    Yes.

7    Q.    And yet you still asked him to be the major

8 professor for your degree plan, correct?

9    A.    Yes.

10                (DEPOSITION EXHIBIT 13 MARKED.)

11    Q.    (By Mr. Allen)  I'm going to ask you if you are

12 aware of this document, or if you recognize it, Mr.

13 Walls?

14    A.    I'm aware of it.  I remember when it was sent

15 to me, and I read through it briefly.

16    Q.    So, you did receive Exhibit 13, correct?

17    A.    That's this one?

18    Q.    It is.

19    A.    Yes.

20    Q.    And I only ask because I don't see your e-mail

21 or name on the "To" line or the "cc" line, but you do --

22 you do acknowledge that you received this and examined

23 it at some point, correct?

24    A.    I think so.  I think I remember somebody

25 sending it to me.  Maybe it was Graf.

Levi Nigenanon Walls    5/18/21

```
 1        Q.    And how would you describe this document, Mr.
 2   Walls?
 3        A.    So, the document is just laying out the duties
 4   of the center or the Center for Schenkerian Studies RA.
 5        Q.    And it says, in fact, "Center for Schenkerian
 6   Studies - Research Assistant Position Description,"
 7   correct?
 8        A.    Yes.
 9        Q.    And so, is it fair to characterize it as a job
10   description?
11        A.    Sure.
12        Q.    And do you see where it says, "Editor, Journal
13   of Schenkerian Studies"?
14        A.    Where?
15        Q.    There's a Roman Numeral I, and it says,
16   "Editor, Journal of Schenkerian Studies."
17        A.    Yes.
18        Q.    And this was a fair description of your job as
19   the graduate student editor of the Journal of
20   Schenkerian Studies, correct?
21        A.    I don't remember what it says.  Could I read
22   it?
23        Q.    Please.
24        A.    Yeah.  That first paragraph, it talks about
25   communicating with reviewers and, you know, doing the
```

Levi Nigerian-Kenon Walls    5/18/21

```
 1  administrative tasks, like talking to authors about like
 2  formatting and like copy editing, and then following the
 3  style guide.
 4       Q.   And do you see the first sentence, "solicit
 5  articles, reviews and other special contributions for
 6  each issue of the journal."  You see that?
 7       A.   Yes.
 8       Q.   And that was also understood to be a part of
 9  your position, to solicit articles, reviews and other
10  special contributions, correct?
11       A.   Yes.  Although some articles, especially when
12  it came to the plenary, were sent not to me but directly
13  to Dr. Jackson, so I didn't necessarily solicit those.
14       Q.   And it's -- but it's part of the editorial
15  duties to solicit journal articles, correct?
16       A.   Yes.
17       Q.   And I understand maybe you didn't solicit every
18  article in any particular volume, but soliciting
19  articles is nothing unusual for the Journal of
20  Schenkerian Studies, correct?
21       A.   Yeah, correct.
22       Q.   And you see that this was apparently circulated
23  by Benjamin Brand around December 19th, 2019, right?
24       A.   Yes.
25       Q.   Did you receive this, incidentally, from
```

Levi Nigem Xanon Walls    5/18/21

 1  Benjamin Brand?

 2      A.    I don't recall who I received it from.  If it

 3  wasn't from Benjamin Brand, it was from Benjamin Graf.

 4      Q.    Do you have any knowledge that anyone objected

 5  to this job description?

 6      A.    Not to my knowledge.

 7      Q.    Did anyone suggest that it wasn't legitimate to

 8  solicit articles for the JSS?

 9      A.    No.

10      Q.    And you never heard Benjamin Brand voice any

11  criticism of the way the editorial position was

12  organized, in terms of your position there when you

13  transitioned into that role after Benjamin Graf

14  departed, did you?

15      A.    Around what time?

16      Q.    I think we'll get to that.  I'm not aware of

17  the specific date.  I think there's a document that

18  shows it.  But let me ask you, when do you remember

19  taking up the role of student editor, and Benjamin Graf

20  essentially stepping down?

21      A.    I mean, Benjamin Graf didn't step down until

22  after Volume 12 was done.  We did it together, although

23  I did a lot of the typesetting and administrative

24  duties.  But I know I started the position during the

25  summer before that academic year, so that would have

Levi Nigenanon Walls    5/18/21

1  been -- that would have been my second year in a Ph.D.,
2  so summer of 20 -- no, summer of 2019?
3       Q.   Was it before this job description was
4  circulated or after?
5       A.   I mean, must have been before.  I know it was
6  in the summer, and summer of 2020 seems like it would be
7  too late.
8       Q.   And just to repeat my question, though, you
9  don't remember any discussion about illegitimacy of
10 soliciting articles for the JSS as an editorial duty, do
11 you?
12      A.   No.
13      Q.   Do you remember any discussion or criticism of
14 soliciting special contributions?
15      A.   No.  There just wasn't much discussion about
16 this document.  It was just sent to me, and I was told
17 to read it.
18      Q.   Were you aware that Benjamin Brand had been
19 directly involved in working out this job description?
20      A.   I didn't know who put it together.
21      Q.   Did you raise any objections to the job
22 description, incidentally?
23      A.   No.
24                (DEPOSITION EXHIBIT 14 MARKED.)
25      Q.   (By Mr. Allen)  So, I've had this marked as

1  Exhibit 14, Mr. Walls.  Can I ask you to read this

2  document, and ask you whether you're familiar with it?

3      A.    I'm not familiar with it.  I know that Dr. Graf

4  did the -- like the stuff with the bios and the

5  contributor agreements, but I never saw this e-mail.

6      Q.    And this is sent from the Schenker@UNT.edu

7  e-mail account, correct?

8      A.    Oh, yes.

9      Q.    Do you see that in the March 14, 2020 line,

10  10:00 p.m., Schenker@UNT.edu?

11      A.    Yes.

12      Q.    And it's signed by Ben at the end, and you

13  believe that's Benjamin Graf, correct?

14      A.    I assume.

15      Q.    Now, looking at a sentence that's on the top of

16  the second page, it says, "the additional content that

17  we collected this winter following Ewell's SMT plenary

18  makes a great addition to an already remarkable

19  publication."  Do you see that?

20      A.    Yes.

21      Q.    Do you remember Benjamin Graf expressing to you

22  those viewpoints?

23      A.    No.

24      Q.    Do you have any reason to believe he would lie

25  about that?

```
1              MR. BOHUSLAV:  Objection, calls for
2   speculation.
3        A.    I don't think that he would -- it's not really
4   lying, per se, in this e-mail.  It's just that this is
5   how he conducts himself in -- or how he seemed to
6   conduct himself in journal-related correspondences.
7   He's just a very positive person.
8        Q.    Did you ever -- let me -- strike that.
9              Did you view Benjamin Graf as a mentor to
10  you, in the position as student editor of the JSS?
11       A.    Yeah.  I mean, if I had questions, I asked him.
12       Q.    Did you have a fear of retaliation from
13  Benjamin Graf, for any reason?
14       A.    No.
15       Q.    Do you see at the bottom, it says, Ben Graf
16  wrote to Barry Wiener.  "Thank you, Barry!  I should
17  note that I enjoyed reading your response to Ewell."  Do
18  you see that?
19       A.    Yes.
20       Q.    Do you know if Benjamin Graf expressed any
21  criticism of Barry Wiener for being racist concerning
22  his contribution to the journal?
23       A.    Yes.
24       Q.    And what -- in what communication did he
25  communicate that to Barry Wiener?
```

Levi Nigena/Vernon Walls    5/18/21

```
 1        A.    I don't know if he communicated it to Barry
 2   Wiener.  It was just in a conversation between us, we
 3   talked about how we didn't care for Wiener's response.
 4        Q.    But yet here he said, "Thank you, Barry!  I
 5   should note that I enjoyed reading your response to
 6   Ewell," correct?
 7        A.    Yes.
 8        Q.    Do you remember when this conversation was that
 9   you discussed Barry Wiener's supposed racism amongst
10   ourselves, as you said?
11        A.    I don't recall exactly when it was.  It was
12   probably around February 2020.
13        Q.    Was that in a timeframe that you went to talk
14   to Benjamin Brand?
15        A.    I think it would have been after that.
16        Q.    Incidentally, there is a -- there was an
17   incident discussed by the ad hoc panel in which you
18   apparently sat in Timothy Jackson's car and discussed
19   censorship on the journal.  Do you remember that
20   discussion?
21        A.    Yes.
22        Q.    All right.  Can you describe that meeting in
23   its entirety?
24        A.    I was on my way to my office, which was in
25   Bain, so I was crossing the parking lot, and we ran into
```

1  each other.  And I don't remember what struck up the

2  conversation, I'm sure it was either about analysis or

3  the journal, and -- but it began to lightly snow, and he

4  suggested we go in his car.  I, of course, didn't

5  object.  And in the car, we talked about -- I know we

6  talked about Suzanne Clark's contribution, and I think

7  that's how we got onto the topic of just general

8  contributions that we didn't agree with.

9            And he said that we shouldn't censor

10  people's -- the contents of people's writing.  And

11  considering that this was the day after my exchange with

12  Wiener, I assumed that it was in relation to that, as I

13  was expecting to be approached about that communication.

14      Q.   Were you ever approached about your

15  communications with Barry Wiener?

16      A.   Not explicitly, but I took this communication

17  in the car to be directly related to that.

18      Q.   And we discussed censorship before, and you

19  said to me -- you, at least at that time, agreed that it

20  wasn't the job of the editor to censor the authors,

21  correct?

22      A.   I told him I agreed.  I didn't actually agree.

23  I just said that I agreed because that was what he

24  wanted.

25      Q.   So, you lied, in other words.

Levi Nigen/Anon Walls    5/18/21

```
1        A.    Yes.
2        Q.    And Suzanne Clark, was that the name of the
3   author you remember discussing directly?
4        A.    Yes.
5        Q.    Was she pro or anti-Ewell?
6        A.    She was pro-Ewell.
7        Q.    So, this discussion about censorship you had in
8   the car was actually about Suzanne Clark, not about
9   Barry Wiener.  Am I understanding that correctly?
10       A.    It started out about Suzanne Clark, and the way
11  I remember the conversation, it tilted more about the
12  responses, in general.
13       Q.    Was the clear message that you shouldn't censor
14  Suzanne Clark, as well?
15       A.    Yes.
16       Q.    And now you believe that was wrong, that you
17  should have censored people like Wiener, but not
18  censored people like Clark.
19       A.    I don't think there's anything in Clark's
20  response that merited censorship.
21       Q.    But my question was, now you believe
22  differently, that you should have censored people like
23  Barry Wiener and not censored people like Clark,
24  correct?
25       A.    I always believed that Barry Wiener should have
```

Levi Nigem Xyson Walls    5/18/21

 1  been censored.

 2       Q.   So that vitriolic opinions that were anti-

 3  Ewell should have been censored, correct?

 4       A.   If they were racist, then I believed that they

 5  should be censored, because that's not something that

 6  should have a place in a respected academic journal.

 7                 MR. ALLEN:  Can I have that marked as an

 8  exhibit?  That will be Exhibit 15.

 9                 (DEPOSITION EXHIBIT 15 MARKED.)

10       Q.   (By Mr. Allen)  Do you recognize this e-mail,

11  Mr. Walls?

12       A.   Yes.

13       Q.   Can you identify who this e-mail is to?

14       A.   This e-mail is to Jack Boss.

15       Q.   I have to admit that's an awesome name to have,

16  don't you agree?  He is definitely the boss.  He seems

17  to be at the University of Oregon, is that correct,

18  given his e-mail?

19       A.   Yes.

20       Q.   What position does he have at the University of

21  Oregon?

22       A.   Well, it says here, Professor of Music Theory

23  and Composition.

24       Q.   Was he a contributor to the symposium?

25       A.   Yes.

1      Q.    And I see that he is the Chair of SMT
2   Publications Committee.  Do you see that?
3      A.    Yes.
4      Q.    Do you know what he does in that position?
5      A.    I don't really, no.
6      Q.    And was his contribution published?
7      A.    Yes.
8      Q.    Was his contribution censored in any way?
9      A.    No.
10      Q.    Were there substantive critiques of his
11   position by Timothy Jackson that he was forced to
12   incorporate into his contribution?
13      A.    Could you -- sorry.  Could you ask that again?
14      Q.    Were there any substantive critiques of Jack
15   Boss' pro-Ewell contribution that he was forced to
16   incorporate from Timothy Jackson?
17      A.    Not that I know of.
18      Q.    Do you recall at any time getting any
19   communication from Jack Boss objecting to the way in
20   which the symposium was put together?
21      A.    No.  The few times we spoke, it was just about
22   the typesetting of this example and probably some like
23   general copy editing stuff.
24      Q.    And before July 2020, did he object to the call
25   for papers?

Levi Nigson Xyron Walls    5/18/21

```
 1        A.    Not that I know of.
 2        Q.    Did he object to Philip Ewell not being
 3   directly invited?
 4        A.    Not that I know of.
 5              (DEPOSITION EXHIBIT 16 MARKED.)
 6        Q.    (By Mr. Allen)  Do you recognize this e-mail
 7   string, Mr. Walls?
 8        A.    Yes.  But I need to re-read it to remember
 9   exactly what was in it.
10        Q.    Please.  Take as much time as it requires to
11   get familiar with the document.
12        A.    All right.
13        Q.    Do you recall this e-mail exchange?
14        A.    Yeah.
15        Q.    Who was Pelligrin?  Am I pronouncing that
16   correctly?
17        A.    I assumed it was Pelligrin, but it could be
18   either.
19        Q.    I'm sure you're correct.  Pelligrin?  What's
20   the first name of this individual?
21        A.    Rich.  I'm sure it's Richard, but he goes by
22   Rich.
23        Q.    Do you know what Rich Pelligrin's position is?
24        A.    I don't.  I assume he's at a university.
25        Q.    And you don't know where he works or what he
```

*Levi Nigam Xavion Walls    5/18/21*

1  does, then?

2      A.    I mean, I think he's a music theorist, but I

3  don't know where he worked.

4      Q.    And was he a contributor to the symposium?

5      A.    Yes.

6      Q.    Was he a pro or anti-Ewell contributor?

7      A.    From what I recall, he was kind of in the

8  middle, so I'm not sure it would be correct to call him

9  a pro-Ewell or an anti-Ewell.

10      Q.    And do you see the e-mail that's March 13th,

11  2020, from you?

12      A.    Yap.

13      Q.    That's your UNT e-mail account, right?

14      A.    Yeah.

15      Q.    And you discuss, "Rich and I discussed his

16  response when I sent notes."  Was this discussion with

17  Rich Pelligrin about something substantive in his

18  article?

19      A.    It was mainly about just like clarity related

20  things, you know, copy editing.  I don't recall

21  everything that we talked about, but generally, when I

22  talk to contributors, it was not focused on content, but

23  rather on just like arguments, structure and like

24  rhetoric.

25      Q.    And, in fact, you say, "minor rhetorical

1  additions," but also, you add, "that better connects the

2  defense of hierarchy to Ewell's ideas."  Could you

3  describe what ideas you were referring to there in

4  Philip Ewell's work?

5       A.   I assume -- I assume I meant the idea in

6  Ewell's lecture that the white racial frame translates,

7  in some cases, into a concern for hierarchy in analysis.

8       Q.   What kind of analysis?

9       A.   Musical analysis.

10      Q.   And what's wrong with that?

11      A.   I mean, at one point, I thought that there was

12  nothing wrong with that, that, you know, hierarchy was

13  just a standard part of music, but having taken other

14  classes since then, including a class on music and

15  gender and an ethnomusicology course, it seems as though

16  the implicit inherent connection of music with hierarchy

17  is incredibly western.

18            And you could argue for hierarchy in

19  non-western music, but you could also argue that in some

20  non-western music that there isn't a sense of hierarchy,

21  and yet the fact that we immediately look for hierarchy

22  in all music just could be problematic.

23      Q.   And what do you mean by "problematic"?  Do you

24  mean racist?

25      A.   Yes.

*Levi Nigem Brandon Walls    5/18/21*

1    Q.    So, problematic is kind of a synonym among the

2  graduate students for racist, correct?

3              MR. BOHUSLAV:   Objection.

4    Q.    (By Mr. Allen)   You're a graduate student, are

5  you not, Levi Walls?

6    A.    Levi.

7    Q.    I apologize.   You're a graduate student, Levi

8  Walls, correct?

9    A.    Yes.

10    Q.    And so you understand the politically correct

11  discourse as you put it in your Facebook post amongst

12  the graduate students, do you not?

13    A.    I have a good understanding of it.   It's

14  difficult to have a complete understanding of

15  politically correct discourse as it's an ever shifting

16  thing.

17    Q.    And you're a direct participant in that

18  discourse as a graduate student, are you not, Mr. Walls?

19    A.    Sure, yeah.

20    Q.    So, it doesn't call for speculation to ask you

21  whether problematic in this discourse means racist, does

22  it?

23    A.    I did mean racist.   Problematic, I think for a

24  lot of people, is just a synonym for racist.

25    Q.    Thank you.   Wouldn't you agree these are

*Levi Nigen Xenon Walls    5/18/21*

1  substantive conversations about Professor Ewell's

2  plenary discussion in the SMT paper in 2019?

3       A.    I mean, they're somewhat substantive.  From

4  what I recall, just this bringing up the, you know,

5  connection of like hierarchy to Ewell's ideas, I think

6  it was just something that he was already talking about

7  that I thought he could flesh out in some way.

8       Q.    And yet, it says here, at least in your words,

9  he expressed discomfort towards pushing back too much

10 against Ewell, specifically because he didn't want his

11 response to be misconstrued as racist, correct?

12      A.    Yes.

13      Q.    And that goes to the heart of the substance of

14 his piece, does it not, Mr. Walls?

15      A.    What do you mean?

16      Q.    Well, it seems to me you're discussing the

17 substantive issue of hierarchy in Ewell's ideas, and he

18 doesn't want to go too far towards pushing back against

19 Ewell because he will be misconstrued as a racist,

20 correct?

21      A.    Yeah, that's what he told me.

22      Q.    And that seems to be a substantive point, not a

23 purely rhetorical point, is it not?

24      A.    I wasn't telling him one way or the other to --

25 you know, he just told me that he liked to do it a

1 certain way, and I said I understood.

2       Q.    And, of course, you didn't want to exercise

3 censorship, correct?

4       A.    I found no reason to censor his work, so I

5 wouldn't have wanted to, if I could.

6       Q.    Did you push him toward rhetorical changes that

7 might lead him to, as you put it here, push back more

8 against Ewell than he actually did?

9       A.    If I did, I didn't mean to.  I didn't really

10 want him to push back more against Ewell than he already

11 did.  I knew that he pushed back a little bit, so I

12 think what I suggested was just, you know, in support of

13 what his argument already was.

14      Q.    And did you consider this a normal part of your

15 editorial work?

16      A.    Mostly.  I mean, it was a little bit more than

17 I would normally do, because most of the time, I was

18 just concerned with copy editing and argumentative

19 structure, but this one got a little bit closer to

20 content.

21      Q.    And at the end of that e-mail, you say, "yes,

22 the idea that Schenkerian analysis inherently ignores

23 parts of an analysis that don't fit into the fundamental

24 structure is a severe misunderstanding."  Do you see

25 that?

1      A.    Yes.

2      Q.    And I confess, I'm going to ask you to explain

3  it to me.  I just don't understand enough about

4  Schenkerian analysis to understand what you're

5  discussing there.  So, can you try to put that in terms

6  a layperson can understand?

7      A.    Let me just re-read that part to remind myself

8  of the context.  Okay.  Yeah, so, there's a common

9  argument expressed or criticism expressed towards

10 Schenkerian analyses that say they ignore parts of an

11 analysis that don't fit the fundamental structure, the

12 ersatz that you find in the backgrounds, the things that

13 theoretically exists at the background of most tone

14 music, according to the Schenkerian perspective.

15            And I expressed the view that it was a

16 slight misunderstanding, because a lot of good analyses

17 talk about how pieces don't adhere to that structure.

18     Q.    Are those kinds of judgments used to make

19 distinctions between music and some sort of hierarchal

20 system that refers to inferior as opposed to superior

21 music?

22     A.    It could be.  Because, generally, music that

23 kind of, you know, stands out from the crowd by doing

24 something novel, is -- has historically been interpreted

25 as more deserving of value.  And so a piece that's --

1  purposefully doesn't adhere to a structure could be seen

2  in that light.

3          (DEPOSITION EXHIBIT 17 MARKED.)

4      Q.    (By Mr. Allen) This is an e-mail from

5  February 13th, Mr. Walls.  Do you recognize this?

6      A.    Yes.

7      Q.    And you were a recipient of it, is that

8  correct, or did you send it?  It's not clear to me.

9      A.    I mean, this was something I sent because it's

10 my writing, but I don't remember who started the thread.

11     Q.    And who was the target of censorship discussed

12 in this e-mail?

13     A.    And there wasn't targeted censorship, we were

14 just talking about the Clark, Beaudoin and Lett, which

15 weren't -- were anti-Schenkerian.

16     Q.    So, they were pro-Ewell pieces, correct?

17     A.    Yeah.

18     Q.    And you thought it was important to publish

19 them without censorship, correct?

20     A.    Yes.

21     Q.    We wouldn't want the JSS account of the debate

22 to appear one-sided.  That was your goal, correct?

23     A.    Yes.

24     Q.    And what was Timothy Jackson's response to this

25 impulse amongst the editorial staff not to censor the

1    pro-Ewell viewpoints?

2         A.    Not to censor -- I don't recall, specifically,

3    but I know that he wasn't in favor of censoring any of

4    the contributions.

5         Q.    And isn't this about the time that you had that

6    meeting in the car with Professor Jackson?

7         A.    Yes.

8         Q.    And, in fact, some of the same authors are

9    being discussed, correct?  In particular, Clark?

10        A.    Yes.

11        Q.    And I'm going to say Beaudoin is the

12   pronunciation of that name.  Am I wrong?

13        A.    Oh, I have no idea.  I've never had to say it

14   out loud really.  Beaudoin maybe.

15        Q.    And do you know that individual's first name?

16        A.    I think it was Richard.

17        Q.    And Lett, the first name of that individual?

18        A.    Stephen.

19        Q.    And these, as you said, were all pro-Ewell

20   papers, correct?

21        A.    Yes.

22        Q.    The other papers that you have received,

23   Wiener, Pomeroy, Wen, Cadwallader, et cetera, those were

24   anti-Ewell pieces?

25        A.    Yes.

Levi Nigem Jackson Walls    5/18/21

1      Q.    And are those pieces you now consider to be
2    racist?
3      A.    I consider Wiener's to be, but Pomeroy's I
4    thought was pretty objective and rational.  Wen and
5    Cadwallader I think ended up not submitting responses.
6      Q.    So, was that because they were censored, or
7    because they just simply pulled out?
8      A.    I think they just pulled out for whatever
9    reason.  I don't really know exactly.
10            (DEPOSITION EXHIBIT 18 MARKED.)
11      Q.    (By Mr. Allen)  This is a document I think
12    you'll be familiar with.  Do you recognize this
13    document, Mr. Walls?
14      A.    Yes.
15      Q.    Can you describe this document?
16      A.    So, this is the call for the symposium, and
17    above that, we were having trouble with the SMT list.  I
18    think because neither of us were subscribed to it, we
19    couldn't post to it.
20      Q.    So the paper wasn't immediately -- excuse me --
21    the call for papers wasn't immediately circulated to the
22    SMT list, is that it?
23      A.    It took a few days, from what I remember.
24      Q.    And that delay was caused by the SMT, is that
25    correct?

1      A.     I mean, I wouldn't say it was caused by SMT.
2  It's just we had some like tech difficulties with
3  accessing SMT lists.
4      Q.     Was the delay -- was the delay motivated in any
5  way to give pro-Ewell respondents less time to write
6  contributions to the symposium?
7      A.     No.
8      Q.     And can you describe for me the process by
9  which you worked out the call for papers, which I
10 believe is the third e-mail or statement on this
11 document that begins, Journal of Schenkerian Studies,
12 Volume 12, 2019, Call for Papers, starting on what's
13 Jackson 0083?  Do you see that?
14     A.     Yeah.
15     Q.     Is this the final form of the CFP that was sent
16 out?
17     A.     I think this was the final form.
18     Q.     Can you describe, then, the process by which
19 this call for papers was generated?
20     A.     I know that Dr. Graf and I talked about it, and
21 there was some discussion in an e-mail thread with
22 Jackson and Slottow and, also, I think we sent it to
23 Chung, Bakulina and Cubero to get some like -- just like
24 second opinion, and I think it went like a draft or two,
25 and this is just the final draft.

1          Q.    You mentioned Andrew Chung.

2          A.    Uh-huh.

3          Q.    You mentioned Ellen Bakulina, and you mentioned

4    Diego Cubero, right?

5          A.    Yes.

6          Q.    And they were all direct participants in

7    generating this call for papers, correct?

8          A.    I wouldn't say they were direct participants.

9    We just sent them a version of the call and asked if

10   they had any comments, and all of them might not have

11   even commented.  I remember that Bakulina said

12   something, although I don't remember what it was, and

13   I'm not sure if Chung or Cubero had input.

14         Q.    Do you remember any of them objecting that the

15   symposium was racist before -- let me put it this way:

16   Do you remember any of them objecting that the symposium

17   was racist, before July 2020?

18         A.    Not based on this call.

19         Q.    Do you remember that any of them objecting that

20   the call for papers wasn't being sent, individually, to

21   Philip Ewell?

22         A.    No.  It didn't come up.

23         Q.    Do you remember any of them objecting that the

24   call for papers was sent too late?

25         A.    No.

1        Q.    Do you remember any of them objecting to power

2   structures within the journal that was related to your

3   editorial role?

4        A.    Nope.

5              (DEPOSITION EXHIBIT 19 MARKED.)

6        Q.    (By Mr. Allen)  So, I've marked this as Exhibit

7   No. 19, Mr. Walls.

8        A.    Sorry.  It's lengthy, so I just need a few

9   minutes.

10       Q.    I understand.  Please take the time you need.

11  I don't want you to answer questions about a document

12  you're not familiar with.

13             MR. ALLEN:  Gentlemen, by my watch, it's

14  almost 4 o'clock.  Should we take a break?  And I'll

15  leave the witness with this document, and he can take it

16  and read it, and I can maybe get some water and go to

17  the bathroom.  Any objection?

18             MR. BOHUSLAV:  That's fine.

19             MR. ALLEN:  Shall we go off the record?

20             (OFF THE RECORD FROM 3:58 TO 4:04 P.M.)

21       Q.    (By Mr. Allen) So, Mr. Walls, I want to start

22  at the beginning, which in this case for Exhibit 19 is

23  at the end of the document, but the beginning in time of

24  the messages.  I want to call your attention to, on page

25  Jackson 0076, there's a message that starts "From:

 1  Benjamin Graf.  Dear Diego and all."  Do you see that?
 2      A.    Yes.
 3      Q.    And you were a recipient of this e-mail,
 4  correct?
 5      A.    Yes.
 6      Q.    Do you recall this e-mail?
 7      A.    Yeah.
 8      Q.    And what is the point of this e-mail in the
 9  discussion leading up to the publication of the
10  symposium?
11      A.    So, Graf is saying that he agrees with point 2
12  about changing Schenkerian community to theory
13  community.  And then, he's talking about the deadline.
14  Hold on.  I'm just finding the next page.  That would be
15  777?
16      Q.    Correct.
17      A.    Oh, okay, it doesn't have the 77 on it.
18      Q.    Did it get cut off?
19      A.    It's fine.  I got it.
20      Q.    It starts with February 1st, February 15th?
21      A.    Right.  So, he goes on to talk about the
22  deadlines, kind of breaking it up into when the journal
23  should be done.  Yeah.  And it looks like the way he
24  sent it out, it would print in April or May.
25      Q.    And he also says, "from an editor's

*Levi Nigem Jackson Walls    5/18/21*

1   perspective, we really cannot delay the submission

2   further," right?

3        A.    Oh, yes.

4        Q.    And he also below this sort of what in

5   retrospect, given the Corona Virus seems like an

6   incredibly optimistic schedule, correct?  After that

7   schedule he says, again, from the editor's perspective,

8   it would be best not to delay further.  The responses

9   should not be very long, so I hope we can stick to

10  January 13th.  Do you see where he says that?

11       A.    Yes.

12       Q.    So, the initiative to kind of get the call for

13  papers out and get responses back was personally

14  promoted by Benjamin Graf.

15       A.    Yes.  He was anxious about the timeline.

16       Q.    And did this have anything to do with

17  discouraging pro-Ewell responses?

18       A.    No.

19       Q.    Was it the intent to issue the call to papers

20  to solicit pro-Ewell responses?

21       A.    No.

22       Q.    By that, do you mean it was supposed to be, at

23  least with regard to Ewell, value neutral?

24       A.    Yes.

25       Q.    And was that something you also advocated for?

*Levi Nigem Jackson Walls    5/18/21*

```
 1        A.    Yeah.  I wanted there to be a mix, as long as
 2   people wrote their responses in a reasonable manner.
 3        Q.    There's one thing I'm curious about in this
 4   document.  It looks like Stephen Slottow, at the end of
 5   the document, he says, will backdate submissions to say
 6   November 1st, 2019.  Do you know what he's talking about
 7   there?
 8        A.    No.  Actually, I think I just don't recall this
 9   last part of the e-mail, because if it was the end of
10   the chain, I might have kind of just moved on at that
11   point.
12        Q.    I believe this is actually kind of the
13   beginning --
14        A.    Oh, is it?
15        Q.    -- if I'm not mistaken.  Well, it goes from
16   earliest in time at the back of the --
17        A.    Oh, okay.
18        Q.    Am I wrong?
19              MS. HARRIS:  Yeah, it's reversed.  Well,
20   if you go to 72 --
21              MR. STOWERS:  Only one person should be
22   talking during the deposition.  You can talk to your
23   attorney.
24              MR. ALLEN:  Renaldo's correct.  Can we go
25   off the record for a sec?
```

1          (OFF THE RECORD FROM 4:08 TO 4:09 P.M.)

2     Q.   (By Mr. Allen) Mr. Walls, I apologize for the

3  interruption, but I think you'll see that on -- if you

4  look at the top, with the blue lettering, or on yours,

5  it's light gray, at the very top of the pages.

6     A.   Uh-huh.

7     Q.   You'll see those are Court stamps from this

8  document being submitted as an exhibit.  And on page 5,

9  you'll see that there's a November 25th, 2019 date, and

10 then those e-mails proceed forward in time to the end of

11 the line.  And there seem to be another string above

12 that which proceeds from November 29th, and so forth.

13 Do you see that?

14    A.   I don't see the November 29th.  Oh, wait.

15    Q.   At the very top of the string, at the very

16 first page of the document.

17    A.   Oh, the 71?

18    Q.   Correct.

19    A.   Yeah, I see it.

20    Q.   And I apologize for the -- we don't always get

21 the documents in pristine order.  I apologize for the

22 confusing nature of the document.  However, if you look

23 to the last e-mail, this is the question I wanted to get

24 to is this backdating submissions to November 1st, 2019,

25 I was just wondering if you knew what that meant, what

Levi Nigem v. Jason Walls    5/18/21

 1  it would mean to backdate a submission to November?

 2      A.    I'm actually not sure I know what that means,

 3  to backdate a submission.  Since it's -- I mean, I

 4  assume it has something to do with when SMT was, since

 5  the backdating is to the beginning of November, but I'm

 6  not sure exactly what he means in here.

 7      Q.    And to the best of your knowledge, was this

 8  idea of backdating submissions followed in any way by

 9  Professor Slottow?

10      A.    I mean, it would help if I knew what it means

11  to backdate a submission.

12      Q.    And we're as much in the dark as you.  But is

13  it safe to say, since you don't know what he meant, that

14  this idea was not executed?

15      A.    Yeah.

16      Q.    Just skipping up to Bates No. Jackson 73.

17      A.    Uh-huh.

18      Q.    Do you see Andrew Chung has written an e-mail

19  and contributed to this discussion?

20      A.    Yes.

21      Q.    And you see he says, "I think it's great that

22  JSS is looking to engage Ewell's SMT talk.  What do you

23  think about mentioning very briefly some of the content

24  and context of Ewell's remarks vis-a-vis Schenker?"

25  What do you think he's referring to there?

Levi Nigen Kryson Walls      5/18/21

```
 1        A.    I assume he's just referring to the portion of
 2   Ewell's talk where he talks about Schenker.
 3        Q.    And is this still about incorporating this or
 4   that or editing the call for papers?
 5        A.    Yeah.  This is for -- this is when we asked
 6   them if they had any like input for the CFP.
 7        Q.    And he also says in the closing, "the thing to
 8   be careful about, of course, is not to implicitly
 9   encourage response of one kind and discourage response
10   of another kind," correct?
11        A.    Yes.
12        Q.    And was that the general sentiment of the
13   editorial staff?
14        A.    For the most part, we accepted all the
15   responses we got.  But on the other hand, there were
16   pro-Schenker responses being specifically solicited.
17        Q.    I understand that.  What I'm asking is a
18   different question.  In constructing the CFP, was it the
19   general sentiment of the editorial staff that you wanted
20   to craft the CFP in order to not -- excuse me -- in
21   order not to implicitly encourage responses of one kind
22   and discourage responses of another kind, as Andrew
23   Chung said in this e-mail?
24        A.    Yes.
25        Q.    Thank you.  And there's an e-mail at the top
```

1  from February 29th, 2019, and that appears to be from

2  Timothy Jackson, correct?

3       A.    The top of 73?

4       Q.    This is at the first page of the entire

5  document, Jackson 71.  It says, "From: Timothy Jackson,

6  November 29th, 2019."  Do you see that e-mail?

7       A.    Yes.

8       Q.    And you are the direct recipient of this

9  e-mail, correct?

10      A.    Yes.  With the other people cc'd.

11      Q.    And Professor Jackson says he hates to be a fly

12 in the ointment, correct?

13      A.    Uh-huh, yes.

14      Q.    And isn't it your understanding that usually

15 when people say that, they are being a fly in the

16 ointment?

17      A.    Yeah.  That would generally be the case.

18      Q.    And he suggests revising the CFP.  If you skip

19 down a couple of paragraphs, it says, "therefore, we

20 need to make the call draw attention to Ewell's

21 conclusions in the paper he actually delivered and not

22 in his abstract.  Here is some language derived from

23 Ewell's talk."  And he goes on to quote things.  Did

24 this language find its way into the CFP?

25      A.    I think only in the form of Ewell's original

1  abstract.

2      Q.    So, Ewell's original abstract was used, in

3  other words, his own words, but this what I would

4  consider an interpretation provided by Timothy Jackson

5  of some of Ewell's argument was not included in the CFP,

6  correct?

7      A.    No.

8      Q.    So the editorial staff was perfectly capable of

9  rejecting Timothy Jackson's ideas when he was, in his

10  own words, not being a fly in the ointment, correct?

11      A.    I don't know if we specifically rejected them.

12  They ended up just not making their way into the CFP.

13      Q.    Do you remember any discussion about Timothy

14  Jackson's suggestions about how to craft the CFP with

15  regard to these what I would consider rather overtly --

16  let me strike that.

17            Would you agree with me, Mr. Walls, that

18  statements like diversity as a cynical strategy to

19  reinforce inequality, that Ewell reduces the study of

20  western music theory to two -- that it wants to reduce

21  the study of music theory to two semesters, and so

22  forth, that this takes a rather more polemical view of

23  Ewell's paper than was presented in the final version of

24  the CFP?

25      A.    Yeah.

1      Q.    And yet, this rather more polemical version was
2   not accepted by the members of the editorial staff and
3   the faculty, such as Andrew Chung, Ellen Bakulina, and
4   Diego Cubero who participated in finalizing the call for
5   papers, correct?
6      A.    Uh-huh.
7            (DEPOSITION EXHIBIT 20 MARKED.)
8      Q.    (By Mr. Allen)  And do you recognize the
9   document marked as Exhibit 20, Mr. Walls?
10     A.    Yes.
11     Q.    And is this message in red on an e-mail from
12  you to Dr. Jackson?
13     A.    Yes.
14     Q.    And you say you agree that a response in the
15  JSS would be very appropriate.  What are you responding
16  to there?
17     A.    So, in his e-mail, he suggests having the
18  symposium, and I said I agree.
19     Q.    Did you agree at that time, or were you lying?
20     A.    At that time, I thought it was an okay idea.  I
21  wasn't lying when I said that I thought it would be
22  appropriate.
23     Q.    And did it change your mind that the viewpoints
24  expressed by some of the anti-Ewell papers were racist?
25  Is that the thing that changed your mind?

Levi Nigem Jackson Walls     5/18/21

```
 1        A.    Yeah.
 2        Q.    And you say, "did you have any particular
 3   Schenkerians in mind?"  Correct?  Do you see that?
 4        A.    Yes.
 5        Q.    So, it seems to me that you were acknowledging
 6   that there would be solicitation of papers, correct?
 7        A.    Yes.
 8        Q.    And, in fact, Dr. Graf and you could discuss
 9   some candidates tomorrow at a weekly meeting and get
10   requests out as early as tomorrow evening.  Do you see
11   that, the next sentence?
12        A.    Yeah.
13        Q.    Did you discuss candidates with Dr. Graf?
14        A.    We briefly discussed a few.  We were trying to
15   talk about Schenkerians that were, you know, like people
16   of color or women.  We couldn't come up with very many,
17   unfortunately, although I'm sure there's more out there
18   that we just, you know, aren't familiar with.  But, I
19   mean, that didn't really go anywhere.
20        Q.    So you couldn't come up with any candidates
21   that you wanted to solicit as contributors to the
22   journal, correct?
23        A.    I mean, we really just went with the people who
24   wrote in, but also just the people that Jackson and
25   Slottow thought should be involved.
```

1       Q.    And how about -- is his name Chris Wen?

2       A.    Eric Wen?

3       Q.    Eric Wen.  Who is Eric Wen?

4       A.    I mean, I know he is a Schenkerian and has a

5    recent textbook on Schenkerian analysis.  I don't know

6    what university he's at, though.

7       Q.    Do you consider Eric Wen a person of color?

8       A.    Yeah.

9       Q.    Did you and Benjamin Graf reach out to him?

10       A.    No.

11       Q.    Did Professor Jackson or Stephen Slottow?

12       A.    I know that Wen was thinking of writing one.  I

13   think Dr. Jackson reached out to him.

14       Q.    So that would have been an admirable thing to

15   do, to reach out to a person of color, as Mr. Jackson

16   did in that case, correct?

17       A.    I mean, reaching out to one person of color is

18   a very small thing, but I suppose you could say that

19   it's admirable in itself.

20       Q.    But you and Dr. Graf couldn't come up with any

21   ideas, you just described to me, of who to reach out to

22   to increase the representation of people of color in the

23   journal, at least in the symposium.

24       A.    I mean, we floated --

25             MR. BOHUSLAV:  Objection.  Is there a

1  question?

2      A.   We floated two names, and now -- I know that

3  one was a -- one was an Asian woman.  I was like vaguely

4  familiar with her work from like a previous, previous

5  journal, JSS journal, but right now, I just don't recall

6  the name.

7           And I think we also brought up Hedi Siegel,

8  not as a person of color, but as just a female

9  perspective.  Because along with being overwhelmingly

10 white, the Schenker community tends to be overwhelmingly

11 male, so we just wanted to get some like other voices in

12 there.  But we didn't really follow-up.

13     Q.   Neither you nor Benjamin Graf followed up?

14     A.   No.  Because we just started getting responses

15 from people, and then we had a lot of responses that

16 were solicited.

17     Q.   Did you discuss recruiting these two

18 individuals you must mentioned with Professor Jackson or

19 Professor Slottow?

20     A.   I don't recall.  I might have mentioned in

21 e-mail, but I might not have.

22     Q.   So, you don't recall.

23     A.   I don't recall.

24     Q.   Incidentally, this November 19th timeframe, how

25 long was this after the -- do you recall how long after

```
 1   the actual plenary papers at the SMT meeting in 2019

 2   this e-mail took place?

 3        A.    Probably a little more than two weeks, since

 4   it's a Tuesday, and I think that SMT happened in the

 5   first week of November.  I would assume it was two weeks

 6   and a few days, since the conference happened over the

 7   weekend.

 8        Q.    And is this the origins of the ideas of the

 9   symposium -- the idea for a symposium?  Excuse me.

10        A.    Probably.  I think this was one of the first

11   places that the idea of doing the symposium came up.

12              (DEPOSITION EXHIBIT 21 MARKED.)

13        Q.    (By Mr. Allen) Incidentally, do you have any

14   knowledge that Timothy Jackson asked Hedi --

15        A.    Hedi Siegel.

16        Q.    Hedi Siegel.  Do you have any knowledge of

17   whether Timothy Jackson reached out to solicit a

18   response from Hedi Siegel?

19        A.    Not that I know of.  I know that they were in

20   communication about another project, and so he might

21   have.  I just -- I don't know.

22        Q.    So back to Exhibit 21, if you could direct your

23   attention to this document.  Do you recognize these

24   communications?

25        A.    This one?
```

Levi Nigem Jackson Walls    5/18/21

1      Q.    Correct.

2      A.    Okay.  Yap.

3      Q.    Could you describe these communications for me,

4  please?

5      A.    So, I know that Jackson had been really

6  interested in the Bach passion at that time.  And so,

7  knowing that he wanted to talk about it, I asked if he

8  wanted to get together to talk about the Bach.  Even

9  though it's kind of outside of my area of interest,

10 being very early, and I just -- I'm not that interested

11 in Baroque.

12            And I also mentioned that I hadn't had time

13 to look at the Berlioz lately, because I think he asked

14 about it in whatever e-mail this is responding to.

15     Q.    And do you see the bottom page?  That's an

16 e-mail from you on November 15th, 2019.  Could you read

17 that e-mail into the record for me, please?

18     A.    Read it or -- read it myself?

19     Q.    Could you read it to --

20     A.    Oh, out loud?

21     Q.    Please.

22     A.    Oh, okay.  "I would be very interested in

23 discussing a particular Schenker paper from SMT.  You've

24 likely heard about it, as it caused quite a stir.  I was

25 very ambivalent about it because it suggested that

1  analysis that utilizes levels of hierarchy is inherently
2  racist, which strikes me as naive.  Reinhold Brinkmann
3  made a very similar claim about Lorenz, saying that his
4  desire to have every part of a piece serve some
5  structural whole was totalitarian (and obviously linking
6  that idea to his political beliefs)."
7      Q.    What paper are you referring to from SMT?
8      A.    Ewell's.
9      Q.    That's Ewell's plenary address?
10     A.    Yes.
11     Q.    Did you attend that conference, by the way?
12     A.    No.  I was going to, but I came down with a
13  staph infection like the day before the flight, and I
14  stayed home.
15     Q.    Oh, I'm sorry.  So, what did you -- did you
16  discuss -- incidentally, did you discuss this paper with
17  Timothy Jackson following this e-mail?
18     A.    Yeah.  I think in e-mail.  I think we briefly
19  discussed it in the hall, at some point, but from what I
20  recall, neither of us had seen it -- either neither of
21  us had seen it at that point, or I had seen it and he
22  hadn't yet.
23     Q.    So, is it fair to say he learned about it from
24  you?
25     A.    I assumed he knew about it before I e-mailed

1  about it.

2      Q.    And this is November 15th, so that's before

3  Exhibit 20, correct?  Which was November 19th.  It's

4  about four days before.  And how long after the SMT

5  conference would this e-mail exchange have been?

6      A.    About two weeks.

7      Q.    So that you believe the SMT took place on

8  November 1st, around there?

9      A.    Yeah.  I think that sounds right.  Yeah.

10  Probably.  Because I think SMT usually starts on a

11  Thursday.

12      Q.    And here you also said that an argument

13  advanced saying that levels of hierarchy -- utilizing

14  levels of hierarchy is inherently racist strikes you as

15  naive, correct?

16      A.    Yeah, at the time.

17      Q.    And that is in reference to Ewell's paper,

18  right?

19      A.    Yes.

20      Q.    Were you lying about that, or was this more

21  your view at the time?

22      A.    This was more of my view at the time.

23      Q.    So you didn't fear retaliation if you didn't

24  express this kind of opinion at this time, did you?

25      A.    I mean, not at this time.  I was at first

Levi Nigen Xposon Walls    5/18/21

1  actually concerned about the hierarchy thing, although I
2  kind of thought differently over the next few weeks and
3  months.
4      Q.   Do you now believe that any reference hierarchy
5  or that hierarchy can be legitimate is racist?
6      A.   No, I think it's perfectly fine to discuss
7  hierarchy, but you have to address the fact that
8  hierarchy, especially when it's focused on to such a
9  great extent, is a very western thing.  And so,
10  especially when you're looking at non-western music and
11  you go straight towards looking at hierarchy, there is
12  an issue.
13          And, also, if you're taking like a
14  perspective of pieces where you're connecting certain
15  phrases or musical ideas to a certain social aspect,
16  then hierarchy can be problematic.
17              (DEPOSITION EXHIBIT 22 MARKED.)
18      Q.   (By Mr. Allen)  Again, this is an e-mail from
19  you.  It's in that same time frame, November 18th.
20      A.   Uh-huh.
21      Q.   You're writing to Dr. Jackson, is that correct?
22      A.   Yes.
23      Q.   Can you describe what you're talking about in
24  this e-mail?
25      A.   So, Dr. Jackson had written about a criticism

 1  in Ewell's paper of not acknowledging that Schenker was
 2  Jewish.  And I said it was troubling, although honestly
 3  I didn't really think it was a big deal, but I knew that
 4  it was a big thing for him, so I kind of just, you know,
 5  went along with it.
 6          And I said it is marked as implicitly
 7  anti-Semitic, which I thought was a good middle ground,
 8  in terms of not like coming out directly and saying it
 9  is anti-Semitic, but also saying, maybe you're right.
10      Q.    Do you think Philip Ewell could be implicitly
11  biased against Jews?
12      A.    I mean, anybody can be implicitly biased
13  against anybody.  I can't really say whether or not
14  Ewell is implicitly bias towards any specific group.
15      Q.    And you say at the end, "Ewell's talk certainly
16  failed in that regard."  What do you mean by that?
17      A.    So, that's in reference to -- sorry.  Let me
18  just get the -- I need to go back a sentence to get the
19  wider context.  Oh, okay.  So, I said that it is
20  possible to criticize Schenker studies without
21  demonizing the methodology.
22          And I said that Ewell's talk failed in that
23  regard, although I think that all the criticisms it
24  brings up are very justified.  And really Ewell, as
25  opposed to a lot of the criticism, he's not advocating

Levi Nigel Xxxxon Walls     5/18/21

1  for a throwing out of Schenker.  I mean, he's done

2  Schenker work in the past and has admitted that it's a

3  useful methodology.  So, any statement that he's

4  demonizing the entire methodology, like I said here, is

5  not really correct.

6       Q.    Do you think calling for the elimination of a

7  journal dedicated to Schenkerian studies goes a good

8  step towards eliminating Schenkerian studies?

9       A.    No.  The Journal of Schenkerian Studies isn't

10  that influential.  Schenkerian studies will exist

11  without the Journal of Schenkerian Studies.

12       Q.    What other journals are dedicated to the

13  promotion of Schenkerian studies?

14       A.    Well, none, but it's very unusual for there to

15  be entire journals dedicated to a single methodology.

16       Q.    Do you know of any others that are dedicated to

17  a single methodology, any other journals?

18       A.    There are some that are dedicated to a specific

19  time period, like 19th century music, but as far as I

20  know -- granted, I don't have knowledge of all the

21  journals out there -- there are hardly any that are

22  dedicated, specifically, to a single methodology.

23       Q.    Incidentally, do you know if the Schenkerian

24  analysis has any application to practical performance of

25  music?

1      A.    Yeah.  I think it could.

2      Q.    And in the same way, music history informs many

3  actual performers' practice, correct?

4      A.    Sure.  Yeah.

5      Q.    Do you know of any practicing musicians that

6  have relied upon the Journal of Schenkerian Studies?

7      A.    I mean, I don't -- I don't really know

8  anything.  I'm sure that there are practicing musicians

9  who have read an article in the Journal of Schenkerian

10 Studies and found interest or some form of -- what's the

11 word -- nutrients is not the right word -- but some form

12 of like helpful dialogue.

13     Q.    Sustenance?

14     A.    Oh, sustenance.  That is the word I was looking

15 for.

16           (DEPOSITION EXHIBIT 23 MARKED.)

17     Q.    (By Mr. Allen)  I don't want to spend too much

18 time on this, but this appears to be an e-mail from

19 Benjamin Graf to you.  If I'm not mistaken, "me" stands

20 for you, Levi Walls, does it not?

21     A.    Yes.

22     Q.    And so, you received this on April 22nd, 2019.

23     A.    Yap.

24     Q.    And this designates the time that you accepted

25 the position of the editor of the Journal of Schenkerian

1  Studies?

2        A.    Yes.

3        Q.    And Benjamin Graf says, I'm sure he, meaning

4  you, will thrive in his new role, and I look forward to

5  mentoring him starting in August, September, right?

6        A.    Yes.

7        Q.    Did you and Benjamin Graf discuss this

8  appointment in this timeframe?

9        A.    The August-September appointment?

10       Q.    You accepting the position of -- the

11  April 22nd, 2019.

12       A.    I think we talked briefly about the

13  appointment.  Just, you know, generally like what the

14  process would be like, that he would kind of guide me

15  through the process for the first issue, then I would be

16  more on my own for the following issue.

17       Q.    And was 13 the issue where you would sort of

18  co-editor under his mentorship, and then --

19       A.    Volume 12 was where I was under his mentorship.

20       Q.    Thank you.  I'm going to show you an exhibit

21  that was used in an earlier deposition as Exhibit 3, so

22  it's going to be out of order.

23       A.    Uh-huh.

24       Q.    But it's already been introduced into the

25  record.

Levi Nigem Xavion Walls        5/18/21

```
 1              Matt, this is the -- it's actually
 2  Exhibit 3 from the ad hoc panel report.  I hope that
 3  doesn't add confusion, but it's all Exhibit 3.
 4              MR. BOHUSLAV:  Gotcha.  Recognize it.
 5      Q.   (By Mr. Allen)  Do you recognize this, Mr.
 6  Walls?
 7      A.   Yap.
 8      Q.   Did you sign this document as a petition?
 9      A.   I did.
10      Q.   Do you consider it a petition or an open
11  letter?  How would you describe the document?
12      A.   Probably more of an open letter.
13      Q.   Do you know who drafted this open letter?
14      A.   I don't recall exactly.  I think Bryan Stevens
15  was one of the people who drafted it.
16      Q.   Is that "Bryan" with a Y-A-N?
17      A.   Yes.
18      Q.   What other individuals helped contribute to
19  this letter?
20      A.   I mean, really, I'm not sure.  I just recall
21  Bryan, you know, accepting the responsibility of putting
22  it together.  So, I can't really say for sure who else
23  would have been involved in it.
24      Q.   Do you know how it was circulated?
25      A.   Through e-mail, I think.
```

1      Q.    Was it circulated by any other social media, to
2  your knowledge?
3      A.    It might have been, but to my knowledge, I
4  don't recall if this was -- I mean, it probably was
5  through like Facebook or something.
6      Q.    When was it composed, this document?
7      A.    I mean, I can't say exactly when, but I would
8  imagine the last few days of July.
9      Q.    Do you remember being on a Zoom call while
10 people were composing this document?
11     A.    Yeah.  There was a Zoom call where we were just
12 generally talking about, you know, what the document
13 should say.
14     Q.    Who was participating in those Zoom calls?
15     A.    There was no way I can remember.  It was most
16 of the grad students in MHTE.
17     Q.    And how many grad students are there, total, in
18 MHTE?
19     A.    That, I don't know.
20     Q.    Do you know within a range?
21     A.    I feel like I could guess, but I feel like it
22 would also be wrong.  A lot of people I don't know,
23 because they're in like the dissertation stage, so I
24 don't see them around campus.  So, I mean, I honestly
25 wouldn't even like be able to guess the number of grad

 1  students in MHTE.

 2        Q.    Do you know how many are in your cohort?

 3        A.    In the theory, like Ph.D.?

 4        Q.    Ph.D. students in your cohort?  By that I would

 5  include all graduate students who entered MTHE in the

 6  same year you did as Ph.D. students.

 7        A.    Oh, in the same year, so not necessarily like

 8  after I came?

 9        Q.    Correct.  So, in your year, when you entered

10  the Ph.D. program, do you know how many people are in

11  your cohort as graduate students in MHTE?

12        A.    I believe there's only one other theorist who

13  entered the same year as me.

14        Q.    Were there graduate students in other

15  departments or divisions or specialties within the MHTE,

16  in addition to the theorists?

17        A.    In the Zoom call?

18        Q.    No, I'm asking -- I'm trying to get a sense of

19  how many students -- graduate students are involved in

20  graduate work at the MHTE.  And so, I'm asking for your

21  cohort.  You said you joined in 2018?  You started your

22  Ph.D. in 2018?

23        A.    Yeah.

24        Q.    Do you know how many students began a Ph.D. at

25  University of North Texas in the MHTE division in 2018

1  in your cohort?

2      A.    I really have no idea.  I only know that there

3  was one other theorist who started the Ph.D. the same

4  year as I did.  I would assume a few others, if we

5  combined musicology and ethnomusicology.

6      Q.    So, if you would skip down in this document to

7  No. 3, on the last page, it says, "hold accountable

8  every person responsible for the direction of the

9  publication."

10            Is it accurate to say in Zoom calls or in

11  other discussions with graduate students at this time,

12  leading to the formulation of this document, that you

13  denied that you were accountable for the direction of

14  the JSS?

15      A.    Yeah.  There was a lot of stuff in it that I

16  just didn't agree with.

17      Q.    And what are the "past bigoted behaviors of

18  faculty" referred to in this paragraph?

19      A.    So, here, I assume they're referring to the

20  general reputation of Dr. Jackson, in terms of

21  retaliation, race and gender issues, and sexism.

22      Q.    And are there any other incidents, other than

23  those you've already testified about, that you would

24  identify as past bigoted behaviors by Professor Jackson?

25      A.    I mean, I feel like I don't have a lot of my

*Levi Nigem Watson Walls      5/18/21*

 1  own stories, so --

 2        Q.    And the incidents you have referred to earlier

 3  were from other sources, and sometimes twice removed,

 4  correct?

 5        A.    I mean, some of them.  Some of them were

 6  directly from me.

 7        Q.    And which ones do you include as those which

 8  were directly from you?

 9        A.    The conversation about people of color.  The

10  use of the word negro.  The discussion of muggings

11  perpetrated by black people.

12        Q.    Incidentally, do you deny that muggings are

13  perpetrated by black people?

14        A.    I don't deny that at all.  Muggings are

15  perpetrated by all races and classes and genders.

16        Q.    Do you have any personal knowledge of the

17  statistical distribution of crime rates in the United

18  States?

19        A.    You asked me that before, and I said no.

20        Q.    It's just your position that it's inherently

21  racist to discuss those crime rates, if they have a

22  disproportionate -- if there's disproportionate evidence

23  that some racial groups commit crimes rather than

24  others, is that so?

25                   MR. BOHUSLAV:  Objection, leading;

Levi Nigen Yazon Walls    5/18/21

 1 objection, vague; objection, argumentative.

 2                    MR. ALLEN:  It's an adverse witness.  I

 3 can lead the witness, if I want to.

 4      Q.   (By Mr. Allen)  Can you answer the question,

 5 please?

 6                    MR. BOHUSLAV:  Objection, argumentative.

 7                    MR. ALLEN:  You have an objection as

 8 opposed to argumentative FOR the entire deposition, if

 9 you would like, Matt.

10      A.   Could you repeat the question?

11      Q.   (By Mr. Allen)  I'll strike the question.  Can

12 you identify any other specific actions of Dr. Jackson,

13 both past and present, that are particularly racist and

14 unacceptable?

15      A.   No.  Not any specific instances, other than the

16 article that he wrote.

17      Q.   So, in your view, is that the main motivating

18 factor for this open letter, was the article that he

19 wrote in JSS?

20      A.   Yes.  If the article hadn't been written, then

21 I don't think this letter would have come about.

22                    MR. ALLEN:  Let's see.  We've got about

23 fifteen minutes before 5 o'clock, and I ask that we go

24 off the record.  I'm going to consult, and then we'll

25 come back, and I think we can wrap that up, unless

 1  there's something I'm forgetting, okay?

 2           MR. BOHUSLAV:  Okay.

 3           (OFF THE RECORD FROM 4:46 TO 4:51 P.M.)

 4      Q.   (By Mr. Allen) Mr. Walls, I just had one last

 5  question, and it goes back to the meeting in the car you

 6  had with Professor Jackson, which you described in the

 7  middle of a snowstorm in February at some point.  Did I

 8  characterize that correctly?

 9      A.   I wouldn't call it a snowstorm.  It was just

10  lightly snowing.

11      Q.   And did you go into the car to escape the

12  weather?

13      A.   That was how he suggested it.

14      Q.   Did he use force in any way?

15      A.   No.

16      Q.   Did he use coercion in any way?

17      A.   No.  I could have said "no".

18      Q.   Thank you.  And so, he didn't threaten you, if

19  you did not go into his car.

20      A.   No.  But he suggested that we go into the car,

21  and I just have trouble saying no to people who are my

22  advisor.  And so, even though I was uncomfortable, I

23  went into the car.

24      Q.   But you said you could have said no, correct?

25      A.   Yes.

```
 1                  MR. ALLEN:  Okay.  That's all.  I pass the
 2   witness to you, Mr. Bohuslav.
 3                  MR. BOHUSLAV:  We'll reserve till time of
 4   trial.
 5                  MR. ALLEN:  Thank you so much.  Thank you
 6   for your time.  Good luck with your graduate studies.
 7                  (DEPOSITION ADJOURNED AT 4:52 P.M.)
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF TEXAS
 2                     SHERMAN DIVISION

 3   TIMOTHY JACKSON,             )
                                  )
 4           Plaintiff,           )
                                  )   Case No.
 5   v.                           )
                                  )   4:21-cv-00033-ALM
 6   LAURA WRIGHT, et al,         )
                                  )
 7           Defendants.          )
                                  )

 8

 9           ------------------------------------

10               DEPOSITION CERTIFICATE

11               LEVI NIGEM XENON WALLS

12                    MAY 18, 2021

13           ------------------------------------

14

15           I, Nita G. Cullen, Certified Shorthand

16   Reporter in and for the State of Texas, hereby certify

17   to the following:

18           That the witness, LEVI NIGEM XENON WALLS, was

19   duly sworn by the officer and that the transcript of the

20   oral deposition is a true record of the testimony given

21   by the witness;

22           I further certify that pursuant to FRCP Rule

23   30(f)(1) that the signature of the deponent:

24           ___ was requested by the deponent or a

25   party before the completion of the deposition and is to
```

1  be returned within 30 days from date of receipt of the

2  transcript.  If returned, the attached Changes and

3  Signature Page contains any changes and the reasons

4  therefor;

5          X  was not requested by the deponent or a

6  party before the completion of the deposition.

7          I further certify that I am neither attorney

8  or counsel for, nor related to or employed by, any of the

9  parties or attorneys to the action in which this

10  deposition was taken.

11          Further, I am not a relative or employee of

12  any attorney of record in this case, nor am I financially

13  interested in the outcome of the action.

14          Subscribed and sworn to on this 14th day of

15  June, 2021.

16

17

18          _____

19          NITA G. CULLEN, Texas CSR #1563
            Expiration Date:  08-31-2022
            JULIA WHALEY & ASSOCIATES
20          Firm Registration No. 436
            2012 Vista Crest Drive
21          Carrollton, Texas 75007-1640
            214.668.5578

22

23

24

25

*Levi Nigem Xenen Mills        5/18/21        1*

## #

**#1563** [1] - 144:18

## '

**'80s** [1] - 30:3
**'90s** [1] - 30:3

## 0

**0076** [1] - 113:25
**0083** [1] - 111:13
**06375** [1] - 2:6
**08-31-2022** [1] - 144:19

## 1

**1** [2] - 3:22, 20:5
**10** [6] - 3:15, 3:18, 18:9, 18:10, 70:5, 70:17
**100** [3] - 30:7, 30:9, 84:24
**10:00** [1] - 94:10
**11** [4] - 3:16, 18:8, 85:24, 86:1
**1155** [1] - 2:17
**12** [16] - 3:16, 12:11, 18:6, 20:13, 20:16, 21:7, 32:5, 37:21, 40:13, 63:9, 75:24, 87:11, 87:12, 92:22, 111:12, 134:19
**12/19/2019..89** [1] - 3:17
**12548** [1] - 2:12
**12750** [1] - 1:23
**12:57** [1] - 1:20
**13** [15] - 3:17, 3:19, 33:9, 40:8, 40:12, 40:22, 46:2, 46:14, 46:19, 47:2, 47:6, 68:19, 89:10,

89:16, 134:17
**13....108** [1] - 3:20
**13th** [3] - 102:10, 108:5, 115:10
**14** [5] - 3:17, 3:18, 93:24, 94:1, 94:9
**1450** [1] - 1:23
**14th** [1] - 144:14
**15** [4] - 3:18, 3:23, 99:8, 99:9
**15th** [3] - 114:20, 127:16, 129:2
**16** [2] - 3:19, 101:5
**17** [3] - 3:20, 3:20, 108:3
**18** [6] - 1:13, 1:20, 3:20, 3:23, 110:10, 143:12
**18th** [1] - 130:19
**19** [5] - 3:21, 3:22, 113:5, 113:7, 113:22
**1970s** [1] - 77:12
**1980s** [3] - 77:12, 77:15, 77:21
**19th** [5] - 89:1, 91:23, 125:24, 129:3, 132:19
**1:01** [1] - 6:9
**1:02** [1] - 6:9
**1st** [4] - 114:20, 116:6, 117:24, 129:8

## 2

**2** [2] - 3:3, 114:11
**20** [8] - 3:22, 34:6, 56:2, 62:17, 93:2,

122:7, 122:9, 129:3
**20-minute** [1] - 56:22
**200** [1] - 79:20
**2012** [1] - 144:20
**2016** [1] - 14:11
**2018** [6] - 14:13, 85:5, 85:6, 137:21, 137:22, 137:25
**2019** [17] - 20:21, 37:20, 67:15, 85:3, 91:23, 93:2, 105:2, 111:12, 116:6, 117:9, 117:24, 120:1, 120:6, 126:1, 127:16, 133:22, 134:11
**2019.................................**
**130** [1] - 3:24
**2019.................**
**.........133** [1] - 3:25
**2019............**
**126** [1] - 3:23
**2019..........**
**113** [1] - 3:22
**2019....110** [1] - 3:20
**2019..122** [1] - 3:22
**2020** [24] - 3:18, 8:25, 9:9, 9:24, 11:18, 15:10, 33:10, 33:11, 34:7, 34:8, 35:2, 35:5, 39:25, 44:6, 50:21, 58:9, 63:1, 89:1, 93:6, 94:9, 96:12, 100:24, 102:11, 112:17
**2020...............**
**............62** [1] - 3:15
**2020................**

**.........50** [1] - 3:14
**2020..............**
**...93** [1] - 3:18
**2020..101** [1] - 3:19
**2021** [6] - 1:13, 1:20, 8:25, 9:8, 143:12, 144:15
**21** [3] - 3:23, 126:12, 126:22
**214.668.5578** [1] - 144:21
**22** [3] - 3:23, 3:25, 130:17
**22nd** [2] - 133:22, 134:11
**23** [2] - 3:24, 133:16
**25** [1] - 3:15
**25-December** [1] - 3:22
**25th** [3] - 63:1, 68:5, 117:9
**26** [3] - 9:24, 35:2, 35:5
**27** [2] - 9:24, 35:2
**27...70** [1] - 3:15
**27th** [2] - 70:11, 80:14
**29th** [5] - 44:5, 117:12, 117:14, 120:1, 120:6
**2:05** [1] - 50:6
**2:07** [1] - 50:12
**2:22** [1] - 50:12

## 3

**3** [4] - 134:21, 135:2, 135:3, 138:7
**3,000** [1] - 31:9
**30** [1] - 144:1
**30(f)(1** [1] - 143:23
**3:10** [1] - 85:23
**3:14** [1] - 85:23
**3:58** [1] - 113:20

## 4

**4** [8] - 3:4, 3:6,

3:10, 6:18, 6:20, 14:19, 14:20, 113:14
**404** [1] - 2:5
**436** [1] - 144:20
**4:04** [1] - 113:20
**4:08** [1] - 117:1
**4:09** [1] - 117:1
**4:21-cv-00033-ALM** [2] - 1:5, 143:5
**4:46** [1] - 141:3
**4:51** [1] - 141:3
**4:52** [2] - 1:20, 142:7

## 5

**5** [12] - 3:11, 11:22, 11:23, 17:18, 20:5, 22:3, 31:23, 36:23, 36:24, 39:4, 117:8, 140:23

## 6

**6** [5] - 3:10, 3:11, 34:15, 34:16, 41:14
**646** [1] - 57:7

## 7

**7** [2] - 3:12, 45:19
**7/26/2020.......**
**...45** [1] - 3:13
**71** [2] - 117:17, 120:5
**72** [1] - 116:20
**73** [2] - 118:16, 120:3
**75007-1640** [1] - 144:21
**76203** [1] - 2:17
**77** [1] - 114:17
**777** [1] - 114:15
**78711** [1] - 2:12

## 8

**8** [8] - 3:13, 50:3, 50:5, 50:14, 57:3, 57:5, 62:15, 66:14
**860.469.2783** [1] - 2:7
**860.772.4738** [1] - 2:6
**8:56** [1] - 63:3

## 9

**9** [7] - 3:14, 3:14, 62:19, 62:20, 67:10, 70:13, 70:15
**940.565.2717** [1] - 2:18

## A

**able** [4] - 19:3, 41:23, 74:1, 136:25
**above-styled** [1] - 1:19
**absolute** [1] - 87:3
**Absolutely** [1] - 76:5
**abstract** [3] - 120:22, 121:1, 121:2
**academia** [1] - 53:19
**academic** [11] - 20:14, 21:9, 22:17, 23:14, 25:6, 25:8, 30:11, 30:17, 44:19, 92:25, 99:6
**academics** [1] - 30:15
**accepted** [6] - 24:16, 24:18, 25:2, 119:14, 122:2, 133:24
**accepting** [2] - 134:10, 135:21
**access** [12] - 8:20, 8:23, 9:7, 9:11, 10:3, 10:7, 10:9, 10:21,

11:1, 11:8, 11:12, 47:25
**accessing** [1] - 111:3
**according** [2] - 89:3, 107:14
**account** [5] - 8:13, 10:1, 94:7, 102:13, 108:21
**accountable** [2] - 138:7, 138:13
**accounts** [1] - 8:15
**accurate** [1] - 138:10
**acknowledge** [1] - 89:22
**acknowledging** [2] - 123:5, 131:1
**acknowledgment** [1] - 48:16
**acknowledgments** [1] - 48:9
**acquired** [2] - 13:22, 17:14
**acronym** [2] - 13:13, 58:23
**action** [2] - 144:9, 144:13
**actions** [1] - 140:12
**activities** [1] - 16:17
**actual** [2] - 126:1, 133:3
**ad** [4] - 69:17, 69:20, 96:17, 135:2
**add** [3] - 25:25, 103:1, 135:3
**addition** [2] - 94:18, 137:16
**additional** [1] - 94:16
**additions** [1] - 103:1
**address** [2] - 128:9, 130:7
**adhere** [2] - 107:17, 108:1
**ADJOURNED** [1] - 142:7

*Levi Nigem Xenex Trials    5/18/21*    2

adjunct [5] -
19:7, 19:11,
19:13, 19:15,
36:19
adjustment [1]
- 15:14
administratio
n [2] - 83:2,
83:3
administrativ
e [2] - 91:1,
92:23
admirable [2] -
124:14,
124:19
admissible [1]
- 5:24
admit [2] -
38:20, 99:15
admitted [1] -
132:2
admitting [1] -
22:19
advance [3] -
29:2, 32:24,
48:6
advanced [4] -
26:9, 26:10,
26:12,
129:13
advantages
[1] - 25:18
adverse [1] -
140:2
advisor [3] -
37:5, 88:18,
141:22
advisors [1] -
32:3
advisory [3] -
20:7, 22:15,
39:9
Advisory [1] -
3:17
advocated [1]
- 115:25
advocating [1]
- 131:25
affect [2] -
6:11, 6:14
affirmatively
[1] - 35:19
afforded [1] -
84:3
afraid [2] -
44:12, 55:15
afterwards [1]
- 23:8
agenda [2] -
27:25, 28:14

aggressions
[1] - 58:21
ago [2] - 58:20,
79:21
agree [14] -
24:10, 25:12,
31:25, 73:7,
83:6, 97:8,
97:22, 99:16,
104:25,
121:17,
122:14,
122:18,
122:19,
138:16
agreed [9] -
4:25, 22:9,
72:8, 73:9,
73:11, 74:21,
97:19, 97:22,
97:23
agreements
[1] - 94:5
agrees [1] -
114:11
ahead [1] -
38:11
aired [1] - 58:1
al [2] - 1:6,
143:6
Allen [45] - 4:6,
5:18, 6:10,
6:19, 11:24,
18:14, 20:4,
30:17, 31:22,
32:16, 34:17,
37:19, 45:20,
49:3, 49:10,
50:13, 54:9,
59:6, 62:7,
62:21, 64:6,
65:6, 70:6,
72:3, 78:24,
85:25, 87:13,
89:11, 93:25,
99:10, 101:6,
104:4, 108:4,
110:11,
113:6,
113:21,
117:2, 122:8,
126:13,
130:18,
133:17,
135:5, 140:4,
140:11,
141:4
ALLEN [27] -
2:4, 2:5, 4:5,
4:24, 5:5,

5:11, 5:17,
6:8, 11:21,
34:14, 50:3,
50:6, 50:11,
62:18, 70:3,
85:20, 85:22,
87:10, 99:7,
113:13,
113:19,
116:24,
140:2, 140:7,
140:22,
142:1, 142:5
Allen..............
.......... [1] -
3:6
allow [1] -
40:25
allowed [2] -
22:15, 65:5
almost [1] -
113:14
alone [1] - 28:7
alphabet [1] -
13:15
ALSO [1] -
2:20
alternate [1] -
42:11
ambivalent [1]
- 127:25
America [1] -
53:22
Americans [1]
- 79:22
analyses [1] -
29:10,
107:10,
107:16
analysis [30] -
27:18, 27:21,
27:23, 28:3,
28:4, 28:19,
28:24, 29:8,
29:11, 29:12,
29:14, 30:2,
38:19, 38:21,
39:2, 52:15,
52:17, 76:1,
76:3, 97:2,
103:7, 103:8,
103:9,
106:22,
106:23,
107:4,
107:11,
124:5, 128:1,
132:24
analytical [1] -
38:21

analyzing [1] -
29:1
AND [1] - 2:14
Anderson [1] -
81:25
Andrew [5] -
74:25, 112:1,
118:18,
119:22,
122:3
angry [1] -
55:13
answer [5] -
4:18, 5:21,
5:22, 113:11,
140:4
answered [1] -
85:18
anti [11] -
67:23, 74:7,
98:5, 99:2,
102:6, 102:9,
108:15,
109:24,
122:24,
131:7, 131:9
anti-Ewell [6] -
74:7, 98:5,
102:6, 102:9,
109:24,
122:24
anti-
Schenkerian
[1] - 108:15
anti-Semitic
[3] - 67:23,
131:7, 131:9
anxious [1] -
115:15
anyway [1] -
22:11
apologize [4] -
104:7, 117:2,
117:20,
117:21
appear [3] -
57:2, 72:14,
108:22
Appearances
....................
....................
. [1] - 3:3
appeared [5] -
7:2, 21:6,
46:14, 48:4,
76:23
application [1]
- 132:24
applied [1] -
74:6

appointment
[3] - 134:8,
134:9,
134:13
appreciate [1]
- 28:12
approach [3] -
57:19, 69:14,
72:3
approached
[2] - 97:13,
97:14
appropriate
[2] - 122:15,
122:22
appropriation
[1] - 72:15
April [4] - 3:25,
114:24,
133:22,
134:11
archives [2] -
16:13, 16:15
area [1] - 127:9
arguably [1] -
72:1
argue [2] -
103:18,
103:19
argued [3] -
5:23, 40:10,
40:11
argument [6] -
42:17, 86:8,
106:13,
107:9, 121:5,
129:12
argumentativ
e [5] - 42:16,
106:18,
140:1, 140:6,
140:8
arguments [4]
- 26:8,
26:11, 43:10,
102:23
art [1] - 26:1
article [19] -
25:9, 26:12,
26:15, 33:7,
33:8, 42:25,
43:2, 43:6,
43:7, 43:20,
43:21, 43:22,
49:24, 91:18,
102:18,
133:9,
140:16,
140:18,
140:20

articles [32] -
9:19, 20:15,
21:6, 21:9,
21:13, 21:25,
23:21, 23:23,
24:15, 24:17,
24:19, 24:23,
26:5, 26:10,
33:23, 41:11,
42:15, 44:20,
47:13, 48:8,
65:17, 65:19,
66:11, 68:14,
91:5, 91:9,
91:11, 91:15,
91:19, 92:8,
93:10
arts [1] - 26:2
Asian [3] -
60:22, 61:2,
125:3
aside [1] -
20:14
aspect [1] -
130:15
assigned [2] -
15:17, 15:22
Assistant [1] -
90:6
ASSISTANT
[1] - 2:10
assistant [12] -
15:8, 15:9,
15:12, 15:22,
18:9, 18:20,
18:21, 19:9,
19:13, 19:16,
19:17, 36:21
associate [7] -
18:18, 18:20,
19:8, 19:18,
19:22
ASSOCIATE
[1] - 2:15
associate's [1]
- 14:5
associated [1]
- 65:7
ASSOCIATES
[1] - 144:19
assume [19] -
4:21, 10:23,
13:1, 32:21,
46:23, 67:7,
68:13, 84:5,
84:11, 88:19,
94:14,
101:24,
103:5, 118:4,
119:1, 126:5,

138:4,
138:19
assumed [4] -
22:21, 97:12,
101:17,
128:25
AT [1] - 142:7
atmosphere
[1] - 57:11
attached [6] -
7:9, 45:2,
63:14, 75:4,
75:7, 144:2
attend [1] -
128:11
attention [6] -
17:17, 31:22,
87:21,
113:24,
120:20,
126:23
ATTORNEY [2]
- 2:10, 2:11
attorney [7] -
4:7, 6:22,
7:12, 46:7,
116:23,
144:7,
144:12
attorneys [3] -
7:17, 7:22,
144:9
audience [1] -
60:1
August [2] -
134:5, 134:9
August-
September
[1] - 134:9
Austin [1] -
2:12
author [6] -
42:24, 49:18,
72:12, 72:19,
72:22, 98:3
Authors [1] -
3:17
authors [7] -
42:3, 42:5,
49:18, 73:10,
91:1, 97:20,
109:8
authors' [1] -
48:4
average [1] -
78:2
avoid [1] - 28:3
aware [10] -
6:2, 8:23,
11:13, 19:23,

86:4, 86:8,
89:12, 89:14,
92:16, 93:18
**awesome** [1] -
99:15
**awkward** [1] -
42:8

**B**

**Bach** [2] -
127:6, 127:8
**backdate** [4] -
116:5, 118:1,
118:3,
118:11
**backdating** [3]
- 117:24,
118:5, 118:8
**backed** [2] -
23:18, 68:22
**background**
[3] - 13:4,
28:17,
107:13
**backgrounds**
[1] - 107:12
**backlash** [5] -
23:1, 63:7,
63:8, 70:10,
70:16
**badly** [2] -
75:21, 75:22
**Bain** [1] -
96:25
**Bakulina** [6] -
75:3, 75:5,
111:23,
112:3,
112:11,
122:3
**Bakuline** [1] -
3:14
**balance** [2] -
22:18, 23:24
**balances** [2] -
24:12, 24:14
**Baroque** [1] -
127:11
**Barry** [13] -
42:21, 72:22,
95:16, 95:21,
95:25, 96:1,
96:4, 96:9,
97:15, 98:9,
98:23, 98:25
**based** [3] -
24:11, 40:19,
112:18
**basic** [3] -

76:17, 78:14,
84:13
**basis** [4] -
5:16, 77:19,
77:22, 78:3,
78:6
**Bates** [2] -
57:8, 118:16
**bathroom** [1] -
113:17
**baton** [1] -
32:6
**Beach** [6] -
26:7, 26:8,
26:12, 26:16,
33:7, 33:8
**Beach's** [1] -
24:25
**Beaudoin** [3] -
108:14,
109:11,
109:14
**became** [2] -
15:12, 44:23
**become** [3] -
5:24, 19:22,
60:24
**becoming** [3] -
25:5, 25:8,
45:13
**Beethoven** [7]
- 86:5,
86:18, 86:23,
86:24, 87:4,
87:6, 87:8
**Beethoven's**
[1] - 86:9
**began** [4] -
63:12, 63:13,
97:3, 137:24
**beginning** [10]
- 8:24, 8:25,
34:7, 46:7,
47:18, 50:21,
113:22,
113:23,
116:13,
118:5
**begins** [1] -
111:11
**behaviors** [2] -
138:17,
138:24
**behind** [1] -
29:2
**belief** [9] -
22:14, 23:18,
24:6, 24:9,
24:10, 25:16,
52:4, 56:12,

78:15
**beliefs** [4] -
56:7, 56:8,
73:3, 73:5
**beliefs)** [1] -
128:6
**below** [2] -
30:23, 115:4
**Ben** [10] -
10:10, 12:5,
17:21, 17:24,
36:7, 36:9,
39:6, 74:21,
94:12, 95:15
**Benjamin** [55]
- 3:12, 3:13,
3:24, 10:19,
17:25, 18:1,
18:5, 18:6,
19:13, 19:24,
20:5, 31:25,
32:19, 33:1,
33:4, 33:14,
33:17, 37:3,
37:9, 38:3,
40:7, 44:7,
44:9, 54:5,
56:22, 57:13,
57:21, 57:24,
58:1, 60:12,
62:11, 62:14,
62:15, 91:23,
92:1, 92:3,
92:10, 92:13,
92:19, 92:21,
93:18, 94:13,
94:21, 95:9,
95:13, 95:20,
96:14, 114:1,
115:14,
124:9,
125:13,
133:19,
134:3, 134:7
**Berlioz** [1] -
127:13
**best** [6] -
12:19, 35:6,
47:15, 62:16,
115:8, 118:7
**better** [5] -
43:11, 59:21,
72:14, 87:18,
103:1
**between** [14] -
3:11, 3:11,
7:21, 12:4,
16:1, 16:3,
19:17, 27:22,
28:25, 31:19,

33:6, 55:7,
96:2, 107:19
**bias** [5] -
57:20, 58:24,
59:9, 131:14
**biased** [2] -
131:11,
131:12
**big** [4] - 22:3,
27:22, 131:3,
131:4
**bigoted** [2] -
138:17,
138:24
**bios** [1] - 94:4
**bit** [6] - 13:4,
54:7, 55:20,
106:11,
106:16,
106:19
**black** [10] -
38:25, 60:21,
61:14, 61:16,
61:20, 77:7,
77:9, 79:22,
139:11,
139:13
**blacks** [1] -
25:10
**blowing** [1] -
37:4
**blue** [7] -
17:18, 17:24,
18:3, 31:23,
36:25, 40:7,
117:4
**Board** [2] -
3:18, 3:21
**board** [27] -
20:7, 22:15,
23:20, 24:1,
24:17, 24:18,
26:13, 26:19,
26:23, 26:24,
27:3, 27:13,
27:19, 27:24,
29:15, 39:9,
40:17, 41:24,
44:22, 51:8,
52:20, 54:25,
56:13, 56:16,
69:1, 69:2,
74:10
**BOHUSLAV**
[31] - 2:10,
5:3, 5:7,
5:15, 6:6,
30:13, 31:18,
32:14, 37:14,
48:21, 49:6,

49:19, 50:9,
54:6, 59:4,
62:2, 64:2,
65:1, 68:23,
71:24, 78:21,
85:18, 95:1,
104:3,
113:18,
124:25,
135:4,
139:25,
140:6, 141:2,
142:3
**Bohuslav** [2] -
5:18, 142:2
**book** [1] -
67:24
**Boss** [2] -
99:14,
100:19
**boss** [1] -
99:16
**Boss'** [1] -
100:15
**bottom** [6] -
57:7, 71:16,
80:3, 87:24,
95:15,
127:15
**bounce** [1] -
36:24
**Box** [2] - 2:5,
2:12
**Brand** [27] -
3:12, 3:13,
44:8, 44:9,
44:25, 50:20,
54:5, 55:8,
55:25, 56:22,
57:13, 57:24,
58:1, 60:12,
62:11, 62:14,
62:15, 66:25,
71:9, 71:12,
71:13, 91:23,
92:1, 92:3,
92:10, 93:18,
96:14
**Brand's** [1] -
57:21
**break** [6] -
50:7, 85:19,
85:20, 85:21,
85:22,
113:14
**breaking** [1] -
114:22
**Brian** [2] -
3:11, 35:4
**brief** [2] - 50:8,

66:15
**briefly** [6] -
56:23, 89:15,
118:23,
123:14,
128:18,
134:12
**Briefly** [1] -
57:23
**bring** [1] - 69:3
**bringing** [1] -
105:4
**brings** [1] -
131:24
**Brinkmann** [1]
- 128:2
**brought** [1] -
125:7
**Bryan** [2] -
135:14,
135:16,
135:21
**Bryan's** [1] -
35:12
**bubble** [11] -
17:18, 17:24,
18:3, 20:4,
22:3, 22:7,
31:23, 31:24,
40:6, 40:7
**bubbles** [1] -
37:1
**Burkhart** [5] -
54:1, 54:15,
66:15, 66:18,
66:22
**Burstein** [3] -
26:24, 27:8,
27:9
**business** [1] -
10:5
**busy** [1] -
39:14
**BY** [1] - 4:5

**C**

**Cadwallader**
[2] - 109:23,
110:5
**California** [3] -
14:2, 14:7,
14:24
**camps** [1] -
43:19
**campus** [1] -
136:24
**candidates** [3]
- 123:9,
123:13,

123:20
**cannot** [1] -
115:1
**canon** [2] -
53:19, 86:9
**capable** [1] -
121:8
**Capitol** [1] -
2:12
**car** [11] -
96:18, 97:4,
97:5, 97:17,
98:8, 109:6,
141:5,
141:11,
141:19,
141:20,
141:23
**care** [1] - 96:3
**career** [13] -
13:21, 17:14,
32:24, 34:11,
36:9, 55:19,
63:11, 63:13,
70:16, 71:18,
71:22, 72:1
**careful** [2] -
80:20, 119:8
**carried** [1] -
77:8
**Carrollton** [1] -
144:21
**carrying** [1] -
77:7
**CASE** [1] - 1:5
**Case** [1] -
143:4
**case** [12] -
24:16, 25:17,
33:4, 34:1,
53:20, 77:4,
77:5, 79:17,
113:22,
120:17,
124:16,
144:12
**cases** [1] -
103:7
**category** [2] -
29:13, 78:17
**caused** [5] -
85:8, 85:13,
110:24,
111:1,
127:24
**cc** [1] - 89:21
**cc'd** [1] -
120:10
**censor** [14] -
72:17, 73:3,

73:5, 73:9, 74:4, 74:10, 74:16, 74:18, 97:9, 97:20, 98:13, 106:4, 108:25, 109:2
**censored** [9] - 98:17, 98:18, 98:22, 98:23, 99:1, 99:3, 99:5, 100:8, 110:6
**censoring** [1] - 109:3
**censorship** [10] - 73:18, 73:22, 96:19, 97:18, 98:7, 98:20, 106:3, 108:11, 108:13, 108:19
**Center** [6] - 15:22, 16:3, 16:5, 16:10, 90:4, 90:5
**center** [8] - 16:1, 16:14, 16:17, 17:7, 18:5, 53:4, 53:6, 90:4
**century** [1] - 132:19
**certain** [8] - 33:19, 52:7, 77:9, 78:1, 84:25, 106:1, 130:14, 130:15
**certainly** [4] - 41:2, 69:1, 75:23, 131:15
**CERTIFICATE** [1] - 143:10
**Certificate..... ................... ......143** [1] - 3:7
**certifications** [1] - 13:22
**Certified** [1] - 143:15
**certify** [3] - 143:16, 143:22, 144:7
**cetera** [3] - 32:4, 32:10,

109:23
**CFP** [13] - 54:12, 67:12, 67:14, 111:15, 119:6, 119:18, 119:20, 120:18, 120:24, 121:5, 121:12, 121:14, 121:24
**chain** [1] - 116:10
**Chair** [1] - 100:1
**chair** [5] - 44:9, 44:10, 54:5, 62:12
**chance** [2] - 6:23, 82:1
**change** [1] - 122:23
**changed** [5] - 8:23, 82:24, 83:12, 83:14, 122:25
**Changes** [1] - 144:2
**changes** [2] - 106:6, 144:3
**changing** [2] - 42:12, 114:12
**characterize** [8] - 7:5, 33:12, 33:15, 36:15, 42:24, 53:10, 90:9, 141:8
**characterized** [3] - 55:4, 66:12, 86:5
**check** [2] - 22:17, 23:23
**checked** [1] - 9:16
**checking** [1] - 35:12
**checks** [2] - 24:11, 24:14
**cherrypicked** [1] - 72:13
**chief** [1] - 88:22
**child** [1] - 61:19
**children** [2] -

62:5, 62:9
**chose** [1] - 53:1
**Chris** [9] - 12:4, 12:6, 12:9, 17:21, 22:8, 32:13, 37:10, 39:13, 124:1
**Chris...11** [1] - 3:11
**Christmas** [5] - 39:15, 85:2, 85:3, 85:5, 85:6
**Christopher** [1] - 80:9
**Chung** [8] - 75:1, 75:3, 111:23, 112:1, 112:13, 118:18, 119:23, 122:3
**Circle** [1] - 2:17
**circles** [1] - 80:7
**circulated** [5] - 91:22, 93:4, 110:21, 135:24, 136:1
**circumstance** [1] - 6:2
**circumstances** [2] - 84:14, 84:16
**City** [1] - 1:23
**Civil** [1] - 1:25
**claim** [1] - 128:3
**clarification** [2] - 4:15, 4:21
**clarity** [1] - 102:19
**Clark** [8] - 98:2, 98:8, 98:10, 98:14, 98:18, 98:23, 108:14, 109:9
**Clark's** [2] - 97:6, 98:19
**class** [1] - 103:14
**classes** [3] - 79:9, 103:14,

139:15
**classical** [2] - 86:5, 86:9
**classics** [1] - 87:18
**classist** [1] - 67:21
**clear** [9] - 4:18, 4:22, 5:14, 37:19, 42:12, 42:17, 54:8, 98:13, 108:8
**clearly** [1] - 63:23
**closed** [1] - 67:25
**closer** [1] - 106:19
**closest** [2] - 42:13, 42:20
**closing** [1] - 119:7
**clue** [1] - 60:9
**clumsy** [2] - 42:8, 42:9
**co** [1] - 134:18
**co-editor** [1] - 134:18
**coast** [1] - 13:2
**coding** [2] - 17:1, 17:4
**coercion** [1] - 141:16
**cohort** [5] - 137:2, 137:4, 137:11, 137:21, 138:1
**colleague** [1] - 37:6
**colleagues** [4] - 32:3, 32:9, 32:22, 33:13
**collected** [1] - 94:17
**collecting** [2] - 7:23, 8:3
**College** [9] - 13:17, 14:23, 15:1, 21:3, 64:12, 75:12, 75:16, 75:20, 86:4
**college** [6] - 13:21, 14:2, 14:21, 14:22, 75:19, 75:22
**Collin** [8] - 10:10, 10:12, 10:13, 10:15,

11:10, 18:11, 36:7, 36:10
**color** [22] - 25:19, 26:3, 60:18, 60:19, 60:20, 60:24, 61:3, 61:13, 61:16, 61:19, 62:1, 62:5, 62:8, 76:18, 76:22, 123:16, 124:7, 124:15, 124:17, 124:22, 125:8, 139:9
**combined** [1] - 138:5
**coming** [2] - 39:5, 131:8
**comment** [3] - 41:7, 46:8, 51:24
**commented** [1] - 112:11
**comments** [10] - 22:9, 42:6, 42:15, 48:17, 63:15, 72:11, 72:23, 74:2, 74:18, 112:10
**commit** [2] - 78:2, 139:23
**Committee** [1] - 100:2
**committee** [3] - 69:17, 69:21, 88:17
**committees** [2] - 32:4, 32:10
**common** [1] - 107:8
**communicate** [1] - 95:25
**communicated** [1] - 96:1
**communicating** [1] - 90:25
**communication** [6] - 7:21, 95:24, 97:13, 97:16, 100:19, 126:20
**communications** [3] - 97:15,

126:24, 127:3
**community** [9] - 14:2, 14:21, 14:22, 29:20, 29:21, 74:9, 114:12, 114:13, 125:10
**complete** [2] - 28:8, 104:14
**completion** [2] - 143:25, 144:6
**complicity** [1] - 71:3
**compose** [1] - 20:15
**composed** [1] - 136:6
**composers** [1] - 16:7
**composing** [1] - 136:10
**Composition** [1] - 99:23
**compound** [1] - 54:6
**computer** [1] - 16:24
**concern** [4] - 42:22, 45:6, 70:16, 103:7
**concerned** [6] - 45:1, 63:16, 66:24, 89:2, 106:18, 130:1
**concerning** [1] - 95:21
**concerns** [4] - 50:21, 50:24, 58:1, 72:4
**concerts** [1] - 17:8
**conclusions** [1] - 120:21
**condemned** [1] - 35:16
**condition** [1] - 6:13
**conduct** [1] - 95:6
**conducts** [1] - 95:5
**Conference** [1] - 31:1
**conference** [3] - 126:6, 128:11,

129:5
**conferences** [2] - 30:24, 30:25
**confess** [1] - 107:2
**conflict** [1] - 33:6
**confrontational** [6] - 25:4, 43:10, 43:11, 43:12, 43:14, 43:17
**confronted** [1] - 52:10
**confused** [2] - 63:17, 72:15
**confusing** [2] - 60:3, 117:22
**confusion** [1] - 135:3
**connected** [1] - 80:6
**Connecticut** [1] - 2:6
**connecting** [1] - 130:14
**connection** [2] - 103:16, 105:5
**connects** [1] - 103:1
**connotation** [1] - 59:1
**conscious** [1] - 57:13
**consequence** [1] - 79:19
**consider** [10] - 53:5, 53:8, 76:24, 106:14, 110:1, 110:3, 121:4, 121:15, 124:7, 135:10
**considered** [2] - 39:6, 39:19
**considering** [3] - 28:4, 75:24, 97:11
**considers** [1] - 61:25
**constructing** [1] - 119:18
**consult** [1] - 140:24
**consulted** [2] - 7:19, 48:9

consulting [1] - 48:5

contains [1] - 144:3

content [15] - 20:9, 42:13, 42:18, 42:20, 45:17, 51:3, 55:4, 65:21, 66:10, 67:20, 70:25, 94:16, 102:22, 106:20, 118:23

contents [4] - 50:18, 51:2, 72:24, 97:10

context [4] - 75:6, 107:8, 118:24, 131:19

continue [2] - 83:25, 86:22

continued [1] - 45:8

contribute [4] - 27:2, 27:14, 39:4, 135:18

contributed [3] - 49:25, 56:6, 118:19

contribution [6] - 95:22, 97:6, 100:6, 100:8, 100:12, 100:15

contributions [6] - 91:5, 91:10, 93:14, 97:8, 109:4, 111:6

contributor [4] - 94:5, 99:24, 102:4, 102:6

contributors [5] - 10:6, 12:10, 42:21, 102:22, 123:21

control [3] - 13:15, 41:19, 70:25

controversial [2] - 47:13, 57:10

conversation [12] - 4:9,

12:4, 32:17, 39:4, 72:20, 76:21, 96:2, 96:8, 97:2, 98:11, 139:9

conversation s [2] - 72:21, 105:1

copy [6] - 6:21, 86:1, 91:2, 100:23, 102:20, 106:18

core [7] - 29:24, 31:13, 31:16, 52:22, 52:23, 54:24, 66:9

corollary [1] - 4:20

Corona [1] - 115:5

correct [108] - 11:19, 21:23, 24:8, 27:4, 27:10, 34:18, 35:6, 35:7, 35:21, 38:5, 40:8, 41:5, 42:25, 45:7, 45:8, 45:11, 46:16, 47:10, 48:20, 49:5, 49:18, 55:1, 55:5, 60:14, 63:1, 64:1, 64:20, 64:25, 67:2, 67:16, 69:7, 70:13, 71:14, 71:20, 71:23, 74:4, 74:13, 76:11, 76:14, 76:25, 78:10, 78:14, 78:19, 78:20, 79:1, 79:2, 79:5, 80:10, 80:15, 80:19, 82:4, 84:15, 87:19, 89:5, 89:8, 89:16, 89:23, 90:7, 90:20, 91:10, 91:15, 91:20, 91:21, 94:7, 94:13, 96:6, 97:21, 98:24, 99:3, 99:17, 101:19, 102:8, 104:2,

104:8, 104:10, 104:15, 105:11, 105:20, 106:3, 108:8, 108:16, 108:19, 108:22, 109:9, 109:20, 110:25, 112:7, 114:4, 115:6, 116:24, 119:10, 120:2, 120:9, 120:12, 121:6, 121:10, 122:5, 123:6, 123:22, 124:16, 129:3, 129:15, 130:21, 132:5, 133:3, 139:4, 141:24

Correct [9] - 14:1, 21:10, 46:20, 59:18, 114:16, 117:18, 123:3, 127:1, 137:9

correctly [8] - 35:17, 37:7, 54:18, 57:15, 60:15, 98:9, 101:16, 141:8

Corresponde nce [1] - 3:21

corresponde nce [2] - 52:19

corresponde nces [1] - 95:6

counsel [2] - 59:10, 144:8

COUNSEL [2] - 2:15, 2:16

Counsel's [1] - 7:19

country [1] - 29:18

counts [1] - 67:24

County [1] - 1:24

couple [2] - 4:13, 120:19

course [8] - 13:20, 29:19, 46:6, 97:4, 103:15, 106:2, 119:8

COURT [2] - 1:1, 143:1

Court [5] - 4:11, 12:3, 18:4, 50:19, 117:7

craft [2] - 119:20, 121:14

crafted [1] - 67:15

credentials [1] - 17:13

credibility [3] - 75:25, 76:3

credits [1] - 84:1

Crest [1] - 144:20

crime [3] - 77:16, 139:17, 139:21

crimes [2] - 78:2, 139:23

criteria [1] - 67:18

criticism [16] - 21:5, 21:12, 21:21, 21:22, 21:24, 22:11, 22:13, 59:22, 68:5, 68:9, 92:11, 93:13, 95:21, 107:9, 130:25, 131:25

criticisms [2] - 68:16, 131:23

criticize [1] - 131:20

critiques [2] - 100:10, 100:14

crossing [1] - 96:25

crowd [1] - 107:23

CSR [2] - 1:21, 144:18

Cubero [5] - 75:8, 111:23, 112:4, 112:13, 122:4

Cullen [2] - 1:21, 143:15

CULLEN [1] - 144:18

cultural [1] - 72:15

culture [2] - 26:1, 26:2

CUNY [2] - 21:3, 30:3

curious [2] - 32:8, 116:3

current [1] - 30:5

cut [1] - 114:18

Cutler [1] - 1:23

cynical [1] - 121:18

## D

Dallas [2] - 1:24

damage [2] - 71:18, 71:22

Damschroder [6] - 54:1, 54:16, 66:16, 66:19, 66:22, 67:7

dangers [2] - 75:11, 75:15

dark [1] - 118:12

date [6] - 34:24, 35:1, 88:25, 92:17, 117:9, 144:1

Date [1] - 144:19

dated [5] - 3:12, 3:13, 3:14, 3:18, 35:5

daughter [1] - 35:9

David [8] - 66:18, 81:17, 81:19, 81:20, 81:21, 82:8, 82:10

Davis [5] - 10:13, 10:15, 11:10, 36:8,

36:10

days [7] - 70:12, 70:17, 110:23, 126:6, 129:4, 136:8, 144:1

deadline [9] - 39:10, 39:14, 39:25, 40:3, 49:22, 49:23, 50:1, 50:2, 114:13

deadlines [1] - 114:22

deal [1] - 131:3

Dear [1] - 114:1

debate [1] - 108:21

debt [2] - 53:16, 53:17

decades [1] - 30:5

December [4] - 3:20, 9:9, 39:8, 91:23

decided [1] - 67:4

decision [3] - 73:14, 74:3, 74:6

dedicated [6] - 132:7, 132:12, 132:15, 132:16, 132:18, 132:22

defend [2] - 52:14, 52:17

DEFENDANT S [1] - 2:9

Defendants [2] - 1:7, 143:7

defense [1] - 103:2

deficient [1] - 41:8

define [4] - 25:16, 61:4, 61:9, 85:16

defining [1] - 79:7

definitely [3] - 39:6, 58:21, 99:16

degree [6] - 14:15, 87:23, 88:7, 88:9, 88:11, 89:8

degrees [1] - 17:13

delay [5] - 110:24, 111:4, 115:1, 115:8

delayed [1] - 40:23

delivered [1] - 120:21

Delta [2] - 14:23, 14:25

demonizing [2] - 131:21, 132:4

demoralizing [3] - 51:14, 51:25, 52:5

denied [2] - 24:16, 138:13

denounceme nt [2] - 35:13

Denton [2] - 2:17

deny [2] - 139:12, 139:14

departed [1] - 92:14

department [4] - 13:8, 13:11, 44:9, 62:12

departments [2] - 55:22, 137:15

deponent [3] - 143:23, 143:24, 144:5

DEPOSITION [24] - 1:11, 1:17, 6:18, 11:23, 34:16, 45:19, 50:5, 62:20, 70:5, 85:24, 87:12, 89:10, 93:24, 99:9, 101:5, 108:3, 110:10, 113:5, 122:7, 126:12, 130:17, 133:16, 142:7, 143:10

deposition [16] - 4:10,

4:11, 4:24, 5:2, 5:19, 7:6, 38:1, 50:8, 73:20, 116:22, 134:21, 140:8, 143:20, 143:25, 144:6, 144:10
**derived** [1] - 120:22
**Describe** [2] - 41:22, 42:3
**describe** [28] - 12:2, 13:20, 16:2, 20:11, 20:18, 22:6, 25:7, 28:6, 33:24, 36:1, 39:11, 40:15, 50:18, 51:21, 64:9, 70:9, 72:18, 76:15, 88:4, 90:1, 96:22, 103:3, 110:15, 111:8, 111:18, 127:3, 130:23, 135:11
**described** [11] - 14:18, 26:5, 28:21, 29:24, 31:14, 52:21, 57:20, 73:19, 124:21, 141:6
**Description** [1] - 90:6
**DESCRIPTION** [1] - 3:9
**description** [6] - 90:10, 90:18, 92:5, 93:3, 93:19, 93:22
**deserve** [1] - 25:23
**deserves** [1] - 38:23
**deserving** [2] - 26:2, 107:25
**design** [1] - 16:25
**designates** [1] - 133:24

**desire** [3] - 56:9, 56:12, 128:4
**detail** [1] - 25:7, 82:13
**details** [2] - 82:14, 82:16
**devalue** [1] - 72:12
**development** [2] - 35:15, 35:20
**devoted** [2] - 28:1, 28:15
**dialogue** [1] - 133:12
**Diego** [4] - 75:8, 112:4, 114:1, 122:4
**difference** [1] - 27:22
**differences** [1] - 79:12
**different** [2] - 16:13, 119:18
**differently** [2] - 98:22, 130:2
**difficult** [5] - 28:3, 61:4, 61:5, 61:9, 104:14
**difficulties** [1] - 111:2
**direct** [10] - 48:25, 64:8, 64:9, 64:14, 66:8, 104:17, 112:6, 112:8, 120:8, 126:22
**direction** [3] - 53:2, 138:8, 138:13
**directly** [16] - 15:1, 47:9, 47:21, 59:6, 62:7, 65:2, 65:7, 84:18, 91:12, 93:19, 97:17, 98:3, 101:3, 131:8, 139:6, 139:8
**disagree** [2] - 74:15, 74:17
**disagreed** [1] - 85:12
**Disagreed** [1] - 85:15
**disagreement**

[2] - 33:13, 33:16
**discomfort** [2] - 51:4, 105:9
**discourage** [2] - 119:9, 119:22
**discouraging** [1] - 115:17
**discourse** [19] - 25:6, 25:8, 66:8, 75:13, 75:16, 76:11, 76:15, 77:1, 78:10, 78:14, 78:19, 78:20, 79:1, 79:2, 79:6, 104:11, 104:15, 104:18, 104:21
**discuss** [18] - 8:16, 40:2, 41:23, 55:10, 56:23, 57:18, 57:21, 74:23, 75:5, 102:15, 123:8, 123:13, 125:17, 128:16, 130:6, 134:7, 139:21
**discussed** [18] - 7:22, 28:18, 56:21, 60:12, 62:7, 71:13, 78:19, 79:1, 79:5, 96:9, 96:17, 96:18, 97:18, 102:15, 108:11, 109:9, 123:14, 128:19
**discusses** [2] - 45:25, 46:12
**discussing** [12] - 9:5, 32:12, 33:22, 62:13, 72:19, 72:22, 77:3, 87:17, 98:3, 105:16, 107:5, 127:23
**discussion** [16] - 22:24, 33:12, 60:13,

74:25, 93:9, 93:13, 93:15, 96:20, 98:7, 102:16, 105:2, 111:21, 114:9, 118:19, 121:13, 139:10
**discussions** [2] - 41:25, 138:11
**disgusting** [1] - 89:4
**dislike** [1] - 44:24
**displeased** [2] - 66:9, 72:25
**disproportionate** [2] - 139:22
**disquieting** [1] - 51:22
**disrespect** [1] - 41:16
**disrespectful** [1] - 58:5
**dissatisfaction** [2] - 51:1, 51:16
**dissatisfied** [1] - 45:13
**dissertation** [6] - 32:2, 37:5, 88:17, 88:18, 88:23, 136:23
**distinction** [1] - 19:17, 28:25, 29:4
**distinctions** [1] - 107:19
**distributed** [3] - 58:15, 58:18, 60:6
**distribution** [3] - 79:12, 79:18, 139:17
**DISTRICT** [4] - 1:1, 1:1, 143:1, 143:1
**diversity** [7] - 57:4, 57:12, 57:21, 58:2, 58:11, 60:7, 121:18
**division** [8] - 13:17, 13:19,

18:15, 18:17, 34:12, 44:10, 62:12, 137:25
**DIVISION** [3] - 1:2, 2:11, 143:2
**divisions** [1] - 137:15
**document** [45] - 6:25, 7:3, 7:15, 11:25, 12:2, 13:3, 46:8, 46:10, 50:14, 50:16, 50:19, 50:25, 70:21, 86:13, 86:17, 87:13, 89:12, 90:1, 90:3, 92:17, 93:16, 94:2, 101:11, 110:11, 110:13, 110:15, 111:11, 113:11, 113:15, 113:23, 116:4, 116:5, 117:8, 117:16, 117:22, 120:5, 122:9, 126:23, 135:8, 135:11, 136:6, 136:10, 136:12, 138:6, 138:12
**documented** [1] - 82:25
**Documents** [1] - 7:10
**documents** [8] - 7:14, 7:23, 7:25, 8:4, 8:9, 9:25, 117:21
**done** [9] - 19:24, 38:20, 39:15, 39:21, 45:7, 59:19, 92:22, 114:23, 132:1
**down** [15] - 36:23, 40:6,

41:17, 61:3, 61:5, 70:24, 72:6, 72:7, 75:10, 80:2, 92:20, 92:21, 120:19, 128:12, 138:6
**Dr** [31] - 3:16, 3:16, 3:20, 3:23, 10:10, 35:13, 50:20, 54:14, 55:7, 55:25, 56:24, 58:2, 58:3, 66:25, 73:6, 74:17, 76:10, 82:23, 83:15, 91:13, 94:3, 111:20, 122:12, 123:8, 123:13, 124:13, 124:20, 130:21, 130:25, 138:20, 140:12
**draft** [2] - 111:24, 111:25
**drafted** [2] - 135:13, 135:15
**draw** [1] - 120:20
**Drive** [2] - 1:23, 144:20
**due** [1] - 70:16
**duly** [3] - 1:18, 4:3, 143:19
**during** [3] - 58:8, 92:24, 116:22
**duties** [3] - 90:3, 91:15, 92:24
**duty** [1] - 93:10
**dwindled** [1] - 30:4

**E**

**e-mail** [74] - 8:6, 8:13, 8:15, 8:21, 9:4, 9:7, 9:11, 9:13,

9:17, 10:1, 10:8, 10:22, 11:1, 11:6, 33:22, 45:20, 45:21, 45:23, 45:25, 46:4, 46:12, 50:20, 51:5, 62:22, 62:23, 62:24, 68:1, 75:2, 75:4, 75:6, 75:9, 88:25, 89:20, 94:5, 94:7, 95:4, 99:10, 99:13, 99:14, 99:18, 101:6, 101:13, 102:10, 102:13, 106:21, 108:4, 108:12, 111:10, 111:21, 114:3, 114:6, 114:8, 116:9, 117:23, 118:18, 119:23, 119:25, 120:6, 120:9, 122:11, 122:17, 125:21, 126:2, 127:14, 127:16, 127:17, 128:17, 128:18, 129:5, 130:18, 130:24, 133:18, 135:25
**E-mail** [10] - 3:12, 3:13, 3:14, 3:17, 3:17, 3:18, 3:19, 3:20, 3:23, 3:24
**e-mailed** [1] - 128:25
**e-mailings** [1] - 49:11
**e-mails** [7] - 33:17, 33:20, 33:21, 62:15, 71:14, 74:23, 117:10

*Levi Nigem Xenengizils        5/18/21*

**E....................**
**.....34** [1] -
3:12

**Ear** [1] - 14:19

**earliest** [1] -
116:16

**early** [6] -
20:25, 33:6,
39:8, 58:5,
123:10,
127:10

**east** [1] - 13:1

**EASTERN** [2] -
1:1, 143:1

**economics** [1]
- 25:25

**ed** [1] - 14:8

**editing** [6] -
41:18, 91:2,
100:23,
102:20,
106:18,
119:4

**Editor** [2] -
90:12, 90:16

**editor** [22] -
10:13, 10:16,
11:14, 11:17,
15:11, 18:6,
18:8, 18:9,
18:11, 21:17,
32:1, 34:1,
40:15, 48:7,
74:18, 90:19,
92:19, 95:10,
97:20,
133:25,
134:18

**editor's** [2] -
114:25,
115:7

**Editorial** [1] -
3:21

**editorial** [38] -
10:25, 11:3,
11:11, 21:13,
22:20, 23:19,
24:1, 24:2,
24:17, 24:18,
26:13, 26:19,
27:3, 40:17,
41:24, 42:4,
44:22, 47:12,
51:8, 52:20,
56:13, 56:15,
65:8, 67:6,
69:1, 69:2,
69:5, 74:10,
91:14, 92:11,
93:10,

106:15,
108:25,
113:3,
119:13,
119:19,
121:8, 122:2

**editors** [1] -
36:7

**editorship** [1] -
18:7

**education** [1] -
13:23

**educational**
[2] - 13:21,
17:14

**educators** [1] -
36:4

**effect** [1] -
55:18

**efforts** [3] -
71:5, 71:7,
71:10

**egalitarianis**
**m** [1] - 72:15

**either** [5] -
38:25, 48:5,
97:2, 101:18,
128:20

**electronically**
[1] - 87:25

**eliciting** [1] -
64:16

**eligible** [1] -
27:2

**eliminate** [2] -
56:9, 67:19

**eliminated** [4]
- 67:5,
67:21, 67:22,
76:8

**eliminating** [1]
- 132:8

**elimination** [1]
- 132:6

**Ellen** [4] -
3:14, 75:5,
112:3, 122:3

**elsewhere** [1] -
21:6

**emphasizes**
[1] - 54:13

**employed** [3] -
30:11, 30:16,
144:8

**employee** [1] -
144:11

**employment**
[2] - 32:5,
32:11

**encourage** [2]

- 119:9,
119:21

**encouraged**
[3] - 35:24,
44:7, 45:3

**end** [15] - 8:25,
14:13, 16:18,
22:19, 39:21,
41:9, 67:4,
86:21, 94:12,
106:21,
113:23,
116:4, 116:9,
117:10,
131:15

**ended** [6] -
82:21, 83:19,
83:22, 85:11,
110:5,
121:12

**engage** [2] -
61:11,
118:22

**engaged** [1] -
71:11

**English** [2] -
35:25, 87:22

**enjoyed** [2] -
95:17, 96:5

**enslaved** [1] -
79:20

**entered** [3] -
137:5, 137:9,
137:13

**ENTERS** [2] -
6:17, 20:3

**entire** [6] -
52:6, 79:20,
120:4, 132:4,
132:15,
140:8

**entirely** [2] -
86:25, 87:2

**entirety** [1] -
96:23

**entity** [1] -
16:9

**equity** [5] -
57:4, 57:22,
58:3, 58:11,
60:7

**Eric** [10] - 54:1,
54:15, 66:15,
66:18, 66:22,
67:7, 124:2,
124:3, 124:7

**error** [1] - 60:4

**ersatz** [1] -
107:12

**escape** [1] -

141:11

**especially** [6] -
44:16, 57:1,
63:10, 91:11,
130:8,
130:10

**essays** [5] -
37:6, 37:13,
38:7, 38:9,
38:12

**essentially** [3]
- 44:13,
72:8, 92:20

**established**
[3] - 59:16,
59:19, 80:17

**estimate** [2] -
29:20, 29:22

**estimation** [1]
- 30:10

**et** [5] - 1:6,
32:4, 32:10,
109:23,
143:6

**ethical** [1] -
69:11

**ethics** [3] -
22:17, 23:14,
23:16

**ethnomusico**
**logy** [3] -
13:11,
103:15,
138:5

**EuroMAC** [1] -
30:25

**evening** [2] -
63:3, 123:10

**eventually** [1]
- 76:7

**evidence** [3] -
4:12, 5:24,
139:22

**Ewell** [78] -
3:22, 8:7,
20:17, 21:2,
22:1, 22:22,
22:25, 23:4,
23:7, 23:12,
33:7, 37:17,
38:13, 38:16,
38:18, 38:20,
39:1, 39:10,
39:17, 40:3,
45:15, 46:1,
46:13, 47:18,
47:19, 48:3,
48:4, 48:9,
48:16, 48:18,
50:1, 51:10,

54:3, 54:17,
54:23, 63:19,
64:5, 64:11,
64:23, 65:3,
65:9, 67:11,
67:19, 67:22,
69:3, 74:7,
74:10, 86:4,
95:17, 96:6,
98:5, 98:6,
99:3, 100:15,
101:2, 102:6,
102:9,
105:10,
105:19,
106:8,
106:10,
108:16,
109:1,
109:19,
109:24,
111:5,
112:21,
115:17,
115:20,
115:23,
121:19,
122:24,
131:10,
131:14,
131:24

**Ewell's** [34] -
40:19, 40:20,
40:21, 48:24,
51:6, 52:1,
53:5, 55:4,
55:13, 63:19,
65:21, 72:8,
94:17, 103:2,
103:4, 103:6,
105:1, 105:5,
105:17,
118:22,
118:24,
119:2,
120:20,
120:23,
120:25,
121:2, 121:5,
121:23,
128:8, 128:9,
129:17,
131:1,
131:15,
131:22

**exact** [4] -
21:1, 29:22,
34:24, 35:1

**exactly** [12] -
43:8, 56:2,
58:7, 58:19,

63:18, 77:14,
96:11, 101:9,
110:9, 118:6,
135:14,
136:7

**EXAMINATIO**
**N** [1] - 4:4

**Examination**
[1] - 3:6

**examine** [4] -
6:23, 46:10,
86:3, 86:13

**examined** [1] -
89:22

**example** [2] -
86:10,
100:22

**except** [2] -
4:25, 74:22

**exception** [1] -
16:18

**exchange** [4] -
36:2, 97:11,
101:13,
129:5

**exclude** [1] -
40:3

**excluded** [1] -
27:10

**excuse** [2] -
110:20,
119:20

**Excuse** [2] -
88:5, 126:9

**executed** [1] -
118:14

**exercise** [1] -
106:2

**exhibit** [10] -
6:20, 6:23,
43:24, 70:7,
70:9, 85:25,
87:10, 99:8,
117:8,
134:20

**Exhibit** [53] -
3:10, 3:11,
3:11, 3:12,
3:13, 3:14,
3:15, 3:16,
3:16, 3:17,
3:17, 3:18,
3:19, 3:20,
3:20, 3:21,
3:22, 3:23,
3:23, 3:24,
6:20, 7:9,
11:22, 17:18,
20:5, 22:3,
31:23, 34:15,

36:23, 36:24,
50:3, 50:14,
57:3, 57:5,
62:15, 62:19,
66:14, 67:10,
70:13, 70:15,
86:1, 87:11,
89:16, 94:1,
99:8, 113:6,
113:22,
122:9,
126:22,
129:3,
134:21,
135:2, 135:3

**EXHIBIT** [20] -
6:18, 11:23,
34:16, 45:19,
50:5, 62:20,
70:5, 85:24,
87:12, 89:10,
93:24, 99:9,
101:5, 108:3,
110:10,
113:5, 122:7,
126:12,
130:17,
133:16

**exhibits** [1] -
75:3

**EXHIBITS** [1] -
3:8

**exist** [2] -
20:10,
132:10

**existing** [1] -
16:10

**exists** [1] -
107:13

**expecting** [1] -
97:13

**experience** [3]
- 19:2, 52:8,
52:9

**experienced**
[2] - 59:6,
82:11

**expert** [1] -
61:7

**Expiration** [1]
- 144:19

**explain** [8] -
13:20, 18:4,
25:15, 28:9,
28:10, 51:11,
75:14, 107:2

**explicitly** [5] -
47:21, 55:14,
63:15, 74:18,
97:16

**express** [6] - 56:3, 56:6, 56:9, 56:12, 74:19, 129:24
**expressed** [19] - 22:14, 24:10, 39:13, 42:22, 50:24, 51:1, 56:7, 69:15, 70:15, 77:6, 80:8, 81:18, 95:20, 105:9, 107:9, 107:15, 122:24
**expressing** [4] - 50:21, 51:16, 73:19, 94:21
**extension** [1] - 4:10
**extent** [4] - 26:11, 52:8, 53:17, 130:9
**extremely** [1] - 66:9

## F

**F-A-L-T-E-R-M-A-N** [1] - 81:24
**face** [1] - 52:15
**Facebook** [8] - 3:15, 8:10, 18:3, 70:18, 70:22, 89:3, 104:11, 136:5
**facet** [1] - 25:20
**fact** [16] - 23:19, 24:16, 25:17, 43:23, 44:5, 47:1, 47:4, 52:6, 74:12, 84:11, 90:5, 102:25, 103:21, 109:8, 123:8, 130:7
**factor** [1] - 140:18
**factors** [1] - 79:15
**faculty** [10] - 16:2, 18:25, 19:4, 56:18, 58:4, 74:19,

74:24, 88:22, 122:3, 138:18
**faculty/ student** [1] - 58:4
**fail** [1] - 61:11
**failed** [3] - 64:3, 131:16, 131:22
**failing** [4] - 82:24, 83:13, 83:14, 84:8
**fails** [1] - 52:6
**failure** [1] - 60:14
**fair** [7] - 7:5, 37:24, 61:9, 68:15, 90:9, 90:18, 128:23
**faith** [1] - 57:1
**fall** [2] - 34:8, 58:8
**fallout** [1] - 45:16
**false** [1] - 48:20
**Falterman** [4] - 81:17, 81:19, 82:10, 82:11
**familiar** [7] - 94:2, 94:3, 101:11, 110:12, 113:12, 123:18, 125:4
**family** [2] - 63:17, 82:22
**famous** [1] - 13:12
**far** [8] - 10:9, 31:21, 33:3, 47:5, 83:4, 83:5, 105:18, 132:19
**favor** [1] - 109:3
**Fax** [1] - 2:7
**fear** [5] - 77:20, 77:22, 80:12, 95:12, 129:23
**feared** [4] - 71:17, 80:3, 80:5, 80:10
**February** [7] - 3:20, 96:12, 108:5,

114:20, 120:1, 141:7
**Federal** [1] - 1:25
**feedback** [1] - 9:19
**feeding** [1] - 69:24
**fellow** [2] - 15:5, 15:6
**felt** [3] - 41:23, 43:6, 52:25
**female** [1] - 125:8
**few** [20] - 10:17, 24:9, 24:23, 30:5, 30:25, 60:2, 65:18, 69:15, 73:24, 74:22, 77:2, 88:5, 100:21, 110:23, 113:8, 123:14, 126:6, 130:2, 136:8, 138:4
**field** [4] - 35:24, 36:6, 75:22, 87:18
**fielding** [1] - 40:16
**fields** [1] - 72:13
**fifteen** [1] - 140:23
**figure** [3] - 17:11, 80:6, 87:5
**final** [4] - 111:15, 111:17, 111:25, 121:23
**finalizing** [1] - 122:4
**financially** [1] - 144:12
**fine** [6] - 5:17, 65:18, 73:12, 113:18, 114:19, 130:6
**finish** [2] - 39:7, 84:3
**finished** [1] - 84:6
**fired** [1] - 45:11
**Firm** [1] -

144:20
**first** [20] - 4:3, 6:20, 9:2, 15:7, 22:21, 41:14, 50:8, 71:16, 80:8, 90:24, 91:4, 101:20, 109:15, 109:17, 117:16, 120:4, 126:5, 126:10, 129:25, 134:15
**fit** [2] - 106:23, 107:11
**flesh** [1] - 105:7
**flew** [1] - 37:18
**flight** [1] - 128:13
**floated** [3] - 69:1, 124:24, 125:2
**fly** [3] - 120:11, 120:15, 121:10
**focus** [1] - 53:2
**focused** [6] - 51:15, 53:14, 53:19, 53:20, 102:22, 130:8
**folder** [1] - 7:12
**follow** [5] - 29:19, 47:2, 60:5, 60:11, 125:12
**follow-up** [3] - 29:19, 47:2, 125:12
**followed** [2] - 118:8, 125:13
**following** [6] - 79:19, 91:2, 94:17, 128:17, 134:16, 143:17
**follows** [1] - 4:3
**FOR** [5] - 1:1, 2:3, 2:9, 140:8, 143:1
**force** [1] - 141:14
**friend** [2] -

**forced** [3] - 46:8, 100:11, 100:15
**foreground** [1] - 28:18
**forget** [1] - 58:23
**forgetting** [1] - 141:1
**forgot** [1] - 17:12
**form** [14] - 5:1, 5:9, 5:11, 5:13, 23:4, 25:21, 48:6, 64:2, 64:10, 111:15, 111:17, 120:25, 133:10, 133:11
**formal** [1] - 4:9
**formatting** [1] - 91:2
**forming** [1] - 4:17
**formulation** [1] - 138:12
**forth** [4] - 87:19, 88:1, 117:12, 121:22
**forthcoming** [1] - 61:19
**Forum** [1] - 31:1
**forward** [3] - 72:11, 117:10, 134:4
**forwarded** [1] - 72:25
**fostering** [1] - 57:13
**four** [3] - 26:5, 70:24, 129:4
**fourth** [3] - 26:6, 26:7, 36:25
**frame** [7] - 48:24, 62:14, 68:5, 80:15, 86:10, 103:6, 130:19
**framed** [1] - 54:12
**FRCP** [1] - 143:22
**free** [1] - 4:14

62:11, 84:21
**FROM** [6] - 6:9, 50:12, 85:23, 113:20, 117:1, 141:3
**front** [1] - 87:25
**full** [5] - 7:13, 26:23, 66:16, 68:12, 68:17
**fundamental** [2] - 106:23, 107:11
**funding** [2] - 15:15, 45:4

## G

**Gain** [2] - 81:11, 81:12
**Gao** [4] - 81:7, 82:17, 84:18, 85:8
**gap** [3] - 14:9, 14:10, 14:18
**gender** [5] - 25:24, 52:4, 52:12, 103:15, 138:21
**genders** [1] - 139:15
**GENERAL** [5] - 2:10, 2:11, 2:11, 2:15, 2:16
**general** [16] - 7:19, 14:3, 29:21, 41:17, 47:23, 51:7, 51:11, 58:20, 72:19, 75:23, 97:7, 98:12, 100:23, 119:12, 119:19, 138:20
**generally** [9] - 33:22, 42:2, 47:24, 73:25, 102:21, 107:22, 120:17, 134:13, 136:12
**Generally** [1] - 42:13
**generated** [1] - 111:19

**generating** [1] - 112:7
**Gentlemen** [1] - 113:13
**given** [10] - 18:25, 19:2, 37:20, 50:13, 84:8, 84:12, 84:15, 99:18, 115:5, 143:20
**glad** [2] - 17:21, 24:13
**goal** [2] - 76:8, 108:22
**Gotcha** [1] - 135:4
**grad** [5] - 28:5, 58:14, 136:16, 136:17, 136:25
**grade** [14] - 82:24, 83:7, 83:9, 83:11, 83:13, 83:14, 83:23, 84:2, 84:5, 84:7, 84:8, 84:12, 84:15
**graduate** [21] - 13:7, 15:3, 15:18, 19:2, 19:5, 34:12, 58:10, 76:7, 90:19, 104:2, 104:4, 104:7, 104:12, 104:18, 137:5, 137:11, 137:14, 137:19, 137:20, 138:11, 142:6
**graduated** [1] - 13:22
**Graf** [47] - 10:10, 10:19, 12:5, 17:25, 18:1, 18:6, 18:15, 19:3, 19:13, 19:24, 20:5, 31:25, 32:19, 33:1, 33:4, 33:14, 33:17, 36:7, 37:3, 37:9, 38:4, 39:19,

Levi Nigem Xenenthols        5/18/21

74:21, 89:25,
92:3, 92:13,
92:19, 92:21,
94:3, 94:13,
94:21, 95:9,
95:13, 95:15,
95:20,
111:20,
114:1,
114:11,
115:14,
123:8,
123:13,
124:9,
124:20,
125:13,
133:19,
134:3, 134:7
**Graf's** [3] -
18:5, 36:9,
40:7
**granted** [2] -
49:1, 132:20
**Granted** [1] -
29:17
**gray** [1] -
117:5
**great** [4] -
57:14, 94:18,
118:21,
130:9
**grievances** [2]
- 81:18, 87:2
**ground** [3] -
4:13, 28:17,
131:7
**group** [4] -
75:9, 77:24,
79:20,
131:14
**groups** [3] -
78:1, 78:3,
139:23
**growing** [1] -
51:1
**guess** [10] -
7:8, 10:1,
29:23, 31:8,
35:1, 57:19,
58:8, 77:15,
136:21,
136:25
**guide** [2] -
91:3, 134:14
**guilty** [1] -
71:3
**gungho** [1] -
39:9

## H

**Hahn** [1] -
16:20
**hall** [1] -
128:19
**hand** [2] -
40:22,
119:15
**handful** [1] -
27:17
**handing** [1] -
86:1
**happy** [1] -
44:19
**hard** [10] -
29:24, 31:13,
31:16, 34:8,
41:4, 41:7,
52:22, 52:23,
54:24, 66:9
**hardly** [1] -
132:21
**HARRIS** [4] -
2:4, 18:13,
20:3, 116:19
**Harvard** [3] -
58:23, 59:17,
59:23
**hates** [1] -
120:11
**hazier** [1] -
18:10
**head** [2] -
37:18, 88:17
**hear** [3] - 5:20,
21:20, 84:18
**heard** [10] -
21:5, 21:20,
21:24, 24:7,
63:5, 84:19,
84:22, 86:7,
92:10,
127:24
**heart** [1] -
105:13
**Hedi** [5] -
125:7,
126:14,
126:15,
126:16,
126:18
**hegemony** [5]
- 25:17,
79:9, 79:15,
79:16, 79:24
**Heidlberger**
[1] - 75:4
**help** [4] -
16:20, 35:14,

35:20,
118:10
**helped** [1] -
135:18
**helpful** [1] -
133:12
**hereby** [1] -
143:16
**heritage** [1] -
61:6
**Hi** [1] - 17:21
**hierarchal** [1] -
107:19
**hierarchy** [19]
- 103:2,
103:7,
103:12,
103:16,
103:18,
103:20,
103:21,
105:5,
105:17,
128:1,
129:13,
129:14,
130:1, 130:4,
130:5, 130:7,
130:8,
130:11,
130:16
**high** [1] - 15:1
**higher** [1] -
37:5
**Hill** [1] - 2:6
**himself** [3] -
23:7, 95:5,
95:6
**hired** [1] -
19:25
**Hispanic** [1] -
60:22
**historically** [2]
- 77:5,
107:24
**history** [4] -
13:10, 38:22,
56:24, 133:2
**hoc** [4] - 69:17,
69:20, 96:17,
135:2
**Hold** [1] -
114:14
**hold** [2] -
76:19, 138:7
**holding** [2] -
7:13, 41:9
**home** [3] -
25:12, 82:22,
128:14

**honestly** [5] -
12:14, 30:15,
37:4, 131:2,
136:24
**hope** [2] -
115:9, 135:2
**hour** [1] - 50:7
**hue** [1] - 78:13
**human** [1] -
25:20
**Humble** [1] -
14:7
**Hunter** [3] -
21:2, 64:12,
86:4

## I

**idea** [18] -
20:7, 20:10,
24:11, 29:25,
30:6, 30:15,
56:4, 68:25,
103:5,
106:22,
109:13,
118:8,
118:14,
122:20,
126:9,
126:11,
128:6, 138:2
**ideas** [10] -
32:6, 54:4,
103:2, 103:3,
105:5,
105:17,
121:9,
124:21,
126:8,
130:15
**identification**
[2] - 60:23,
60:25
**identifies** [2] -
60:20, 86:11
**identify** [8] -
9:4, 61:2,
80:18, 82:3,
84:22, 99:13,
138:24,
140:12
**identifying** [1]
- 54:23
**identity** [1] -
52:12
**ignoramus** [1]
- 28:8
**ignorance** [2] -
76:25, 78:9

**ignorant** [3] -
25:5, 76:11,
77:11
**ignore** [1] -
107:10
**ignores** [1] -
106:22
**illegitimacy** [1]
- 93:9
**illegitimate** [2]
- 52:14,
52:23
**ills** [1] - 52:11
**imagine** [5] -
11:9, 35:9,
48:1, 88:20,
136:8
**immediately**
[5] - 19:25,
69:12,
103:21,
110:20,
110:21
**implicit** [4] -
57:20, 58:24,
59:9, 103:16
**implicitly** [7] -
55:15, 119:8,
119:21,
131:6,
131:10,
131:12,
131:14
**importance** [1]
- 30:23
**important** [3] -
60:24, 86:22,
108:18
**impression** [1]
- 63:24
**impressions**
[1] - 32:23
**impulse** [2] -
74:9, 108:25
**IN** [2] - 1:1,
143:1
**inadmissible**
[1] - 5:24
**incident** [2] -
80:18, 96:17
**Incidentally**
[6] - 66:14,
96:16,
125:24,
126:13,
132:23,
139:12
**incidentally**
[3] - 91:25,
93:22,

128:16
**incidents** [2] -
138:22,
139:2
**include** [2] -
137:5, 139:7
**included** [3] -
33:18, 78:18,
121:5
**includes** [1] -
60:21
**Including** [1] -
13:25
**including** [5] -
30:3, 33:22,
72:12, 79:8,
103:14
**inclusion** [5] -
57:4, 57:12,
57:22, 58:11,
60:7
**incompetenc**
**e** [1] - 4:16
**incorporate**
[2] - 100:12,
100:16
**incorporating**
[1] - 119:3
**incorrect** [2] -
25:4, 25:8
**increase** [1] -
124:22
**incredibly** [5] -
30:2, 77:11,
80:6, 103:17,
115:6
**independent**
[3] - 82:21,
83:19, 85:11
**independentl**
**y** [1] - 61:23
**INDEX** [1] - 3:1
**indicating** [1] -
43:5
**indication** [1] -
85:12
**indigenous** [1]
- 60:21
**individual** [5] -
27:7, 66:20,
82:18,
101:20,
109:17
**individual's**
[1] - 109:15
**individually**
[1] - 112:20
**individuals** [4]
- 66:17,
66:24,

125:18,
135:18
**inequality** [1] -
121:19
**infection** [1] -
128:13
**inferior** [1] -
107:20
**influential** [2] -
80:6, 132:10
**info** [2] - 9:12,
10:24
**informally** [1] -
51:5
**information**
[2] - 11:6,
72:13
**informed** [1] -
60:17
**informs** [1] -
133:2
**inherent** [3] -
25:18, 25:19,
103:16
**inherently** [4] -
106:22,
128:1,
129:14,
139:20
**initial** [1] - 35:5
**initiative** [1] -
115:12
**initiatives** [2] -
41:23, 57:22
**input** [3] -
44:21,
112:13,
119:6
**instance** [4] -
1:18, 32:25,
53:5, 60:17
**instances** [2] -
77:2, 140:15
**instead** [1] -
71:22
**institutions** [2]
- 30:3, 30:12
**intended** [1] -
41:16
**intent** [1] -
115:19
**interact** [1] -
42:4
**interactions**
[2] - 42:3,
72:18
**interest** [5] -
9:16, 28:16,
29:6, 127:9,
133:10

**interested** [10]
- 9:14,
28:24, 29:9,
65:15, 66:2,
86:19, 127:6,
127:10,
127:22,
144:13
**intermission**
[1] - 50:8
**International**
[1] - 31:1
**interpret** [1] -
32:19
**interpretation**
[1] - 121:4
**interpreted** [1]
- 107:24
**interrupt** [1] -
4:15
**interruption**
[1] - 117:3
**introduced** [1]
- 134:24
**inundation** [1]
- 87:3
**invent** [1] -
57:9
**invitation** [3] -
48:25, 64:6,
64:14
**invite** [2] -
47:18, 69:11
**invited** [6] -
23:9, 47:19,
47:21, 47:22,
48:2, 101:3
**inviting** [2] -
22:24, 64:5
**involve** [1] -
15:14
**involved** [8] -
41:18, 64:18,
67:8, 69:2,
93:19,
123:25,
135:23,
137:19
**issue** [12] -
23:13, 50:22,
57:11, 64:5,
83:1, 91:6,
105:17,
115:19,
130:12,
134:15,
134:16,
134:17
**issues** [10] -
25:24, 28:17,

51:9, 51:15,
53:1, 53:3,
53:18, 57:4,
57:19,
138:21
**issuing** [2] -
45:10, 61:5
**itself** [4] -
43:17, 51:15,
52:5, 124:19

## J

**Jack** [3] -
99:14,
100:14,
100:19
**JACKSON** [3]
- 1:3, 2:21,
143:3
**Jackson** [72] -
3:16, 3:16,
3:20, 3:23,
4:7, 8:7,
10:10, 10:21,
26:5, 26:10,
32:2, 32:22,
33:1, 33:14,
34:5, 34:11,
36:1, 54:14,
56:13, 58:2,
58:3, 61:11,
61:25, 72:4,
72:17, 72:25,
73:6, 74:15,
74:17, 76:10,
76:20, 78:13,
80:4, 80:5,
81:5, 82:23,
83:16, 85:9,
85:13, 86:16,
88:2, 88:8,
89:4, 91:13,
100:11,
100:16,
109:6,
111:13,
111:22,
113:25,
118:16,
120:2, 120:5,
120:11,
121:4,
122:12,
123:24,
124:11,
124:13,
124:15,
125:18,
126:14,
126:17,

127:5,
128:17,
130:21,
130:25,
138:20,
138:24,
140:12,
141:6
**Jackson's** [12]
- 24:24,
25:9, 35:13,
56:24, 57:19,
60:13, 76:25,
78:9, 96:18,
108:24,
121:9,
121:14
**January** [5] -
3:14, 9:8,
62:14, 68:5,
115:10
**Jessica** [2] -
3:12, 35:4
**Jewish** [1] -
131:2
**Jews** [1] -
131:11
**Joaquin** [2] -
14:23, 14:25
**job** [29] -
36:15, 36:16,
36:18, 36:19,
36:22, 41:6,
41:17, 43:24,
44:3, 44:13,
44:15, 44:16,
44:19, 44:24,
45:1, 45:14,
72:17, 73:2,
73:4, 73:9,
74:16, 74:18,
90:9, 90:18,
92:5, 93:3,
93:19, 93:21,
97:20
**jobs** [1] - 36:5
**joined** [1] -
137:21
**joint** [2] - 58:4,
58:14
**Journal** [24] -
8:7, 8:18,
8:20, 11:14,
11:18, 15:11,
15:18, 16:4,
26:19, 29:16,
36:4, 37:21,
46:15, 54:25,
90:12, 90:16,
90:19, 91:19,

111:11,
132:9,
132:11,
133:6, 133:9,
133:25
**journal** [85] -
8:16, 9:15,
9:19, 10:5,
10:14, 10:16,
11:1, 15:8,
16:1, 16:9,
16:19, 18:5,
21:17, 22:16,
22:20, 23:4,
23:20, 23:21,
23:22, 24:5,
24:12, 24:24,
33:22, 39:7,
39:21, 39:23,
39:25, 40:2,
41:20, 41:22,
41:24, 42:1,
44:3, 45:16,
45:17, 51:2,
51:4, 55:12,
55:14, 55:24,
56:6, 56:7,
56:10, 57:2,
57:9, 63:14,
63:25, 64:15,
64:22, 65:9,
65:13, 66:1,
66:6, 68:2,
68:6, 68:7,
68:22, 69:6,
71:1, 71:20,
73:3, 73:5,
73:10, 73:25,
74:3, 75:12,
75:15, 75:19,
75:21, 76:8,
91:6, 91:15,
95:6, 95:22,
96:19, 97:3,
99:6, 113:2,
114:22,
123:22,
124:23,
125:5, 132:7
**journal's** [1] -
75:18
**journal-
related** [1] -
95:6
**journals** [7] -
24:1, 69:10,
69:18,
132:12,
132:15,
132:17,

132:21
**JSS** [12] - 3:17,
8:7, 75:24,
92:8, 93:10,
95:10,
108:21,
118:22,
122:15,
125:5,
138:14,
140:19
**judgments** [1]
- 107:18
**JULIA** [1] -
144:19
**July** [21] -
3:15, 3:15,
9:23, 11:18,
15:10, 33:6,
33:10, 34:6,
34:7, 35:2,
35:5, 44:5,
44:17, 44:18,
45:14, 63:1,
70:11, 80:14,
100:24,
112:17,
136:8
**June** [3] - 33:5,
33:10,
144:15
**June-July** [1] -
33:10
**justified** [3] -
22:13, 25:20,
131:24

## K

**keep** [8] -
13:15, 18:24,
46:24, 82:20,
83:18, 83:21,
84:7, 85:10
**keeping** [1] -
12:14
**keeps** [2] -
48:1, 49:8
**kept** [3] - 42:2,
60:6, 60:8
**keyword** [1] -
8:6
**keywords** [1] -
8:8
**kind** [24] -
6:14, 16:9,
18:17, 47:2,
64:6, 64:9,
67:5, 102:7,
103:8, 104:1,

107:23,
114:22,
115:12,
116:10,
116:12,
119:9,
119:10,
119:21,
119:22,
127:9,
129:24,
130:2, 131:4,
134:14
**kinds** [1] -
107:18
**knowing** [4] -
44:25, 76:16,
81:3, 127:7
**knowledge**
[19] - 12:19,
15:17, 15:21,
31:11, 35:6,
47:15, 48:7,
49:16, 51:8,
84:9, 92:4,
92:6, 118:7,
126:14,
126:16,
132:20,
136:2, 136:3,
139:16
**knowledgeab
le** [7] - 26:17,
27:17, 27:21,
27:22, 28:2,
69:9, 69:18
**known** [2] -
21:19, 50:1
**Korean** [2] -
61:21, 61:22

## L

**lack** [2] -
25:11, 87:17
**language** [2] -
120:22,
120:24
**large** [7] -
21:25, 29:20,
31:4, 31:5,
42:15, 51:16,
69:6
**largely** [1] -
32:5
**larger** [2] -
21:9, 31:24
**Last** [1] - 8:23
**last** [18] - 4:24,
15:9, 20:16,

30:5, 65:12,
67:25, 81:9,
81:15, 81:23,
82:5, 87:21,
88:5, 116:9,
117:23,
136:8, 138:7,
141:4
**late** [4] - 33:5,
63:3, 93:7,
112:24
**lately** [2] -
57:14,
127:13
**latter** [1] -
29:13
**LAURA** [2] -
1:6, 143:6
**LAW** [1] - 2:5
**Law** [1] - 1:22
**lawfirm.com**
[1] - 2:7
**lawyers** [1] -
57:8
**laying** [1] -
90:3
**layperson** [2] -
28:11, 107:6
**lead** [2] -
106:7, 140:3
**leading** [7] -
28:16, 44:17,
65:1, 71:24,
114:9,
138:12,
139:25
**learned** [1] -
128:23
**least** [9] -
19:16, 36:20,
42:14, 69:22,
76:20, 97:19,
105:8,
115:23,
124:23
**leave** [8] -
9:22, 43:5,
44:7, 44:13,
44:15, 45:3,
71:17,
113:15
**LEAVES** [1] -
18:13
**lecture** [1] -
103:6
**lecturer** [2] -
18:16, 18:19
**led** [2] - 61:15,
84:14
**left** [12] - 9:20,

*Levi Nigem Xenen Trails      5/18/21*                    11

9:23, 10:24,
17:20, 17:24,
43:13, 43:18,
53:4, 53:6,
58:4, 58:25,
71:20
**legitimacy** [1]
- 59:21
**legitimate** [2] -
92:7, 130:5
**lengthy** [1] -
113:8
**less** [5] -
33:17, 43:12,
44:22, 59:2,
111:5
**lesser** [2] -
26:11, 53:16
**Lett** [7] -
48:12, 49:18,
49:24, 49:25,
69:16,
108:14,
109:17
**Lett's** [2] -
48:11, 48:13
**Letter** [2] -
3:16, 3:16
**letter** [6] -
135:11,
135:12,
135:13,
135:19,
140:18,
140:21
**lettering** [1] -
117:4
**letters** [1] -
44:12
**levels** [3] -
128:1,
129:13,
129:14
**LEVI** [6] - 1:12,
1:17, 3:5,
4:2, 143:11,
143:18
**Levi** [15] -
3:10, 3:11,
3:15, 3:16,
3:16, 3:19,
32:6, 34:18,
41:13, 62:22,
104:5, 104:6,
104:7,
133:20
**LeviWalls@
my.unt.edu**
[1] - 45:21
**lie** [1] - 94:24

**lied** [1] - 97:25
**life** [1] - 25:20
**light** [3] -
72:14, 108:2,
117:5
**lightly** [2] -
97:3, 141:10
**likely** [2] -
78:2, 127:24
**limit** [2] -
39:16, 39:17
**line** [5] - 87:24,
89:21, 94:9,
117:11
**lines** [4] - 43:9,
43:18, 70:2,
72:7
**linking** [1] -
128:5
**links** [1] -
16:12
**list** [9] - 46:24,
46:25, 47:24,
48:1, 49:4,
49:8, 49:11,
110:17,
110:22
**listed** [1] -
26:13
**lists** [1] - 111:3
**lit** [1] - 35:25
**literally** [1] -
16:23
**literature** [1] -
87:22
**LITIGATION**
[1] - 2:11
**LLC** [1] - 2:5
**login** [2] -
9:12, 10:24
**logins** [1] -
8:22
**look** [11] -
53:25, 57:6,
57:7, 58:24,
61:6, 77:9,
103:21,
117:4,
117:22,
127:13,
134:4
**looked** [2] -
16:19, 64:14
**Looking** [1] -
20:4
**looking** [10] -
18:2, 41:11,
53:15, 53:24,
70:24, 94:15,
118:22,

130:10,
130:11,
133:14
**looks** [3] -
70:12,
114:23,
116:4
**Lorenz** [1] -
128:3
**lose** [1] - 43:24
**losing** [1] -
44:2
**lost** [1] - 16:6
**loud** [2] -
109:14,
127:20
**love** [1] - 41:18
**luck** [1] - 142:6
**lying** [5] -
35:13, 95:4,
122:19,
122:21,
129:20

## M

**m.allen@
allen** [1] - 2:7
**m.allen@
allen-
lawfirm.com**
[1] - 2:7
**machine** [1] -
1:22
**mail** [84] -
3:12, 3:13,
3:14, 3:17,
3:17, 3:18,
3:19, 3:20,
3:23, 3:24,
8:6, 8:13,
8:15, 8:21,
9:4, 9:7,
9:11, 9:13,
9:17, 10:1,
10:8, 10:22,
11:1, 11:6,
33:22, 45:20,
45:21, 45:23,
45:25, 46:4,
46:12, 50:20,
51:5, 62:22,
62:23, 62:24,
68:1, 75:2,
75:4, 75:6,
75:9, 88:25,
89:20, 94:5,
94:7, 95:4,
99:10, 99:13,
99:14, 99:18,

101:6,
101:13,
102:10,
102:13,
106:21,
108:4,
108:12,
111:10,
111:21,
114:3, 114:6,
114:8, 116:9,
117:23,
118:18,
119:23,
119:25,
120:6, 120:9,
122:11,
122:17,
125:21,
126:2,
127:14,
127:16,
127:17,
128:17,
128:18,
129:5,
130:18,
130:24,
133:18,
135:25
**mailed** [1] -
128:25
**mailings** [1] -
49:11
**mails** [7] -
33:17, 33:20,
33:21, 62:15,
71:14, 74:23,
117:10
**main** [2] - 45:5,
140:17
**major** [6] -
87:24, 88:10,
88:12, 88:14,
88:15, 89:7
**male** [1] -
125:11
**manipulating**
[1] - 40:3
**Mann's** [1] -
30:4
**manner** [1] -
116:2
**March** [5] -
3:18, 3:18,
3:19, 94:9,
102:10
**margin** [1] -
60:3
**mark** [4] -

34:14, 50:3,
62:18, 87:10
**MARKED** [20] -
6:18, 11:23,
34:16, 45:19,
50:5, 62:20,
70:5, 85:24,
87:12, 89:10,
93:24, 99:9,
101:5, 108:3,
110:10,
113:5, 122:7,
126:12,
130:17,
133:16
**marked** [10] -
6:20, 11:21,
50:14, 70:3,
86:1, 93:25,
99:7, 113:6,
122:9, 131:6
**master's** [3] -
14:11, 14:15,
15:7
**material** [1] -
64:24
**materials** [4] -
58:15, 60:6,
82:21, 83:18
**MATT** [1] -
2:10
**Matt** [3] - 4:24,
135:1, 140:9
**matter** [2] -
5:25, 20:12
**matters** [3] -
8:16, 22:20
**matthew.
bohuslav@
oag.texas.
gov** [1] - 2:13
**MAY** [2] - 1:13,
143:12
**me..................
...........99** [1] -
3:19
**mean** [88] -
5:5, 8:22,
11:7, 11:8,
16:5, 16:23,
17:6, 17:7,
17:25, 19:6,
19:14, 20:18,
21:8, 21:18,
23:5, 24:14,
27:11, 28:13,
28:15, 30:10,
30:22, 31:13,
33:10, 36:17,
38:8, 38:9,

43:15, 46:23,
48:1, 49:12,
49:13, 51:12,
51:18, 53:13,
56:1, 59:13,
59:17, 61:3,
65:2, 65:4,
67:14, 68:4,
68:25, 69:8,
69:24, 69:25,
73:21, 73:24,
76:14, 76:15,
79:13, 79:15,
79:22, 79:24,
92:21, 93:5,
95:11, 102:2,
103:11,
103:23,
103:24,
104:23,
105:3,
105:15,
106:9,
106:16,
108:9, 111:1,
115:22,
118:1, 118:3,
118:10,
123:19,
123:23,
124:4,
124:17,
124:24,
129:25,
131:12,
131:16,
132:1, 133:7,
135:20,
136:4, 136:7,
136:24,
138:25,
139:5
**meaning** [3] -
57:12, 69:5,
134:3
**means** [6] -
32:8, 79:16,
104:21,
118:2, 118:6,
118:10
**meant** [9] -
38:10, 54:5,
61:13, 61:16,
75:14, 79:11,
103:5,
117:25,
118:13
**media** [2] -
70:23, 136:1
**medical** [1] -

6:13
**medication** [2]
- 6:5, 6:10
**mediocre** [1] -
86:5
**meeting** [12] -
20:20, 31:7,
50:23, 55:7,
55:10, 56:1,
56:22, 96:22,
109:6, 123:9,
126:1, 141:5
**Meeting** [1] -
3:23
**member** [2] -
11:11, 56:18
**members** [7] -
23:25, 24:2,
31:6, 31:9,
31:12, 74:19,
122:2
**Members** [1] -
3:21
**memory** [1] -
62:16
**mental** [1] -
6:14
**mention** [1] -
61:21
**mentioned**
[14] - 7:24,
8:10, 17:15,
23:14, 24:13,
48:8, 61:18,
66:15, 112:1,
112:3,
125:18,
125:20,
127:12
**mentioning** [2]
- 48:16,
118:23
**mentor** [3] -
36:2, 88:22,
95:9
**mentoring** [1]
- 134:5
**mentorship** [2]
- 134:18,
134:19
**merely** [1] -
28:15
**Merit** [1] - 1:23
**merited** [1] -
98:20
**meritocracy**
[1] - 25:21
**message** [5] -
22:19, 80:9,
98:13,

113:25,
122:11
**messages** [1] -
113:24
**Messages** [2] -
3:11, 3:11
**messaging** [1]
- 8:5
**Messenger** [4]
- 8:6, 8:10,
8:11, 18:3
**methodology**
[7] - 53:21,
131:21,
132:3, 132:4,
132:15,
132:17,
132:22
**Meyerbeer** [1]
- 77:3
**MHTE** [11] -
13:11, 13:12,
18:15, 44:10,
136:16,
136:18,
137:1,
137:11,
137:15,
137:20,
137:25
**MICHAEL** [1] -
2:4
**Michael** [1] -
4:6
**micro** [1] -
58:21
**micro-
aggressions**
[1] - 58:21
**micromanage
d** [1] - 44:23
**middle** [4] -
28:17, 102:8,
131:7, 141:7
**might** [21] -
11:7, 11:12,
21:20, 29:23,
46:1, 47:25,
60:8, 63:13,
69:16, 77:20,
80:22, 84:19,
84:20, 86:23,
106:7,
112:10,
116:10,
125:20,
125:21,
126:20,
136:3
**mind** [5] -

48:24, 87:23,
122:23,
122:25,
123:3
**minor** [1] -
102:25
**minority** [6] -
31:12, 31:16,
31:17, 31:20,
31:21
**minute** [1] -
20:16
**minutes** [4] -
56:2, 62:17,
113:9,
140:23
**mischaracteri
zing** [1] -
24:8
**misconstrue
d** [2] -
105:11,
105:19
**mistaken** [4] -
43:22, 44:6,
116:15,
133:19
**misundersta
nding** [3] -
29:3, 106:24,
107:16
**mix** [1] - 116:1
**mixed** [1] -
62:9
**models** [1] -
25:12
**moderate** [2] -
53:8, 53:9
**moment** [3] -
46:4, 66:15,
68:1
**month** [2] -
40:20, 40:21
**months** [2] -
44:17, 130:3
**most** [9] -
5:22, 10:5,
20:17, 20:20,
69:13,
106:17,
107:13,
119:14,
136:15
**mostly** [5] -
16:10, 16:14,
24:9, 33:21,
65:17
**Mostly** [2] -
42:6, 106:16
**motivated** [1] -

111:4
**motivating** [1]
- 140:17
**mounted** [1] -
68:6
**mounting** [1] -
68:8
**moved** [1] -
116:10
**MR** [63] - 2:4,
2:10, 2:15,
2:21, 4:5,
4:24, 5:3,
5:5, 5:7,
5:11, 5:15,
5:17, 6:6,
6:8, 6:17,
11:21, 30:13,
31:18, 32:14,
34:14, 37:14,
48:21, 49:6,
49:19, 50:3,
50:6, 50:9,
50:11, 54:6,
59:4, 62:2,
62:18, 64:2,
65:1, 68:23,
70:3, 71:24,
78:21, 85:18,
85:19, 85:20,
85:21, 85:22,
87:10, 95:1,
99:7, 104:3,
113:13,
113:18,
113:19,
116:21,
116:24,
124:25,
135:4,
139:25,
140:2, 140:6,
140:7,
140:22,
141:2, 142:1,
142:3, 142:5
**MS** [4] - 2:4,
18:13, 20:3,
116:19
**MTHE** [1] -
137:5
**mugged** [3] -
77:6, 77:10,
77:20
**mugging** [1] -
77:22
**muggings** [2] -
139:10,
139:12
**Muggings** [1] -

139:14
**music** [37] -
12:18, 12:20,
13:2, 13:10,
14:3, 14:5,
14:8, 14:12,
25:11, 29:1,
29:18, 30:11,
30:16, 30:18,
53:16, 75:13,
75:17, 75:23,
86:9, 87:3,
102:2,
103:13,
103:14,
103:16,
103:19,
103:20,
103:22,
107:14,
107:19,
107:21,
107:22,
121:20,
121:21,
130:10,
132:19,
132:25,
133:2
**Music** [8] -
13:17, 20:19,
30:20, 31:4,
75:12, 75:16,
75:20, 99:22
**Musical** [2] -
31:1, 103:9
**musical** [2] -
28:8, 130:15
**musician** [1] -
86:6
**musicians**
[1] - 133:5,
133:8
**musicology**
[4] - 13:10,
53:17, 87:4,
138:5
**must** [2] -
93:5, 125:18
**mutual** [1] -
84:20

---

**N**

**naive** [1] -
128:2,
129:15
**name** [26] -
4:6, 12:6,
14:22, 29:14,

30:25, 41:13,
41:15, 45:2,
55:23, 63:14,
66:16, 81:9,
81:13, 81:15,
81:23, 82:5,
89:21, 98:2,
99:15,
101:20,
109:12,
109:15,
109:17,
124:1, 125:6
**names** [3] -
27:12, 57:9,
125:2
**naming** [1] -
27:6
**narratives** [1] -
53:18
**Nate** [2] - 3:11,
35:4
**nationality** [1]
- 52:11
**nature** [2] -
80:24,
117:22
**naught** [1] -
71:5
**near** [5] - 8:24,
16:18, 50:20,
86:21, 87:24
**necessarily** [5]
- 28:23,
56:8, 77:4,
91:13, 137:7
**necessity** [1] -
38:25
**need** [11] -
28:8, 35:15,
46:9, 56:9,
68:19, 88:8,
101:8, 113:8,
113:10,
120:20,
131:18
**needed** [1] -
16:20
**negative** [1] -
59:1
**negro** [2] -
77:4, 139:10
**neutral** [2] -
54:14,
115:23
**never** [7] -
37:4, 37:12,
38:4, 81:15,
92:10, 94:5,
109:13

**new** [4] -
22:20, 39:23,
62:6, 134:4
**New** [3] - 21:3,
77:8, 77:20
**next** [10] -
18:7, 39:3,
41:14, 46:14,
72:6, 73:2,
75:10,
114:14,
123:11,
130:2
**nice** [1] - 86:21
**NIGEM** [6] -
1:12, 1:17,
3:5, 4:2,
143:11,
143:18
**NITA** [1] -
144:18
**Nita** [2] - 1:21,
143:15
**NO** [2] - 1:5,
3:9
**no"** [1] -
141:17
**non** [6] -
60:21, 60:24,
84:2, 103:19,
103:20,
130:10
**non-passing**
[1] - 84:2
**non-western**
[3] - 103:19,
103:20,
130:10
**non-white** [2] -
60:21, 60:24
**none** [1] -
132:14
**nonetheless**
[1] - 4:10
**normal** [4] -
5:19, 47:12,
47:16,
106:14
**normally** [2] -
18:2, 106:17
**NORTH** [1] -
2:16
**North** [5] -
13:5, 13:9,
15:4, 53:22,
137:25
**note** [2] -
95:17, 96:5
**notes** [1] -
102:16

**nothing** [2] -
91:19,
103:12
**notice** [2] -
48:18, 48:23
**novel** [1] -
107:24
**November** [27]
- 3:22, 3:22,
3:23, 3:23,
20:21, 20:25,
37:20, 39:8,
39:22, 44:17,
44:18, 45:14,
116:6, 117:9,
117:12,
117:14,
117:24,
118:1, 118:5,
120:6,
125:24,
126:5,
127:16,
129:2, 129:3,
129:8,
130:19
**number** [10] -
27:2, 29:22,
29:25, 30:1,
30:4, 30:5,
31:6, 39:16,
39:17,
136:25
**numbered** [1] -
1:19
**numbers** [1] -
57:8
**Numeral** [1] -
90:15
**nutrients** [1] -
133:11

---

**O**

**o'clock** [3] -
70:17,
113:14,
140:23
**object** [7] -
5:18, 5:20,
52:23, 52:25,
97:5, 100:24,
101:2
**objected** [2] -
46:8, 92:4
**objecting** [6] -
100:19,
112:14,
112:16,
112:19,

112:23,
113:1
**objection** [7] -
53:23, 54:4,
64:23,
113:17,
140:1, 140:7
**Objection** [20]
- 30:13,
31:18, 32:14,
37:14, 48:21,
49:6, 49:19,
54:6, 59:4,
62:2, 64:2,
65:1, 68:23,
71:24, 78:21,
95:1, 104:3,
124:25,
139:25,
140:6
**objections** [6]
- 4:25, 5:7,
5:9, 5:12,
5:16, 93:21
**objective** [2] -
77:19, 110:4
**obligation** [2] -
5:21, 5:22
**observe** [1] -
78:13
**obvious** [1] -
30:22
**obviously** [3] -
36:9, 42:11,
128:5
**occupation** [1]
- 12:17
**occupy** [1] -
19:4
**occur** [1] -
40:20
**OF** [7] - 1:1,
1:11, 1:17,
2:11, 2:16,
2:16, 143:1
**OFF** [6] - 6:9,
50:12, 85:23,
113:20,
117:1, 141:3
**office** [2] -
7:19, 96:24
**OFFICE** [1] -
2:16
**officer** [1] -
143:19
**Offices** [1] -
1:22
**officially** [1] -
9:23
**often** [1] -

29:10
**ointment** [3] -
120:12,
120:16,
121:10
**okaying** [1] -
23:20
**old** [3] - 10:13,
11:5, 11:7
**once** [2] - 9:16,
28:20
**one** [47] -
12:10, 12:13,
16:7, 22:22,
27:7, 40:6,
42:21, 45:10,
47:5, 48:8,
48:15, 51:24,
58:13, 64:8,
64:9, 64:22,
65:15, 66:3,
66:8, 72:12,
72:23, 74:12,
75:2, 77:2,
77:24, 82:19,
87:2, 87:16,
89:17,
103:11,
105:24,
106:19,
108:22,
116:3,
116:21,
119:9,
119:21,
124:12,
124:17,
125:3,
126:10,
126:25,
135:15,
137:12,
138:3, 141:4
**One** [1] - 6:6
**one-sided** [3] -
65:15, 66:3,
108:22
**ones** [3] -
23:22, 24:22,
139:7
**online** [1] -
16:11
**onwards** [1] -
13:21
**open** [4] -
135:10,
135:12,
135:13,
140:18
**openly** [1] -

70:15
**Opera** [1] -
77:3
**operated** [1] -
16:9
**Ophelia** [3] -
35:9, 35:11,
87:19
**opinion** [3] -
48:10,
111:24,
129:24
**opinions** [8] -
53:23, 54:3,
54:17, 54:22,
54:24, 67:4,
78:4, 99:2
**opportunity**
[1] - 84:3
**opposed** [7] -
20:12, 23:3,
23:7, 23:8,
107:20,
131:25,
140:8
**optimistic** [1] -
115:6
**oral** [1] -
143:20
**ORAL** [2] -
1:11, 1:17
**Oral** [1] - 14:20
**order** [8] -
32:23, 39:15,
39:17, 39:24,
117:21,
119:20,
119:21,
134:22
**ordered** [1] -
83:24
**Oregon** [2] -
99:17, 99:21
**organization**
[1] - 30:18
**organization
s** [1] - 30:22
**organized** [2] -
13:17, 92:12
**original** [3] -
68:21,
120:25,
121:2
**originally** [2] -
20:15, 23:9
**origins** [1] -
126:8
**Otherwise** [1] -
21:19
**ourselves** [1] -

96:10
**outcome** [1] -
144:13
**outside** [1] -
127:9
**overestimate**
[1] - 31:10
**overtly** [1] -
121:15
**overwhelmin
gly** [2] -
125:9,
125:10
**own** [11] -
13:4, 16:9,
24:11, 55:22,
56:8, 63:19,
81:4, 121:3,
121:10,
134:16,
139:1

## P

**p.m** [5] - 1:20,
63:3, 70:17,
94:10
**P.M** [7] - 6:9,
50:12, 85:23,
113:20,
117:1, 141:3,
142:7
**P.O** [2] - 2:5,
2:12
**Page** [1] -
144:3
**PAGE** [2] - 3:2,
3:9
**page** [22] - 7:9,
20:5, 22:2,
36:25, 39:3,
39:4, 41:14,
57:6, 62:22,
71:17, 72:7,
80:3, 87:25,
94:16,
113:24,
114:14,
117:8,
117:16,
120:4,
127:15,
138:7
**pages** [1] -
117:5
**panel** [2] -
96:17, 135:2
**paper** [24] -
20:17, 28:21,
52:1, 53:10,

53:11, 53:14,
54:3, 54:17,
54:23, 55:4,
55:13, 57:10,
63:19, 63:20,
64:17, 105:2,
110:20,
120:21,
121:23,
127:23,
128:7,
128:16,
129:17,
131:1
**Papers** [3] -
3:20, 3:21,
111:12
**papers** [27] -
46:18, 47:1,
47:7, 47:10,
48:6, 49:3,
49:16, 52:2,
60:9, 67:15,
74:7, 100:25,
109:20,
109:22,
110:21,
111:9,
111:19,
112:7,
112:20,
112:24,
115:13,
115:19,
119:4, 122:5,
122:24,
123:6, 126:1
**paragraph** [6]
- 65:13,
75:11, 86:21,
87:22, 90:24,
138:18
**paragraphs** [1]
- 120:19
**Parkhurst** [1] -
21:8
**parking** [1] -
96:25
**part** [16] - 5:19,
43:18, 47:12,
53:20, 57:5,
69:12, 78:9,
78:19, 91:8,
91:14,
103:13,
106:14,
107:7, 116:9,
119:14,
128:4
**participant** [1]

- 104:17
**participants**
[2] - 112:6,
112:8
**participate** [3]
- 16:16,
22:25, 47:20
**participated**
[3] - 47:9,
48:3, 122:4
**participating**
[1] - 136:14
**particular** [5] -
49:18, 91:18,
109:9, 123:2,
127:23
**particularly** [4]
- 54:2,
54:16, 54:22,
140:13
**parties** [1] -
144:9
**parts** [2] -
106:23,
107:10
**party** [3] -
32:16,
143:25,
144:6
**pass** [1] -
142:1
**passed** [2] -
49:22, 49:23
**passing** [15] -
32:6, 82:24,
83:7, 83:8,
83:9, 83:11,
83:13, 83:14,
83:23, 84:2,
84:5, 84:7,
84:12, 84:14
**passion** [1] -
127:6
**past** [8] -
11:11, 36:4,
52:11, 81:6,
132:2,
138:17,
138:24,
140:13
**pedestal** [1] -
26:1
**Pelligrin** [4] -
101:15,
101:17,
101:19,
102:17
**Pelligrin's** [1] -
101:23
**people** [88] -

9:18, 10:9,
22:11, 22:14,
23:5, 23:19,
23:20, 23:22,
24:17, 25:18,
25:19, 25:22,
26:3, 27:2,
27:17, 27:20,
27:24, 28:2,
29:7, 29:9,
29:11, 29:13,
40:2, 40:25,
41:19, 41:24,
47:16, 50:7,
51:7, 52:10,
52:21, 54:15,
55:13, 56:6,
59:20, 60:2,
60:21, 60:22,
61:19, 62:5,
63:18, 68:1,
68:6, 68:8,
68:10, 68:15,
68:22, 69:1,
69:5, 69:9,
69:15, 69:18,
72:18, 73:18,
73:24, 74:4,
74:16, 77:7,
77:9, 78:2,
79:9, 79:20,
81:2, 82:6,
98:17, 98:18,
98:22, 98:23,
104:24,
116:2,
120:10,
120:15,
123:15,
123:23,
123:24,
124:22,
125:15,
135:15,
136:10,
136:22,
137:10,
139:9,
139:11,
139:13,
141:21
**People** [2] -
52:12, 73:24
**people's** [3] -
73:3, 97:10
**per** [1] - 95:4
**perceived** [1] -
51:2
**percent** [1] -
84:24

*Levi Nigem Xenen Trials    5/18/21*    14

**perfectly** [2] -
121:8, 130:6
**performance**
[4] - 14:3,
14:4, 14:8,
132:24
**performers'**
[1] - 133:3
**perhaps** [1] -
51:21
**period** [1] -
132:19
**permit** [1] -
65:8
**perpetrated**
[3] - 139:11,
139:13,
139:15
**person** [26] -
39:1, 60:17,
60:19, 60:20,
60:24, 61:1,
61:2, 61:13,
61:14, 61:16,
61:17, 62:1,
62:8, 76:17,
76:21, 81:16,
81:17, 82:3,
87:2, 95:7,
116:21,
124:7,
124:15,
124:17,
125:8, 138:8
**personal** [4] -
23:18, 24:6,
24:9, 139:16
**personally** [1]
- 115:13
**perspective**
[5] - 107:14,
115:1, 115:7,
125:9,
130:14
**petition** [2] -
135:8,
135:10
**Ph.D** [12] -
13:7, 13:8,
14:13, 15:7,
93:1, 137:3,
137:4, 137:6,
137:10,
137:22,
137:24,
138:3
**phenotype** [1]
- 61:6
**Philip** [9] -
21:2, 23:4,

45:15, 53:5,
86:4, 101:2,
103:4,
112:21,
131:10
**phone** [1] -
35:12
**Phonetic)** [1] -
24:25
**phrase** [1] -
79:4
**phrases** [1] -
130:15
**physical** [2] -
6:14, 61:6
**piano** [3] -
14:3, 14:4,
14:8
**picture** [4] -
65:15, 66:3,
68:11, 68:12
**piece** [3] -
105:14,
107:25,
128:4
**pieces** [5] -
107:17,
108:16,
109:24,
110:1,
130:14
**place** [6] -
35:16, 55:7,
58:6, 99:6,
126:2, 129:7
**places** [1] -
126:11
**PLAINTIFF** [1]
- 2:3
**Plaintiff** [3] -
1:4, 1:18,
143:4
**plan** [5] -
87:23, 88:7,
88:9, 88:11,
89:8
**plenary** [23] -
20:23, 33:7,
37:17, 51:6,
51:11, 51:14,
51:15, 51:16,
51:23, 51:24,
51:25, 52:2,
52:3, 52:4,
52:15, 52:24,
53:3, 91:12,
94:17, 105:2,
126:1, 128:9
**plenty** [2] -
27:20, 38:12

**plus** [1] - 37:6
**point** [22] -
12:13, 13:24,
31:6, 44:21,
44:24, 49:24,
50:10, 77:3,
80:21, 82:20,
84:10, 84:13,
89:23,
103:11,
105:22,
105:23,
114:8,
114:11,
116:11,
128:19,
128:21,
141:7
**points** [1] -
40:3
**polemical** [2] -
121:22,
122:1
**political** [2] -
35:15, 128:6
**politically** [12]
- 76:11,
76:14, 76:25,
78:10, 78:14,
78:18, 78:20,
79:1, 79:2,
79:5, 104:10,
104:15
**politics** [2] -
43:13, 43:18
**Pomeroy** [1] -
109:23
**Pomeroy's** [1]
- 110:3
**popular** [1] -
30:2
**popularity** [1] -
28:4
**population** [1]
- 69:6
**portion** [1] -
119:1
**posed** [2] -
75:12, 75:15
**poses** [1] -
57:11
**position** [27] -
18:17, 19:3,
19:4, 19:6,
19:24, 21:16,
32:1, 36:17,
41:19, 41:22,
45:3, 45:5,
71:4, 73:17,
80:22, 91:9,

92:11, 92:12,
92:24, 95:10,
99:20, 100:4,
100:11,
101:23,
133:25,
134:10,
139:20
**Position** [1] -
90:6
**positioning** [1]
- 26:1
**positions** [2] -
15:3, 25:23
**positive** [2] -
59:1, 95:7
**possibility** [2]
- 7:18, 65:10
**possible** [6] -
4:16, 38:15,
38:18, 49:23,
57:11,
131:20
**post** [3] - 89:3,
104:11,
110:19
**Post** [1] - 3:15
**posted** [1] -
70:17
**potential** [2] -
75:11, 75:15
**Poundie** [2] -
26:24, 27:7
**power** [2] -
25:22, 113:1
**practical** [1] -
132:24
**practice** [5] -
23:11, 24:4,
47:12, 70:2,
133:3
**practiced** [1] -
53:21
**practicing** [2] -
133:5, 133:8
**praise** [1] -
26:2
**Pre** [1] - 44:18
**pre** [2] - 44:18,
86:1
**pre-marked** [1]
- 86:1
**Pre-
November**
[1] - 44:18
**pre-SMT** [1] -
44:18
**precisely** [2] -
9:1, 10:17
**predate** [1] -

10:19
**preferable** [2] -
40:8, 40:24
**preference** [1]
- 38:11
**preliminarily**
[1] - 4:8
**preliminary** [1]
- 6:1
**prepare** [1] -
47:7
**present** [1] -
140:13
**PRESENT** [1] -
2:20
**presentation**
[2] - 59:12,
59:24
**presented** [6] -
59:2, 59:11,
59:15, 59:24,
64:11,
121:23
**presenting** [2]
- 65:15, 66:2
**preserved** [1] -
9:25
**pretty** [1] -
110:4
**prevent** [1] -
6:2
**previous** [6] -
76:19, 81:9,
85:5, 87:16,
125:4
**previously** [1]
- 57:20
**primarily** [4] -
24:11, 29:14,
52:21, 53:14
**primary** [4] -
27:25, 28:16,
30:17, 88:15
**print** [3] -
55:12, 55:14,
114:24
**printed** [4] -
63:15, 65:13,
66:1, 75:19
**pristine** [1] -
117:21
**privately** [1] -
54:14
**privileged** [1] -
7:21
**pro** [23] -
38:15, 38:18,
38:19, 39:17,
40:3, 48:4,
67:11, 67:19,

67:22, 74:6,
74:10, 98:5,
98:6, 100:15,
102:6, 102:9,
108:16,
109:1,
109:19,
111:5,
115:17,
115:20,
119:16
**pro-Ewell** [14]
- 48:4,
67:11, 67:19,
67:22, 74:10,
98:6, 100:15,
102:9,
108:16,
109:1,
109:19,
111:5,
115:17,
115:20
**pro-Schenker**
[1] - 119:16
**problem** [1] -
64:20
**problematic**
[7] - 51:17,
51:18,
103:22,
103:23,
104:1,
104:21,
130:16
**Problematic**
[1] - 104:23
**problems** [1] -
81:16
**Procedure** [1]
- 1:25
**proceed** [1] -
117:10
**proceeds** [1] -
117:12
**process** [10] -
21:13, 24:15,
40:15, 42:4,
67:6, 69:4,
111:8,
111:18,
134:14,
134:15
**produced** [4] -
1:17, 7:14,
8:4, 89:4
**professional**
[1] - 30:18
**professor** [21]
- 18:20,

18:21, 19:8,
19:9, 19:10,
19:13, 19:16,
19:18, 19:22,
36:21, 78:12,
87:24, 88:10,
88:12, 88:14,
88:15, 88:16,
88:21, 89:8
**Professor** [19]
- 20:6,
61:25, 64:11,
74:15, 78:13,
86:16, 88:2,
88:8, 89:4,
99:22, 105:1,
109:6, 118:9,
120:11,
124:11,
125:18,
125:19,
138:24,
141:6
**program** [1] -
137:10
**programming**
[5] - 16:21,
16:23, 16:24,
17:6, 17:9
**programs** [1] -
17:7
**project** [4] -
16:7, 41:5,
41:8, 126:20
**prominence**
[1] - 86:9
**prominent** [2]
- 26:17,
26:22
**promote** [1] -
34:11
**promoted** [1] -
115:14
**promotion** [1]
- 132:13
**promotions**
[2] - 32:3,
32:10
**pronouncing**
[1] - 101:15
**pronunciatio
n** [1] - 109:12
**proper** [4] -
25:12, 26:14,
69:11, 69:14
**properly** [2] -
63:11, 63:13
**provide** [1] -
6:21
**provided** [3] -

7:12, 58:21,
121:4
**public** [1] -
70:10
**publication** [7]
- 21:14,
24:18, 45:16,
48:13, 94:19,
114:9, 138:9
**Publications**
[1] - 100:2
**publications**
[1] - 48:4
**publish** [9] -
22:15, 24:1,
37:6, 37:13,
38:7, 38:9,
65:9, 66:20,
108:18
**published** [14]
- 20:12,
37:21, 39:8,
42:25, 47:14,
48:19, 49:17,
64:24, 66:7,
67:11, 70:20,
74:1, 74:13,
100:6
**publishing** [2]
- 57:10,
64:16
**pulled** [2] -
110:7, 110:8
**purely** [1] -
105:23
**purpose** [2] -
4:11, 88:23
**purposefully**
[1] - 108:1
**pursuant** [2] -
1:24, 143:22
**pursuing** [1] -
13:8
**push** [3] -
106:6, 106:7,
106:10
**pushed** [1] -
106:11
**pushing** [4] -
65:19, 65:20,
105:9,
105:18
**put** [10] -
24:24, 30:7,
54:12, 65:6,
93:20,
100:20,
104:11,
106:7, 107:5,
112:15

**putting** [4] -
17:6, 40:11,
40:22,
135:21

**Q**

**Quaker** [1] -
2:6
**qualifies** [1] -
36:21
**quality** [1] -
22:17
**quantify** [1] -
30:6
**quasi** [1] -
28:22
**quasi-
Schenkerian**
[1] - 28:22
**questionable**
[1] - 38:23
**questioned** [1]
- 38:23
**questions** [5] -
5:21, 17:10,
40:16, 95:11,
113:11
**quit** [2] -
15:10, 44:5
**quite** [5] -
25:13, 26:23,
53:13, 53:25,
127:24
**quo** [1] - 79:17
**quote** [1] -
120:23

**R**

**RA** [7] - 11:5,
11:7, 15:7,
81:10, 81:14,
82:15, 90:4
**race** [19] -
25:24, 38:22,
51:9, 52:3,
52:12, 56:25,
61:4, 61:7,
61:9, 62:9,
76:12, 76:17,
78:17, 79:3,
79:4, 79:7,
79:11, 79:24,
138:21
**races** [1] -
139:15
**Rachel** [5] -
81:10, 81:11,
81:12, 81:25

**racial** [3] -
86:10, 103:6,
139:23
**racism** [6] -
25:16, 51:2,
52:7, 57:19,
67:24, 96:9
**racist** [47] -
25:13, 25:14,
42:25, 43:2,
43:6, 43:7,
43:14, 43:16,
43:17, 45:2,
45:17, 51:18,
51:20, 52:5,
55:15, 56:6,
56:7, 63:15,
66:12, 67:20,
67:21, 73:20,
74:1, 74:18,
77:25, 86:11,
87:7, 87:9,
95:21, 99:4,
103:24,
104:2,
104:21,
104:23,
104:24,
105:11,
105:19,
110:2,
112:15,
112:17,
122:24,
128:2,
129:14,
130:5,
139:21,
140:13
**raise** [1] -
93:21
**ran** [2] - 48:16,
96:25
**range** [1] -
136:20
**rank** [1] -
30:23
**ranking** [1] -
37:5
**rarely** [1] -
36:10
**rates** [3] -
77:16,
139:17,
139:21
**rather** [11] -
28:23, 33:8,
38:13, 40:20,
44:18, 69:21,
102:23,

121:15,
121:22,
122:1,
139:23
**Rather** [1] -
63:3
**rational** [4] -
75:13, 75:16,
78:3, 110:4
**RE** [1] - 20:3
**re** [4] - 3:21,
54:7, 101:8,
107:7
**RE-ENTERS**
[1] - 20:3
**re-read** [2] -
101:8, 107:7
**reach** [3] -
124:9,
124:15,
124:21
**reached** [2] -
124:13,
126:17
**reaching** [1] -
124:17
**reacting** [1] -
55:3
**read** [24] -
35:17, 37:7,
46:9, 54:11,
54:17, 57:14,
65:24, 68:7,
68:9, 68:10,
68:14, 69:6,
89:15, 90:21,
93:17, 94:1,
101:8, 107:7,
113:16,
127:16,
127:18,
127:19,
133:9
**Read** [1] -
127:18
**readability** [1]
- 42:6
**reading** [6] -
41:13, 48:6,
68:3, 68:16,
95:17, 96:5
**ready** [1] -
32:5
**reality** [1] -
78:7
**realized** [1] -
71:4
**really** [48] -
16:18, 16:21,
17:3, 23:12,

23:23, 30:6,
31:2, 31:19,
34:7, 39:9,
42:18, 48:24,
53:14, 55:13,
56:1, 59:13,
65:2, 65:10,
65:20, 74:22,
74:23, 75:20,
79:8, 79:16,
79:18, 80:18,
81:15, 82:2,
84:13, 87:4,
95:3, 100:5,
106:9,
109:14,
110:9, 115:1,
123:19,
123:23,
125:12,
127:5, 131:3,
131:13,
131:24,
132:5, 133:7,
135:20,
135:22,
138:2
**Really** [2] -
29:25, 44:17
**reason** [11] -
10:11, 25:10,
33:1, 34:9,
49:10, 59:10,
80:21, 94:24,
95:13, 106:4,
110:9
**reasonable** [1]
- 116:2
**reasoning** [2] -
39:18, 39:20
**reasons** [1] -
144:3
**receipt** [1] -
144:1
**receive** [3] -
49:11, 89:16,
91:25
**received** [7] -
49:4, 49:12,
67:11, 89:22,
92:2, 109:22,
133:22
**recent** [5] -
20:17, 20:20,
44:16, 75:3,
124:5
**recipient** [3] -
108:7, 114:3,
120:8
**recognize** [21]

- 6:25,
11:24, 34:20,
37:9, 43:2,
50:16, 62:21,
62:24, 70:7,
86:14, 86:15,
87:13, 87:15,
89:12, 99:10,
101:6, 108:5,
110:12,
122:8,
126:23,
135:5
**Recognize** [1]
- 135:4
**record** [11] -
6:7, 6:21,
7:13, 50:11,
113:19,
116:25,
127:17,
134:25,
140:24,
143:20,
144:12
**RECORD** [6] -
6:9, 50:12,
85:23,
113:20,
117:1, 141:3
**recruiting** [1] -
125:17
**red** [1] -
122:11
**reduce** [1] -
121:20
**reduced** [1] -
27:1
**reduces** [1] -
121:19
**reeducation**
[1] - 43:19
**refer** [1] -
37:24
**reference** [4] -
57:3, 129:17,
130:4,
131:17
**referred** [3] -
76:21,
138:18,
139:2
**referring** [21] -
11:17, 20:8,
20:9, 21:2,
23:17, 33:20,
37:12, 39:5,
39:11, 48:14,
53:24, 57:17,
63:6, 63:7,

71:8, 79:4,
103:3,
118:25,
119:1, 128:7,
138:19
**refers** [2] -
54:1, 107:20
**reflect** [2] -
75:21, 75:22
**refused** [2] -
84:7, 85:10
**regard** [5] -
71:14,
115:23,
121:15,
131:16,
131:23
**Registration**
[1] - 144:20
**reinforce** [1] -
121:19
**Reinhold** [1] -
128:2
**rejected** [2] -
24:20,
121:11
**rejecting** [1] -
121:9
**related** [7] -
10:5, 35:24,
95:6, 97:17,
102:19,
113:2, 144:8
**relating** [1] -
79:8
**relation** [2] -
28:17, 97:12
**relations** [7] -
76:12, 78:18,
79:3, 79:4,
79:7, 79:11,
79:25
**relationship**
[7] - 13:5,
16:1, 16:2,
18:5, 18:14,
29:7, 57:18
**relative** [1] -
144:11
**relevance** [1] -
5:8
**relevant** [3] -
7:25, 10:2,
13:23
**relied** [1] -
133:6
**relief** [1] -
39:13
**relieve** [1] -
5:21

rely [3] - 29:10, 32:22, 32:23
remained [1] - 71:4
remarkable [1] - 94:18
remarking [1] - 62:4
remarks [1] - 118:24
remember [40] - 8:25, 12:15, 33:3, 34:22, 51:13, 58:22, 62:4, 62:13, 81:9, 81:13, 82:5, 84:19, 85:1, 85:2, 88:2, 89:14, 89:24, 90:21, 92:18, 93:9, 93:13, 94:21, 96:8, 96:19, 97:1, 98:3, 98:11, 101:8, 108:10, 110:23, 112:11, 112:12, 112:14, 112:16, 112:19, 112:23, 113:1, 121:13, 136:9, 136:15
remind [2] - 46:3, 107:7
reminded [1] - 58:3
reminds [1] - 87:23
remove [2] - 56:12, 56:15
removed [2] - 66:11, 139:3
RENALDO [1] - 2:15
Renaldo's [1] - 116:24
renaldo. stowers@ untsystem. edu [1] - 2:18
repeat [3] - 59:10, 93:8, 140:10
repeating [1] -

80:12
rephrase [2] - 65:22, 78:23
replace [1] - 56:18
report [1] - 135:2
reported [1] - 1:22
Reporter [1] - 143:16
Reporter's [1] - 3:7
represent [2] - 7:22, 35:3
representation [1] - 124:22
representative [1] - 75:18
represented [1] - 25:11
reputation [3] - 55:21, 55:23, 138:20
requested [2] - 143:24, 144:5
Requested [1] - 7:10
requests [3] - 7:15, 10:2, 123:10
required [2] - 58:10, 64:7
requires [1] - 101:10
requiring [1] - 83:21
Research [1] - 90:6
research [8] - 15:8, 15:22, 27:25, 28:14, 28:16, 29:6, 41:18, 86:25
reservations [1] - 42:2
reserve [2] - 5:12, 142:3
reserved [1] - 5:1
reserving [2] - 5:6
resistant [1] - 52:13
resources [3] - 16:13, 58:22, 79:10
respected [2] -

59:20, 99:6
respond [8] - 23:4, 23:10, 23:12, 46:2, 63:19, 65:3, 67:1, 68:19
responded [1] - 68:21
respondents [1] - 111:5
responding [5] - 23:7, 23:8, 64:23, 122:15, 127:14
response [28] - 7:2, 7:14, 8:1, 20:16, 39:9, 46:1, 46:12, 49:2, 64:5, 65:13, 66:1, 67:9, 67:11, 67:12, 67:19, 67:22, 70:10, 95:17, 96:3, 96:5, 98:20, 102:16, 105:11, 108:24, 119:9, 122:14, 126:18
Response [1] - 3:22
responses [33] - 22:21, 22:25, 37:17, 39:16, 39:17, 41:1, 47:13, 51:5, 51:23, 54:13, 54:15, 57:10, 63:18, 63:25, 64:17, 64:24, 66:21, 68:20, 74:10, 98:12, 110:5, 115:8, 115:13, 115:17, 115:20, 116:2, 119:15, 119:16, 119:21, 119:22, 125:14, 125:15
responsibility [1] - 135:21

responsible [1] - 138:8
responsive [1] - 8:17
rest [1] - 37:25
resulting [1] - 45:16
retained [1] - 11:12
retaliate [3] - 80:21, 85:9, 85:13
retaliated [8] - 33:1, 33:14, 34:4, 34:9, 80:19, 80:23, 81:2, 81:5
retaliation [13] - 33:16, 80:3, 80:5, 80:10, 81:18, 82:11, 82:15, 82:18, 83:21, 85:16, 95:12, 129:23, 138:21
retroactively [1] - 82:23
retrospect [1] - 115:5
returned [2] - 144:1, 144:2
revamping [1] - 17:7
revelation [1] - 62:6
reversed [2] - 13:14, 116:19
review [1] - 46:5
reviewers [1] - 90:25
reviews [3] - 33:23, 91:5, 91:9
revising [1] - 120:18
rhetoric [1] - 102:24
rhetorical [3] - 102:25, 105:23, 106:6
rhetorically [1] - 42:17
Rich [5] - 101:21, 101:22, 101:23,

102:15, 102:17
Richard [2] - 101:21, 109:16
rid [1] - 41:11
right" [1] - 22:6
Rilke [1] - 87:19
role [6] - 25:12, 33:25, 92:13, 92:19, 113:3, 134:4
Roman [1] - 90:15
ROOM [3] - 6:17, 18:13, 20:3
room [1] - 60:3
Rothstein [1] - 27:13
rough [2] - 30:10, 36:20
round [2] - 22:21, 22:25
rude [1] - 42:9
ruined [3] - 63:11, 63:13, 76:2
ruins [1] - 75:25
Rule [1] - 143:22
rules [3] - 4:13, 5:4, 5:6
Rules [1] - 1:25
run [2] - 69:10, 69:19

## S

safe [6] - 10:25, 11:10, 17:1, 27:16, 30:8, 118:13
salvage [1] - 39:24
SAMANTHA [1] - 2:4
San [1] - 14:23
sat [2] - 50:22, 96:18
saw [5] - 22:10, 42:16, 51:17, 52:5, 94:5
scale [1] - 42:15

scenario [1] - 49:23
schedule [2] - 115:6, 115:7
scheduling [1] - 17:8
Schenker [21] - 3:19, 8:18, 8:20, 9:2, 16:14, 33:21, 53:20, 53:21, 72:14, 81:10, 81:14, 82:15, 118:24, 119:2, 119:16, 125:10, 127:23, 131:1, 131:20, 132:1, 132:2
Schenker@ UNT.edu [5] - 9:6, 10:2, 10:7, 94:6, 94:10
Schenkerian [70] - 11:14, 11:18, 15:11, 15:18, 15:23, 16:3, 16:4, 16:5, 16:10, 26:18, 26:19, 27:18, 27:21, 27:23, 28:3, 28:4, 28:19, 28:22, 28:23, 28:24, 29:8, 29:11, 29:12, 29:14, 29:16, 30:2, 36:5, 37:21, 38:13, 38:14, 38:15, 38:19, 38:21, 39:2, 46:15, 52:15, 52:17, 54:25, 65:18, 66:10, 76:1, 76:3, 80:7, 90:4, 90:5, 90:13, 90:16, 90:20, 91:20, 106:22, 107:4, 107:10, 107:14, 108:15, 111:11, 114:12, 124:4, 124:5,

132:7, 132:8, 132:9, 132:10, 132:11, 132:13, 132:23, 133:6, 133:9, 133:25
Schenkerianism [4] - 28:1, 28:9, 28:13, 28:15
Schenkerians [11] - 26:22, 27:25, 29:24, 31:12, 31:13, 31:16, 52:22, 52:23, 54:24, 123:3, 123:15
scholars [3] - 26:18, 29:1, 29:21
school [5] - 15:1, 55:21, 77:6, 77:14, 83:25
schools [1] - 28:5
science [1] - 59:16
scientific [4] - 59:3, 59:12, 59:14, 59:23
scores [2] - 77:7, 77:8
screen [1] - 22:11
se [1] - 95:4
searches [1] - 8:6
sec [1] - 116:25
second [14] - 6:6, 6:7, 15:6, 20:4, 22:2, 22:25, 53:24, 57:6, 62:21, 65:12, 82:3, 93:1, 94:16, 111:24
secondhand [1] - 21:23
section [1] - 39:23
see [41] - 7:10, 10:11, 17:5, 39:5, 39:18, 41:20, 43:24,

*Levi Nigem Xenon Faris      5/18/21*      17

63:20, 76:12,
77:9, 82:22,
89:20, 90:12,
91:4, 91:6,
91:22, 94:9,
94:19, 95:15,
95:18, 100:1,
100:2,
102:10,
106:24,
111:13,
114:1,
115:10,
117:3, 117:7,
117:9,
117:13,
117:14,
117:19,
118:18,
118:21,
120:6, 123:3,
123:10,
127:15,
136:24,
140:22
**seeing** [5] -
22:8, 31:6,
51:5, 52:19,
86:19
**seeking** [1] -
64:16
**seem** [5] -
20:1, 36:8,
41:4, 68:1,
117:11
**Segall** [6] -
12:5, 12:9,
20:6, 32:13,
37:10, 80:9
**SEGALL** [1] -
12:8
**Segall's** [1] -
12:6
**semester** [3] -
34:8, 58:8,
83:22
**semesters** [1]
- 121:21
**Semitic** [3] -
67:23, 131:7,
131:9
**send** [1] -
108:8
**sending** [2] -
22:11, 89:25
**senior** [2] -
18:16, 18:19
**SENIOR** [1] -
2:15
**sense** [7] -

17:9, 33:19,
40:19, 47:16,
69:3, 103:20,
137:18
**sent** [14] -
62:15, 66:7,
89:14, 91:12,
93:16, 94:6,
102:16,
108:9,
111:15,
111:22,
112:9,
112:20,
112:24,
114:24
**sentence** [11] -
53:25, 54:11,
65:12, 65:24,
65:25, 79:2,
88:5, 91:4,
94:15,
123:11,
131:18
**sentences** [5]
- 41:16,
53:12, 67:25,
70:25, 88:5
**sentiment** [2] -
119:12,
119:19
**September** [3]
- 67:15,
134:5, 134:9
**series** [2] -
58:25, 72:20
**serious** [1] -
72:8
**serve** [2] -
88:16, 128:4
**session** [6] -
52:7, 52:16,
52:24, 58:4,
58:13, 58:14
**sessions** [2] -
58:16, 58:18
**set** [1] - 36:25
**severe** [1] -
106:24
**sexism** [2] -
52:7, 138:21
**sexist** [2] -
52:5, 67:21
**sexuality** [1] -
25:25
**Shall** [1] -
113:19
**shame** [1] -
86:24
**shared** [1] -

73:23
**SHERMAN** [2]
- 1:2, 143:2
**shifting** [1] -
104:15
**ship** [2] -
71:23, 71:25
**short** [3] -
39:10, 39:14,
40:1
**shorthand** [2]
- 1:22, 37:25
**Shorthand** [1]
- 143:15
**shortly** [1] -
72:16
**shots** [1] -
22:12
**show** [2] -
7:13, 134:20
**showing** [1] -
78:1
**shows** [1] -
92:18
**side** [3] -
17:18, 17:20,
73:1
**sided** [3] -
65:15, 66:3,
108:22
**Siegel** [4] -
125:7,
126:15,
126:16,
126:18
**sign** [5] -
35:12, 88:7,
88:8, 88:11,
135:8
**signature** [1] -
143:23
**Signature** [1] -
144:3
**signed** [1] -
94:12
**significant** [3]
- 32:4,
32:11, 71:17
**signing** [2] -
59:21, 87:23
**similar** [4] -
17:2, 32:1,
74:20, 128:3
**simple** [1] -
66:5
**simply** [2] -
82:5, 110:7
**single** [5] -
87:4, 88:21,
132:15,

132:17,
132:22
**sit** [1] - 24:2
**six** [1] - 72:7
**sizeable** [2] -
31:17, 31:21
**Skills** [1] -
14:20
**skip** [4] - 40:6,
72:6, 120:18,
138:6
**Skipping** [2] -
36:23, 39:3
**skipping** [5] -
22:2, 72:11,
75:10, 80:2,
118:16
**slight** [1] -
107:16
**Slottow** [12] -
3:17, 10:23,
26:5, 32:2,
32:23, 56:15,
111:22,
116:4, 118:9,
123:25,
124:11,
125:19
**Slottow's** [2] -
24:25, 26:12
**small** [3] -
31:17, 31:20,
124:18
**smaller** [1] -
30:1
**Smith** [1] -
1:23
**SMT** [36] - 8:7,
20:17, 20:18,
20:20, 31:2,
31:7, 32:6,
39:22, 44:18,
44:22, 46:24,
46:25, 47:24,
48:1, 49:4,
49:8, 49:11,
52:1, 57:10,
94:17, 100:1,
105:2,
110:17,
110:22,
110:24,
111:1, 111:3,
118:4,
118:22,
126:1, 126:4,
127:23,
128:7, 129:4,
129:7,
129:10

**snow** [1] - 97:3
**snowing** [1] -
141:10
**snowstorm** [2]
- 141:7,
141:9
**so-called** [1] -
83:21
**social** [10] -
25:17, 51:15,
53:3, 59:2,
59:12, 59:13,
59:23, 70:22,
130:15,
136:1
**societal** [1] -
79:8
**society** [4] -
25:18, 30:18,
31:2, 31:3
**Society** [4] -
8:7, 20:19,
30:20, 31:4
**solicit** [9] -
91:4, 91:9,
91:13, 91:15,
91:17, 92:8,
115:20,
123:21,
126:17
**solicitation** [1]
- 123:6
**solicited** [2] -
119:16,
125:16
**soliciting** [4] -
54:15, 91:18,
93:10, 93:14
**someone** [7] -
11:11, 28:23,
35:4, 48:18,
55:23, 87:6,
87:8
**sometime** [3] -
33:5, 35:2,
85:2
**sometimes** [2]
- 12:15,
139:3
**Sometimes** [1]
- 17:10
**somewhat** [4]
- 16:6,
39:24, 53:16,
105:3
**somewhere**
[1] - 60:10
**soon** [1] -
57:10
**sorry** [15] -

8:24, 13:10,
17:23, 18:1,
35:8, 36:23,
37:17, 37:18,
41:14, 48:9,
49:25, 65:22,
100:13,
128:15,
131:17
**Sorry** [6] -
10:13, 17:23,
18:1, 20:22,
35:11, 113:8
**sort** [4] -
88:21,
107:19,
115:4,
134:17
**sought** [3] -
19:4, 19:9,
19:10
**sounds** [6] -
27:1, 35:7,
45:15, 63:16,
73:12, 129:9
**soup** [1] -
13:15
**source** [1] -
23:16
**sources** [1] -
139:3
**speaking** [4] -
17:22, 22:4,
31:25, 37:10
**special** [3] -
91:5, 91:10,
93:14
**specialties** [1]
- 137:15
**specific** [12] -
14:4, 28:25,
33:3, 53:1,
69:22, 80:18,
82:16, 92:17,
131:14,
132:18,
140:12,
140:15
**specifically**
[20] - 21:18,
23:6, 25:23,
47:18, 48:2,
50:22, 53:2,
54:12, 60:12,
61:14, 61:16,
64:5, 72:24,
76:16, 77:24,
105:10,
109:2,
119:16,

121:11,
132:22
**spectrum** [2] -
29:5, 29:6
**speculating**
[1] - 68:2
**speculation**
[10] - 30:14,
32:15, 37:15,
48:22, 49:7,
49:20, 62:3,
68:24, 95:2,
104:20
**spell** [2] - 12:6,
81:23
**spend** [1] -
133:17
**spending** [2] -
35:8, 35:11
**split** [1] - 65:17
**spoken** [1] -
36:11
**stack** [1] - 60:9
**staff** [11] -
10:25, 11:3,
11:12, 24:2,
65:8, 69:5,
108:25,
119:13,
119:19,
121:8, 122:2
**stage** [1] -
136:23
**staging** [1] -
63:25
**stake** [2] -
32:4, 32:11
**stamps** [1] -
117:7
**stand** [3] -
35:23, 66:4,
72:9
**standard** [3] -
23:11, 47:17,
103:13
**standpoint** [1]
- 40:24
**stands** [2] -
107:23,
133:19
**staph** [1] -
128:13
**start** [3] - 6:19,
80:4, 113:21
**started** [9] -
14:13, 44:24,
72:2, 92:24,
98:10,
108:10,
125:14,

137:21,
138:3
**starting** [2] -
111:12,
134:5
**starts** [5] -
19:23, 62:22,
113:25,
114:20,
129:10
**Starts** [1] -
22:6
**State** [4] -
1:21, 1:24,
14:7, 143:16
**state** [8] - 5:16,
12:24, 12:25,
13:1, 14:21,
68:4, 71:25,
77:23
**statement** [15]
- 25:7,
25:10, 25:14,
34:17, 34:20,
35:23, 39:12,
65:16, 66:4,
72:9, 73:7,
76:19,
111:10,
132:3
**statements** [3]
- 25:5,
45:10,
121:18
**states** [1] -
35:19
**States** [11] -
26:18, 27:7,
27:18, 27:20,
28:2, 29:15,
30:12, 30:16,
30:19, 76:4,
139:18
**STATES** [2] -
1:1, 143:1
**Station** [1] -
2:12
**statistical** [1] -
139:17
**statistics** [3] -
31:7, 78:1,
78:6
**status** [1] -
79:17
**stayed** [2] -
11:6, 128:14
**step** [2] -
92:21, 132:8
**Stephen** [12] -
3:17, 3:24,

10:23, 32:2,
32:23, 48:12,
48:13, 56:15,
69:16,
109:18,
116:4,
124:11
**stepping** [1] -
92:20
**Steven** [1] -
16:20
**Stevens** [1] -
135:14
**stick** [1] -
115:9
**still** [11] - 5:22,
11:8, 18:22,
35:23, 65:16,
66:3, 68:3,
72:9, 88:10,
89:7, 119:3
**stipulate** [1] -
5:2
**Stipulations..**
....................
....................
[1] - 3:4
**stir** [1] -
127:24
**Stockton** [1] -
14:23
**stop** [1] - 87:1
**stopped** [4] -
9:20, 11:16,
42:23, 86:25
**stopping** [2] -
11:17, 50:10
**stories** [1] -
139:1
**storm** [1] -
23:2
**STOWERS** [5]
- 2:15, 6:17,
85:19, 85:21,
116:21
**straight** [1] -
130:11
**straightforwa
rd** [1] - 88:1
**strategically**
[1] - 39:15
**strategy** [1] -
121:18
**streets** [1] -
77:20
**strike** [5] - 9:3,
78:24, 95:8,
121:16,
140:11
**strikes** [2] -

128:2,
129:14
**string** [3] -
101:7,
117:11,
117:15
**struck** [1] -
97:1
**structural** [1] -
128:5
**structure** [10] -
28:18, 41:12,
42:16, 79:8,
102:23,
106:19,
106:24,
107:11,
107:17,
108:1
**structures** [1]
- 113:2
**stuck** [1] - 56:3
**student** [16] -
13:7, 15:4,
15:18, 19:3,
34:12, 58:11,
83:6, 83:15,
83:21, 83:24,
90:19, 92:19,
95:10, 104:4,
104:7,
104:18
**student/
faculty** [1] -
58:14
**students** [17] -
19:5, 58:14,
76:7, 104:2,
104:12,
136:16,
136:17,
137:1, 137:4,
137:5, 137:6,
137:11,
137:14,
137:19,
137:24,
138:11
**Studies** [27] -
11:14, 11:18,
15:11, 15:19,
15:23, 16:3,
16:4, 16:5,
16:10, 26:20,
29:16, 36:5,
37:22, 46:16,
55:1, 90:4,
90:6, 90:13,
90:16, 90:20,
91:20,

111:11,
132:9,
132:11,
133:6,
133:10,
134:1
**studies** [7] -
59:23,
131:20,
132:7, 132:8,
132:10,
132:13,
142:6
**study** [9] -
53:21, 58:24,
59:17, 72:13,
82:21, 83:19,
85:11,
121:19,
121:21
**studying** [4] -
86:22, 87:1,
87:6, 87:8
**stuff** [3] - 94:4,
100:23,
138:15
**style** [1] - 91:3
**styled** [1] -
1:19
**subjective** [1]
- 60:23
**submission**
[4] - 115:1,
118:1, 118:3,
118:11
**submissions**
[3] - 116:5,
117:24,
118:8
**submit** [2] -
26:15, 49:2
**submitted** [2] -
74:13, 117:8
**submitting** [1]
- 23:23,
110:5
**Subpoena** [1] -
3:10
**subpoena** [5] -
7:6, 7:10,
7:15, 8:1,
8:17
**Subscribed** [1]
- 144:14
**subscribed** [1]
- 110:18
**subsequent**
[2] - 23:13,
46:15
**substance** [4]

- 51:23,
53:11, 72:20,
105:13
**substantive**
[7] - 100:10,
100:14,
102:17,
105:1, 105:3,
105:17,
105:22
**successfully**
[1] - 13:16
**suddenly** [1] -
39:23
**suffer** [1] -
6:13
**suggest** [1] -
92:7
**suggested** [7]
- 42:11,
42:12, 97:4,
106:12,
127:25,
141:13,
141:20
**suggesting** [1]
- 51:14
**suggestions**
[1] - 121:14
**suggests** [2] -
120:18,
122:17
**Suite** [1] - 1:23
**summarize** [2]
- 53:11,
53:12
**summarized**
[2] - 54:4,
55:5
**summarizing**
[1] - 60:15
**summer** [5] -
92:25, 93:2,
93:6
**superior** [1] -
107:20
**support** [2] -
38:13,
106:12
**supporter** [1] -
39:1
**supporting** [5]
- 37:6,
37:13, 38:7,
38:9, 65:21
**suppose** [14] -
17:3, 20:23,
23:18, 30:24,
42:14, 50:1,
53:15, 60:14,

60:25, 61:3,
61:5, 79:7,
80:1, 124:18
**supposed** [6] -
39:7, 39:25,
82:15, 82:18,
96:9, 115:22
**supposedly**
[1] - 84:15
**supremacist**
[1] - 53:18
**Sustenance**
[1] - 133:13
**sustenance**
[1] - 133:14
**Suzanne** [5] -
97:6, 98:2,
98:8, 98:10,
98:14
**sworn** [4] -
1:19, 4:3,
143:19,
144:14
**symposium**
[46] - 20:9,
20:10, 20:11,
20:14, 20:16,
21:7, 24:20,
27:3, 37:18,
37:20, 37:25,
38:5, 38:11,
40:12, 40:18,
42:15, 46:2,
46:13, 47:2,
47:10, 47:20,
48:5, 48:19,
49:17, 50:22,
64:25, 66:21,
67:1, 68:21,
69:7, 76:2,
89:5, 99:24,
100:20,
102:4,
110:16,
111:6,
112:15,
112:16,
114:10,
122:18,
124:23,
126:9,
126:11
**synonym** [2] -
104:1,
104:24
**synonymous**
[2] - 88:18,
88:20
**SYSTEM** [1] -
2:16

**system** [1] -
107:20

---

**T**

---

**TA** [4] - 45:5,
45:8, 71:23,
71:25
**TA-ship** [2] -
71:23, 71:25
**talks** [2] -
90:24, 119:2
**tap** [1] - 58:25
**target** [1] -
108:11
**targeted** [1] -
108:13
**task** [1] - 53:13
**tasks** [1] - 91:1
**taught** [1] -
14:19
**teach** [1] -
14:17
**teaching** [5] -
14:10, 15:5,
15:6, 15:9,
15:12
**tech** [1] - 111:2
**technique** [2] -
29:1, 29:2
**tend** [1] - 79:9
**tends** [1] -
125:10
**tenure** [7] -
18:22, 18:23,
19:1, 19:19,
19:21, 19:25,
32:21
**tenured** [1] -
56:18
**term** [1] - 77:3,
87:18
**terminology**
[1] - 76:17
**terms** [20] -
16:14, 28:10,
29:7, 29:21,
29:25, 30:5,
30:23, 31:5,
31:8, 51:8,
52:11, 53:3,
57:21, 58:11,
79:5, 81:3,
92:12, 107:5,
131:8,
138:20
**test** [1] - 60:3
**testified** [2] -
4:3, 138:23
**testify** [1] - 7:2

**Testify** [1] -
3:10
**testifying** [1] -
6:3
**testimony** [3] -
6:11, 6:15,
143:20
**TEXAS** [4] -
1:1, 2:11,
2:16, 143:1
**Texas** [12] -
1:21, 1:24,
2:12, 2:17,
13:6, 13:9,
14:11, 15:4,
137:25,
143:16,
144:18,
144:21
**text** [1] - 80:9
**Text** [2] - 3:11,
3:11
**textbook** [1] -
124:5
**th0se** [1] -
29:23
**THAD** [1] - 2:4
**THE** [12] - 1:1,
1:1, 2:3, 2:9,
6:9, 50:12,
85:23,
113:20,
117:1, 141:3,
143:1, 143:1
**them/him** [1] -
35:16
**themselves** [2]
- 23:22,
68:14
**theoretical** [1]
- 53:1
**theoretical/
literary** [2] -
35:14, 35:20
**theoretically**
[3] - 11:8,
47:25,
107:13
**theorist** [6] -
12:18, 12:20,
29:18, 102:2,
137:12,
138:3
**theorists** [3] -
30:11, 30:19,
137:16
**theory** [15] -
13:2, 13:11,
14:12, 25:11,
29:2, 53:16,

61:7, 75:13,
75:17, 75:23,
87:3, 114:12,
121:20,
121:21,
137:3
**Theory** [4] -
20:19, 30:20,
31:4, 99:22
**thereabouts**
[1] - 44:6
**thereafter** [1] -
72:16
**therefor** [1] -
144:4
**therefore** [2] -
76:6, 120:19
**thinking** [4] -
25:9, 30:24,
76:16,
124:12
**third** [3] - 7:9,
14:14,
111:10
**thoughtful** [1]
- 54:13
**thread** [6] -
33:25, 35:4,
41:15, 80:9,
108:10,
111:21
**threaten** [2] -
44:2, 141:18
**three** [9] -
14:6, 14:7,
20:14, 21:8,
21:13, 21:25,
44:19, 53:11,
70:24
**thrive** [1] -
134:4
**throughout** [2]
- 30:12, 76:3
**throwing** [1] -
132:1
**thrown** [1] -
18:2
**Thursday** [1] -
129:11
**tilted** [1] -
98:11
**Tim** [3] - 3:24,
32:1, 32:22
**timeframe** [3] -
96:13,
125:24,
134:8
**timeline** [1] -
115:15
**timely** [3] -

40:13, 40:14,
40:17
**TIMOTHY** [3] -
1:3, 2:21,
143:3
**Timothy** [32] -
4:7, 10:21,
32:25, 33:13,
34:4, 34:11,
36:1, 56:13,
57:18, 60:13,
61:11, 72:4,
72:17, 76:20,
76:24, 80:4,
80:5, 81:5,
85:9, 85:13,
96:18,
100:11,
100:16,
108:24,
120:2, 120:5,
121:4, 121:9,
121:13,
126:14,
126:17,
128:17
**TO** [6] - 6:9,
50:12, 85:23,
113:20,
117:1, 141:3
**today** [5] - 6:3,
6:11, 6:15,
7:2, 8:4
**together** [5] -
92:22, 93:20,
100:20,
127:8,
135:22
**tomorrow** [2] -
123:9,
123:10
**tone** [6] - 25:3,
42:22, 43:8,
43:10, 54:14,
107:13
**took** [6] - 14:9,
53:3, 97:16,
110:23,
126:2, 129:7
**top** [8] - 22:4,
34:18, 94:15,
117:4, 117:5,
117:15,
119:25,
120:3
**topic** [4] -
61:12, 69:23,
70:1, 97:7
**total** [1] -
136:17

**totalitarian** [1]
- 128:5
**toward** [1] -
106:6
**towards** [7] -
43:12, 105:9,
105:18,
107:9,
130:11,
131:14,
132:8
**track** [10] -
12:14, 14:4,
18:22, 18:23,
18:25, 19:1,
32:21, 46:24,
48:1, 49:8
**training** [5] -
18:7, 58:3,
58:7, 58:12,
59:9
**Training** [1] -
14:19
**trainings** [2] -
60:7, 60:13
**transcript** [2] -
143:19,
144:2
**transitioned**
[2] - 71:23,
92:13
**transitioning**
[1] - 33:25
**translates** [1] -
103:6
**transposing**
[1] - 44:12
**trial** [6] - 4:12,
5:1, 5:8,
5:13, 5:25,
142:4
**tried** [2] - 11:9,
34:8
**trouble** [5] -
12:14, 27:6,
68:16,
110:17,
141:21
**troubling** [1] -
131:2
**true** [10] -
33:24, 45:25,
47:23, 65:16,
66:4, 67:10,
68:3, 72:9,
86:25,
143:20
**truth** [3] - 59:3,
59:12, 59:14
**truthfully** [1] -

6:3
**try** [4] - 13:15,
29:1, 66:7,
107:5
**trying** [6] -
17:11, 26:21,
78:25, 79:3,
123:14,
137:18
**Tuesday** [1] -
126:4
**turn** [1] - 7:8
**turned** [2] -
23:9, 78:22
**twice** [2] -
9:16, 139:3
**Twitter** [6] -
22:9, 22:10,
23:1, 23:2,
63:7, 63:8
**two** [18] -
14:12, 15:6,
31:9, 31:19,
40:20, 41:16,
66:25, 67:25,
70:12, 70:16,
111:24,
121:20,
121:21,
125:2,
125:17,
126:3, 126:5,
129:6
**type** [2] -
22:17, 28:18
**typesetting** [6]
- 41:10,
82:20, 83:18,
83:22, 92:23,
100:22
**typically** [1] -
9:17
**typos** [2] -
41:11, 42:12

## U

**U.S** [1] - 77:23
**unacceptable**
[1] - 140:14
**uncertain** [1] -
85:7
**unclarity** [1] -
4:16
**unclear** [2] -
4:14, 42:10
**uncomfortabl
e** [3] - 52:8,
52:9, 141:22
**unconnected**

[1] - 21:25
**under** [5] -
5:22, 13:15,
88:16,
134:18,
134:19
**undergrad** [1]
- 14:6
**underneath** [1]
- 31:23
**understood**
[5] - 15:25,
38:3, 56:24,
91:8, 106:1
**uneven** [1] -
79:18
**unfortunately**
[1] - 123:17
**unhappy** [2] -
44:16, 45:1
**unimpeachab
ly** [1] - 59:16
**Union** [1] -
2:17
**UNITED** [2] -
1:1, 143:1
**United** [11] -
26:18, 27:7,
27:18, 27:20,
28:2, 29:15,
30:12, 30:16,
30:19, 76:4,
139:17
**University** [9] -
7:20, 13:5,
13:9, 14:7,
15:4, 59:23,
99:17, 99:20,
137:25
**UNIVERSITY**
[1] - 2:16
**university** [10]
- 12:15,
12:20, 14:10,
19:7, 36:11,
36:13, 36:17,
59:20,
101:24,
124:6
**unless** [2] -
11:5, 140:25
**unsatisfactor
y** [1] - 84:10
**unsure** [1] -
79:16
**UNT** [17] -
8:13, 12:22,
12:23, 13:25,
14:12, 14:15,
14:20, 19:18,

19:24, 21:5,
35:16, 36:9,
57:7, 74:19,
74:24, 76:7,
102:13
**unusual** [7] -
20:2, 23:25,
24:3, 24:4,
70:2, 91:19,
132:14
**up** [42] - 7:13,
13:23, 27:12,
29:19, 32:7,
36:1, 37:4,
41:9, 44:17,
44:21, 45:14,
47:2, 50:23,
52:18, 52:21,
60:5, 60:11,
65:11, 66:13,
69:17, 70:1,
80:21, 83:2,
84:10, 92:19,
97:1, 105:4,
110:5,
112:22,
114:9,
114:22,
118:16,
121:12,
123:16,
123:20,
124:20,
125:7,
125:12,
125:13,
126:11,
131:24,
140:25
**upcoming** [2] -
33:23, 50:22
**updating** [1] -
16:20
**useful** [1] -
132:3
**uses** [1] -
38:21
**ushered** [1] -
21:14
**utilizes** [1] -
128:1
**utilizing** [1] -
129:13

## V

**vague** [7] -
16:6, 31:18,
54:6, 59:4,
59:11, 78:21,

*Levi Nigem Xenon Travails    5/18/21*    20

140:1
**vaguely** [1] -
125:3
**valuable** [1] -
86:23
**value** [2] -
107:25,
115:23
**venues** [2] -
8:5, 70:20
**version** [3] -
112:9,
121:23,
122:1
**vetted** [1] -
83:3
**view** [13] -
40:4, 40:12,
61:12, 73:23,
74:20, 76:2,
83:20, 95:9,
107:15,
121:22,
129:21,
129:22,
140:17
**viewpoints** [6]
- 60:14,
60:16, 89:4,
94:22, 109:1,
122:23
**views** [4] -
35:15, 53:6,
53:8, 73:19
**virtue** [1] -
84:11
**Virus** [1] -
115:5
**vis** [2] - 118:24
**vis-a-vis** [1] -
118:24
**Vista** [1] -
144:20
**vitriolic** [4] -
54:2, 54:16,
54:22, 99:2
**voice** [2] -
28:16, 92:10
**voiced** [4] -
21:6, 21:12,
60:1, 64:23
**voices** [1] -
125:11
**Volume** [26] -
12:10, 18:6,
18:8, 18:9,
18:10, 20:12,
20:15, 21:7,
32:5, 33:9,
37:21, 40:8,

40:12, 40:13,
40:22, 46:2,
46:14, 46:19,
47:2, 47:6,
63:9, 68:19,
75:24, 92:22,
111:12,
134:19
**volume** [3] -
33:8, 46:15,
91:18

**W**

**wait** [2] - 69:3,
117:14
**Walls** [38] -
3:15, 3:19,
4:6, 6:1,
6:22, 11:24,
28:7, 34:3,
36:24, 41:13,
45:21, 50:13,
60:19, 62:22,
70:6, 78:25,
85:17, 85:25,
87:14, 89:13,
90:2, 94:1,
99:11, 101:7,
104:5, 104:8,
104:18,
105:14,
108:5,
110:13,
113:7,
113:21,
117:2,
121:17,
122:9,
133:20,
135:6, 141:4
**WALLS** [6] -
1:12, 1:17,
3:5, 4:2,
143:11,
143:18
**Walls....** [1] -
3:10
**Walls..85** [1] -
3:16
**Walls..87** [1] -
3:16
**wants** [1] -
121:20
**warranted** [1] -
77:5
**watch** [1] -
113:13
**watched** [1] -
52:1

**water** [1] -
113:16
**wealth** [2] -
79:12, 79:18
**weather** [1] -
141:12
**web** [1] - 16:25
**website** [3] -
16:11, 16:19,
17:8
**week** [1] -
126:5
**weekend** [1] -
126:7
**weekly** [1] -
123:9
**weeks** [4] -
126:3, 126:5,
129:6, 130:2
**welcome** [2] -
33:19, 49:1
**well-
connected**
[1] - 80:6
**well-
respected** [1]
- 59:20
**Wen** [14] -
54:1, 54:15,
66:15, 66:18,
66:22, 67:7,
109:23,
110:4, 124:1,
124:2, 124:3,
124:7,
124:12
**western** [6] -
103:17,
103:19,
103:20,
121:20,
130:9,
130:10
**WHALEY** [1] -
144:19
**whatsoever**
[1] - 33:2
**Whereas** [1] -
28:1
**whereas** [3] -
29:11, 30:2,
33:18
**whistleblowi
ng** [2] - 71:5,
71:7, 71:10
**white** [11] -
25:18, 26:1,
38:25, 53:17,
60:21, 60:23,
60:24, 61:1,

86:10, 103:6,
125:10
**whole** [1] -
128:5
**widely** [1] -
53:21
**wider** [1] -
131:19
**Wiener** [17] -
26:6, 26:12,
26:16, 42:21,
72:22, 72:23,
95:16, 95:21,
95:25, 96:2,
97:12, 97:15,
98:9, 98:17,
98:23, 98:25,
109:23
**Wiener's** [4] -
24:25, 96:3,
96:9, 110:3
**wife** [8] - 7:24,
7:25, 61:18,
61:20, 61:21,
61:22, 62:1,
62:8
**William** [2] -
27:12, 66:18
**win** [1] - 73:1
**winter** [1] -
94:17
**withdraw** [1] -
54:9
**witness** [7] -
1:18, 113:15,
140:2, 140:3,
142:2,
143:18,
143:21
**woeful** [2] -
76:25, 78:9
**woefully** [1] -
76:11
**woman** [1] -
125:3
**women** [1] -
123:16
**wondering** [2]
- 73:16,
117:25
**woops** [1] -
17:23
**word** [8] -
37:18, 53:15,
61:1, 79:19,
133:11,
133:14,
139:10
**wording** [2] -
42:10, 42:11

**words** [12] -
39:16, 58:25,
63:21, 65:25,
68:4, 68:20,
69:24, 97:25,
105:8, 121:3,
121:10
**works** [9] -
12:12, 12:14,
12:20, 12:24,
19:20, 19:21,
36:11, 53:19,
101:25
**worried** [11] -
55:11, 55:16,
55:18, 55:20,
55:21, 55:22,
56:5, 57:2,
63:12, 75:11,
77:10
**worry** [2] -
56:4, 77:6
**worrying** [1] -
63:10
**worthy** [1] -
76:8
**wrap** [1] -
140:25
**WRIGHT** [2] -
1:6, 143:6
**write** [6] - 9:18,
40:25, 43:23,
64:19, 67:9,
111:5
**writing** [10] -
9:18, 34:22,
43:5, 49:24,
87:16, 88:2,
97:10,
108:10,
124:12,
130:21
**written** [6] -
24:17, 65:3,
73:25,
118:18,
130:25,
140:20
**wrote** [11] -
34:25, 42:7,
48:10, 54:5,
54:20, 63:23,
95:16, 116:2,
123:24,
140:16,
140:19

**X**

**XENON** [6] -

1:12, 1:17,
3:5, 4:2,
143:11,
143:18

**Y**

**YAN** [1] -
135:16
**Yap** [5] -
34:21,
102:12,
127:2,
133:23,
135:7
**year** [19] -
14:9, 14:11,
14:14, 14:18,
15:6, 15:7,
15:9, 18:7,
39:14, 39:22,
40:21, 85:5,
92:25, 93:1,
137:6, 137:7,
137:9,
137:13,
138:4
**years** [7] -
10:17, 14:6,
14:7, 14:12,
15:6, 30:1,
79:20
**Yiyi** [6] - 81:7,
82:17, 84:18,
84:20, 84:24,
85:8
**York** [3] - 21:3,
77:8, 77:20
**yourself** [2] -
19:5, 34:3

**Z**

**Zoom** [5] -
136:9,
136:11,
136:14,
137:17,
138:10