# EXHIBIT RR

Dear Diego, Colleagues,

It turns out that the Symposium is now already available as a Google doc on line.

Diego, to reply directly to your query: Stephen, Ben, Levi, and I read through and edited every word of the responses very carefully. I want to stress that these responses were not articles to be sent out for blind review. Rather, they were responses to Ewell's "Plenary Session" critique of Schenker, Schenkerians, and Schenkerian theory by identified authors (with one exception, already explained). The intention of the Symposium, as explained in the call, was to allow scholars to express their views freely and honestly, and without ideological censorship, as long as they remained focused on the relevant issues. As I understand it, all were contributed by university professors, holders of earned doctorates in music theory, and sometimes authors of books and textbooks. We also combined all of the scholarly apparatus into a single bibliography.

The responses, which, if you read them, were pretty well evenly split between pro- and contra-, and published in the Symposium back-to-back in alternation so as to present a balanced picture of the results of the call for comments. The majority of the authors are well-known, highly seasoned scholars, ranging from the Chair of the Harvard Music Department to the authors of books on Schenker and Schenkerian analysis. If you want to use the word "vetting" in this context of allowing distinguished scholars to communicate their views, then you can say that the respondents were "vetted" on the basis of their academic qualifications. The distinguished pedigrees of the contributors is supported by their short biographies at the end of the issue.

All the best,

Tim


On Sun, Jul 26, 2020 at 12:52 PM Cubero, Diego <Diego.Cubero@unt.edu> wrote:
I, too, want to know who vetted the responses before publication?

**From:** "Heidlberger, Frank" <Frank.Heidlberger@unt.edu>
**Date:** Sunday, July 26, 2020 at 12:25 PM
**To:** "Slottow, Stephen" <Stephen.Slottow@unt.edu>, "Brand, Benjamin" <Benjamin.Brand@unt.edu>, Diego Cubero <Diego.Cubero@unt.edu>, "Graf, Benjamin" <Benjamin.Graf@unt.edu>, "Chung, Andrew" <Andrew.Chung@unt.edu>, "Walls, Levi" <LeviWalls@my.unt.edu>, "Bakulina, Ellen" <Ellen.Bakulina@unt.edu>, Timothy Jackson
**Subject:** Re: JSS

Ok, thanks for all the information, particularly the twitter conversation. On Facebook, Chris Segall's last post and the ensuing comments are insightful (and concerning).
Still: I NEED TO READ THE ARTICLES, particularly this ominous "anonymous" one.
**Can somebody please send me a pdf version of the issue RIGHT NOW!**
And, who vetted the responses before publication?

I agree with all colleagues stating that this is a serious issue.
Frank


Dr. Frank Heidlberger
Professor of Music Theory
Music Theory Area Coordinator
University of North Texas
College of Music
1155, Union Circle # 311367
Denton, TX 76203
U.S.A.
Phone: (940) 369-7542
Fax (940) 565-2002

---

**From:** Slottow, Stephen <Stephen.Slottow@unt.edu>
**Sent:** Sunday, July 26, 2020 12:16 PM
**To:** Brand, Benjamin <Benjamin.Brand@unt.edu>; Cubero, Diego <Diego.Cubero@unt.edu>; Graf, Benjamin <Benjamin.Graf@unt.edu>; Chung, Andrew <Andrew.Chung@unt.edu>; Walls, Levi <LeviWalls@my.unt.edu>; Bakulina, Ellen <Ellen.Bakulina@unt.edu>; Timothy Jackson <████████████████████████>; Heidlberger, Frank <Frank.Heidlberger@unt.edu>
**Subject:** Re: JSS

Please disregard my earlier email--I found a way to sufficiently expand the responses.

-sps

---

**From:** Brand, Benjamin <Benjamin.Brand@unt.edu>
**Sent:** Sunday, July 26, 2020 10:17 AM
**To:** Cubero, Diego <Diego.Cubero@unt.edu>; Graf, Benjamin <Benjamin.Graf@unt.edu>; Chung, Andrew <Andrew.Chung@unt.edu>; Walls, Levi <LeviWalls@my.unt.edu>; Bakulina, Ellen <Ellen.Bakulina@unt.edu>; Timothy Jackson <████████████████████████>; Slottow, Stephen <Stephen.Slottow@unt.edu>; Heidlberger, Frank <Frank.Heidlberger@unt.edu>
**Subject:** Re: JSS

Dear Colleagues,

In light of recent developments, I would like to call an emergency meeting for this afternoon at 4:00pm (central time). I apologize for taking your time on a weekend, but this simply can't wait until Monday. The Zoom meeting ID is: 939 5729 3080. I will send you a calendar invite as well. Please do you utmost to attend.

Sincerely,
Benjamin

Benjamin Brand, Ph.D.
Pronouns: he, him, his | Professor of Music History

Chair, Division of Music History, Theory, and Ethnomusicology
College of Music | University of North Texas | (940) 536-3561



**From:** "Cubero, Diego" <Diego.Cubero@unt.edu>
**Date:** Sunday, July 26, 2020 at 8:52 AM
**To:** Benjamin Graf <Benjamin.Graf@unt.edu>, Andrew Chung <Andrew.Chung@unt.edu>, "Walls, Levi" <LeviWalls@my.unt.edu>, Ellen Bakulina <Ellen.Bakulina@unt.edu>, Timothy Jackson ████████████████████, Stephen Slottow <Stephen.Slottow@unt.edu>, "Brand, Benjamin" <Benjamin.Brand@unt.edu>
**Subject:** Re: JSS

Good morning, colleagues:

I agree that this is a serious situation. I am neither on Twitter nor Facebook, but I can say that the issues has grabbed the attention of the Society for Music Theory's Committee on Diversity. While the situation most immediately involves the Journal's editorial staff and the authors of some of the essays, I think it also affects the reputation of our program as a whole. I have copied Benjamin Brand to make him aware of this situation.

Diego


**From:** "Graf, Benjamin" <Benjamin.Graf@unt.edu>
**Date:** Saturday, July 25, 2020 at 9:47 PM
**To:** "Chung, Andrew" <Andrew.Chung@unt.edu>, "Walls, Levi" <LeviWalls@my.unt.edu>, "Bakulina, Ellen" <Ellen.Bakulina@unt.edu>, Timothy Jackson ████████████████████, "Slottow, Stephen" <Stephen.Slottow@unt.edu>
**Cc:** Diego Cubero <Diego.Cubero@unt.edu>
**Subject:** Re: JSS

Yes, we need to respond!! This is getting out of hand quickly.
I think we should send Ewell a copy and invite him to respond.
There are some misconceptions floating around that need to be addressed.
For example, I was under the impression that we were going to have a discussion with Ewell about his racial studies work. I was looking forward to it!
A lot of those commenting have not read the issue, it could help to release it.
I only have my cell with me, so apologize for the brevity and lack of formality.
Best,
Ben

Benjamin Graf, Ph.D.

University of North Texas

UNT_000306

Music History, Theory and Ethnomusicology

Office: MU215

---

**From:** Chung, Andrew <Andrew.Chung@unt.edu>
**Sent:** Saturday, July 25, 2020 9:12:37 PM
**To:** Walls, Levi <LeviWalls@my.unt.edu>; Bakulina, Ellen <Ellen.Bakulina@unt.edu>; Timothy Jackson ███████████████████; Slottow, Stephen <Stephen.Slottow@unt.edu>
**Cc:** Graf, Benjamin <Benjamin.Graf@unt.edu>; Cubero, Diego <Diego.Cubero@unt.edu>
**Subject:** RE: JSS

Dear all,

I agree with Levi that a well-considered and timely response seems important. From what I have been seeing, people on social media are not happy that there is not a published response-to-the-responses written by Ewell at the invitation of JSS, and have concerns that the journal published an anonymous article whatever the merits and complexities for doing so. I think it would be wise to address this carefully and promptly because I wouldn't want to see a negative consequence from this for Levi based on hasty assumptions from the social media-verse.

Best,
Andrew

**From:** Walls, Levi <LeviWalls@my.unt.edu>
**Sent:** Saturday, July 25, 2020 8:56 PM
**To:** Bakulina, Ellen <Ellen.Bakulina@unt.edu>; Timothy Jackson ███████████████████; Slottow, Stephen <Stephen.Slottow@unt.edu>
**Cc:** Chung, Andrew <Andrew.Chung@unt.edu>; Graf, Benjamin <Benjamin.Graf@unt.edu>; Cubero, Diego <Diego.Cubero@unt.edu>
**Subject:** Re: JSS

Hi all,

    I just heard about this. It's very worrying, especially as I don't want my career to be ruined before it properly began. I have a family to take care of now. I'm also confused about what exactly people want. The responses were to Ewell's paper. Did Ewell want to respond to his own paper? If he wants to respond to the responses to his paper, then that is perfectly reasonable, and I don't think anyone would have a problem with that. We could publish something in the upcoming volume, if that is what people want. But he couldn't have responded to responses that hadn't yet come out. Since the journal printed every response that we got, it should go without saying that we weren't interested in presenting a one-sided picture. Quite the opposite. We emphasized in the CFP that we wanted a wide range of views.

    At the moment, people seem to be speculating about the journal without actually reading it. Maybe we should consider releasing it online early, so that misinformation does not spread.

> I really hope all this can be resolved somehow.

Regards,

> Levi Walls

---

**From:** Bakulina, Ellen <Ellen.Bakulina@unt.edu>
**Sent:** Saturday, July 25, 2020 6:37 PM
**To:** Timothy Jackson ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; Slottow, Stephen <Stephen.Slottow@unt.edu>; Walls, Levi <LeviWalls@my.unt.edu>
**Cc:** Chung, Andrew <Andrew.Chung@unt.edu>; Graf, Benjamin <Benjamin.Graf@unt.edu>; Cubero, Diego <Diego.Cubero@unt.edu>
**Subject:** Re: JSS

Dear Tim, Stephen, Levi,   CC Andrew, Ben, Diego,

Please see below a message from Andrew Chung about a serious situation that has come up in connection with the latest issue of JSS. I completely agree with Andrew that the social media response is getting serious and should be somehow addressed. I don't have a Twitter account, but I am on Facebook and I am currently following (and taking a modest part in) a discussion there.

All best,
-Ellen

---

**From:** Chung, Andrew <Andrew.Chung@unt.edu>
**Sent:** Saturday, July 25, 2020 8:32 PM
**To:** Bakulina, Ellen <Ellen.Bakulina@unt.edu>; Graf, Benjamin <Benjamin.Graf@unt.edu>; Cubero, Diego <Diego.Cubero@unt.edu>
**Subject:** RE: JSS

Dear Ellen and colleagues,

Yes, please feel free to forward this message to anyone you think would be appropriate.

Best,
Andrew

---

**From:** Bakulina, Ellen <Ellen.Bakulina@unt.edu>
**Sent:** Saturday, July 25, 2020 8:31 PM
**To:** Chung, Andrew <Andrew.Chung@unt.edu>; Graf, Benjamin <Benjamin.Graf@unt.edu>; Cubero, Diego <Diego.Cubero@unt.edu>
**Subject:** Re: JSS

Hi Andrew and all,

Thanks so much for alerting us. I see something similar on Facebook. Do I have your permission to forward this message to Tim Jackson, Stephen Slottow, and Levi Walls (the current editor)? They should be informed and involved.

Thanks,
-Ellen

**From:** Chung, Andrew <Andrew.Chung@unt.edu>
**Sent:** Saturday, July 25, 2020 7:08 PM
**To:** Graf, Benjamin <Benjamin.Graf@unt.edu>; Cubero, Diego <Diego.Cubero@unt.edu>; Bakulina, Ellen <Ellen.Bakulina@unt.edu>
**Subject:** JSS

Dear colleagues,

I apologize for interrupting your weekends, but via twitter, I have been seeing that there has been some early and vociferous pushback re: the new issue of JSS, with concerns that Phillip Ewell wasn't invited to respond and that there is an anonymous contribution (are these still true? The last information I became privy to about the issue was in March). I imagine this is something JSS would want to address carefully especially in light of the past three months or so if this isn't already on the radar of everyone involved in JSS, since, from the looks of the social media attention it is possible that the situation could get serious.

Respectfully,
Andrew