# EXHIBIT SS

Re: Grad Student Statement on JSS

Van Oort, Dani <DanielleVanOort@my.unt.edu>
Mon 7/27/2020 7:55 PM
To: Kohanski, Peter <PeterKohanski@my.unt.edu>
Cc: Geoffroy-Schwinden, Rebecca <Rebecca.Geoffroy-Schwinden@unt.edu>

Dear Rebecca,

Thank you for your supportive words. These last few days have been exhausting and there is much more left to be done, but we are proud of what we have already accomplished. We look forward to tackling these issues together!

Regards,

Dani Van Oort
DanielleVanOort@my.unt.edu

> On Jul 27, 2020, at 7:37 PM, Kohanski, Peter <PeterKohanski@my.unt.edu> wrote:
>
> Dear Rebecca,
>
> Thank you for your kind words and your support. The grad students are eager to tackle this head on and effect meaningful change in our division. It will take all of us for sure, and I'm glad to have you supporting us.
>
> All best,
> Peter
>
>> On Jul 27, 2020, at 7:21 PM, Geoffroy-Schwinden, Rebecca <Rebecca.Geoffroy-Schwinden@unt.edu> wrote:
>>
>>
>> Dear Dani and Peter,
>>
>> As GAMuT's advisor, I want to thank you for your leadership and for the MHTE graduate students' professionalism in responding to the recent issue of the Journal of Schenkerian Studies. Indeed, as we learned in the diversity and inclusion training last fall, the department has much work ahead of it, work in which I hope to take an active role.
>>
>> All the best,
>> Rebecca
>>
>> Rebecca Dowd Geoffroy-Schwinden, Ph.D.
>> Assistant Professor, Music History
>> Division of Music History, Theory, and Ethnomusicology
>> University of North Texas College of Music
>> Rebecca.Geoffroy-Schwinden@unt.edu

UNT_000355

Vice-President, Society for Eighteenth-Century Music

UNT_000356