# EXHIBIT TT

# Faculty Statement on Journal of Schenkerian Studies

**Geoffroy-Schwinden, Rebecca <Rebecca.Geoffroy-Schwinden@unt.edu>**
Thu 7/30/2020 12:36 PM
**To:** Richmond, John <John.Richmond@unt.edu>

Dear Dean Richmond,

Thank you for taking the time to speak with me yesterday and for understanding our need to speak as individual faculty members to our respective disciplines.

I want to ask explicitly whether our statement will violate UNT Policy 06.035:

"Members of the academic community at UNT may publically [sic.] express their opinions as privately engaged citizens, separate from the opinions formulated from their use of the reliable methods of their discipline. When they do so, they are expected to clarify that they are not official spokespersons for UNT; and they are not permitted to use official letterhead or other university resources (see UNT Policy 3.10, Computer Use Policy)."

Or, whether it would violate the computer use policy, since we have discussed this statement over UNT e-mail.

Thank you!

All the best,
Rebecca

Rebecca Dowd Geoffroy-Schwinden, Ph.D.
Assistant Professor, Music History
Division of Music History, Theory, and Ethnomusicology
University of North Texas College of Music
Rebecca.Geoffroy-Schwinden@unt.edu

Vice-President, Society for Eighteenth-Century Music

UNT_000425