# EXHIBIT UU

## Re: Journal of Schenkerian Studies

**Geoffroy-Schwinden, Rebecca** <Rebecca.Geoffroy-Schwinden@unt.edu>
Wed 7/29/2020 3:01 PM
**To:** Richmond, John <John.Richmond@unt.edu>

4:30 would be great by phone. My cell is ███████████

I appreciate it. I *know* you're incredibly busy right now!

All best,
Rebecca

---

**From:** Richmond, John <John.Richmond@unt.edu>
**Sent:** Wednesday, July 29, 2020 2:57 PM
**To:** Geoffroy-Schwinden, Rebecca <Rebecca.Geoffroy-Schwinden@unt.edu>
**Subject:** Re: Journal of Schenkerian Studies

Hi. I should have time this afternoon at about 4:30 or so. Could that work?

Phone or Zoom?

John W. Richmond, Ph.D.
Professor and Dean of the College of Music
University of North Texas
Denton, TX 76203-5017

TEL 940-565-4388
Email John.Richmond@unt.edu
Twitter @JohnWRichmond2
Web http://music.unt.edu/faculty-and-staff/john-richmond

The UNT College of Music – serving our diverse musical culture with excellence, integrity, and imagination.

---

**From:** "Geoffroy-Schwinden, Rebecca" <Rebecca.Geoffroy-Schwinden@unt.edu>
**Date:** Wednesday, July 29, 2020 at 2:22 PM
**To:** "Richmond, John" <John.Richmond@unt.edu>
**Subject:** Journal of Schenkerian Studies

Dear Dean Richmond,

Might I be able to have a phone call with you for 10 to 15 minutes at your earliest convenience?

All best,
Rebecca

Rebecca Dowd Geoffroy-Schwinden, Ph.D.
Assistant Professor, Music History
Division of Music History, Theory, and Ethnomusicology
University of North Texas College of Music
Rebecca.Geoffroy-Schwinden@unt.edu

Vice-President, Society for Eighteenth-Century Music

UNT_000378