# EXHIBIT VV

# Request to Serve on an Ad Hoc Review Panel

| | |
|---|---|
| **From:** | "Cowley, Jennifer" <jennifer.cowley@unt.edu> |
| **To:** | "Ishiyama, John" <john.ishiyama@unt.edu> |
| **Cc:** | "Hussey, Joanna" <joanna.hussey@unt.edu> |
| **Date:** | Mon, 03 Aug 2020 12:51:41 -0500 |

Dear Professor Ishiyama,
I am writing to request your service on a panel that will be reviewing the process by which a specific issue of a journal was developed.
You along with several other faculty members would be responsible for reviewing this matter and providing a report to myself and to the dean of the college.
This panel would be expected to convene and develop a report over the next approximately 6-8 weeks.
Would you be available to participate in this panel? At the first meeting of the panel I'll be providing the full charge and the details of the journal volume that the panel will be reviewing.
Sincerely,
Jennifer Cowley, PhD
Provost and Vice President for Academic Affairs
University of North Texas
Jennifer.cowley@unt.edu
940-565-2550

