# EXHIBIT WW

## Re: Request to Serve on an Ad Hoc Review Panel

| | |
|---|---|
| **From:** | "Ishiyama, John" <john.ishiyama@unt.edu> |
| **To:** | "Cowley, Jennifer" <jennifer.cowley@unt.edu> |
| **Cc:** | "Hussey, Joanna" <joanna.hussey@unt.edu> |
| **Date:** | Mon, 03 Aug 2020 13:20:25 -0500 |

Dear Provost Cowley

I would be happy to help-- If I have any hesitance its because I have a number of deadlines coming up, but I am willing to help as much as I can.

Thanks for considering me

best

John

John Ishiyama, Ph.D.
University Distinguished Research Professor of Political Science
Director of Graduate Studies/ Graduate Advisor
Piper Professor of Texas
Former Editor in Chief *American Political Science Review*

Department of Political Science,
University of North Texas,
Denton TX, 76203-5340
John.Ishiyama@unt.edu
url: https://politicalscience.unt.edu/people/john-ishiyama

---

**From:** Cowley, Jennifer <Jennifer.Cowley@unt.edu>
**Sent:** Monday, August 3, 2020 12:51 PM
**To:** Ishiyama, John <John.Ishiyama@unt.edu>
**Cc:** Hussey, Joanna <Joanna.Hussey@unt.edu>
**Subject:** Request to Serve on an Ad Hoc Review Panel
Dear Professor Ishiyama,
I am writing to request your service on a panel that will be reviewing the process by which a specific issue of a journal was developed.
You along with several other faculty members would be responsible for reviewing this matter and providing a report to myself and to the dean of the college.
This panel would be expected to convene and develop a report over the next approximately 6-8 weeks.
Would you be available to participate in this panel? At the first meeting of the panel I'll be providing the full charge and the details of the journal volume that the panel will be reviewing.
Sincerely,
Jennifer Cowley, PhD
Provost and Vice President for Academic Affairs
University of North Texas
Jennifer.cowley@unt.edu
940-565-2550



# Ad Hoc Panel Communication

| | |
|---|---|
| **From:** | "Cowley, Jennifer" <jennifer.cowley@unt.edu> |
| **To:** | "Wallach, Jennifer" <jennifer.wallach@unt.edu>, "Ishiyama, John" <john.ishiyama@unt.edu>, "Du, Jincheng" <jincheng.du@unt.edu>, "Lemberger-Truelove, Matthew" <matthew.lemberger-truelove@unt.edu>, "Dubrow, Jehanne" <jehanne.dubrow@unt.edu> |
| **Date:** | Thu, 06 Aug 2020 16:55:09 -0500 |

Dear Panel Members,

First a thank you for agreeing to serve on the Ad Hoc Panel that will be convening next week. I will be sharing your charge when we meet on the 12th.

I am sharing with you the following statement that UNT has issued regarding the formation of this panel.

*The University of North Texas is committed to academic freedom and the responsibility that goes along with this freedom. This dedication is consistent with, and not in opposition to, our commitment to diversity and inclusion and to the highest standards of scholarship and professional ethics.*

*The university has appointed a five-member multidisciplinary panel of University of North Texas faculty experienced in the editing and production of scholarly journals. The panel members, who are outside the College of Music, will examine objectively the processes followed in the conception and production of volume 12 of the Journal of Schenkerian Studies. The panel will seek to understand whether the standards of best practice in scholarly publication were observed, and will recommend strategies to improve editorial processes where warranted. Upon completion of its investigation, the panel will issue a report to UNT Provost Jennifer Cowley. The report will be made public.*

*The Journal of Schenkerian Studies has made many contributions to the understanding of music theory. We will continue to offer music theorists the opportunity to share and defend diverse viewpoints under the most rigorous academic standards and ethics.*

I wanted to alert you that the publication of this journal volume has generated significant media interest. While you have not specifically been named, should you be contacted by a member of the media, you can refer any inquiry to Jim.Berscheidt@unt.edu in University Communications.

Sincerely,
Jennifer Cowley, PhD
Provost and Vice President for Academic Affairs
University of North Texas
Jennifer.cowley@unt.edu
940-565-2550

