# EXHIBIT XX

# Jackson, Timothy, Dr.

MRN: 270828

| Zahorecz, Andrew, MD<br>Physician<br>Emergency Room | ED Provider Notes<br>Signed | Date of Service: 07/30/20 1410 |

## Procedure Orders
EKG INTERPRETATION [1012189976] ordered by Zahorecz, Andrew, MD

**THFM005  ROOM#: 10**

**Chief Complaint:**

**First Provider Contact Date and Time:** 07/30/2020  1401

## HPI
**Chief Complaint**
Patient presents with
- Involuntary Movements

    Pt c/o exertional tremors to BUE, worse with stress, that began several days ago. Denies any alchol use. States sx began at same time he experienced urinary retention requiring catheter placement (Pickard). Was told by Pickard he had "a lot of sugar in my urine," but PCP today did d stick "that was only 70." No tremors noted currently.

Timothy Lynn Jackson, Dr. is a 61 y.o. male presented to the Emergency Department for bilateral upper extremity tremors and reported acute urinary retention. The patient reports that for the last few days he has noticed that he has had significant intention tremors of bilateral upper extremities. He feels that this may be related to stress or his FX or, however, he has been on Effexor for a long time and has not changed dosage. Patient also reports acute urinary retention. Patient scheduled himself for a visit with Urology Dr. Figured today and was found to have significant urinary retention requiring catheterization. Patient states that Dr. Picker noted on lot of sugar in his urine, however, his primary care doctor did a fingerstick glucose which came back at 70. The patient reports that his primary care doctor did an informal visit with him today and asked that he come to the emergency department for evaluation

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| Anxiety | |
| Asthma | |
| Depression | |
| Hyperlipidemia | |
| Liver disorder<br>*elevated lft* | |
| Low testosterone | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| HERNIA REPAIR | left | |
| OTHER<br>*wisdom teeth* | | |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| Other<br>*heart failure due to rheumatic fever* | Mother | |
| Cancer<br>*bladder cancer* | Father | 88 |
| No Known Problems | Sister | |
| Cancer | Maternal Grandmother | |

**Social History**

**Tobacco Use**
- Smoking status:       Never Smoker
- Smokeless tobacco:    Never Used

**Substance Use Topics**
- Alcohol use:          No
- Drug use:             No

**E-Cigarettes/Vaping**
- E-Cigarette/Vap Use   Never User

**Allergies:**

Allergies

| Allergen | Reactions |
|---|---|
| Nkda [No Known Drug Allergies] | |

Review of Systems
Constitutional: Negative for activity change, appetite change, chills and fever.
HENT: Negative for congestion and sore throat.
Eyes: Negative for discharge and redness.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain and palpitations.
Gastrointestinal: Negative for nausea and vomiting.
Genitourinary: Positive for difficulty urinating and urgency. Negative for dysuria.
Musculoskeletal: Negative for neck pain and neck stiffness.
Skin: Negative for pallor and rash.
Neurological: Positive for tremors. Negative for weakness, light-headedness and headaches.
Psychiatric/Behavioral: Negative for dysphoric mood and suicidal ideas.
:

| ED Triage Vitals [07/30/20 1356] | |
|---|---|
| BP | (!) 143/101 |
| Pulse | 96 |
| Resp | 16 |
| Temp | 97.9 °F (36.6 °C) |
| Temp src | |
| SpO2 | 97 % |
| Pain Level | 0 |
| Oxygen Therapy Flow (L/min) | |
| Oxygen Therapy O2 Device | room air |
| Trauma Activation Level | |
| BMI | 20.61 |

**Physical Exam**
Vitals signs and nursing note reviewed.
Constitutional:
  General: He is not in acute distress.
  Appearance: He is well-developed. He is not diaphoretic.
HENT:
  Head: Normocephalic and atraumatic.

Right Ear: External ear normal.
Left Ear: External ear normal.

Eyes:
   General: No scleral icterus.
   Right eye: No discharge.
   Left eye: No discharge.
   Conjunctiva/sclera: Conjunctivae normal.

Neck:
   Musculoskeletal: Normal range of motion and neck supple.

Cardiovascular:
   Rate and Rhythm: Normal rate and regular rhythm.
   Heart sounds: No murmur. No friction rub.

Pulmonary:
   Effort: Pulmonary effort is normal. No respiratory distress.
   Breath sounds: Normal breath sounds. No stridor. No wheezing or rales.

Abdominal:
   General: There is no distension.
   Palpations: Abdomen is soft.
   Tenderness: There is no abdominal tenderness. There is no guarding or rebound.

Genitourinary:
   Comments: **Foley catheter in place with leg bag**

Musculoskeletal:
   General: No tenderness.

Skin:
   General: Skin is warm and dry.
   Coloration: Skin is not pale.
   Findings: No erythema.

Neurological:
   Mental Status: He is alert and oriented to person, place, and time.
   GCS: GCS eye subscore is 4. GCS verbal subscore is 5. GCS motor subscore is 6.
   Cranial Nerves: Cranial nerves are intact.
   Sensory: Sensation is intact.
   Motor: Tremor **(Intention tremor noted to left upper extremity, mild)** present.
   Coordination: Coordination is intact. Finger-Nose-Finger Test normal.
   Gait: Gait is intact.

Procedures: **EKG INTERPRETATION**
Date/Time: **7/30/2020 1:55 PM**
Performed by: **Zahorecz, Andrew, MD**
Authorized by: **Zahorecz, Andrew, MD**

ECG reviewed by ED Physician in the absence of a cardiologist: **yes**
Previous ECG:
  Previous ECG: **Unavailable**
Interpretation:
  Interpretation: **abnormal**
Rate:
  ECG rate: **91**
  ECG rate assessment: **normal**
Rhythm:
  Rhythm: **sinus rhythm**
Ectopy:
  Ectopy: **none**
QRS:
  QRS axis: **Normal**
Conduction:
  Conduction: **normal**
ST segments:
  ST segments: **Normal**
T waves:

T waves: **normal**
Q waves:
   Q waves: **V1**

## Medical Decision Making
MDM
**PPE Used:** Surgical mask, Goggles

**Medical Decision Making**

### Medical Decision Making Discussion

I have reviewed all the available lab data, EKGs, rhythm strips and radiologic images from this visit to the Emergency Department. When possible I compared this information data set with accessible data from prior visits. The remaining comments will be highlights of this review.

**OTHER DOCUMENTATION REVIEWED:** None

**DIFFERENTIAL DIAGNOSIS:**
An extensive differential diagnosis was considered. Rather than list the full complement of potential causes of the patients symptoms and signs today, the following MDM is intended to give a general overview of some of the evaluation and thought process used to develop our diagnostic and treatment plan.

CONCERN FOR: CVA, TIA, essential tremor, less likely medication reaction, stress reaction

**DIAGNOSTIC TEST RESULTS:**
Results for orders placed or performed during the hospital encounter of 07/30/20
CBC WITH DIFFERENTIAL
   Collection Time: 07/30/20  2:15 PM

| Result | Value | Ref Range |
|---|---|---|
| WBC | 12.4 (H) | 3.9 - 10.9 k/uL |
| RBC | 5.32 | 4.20 - 6.10 M/uL |
| HGB | 16.7 | 13.0 - 18.2 g/dL |
| HCT | 49.7 | 36.5 - 52.0 % |
| MCV | 93 | 75 - 100 fL |
| MCH | 31.4 | 27.0 - 35.0 pg |
| MCHC | 33.6 | 31.0 - 37.0 g/dL |
| Platelet Count | 224 | 150 - 450 k/uL |
| RDW - CV | 13.1 | 11.7 - 15.2 % |
| RDW - SD | 45 | fL |
| MPV | 10.5 | 7.7 - 11.5 fL |

COMPREHENSIVE METABOLIC PANEL
   Collection Time: 07/30/20  2:15 PM

| Result | Value | Ref Range |
|---|---|---|
| Glucose | 89 | 82 - 115 mg/dL |
| BUN | 19 | 8 - 23 mg/dL |
| Creatinine | 1.0 | 0.8 - 1.3 mg/dL |
| BUN/Creat Ratio | 19.0 | |
| Sodium | 141 | 136 - 145 mmol/L |
| Potassium | 4.1 | 3.5 - 4.5 mmol/L |
| Chloride | 105 | 98 - 107 mmol/L |
| CO2 | 25 | 23 - 31 mEq/L |
| AGap | 11 | 5 - 15 mmol/L |
| Total Protein | 7.6 | 6.4 - 8.3 g/dL |
| Albumin | 4.20 | 3.20 - 4.60 g/dL |
| Globulins | 3.4 | 2.0 - 4.0 g/dL |
| A/G Ratio | 1.2 | 0.8 - 2.0 |
| Calcium | 9.3 | 8.8 - 10.2 mg/dL |
| Alk Phos | 58 | 25 - 100 U/L |
| Bilirubin, Total | 0.6 | 0.2 - 1.1 mg/dL |
| AST (SGOT) | 19 | 10 - 30 U/L |

| | | |
|---|---|---|
| ALT (SGPT) | 43 | 12 - 78 U/L |
| Osmolality calc | 294 | 280 - 301 mOsm/Kg |
| eGFR African Amer. | 94 | >=60 mL/min/1.73 m2 |
| eGFR Non-African Amer. | 81 | >=60 mL/min/1.73 m2 |

**AUTOMATED DIFFERENTIAL**
Collection Time: 07/30/20  2:15 PM

| Result | Value | Ref Range |
|---|---|---|
| Neut % | 72 (H) | 50 - 70 % |
| Imm Grans % | 0.3 | 0.0 - 0.5 % |
| Lymph % | 16 (L) | 22 - 44 % |
| Mono % | 11 (H) | 2 - 9 % |
| Eos % | 0 | 0 - 4 % |
| Baso % | 0 | 0 - 2 % |
| Neut abs | 8.85 (H) | 1.40 - 7.20 k/uL |
| Imm Grans abs | 0.04 | 0.00 - 0.07 k/uL |
| Lymph abs | 1.99 | 1.10 - 3.40 k/uL |
| Mono abs | 1.41 (H) | 0.00 - 0.80 k/uL |
| Eos abs | 0.04 | 0.00 - 0.70 k/uL |
| Baso abs | 0.03 | 0.00 - 0.20 k/uL |

**Urinalysis Screen WITH CONDITIONAL Microscopic**
Collection Time: 07/30/20  2:18 PM
Specimen: Urine

| Result | Value | Ref Range |
|---|---|---|
| Collect Method | CLEAN CATCH | |
| Color | Yellow | Yellow |
| Clarity | Clear | Clear |
| Glucose QL | 250 (*) | Negative mg/dL |
| Bilirubin | Negative | Negative mg/dL |
| Ketones | 15 (*) | Negative mg/dL |
| Specific Gravity | >=1.030 | 1.005 - 1.030 |
| Blood | Large (*) | Negative |
| pH | 6.0 | 5.0 - 9.0 |
| Protein QL | 30 (*) | Negative mg/dL |
| Urobilinogen | 0.2 | 0 - 1 EhrU/dL |
| Nitrite | Negative | Negative |
| Leukocyte Esterase | Negative | Negative |

**URINE DRUG SCREEN**
Collection Time: 07/30/20  2:18 PM

| Result | Value | Ref Range |
|---|---|---|
| Amphetamine/Methamphetamine | Negative | Negative |
| Benzodiazepines, urine | Negative | Negative |
| Cocaine Metabolites, urine | Negative | Negative |
| Opiates, urine | Negative | Negative |
| Cannabinoids, urine | Negative | Negative |
| Barbiturates, urine | Negative | Negative |
| Tricyclic Antidepressants, urine | Not performed | Negative |
| Phencyclidine, urine | Negative | Negative |
| Methadone, urine | Negative | Negative |
| Comment, Drug Screen (triage) | See Note | |

**URINALYSIS MICROSCOPIC**
Collection Time: 07/30/20  2:18 PM

| Result | Value | Ref Range |
|---|---|---|
| RBC | Too numerous to count (*) | None Seen /HPF |
| WBC | 0-2 | None Seen /HPF |
| Bacteria | Few (*) | None /HPF |
| Squamous Epithelial Cells | Few (*) | None Seen /LPF |
| Yeast budding | 1+ (*) | None Seen /HPF |

**Imaging Results**

MRI Brain WO Contrast (MRI BRAIN WO CONT) (Final result)     Result time 07/30/20 16:58:28

**Final result**

**Impression:**
IMPRESSION:
No acute intracranial abnormality.

Please note images were made available for interpretation at approximately 1645 hours on 7/30/2020.

RL: 4400

Electronically signed by Lawson Jackson, MD on 7/30/2020 4:58 PM.

**Narrative:**
MRI BRAIN WO CONT

CLINICAL HISTORY:
Ataxia

COMPARISON:
none

TECHNIQUE:
MRI of the brain performed. Multiplanar multi-sequence MRI of the brain was performed without administration of intravenous gadolinium.

FINDINGS:
The sagittal T1 sequence demonstrates normal morphology of midline structures. The craniocervical junction is normal.

There is no extra-axial fluid collection, hemorrhage, restricted diffusion, mass effect, or midline shift.

The ventricles, sulci, and CSF spaces are normal.

The periventricular white matter is without abnormal T2 or FLAIR hyperintensity.

**ED INTERPRETATION:** I personally viewed the above diagnostics, and they showed No clinically significant findings

**ED COURSE:**

**RE-ASSESSMENT:** Patient stable emergency department. I explained all the patient's findings to him and he understands. Explained the patient needs to follow-up with neurology the next available appointment.

**IMPRESSION:**

**ED Diagnoses**

| Diagnosis | Comment | Added By | Time Added |
|---|---|---|---|
| Final diagnoses | | | |
| **Tremor** | | Zahorecz, Andrew, MD | 07/30/2020 1705 |
| **Acute urinary retention** | | Zahorecz, Andrew, MD | 07/30/2020 1705 |

**PLAN:** Counseled patient regarding diagnosis, diagnostic results, and treatment plan. Patient indicated understanding of instructions. Patient discharged home to follow-up as stated in their discharge instructions. Given strict return precautions.

**CONDITION:** Stable

Patient to follow up with Primary care doctor for BP management.
BP 126/86 | Pulse 97 | Temp 97.9 °F (36.6 °C) | Resp 16 | Ht 6' (182.9 cm) | Wt 68.9 kg (152 lb) | SpO2 97% | BMI 20.61 kg/m²

**PRESCRIPTIONS:**

Medication List

ASK your doctor about these medications
**BACTRIM ORAL**

---

**Effexor XR** 150 mg 24 hr cap
Generic drug: venlafaxine XR

---

**rosuvastatin** 10 mg tablet
Commonly known as: Crestor
TAKE 1 TABLET(10 MG) BY MOUTH EVERY DAY

---

**sildenafil** 100 mg tablet
Commonly known as: Viagra

---

**testosterone cypionate** 200 mg/mL injection
Commonly known as: Depo Testosterone
Inject 1 mL (200 mg total) intramuscularly once every week (on the same day each week)

Electronically signed by Zahorecz, Andrew, MD at 07/30/20 2012

ED on 7/30/2020

## Additional Orders and Documentation

SmartForms: THR_EDS_SCREEN

## Linked Episodes

Sepsis Score - Predictive Model From 7/30/2020 to 7/30/2020

## Clinical Impressions

Primary: **Tremor** R25.1
Acute urinary retention R33.8

## Disposition

Discharge Home
The condition of the patient at this time is stable.
ED AVS (Printed 7/30/2020)
Follow-Ups: Schedule an appointment with Ravindran, Jayaraman, MD (Psychiatry & Neurology / Vascular Neurology.) in 1 week (8/6/2020)

## Medication Changes

As of 7/30/2020 5:28 PM

None

## Care Timeline

- 07/30 1348 — Arrived
- 07/30 1355 — EKG
- 07/30 1410 — EKG INTERPRETATION
- 07/30 1415 — COMPREHENSIVE METABOLIC PANEL
- 07/30 1415 — AUTOMATED DIFFERENTIAL (Abnormal)
- 07/30 1415 — CBC WITH DIFFERENTIAL (Abnormal)
- 07/30 1418 — URINE DRUG SCREEN
- 07/30 1418 — URINALYSIS MICROSCOPIC (Abnormal)
- 07/30 1418 — Urinalysis Screen WITH CONDITIONAL Microscopic (Abnormal)
- 07/30 1535 — MRI Brain WO Contrast (MRI BRAIN WO CONT)
- 07/30 1728 — Discharged