# EXHIBIT BBB

# Re: Talk with the UNT Ad Hoc Journal Review Panel

| | |
|---|---|
| **From:** | "Ishiyama, John" <john.ishiyama@unt.edu> |
| **To:** | "Jackson, Timothy" <timothy.jackson@unt.edu> |
| **Cc:** | "Du, Jincheng" <jincheng.du@unt.edu>, "Wallach, Jennifer" <jennifer.wallach@unt.edu>, "Lemberger-Truelove, Matthew" <matthew.lemberger-truelove@unt.edu>, "Guzman, Francisco" <francisco.guzman@unt.edu>, Michael Allen <m.allen@allen-lawfirm.com>, "Stowers, Renaldo" <renaldo.stowers@untsystem.edu> |
| **Date:** | Wed, 14 Oct 2020 10:00:53 -0500 |

Tim
Thanks for your message. Here are some responses to you queries

1. COPE includes many guidelines regarding journal management and editorial processes. These are most relevant to this panel—they are on the right hand side of the web page with links and are listed https://publicationethics.org/. There are several that relate to journal processes, for example (although not an exhaustive list) the peer review process, journal management, Conflicts of interest and others
2. The panel's charge is narrow-- to only investigate the journal's editorial processes, including management, peer review, and other processes related to journal production. The focus of our questions will only be on these issues. You are free to add information that you believe the panel should know after we have had the opportunity to ask our questions.

Finally, I want to make clear, and remind everyone, that this is not a legal proceeding. As such the attorneys, neither Mr. Allen nor Mr. Stowers will be allowed to speak in the session (unless they are asked a question by one of the panelists or are provided permission to speak from the panel). You can consult with Mr. Allen prior to answering a question if you would like (you can use the chat function on zoom for private consultation if you are both in physically different locations or by any other means—e.g by phone or email).

Looking forward to our meeting on Friday

Best
John

John Ishiyama, Ph.D.
University Distinguished Research Professor of Political Science
Director of Graduate Studies/ Graduate Advisor
President-Elect, *American Political Science Association*
Piper Professor of Texas
Former Editor-in-Chief *American Political Science Review*

Department of Political Science,
University of North Texas,
Denton TX, 76203-5340
John.Ishiyama@unt.edu
url: https://politicalscience.unt.edu/people/john-ishiyama

---

**From:** Jackson, Timothy <Timothy.Jackson@unt.edu>
**Sent:** Wednesday, October 14, 2020 7:06 AM
**To:** Ishiyama, John <John.Ishiyama@unt.edu>
**Cc:** Du, Jincheng <Jincheng.Du@unt.edu>; Wallach, Jennifer <Jennifer.Wallach@unt.edu>; Lemberger-Truelove, Matthew <Matthew.Lemberger-truelove@unt.edu>; Guzman, Francisco <Francisco.Guzman@unt.edu>; Michael Allen <m.allen@allen-lawfirm.com>; Stowers, Renaldo <Renaldo.Stowers@untsystem.edu>
**Subject:** Re: Talk with the UNT Ad Hoc Journal Review Panel
Thanks for this John,
I have looked at the COPE website, and they seem to have quite a few policy statements mostly geared to coping with research fraud and plagiarism issues. Are there specific policies of COPE that the Ad Hoc committee thinks are relevant here?
I hope the panel is also prepared to discuss how to maintain the integrity of an academic journal in the face of widespread calls for censorship and the repression of unpopular viewpoints. Will the panel be addressing that?
Thanks,
Tim

**From:** Ishiyama, John <John.Ishiyama@unt.edu>
**Sent:** Tuesday, October 13, 2020 4:23 PM
**To:** Jackson, Timothy <Timothy.Jackson@unt.edu>
**Cc:** Du, Jincheng <Jincheng.Du@unt.edu>; Wallach, Jennifer <Jennifer.Wallach@unt.edu>; Lemberger-Truelove, Matthew <Matthew.Lemberger-truelove@unt.edu>; Guzman, Francisco <Francisco.Guzman@unt.edu>; Michael Allen <m.allen@allen-lawfirm.com>; Stowers, Renaldo <Renaldo.Stowers@untsystem.edu>
**Subject:** Re: Talk with the UNT Ad Hoc Journal Review Panel

We look forward to discussing this with you as well. Generally we have been consulting the standards as indicated by the Committee on Publication Ethics (COPE). We are also drawing upon the expertise of the panel members, all of whom have been Editors of journals, and in some cases, multiple journals in their respective fields

John Ishiyama, Ph.D.
University Distinguished Research Professor of Political Science
Director of Graduate Studies/ Graduate Advisor
President-Elect, *American Political Science Association*
Piper Professor of Texas
Former Editor-in-Chief *American Political Science Review*

Department of Political Science,
University of North Texas,
Denton TX, 76203-5340
John.Ishiyama@unt.edu
url: https://politicalscience.unt.edu/people/john-ishiyama

---

**From:** Jackson, Timothy <Timothy.Jackson@unt.edu>
**Sent:** Tuesday, October 13, 2020 3:57 PM
**To:** Ishiyama, John <John.Ishiyama@unt.edu>
**Cc:** Du, Jincheng <Jincheng.Du@unt.edu>; Wallach, Jennifer <Jennifer.Wallach@unt.edu>; Lemberger-Truelove, Matthew <Matthew.Lemberger-truelove@unt.edu>; Guzman, Francisco <Francisco.Guzman@unt.edu>; Michael Allen <m.allen@allen-lawfirm.com>; Stowers, Renaldo <Renaldo.Stowers@untsystem.edu>
**Subject:** Re: Talk with the UNT Ad Hoc Journal Review Panel

Dear John,
I look forward to speaking this coming Friday. Can you tell me what standard of evaluation or policies of the University of North Texas the Ad Hoc Journal Review Panel is applying in its review of the JSS?
Thank you,
Tim

---

**From:** Ishiyama, John <John.Ishiyama@unt.edu>
**Sent:** Wednesday, October 7, 2020 5:29 PM
**To:** Jackson, Timothy <Timothy.Jackson@unt.edu>
**Cc:** Du, Jincheng <Jincheng.Du@unt.edu>; Wallach, Jennifer <Jennifer.Wallach@unt.edu>; Lemberger-Truelove, Matthew <Matthew.Lemberger-truelove@unt.edu>; Guzman, Francisco <Francisco.Guzman@unt.edu>; Michael Allen <m.allen@allen-lawfirm.com>; Stowers, Renaldo <Renaldo.Stowers@untsystem.edu>
**Subject:** Re: Talk with the UNT Ad Hoc Journal Review Panel

Tim

After talking this over with the rest of the committee, the best time on Friday, October 16 would be at 9:30 am, so lets plan on meeting then. The zoom link is https://unt.zoom.us/j/5952815816. Renaldo Stowers (copied on this email), the university counsel, will also be in attendance.

Thanks for being flexible in making these arrangements and we look forward to talking with you the 16th.
Best
John

John Ishiyama, Ph.D.
University Distinguished Research Professor of Political Science
Director of Graduate Studies/ Graduate Advisor
President-Elect, *American Political Science Association*
Piper Professor of Texas
Former Editor-in-Chief *American Political Science Review*

Department of Political Science,
University of North Texas,
Denton TX, 76203-5340