# EXHIBIT FFF

# Material for the Committee

| | |
|---|---|
| **From:** | "Jackson, Timothy" <timothy.jackson@unt.edu> |
| **To:** | "Ishiyama, John" <john.ishiyama@unt.edu>, "Wallach, Jennifer" <jennifer.wallach@unt.edu>, "Du, Jincheng" <jincheng.du@unt.edu>, "Guzman, Francisco" <francisco.guzman@unt.edu>, "Lemberger-Truelove, Matthew" <matthew.lemberger-truelove@unt.edu> |
| **Cc:** | Michael Allen <m.allen@allen-lawfirm.com>, "Stowers, Renaldo" <renaldo.stowers@untsystem.edu> |
| **Date:** | Sat, 17 Oct 2020 12:09:00 -0500 |
| **Attachments:** | Opinions-Chaouat.pdf (74.87 kB); Editorial Process of JSS vol 12 (condensed) Oct 13 2020.pdf (605.63 kB); Revised Levi Walls documentation Oct 4 2020 Oct. 13.pdf (929.16 kB); Letter to UNT Committee Oct 17 2020.pdf (872.53 kB) |

Dear Colleagues,

Please see attached letter and documents:

1. My letter to UNT Committee Oct. 17, 2020
2. Editorial Process of JSS vol. 12
3. Revised Levi Walls documentation
4. Opinions-Chaouat

Sincerely,
Timothy Jackson

**UNT_002645**

FIRST THINGS *December 2020*

# Tone-Deaf and Colorblind

*by Bruno Chaouat*

In November 2019, a controversy broke out at the annual conference of the Society for Music Theory. The plenary lecture, delivered by Hunter College professor Philip Ewell, alleged the existence of elitism, color blindness, Eurocentrism, racism, and xenophobia in the field of music theory in North America. Ewell's main target was Heinrich Schenker, an Austrian Jewish music theorist of the early twentieth century who founded a school of classical music theory, and his disciples and heirs. Ewell objected to the "white racial frame" that dominates Schenkerian music theory. Classical music theory, and by extension classical music, are at best colorblind and at worst racist.

For Ewell, the problem is not primarily institutional but structural. Diversifying the demographics of classical music students and scholars will not do the trick. If "racism is a structure," then the "white racial frame"—classical music in its European incarnation—must be destroyed. The language of "white racial frame" is agonistic. A symbolic war must be waged for the defeat of a "white race." The reader will judge whether this anti-racist struggle can be compared to a racist one.

Ewell goes a step further: Dismantling the white racial frame will benefit not only people of color, but non-males and LGBTQ people as well. It is the solution to all forms of oppression. This conceit has a name: intersectionality. Proponents of intersectionality engage in secular eschatological and millenarian thinking—the end is close; justice is coming. We are dealing here not with reason but with faith. There is neither slave nor free, nor is there male and female, for all are one in antiracism. Here is the new Epistle to the Galatians.

Heinrich Schenker has exerted considerable influence on the field of music analysis. Like so many German-speaking Jews of his generation, he celebrated German "genius" (a concept Ewell rejects as racist), outdid his gentile compatriots in patriotism, and resented the outcome of the First World War. In his literary and technical writings, one finds virulent anti-French, anti-American, and anti-British passages. Freud would have detected in this the "narcissism of small differences." We know that such narcissism bolstered European nationalisms and led to the suicide of Europe (arguably, twice in one century). Schenker held a Eurocentric worldview and was prone to the ethnic arrogance that accompanies it. The French version of such arrogance was called the "civilizing mission"—the idea that the French Second Empire and Third Republic were a light to the world and their mission was to colonize "primitive peoples" for their own good. Kipling notoriously coined this the "White Man's Burden."

But Schenker was also a music theory genius. He developed a complex method of analyzing tonal music, which he considered the model for universal music. For Schenker, tonal music has a metaphysical meaning. It represents the *harmonia mundi*, the great cosmic harmony, and composing tonal music is a way of paying homage to the creation. When we listen to a sonata or a concerto composed in the heptatonic scale, we are carried through a sonorous narrative with an exposition, a development, and a resolution. Classical music is teleological—it has a beginning, a middle, and an end; it takes us through dissonances, conflicts of sounds; but it resolves the tensions and generally ends on a tonic chord. The result, for the classical music lover, is aesthetic pleasure. Classical music at once disorients and reassures. It invents within a familiar frame, within the strictures of a predictable code. We recognize the best composers by their ability to bend the code while conforming to it.

One may dislike classical music: Many do, and it is a vulnerable field—some say a dying field—today, but if one is touched by classical music, then understanding the rudiments of compositional writing is necessary. It helps the performer to discern the chromatic nuances of a piece, the amateur to hear better, and the music historian to trace influences. One aspect of Schenkerian analysis involves determining the hierarchy of sounds, discriminating the notes and chords that should be emphasized and the line that must be highlighted. Some notes and chords are more equal than others—even a mediocre performer knows that. When playing a sonata, one must heed the horizontal and the vertical lines, stressing this note rather than that. At the same time, there is room for creativity: Think of Glenn Gould's recreation of Bach. In the realm of literature and poetry, think of Charles Baudelaire's subversion of the lyric and his heralding of the breaking of the French alexandrine, the classical verse of twelve syllables.

*Bruno Chaouat is professor of French and Jewish studies at the University of Minnesota.*

Twelve-tone music would break the tonal scale in the early twentieth century, with Arnold Schoenberg. Dissonance triumphed, at least for a while. In poetry, broken and then free verses carried the day.

During his plenary lecture, Ewell took the hierarchical order of classical music literally and denounced it as a transposition of racial hierarchy. For Ewell, the culprit is less the domination of white composers in the history of music than something as abstract as "functional tonality." He adds that if functional tonality has spread around the world, it is thanks to colonialism and European hegemony. Western music is a colonial endeavor. It has contaminated non-European cultures and harmonically oppressed nonwhite peoples. If the dominant chord is superior to the subdominant, it follows that white is superior to black. If Schenker wrote nationalistic and xenophobic pages, it follows that the core of his music theory is racist. Schenker, Ewell suggests, is the Comte de Gobineau of sounds.

Had he looked into the French musical lexicon, Ewell would have found grist for the mill. In French, a quarter note is called a *noire* (black), and a half note is a *blanche* (white). This cannot be a coincidence.

The most engaging passages of Ewell's lecture allege a link between Schenker's ideology and his music theory, and by extension classical music. Schenker's language is naturalistic. Tones, like peoples and nations, grow organically. The opus is a corpus, the musical work behaves like a body, the genius is endowed with certain genes, and so on. Schenker was conscious of speaking metaphorically: "It is . . . a contradiction to maintain . . . that all scale tones between 'C' and 'c' have real independence or, to use a current *but certainly musically unsuitable* expression, 'equal rights'" (emphasis mine). In his reading of that sentence, Ewell ignores Schenker's recognition

that the phrase "equal rights" is relevant to music only as a metaphor. Ewell takes Schenker literally and imagines that classical music is rooted in racial hierarchy and contempt for equal rights. In another instance, Ewell claims that for Schenker, the white race should govern the people of Africa. From this claim (which I will not discuss, because it would demand a philological and contextual analysis of Schenker's writings on the subject of Europe and race), Ewell infers that, *likewise*, "the scale degrees of the fundamental structure [read: the German people] . . . 'have decisive control over the middleground and foreground [read: African peoples].'" This is an appalling hermeneutic.

Imagine a sports historian describing the rules of soccer and noticing that they include such words as "offside," "penalty kick," "defending position" (in the back), and "attacking position" (in the front). A critical theorist, perhaps inspired by the thought of Michel Foucault, would deconstruct soccer based on a grammar of power, discipline, and hierarchy. Why should there be penalty kicks? Penalty belongs to the Western history of discipline and punishment. Soccer is a white elitist sport, invented in Cambridge, based on surveilling and disciplining bodies, and meant to bolster the British Empire. Soccer players of the world, unite to dismantle soccer's white racial frame! The same logic would apply to chess—clearly a monarchic vestige. Beheading the king and queen is long overdue.

Ewell offers an alternative to the hegemony of the white racial frame. He suggests including the study of rap in music theory. Now deemed an art in its own right, with some of its artists receiving recognition in the world of letters and music, rap promotes "social justice" by fostering awareness of racism. With rap in the classroom, we kill two birds with one stone: We democratize music theory, and we instill a sense of morality in the youth. Rap, for Ewell and like-minded music

theorists, is the equivalent of socialist realism. It can be aesthetically complex and pleasing, but it also contributes to the revolution.

A number of scholars responded to Ewell's attack in a special issue of the *Journal of Schenkerian Studies*. In his response, Timothy Jackson of the University of North Texas reminds us that Schenker was a Jew whose worldview changed upon the arrival of the Nazis. Schenker had a marginal position in Vienna compared to gentile music theorists. His disciples were Jews who emigrated to America and faced discrimination there. And as Jackson points out, Ewell sees the speck in the eye of classical music theory but not the plank in the eye of hip-hop, which is far from innocent of bigotry. In France and the U.S., rap lyrics are often violently anti-Semitic and sexist. In Russia, some hip-hop supports Putin's autocracy. Rap also lends itself to conspiratorial thinking, including the anti-Semitic variety. Perhaps, by Ewell's lights, rap's anti-Semitism need not be taken seriously, since Jews are now construed as part of the power structure—as "white." But isn't seeing Jews as instrumental in the power structure an anti-Semitic trope?

The special issue of the *Journal of Schenkerian Studies* elicited an open letter of condemnation from the Society for Music Theory. The editors of the journal were accused of, and subsequently investigated for, disrespecting academic standards of publication and promoting racism. For his part, Ewell is not content to call Jackson and other Schenkerian scholars racist. In a Facebook post, he calls Jackson an anti-Semite, though Jackson is Jewish.

What is of serious concern for the academy at large is the use of the power of the official organization of music theory scholars to censor a scholarly journal and its contributors. More than nine hundred signatories in the field endorsed an open letter in

UNT_002647

which one can read, among other demands and recommendations: "We all need to ask ourselves: What have I done as an individual to perpetuate existing white supremacist systems of power and inequity in our field? Probing these questions in our work individually is essential to our collective reckoning."

One mission of scholarship is to reveal structural relations between a thought and its thinker, a work and its author. I am thinking of Heidegger and the decades of violent debate regarding his Nazism. The core question is: Is Heidegger's Nazism legible in his ontology? Is his ontology structurally Aryan? These are major questions, and indispensable for an understanding of the history of philosophy. I have read a great deal on the question, and I remain hesitant to condemn all of Heidegger's philosophy as tainted with Nazism. Even if it were possible to decide that Heidegger's thought is structurally dependent on a Nazi philosophy, it would be immoral to threaten the careers of Heideggerian scholars. This is the first time since the Red Scare, to my knowledge, that a petition to investigate a journal and scholars for their defense of the object of their study has occurred.

Culture and education demand discrimination. Discrimination, from the Greek *krinein*, means judging, evaluating, and making distinctions. It is the basis of critical thinking. There can be no literature, no poetry, no painting, and no music (in fact, no sciences, no philosophy, and no sport, either) without a differentiation of forms and concepts and tones and colors. Hierarchy is part of any art form and any conceptual thought.

Robert Antelme, a communist Résistant, a friend of François Mitterrand, and the husband of modernist writer Marguerite Duras, published his concentration camp testimony in 1947. *The Human Race* is a poignant call for human rights and a condemnation of totalitarianism and fascism. Antelme describes the language of the concentration camp: "Hell must be like that, a place where everything that is said is thrown up equally, as in a drunkard's vomit." Did Antelme mean that equality was a political feature of the camp? Quite the opposite. The barbarity of the SS system was characterized by the destruction of culture and by a language that had lost its syntax, a language of chaos and noise and bestial immediacy. Restoring civilization meant, among other things, retrieving language as a mediated form of communication.

Antelme's vision of hell is uncannily relevant to us. What are the mobs on social media if not the equal, undifferentiated, and monotonous verbalization of unmediated affect? This is the opposite of what classical music stands for. ∎

# Editorial Process of JSS vol. 12

In my Webcast https://www.youtube.com/watch?v=-BYEmzYAMok&t=4125s, I mentioned being asked by Levi Walls and Ben Graf if we should publish anti-Schenkerian responses in the Symposium. The letter referenced is dated February 13, 2019, from Levi to me and copied to Ben asking me precisely that question. In his letter, Levi states that, although he and Ben disagreed with a lot of the arguments put forward by Ewell's supporters, he and Ben felt that we should publish their papers; of course, in the spirit of a dialectical scholarly discourse, I agreed, and therefore we published *all* of the pro-Ewell papers as well as the pro-Schenker responses.

# [Members of the Editorial Board Correspondence re. Call for Papers, Nov. 25- Dec. 1, 2019]

***Members of the editorial board correspondence re. the wording of the call for responses. Also, see Jackson message acknowledging the need for hiring more black/brown/Latino/Asian male and female music theorists.***

From: Timothy Jackson <shermanzelechin@gmail.com>
Date: Fri, Nov 29, 2019 at 2:03 PM
Subject: Re: Framing for call for responses to Ewell paper
To: Walls, Levi <LeviWalls@my.unt.edu>
Cc: Slottow, Stephen <Stephen.Slottow@unt.edu>, Graf, Benjamin <Benjamin.Graf@unt.edu>, Cubero, Diego <Diego.Cubero@unt.edu>, Bakulina, Ellen <Ellen.Bakulina@unt.edu>, Chung, Andrew <Andrew.Chung@unt.edu>

Dear Colleagues,
I hate to be the fly in the ointment, but the call does not seem ready to me just yet. And here is why. Interestingly - and very significantly - in his abstract, Ewell says nothing at all about the talk's attack on 1) Schenker,2) Schenkerians, and 3) Schenkerian methodology.

Indeed, given his abstract, most people would find nothing objectionable in it, and wonder why a call for responses would even be necessary. Most of us would agree that there are too few blacks and women in the field of music theory, and that it is desirable to try to recruit more.

But that is not the reason why the *JSS* is issuing this call for responses! The call still needs to make explicit *in some way* why *JSS*, which is focused on "Schenkerian Studies" as implied by its title, would need to "respond" to Ewell's remarks at the SMT at all, especially since the reason is not discernible in his abstract. We can include his

1

UNT_002649

abstract if you want, but it is what he actually said about Schenker, Schenkerians, and Schenkerian methodology that matters and is the raison d'etre for the call.

Therefore, we need to make the call draw attention to Ewell's conclusions in the paper he actually delivered, and not his abstract. Here is some language derived from Ewell's talk which might be used in the call: Schenker's concepts of scale degrees and dissonance resolution, and tonal hierarchy are inherently racist. (2:30) Study of Schenker's musical ideas has helped to legitimize harmful stereotypes about blacks and other people of color. (2:32) "Diversity" is a cynical strategy to reinforce inequality. (2:32) Reduce the study of Western music theory to two semesters (this would certainly solve a lot of problems, because then no one would even be able to attempt to study Schenker's ideas, which is apparently the point). (2:34) Schenker's followers (Forte, Oster, Rothgeb, Rothstein, and others) have suppressed the racist statements in translations of Schenker's publications in order to conceal his racist ideology.

THESE are the conclusions that Ewell explicitly draws about Schenker, Schenkerians, and Schenkerian methodology that are at the core of his argument, and the reason why the *Journal* is eliciting responses. If we do not make this point explicit, then we run the risk of appearing reactionary and racist ourselves!

This issue needs to be addressed BEFORE we are ready to go forward.
Best, Tim


From: Walls, Levi
Sent: Monday, November 25, 2019 1:00 PM
To: Bakulina, Ellen <Ellen.Bakulina@unt.edu>; Chung, Andrew <Andrew.Chung@unt.edu>; Cubero, Diego <Diego.Cubero@unt.edu>
Cc: Timothy Jackson <shermanzelechin@gmail.com>; Slottow, Stephen <Stephen.Slottow@unt.edu>; Graf, Benjamin <Benjamin.Graf@unt.edu>
Subject: Framing for call for responses to Ewell paper

Dear Drs. Bakulina, Chung, and Cubero,
The *JSS* is preparing to send out a call for responses to the Ewell paper at SMT. We all thought it would be prudent to get input from other faculty members regarding the specific framing of the call. Please let us know if you have any thoughts on improving the language of the call, especially in regards to inclusiveness and impartiality:

The SMT paper given by Philip Ewell, "Music Theory's White Racial Frame," has inspired a good deal of debate within the Schenkerian community. As a journal dedicated to Schenkerian studies, we find it important to foster these discussions. As part of volume 12, we invite interested parties to submit essay responses to Ewell's paper. The *Journal of Schenkerian Studies* takes no official stance on the issues addressed by Ewell, and we hope to publish a variety of thoughts and

2

UNT_002650

perspectives. Submissions must adhere to the following guidelines:
Essays should be 1,000 to 3,000 words in length.
In order to leave sufficient time for editorial work, submissions must observe a strict deadline of January 13, 2019.
Any questions or concerns regarding submissions may be directed at the editors (Schenker@unt.edu).
Regards,
Levi Walls (with Drs. Jackson, Slottow, and Graf in copy)

From: "Chung, Andrew" <Andrew.Chung@unt.edu>
Date: Monday, November 25, 2019 at 1:07 PM
To: "Walls, Levi" <LeviWalls@my.unt.edu>, "Bakulina, Ellen" <Ellen.Bakulina@unt.edu>, "Cubero, Diego" <Diego.Cubero@unt.edu>
Cc: Timothy Jackson <shermanzelechin@gmail.com>, "Slottow, Stephen" <Stephen.Slottow@unt.edu>, "Graf, Benjamin" <Benjamin.Graf@unt.edu>
Subject: RE: Framing for call for responses to Ewell paper

Dear Levi + others,

I think it's great that JSS is looking to engage Ewell's SMT talk. What do you think about mentioning very briefly some of the content and context of Ewell's remarks vis-à-vis Schenker? As the CFP stands, it seems to presume that everyone knows what Ewell said, and what tendencies of Schenker's Ewell chose to talk about (most readers probably do understand both of these things). The thing to be careful about, of course, is not to implicitly encourage responses of one kind and discourage responses of another kind.
Cheers,
Dr. Chung

From: Slottow, Stephen <Stephen.Slottow@unt.edu>
Sent: Monday, November 25, 2019 1:15 PM
To: Chung, Andrew <Andrew.Chung@unt.edu>; Walls, Levi <LeviWalls@my.unt.edu>; Bakulina, Ellen <Ellen.Bakulina@unt.edu>; Cubero, Diego <Diego.Cubero@unt.edu>
Cc: Timothy Jackson <shermanzelechin@gmail.com>; Graf, Benjamin <Benjamin.Graf@unt.edu>
Subject: Re: Framing for call for responses to Ewell paper
Good idea. One way this could be done is to reproduce Ewell's SMT abstract and link to the SMT reproduction of his slides and video of his talk, which is on both the SMT and his Hunter website. I'm not sure how long it'll stay on the SMT website.
-sps
Stephen Slottow

3

Associate Professor of Music Theory
University of North Texas


From: Bakulina, Ellen <Ellen.Bakulina@unt.edu>
Sent: Monday, November 25, 2019 11:32:30 AM
To: Slottow, Stephen <Stephen.Slottow@unt.edu>; Chung, Andrew
<Andrew.Chung@unt.edu>; Walls, Levi <LeviWalls@my.unt.edu>; Cubero, Diego
<Diego.Cubero@unt.edu>
Cc: Timothy Jackson <shermanzelechin@gmail.com>; Graf, Benjamin
<Benjamin.Graf@unt.edu>
Subject: Re: Framing for call for responses to Ewell paper

Oh, and change January 13, 2019 to 2020.
-EB

From: Bakulina, Ellen <Ellen.Bakulina@unt.edu>
Sent: Monday, November 25, 2019 1:22 PM
To: Slottow, Stephen <Stephen.Slottow@unt.edu>; Chung, Andrew
<Andrew.Chung@unt.edu>; Walls, Levi <LeviWalls@my.unt.edu>; Cubero, Diego
<Diego.Cubero@unt.edu>
Cc: Timothy Jackson <shermanzelechin@gmail.com>; Graf, Benjamin
<Benjamin.Graf@unt.edu>
Subject: Re: Framing for call for responses to Ewell paper

Yes, good idea to provide link to the recording of Ewell's talk. As far as I know, it will be available on the SMT website until January 15, which is after your January 13 deadline, so there is no problem here.

Could you specify that the paper was part of the plenary session? Right now, it looks like it was a regular SMT paper (which would probably produce less reverberation than a plenary one).

As for encouraging different kinds of responses, the CFP already says "variety of thoughts and perspectives." I think this is quite clear.
All best,
-EB

From: Walls, Levi <LeviWalls@my.unt.edu>
Sent: Tuesday, November 26, 2019 6:21 AM
To: Bakulina, Ellen <Ellen.Bakulina@unt.edu>; Slottow, Stephen
<Stephen.Slottow@unt.edu>; Chung, Andrew <Andrew.Chung@unt.edu>; Cubero,
Diego <Diego.Cubero@unt.edu>
Cc: Timothy Jackson <shermanzelechin@gmail.com>; Graf, Benjamin
<Benjamin.Graf@unt.edu>
Subject: Re: Framing for call for responses to Ewell paper

4

Hi all,

Thank you all very much for the input. Drs. Jackson, Slottow, and Graf, I'll draft a final version of the call and get it back to you around midday, then we can discuss how to proceed. We should be able to send it out today.

Regards,

Levi Walls

From: Walls, Levi <LeviWalls@my.unt.edu>
Sent: Tuesday, November 26, 2019 12:24 PM
To: Bakulina, Ellen <Ellen.Bakulina@unt.edu>; Slottow, Stephen <Stephen.Slottow@unt.edu>; Chung, Andrew <Andrew.Chung@unt.edu>; Cubero, Diego <Diego.Cubero@unt.edu>
Cc: Timothy Jackson <shermanzelechin@gmail.com>; Graf, Benjamin <Benjamin.Graf@unt.edu>
Subject: Re: Framing for call for responses to Ewell paper

Dear Drs. Jackson, Slottow, Graf, et al.,

I've attached a new version of the call. Let me know if it looks okay, or if there are any other issues that come to mind.

Dr. Bakulina, I believe that was the plan. Dr. Jackson also mentioned sending it to the Sibelius and Estonian academies. We'll have to confirm exactly how/where to send it out.

Regards,

Levi Walls

On Fri, Nov 29, 2019 at 12:55 PM Walls, Levi <LeviWalls@my.unt.edu> wrote:

Hi all,

Here is a new copy of the call with "Schenkerian community" changed to "theory community" and the January 13 deadline. How/where should we send it out? We previously discussed using the SMT list and possible other places (Estonian and Sibelius academies).

Regards,

Levi Walls

*Journal of Schenkerian Studies* vol. 12 (2019) Call for Papers

The SMT plenary presentation given by Philip Ewell, "Music Theory's White Racial Frame," has inspired a good deal of debate within the Schenkerian community. As a journal dedicated to Schenkerian studies, we find it important to foster these discussions. As part of volume 12, we invite interested parties to submit essay responses to Ewell's paper. The *Journal of Schenkerian Studies* takes no official stance on the issues addressed by Ewell, and we hope to publish a variety of thoughts and perspectives. Submissions must adhere to the following guidelines: Essays should be 1,000 to 3,000 words in length.

In order to leave sufficient time for editorial work, submissions must observe a strict deadline of January 13, 2020.

Any questions or concerns regarding submissions may be directed at the editors (Schenker@unt.edu).

5

UNT_002653

Please refer to Ewell's abstract, as well as links to the presentation slides and video recording (listed below):

On Nov 26, 2019, at 12:39 PM, Bakulina, Ellen <Ellen.Bakulina@unt.edu> wrote:
Looks good to me. Thanks for asking for our opinions!
-EB


From: Cubero, Diego <Diego.Cubero@unt.edu>
Sent: Tuesday, November 26, 2019 2:00 PM
To: Bakulina, Ellen <Ellen.Bakulina@unt.edu>
Cc: Walls, Levi <LeviWalls@my.unt.edu>; Slottow, Stephen <Stephen.Slottow@unt.edu>; Chung, Andrew <Andrew.Chung@unt.edu>; Timothy Jackson <shermanzelechin@gmail.com>; Graf, Benjamin <Benjamin.Graf@unt.edu>
Subject: Re: Framing for call for responses to Ewell paper
Dear Levi and all,
The call looks good. I would make the two following suggestions:
1. There is a passage that reads: "We invite interested parties to submit essay responses to Ewell's paper." I would change it to: "We invite responses to Ewell's paper."
2. I do not like the phrase "Schenkerian community." It is quite exclusive. Think of a way to reword this sentence. I will, too.
2. Extend the deadline at least to February 1st. A month and a half is a pretty short turn around, especially considering that it is the holidays.
Best,
Diego


From: "Graf, Benjamin" <Benjamin.Graf@unt.edu>
Date: Wednesday, November 27, 2019 at 9:44 AM
To: "Cubero, Diego" <Diego.Cubero@unt.edu>, "Bakulina, Ellen" <Ellen.Bakulina@unt.edu>
Cc: "Walls, Levi" <LeviWalls@my.unt.edu>, "Slottow, Stephen" <Stephen.Slottow@unt.edu>, "Chung, Andrew" <Andrew.Chung@unt.edu>, Timothy Jackson <shermanzelechin@gmail.com>
Subject: Re: Framing for call for responses to Ewell paper

Dear Diego and all,
I completely agree with point #2, which is now changed to "theory community" (thank you Levi).

As to the deadline-- from an editor's perspective, we really cannot delay the submissions further. There is quite a bit of work that must be done after the submissions come in. For example, the following timeline would be a fair estimate:

6

UNT_002654

Feb 1: collect submissions
Feb 15: editing submissions
Feb 27: revisions complete
March 8: add front/back matter, ads, sign and collect contributor agreement forms
March 15: Karen at UNT Press reads final PDF
March 25: document sent to printers
April/May: we get print copies

Again, from an editor's perspective, it would be best to not delay further. The responses should not be very long, so I hope that we can stick to January 13th.
Best,
Ben
*Benjamin Graf, Ph.D.*
University of North Texas
Music History, Theory and Ethnomusicology
Office: MU215


From: Slottow, Stephen <Stephen.Slottow@unt.edu>
Sent: Wednesday, November 27, 2019 10:56 AM
To: Graf, Benjamin <Benjamin.Graf@unt.edu>; Cubero, Diego <Diego.Cubero@unt.edu>; Bakulina, Ellen <Ellen.Bakulina@unt.edu>
Cc: Walls, Levi <LeviWalls@my.unt.edu>; Chung, Andrew <Andrew.Chung@unt.edu>; Timothy Jackson <shermanzelechin@gmail.com>
Subject: Re: Framing for call for responses to Ewell paper
In that case, it may be well to backdate submissions to—say, November 1st, 2019. That way we'll have them before the call is sent out, which would be convenient for all concerned, I should think. This would create an alternative time line, which we could utilize as needed.
-sps
Stephen Slottow
Associate Professor of Music Theory
University of North Texas


## [Final draft of Ewell CFP, Nov. 26-30, 2020]

Walls, Levi <LeviWalls@my.unt.edu>
Tue, Nov 26, 2019,
3:52 PM
to Benjamin, me, Stephen
Dear all,

Here is a final draft of the CFP. Taking Dr. Cubero's advice, I changed "Schenkerian community" to "theory community" and I also moved the deadline to February 1st. When I spoke to Ron, he actually said that it would be okay to extend it further than January; the timeline is rather flexible for the journals, he said. Let

7

me know if we should change anything else. Otherwise, we can decide how to send it out.
Regards,
Levi Walls
Attachments area


Slottow, Stephen <Stephen.Slottow@unt.edu>
Nov 26, 2019,9:59 PM to Levi, Benjamin, me

Dear Levi,
Those two changes aren't on the "final" draft. When they are, the CFP seems fine.
-sps
Hold off sending out the Call until....

Timothy Jackson <shermanzelechin@gmail.com>
Sat, Nov 30, 2019,
3:17 PM
to Levi, Ellen, Stephen, Benjamin
Dear Levi,
Let's hold off sending out the call with Ewell's remarks until:
1. Everyone has had a chance to read my transcript of Ewell's remarks on Schenker, which still need some editing.
2. It would be correct to hold off sending out the call until we have had the opportunity to send it to Rothstein, Rothgeb, and Benjamin and ask them if they wish to reply.

Ellen can ask Rothstein. I can ask Bill Benjamin, with whom I have a friendly connection, and Rothgeb, who I do not know personally; however, I believe that he knows me by reputation.
Best wishes, Tim

Walls, Levi <LeviWalls@my.unt.edu>
Sat, Nov 30, 2019, 10:14 PM
to me

Dear Dr. Jackson,
Sorry for the delay. I've been deeply preoccupied in writing. Alright, we'll wait to hear from the others and proceed from there! I will respond to all the details you've kindly shared with me about Bach. I'm just a bit behind in research for papers and going through that final push.
Regards,
Levi Walls

From: Timothy Jackson <shermanzelechin@gmail.com>
Sent: Saturday, November 30, 2019 1:17:15 PM

8

To: Walls, Levi <LeviWalls@my.unt.edu>
Cc: Bakulina, Ellen <Ellen.Bakulina@unt.edu>; Stephen Slottow
<sslottow@gmail.com>; Graf, Benjamin <Benjamin.Graf@unt.edu>
Subject: [EXT] Hold off sending out the Call until....

## [Discussions about the appropriate time for CFP by JSS, Dec. 1-4, 2019]

Bakulina, Ellen <Ellen.Bakulina@unt.edu>
Sun, Dec 1, 2019,
6:53 PM
to Diego, Levi, me,
Benjamin, Stephen
Dear All,

I just had a conversation with a colleague about the SMT plenary session (of which
Ewell's talk was part), and he told me what I should have known all along, because
this was announced right before the presentations: that the plenary talks will be
published in Music Theory Spectrum. You all probably knew about this too. I was
just extremely tired on the day of the plenary session (I presented a paper myself
on the same day, earlier, had a 7 a.m. committee meeting, and had to present
another paper the following day) and, I guess, that's why I missed some of the
information.
Does the prospective Spectrum publication means that, perhaps we should wait
with our call for responses until after that publication appears?
All best,
-Ellen

Sun, Dec 1, 2019, 7:51 PM
to Ellen, me, Benjamin, Stephen, Diego
Dr. Bakulina, and all,
That does seem to complicate matters a bit. I had briefly heard something to
that effect shortly after SMT, then promptly forgot all about it.
Regards,
Levi Walls

From: Bakulina, Ellen <Ellen.Bakulina@unt.edu>
Sent: Sunday, December 1, 2019 4:53:37 PM
To: Walls, Levi <LeviWalls@my.unt.edu>; Timothy Jackson
<shermanzelechin@gmail.com>; Graf, Benjamin <Benjamin.Graf@unt.edu>;
Stephen Slottow <sslottow@gmail.com>; Cubero, Diego <Diego.Cubero@unt.edu>
Timothy Jackson <shermanzelechin@gmail.com>
Sun, Dec 1, 2019,
10:06 PM
to Ellen, Levi, Benjamin, Stephen
Dear Ellen, Colleagues,

9

All things considered, JSS should go forward with the call as planned. What we are asking for from scholars are considered responses to the Plenary Session talk by Ewell as it was delivered and has been posted on line. We have already received one succinct, but nonetheless important comment from a very prominent scholar who has watched the video, read the transcript, and would like us to publish his reply, - and we definitely *should* publish it. More responses have promised - and have even been requested. Therefore, if others are interested in responding but wish to wait for the published version of Ewell's talk, then they are welcome to do so, and we should be open to publishing additional responses to that version in a subsequent issue (after the upcoming one) of the *Journal of Schenkerian Studies*. Best, Tim

Graf, Benjamin Dec 2, 2019, 9:14 AM
I agree with Tim. We should go forward with the call and be open to publishing more on this matter in future publications. Ben
Benjamin Graf, Ph.D.
University of North Texas
Graf,
Benjamin <Benjamin.Graf@unt.edu>
Dec 2, 2019, 6:40
PM
to me, Ellen, Levi, Stephen

Graf, Benjamin <Benjamin.Graf@unt.edu>
Dec 2, 2019, 6:40 PM
to me, Ellen, Levi, Stephen
Tim (CC: Stephen, Ellen, and Levi),

Levi and I spoke briefly today about the call, and we both agreed that we don't want the call to 1) be too lengthy or 2) "lead" contributors to comment on only excerpted quotations instead of encouraging them to digest the entire paper (then draft responses as they feel appropriate).
Perhaps the official call can be shorter, but you could send some excerpts and lengthier thoughts to your close colleagues in addition to the formal CFP.
Let me know your thoughts if you have a chance. We are, of course, flexible!
Best,
Ben
*Benjamin Graf, Ph.D.*
University of North Texas
Music History, Theory and Ethnomusicology
Office: MU215

From: Timothy Jackson <shermanzelechin@gmail.com>
Sent: Sunday, December 1, 2019 10:06 PM
To: Bakulina, Ellen <Ellen.Bakulina@unt.edu>

UNT_002658

Cc: Walls, Levi <LeviWalls@my.unt.edu>; Graf, Benjamin <Benjamin.Graf@unt.edu>; Stephen Slottow <sslottow@gmail.com>
Timothy Jackson <shermanzelechin@gmail.com>
Dec 3, 2019, 9:22 AM
to Diego, Andrew, Benjamin, Ellen, Levi, Stephen
Dear Ben, Colleagues,

We still have to address the issue of *why* the *JSS* in particular is asking for responses. I thought that Andrew's point was very well taken, namely that we don't want to be seen to be disagreeing with Ewell's broader point of advocating inclusion of different ethnicities in the discipline of music theory, which I assume that we all support and is not contentious, at least here, but rather focus on his central example of racism in music theory, namely on Schenker, Schenkerian scholars, and Schenkerian analysis. As you know, independently I came to exactly the same conclusion as Andrew. We need to judge the call carefully, and make it clear that Ewell's hypothesis of Schenkerian racism is the primary focus.
To address both issues of reducing the length of the general call, and placing the focus squarely on Ewell's attack on Schenker, Schenkerian scholars, and the Schenkerian approach as racist, rather than including ALL of Ewell's comments, I think that we ought to focus on quoting just a few of his representative statements. Therefore I would propose citing the following short quote in the call:
"The best example through which to examine our white frame is through Heinrich Schenker, a fervent racist, whose racism undoubtedly influenced his music theory, yet it gets whitewashed for general consumption......In his voluminous writings, Schenker often mentions white and black as modifiers for human races.....As with the inequality of races, Schenker believed in the inequality of tones. Here we begin to see how Schenker's racism pervaded his music theories. In short, neither racial classes, nor pitch classes, were equal in Schenker's theories. He uses the same language to express these beliefs.....his sentiment is clear: blacks must be controlled by whites. Similarly, Schenker believed notes from the fundamental structure must control other notes."

We can then solicit responses.

I think that we can omit Ewell's "conspiracy theory" that a group of Schenkerian scholars whitewashed Schenker's racism from the call, since this issue will be dealt with directly by scholars Ewell accuses. For example, Nicholas Cook from Cambridge has agreed to send us a response.
I would, however, send the complete transcript of Ewell's remarks on Schenker to both Drabkin and Bent since Ewell's case is largely built on comments in the letters and diary quoted from their SDO. The same for Rothstein, since he is also included in the group of Schenkerian scholars critiqued. Ben and Levi: please cc. me and Stephen on your letters to Drabkin and Bent. You should send them now, if you have not already done so.
I have already written to John Rothgeb. My understanding is that he is pretty reclusive, so I am unsure whether he will respond. I do have his cell phone number,

11

so that if I don't hear from him in a few days or so, I will also try calling him.
Ellen will let us know when Rothstein replies.
It is a shame that Allen and Oster cannot respond. I know that Allen would.
However, Allen did give me a copy of his correspondence with Oster, and I will
check it to see if the issue of moving certain paragraphs into the appendices came
up. I recall that it did. If so, I see no reason why we should not publish this part of
the correspondence, since it will document the reasons for the decision.
With best wishes,
Tim

Stephen Slottow <sslottow@gmail.com>
Dec 3, 2019,
10:06 AM
to me
Dear Tim,
Who holds the rights for the Forte's correspondence with Oster? We may want to
find out before publishing letters verbatim. I think that we may be allowed to
publish small excerpts without permission, but I don't really know. Perhaps it would
be best to check with Wayne Alpern or someone else who knows copyright law?
Also, I tried to reach Rothgeb re my sequence article but was unsuccessful.
Evidently the email addresses I got from Carl and Charles aren't good any longer,
or he just didn't respond. Since you have his phone number, I'd try that first.
-sps

Timothy Jackson <shermanzelechin@gmail.com>
Dec 3, 2019, 11:34 AM
to Stephen
Dear Stephen,
I have a letter from Allen to the effect that I have the right to publish anything that
I want to from his Nachlass. He gave this letter to me long before he got really
sick. He was concerned about being misrepresented.
Please keep this next item private. I have been in touch with Madeleine, pointing
out my disgust that Ewell, a former student, accused Allen of "whitewashing"
Schenker's racism. She confronted a number of other former students about it,
who reassured her, "don't worry, everything is just fine." Madeleine, who is very
sharp, sees through it, and does not concur. She agrees with me and she wishes
me to respond - properly - and in due course. She will not raise any objections to
us publishing anything that Allen gave me. I do need to dig out the
correspondence and go through it. I think that I also made a copy for you. You
might look through it as well.
Best, Tim

Graf, Benjamin <Benjamin.Graf@unt.edu>
Dec 4, 2019, 9:26 AM
to Diego, Andrew,
Ellen, Levi, me, Stephen

12

UNT_002660

Tim and colleagues,
That sounds good to me! I am on board.
Ben
*Benjamin Graf, Ph.D.*
University of North Texas
Music History, Theory and Ethnomusicology
Office: MU215

## [Jackson corresponded with Nicolas Cooke, David Beach, Allen Cadwallader, Boyd Pomeroy, and Jack Boss.]

*Jackson sounded out authorities on Schenkerian analysis to see what they thought about Ewell's presentation, and whether they wanted to respond. But then, since the negative replies received seemed too one-sided, Jackson decided to ask UNT colleagues if they would consider a Symposium with both pros. and cons. We worked on the "Call for Papers" in the theory area, came up with a call, and sent it out. Due to delays in getting the CFP posted the time period was short, just two weeks, but we gave extensions until the beginning of March to all who indicated that they wanted to contribute.*

## [Initial Efforts to send CFP through to the SMT list on Dec. 19, 2020]

schenker
Thu 12/19/2019 4:42 PM
To: Jackson, Timothy; Slottow, Stephen
Cc: Graf, Benjamin
JSS CFP_ Philip Ewell responses (1) (2).docx
17 KB
Hi all,
Dr. Graf and I are both having trouble getting this call through to the SMT list. Neither of our emails seem to be accepted. Could one of you please try with your email? Thanks!
Regards,
Levi Walls

## [Journal of Schenkerian Studies vol. 12 (2019) Call for Papers]

The SMT plenary presentation given by Philip Ewell, "Music Theory's White Racial Frame," has inspired a good deal of debate within the theory community, especially regarding the possible relationship between Schenkerian methodology and the white racial frame (as suggested in the following quote from Ewell):
"The best example through which to examine our white frame is through Heinrich

13

Schenker, a fervent racist, whose racism undoubtedly influenced his music theory, yet it gets whitewashed for general consumption......In his voluminous writings, Schenker often mentions white and black as modifiers for human races.....As with the inequality of races, Schenker believed in the inequality of tones. Here we begin to see how Schenker's racism pervaded his music theories. In short, neither racial classes, nor pitch classes, were equal in Schenker's theories. He uses the same language to express these beliefs.....his sentiment is clear: blacks must be controlled by whites. Similarly, Schenker believed notes from the fundamental structure must control other notes."

As a journal dedicated to Schenkerian studies, we find it important to foster discussion on these issues. As part of volume 12, we invite interested parties to submit essay responses to Ewell's paper. The Journal of Schenkerian Studies takes no official stance on the issues addressed by Ewell, and we hope to publish a variety of thoughts and perspectives. Submissions must adhere to the following guidelines:

1. Essays should be 1,000 to 3,000 words in length.

2. In order to leave sufficient time for editorial work, submissions must observe a strict deadline of January 13, 2020.

Any questions or concerns regarding submissions may be directed at the editors (Schenker@unt.edu).

Please refer to Ewell's abstract, as well as links to the presentation slides and video recording (listed below):

Music Theory's White Racial Frame

Philip Ewell (Hunter College and The Graduate Center, CUNY)

For over twenty years music theory has tried to diversify with respect to race, yet the field today remains remarkably white. SMT's most recent report on demographics shows that 90.4 percent of full-time employees in music theory are white, while 93.9 percent of associate/full professors are. Aside from this literal whiteness, there exists a figurative and even more deep-seated whiteness in music theory. This is the whiteness—which manifests itself in the composers we choose to represent our field inside and outside of the classroom, and in the theorists that we elevate to the top of our discipline—that one must practice, regardless of one's own personal racial identity, in order to call oneself a music theorist. Thus, for example, I am a black person, but I am also a practitioner of "white music theory." In this presentation, a critical-race examination of the field of music theory, I try to come to terms with music theory's whiteness, both literal and figurative. By drawing on the writings of sociologists Joe Feagin and Eduardo Bonilla-Silva, among others, I posit that there exists a "white racial frame" (Feagin) in music theory that is structural and institutionalized. Further, I highlight certain racialized structures which "exist because they benefit members of the dominant white race" (Bonilla-Silva). Ultimately, I argue that only through a deframing and reframing of this white racial frame will we begin to see positive racial changes in music theory.

PowerPoint slides: http://philipewell.com/wp-content/uploads/2019/11/SMTPlenary-Slides.pdf

Video recording: https://vimeo.com/372726003

UNT_002662

## [CALL FOR PAPERS originally sent to the whole SMT list network on Dec. 17, 2019]

From: schenker
Sent: Tuesday, December 17, 2019 11:03:17 PM
To: smt-announce@lists.societymusictheory.org <smtannounce@ lists.societymusictheory.org>
Subject: Journal of Schenkerian Studies CFP
Greetings,
Please find attached a CFP from the *Journal of Schenkerian Studies,* to be distributed as soon as possible. Please let us know if you have any questions or concerns. Thanks so much!
Regards,
Levi Walls
Assistant Editor, *JSS*

## [CALL FOR PAPERS sent to all the members of SMT via SMT mailing list on Dec. 31, 2019]

From: Bob Kosovsky kos@panix.com
Subject: Fwd: [Smt-Announce] CFP: Journal of Schenkerian Studies
Date: December 31, 2019 at 8:06 PM
To: smt-announce@societymusictheory.org
Cc: Levi Walls LeviWalls@my.unt.edu
Forwarded message from: Levi Walls <LeviWalls@my.unt.edu>
-------------------------------------------
Journal of Schenkerian Studies vol. 12 (2019) Call for Papers
The SMT plenary presentation given by Philip Ewell, "Music Theory's White Racial Frame," has inspired a good deal of debate within the theory community, especially regarding the possible relationship between Schenkerian methodology and the white racial frame (as suggested in the following quote from Ewell):
"The best example through which to examine our white frame is through Heinrich Schenker, a fervent racist, whose racism undoubtedly influenced his music theory, yet it gets whitewashed for general consumption......In his voluminous writings, Schenker often mentions white and black as modifiers for human races.....As with the inequality of races, Schenker believed in the inequality of tones. Here we begin to see how Schenker's racism pervaded his music theories. In short, neither racial classes, nor pitch classes, were equal in Schenker's theories. He uses the same language to express these beliefs.....his sentiment is clear: blacks must be controlled by whites. Similarly, Schenker believed notes from the fundamental structure must control other notes."
As a journal dedicated to Schenkerian studies, we find it important to foster discussion on these issues. As part of volume 12, we invite interested parties to submit essay responses to Ewell's paper. The Journal of Schenkerian Studies takes no official stance on the issues addressed by Ewell, and we hope to publish a variety of thoughts and perspectives. Submissions must adhere to the

15

UNT_002663

following guidelines:

Essays should be 1,000 to 3,000 words in length.

In order to leave sufficient time for editorial work, submissions must observe a strict deadline of January 20, 2020.

Any questions or concerns regarding submissions may be directed at the editors (Schenker@unt.edu).

Please refer to Ewell's abstract, as well as links to the presentation slides and video recording (listed below):

Music Theory's White Racial Frame

Philip Ewell (Hunter College and The Graduate Center, CUNY)

For over twenty years music theory has tried to diversify with respect to race, yet the field today remains remarkably white. SMT's most recent report on demographics shows that 90.4 percent of full-time employees in music theory are white, while 93.9 percent of associate/full professors

are. Aside from this literal whiteness, there exists a figurative and even more deep-seated whiteness in music theory. This is the whiteness—which manifests itself in the composers we choose to represent our field inside and outside of the classroom, and in the theorists that we elevate to the top of our discipline—that one must practice, regardless of one's own personal racial identity, in order to call oneself a music theorist. Thus, for example, I am a black person, but I am also a practitioner of "white music theory." In this presentation, a critical-race examination of the field of music theory, I try to come to terms with music theory's whiteness, both literal and figurative. By drawing on the writings of sociologists Joe Feagin and Eduardo Bonilla-Silva, among others, I posit that there exists a "white racial frame" (Feagin) in music theory that is structural and institutionalized. Further, I highlight certain racialized structures which "exist because they benefit members of the dominant white race" (Bonilla-Silva). Ultimately, I argue that only through a deframing and reframing of this white racial frame will we begin to see positive racial changes in music theory.

[Footnote: Coined by sociologist Joe Feagin in 2006, the term "white racial frame" refers to the "broad worldview [that is] essential to the routine legitimation, scripting, and maintenance of systemic racism in the United States."]

PowerPoint slides: http://philipewell.com/wp-content/uploads/2019/11/SMTPlenary-Slides.pdf

Video recording: https://vimeo.com/372726003

_____

Smt-announce mailing list

Smt-announce@lists.societymusictheory.org http://lists.societymusictheory.org/listinfo.cgi/smt-announce-societymusictheory.org

UNT_002664

## [Should anti-Schenker pro-Ewell responses be published?]

**Walls, Levi <LeviWalls@my.unt.edu>**

Thu, Feb 13,
10:54 AM

to me, benjamingraf@unt.edu

Dear Dr. Jackson (with Dr. Graf in copy; Dr. Slottow not copied because he asked to be recused),

Dr. Graf and I were wondering what your thoughts were concerning the submissions from Clark, Beaudoin, and Lett. As you may have seen, these responses are (at least) implicitly anti-Schenkerian. Despite disagreeing with much of what they have to say, Dr. Graf and I think it is important to publish these responses along with the others that we have received (Wiener, Pomeroy, Wen, Cadwallader, etc.). We wouldn't want the *JSS*'s account of the debate to appear one-sided, and having a mixture of opinions will lend more credibility to those responses that we do agree with. Just want to check in with you before we proceed!

And thank you for all your time and effort in getting responses from prominent names in the field!

Regards,

Levi Walls

## I agreed and they were published.

## [Correspondence with Jack Boss, Levi, Jackson, with Slottow, and Graf on copy, March 9-10, 2020]

From: schenker <schenker@unt.edu>
Date: Monday, March 9, 2020 at 11:49 PM
To: Jack Boss <jfboss@uoregon.edu>
Subject: Ewell Response Final Proof
Hi Jack,
I have the final proof of your response for you. Please let me know if anything needs to change. I assumed you wanted both images to be placed together for ease of comparison. I'll be sending final proofs to UNT press by the end of the day on Tuesday (3/10), but there will be a window of a few days to make changes if necessary. Thanks!
Regards,

17

Levi Walls
Assistant Editor, *JSS*

Mar 10, 2020, 2:07 AM
Jack Boss <jfboss@uoregon.edu>
to schenker, me
Hi Levi (and Tim). The response looks good. The only issue I have is that
Songwriters Guild of America (the copyright administrator for the Ann Ronell song)
has not yet responded to me with permission to reproduce the Tatum score
excerpt (it's been about a week). So we could get into trouble for reprinting 11
measures without getting permission. Do we want to risk that? I suppose it might
be possible to get around it by resetting the score (redoing it in Finale or Sibelius),
since there are a couple of transcriptions out there. Or we could leave out the
score and just print my graph.
Jack Boss
Professor of Music Theory and Composition
Chair, SMT Publications Committee
School of Music and Dance
1225 University of Oregon
Eugene, OR 97403-1225
email: jfboss@uoregon.edu

phone: 541-556-6139
fax: 541-346-0723

Tue, Mar 10, 2:19 AM
schenker <schenker@unt.edu>
to Jack, me
Hi again,
Sure. If you think resetting the score would be acceptable (I imagine it will), I
could do that and replace the image with our own. I'll send a new version in a bit.
Regards,
Levi Walls

Tue, Mar 10, 4:12 AM
schenker <schenker@unt.edu>
to Jack, me
Dear Jack,
Here is the updated version, with a custom transcription of the Tatum score.
Let me know if this looks alright. Thanks!
Regards,
Levi Walls

Mar 10, 2020, 9:20 AM
Timothy Jackson <shermanzelechin@gmail.com>
to Levi, Benjamin, Stephen, Jack

18

Dear Jack, with Colleagues on copy,
I think that it looks really good the way it is, and now it is possible to follow your
analysis with the music. Would it be possible for you to phone the Songwriters
Guild of America and check with them to see if it is OK? I have found that
sometimes this is the best way to deal with issues like this, especially given time
constraints.
Otherwise, I am unsure of the current rules of "fair use," but there is a certain
amount of quotation allowed. Then the question would be exactly how much can
we reprint? My guess - but it is only a guess - is that this short quotation would be
OK. But perhaps this can be checked.
Tim


# [**Final Addition - correspondence between Jackson and Levi Walls, March 12, 2020**]

Final addition
Timothy Jackson <shermanzelechin@gmail.com>
Thu, Mar 12, 9:19 PM
to Levi
Dear Levi,
I am sorry to burden you with this, but will do so anyway! I hope that it might still
be possible to make one last addition to my conclusion without throwing the train
off the track. Could you please insert the few sentences indicated in red in the
final paragraph, and one last footnote. I think that the point is significantly
important to try to make it, albeit just before the train leaves the station!
Although we now live in an era of "alternative facts," I believe
that demagoguery and intellectual dishonesty must not go unanswered. We have
seen what occurs when this happens on a massive scale, with catastrophic results
in the 20th century, and now again in our own time. I was not present
when Ewell spoke at the SMT plenary session, but I heard about the standing
ovation he received, which, to my mind, is just as worrying as his talk itself. The
warm reception, the applause that Ewell earned there, is as outrageous and
dangerous as the contents of his speech, and bespeaks the sorry
state of the field of music theory generally these days. Schenkerians of the
different pedagogical schools have always "decoupled" ideological claims from
music theoretical approaches. Furthermore, not only did Schenker's own ideas
about politics and race evolve considerably (as I have shown), so did his analytical
methodology (as Pastille, Bent, and others have amply documented). Looking
back, at least two generations of Schenkerians have explored and critiqued the
evolutions of both aspects. For example, what a tremendous transformation there
is between Schenker's early and later ideas about just the particular issue of
organicism; the same holds true for his views of race, which also changed
dramatically![i] Ewell assures us that Schenker would have objected to
"decoupling" his philosophical, historical, political, racial, and other ideas from his

19

UNT_002667

music theory. But is this claim really as self-evident as it might initially seem, since the question then becomes: which philosophical-historical-political ideas cannot be disassociated from which stages of music-theoretical development, given the very significant advances in both dimensions? Therefore, even Schenker himself must have recognized, especially late in his career, not only the possibility, but the absolute necessity of such decoupling. Some would like to demolish the classical canon of "Bach-to-Brahms," falsely claiming it to be exclusively a "white male" elitist meritocracy, and arguing that we should replace it with putatively egalitarian pop, hip-hop, punk, and world musics. This is a mischaracterization because the great tradition of classical music includes Black, Jewish, and female composers, and remains, as Schenker ultimately recognized, an "elitism of the hearing of the spirit, not of race." A colleague recently wondered - given the apparent current lack of focus on "the notes" of complete pieces within the Bach-to-Brahms canon (unfortunately, also a concept associated with Schenkerian analysis) - if we music theorists were not now metamorphosing into non-theorists. In other words, by divorcing ourselves from the detailed investigation of the structure of pieces within the canon - which now, because deemed elitist, becomes obsolete - we will all wake up one morning soon, just like the protagonist of Kafka's *Metamorphosis*, who found himself a giant beetle. But, perhaps, just as Schenker finally saw the light, albeit late in life, we music theorists will eventually also come to our senses. In all cases, better late than never.

[i] William Pastille, "Heinrich Schenker, Anti-Organicist," *19th-Century Music,* Vol. 8, No. 1 (Summer, 1984), pp. 29-36.


Walls, Levi <LeviWalls@my.unt.edu>
Thu, Mar 12, 9:39 PM
to me
Dear Dr. Jackson,
No worries, I still have to put the page numbers for Slottow and Wiener into your response, anyway. As soon as I have Dr. Slottow's response, I will know the page numbers for sure, and will be able to cite them in yours. So I will add these sentences while I am at it.
Regards,
Levi Walls
From: Timothy Jackson <shermanzelechin@gmail.com>
Sent: Thursday, March 12, 2020 7:19 PM
To: Walls, Levi <LeviWalls@my.unt.edu>
Subject: [EXT] Final addition
...
[Message clipped] View entire message
Walls, Levi <LeviWalls@my.unt.edu>
Thu, Mar 12, 10:03 PM to me
I've added the new sentences. I'm just waiting for those page numbers now. As soon as I get Dr. Slottow's response, I'll add the page numbers for Slottow and Wiener. As you previously specified I'll format it like so: "Since Stephen Slottow

UNT_002668

addresses that issue (pp. x-x)..." "Furthermore, as Barry Wiener shows (pp. xx)..."
- Levi Walls


Timothy Jackson <shermanzelechin@gmail.com>
Thu, Mar 12, 10:15PM
to Levi
Great!
By the way, I added you to my Skype contacts! So that way, we can talk if needed.
Best, Tim


## [Levi's Introduction - Revising Process, March 9-10, 2020]
Symposium intro
Inbox x
Walls, Levi <LeviWalls@my.unt.edu>
Mon, Mar 9, 10:54 PM
to me, Stephen, Benjamin
Dear Drs. Jackson and Slottow,
Here is the intro that Dr. Graf and I put together. Let us know what you think!
Short and sweet, as I said. Did Wen ever send a response? I think that is the only one we are missing.
Regards,
Levi Walls
Attachments area
Preview attachment Ewell intro.pdf

Ewell intro.pdf
Timothy Jackson Tue, Mar 10, 9:07 AM
Dear Levi and Ben,
It looks very good to me. Eric Wen wrote to me that he just could not come up with the right words, so that we do not have a response from him


## [Levi's Introduction - Critiqued by Slottow and Revised by all Editors on March 12, 2020]
Levi's introduction
Stephen Slottow Thu, Mar 12, 1:03 AM
As we discussed before, Levi, for all his virtues, is not a good writer of English prose. Most of that introduction is embarrassingly pretentious and sophomoric.

Walls, Levi <LeviWalls@my.unt.edu>
Mon, Mar 9, 1:45 PM
to Stephen, Benjamin, me

21

Hi all,
Alright, thanks! Dr. Jackson, we'll get a final typeset version of the response to you later today. Dr. Slottow, we'll add whatever alteration you wish to make, so just send the new version later today. On the subject of the intro, we are writing it and will send it to both of you today or tomorrow. Dr. Graf and I feel that it is best to keep it short and sweet, as we wish to let the various responses speak for themselves. But it won't go to print without your input. Thanks!
Regards,
Levi Walls

Subject: Re: [EXT] Final version
Symposium Bibliography, March 11, 2020
Symposium bibliography
Timothy Jackson <shermanzelechin@gmail.com>
Wed, Mar 11, 6:54 PM
to Levi, Stephen, Benjamin

Dear Levi, with Ben and Stephen on copy,
You have done an excellent job with the bibliography. The Politics of the Urlinie in Schenker's….I think *Urlinie* should be italicized. It is still a foreign word even though in common usage in music theory. paperson, la. 2017. A Third University Is Possible. Minneapolis: University of Minnesota Press. Something is wrong here. Paperson is the last name, is there a first name? Also, what does 1a refer to? Pellegrin, Rich. Is it Richard or Rich? Could you please add these items:….
Pellegrin, Rich. Is it Richard or Rich?

Timothy Jackson

Wed, Mar 11, 8:31 PM
OK. Got it!

Slottow, Stephen <Stephen.Slottow@unt.edu>
Wed, Mar 11, 8:48 PM
to Benjamin, Levi, me
Levi,
I'm attaching a short list of items that have either been left out or that need alteration (in my opinion).
-sps
Slottow, Stephen <Stephen.Slottow@unt.edu>
Wed, Mar 11, 8:50 PM
to Levi, Benjamin, me
I don't know, but in the introduction I'd mention that it is a combined bibliography for all the articles.
-sps

UNT_002670

Agree.
ReplyReply
allForward

**[More Final Editing on March 10 and 11, 2020 – Jackson accepted
colleagues' corrections, including Ben and Levi]**

Ewell Response

final proof

Inbox x

schenker <schenker@unt.edu>

Tue, Mar 10, 6:01 AM

to me

Dear Dr. Jackson,
Please find attached the typesetting of your response. Thanks!
Regards,
Levi Walls
Attachments area

Timothy Jackson <shermanzelechin@gmail.com>

Tue, Mar 10, 9:58AM

to Stephen, Benjamin, Levi, schenker

Dear Colleagues,
Just a few small corrections to my response listed below.

The more I consider it, the less sure I am whether to capitalize "Classical" throughout. I
understand the reader's concern, but I believe it could be either way. What do you
think?

Since Jack Boss refers to my comment by page numbers, I should probably do the
same. Do you agree? Since Stephen Slottow addresses that issue (see pp. ) as Barry
Wiener shows (see pp. ) Given his student Hans Weisse's (please add the words in bold
since this is the *first* mention of Weisse).
Now, "With prescience, [cut: Schenker's student Hans] Weisse decided to emigrate to
America already in the late 1920s because of anti-Semitism." "Furtwängler appeared,
and [cut: Schenker's student] Weisse"
Footnote 1, " *The Atlantic*COMMA December 5, 2016, Ewell implies that the passages
that Oster and Allen [replace with Forte] exiled to appendices «the Jews» Why not
ordinary quotation marks?
Footnote 4. In Dennis HerdAPOSTROPHEs
I think that is it!
Great proofs! Bravo!
Tim

23

UNT_002671

Stephen Slottow <sslottow@gmail.com>
Tue, Mar 10, 10:38AM
to schenker, Benjamin, Levi, me
While we're doing corrections, I'll add that, clever though it be, comparing
ethnomusicologists to giant beatles could be taken as both
unfortunate and uncollegial. I'll get my corrections to you by tomorrow morning.
-sps

Timothy Jackson <shermanzelechin@gmail.com>
Tue, Mar 10, 10:46 AM
to Stephen, schenker, Benjamin, Levi
My dear Stephen,
Not beatles but beetles.
But just one beetle. LOL.
Best, Tim


Walls, Levi <LeviWalls@my.unt.edu>
Tue, Mar 10, 11:18 AM to me, Stephen, schenker
, Benjamin

From: Timothy Jackson
<shermanzelechin@gmail.com>
Sent: Tuesday, March 10,
2020 8:46 AM
To: Stephen Slottow
<sslottow@gmail.com>
Cc: schenker <schenker@unt.edu>; Graf, Benjamin <Benjamin.Graf@unt.edu>; Walls,
Levi

Stephen Slottow <sslottow@gmail.com>
Tue, Mar 10, 11:25AM
to me
Thanks for the correction. But my observation still stands. It is up to you, however.
-sps


Timothy Jackson <shermanzelechin@gmail.com>
Tue, Mar 10, 11:26 AM
to Stephen
I would like to keep it that way. But perhaps it is best understood as a pun.

Stephen Slottow <sslottow@gmail.com>
Tue, Mar 10, 11:34AM
to me

UNT_002672

OK. But how could it be understood as a pun? (P.S. I can't find the final version any more. Would you send me the last par.?)


Stephen Slottow <sslottow@gmail.com>
Tue, Mar 10, 12:31 PM
to Benjamin, Levi, me
I don't see a pun. I see a clever analogy between Kafka's beetle and ethnomusicologists. I like it, but it ain't diplomatic and, in these hysterical times, could be seized upon as an example of intolerance and chauvinism by those who are looking for such examples (Ewell, for instance). Most of the response is excellent and valuable. Is it good to end it in this way?
-sps


Graf@unt.edu>
Tue, Mar 10, 12:44PM
to Stephen, me, Levi
Colleagues,
I second Stephen's concerns about that portion. Tim, you make an excellent point with the beetle, but I admit that when I read it I was also a bit hesitant on what others might say/cite later.
Ben
*Benjamin Graf, Ph.D.*
University of North Texas
Music History, Theory and Ethnomusicology
Office: MU215


Timothy Jackson <shermanzelechin@gmail.com>
Tue, Mar 10, 2:10 PM
to Stephen, Benjamin, Levi

OK, here is a thought. Just cut the two words "as ethnomusicologists." That preserves the sense of my metaphor, but makes it hit the intended target, which is not ethnomusicologists, but *music theorists*: In other words, by divorcing ourselves from the detailed investigation of the structure of pieces within the canon - which now, because deemed elitist, becomes obsolete – we will all wake up one morning soon, just like the protagonist of Kafka's *Metamorphosis*, who found himself a giant beetle. I think that solves the problem.
Best, Tim


Walls, Levi <LeviWalls@my.unt.edu>
Tue, Mar 10, 2:40PM

25

UNT_002673

to Stephen, me, Benjamin
Alright, will do!
- Levi Walls


Timothy Jackson <shermanzelechin@gmail.com>
Tue, Mar 10, 2:50 PM
to Stephen, Levi, Benjamin
[*Another professor*] just sent me some detailed comments. I need some time to review them. They are mostly small nuances. I will let you know by this evening what, if anything, I need to change or modify.
Best, Tim

Slottow, Stephen <Stephen.Slottow@unt.edu>
Tue, Mar 10, 3:17PM
to me
Not meaning to be difficult, I'm sure, but I don't think it does. It doesn't make sense as stands. "by divorcing ourselves from the…we will all wake up one morning soon, just like the protagonist…" Well, of course, if we're not dead or in a coma, we'll all wake up one morning soon. But that's not news. You're just saying that we'll wake up in the morning. That question is wake up as what or to what? Before it made sense—"as ethnomusicologists."

Now it doesn't. Wake up to a world in which…? Wake up as a...? Wake up as..." You can't just what or to what? Before it made sense—"as ethnomusicologists."
Now it doesn't. Wake up to a world in which…? Wake up as a...? Wake up as..." You can't just remove "ethnomusicologists," you have to replace it with something, or restructure the sentence, or abandon the metaphor. It doesn't work as stands. Before, it did work, but was politically...inadvisable?
-sps


Timothy Jackson <shermanzelechin@gmail.com>
Tue, Mar 10, 7:43 PM
to Stephen
I am thinking what to do about it.


Walls,Levi <LeviWalls@my.unt.edu>
Wed, Mar 11, 9:01AM
to me
Dear Dr. Jackson,
I have attached the new version of your response. I went ahead and uncapitalized "classical." I'll send the combined bibliography to you and Dr. Slottow in a bit. Thanks!

UNT_002674

Regards,
Levi Walls

Timothy Jackson <shermanzelechin@gmail.com>
Wed, Mar 11, 9:18AM
to Levi
Dear Levi,
Can you please insert the page number references in my response to Stephen Slottow's and Barry Wiener's responses respectively. I will keep reading.

Walls, Levi <LeviWalls@my.unt.edu>
Wed, Mar 11, 9:20 AM
to me
Dear Dr. Jackson,
Oh, I forgot to mention. I'm waiting for Dr. Slottow to send me his updated version. Until then, I can't know the page numbers of his or anyone after for sure. I will make sure to put those in once I get that.
Regards,
Levi Walls

From: Timothy Jackson <shermanzelechin@gmail.com>
Sent: Wednesday, March 11, 2020 7:18 AM
To: Walls, Levi <LeviWalls@my.unt.edu>
Subject: Re: [EXT] Re: Final version
Timothy Jackson Wed, Mar 11, 9:22 AM
OK. I see. But there are other corrections still missing. I will send shortly.

Walls, Levi Wed, Mar 11, 9:30 AM
Ah, sorry about that. Along with those corrections that you send, I will make sure to italicize appropriate titles in the footnotes. Indesign likes to unitalicize.

Walls, Levi Wed, Mar 11, 9:42 AM
And I fixed footnote 2, which also mysteriously disappeared.

Timothy Jackson Wed, Mar 11, 11:23 AM
Dear Levi, Going through it line by line, I found that some of my earlier corrections were not made, and I have added one or two more corrections.

Walls, Levi Wed, Mar 11, 11:34 AM
Dear Dr. Jackson,
Ah, right. Completely forgot those earlier corrections. I'll go through and address all of these things. Sorry, somewhat poor showing from me

Timothy Jackson <shermanzelechin@gmail.com>
Mar 11, 2020, 11:35 AM
to Levi
Dear Levi,
I am not worried. I know that you are capable. We are all human, unfortunately.
Tim


Walls, Levi <LeviWalls@my.unt.edu>
Wed, Mar 11, 2:47PM
to me
Dear Dr. Jackson,
Last thing before I send it back. In your new footnote, it looks like some of the things are in bold, but it's hard to tell with the red font. Did you wanted bolded phrases? If so, could you resend in black text? Thanks!
Regards,
Levi Walls


Walls, Levi Mar 11, 2020, 6:32 PM
Thanks. Alright, I have it written down at my desk and I'll do it as soon as Dr. Slottow's response comes in. I'm going to send you an updated bibliography.


On Feb 5, 2020, at 10:30 AM, schenker wrote:

Hi Barry, Congratulations! We like your response and would be happy to include it in the upcoming JSS, with the possibility of some revisions. We've included some comments on your response that you may wish to address. It is not a "must change" situation, but merely some suggested things to think about. We were also thinking that you might do more to structure your arguments in order to more easily guide the reader. Perhaps some transition sentences and a clearer statement in the introduction of the issues you seek to address. With the short time requirement, combined with the 3000 work limit, it's understandable that those conveniences weren't the priority. We can give you a week to make any changes you think appropriate (by midnight on Feb 12) and, of course, feel free to email me about questions/concerns you may have. Don't worry about the 3000 limit as you make any adjustments, just try to keep it under or near 4000 and it will be fine. Thanks very much! Regards, Levi Walls

From: schenker schenker@unt.edu Subject: Re: [EXT] Ewell article questions Date: February 9, 2020 at 12:06 PM To: Barry Wiener bwiener8@icloud.com Cc: Graf, Benjamin Benjamin.Graf@unt.edu, Timothy Jackson shermanzelechin@gmail.com

Hi Barry, Thanks for your email! No, we'd like you to be free to address any topics that you feel are germane to the discussion. I forgot to mention before that you may decide to tweak the title of the response (Philip Ewell's White Racial Frame). From our discussions with various people, we've noticed a misconception that the term "white racial frame" is a novel concept invented by Ewell. This confusion is due in part to Ewell's failure to clarify where he was deriving his terminology. But it's a term in use within critical race and gender studies that was coined by sociologist Joe Feagin in 2006. You're likely already aware of the term's history, but considering the apparent misconception, it may be worthwhile to

28

rethink the title. But you can also keep it as is, if you prefer. Thanks! Regards, Levi Walls From: Barry Wiener Sent: Friday, February 7, 2020 5:27:02 PM To: schenker Subject: Re: [EXT] Ewell article questions Dear Levi and Benjamin, I thought some of your suggestions were very helpful. I just was concerned, not that you were trying to censor me, but that you feel that professional considerations require that you set limits on the topics addressed in the responses. I'll get back to you in a few days. Thanks, Barry On Feb 6, 2020, at 7:47 AM, schenker

## [Editing Symposium Introduction among the board advisory, March 12, 2020]

Slottow, Stephen <Stephen.Slottow@unt.edu>
Thu, Mar 12, 12:56 AM
to Benjamin, Levi,
me

Dear Levi and Ben,
I just looked at the introduction, and have a few comments, as follows. Most of these are my opinions, and the rest of you may differ, of course.
-Don't entitle my contribution "Ewell Response"--that's just the name of the file. Call it "An Initial Response to Philip Ewell."
-My overall reaction to the introduction is that far too much of it comes off as self consciously pompous and, frankly, sophomoric. I think it needs to have the rosy foggy vistas trimmed and become more sober and direct. For instance:
-"Symposium"? Well, I guess that's OK, but why not simply call it "Responses to Philip....". Isn't that more accurate and less hifalutin'?
-I don't really like "is proud." How about "is pleased"?
-"Indeed, academic discourse is the lifeblood of philosophical inquiry...? That's exactly the kind of thing I'm talking about. It's inflated and pretentious. First, cut "indeed." Then cut the rest of it. Just leave it as "No field or methodology stands to prosper or develop without such debates."
Perhaps the following:
The *Journal of Schenkerian Studies* is publishing the following responses to Philip Ewell's SMT 2019 plenary presentation, "Music Theory's White Racial Frame." As the co-editors of an academic journal whose mission it is to encourage the exchange of ideas, we are pleased that these responses express a variety of thoughts and perspectives. No field or methodology stands to prosper or develop without such debates. The *Journal of Schenkerian Studies* holds no official stance regarding the issues addressed by the following responses.
-sps

Walls, Levi <LeviWalls@my.unt.edu>
Thu, Mar 12, 10:23 AM

29

to Stephen, me, Benjamin
Hi Dr. Slottow, et al.,
I'll make sure to change the title in the intro. Please make sure to send the
updated version of your response today so we can finish the layout of the journal.
And thanks for your comments, your honesty is much appreciated!

Regards,
Levi Walls


Timothy Jackson <shermanzelechin@gmail.com>
Thu, Mar 12, 12:44PM
to Stephen, Benjamin, Levi
Dear Colleagues,
Building on Stephen's comment, I would like to propose the following. "Indeed,
academic discourse is the lifeblood of philosophical inquiry, and no field or methodology
stands to prosper or develop without such debates" might be revised to read:
"Informed debate is the lifeblood of scholarly inquiry, and a field or methodology, such
as music theory, stands to prosper by interrogating and critiquing itself." I think that the
point comes off better when phrased positively.
What do you all think of that?
Best wishes,
Tim

Walls, Levi <LeviWalls@my.unt.edu>
Thu, Mar 12, 12:56PM
to me, Stephen, Benjamin
Hi all,
That sounds fine. I was also thinking we could say "essence" instead of
"lifeblood."
Regards,
Levi Walls


Slottow, Stephen <Stephen.Slottow@unt.edu>
Thu, Mar 12, 1:03 PM
to Levi, me, Benjamin
I'm not sure it IS the essence. I think I prefer lifeblood.
Timothy Jackson <shermanzelechin@gmail.com>
Thu, Mar 12, 1:03 PM
to Stephen, Levi, Benjamin
Yes, "essence" works well if not better than "lifeblood."
If we all agree, then I think the sentence is positive rather than pompous, and accurate,
and that the introduction is done. Please take out "Anonymous I," and just make it
"Anonymous." "Anonymous I" is funny, but perhaps this is the wrong place for humor.
Are we done with everything and ready to submit?

UNT_002678

Timothy Jackson <shermanzelechin@gmail.com>
Thu, Mar 12, 1:04 PM
to Stephen
Dear Stephen,
I'll let you argue out "lifeblood" vs "essence" with Ben and Levi. I can live with either! Did you add your conclusion?

Slottow,Stephen <Stephen.Slottow@unt.edu> Thu, Mar 12, 1:07PM
to me
Can we read the full revised statement?


Walls, Levi <LeviWalls@my.unt.edu>
Thu, Mar 12, 1:07PM
to Benjamin, me, Stephen
Alright, I'll change the intro and use "Anonymous." The only thing I'm missing is Dr. Slottow's updated response. I just have the version from last week. Everything else has been sent to Karen, who is starting to look through the materials.
- Levi Walls


# [Final addition on March 12, 2020 Between Levi Walls and Jackson]

Timothy Jackson <shermanzelechin@gmail.com>
Thu, Mar 12, 9:19PM
to Levi
Dear Levi,
I am sorry to burden you with this, but will do so anyway! I hope that it might still be possible to make one last addition to my conclusion without throwing the train off the track. Could you please insert the few sentences indicated in red in the final paragraph, and one last footnote. I think that the point is significantly important to try to make it, albeit just before the train leaves the station!
Although we now live in an era of "alternative facts," I believe that demagoguery and intellectual dishonesty must not go unanswered. We have seen what occurs when this happens on a massive scale, with catastrophic results in the 20th century, and now again in our own time. I was not present when Ewell spoke at the SMT plenary session, but I heard about the standing ovation he received, which, to my mind, is just as worrying as his talk itself. The warm reception, the applause that Ewell earned there, is as outrageous and dangerous as the contents of his speech, and bespeaks the sorry state of the field of music theory generally these days. Schenkerians of the different pedagogical schools have always "decoupled" ideological claims from music theoretical approaches. Furthermore, not only did Schenker's own ideas about politics and race evolve considerably (as I have shown), so did his analytical methodology (as Pastille, Bent, and others have amply documented). Looking back, at least two generations of

31

Schenkerians have explored and critiqued the evolutions of both aspects. For example, what a tremendous transformation there is between Schenker's early and later ideas about just the particular issue of organicism; the same holds true for his views of race, which also changed dramatically![i] Ewell assures us that Schenker would have objected to "decoupling" his philosophical, historical, political, racial, and other ideas from his music theory. But is this claim really as self-evident as it might initially seem, since the question then becomes: which philosophical-historical-political ideas cannot be disassociated from which stages of music-theoretical development, given the very significant advances in both dimensions? Therefore, even Schenker himself must have recognized, especially late in his career, not only the possibility, but the absolute necessity of such decoupling. Some would like to demolish the classical canon of "Bach-to-Brahms," falsely claiming it to be exclusively a "white male" elitist meritocracy, and arguing that we should replace it with putatively egalitarian pop, hip-hop, punk, and world musics. This is a mischaracterization because the great tradition of classical music includes Black, Jewish, and female composers, and remains, as Schenker ultimately recognized, an "elitism of the hearing of the spirit, not of race." A colleague recently wondered - given the apparent current lack of focus on "the notes" of complete pieces within the Bach-to-Brahms canon (unfortunately, also a concept associated with Schenkerian analysis) - if we music theorists were not now metamorphosing into non-theorists. In other words, by divorcing ourselves from the detailed investigation of the structure of pieces within the canon - which now, because deemed elitist, becomes obsolete - we will all wake up one morning soon, just like the protagonist of Kafka's *Metamorphosis*, who found himself a giant beetle. But, perhaps, just as Schenker finally saw the light, albeit late in life, we music theorists will eventually also come to our senses.

In all cases, better late than never.

[i] William Pastille, "Heinrich Schenker, Anti-Organicist," *19th-Century Music,* Vol. 8, No. 1 (Summer, 1984), pp. 29-36.

Walls, Levi <LeviWalls@my.unt.edu>
Thu, Mar 12, 9:39PM
to me
Dear Dr. Jackson,
No worries, I still have to put the page numbers for Slottow and Wiener into your response, anyway. As soon as I have Dr. Slottow's response, I will know the page numbers for sure, and will be able to cite them in yours. So I will add these sentences while I am at it. And all the other changes were incorporated as well. Dr. Slottow may have a point about the Kafka reference. I can see some of our ethnomusicologist colleagues taking it the wrong way. It's up to you, of course, but it may be better to frame that last point in a more positive way. Perhaps, instead of placing a value judgement on ethnomusicology, you might consider framing the issue in terms of there being a good reason that theory, musicology, and ethnomusicology are different fields, because ethnomusicology, you might consider framing the issue in terms of there being a good reason that theory, musicology, and ethnomusicology are different fields, because they have different aims. In other words, the three branches are

32

UNT_002680

separate but equal (for lack of a phrase without such baggage), and equilibrium will only result in a less diverse range of perspectives.
But, again, you could go either way.
Regards,
Levi Walls


Walls, Levi <LeviWalls@my.unt.edu>
Thu, Mar 12, 10:03PM
to me
I've added the new sentences. I'm just waiting for those page numbers now. As soon as I get Dr. Slottow's response, I'll add the page numbers for Slottow and Wiener. As you previously specified I'll format it like so: "Since Stephen Slottow addresses that issue (pp. x-x)..." "Furthermore, as Barry Wiener shows (pp. xx)..."
- Levi Walls


Timothy Jackson <shermanzelechin@gmail.com>
Thu, Mar 12, 10:15PM
to Levi
Great!
By the way, I added you to my Skype contacts! So that way, we can talk if needed.

Best, Tim

## [Correspondence concerning the final proofs going to press, March 13, 2020]

*All of the responses were read by Ben Graf, Levi Walls, Stephen Slottow, and Karen at UNT press. If there were further concerns about expressions of "racism" or other issues, they were not expressed.*

Graf, Benjamin <Benjamin.Graf@unt.edu>
Mar 13, 2020, 8:24 PM
to Levi, Stephen, me
Colleagues,
I responded to Tim's inquiry but only to Levi (by mistake). I collected bios and contributor agreement forms together so we will get them
shortly! Thank you for the reminder Tim!
Best,
Ben
Benjamin Graf, Ph.D.
University of North Texas
Music History, Theory and Ethnomusicology
Office: MU215

33

Timothy Jackson <shermanzelechin@gmail.com>
Fri, Mar 13, 7:50 AM
to Benjamin, Levi, Stephen
Dear Levi and Ben,
It seems like we are ready to go. Might it be possible to see proofs of the entire Ewell
response section for one final check before it goes to press?
Best wishes,
Tim

Walls, Levi <LeviWalls@my.unt.edu>
Fri, Mar 13, 9:39AM
to Stephen, me, Benjamin
Hi all,
Sure, I'll send the files in a bit. I'm just double checking page numbers.
Karen is also looking over them, as she always does before it goes to print, so
we'll have an extra line of defense (though I don't really intend us to need
one, but you never know).
Regards,
Levi Walls


# [Suggestions on Slottow's Conclusion on March 13, 2020]
Your conclusion
Inbox x
Timothy Jackson <shermanzelechin@gmail.com>
Thu, Mar 12, 8:09 PM to Stephen

Dear Stephen,
The conclusion definitely strengthens and rounds out the piece.
"Schenker may have believed at some points in his evolution? that his political
and racial beliefs were indistinguishable from his music theory and analytical
methodology, but his successors haven't agreed, finding something very valuable
in the latter but not in the former."
You might mention, in a footnote to this sentence, your article on teaching lines,
where Schenkerians of the quite different branches have nevertheless always
decoupled ideological claims from music theoretical approach. Furthermore, not
only did Schenker's own ideas about politics and race evolve considerably (as I
show), so did his analytical methodology (as Pastille, Bent, and others have
demonstrated). Looking back, Schenkerians have explored and critiqued the
evolutions of both. For example,
Heinrich Schenker, Anti-Organicist
William A. Pastille
*19th-Century Music*
Vol. 8, No. 1 (Summer, 1984), pp. 29-36.
What a tremendous evolution between Schenker's early and late ideas about just

UNT_002682

this particular issue of organicism, and the same for his views of race! Ewell assures us that Schenker would have objected to "decoupling" his philosophical, historical, political, racial, and other ideas from his music theory. But is that claim about Schenker as self-evident as it might seem, since the question then becomes *which* philosophical-historical-political ideas cannot be decoupled from which stage of his music theoretical development, given the significant changes in both dimensions? Might you mention this?

However, in this important sentence: "Citing similar language in statements about politics and race on the one hand, and tonal function and the *Ursatz* on the other, suggests a false equivalence, the "will of the tones" notwithstanding.

I do not understand what you mean here by the qualification, "the "will of the tones" notwithstanding." Could you please explain.

Footnote 12 is missing a quotation mark: [1] William Rothstein, "The Americanization of Heinrich Schenker." In Hedi Siegel, ed., Schenker Studies, (Cambridge: Cambridge University Press), 1990: 193-203.

Stephen Slottow <sslottow@gmail.com>
Fri, Mar 13, 3:48 AM
to me
Tim,

Thank you for your timely critique.

I've implemented many of your points. See comments in bold.

"Furthermore, not only did Schenker's own ideas about politics and race evolve considerably (as I show), so did his analytical methodology (as Pastille, Bent, and others have demonstrated)." What is the Bent reference?

"What a tremendous evolution between Schenker's early and late ideas about just this particular issue of organicism, and the same for his views of race! Ewell assures us that Schenker would have objected to "decoupling" his philosophical, historical, political, racial, and other ideas from his music theory. But is that claim about Schenker as self-evident as it might seem, since the question then becomes *which* philosophical-historical-political ideas cannot be decoupled from which stage of his music theoretical development, given the significant changes in both dimensions? Might you mention this?" I'm thinking about this. It's an important point, but I don't see how I can just "mention" it without laying it out in some detail--and that would take more research and writing than there is time for now. If SMT accepts it I'll devote time to making this point. I have made the point that neither Schenker's historical/political/etc. views nor his music theory/analytical methodology were static. I refer to your response for the former, but I need a good reference for the latter. That's why I'm asking about the Bent ref.

"However, in this important sentence: "Citing similar language in statements about politics and race on the one hand, and tonal function and the *Ursatz* on the other, suggests a false equivalence, the "will of the tones" notwithstanding. I do not understand what you mean here by the qualification, "the "will of the tones" notwithstanding." Could you please explain." I was making a sort of pun that, despite the "will of the tones" (Tonville), equating statements about tones

35

with statements about people can only go so far. I've deleted that bit.
By the way, how does one, I wonder, handle attendance in online teaching? Or take questions? Or should attendance even count any more?
-sps

# [More Corrections on Pomeroy and Pellegrin on March 13, 2020]

**Pomeroy corrections**

Timothy Jackson Fri, Mar 13, 5:56 PM
Dear Levi, In Pomeroy,
Der Dreiklang needs to be italicized, both as a foreign expression and as the title of a journal. In this sentence, albeit within parenthesis.

Walls, Levi Fri, Mar 13, 6:46 PM
That's good. Fixing now. Though I let a few things slip by, considering the sheer volume of things I fixed in all the responses, I'm satisfied that only a thing

From: Walls, Levi <LeviWalls@my.unt.edu>
Sent: Friday, March 13, 2020 4:46 PM
To: Timothy Jackson <shermanzelechin@gmail.com>
Subject: Re: [EXT] Pomeroy corrections
2 Attachments

Thanks!
Done. Looks good.

Walls,Levi <LeviWalls@my.unt.edu>
Fri, Mar 13, 6:46 PM
to me
That's good. Fixing now. Though I let a few things slip by, considering the sheer volume of things I fixed in all the responses, I'm satisfied that only a thing here and there was wrong. Karen will also be having a go at these before they go to print, just in case. Also, the Wiener response has an incorrect date in it ("2109") but I've already changed it to 2019.

Timothy Jackson <shermanzelechin@gmail.com>
Fri, Mar 13, 5:37 PM
to Levi, Benjamin, Stephen
Dear Colleagues,
I read through Pellegrin's contribution, and found only one small thing: "America's classical music"; place quotation mark outside semicolon

36

Walls, Levi <LeviWalls@my.unt.edu>
Fri, Mar 13, 5:42 PM
to Stephen, me, Benjamin

Walls, Levi <LeviWalls@my.unt.edu>
Fri, Mar 13, 5:42PM
to Stephen, me, Benjamin
Fixed!
- Levi Walls


Walls, Levi <LeviWalls@my.unt.edu>
Mar 13, 2020, 5:56 PM
to me, Benjamin, Stephen
Oh, and I'm attaching the Segall response, which I think was actually just Wiener again in the version I sent you. I'm just having trouble exporting it right this minute. So it should show up in a little bit.

From: Walls, Levi <LeviWalls@my.unt.edu>
Sent: Friday, March 13, 2020 3:41 PM
To: Timothy Jackson <shermanzelechin@gmail.com>; Graf, Benjamin <Benjamin.Graf@unt.edu>; Slottow, Stephen <Stephen.Slottow@unt.edu>
Subject: Re: [EXT] Pellegrin
Fixed!
- Levi Walls


From: Timothy Jackson <shermanzelechin@gmail.com>
Sent: Friday, March 13, 2020 3:37 PM
To: Walls, Levi <LeviWalls@my.unt.edu>; Graf, Benjamin <Benjamin.Graf@unt.edu>; Slottow, Stephen <Stephen.Slottow@unt.edu>
Subject: [EXT] Pellegrin
Dear Colleagues,

I read through Pellegrin's contribution, and found only one small thing:
"America's classical music"; place quotation mark outside semicolon


Timothy Jackson Mar 13, 2020, 6:01 PM
No, I got Segall, and will look through it tonight. Did you make all of the not insignificant corrections to Slottow? I am unsure whether I received the correct

Walls, Levi <LeviWalls@my.unt.edu>
Mar 13, 2020, 6:03 PM
to me
Haha. That must have been it.
I did make those changes to Dr. Slottow's shortly after he brought them up. I sent

37

**UNT_002685**

it to him and he confirmed that it looked good. But I will attach it for you if you'd like to see.
- Levi Walls

Timothy Jackson Mar 13, 2020, 6:04 PM
Yes, I should eyeball it once to see if there are any small issues.


Walls, Levi Mar 13, 2020, 6:05 PM
Sure thing. Thanks for the extra set of eyes!

From: Timothy Jackson <shermanzelechin@gmail.com>
Sent: Friday,
March 13, 2020 4:04 PM

Timothy Jackson Mar 13, 2020, 6:06 PM
Just between us, I like Pelligrin's response, which I find thoughtful and intelligent. I understand Clark's point, but she completely misconstrues and misunderstands Schenkerian analysis.

Walls, Levi <LeviWalls@my.unt.edu>
Mar 13, 2020, 6:26 PM
to me
I quite liked his as well. Rich and I discussed his response when I sent notes. I had suggested some minor rhetorical additions that better connects the defense of hierarchy to Ewell's ideas (in the middle, some time goes by without mentioning Ewell). But he expressed a discomfort toward pushing back too much against Ewell *specifically* because he didn't want his response to be misconstrued as racist. Of course, I said that I understood and it was entirely up to him. It would have been nice if he had included a refutation of Agawu's Schubert argument (as mentioned in Clark); but I couldn't have suggested that to him, because I would have been stacking the deck against Clark. And I'm meant to be impartial.
Yes, the idea that Schenkerian analysis inherently ignores parts of an analysis that don't fit into the fundamental structure is a severe misunderstanding. The focal point of many good graphs is how works *don't* adhere to that stucture; if the goal was always simply "let's show how this piece expresses the *Ursatz"* (as many non-Schenkerian believe), such an analysis would most likely be unnuanced and boring.


From: Timothy Jackson <shermanzelechin@gmail.com>
Sent: Friday, March 13, 2020 4:06 PM
To: Walls, Levi <LeviWalls@my.unt.edu>
Subject: Re: [EXT] Pellegrin
Could you make one last addition to mine

38

Timothy Jackson <shermanzelechin@gmail.com>
Fri, Mar 13, 3:50 PM
to Levi

Dear Levi,
One last addition to my conclusion, indicated in blue. Also, could you please put the "which" indicated in blue in italics.
For example, what a tremendous transformation there was between Schenker's early and later ideas about just the particular issue of organicism; the same holds true for his views of race, which also changed dramatically![i] Schenker's critics assume that his cultural-political ideas were immutable, but in fact they were not: just as there were u-turns in the rapid developments in his analytical methodology and his readings of specific pieces, so too they occur in the ideological realm in his transformation from anti-organicist to organicist, racist to non-racist, etc.. To call attention to just one further striking example, Schenker's perception of the United States evolved significantly in his last years. For most of his life, Schenker had held America and Americans in low esteem, as is evidenced from the quotation given above and many other comments until the later 1920s. However, after Weisse emigrated to America in 1931 and began sending Schenker reports about the enthusiastic reception of his theory there, and especially after *Five Analyses in Sketchform* was published by the David Mannes Music School in 1933 with an English translation of Schenker's introduction, the great theorist's opinion of America became decidedly more positive! Ewell assures us that Schenker would have objected to "decoupling" his philosophical, historical, political, racial, and other ideas from his music theory. But is this claim, even if true, really as selfevident as it might initially seem, since the question then
becomes: *which* philosophical-historical-political ideas cannot be decoupled from which stages of music-theoretical development, given the very significant evolutions in both dimensions?
Then the last paragraph should start here:
Some would like to demolish the classical canon of "Bach-to-Brahms," falsely claiming it to be exclusively a "white male" elitist meritocracy, and arguing that we should replace it with putatively egalitarian pop, hip-hop, punk, and world musics. This is a mischaracterization because the great tradition of classical music includes Black, Jewish, and female composers, and remains, as Schenker ultimately recognized, an "elitism of the hearing of the spirit, not of race." A colleague recently wondered - given the apparent current lack of focus on "the notes" of complete pieces within the Bach-to-Brahms canon (unfortunately, also a concept associated with Schenkerian analysis) - if we music theorists were not now metamorphosing into non-theorists. In other words, by divorcing ourselves from the detailed investigation of the structure of pieces within the canon - which now, because deemed elitist, becomes obsolete - we will all wake up one morning soon, just like the protagonist of Kafka's *Metamorphosis*, who found himself a giant beetle. But, perhaps, just as Schenker finally saw the light, albeit late in life, we music theorists will eventually also come to our senses. In all cases, better late than never.

UNT_002687

[i] William Pastille, "Heinrich Schenker, Anti-Organicist," *19th-Century Music,* Vol. 8, No. 1 (Summer, 1984), pp. 29-36.

## [Correspondence between the board, Alan Cadwallader, Berry Wiener, Mar. 14-24, 2020]

### In the end, Cadwallader submitted his response.

Important-- JSS Contributor Agreement Form schenker <schenker@unt.edu>
Sat, Mar 14, 9:00 PM
to Benjamin, me, Stephen, Levi
Dear JSS authors and advisory board,
As we put the finishing touches on volume 12 of our journal, I ask all contributors to reply (not reply all) with the following items within the next few business days:
1) Signed and dated contributor agreement form (see attached)
2) Current mailing address (for the distribution of your print copy)
3) Short bio for the "contributors" section (only 2-4 sentences please)
Levi Walls has done excellent work on this volume and the journal will be in good hands as he takes over sole editorship of the JSS. In my view, the additional content that we collected this winter following Ewell's SMT plenary makes a great addition to an already remarkable publication. Later this week, Levi will take on some additional responsibilities, so I will be keeping track of these forms and publisher information. All three items should be fairly simple to return, so thank you in advance for your prompt attention to these items.
Cheers to getting this to press!
Sincerely,
Ben Graf

Attachments area

Stephen Lett Tue, Mar 17, 2:07 PM
Dear Ben (and board),
Cheers! I am attaching my signed contributor agreement. My address is: 114 Elliott Ave Apt 203 Charlottesville, VA 22902
My bio is: Stephe

schenker <schenker@unt.edu>
Fri, Mar 20, 4:15 PM
to Allen, me, Stephen
Allen,
I hope this message finds you well. Is there any way that you could write a one or two sentence permission to print your contribution? UNT Press has approved my request for simpler, electronic written permissions during this time.
I think I can speak for all of us when I say that we would hate to see your section excluded! I include Tim and Stephen on carbon copy if they would like to echo my sentiments.

UNT_002688

Please advise how we should proceed.
Best,
Ben

From: Allen Cadwallader <cadwallader78@gmail.com>
Sent: Saturday, March 14, 2020 9:02 PM
To: schenker <schenker@unt.edu>
Subject: [EXT] Re: Important-- JSS Contributor Agreement Form
I'm sorry I'm not in a position to do all of this right now. Please exclude my
contribution from the volume
On Sat, Mar 14, 2020 at 10:00 PM schenker <schenker@unt.edu> wrote:
...

Barry Wiener Tue, Mar 24, 3:18 AM
Dear Tim and Ben, I just reread my article. If possible, I hope you can make two last-
minute changes/adjustments. If it's too late, I will understand. p. 197, c

schenker
Tue, Mar 24, 6:59 PM
Dear Barry,
We'll be submitting the journal to the press later this evening (pending the tying up of
one final loose end) so I went ahead and made those two cha

Barry Wiener <bwiener8@icloud.com>
Tue, Mar 24, 7:13PM
to schenker, me
Dear Levi,
Thanks. I just checked it.
I hope that everything is going well with you and your family.
All best,
Barry
2 Attachments
Support for you
Inbox

# [More Corrections among Wiener, Jackson, and Levi Walls, March 13-14, 2020]
*There are very collegial discussions/exchanges about some responses with Levi Walls.*

Re: [EXT] More corrections
schenker <schenker@unt.edu>
Sat, Mar 14, 9:11 AM
to Barry, me

41

Hi Barry,
Thanks, I'll address all of these changes (including in yours and Slottow's).
Regards,
Levi Walls

From: Barry Wiener <bwiener8@icloud.com>
Sent: Saturday, March 14, 2020 12:28:18 AM
To: schenker <schenker@unt.edu>
Subject: [EXT] More corrections
Dear Levi,
Here are some small errors that I noted in the articles:
Beach
p. 127 I was taught very old-fashioned (non-musical) theory [What does this mean?]
p. 127 I, for one, would welcome into the analytical canon words [works] by both black and women composers.
Boss
p. 132 It seems to me that one of Allen Forte's priorities as
a practicioner [practitioner] of Schenkerian analysis was to use the method to illustrate the genius of musicians who wrote in popular styles
Cadwallader
p. 136, note 5
"We stand before a Herculaneum and Pompeii of music! All musical culture is buried; the very tonal material—that foundation of music which artists, transcending the spare clue provided by the overtone series, created anew in all respects from with [within] themselves—is demolished."
p. 137: Notes 7, 8, and 9 are missing.
Anonymous, p. 200
What I do know is this: that the historical context is of upmost [utmost] importance for a topic like this.
For Schenker to have not, at some point, hold [held] those beliefs would be truly exceptional.
All best,
Barry

schenker <schenker@unt.edu>
Mar 14, 2020, 9:47 AM
to Barry, me
Alright, and these are fixed. Luckily, we'd already caught a few of them. Thanks so much for the extra set of eyes! Just let me know about Lād in your article and we should be good to go.
- Levi Walls

From: schenker <schenker@unt.edu>
Sent: Saturday, March 14, 2020 9:11 AM

42

UNT_002690

To: Barry Wiener <bwiener8@icloud.com>
Cc: Timothy Jackson <shermanzelechin@gmail.com>

Subject: Re: [EXT] More corrections
Hi Barry,
Thanks, I'll address all of these changes (including in yours and Slottow's).
Regards,
Levi Walls

...

[Message clipped] View entire message
Timothy Jackson <shermanzelechin@gmail.com>
Mar 14, 2020, 10:41 AM
to Levi, schenker
Dear Levi,
Beach p. 127 "I was taught very old-fashioned (non-musical) theory"
In the Beach, this is NOT a mistake, even though Barry queried it. Beach is being
sarcastic, and referring to the Roman numeral labeling type of music theory that is
still widely taught. So please don't touch that!
I assume that we collectively have caught everything now. I have to be honest that
I was too "turned off" by Segall to go through his response. Barry did read it
through carefully and found nothing wrong, so I am willing to trust him on that.
Ben says that he has requested short bios from all contributors. We need to proof
those too. I need to send you a couple of sentences - right? Also Stephen Slottow.
Don't forget to ask him.
I appreciate your own comment about Clark. Of all of the more supportive
comments for Ewell, I find Clark's the most interesting, and also the most worthy
of careful and systematic rebuttal. I understand why she thinks as she does, and I
would like to explain why her two main hypotheses are misguided, both about the
inter-relationship between Schenker's ideas and ideology and his analytical
technique and his putative "exclusion" of certain musical features in the song
analyses. Re. the first, Clark (like Ewell) incorrectly wants to freeze Schenker's
ideological positions in order to reject them, when they were in flux and
metamorphosed into their opposites. I think that I made this point in my response:
so "which" ideological position reasonably be inextricably aligned with "which"
part of the analytical technique? But the most important and interesting part of her
response - to me at least - concerns her point about "exclusion." Ironically,
Schenker's putative exclusion of these important musical aspects - which is no
exclusion at all - tells us more about their impact on the structure and semantics
of these Lieder than her seeming valorization of them ever could! I need to unpack
this point.
Best wishes, and thank-you for your hard work!
Tim

UNT_002691

**[Updated files put together into a single PDF and printing timeline on March 14, 2020]**
**-discussions among Levi Walls, Slottow, Graf, and Jackson]**

Walls, Levi <LeviWalls@my.unt.edu>
Sat, Mar 14, 4:55 PM
to me, Stephen, Benjamin
Hi all,
Using all the updated versions of articles, I've put everything together with accurate layout (so that new items begin on odd pages, as per house style) and page numbers (and pp. citations in Jackson and Boss have been updated). Please find this file attached.
In just a minute, I will send updated PDFs of separate articles to their respective authors, asking them to (once more) confirm that their contribution is to their specifications. Just to be sure.
Our current timeline looks like this: Dr. Graf is contacting authors with contributor agreements and a request for a short (2–3 sentence) bio. Those will be coming in a few days. Karen says she will finish her own proofreading by the end of this coming week. If Karen has any corrections that need to be made, Dr. Graf and I will quickly make those changes. After that, we should be about ready to go. So, in conclusion, printing should occur around March 23rd. Dr. Graf, does this sound about right?
Thanks for your work, everyone!
Regards,
Levi Walls
...

Walls, Levi <LeviWalls@my.unt.edu>
Mar 14, 2020, 5:51 PM
to Benjamin, Stephen, me
I'm doing it now so we can see what it looks like and compare. I'll send when I'm done.
- Levi Walls


From: Walls, Levi <LeviWalls@my.unt.edu>
Sent: Saturday, March 14, 2020 3:43:50 PM
To: Timothy Jackson <shermanzelechin@gmail.com>
Subject: Re: [EXT] Re: Updated files put together into a single PDF and printing timeline
...

UNT_002692

Walls, Levi <LeviWalls@my.unt.edu>
Mar 14, 2020, 6:15PM
to Benjamin, Step
hen, me
Alright. What do we think of this? I did it quickly, so I'll need to double check it, but as a sample, do we like it better? Again, I'm okay with either.
- Levi Walls


Attachments area

Timothy Jackson <shermanzelechin@gmail.com>
Mar 14, 2020, 6:27 PM
to Levi, Benjamin, Stephen
Personally, I think that it is really much better this way. Then we don't need a separate table of contents later, which is awkward.
On the front cover, it should say, "With contributions by......" these authors, and list the names in alphabetical order.
At the end, it should say BIBLIOGRAPHY FOR THE RESPONSES
Tim


Timothy Jackson Mar 14, 2020, 6:29 PM
First Proof of Volume 12.

Timothy Jackson<shermanzelechin@gmail.com> wrote: First Proof
of Volume 12.

Walls, Levi <LeviWalls@my.unt.edu>
Mar 14, 2020, 7:44 PM
to Benjamin, Stephen, me
Hi all,
Okay, here is a version that has the "Bibliography for the Responses" in the ToC. I've also changed the "Introduction to Symposium on..." to have no list of authors (as we now have that part in the ToC). I also changed the heading for the final Bibliography to "Bibliography to the Responses."
Regards,
Levi Walls
From: Timothy Jackson <shermanzelechin@gmail.com>
Sent: Saturday, March 14, 2020 4:27 PM
To: Walls, Levi <LeviWalls@my.unt.edu>
Cc: Graf, Benjamin <Benjamin.Graf@unt.edu>; Slottow, Stephen <Stephen.Slottow@unt.edu>
...
[Message clipped]  View entire message

45

Slottow, Stephen <Stephen.Slottow@unt.edu>
Mar 14, 2020, 8:05 PM
to Levi, Benjamin, me
I agree with Tim that each response should have it's on page numbers. But other changes should be made:
Symposium [or SYMPOSIUM] on Philip Ewell's SMT 2019 Plenary Paper, "Music Theory's White Racial Frame" should stand by itself, since it is the title to the concluding section of the issue.
Then "Introduction" [NOT "intro"] should be the first item of the symposium. I think that probably all of the items of the symposium (except the main heading) should be indented a bit so that they are clearly and graphically shown to be parts of and under the main heading: "Symposium for Philip...."
As it is now, there is a confusion of levels--really! The main heading is a middleground event, so to speak, and each item of the symposium is a foreground event that composes out the middleground event.
CONTRIBUTORS should not be indented, since it is not a subhead of the symposium.
-sps


Walls, Levi <LeviWalls@my.unt.edu>
Mar 14, 2020, 9:21 PM
to Stephen, Benjamin, me

Levels addressed. In past volumes, names of authors have been all capitalized, as well as titles of sections (like CONTRIBUTORS). Should I all-cap "Symposium on Philip Ewell's SMT 2019 Plenary Paper, 'Music Theory's White Racial Frame'"? It seems like a bit much. Or just capitalize "Symposium" (SYMPOSIUM)? Or leave as is?
- Levi Walls


Walls, Levi <LeviWalls@my.unt.edu>
Mar 14, 2020, 9:22 PM
to Stephen, Benjamin, me
ps. I'm putting more space between Clark and Cook.


From: Walls, Levi <LeviWalls@my.unt.edu>
Sent: Saturday, March 14, 2020 9:20 PM
To: Slottow, Stephen <Stephen.Slottow@unt.edu>; Graf, Benjamin <Benjamin.Graf@unt.edu>; Timothy Jackson <shermanzelechin@gmail.com>

Subject: Re: [EXT] Re: Updated files put together into a single PDF and printing timeline

UNT_002694

Levels addressed. In past volumes, names of authors have been all capitalized, as well as titles of sections (like CONTRIBUTORS). Should I all-cap "Symposium on Philip Ewell's SMT 2019 Plenary Paper, 'Music Theory's White Racial Frame'"? It seems like a bit much. Or just capitalize "Symposium" (SYMPOSIUM)? Or leave as is?

- Levi Walls


From: Walls, Levi <LeviWalls@my.unt.edu>
Sent: Saturday, March 14, 2020 6:15 PM
To: Graf, Benjamin <Benjamin.Graf@unt.edu>; Slottow, Stephen <Stephen.Slottow@unt.edu>; Timothy Jackson <shermanzelechin@gmail.com>
Subject: Re: [EXT] Re: Updated files put together into a single PDF and printing timeline
Alright. What do we think of this? I did it quickly, so I'll need to double check it, but as a sample, do we like it better? Again, I'm okay with either.
- Levi Walls


From: Walls, Levi <LeviWalls@my.unt.edu>
Sent: Saturday, March 14, 2020 3:51 PM
To: Graf, Benjamin <Benjamin.Graf@unt.edu>; Slottow, Stephen <Stephen.Slottow@unt.edu>; Timothy Jackson <shermanzelechin@gmail.com>
Subject: Re: [EXT] Re: Updated files put together into a single PDF and printing timeline
I'm doing it now so we can see what it looks like and compare. I'll send when I'm done.
- Levi Walls


From: Walls, Levi <LeviWalls@my.unt.edu>
Sent: Saturday, March 14, 2020 3:44 PM
To: Graf, Benjamin <Benjamin.Graf@unt.edu>; Slottow, Stephen <Stephen.Slottow@unt.edu>
Subject: Fw: [EXT] Re: Updated files put together into a single PDF and printing timeline
Forgot to reply all


From: Walls, Levi <LeviWalls@my.unt.edu>
Sent: Saturday, March 14, 2020 3:43:50 PM
To: Timothy Jackson <shermanzelechin@gmail.com>
Subject: Re: [EXT] Re: Updated files put together into a single PDF and printing timeline
Hi all,
I don't have a strong preference for one or the other solution. Luckily, it works

47

UNT_002695

out so that it won't require a full reformatting of the page numbers. So, it will be a simple change. Shall I do it?
Regards,
Levi Walls


From: Timothy Jackson <shermanzelechin@gmail.com>
Sent: Saturday, March 14, 2020 3:29:09 PM
To: Graf, Benjamin <Benjamin.Graf@unt.edu>
Cc: Walls, Levi <LeviWalls@my.unt.edu>; Slottow, Stephen <Stephen.Slottow@unt.edu>
Subject: [EXT] Re: Updated files put together into a single PDF and printing timeline
Dear Colleague,
I think that the *front* table of contents should list the authors and page numbers for the responses to Ewell. In other words, they should be treated like short articles, which is what most of them actually are.
Perhaps then, we can dispense with the list of contributors art the beginning of the section of responses as redundant.
Do you agree?
Best, Tim


On Sat, Mar 14, 2020 at 4:57 PM Graf, Benjamin <Benjamin.Graf@unt.edu> wrote:
Confirmed, thank you Levi!
BG
Benjamin Graf, Ph.D.
University of North Texas
Music History, Theory and Ethnomusicology
Office: MU215


From: Walls, Levi <LeviWalls@my.unt.edu>
Sent: Saturday, March 14, 2020 4:55:05 PM
To: Timothy Jackson <shermanzelechin@gmail.com>; Slottow, Stephen <Stephen.Slottow@unt.edu>; Graf, Benjamin <Benjamin.Graf@unt.edu>
Subject: Updated files put together into a single PDF and printing timeline
Hi all,
Using all the updated versions of articles, I've put everything together with accurate layout (so that new items begin on odd pages, as per house style) and page numbers (and pp. citations in Jackson and Boss have been updated). Please find this file attached.
In just a minute, I will send updated PDFs of separate articles to their respective authors, asking them to (once more) confirm that their contribution is to their specifications. Just to be sure.
Our current timeline looks like this: Dr. Graf is contacting authors with

48

contributor agreements and a request for a short (2–3 sentence) bio. Those will be coming in a few days. Karen says she will finish her own proofreading by the end of this coming week. If Karen has any corrections that need to be made, Dr. Graf and I will quickly make those changes. After that, we should be about ready to go. So, in conclusion, printing should occur around March 23rd. Dr. Graf, does this sound about right?

Thanks for your work, everyone!

Regards,

Levi Walls


## [Final Article Confirmation, March 14, 2020]

schenker <schenker@unt.edu>

Sat, Mar 14, 5:33 PM

to me

Dear *JSS* contributor,

Attached is the "final" PDF setting of your article. This current version incorporates the page numbers and layout that will appear in the printed journal. Minor corrections may also have been made, as the journal has undergone the near-final stages of proofing. In order to be certain that the final product is to your specifications, please take the next several days to review the attached file for accuracy. You may take up until Wednesday (3/18) in order to have time for careful review.

In the next few days, our editor Ben Graf will contact you regarding the contributor agreement and request for a short (2–3 page) bio. So please be on the lookout for that email.

Thank you for your contribution to the *JSS*, and I look forward to hearing from you.

Regards,

Levi Walls

Assistant Editor, *JSS*


## [Correspondence between Ben Graf and Barry Wiener (one of the contra contributors to the JSS) on March 14 and 20, 2020]

On Mar 14, 2020, at 10:00 PM, schenker <schenker@unt.edu> wrote:

Dear JSS authors and advisory board,

As we put the finishing touches on volume 12 of our journal, I ask all contributors to reply (not reply all) with the following items within the next few business days:

1) Signed and dated contributor agreement form (see attached)

2) Current mailing address (for the distribution of your print copy)

3) Short bio for the "contributors" section (only 2-4 sentences please)

Levi Walls has done excellent work on this volume and the journal will be in good

49

hands as he takes over sole editorship of the JSS. In my view, the additional content that we collected this winter following Ewell's SMT plenary makes a great addition to an already remarkable publication. Later this week, Levi will take on some additional responsibilities, so I will be keeping track of these forms and publisher information. All three items should be fairly simple to return, so thank you in advance for your prompt attention to these items.

Cheers to getting this to press!

Sincerely,

Ben Graf

On 20 March, Ben Graf wrote to Wiener:

Thank you Barry! I should note that I enjoyed reading your response to Ewell. I am so glad you could contribute to this volume.

Best,

Ben


## [**Close to printing, May 2020**]

Walls, Levi

Thu 5/21/2020 9:25 PM

To: Slottow, Stephen; Graf, Benjamin; Jackson, Timothy

Hi Dr. Slottow, and all,

As per house style and previous issues, new articles are to start on odd numbered pages, and if the previous article ends on an odd numbered page, the following even page is to be left blank. In regard to the Schachter article, Ben and I had discussed it and, after some consideration, weren't sure about singling out Schachter's article for republication because it would have been construed by some as a statement of a particular position on the part of the journal.

Congratulations on your promotion!

Regards,

Levi Walls


Slottow, Stephen

Wed 5/20/2020 11:10 PM

To: Walls, Levi; Graf, Benjamin; Jackson, Timothy

Levi (cc to Ben&Tim),

I was just now looking through the proofs for JSS 2019 and noticed numerous blank pages. Have these been removed? If not, why not?

Thanks,

-sps


Timothy Jackson <shermanzelechin@gmail.com>

Apr 9, 2020, 11:12 PM

to Cary

50

UNT_002698

Dear Prof. Nelson,
Here is the latest issue of the *Journal* with the responses to Ewell. Please let me
know if you have any problem reading it.
With best wishes,
Tim

Timothy Jackson <shermanzelechin@gmail.com>
Jul 3, 2020, 8:10PM
to Allen
Dear Allen,
Here is the latest issue with the complete symposium. This way, you can read all of
the responses. I hope that this large file reaches you safely.
You absolutely MUST read Barry Wiener's response. He shows how Ewell's
"Schenker quotations" misinterpret Schenker's true meaning.
This is not a matter of honest mistakes, but deliberate manipulation and
decontextualization.
I look forward to your study of Rothgeb's counterpoint teaching very much. It will
greatly enrich the Rothgeb issue. I will dig out the Laufer analysis instruction and
send it to you. It is a bit in the same vein.
Best wishes,
Tim

Timothy Jackson <shermanzelechin@gmail.com>
Jul 3, 2020, 8:13 PM
to Allen
PS. The printed version is out, but I have not yet received a copy due to problems
associated with the pandemic.
By the way, *JSS* is open source, which means that back issues are all available on
line. https://digital.library.unt.edu/explore/collections/JSCS/


## [Levi Walls appointed as an assistant editor to help Ben as editor. Description of his duties.]

Brand, Benjamin
Thu 12/19/2019 3:31 PM
To: Slottow, Stephen; Jackson, Timothy
Cc: Graf, Benjamin
Schenkerian Studies- RA job description.docx
17 KB
Thanks again for putting this together. I've made some very light editorial changes
(e.g. changing references to TA to RA). Ben, could you please forward this on to
Levy if you haven't done so already?
Best,
Benjamin

UNT_002699

Center for Schenkerian Studies — Research Assistant Position Description (12.12.2019)

The position of RA for the Center for Schenkerian Studies is divided into two areas of responsibility: the RA (1) will serve as editor of the Journal of Schenkerian Studies (UNT Press) and (2) will facilitate research activity for the Center for Schenkerian Studies.

I. Editor, Journal of Schenkerian Studies

· Solicit articles, reviews, and other special contributions for each issue of the journal. Distribute submissions to the appropriate reviewers, ideally members of the editorial board, and correspond to authors regarding the status of their respective submissions. For manuscripts that are accepted for publications, work with authors during the revising process and create the layout of each issue using the software InDesign. This includes the typesetting of both complex illustrations and graphical voice-leading analyses. Ultimately, all articles for publication must adhere to the Journal of Schenkerian Studies style sheet.

1

· After creating the final proof, the editor will work with the staff at UNT Press to complete the last revisions, cosmetic changes, placement of advertisements, acknowledgements, etc. so that the PDF document can be sent out for publication. The editor should remain in communication with the advisory board throughout this process.

· Following the release of print copies, the editor distributes copies to both the authors, editorial board members, and advisory board, while maintain a current record of mailing ad-dresses and other pertinent contact information. The recipients are often international, which requires more consultation with the UNT Mailing services and the College of Music budget office.

· As an ongoing routine, the editor checks the Schenkerian Studies email account, responds to inquiries, and distributes promotional materials at conferences, events, etc.

II. Other duties to the Center

· The RA helps maintain and edit the Center's websites, including uploading and editing mate-rial on webpages.

· Other tasks encompass type-setting examples for Journal articles, both music and Schenkerian graphs.

UNT_002700

**Re. Levi Walls' Public Denunciation**

Levi Walls began studying with me in 2016 and ended in July 2020 when he published a public denunciation on his Facebook page reproduced at the end of this document. The extensive email correspondence begins at that time, and continues up to attack. I have reduced many hundreds of emails to this compendium in order to provide a manageable document; every statement is backed up by a dated email either reproduced here or available upon demand.

As may be verified here, I often wrote Levi long emails containing serious discussions of music; there was a free exchange of ideas on female composers of lesser-known but with great value, such as Louise Ferranc, Zara Levina (email from 8/25/2018), Ruth Gibbs (from 9/23/2018), Dora Pejacevic (6/27/2018), Maria Teresa Prieto (from 12/14/2018), etc., our private analytical work together on French opera, such works by Bertin and Berlioz. From these exchanges of information, I never hesitated to send more information on topics of interest to him, always trying to broaden the scope of his knowledge. One can easily see that Levi respected my work and me personally as a great teacher over these four years. He asked me politely if I could be his major professor for his master's thesis (email on July 15, 2017): "...But on that topic! Even though I've been talking to you about my thesis, I don't want to make assumptions: I'd like to work on my thesis with you as my major professor. Would that be acceptable for you? If you have no room, I could also put you as my secondary and you could be my major professor when I do my dissertation." He wrote his masters thesis under me and he asked me to be his doctoral dissertation major professor.

Not only did I consistently provide him with informative materials concerning our mutual interests and my own analytical interpretations of wide range of works, I always complimented him on his progress and sent positive/constructive comments on his development - look at the email from Oct. 8, 2017 "These insights are truly profound! Bravo! You have the essence of a great, penetrating analysis here. So, go forward, and we can meet next Friday....," the email from Nov. 11, 2017 ..."I read through the proposal carefully and think that it is superb." An email from me to Levi on April 17, 2019 says "Thank-you for this (sending the link of his thesis). I am pleased that your writing has made great strides; actually, I am not surprised..." An email from me to Levi on June 9, 2020: "Bravo on the SMT acceptance! Great news indeed!"

Regarding my availability to meet with Levi, one can see I always did my best to meet his needs. For example, I was always willing to meet with him for extra lessons. I constantly was in touch with Levi to help his work during non-regular semesters, such as in May, 2018, and very intensive work including long emails discussing his work, extended over the summer of 2018, June 1-July 31!

Our work on various projects continued and there was always mutual respect and collegiality. I showed Levi every kindness that a professor could show a student. In May-July 2019, I offered to give him some of my LP collection, and stereo equipment I was not using. An email from Levi on June 1, 2019: "Again, thanks so much for the records! I already got a new bookcase for them

1

UNT_002701

and all the operas are now organized. One more bookcase should do it. Oh no, not overwhelmed at all. I can't wait to dive into all the recordings/inserts." From Levi on July 3, 2019: "Thank you for offering more records, I'd be happy to accept. Thus far, one of my favorite recording has been Franck's D minor symphony, under Furtwängler's baton. I read parts of his biography with interest, especially regarding his opposition to the Nazis..."

I always offered full support for his Teaching Fellowship, travel fund, etc., look at the email on Mar. 10, 2017 - I always encouraged him, congratulated him on his achievements.

I wrote Levi a strong recommendation for his application for continuing his doctorate at UNT - see the email from Nov. 13, 2017. I came up with the strongest letter of recommendation (Nov. 30, 2017): "It is with pleasure that I write in the strongest support of Levi Walls's application for a place in the doctoral program in Music Theory at the University of North Texas. This is, in fact, a very easy recommendation to write since Levi is a truly excellent all-round student. He is currently writing his Masters thesis on the opera "L'Esmeralda" by Louise Bertin (based on a libretto by Victor Hugo) under my supervision. I can report that he has made tremendous progress this semester and is on his way to completing a first-class study of the structure of this opera and its connection with the plot (based on Hugo's famous novel, *The Hunchback of Notre Dame*). There is no doubt that Levi is currently one of our strongest Masters students, and I am fully confident that he will prosper in the doctoral program going forward. I have heard that he is an excellent student from all of the other professors with whom he has studied, without any exception, which does not surprise me in the least given what I know of him and his work. Levi enjoys my full and unqualified backing as he progresses with his studies."

The correspondence among Dr. Brand, the Division Chair, Levi, and myself, Feb. 19-20, 2020 shows that I strongly recommended Levi, marking his research "extremely important" for him to receive support from a travel fund for doctoral students so that he could deliver a paper in Newcastle.

Not only did we discuss work-related matters, but we have been on friendly terms, exchanging personal news and family regards.

After our emergency meeting on July 26, 2020, regarding the vicious attack on the Journal on Twitter and other social media, Levi's attitude suddenly completely changed. Please look at the very last part [Self-Criticism by Levi Walls posted on FB, July 27, 2020: Total Transformation].

1. Levi defames my character by claiming he "feared" retaliation from me if he would have given up the job as Schenker TA. There is NO evidence in the correspondence for 4 years showing any kind of abuse of power on my part such that Levi simply had to do whatever I "ordered" him to do. Both verbal and written communications between us were based on mutual collegiality as documented here. I was always proud of his work and came forward with my strongest support on various occasions as described above because I truly believed in his potential capability to develop into a prominent young scholar.

2

2. In his self-criticism, Levi portrays me as a dictator who made all the important decisions by myself, but that is incorrect, as is documented by letters among 5 active advisory board members as well as 2 additional theory faculty members at UNT.  Please read the email from Levi on Nov. 15-19, 2019. He came forward to me *first* with his own opinion and ideas about Prof. Ewell's talk, and he was very critical - especially Levi's email on Nov. 17, 2019 presents a long list of problems concerning Ewell's presentation. After our discussions on emails, I came up with the idea of publishing responses to Ewell's talk in the Journal. When I shared my proposal with Levi, he thought it was very appropriate to do so (Levi's email to me on Nov. 19, 2019) and took the initiative to discuss it with other board members voluntarily without me requesting it at all. His claim that he didn't have any power to do anything on his own is contradicted by the documents!

3. Levi "confesses" in this FB post that he essentially agreed with Ewell and was "dumbfounded" by my disgusting and harmful rhetoric after reading my response. In fact, Levi was unconstrained to criticize the conclusion of my article and urge that I made changes (March 12), and I heeded his and others' advice: "Hi all, Here is the new version of Dr. Jackson's response. Instances of "classical" are uncapitalized, page numbers for Slottow and Wiener are put in. And all the other changes were incorporated as well. Dr. Slottow may have a point about the Kafka reference. I can see some of our ethnomusicologist colleagues taking it the wrong way. It's up to you, of course, but it may be better to frame that last point in a more positive way. Perhaps, instead of placing a value judgement on ethnomusicology, you might consider framing the issue in terms of there being a good reason that theory, musicology, and ethnomusicology are different fields, because ethnomusicology, you might consider framing the issue in terms of there being a good reason that theory, musicology, and ethnomusicology are different fields, because they have different aims. In other words, the three branches are separate but equal (for lack of a phrase without such baggage), and equilibrium will only result in a less diverse range of perspectives. But, again, you could go either way.
Regards,
Levi Walls"

If Levi felt negatively at the beginning of March, why did he keep writing to me both personal and professional emails asking for me to become his dissertation advisor? He certainly didn't have to choose me as his dissertation advisor and it frequently happens that the students change their major professors for the dissertation, not to mention that I have no possibility to harm those students who wish to avoid me. Even on his email from July 25, 2020, he clearly goes against Ewell's and his followers' accusation toward the JSS for being unethical and unprofessional because Ewell was not invited to participate in the same issue, since he wrote: "...I'm also confused about what exactly people want. The responses were to Ewell's paper. Did Ewell want to respond to his own paper? If he wants to respond to the responses to his paper, then that is perfectly reasonable, and I don't think anyone would have a problem with that. We could publish something in the upcoming volume, if that is what people want. But he couldn't have responded to responses that hadn't yet come out...!" If he went through so much inner suffering between March and July as he confessed in his FB post, how can he have acted this way?

3

4. On Dec. 2, 2019, in an email, Levi and Ben Graf both agreed to go forward with publishing responses in the JSS vol. 12, not delaying further. This is documented by Ben's email on Dec. 2 ("We should go forward with the call and be open to publishing more on this matter in future publications.")

5. Levi is a doctoral student who worries about developing his career and just had a baby. I understand his burdens and pressures fully; however, his public defamation of his professor is not the path that a scholar with integrity and personal honor would take. I am profoundly saddened by his false accusations widely publicized on Facebook – accusations by a student of whom I thought very highly. I cannot accept this public defamation of my character as a scholar and a human being, and that is why I feel compelled to share the documentary record, which paints a totally different picture of our student-teacher relationship as it actually existed.

Therefore, documentation of my collegial teacher-student relationship with Levi Walls extending back into 2016 is presented below.

Until Levi Walls' public Facebook denunciation of me I never heard him express any concerns whatsoever about his work with me as his mentor.

In his plenary lecture, Ewell included Allen Forte of Yale alongside Ernst Oster as one who had "whitewashed" Schenker in his slide. According to Ewell, Forte and Oster had colluded to conceal Schenker's "virulent racism." Now, Forte had been Ewell's dissertation advisor at Yale. I know from Madeleine Forte, Allen's widow, that Allen had shown Ewell every kindness and consideration. Even if Ewell's accusation had been true rather than being false, I think that he should never have made it public. I say this because I believe that there is - and should be - *a sacred bond* between teacher and student that is not dissimilar to that between father and son or father and daughter. This is why the Germans refer to a doctoral dissertation advisor as "Doktorvater" or doctoral "father." When I look at the behavior of some of my former students, I have to wonder about their personal code of honor, integrity, and honesty. Does self-preservation justify lying and misrepresentation? Does a student have the right to publicly shame his former teacher, especially one who showed him every kindness, and who went well beyond the call of duty to give him every possible material help and educational advice?

This question of personal integrity continues to haunt me.

**The Idea for the Symposium Evolved from Discussions with Walls, Other Graduate Students and Schenkerians around the World**

Levi asked to discuss Ewell's Plenary Speech with me. The idea that I forced any of my ideas on him – or any other student - is totally false. One can see from this correspondence that he had a clear picture of *shared concerns* about Ewell's presentation from the very beginning. At no time did I censor Levi's views, nor did I doubt that he was sincere in holding his own views.

4

# Meeting

Inbox

### Walls, Levi <LeviWalls@my.unt.edu>

Fri, Nov 15, 2019, 10:18 AM

to me

Dear Dr. Jackson,

Hope you are well! When would you like to get together to talk about Bach? Unfortunately, I haven't had any time to devote to Berlioz lately, as I've been swamped with classes and private teaching. But I would be happy to discuss the Passion in more detail. Of course, you've dedicated considerably more time to it than I have but I can surely follow you and share any thoughts/questions! At the moment, I can't leave Denton Thursday-Sunday because my wife takes the car to work all day. But I can travel monday- wednesday, or meet on campus any day.

Regards,

Levi

### Walls, Levi <LeviWalls@my.unt.edu>

Fri, Nov 15, 2019, 10:40 AM

to me

I would also be very interested in discussing a particular Schenker paper from SMT. You've likely heard about it, as it caused quite a stir. I was very ambivalent about it because it suggested that analysis that utilizes levels of hierarchy is inherently racist, which strikes me as naive. Reinhold Brinkmann made a very similar claim about Lorenz, saying that his desire to have every part of a piece serve some structural whole was totalitarian (and obviously linking that idea to his political beliefs).

- Levi Walls

---

**From:** Walls, Levi
**Sent:** Friday, November 15, 2019 8:18 AM
**To:** Timothy Jackson <shermanzelechin@gmail.com>

5

# Ewell

Inbox

**Timothy Jackson <shermanzelechin@gmail.com>**     Mon, Nov 18, 2019, 8:08 AM

to Levi

Dear Levi,

This is not a reply to your points, which I need to consider, but my own rumination:

Is Ewell making the absurd claim that Schenkerian voice leading analysis is inherently racist, and is his attitude to Schenker and Schenkerians anti-Semitic explicitly or implicitly? (I am reminded of fake news and the world-is-flat people!) Is Ewell a poseur?

I have been thinking that all demagogues have this in common: they use widespread **_legitimate_** grievances - here generalized racism in the US and the challenges it poses to academics of color - to lash out against perceived targets of opportunity. That is what Hitler did with the Jews, and what Trump does today with non-White immigrants and others: in this case, does Ewell seize upon Schenker and Schenkerians - mostly Jews, and mostly immigrants fleeing the Nazis - and blame them for the paucity of Blacks in the field of music theory? I have been thinking that Allen Forte, who gave Ewell - and, for that matter female and Jewish students, a chance - would be turning in his grave if he knew what Ewell is now saying, if that is indeed the case.

On another somewhat more genial topic, I send the score examples for a talk that I gave back in 2000 about Bach's Saint John Passion, and more specifically, about the role of the recapitulation in the aria No. 35, the soprano aria, "Zerfliesse, mein Herz." Usually, Bach employs the da capo aria form, with its clearly defined A and B sections, whereby the A section is repeated after the B. But here in this special aria - exceptionally - Bach limits himself to to just A and B sections. That being said, still, even without the literal repetition of the entire A section, he finds a way to preserve the da capo form. I believe that, quite remarkably, he achieves this by working repetitions of parts of the A section in the B section! In my annotated score, I indicate precisely those places in the latter part of the aria where elements of the A section reappear. Of course, from a tonal-structural perspective, these musical elements are now revalued, and their transformation represents the changes brought about in the worshipper's soul by experiencing Christ's sacrifice first-hand, i.e., by reliving the Passion with Christ. _That_ is the underlying motivation for Bach's unusual treatment of the da capo form in this aria.

6

Best wishes, Tim
Attachments area

**Tim oth y Jac kso n**
Mon, Nov 18, 2019, 8:12 AM

Dear Students, If we can find the time to discuss it, I send the score examples for a talk that I gave back in 2000 about Bach's Saint John Passion, and more sp

**Walls, Levi <LeviWalls@my.unt.edu>**
Mon, Nov 18, 2019, 9:41 AM

to me

Dear Dr. Jackson,

Thank you, we're very excited about the baby. The due date is March 17, so still a little ways to go.

Yes, the paper's willful ignorance of Schenker's Jewish identity is indeed troubling. That seems to mark it as implicitly antisemitic, at the very least. I think that, had he limited his criticisms to Schenker the man, it would have been slightly less problematic. But his claim that the entire theoretical world view—and by extension those who helped spread it—is racist becomes very problematic when we consider the intimate connection between schenkerian analysis and the Jewish identity. I think that it is possible to address biases in Schenker studies (and academia in general) and advocate for increased transparency without demonizing an entire methodology (especially one with strong Jewish roots). Ewell's talk certainly failed in that regard.

Regards,

Levi

7

UNT_002707

# Response to Ewell

Inbox

**Timothy Jackson <shermanzelechin@gmail.com>**    Tue, Nov 19, 2019, 1:33 PM

to Levi

Dear Levi,

It occurred to me that it might be appropriate for the *Journal* to solicit responses to Ewell from a number prominent Schenkerians - if they would be willing to reply - and publish a small collection. What do you think of this idea?

In my view, some of Ewell's comments about Schenker are an example of intellectual dishonesty. I believe that this contention should be - politely - proven, and a "Response" to be justified and appropriate.

The racist passages from Schenker's letters and diary Ewell cited from "Schenker documents on line" were unknown to those scholars he critiques for sanitizing Schenker's published writings. To the point, these comments from SDO were not known by Forte, Rothstein, Rothgeb, and others because they were *inaccessible*, buried in the letters and diary. So, Ewell's critique of these scholars is unfair. But Ewell goes further and pretends that *racist* comments were excised by them from Schenker's publications, while the passages moved into appendices were not racist in content like these items cited from SDO. It is a cheap shot.

In fact, Schenker's strongest vituperation was *never* toward Blacks, but the French, who are and were, especially at that time, mostly White!, and primarily during and after WW I. There are sustained passages in Schenker's diary against the "White" French that prefigure Nazi anti-Semitic propaganda in their virulence.

Schenker's Eurocentrism - perhaps better, German-centrism - was by no means exceptional; it was also common at that time in European culture. It was based on many factors, Kant and German philosophy being one of them.

I read most of Schenker's 5600-page diary in the original before it was on SDO, and the comments Ewell cites about Blacks in particular are extremely rare and marginal at best. That does not excuse them; however, these views were so universal in the early 20th century, and by no means exceptional, that I would have been surprised if Schenker did *not* think in that way. What WAS noteworthy in Schenker was his extreme

8

"Volkisch" German Nationalism, and especially his sustained demonization of the French. So, if Schenker was the virulent anti-people-of-color that Ewell makes him out to be, why then did he pick so much on the (White) French, reserving for them his most hateful spleen? His comment about Black French soldiers is taken out context; it is part-and-parcel of his tirade against everything French, and mostly *White* French.

Part - but not all - of the "dark" side of Schenker's personality was well known to his students and colleagues. Again, the diary and letters on SDO were still sleeping in the archives. However, I think that Schachter told me, for example, that Jonas studied for one year with Schenker when he was 19, but then left him for Weisse because he just could not stand Schenker's extremism.

A topic that comes up in different contexts in Schenker's diary is racism in the context of his and his wife's Jewishness - something that Ewell ignores - and the problem of anti-Semitism. As a Jew himself and as the target of racism, Schenker was keenly aware of both anti-Semitism and racism, and he became increasingly so as the Nazis assumed power in neighboring Germany; yet as the outside commentators on Ewell pointed out, he failed to mention even once Schenker's Jewishness, and that of most of his students, and what this meant, and this lacuna is self-serving. As Schachter pointed out years ago in a talk about Schenker that he gave in Tallinn, Schenker was not a fan of Hitler. This fact reveals that Schenker's views changed and evolved over time, and, especially in response to the rise of Nazism and anti-Semitism in Germany - and also Austria - in the late 1920s and early 1930s Schenker began to sober up.

Ewell's thesis that the practice of Schenkerian analysis cannot be divorced from Schenker's political theory means that the approach must be inherently anti-French, although Ewell fails to point this out, and none of the Schenkerians seem to have noticed it. Or, perhaps, following upon Ewell's conspiracy theory, they do know but are hiding it. Does this undercut our work on Berlioz, Mehul, and other French composers?

At some point I will send more the annotated score of the Saint John Passion.

With best wishes, Tim


**Walls, Levi <LeviWalls@my.unt.edu>**                    Tue, Nov 19, 2019, 3:16 PM

to me


Dear Dr. Jackson,

      I agree that a response in the JSS would be very appropriate. It would be nice to have it for the upcoming issue, although it is very forthcoming (around mid-December).

9

A response in issue 13 would of course be quite late. Did you have any particular schenkerians in mind? Dr. Graf and I can discuss some candidates tomorrow at our weekly meeting and get requests out as early as tomorrow evening. Perhaps we should also set a page limit for each respondent, though we have room in the upcoming issue, so I don't think there's any need to be particularly restrictive.

   Regards,

   Levi Walls

**Documentation (2016-2020)**

Levi was interested in French music, so that I worked on the composer Alkan with him outside of any formal class setting to help him improve his analytical skills.

**levi walls <chopinlevi@yahoo.com>**                Thu, Dec 22, 2016, 10:56 AM

to me

Dr. Jackson,

    I wanted to check in just to share what I'm working on this break. As I mentioned in your office, I'm studying the philosophies of Hegel. I also have some books I checked out about Schopenhauer and Kant that I'm studying. Other than analyzing the Schumann quartet in A minor (I'm also performing a four-hand transcription of it with a friend when I visit California in January) I'm trying to become more familiar with religious and mythological texts. I'm an atheist, but I'm interested from an academic standpoint and because it's obviously an important part of music history. I've found it difficult in the past to find scholarly unbiased interpretations of religious history but I've been watching a series of Yale lectures on YouTube that are very good. Right now, I'm in the middle of a videotaped course on the New Testament. That's usually what I study when my eyes get tired from reading, which happens quickly right now because I have the flu. I can tell it's almost better though. If you have any materials you'd like to suggest in the religion and mythology department I'll take a look. Otherwise, I'll continue my own course of

10

UNT_002710

study. Thanks!

, Levi Walls

Sent from my iPhone

**Timothy Jackson <shermanzelechin@gmail.com>**    Fri, Dec 23, 2016, 11:24 PM

to levi

Dear Levi,

It is good to hear from you, and about your readings in philosophy and history.

Perhaps you might find interesting some work that I have been doing on the way - I believe - Chopin and Alkan recomposed a compositional idea that they may have taken from another pianist-composer by the name of Masarnau. I will forward you some of the material and you can see what you think.

With best wishes, Tim

# Re: Audition

Inbox

**levi walls <chopinlevi@yahoo.com>**    Sun, Mar 19, 2017, 12:10 PM

to me

Hi Dr. Jackson,

Can I schedule an office appointment with you this Friday at 11am to talk about Alkan? Thanks!

, Levi Walls
--------------------------------------------
On Fri, 3/10/17, Timothy Jackson <shermanzelechin@gmail.com> wrote:

11

UNT_002711

Subject: Re: Audition
To: "levi walls" <chopinlevi@yahoo.com>
Date: Friday, March 10, 2017, 3:03 PM

Bravo on the Fellowship! That is important.
Yes, do work on the Alkan and then we can compare readings and discuss!

Bravo again. I am happy about that.
Tim

On Fri, Mar 10, 2017 at
11:54 AM, levi walls <chopinlevi@yahoo.com>
wrote:
Sorry, I didn't give you much notice for that. I think I'll use my noon hour to eat before class though. Over the break, I'll try to cobble my Alkan stuff into a coherent analysis that actually says something meaningful about the piece, rather than just analysis for analysis sake. I also wanted to mention that I got a theory fellowship, so that's exciting!

Sent from my iPhone


On Mar 10, 2017, at 9:56 AM, levi walls <chopinlevi@yahoo.com>
wrote:

Dr. Jackson,

     No worries, I know you're busy. I can drop by at 11:15, if that works. Noon is also okay. Let me know if either of those times work.

          , Levi Walls

Sent from my iPhone

On Mar 9, 2017, at 5:08 PM, Timothy Jackson
<shermanzelechin@gmail.com>
wrote:

Dear Levi,
I am sorry that I have not gotten back to you about your analysis of the B section of the Alkan. Perhaps it would be good to meet and discuss it in person. I am in MWF and teach from 10-11. We could meet before or after my class.

Your comment about "bells" is apt indeed. It also brings to mind Rachmaninov, who was fascinated by bells, and who incorporated references to them into multiple works, and not just "The Bells." The question I would ask is, how does the "bell" interpretation relate

12

UNT_002712

the middle section to the surrounding music, not just syntactically but semantically: why does Alkan want to reference bells?

 I have a slightly different interpretation, namely that the ostinato is a reference to a
 clock (rather than to bells per se), and thus to "the measuring of the passing of time." However it might be both to a clock and bells - rather than "either or" "both and" - since clock towers often mark the passing of time by ringing their bells on the hour, half-hour, and quarter-hour. Again, the question would be, if "the passing of time" is the central metaphor in the middle section, then how would this semantic interact with and relate to the surrounding music? Perhaps a clue to "the time passing" interpretation linking the middle section with the A and A' parts might be the whole problem of the opening, where we begin "in mediares," as already discussed. If this is an accurate interpretation, then we would have to assume a pre-existing time-space in which music starts and is playing before it becomes audible. According to this reasoning, the middle section and the transition from the middle section to the reprise of the opening might give us some clues as to the prehistory of the piece. This issue, then, might be the semantic link between the outer parts and the middle section.....
 Best,
 Tim

On Sun,
 Mar 5, 2017 at 7:29 PM, levi walls <chopinlevi@yahoo.com>
 wrote:
 Dr.
 Jackson,


        I've been working on the Trio section. This is my graph for the first 80 measures or so (when it returns to Ab). I numbered the measures starting at the Trio rather than original measure numbers. It's especially clear from this section that Alkan was also an organ player; both the alternating Eb and Bb throughout, and the bass octaves at mm. 8, 40, and 78, are meant to function as pedals. In the case of the ever present Eb to Bb, it contributes to the bell-like sonority of the passage. French composers of the late nineteenth- and early twentieth-centuries were interested in bells, which had a social significance in French rural life (I recently checked out a book titled "Village Bells:Sound and Meaning in the 19th-century French Countryside" by Alain Corbin but haven't had time to read it yet). The bass octaves have more of a structural importance and, in each case, correspond to the prolonged harmony shown in my graphs. My graphs don't account for every pitch and may skip steps in their simplification of the material, but I believe the end result is accurate: measures 9-40 and 77-94 both prolong tonic harmony and utilize a 4+4+8 sentence structure (77-78 is a lead-in). Measures 41-76, meanwhile, prolong dominant harmony.

   , Levi Walls

UNT_002713

**Levi applied for a Teaching Fellowship, and I supported him.**

On Feb 21,

2017, at 12:47 PM, Timothy Jackson <shermanzelechin@gmail.com>

wrote:

Well, let's really hope

for the best as far as the TF position is concerned. You will improve, and hopefully, if you must reapply next year, then you will be better prepared. I think that it would be good to continue the kind of analysis that you were doing on the Alkan. The more in-depth analysis you do, the greater the facility that you have with analyzing harmony – and potentially explaining it as well.

When you have time, you should continue the Alkan, and I will be happy to discuss it further with you.

Tim

On Tue, Feb 21, 2017 at

9:28 AM, levi walls <chopinlevi@yahoo.com> wrote:

Haha. Not sure. I controlled my nerves pretty well. But then I inexplicably forgot what key I was in. It was an odd mistake, and normally I don't have trouble with something so simple.
 But mistakes, regardless of circumstances, show that I'm not comfortable talking through an analysis in real time. I need to get faster and have it be natural. I got a collection of Bach chorales since the interview and I just practice playing through them and saying the analysis out loud, limiting the time I have to identify each chord to a few seconds. One more thing to improve on.

Sent from my

iPhone

On Feb 20, 2017, at 10:27 PM, Timothy Jackson

<shermanzelechin@gmail.com>

wrote:

14

UNT_002714

Dear Levi,

Thanks for the report. What was the issue with the analysis, if I may ask?

Best, Tim

On Mon, Feb 20, 2017 at

8:46 AM, levi walls <chopinlevi@yahoo.com>

wrote:

Hey Dr.

Jackson,

I have to wait two weeks before I hear about my audition. It went alright. I had no trouble with aural skills and sight singing went alright. I read the Bach chorale without difficulties, but I confused myself while talking about the analysis (which should have been the easy part of the audition) and had to recover from that. It was alright overall. I might get an assistantship. We'll see. I'll let you know though, since you asked!

 Thanks!
            , Levi Walls

**Giving Levi extra help with analyzing pieces outside of class:**

**levi walls <chopinlevi@yahoo.com>**                Fri, Mar 24, 2017, 12:42 PM

to me

Hey Dr. Jackson,

We had a meeting at noon, but something must have come up. No worries, though. I appreciate all your help! I dropped some graphs under your door, some new, some redone. I'm still pretty slow at it, but I'm doing a lot of analysis this summer as I explore thesis topics and I'm taking the schenker class next semester, so I'll get plenty of graphing practice soon.

15

**UNT_002715**

Best,    Levi Walls

**Levi expressed interest in female composers of Classical music, so that I suggested some worthy of study:**

**Timothy Jackson <shermanzelechin@gmail.com>**    Sun, May 14, 2017, 11:08 PM

to Levi

PPS. If you are interested in a great work by a female composer of the 19th century, try out the *last* movement of Louise Farrenc's Third Symphony in G minor. I think that Farrenc, when she is inspired, as in this Finale, could be greatest female composer of the 19th century. Personally, I have the impression that Fanny Mendelssohn and Clara Schumann are somewhat mediocre composers, with Fanny a good notch above Clara. But Farrenc, by contrast, does have the spark of real "genius" for lack of a better word. I would be interested if you agree.

**Walls, Levi <LeviWalls@my.unt.edu>**    Mon, May 15, 2017, 5:12 PM

to me

Thank you, this all looks very promising! I'll be in touch soon on my studies!

Sent from my iPhone

**Levi shared his idea for his masters thesis, which he wrote under my direction:**

# Thesis idea

Inbo

16

**levi walls <chopinlevi@yahoo.com>**    Thu, Jun 8, 2017, 2:12 PM

to me

Dear Dr. Jackson,

I would appreciate your opinion on a research topic I've been thinking about. It concerns an opera (La Esmeralda) by Louise Bertin (https://en.wikipedia.org/wiki/Louise_Bertin) that is based on Hugo's Notre-Dame de Paris. The libretto was written by Hugo himself, who Bertin was friends with. She was also friends with Berlioz, who assisted in staging the opera. The work (as well as Bertin's opera career) was ill-fated, however. Accusations were made concerning the extent of Berlioz's assistance and it became public opinion that the better parts of the opera were actually written by him. This resulted in the opera's run being cut short. It is clear from letters from Berlioz to his sister that the accusations had no truth to them (assuming he had no reason to lie in a personal correspondence to this sister), however I'd like to approach the issue theoretically. The paper would analyze parts of La Esmeralda and compare it to Berlioz's operatic works, and defend the authorship of Bertin's work by showing the differences in style (text-setting, orchestration, formal/harmonic structure, etc.). It would spotlight the work of a lesser-known composer, while also looking at the output of a well-known composer through a different lens. Practical reasons for this project include its originality, the fact that authorship-defense papers are interesting and exhibit both persuasive and analytical skill, the score and recording are both easily accessible (I have both), and I can read French at an adequate level, so I'd have access to those resources as well without too much trouble. In preparation, I would read as many articles/books about Berlioz as possible in order to become very familiar with his style of composition.

I read The Sexuality of Christ in Renaissance Art and Modern Oblivion. It was super interesting. I need to think more actively about visual art. I tend to just take it in passively, so the issues addressed in the book were things I'd never even thought about. I also bought a copy of Lives of the Artists, but I haven't gotten to it yet.

Hope you're enjoying your break!

, Levi Walls

**Timothy Jackson <shermanzelechin@gmail.com>**    Thu, Jun 8, 2017, 8:26 PM

17

to levi

Dear Levi,

I think that you have here a potentially great topic! But let me qualify and define my enthusiasm as follows.

The whole story of Bertin's opera failing because it was believed that Berlioz had written parts of it strikes me as bizarre, and could even be historically incorrect. Re. authorship, like you, I am inclined to take Berlioz at his word!

If Bertin's opera failed, I suspect that the cause or causes had little to do with the improbable myth of Berlioz's authorship or contribution, but with other factors, which *might* include certain perceived weaknesses in the opera itself, and prejudice against a female composer. But with regard to prejudice against female composers in 19th-century France, it is noteworthy that Louise Farrenc (whose music I admire greatly) enjoyed considerable, real critical success in France, even though she was a woman. This fact suggests that prejudice against female composers, while it certainly existed, was insufficient in itself to *guarantee* failure for Bertin's opera, and it is most probably other factors intrinsic to the opera itself that were the cause. But this whole issue of the reasons for its failure seems something of a red herring anyway, since even if the work did not achieve popularity in its own time that does not mean that it is *necessarily* bad or weak but rather that it did not correspond to contemporary taste in a way to achieve success. Remember that the first version of Puccini's Madame Butterfly "failed" in its first performances, and then, with modifications by the composer, went on to become the most performed opera ever! This kind of delayed recognition and popularity can be observed in the reception history of not a few operas! So, what really matters is that La Esmeralda is of lasting value and importance - and the fact that it has enjoyed a revival in 2008 suggests that it IS an important work with its own internal integrity. The collaboration of Bertin with such figures as V. Hugo and Berlioz suggests that they believed this opera project to be important!!!!

In my experience, Berlioz's music is very idiosyncratic, and he also has different styles in different pieces, and even parts of them. I think that it would be a really very difficult and huge task to pin down all of Berlioz's stylistic languages, and then "prove" by means of such analysis that he could NOT have contributed to Bertin's opera. Furthermore, is such an effort really necessary, especially when we have his assurance to his sister that he did not write it? As you quite rightly point out, why would he lie to her?

Rather, what I think would be much more interesting, achievable, and (in my view) very valuable would be for you to focus on an in-depth analysis of Bertin's La Esmeralda as it stands, both the music and the libretto. *That I think would be a truly marvelous project!*

18

Of course, you could contextualize La Esmeralda by comparing it to other French operas of its time and slightly before to see how it conforms or deviates from potential models. But I still think that keeping the focus on the opera itself, analyzing its music, plot, and libretto in depth, would provide more than enough great material for a thesis!

I notice that a manuscript score of Act III is available on line. Is there a modern edition of the entire opera, both vocal and full scores? And is there just the CD of the 2008 performance, or also a video? Have you studied the music and begun to analyze it? I have just started listening to the opera to get a sense of it and it is not simple: to do the analysis well and do justice to the music will be sufficiently challenging for a thesis!

By the way, did I send you the finale of Farrenc's Third Symphony? I think that the conclusion of this symphony is truly remarkable.

Best wishes, Tim

**levi walls <chopinlevi@yahoo.com>**                    Fri, Jun 9, 2017, 2:59 PM

to me

Dr. Jackson,

    Yeah, I was a bit worried about that possibility; if it was going to do well, it probably wouldn't have been hindered so easily. But I agree that its support from figures like Hugo and Berlioz, as well as its recent revival, is a testament to its probable value.

    I have a 2009 edition of the vocal score from 1837. It was apparently put together by Liszt, so add another figure who cared about the project. That being said, I believe the Bertin family had quite a bit of money, so I'll have to look into exactly how invested these figures were on the merits of the project alone. Anyway, I don't believe a full score was ever published. I think I found the same manuscript of the third act as you on gallica.bnf.fr. On the same site, I've found all the acts with choices to download or buy reproductions. I successfully downloaded the second act, but the others keep failing. I think it's just my internet though. The others will probably work if I keep trying.

    I've just barely begun to analyze. But I like this for my thesis and can see there's plenty there to write about. I'll spend more time on it. I agree with you now on the focus being more general and not splitting the focus between Bertin and Berlioz unnecessarily. After all, the alleged controversy was already denied by Berlioz himself. I can still compare them, but more within the context of French opera of the time. Maybe I can even find a significant reason that it fell short with contemporary audiences. But

19

UNT_002719

maybe not. At any rate, this work should serve as a good test of my analytical skills. Must get cracking on it immediately!

Yes, you sent me Farrenc. I'd heard her before from unsungmasterworks. The low strings at the last bit before the coda of the last movement remind me of Paganini. A superficial observation, but there it is.

Thanks for your valuable input! I gotta hit this one out of the park!

, Levi Walls

Sent from my iPhone

**Timothy Jackson <shermanzelechin@gmail.com>**          Fri, Jun 9, 2017, 5:29 PM

to levi

Dear Levi,

Just listening to the music on Youtube without the score, I can hear that Bertin's musical language is definitely allied to that of Liszt and Berlioz (and the so-called New German School, although she is French), but perhaps even closer to *Liszt* than Berlioz, which is why Liszt would have considered the opera important enough for *him* to prepare the vocal score. Farrenc's musical language, by contrast, in my view, falls more into the so-called "Classical" tradition. So these two streams co-existed side-by-side in France.

I have studied Liszt's oratorio *Saint Elisabeth,* and Bertin's *La Esmeralda* reminds me of certain techniques employed by Liszt. Analyzing this music will definitely pose challenges.

Could you please send me the score of the second act....? And also the links to the other acts, and I can see if I can get them.

Bertin herself could not really be part of the initial production because she was an invalid; the fact that she could not participate may have contributed very significantly to the opera's contemporary failure since composers were usually intimately involved with every detail of the premieres of their operas, and played a crucial role in achieving success.

All of this suggests that Bertin was a person with enormous strength of character to achieve as much as she did given the challenges she faced! My guess is that the subject of the opera appealed to her for personal reasons.....

20

UNT_002720

I find the music that I have heard most interesting and compelling. Indeed, the enthusiastic reception accorded it by the modern audience suggests that the opera is much, much better than its reception history would lead one to believe!

With best wishes, Tim

 ReplyForward

## Louise Bertin and opera in Paris in the 1820s and 1830s

Inbox

**Timothy Jackson <shermanzelechin@gmail.com>**            Mon, Jun 12, 2017, 7:31 AM

to levi

Dear Levi,

You MUST read this dissertation on Proquest Dissertations on Line:

## Louise Bertin and opera in Paris in the 1820s and 1830s

BONEAU, DENISE LYNN. The University of Chicago, ProQuest Dissertations Publishing, 1989. T-31006.

http://libproxy.library.unt.edu:2065/pqdtglobal/docview/ 252273506/57DBFAD855804DB4PQ/1?accountid=7113

There is a huge amount of historical information relevant to your topic.

Best, Tim

**In order to help Levi develop his thesis topic, I sent him some of my own unpublished work on Debussy's opera *Pelleas*:**

On Sat, Jun 10, 2017 at 9:39 PM, Timothy Jackson <shermanzelechin@gmail.com> wrote:

21

Dear Levi,

Analyzing opera poses some special challenges, although the basics remain the same. I just sent you some of my analytical work on Pelleas to give you an idea as to how you might go about it. You need to map out the large-scale tonal structure for La Esmeralda.

It would be helpful to have clearer scans of the vocal score for La Esmeralda, so I look forward to receiving them!

I have analyzed Wagner's Tristan and Parsifal, Strauss's Salome, Elektra, and Die Frau ohne Schatten, Berg's Wozzeck, and Puccini's Butterfly, Tosca, Suor Angelika, and Turandot in a similar way to Pelleas, and in every case there is a coherent tonal structure governing every level of the opera. I have no doubt that there is such an organizational structure behind La Esmeralda as well.

I can send you my work on some of these other operas at a later point, but I think that you have enough right now with Pelleas, and also, of course, La Esmeraldo!

Best wishes, Tim


On Sat, Jun 10, 2017 at 8:09 PM, levi walls <chopinlevi@yahoo.com> wrote:
Dr. Jackson,

   Oh yes. I took those scans just then with my phone for you. I need to make a trip to a real scanner soon. I'll also send you those since they'll be better in quality. I have snippets of a Pelleas et Melisande analysis from you. It's mostly act V excerpts in connection with Madama Butterfly. If there's more, I'd appreciate having it. Thanks!

        , Levi Walls


Sent from my iPhone

On Jun 10, 2017, at 7:33 PM, Timothy Jackson <shermanzelechin@gmail.com> wrote:

Dear Levi,

I got it now. Before you return the vocal score, you may wish to check your scan and rescan certain pages, which are blurred.

It really is a great work! Amazing! As I wrote you, the contemporary failure may have been due to poor performance, partly the result of lack of supervision by the composer herself.

By the way, the 2008 performance on Youtube makes cuts. I can understand that they wanted to tighten it, especially since modern audiences will have trouble sitting through such a long work as it is....

Did I share with you my analysis of Debussy's Pelleas et Melisande? It might be helpful to look at it given the challenges posed in analyzing opera.

Best, Tim

**levi walls <chopinlevi@yahoo.com>**                     Tue, Jun 13, 2017, 10:39 AM

to me

This is a great paper. I don't know how much you read, but the author had some serious access to Bertin's history through primary sources. She went to France on a Fulbright and actually connected with Bertin's descendants. The information about her relationship with Hugo is very interesting; Boneau suggests that, because he wrote the libretto almost concurrently with the novel, he had Bertin in mind as an inspiration from the get-go (pg. 39). I have to be skeptical of statements like that, because (as incredible as that would be) it seems unlikely considering what she says in chapter 6. Apparently, Hugo had aspirations of working on an opera early on and intended to have Notre-Dame set. But it seems like he settled on Bertin. That's not to say that he doubted her ability; he obviously held her in enormous regard (pgs. 32-33). But Hugo had reservations about working with composers of too grand a stature, explaining why he rejected Rossini and Meyerbeer, both of whom were interested in the project (pg. 403-405). Ultimately, he decided between Berlioz and Bertin, with whom he felt he could maintain artistic control (pg. 407). The relationship between Bertin and Hugo's wife was a bit strained. There's no evidence of romantic entanglement between Hugo and Bertin, but his wife really didn't like her. She felt that he wasted his only operatic venture on her and even went as far as to say that the project cursed everything even vaguely connected with it (citing the crashing of a ship called "Esmeralda").

Anyway, I'm still reading it, but it's clearly going to be invaluable! I should also read Hugo's novel. I've never read it before.

**Timothy Jackson <shermanzelechin@gmail.com>**             Tue, Jun 13, 2017, 11:36 AM

23

UNT_002723

to levi

Dear Levi,

Yes, I skimmed all of this, not having time to read the whole dissertation carefully. And, yes, it IS very important for your project.

Years ago, when I was 17, and on my first trip by myself to France, I visited Victor Hugo's house in Paris, which is also a museum. I recall being very struck by Hugo's drawings on exhibit there.

https://en.wikipedia.org/wiki/Maison_de_Victor_Hugo

https://www.google.com/search?
q=victor+hugo+drawings&rlz=1C1CHZL_enUS732US732&tbm=isch&tbo=u&source=uni
v&sa=X&ved=0ahUKEwiI39DsnbvUAhVI2SYKHR0eBaMQsAQIJw&biw=2560&bih=133
5&dpr=1.5

Hugo's drawings are amazing, and closely related to the "gothic" quality of his writing. I don't know if he made drawings for the "Hunchback" - this is something that you must research. But there are clearly drawings related to the issues treated in both the novel and the opera!

The "Hunchback" is a great novel, which I read as a teenager in English translation.

The fact that Hugo selected Bertin, whether he wanted to "control" her artistically or not, is very significant from various points of view. By the way, just because Bertin was physically rather ugly and misshapen - like the Hunchback himself - does not mean that Madame Hugo would not be jealous of her husband having a close intellectual-artistic relationship with Bertin! I can understand Madame Hugo feelings on this point!

You might want to have a crack at reading the novel simultaneously in BOTH the original French and English translation to get a sense of Hugo's language.

Best, Tim

**Walls, Levi <LeviWalls@my.unt.edu>**                    Sat, Jul 15, 2017, 12:02 AM

UNT_002724

to me

Dr. Jackson,

You're welcome! I appreciate your time. My work on Bertin isn't progressing very fast at the moment. It's definitely what I want to write my thesis on, but I want to spend some more time reading literature before school starts back up and I'm sleeping and breathing Bertin. Right now, I'm going through Austen and the Brontë sisters' novels, plus a stack of Oxford "Short Introduction To" books my wife got me for our anniversary. I still want to get a good head-start on analyzing Bertin before the semester starts, so I'll get back to you on it soon.

But on that topic! Even though I've been talking to you about my thesis, I don't want to make assumptions: I'd like to work on my thesis with you as my major professor. Would that be acceptable for you? If you have no room, I could also put you as my secondary and you could be my major professor when I do my dissertation.

, Levi Walls

**In July 2017, Levi decided to write his thesis on French opera composer Louise Bertin under me:**

Sat, Jul 15, 2017, 7:57 AM

**Timothy Jackson <shermanzelechin@gmail.com>**

to Levi

Dear Levi,

Naturally I would like to work on the Bertin with you as your major professor! It is tremendously fascinating to me too for all the reasons we have discussed.

25

UNT_002725

Recently, I have been discussing with my close friend Madeleine Forte a recent book (in French) about music in Paris during the Nazi occupation. Madeleine is, of course, French and a kind of still living connection with pre-WW 2 French culture (she is now almost 80). She KNEW many of the people involved!!!! She herself was an amazing pianist who studied with Cortot and Kempff, and wrote her doctoral dissertation on Messiaen (she was acquainted with both him and his wife). I have not yet discussed Bertin with her yet, but I or you should. Madeleine's aunt was an opera singer, her first teacher, and friendly with Faure and other major French opera composers! She knows an enormous amount about French music and culture, in which she is rooted, so if you have questions, I can put you in touch with her.

I think that it is important - in addition to the British authors, who are wonderful - that you read more deeply in Hugo to gain a certain familiarity with his work. English translations are OK.

By the way, are you familiar with Elizabeth Gaskell, who wrote the first biography of Charlotte Bronte, which is still highly regarded?

https://en.wikipedia.org/wiki/Elizabeth_Gaskell

She was more mid-19th century than Austin, who is both 18th and 19th century in her outlook. Gaskell was an amazingly good writer, and interesting person! She was one of my father's favorite writers.

Another French author I would recommend that you read (in addition to Hugo) is Balzac, a superb writer with tremendous breadth.

https://en.wikipedia.org/wiki/Honor%C3%A9_de_Balzac

Did you finish reading the dissertation on Bertin? It has a wealth of background information, and also good observations about the musical surface.

Best, Tim

**Walls, Levi <LeviWalls@my.unt.edu>**                          Sat, Jul 15, 2017, 6:00 PM

to me

Dr. Jackson,

26

UNT_002726

Great! I'll have to ask you to sign two forms (one is my major contract, which I went over with Dr. Conlon, and the other is the Request for Designation of Advisory Committee). When will you be on campus next? It's not horribly urgent, so I can get it whenever you happen to have prior business at UNT. I think I'll ask Drs. Bakulina and Schwarz to be my second and third members.

Wow, that's a fantastic connection! Allow me to consider some queries and I'll let you know. I'd primarily just be interested if she knows of Bertin. There are some political aspects concerning the family that I want to know more about after reading the Boneau dissertation. It seems clear now that the reputation of the family, along with some actual shortcomings of the opera, resulted in the bad reception of the opera more than any other controversy. From what I read, their paper took a royalist stance that wasn't popular with everyone. But considering that the paper hasn't existed in any form since the German Occupation, she may not have much knowledge of the family, as prominent as they were. I'd also (almost more so) be curious to know her insights on Cesar Franck, considering her close proximity (and surely her mother's, since she was friendly with Faure) to that time and circle. I performed Franck's Variations Symphoniques for my Senior recital and I've loved him ever since.

Yes, I plan to raid the third floor of our library for Hugo biographies next time I'm in town. Also, books on the cathedral couldn't hurt.

I've never read Gaskell, but I see her works in my iBooks so I'll take a look.

I've read the dissertation by now, but I need to go through again because I read it kind of casually and I usually take notes on things that I read when I know I need to use the info later. The biographical information is very thorough, especially concerning her relationship with Hugo and their collaboration; I thought the commentary on the musical elements was good for what the paper was (that is, non-theoretical). I felt it sometimes fell into the trap of a lot of music criticism where they don't exactly know how to talk about phrase-structure (works like Lerdahl and Jackendoff's, and Rothstein's were just coming out around 1989) so they resort to kind of vague language -- like calling the phrases "fluid," "organic," or "short-winded." But there were also good observations and I appreciated all the name dropping of other composers when they discussed Bertin's stylistic similarities and differences. Thanks, Levi Walls

27

Levi wrote his thesis under me. There are many emails about it, which I do not include here. I spent huge blocks of time correcting its language and substance. He asked me to recommend him for the doctoral program, which I did in Nov. 2017:

## Timothy Jackson <shermanzelechin@gmail.com>

Thu, Nov 30, 2017, 2:03 PM

to Levi

Dear Levi,

How are things coming along with your analysis of "L'Esmeralda?" Would you like to meet tomorrow to continue going through it?

I submitted the following letter (I usually share letters of recommendation with the people for whom I write them so that the process is transparent):

**It is with pleasure that I write in the strongest support of Levi Walls's application for a place in the doctoral program in Music Theory at the University of North Texas. This is, in fact, a very easy recommendation to write since Levi is a truly excellent all-round student. He is currently writing his Masters thesis on the opera "L'Esmeralda" by Louise Bertin (based on a libretto by Victor Hugo) under my supervision. I can report that he has made tremendous progress this semester and is on his way to completing a first-class study of the structure of this opera and its connection with the plot (based on Hugo's famous novel, *The Hunchback of Notre Dame*). There is no doubt that Levi is currently one of our strongest Masters students, and I am fully confident that he will prosper in the doctoral program going forward. I have heard that he is an excellent student from all of the other professors with whom he has studied, without any exception, which does not surprise me in the least given what I know of him and his work. Levi enjoys my full and unqualified backing as he progresses with his studies.**
**Timothy L. Jackson**
**Distinguished University Research Professor of Music Theory**
Professor of Music Theory
College of Music
University of North Texas
Denton, TX 76203 USA

## Walls, Levi <LeviWalls@my.unt.edu>

Thu, Nov 30,

28

UNT_002728

to me

Dear Dr. Jackson,

Thank you for the letter and support! My analysis is coming along well, although I won't have the free time to meet tomorrow; my students have a test on Monday and I'm having extra office hours. Predictably, they have a lot of trouble with the 6/4 types. Could we meet Monday at 10?

In other news, I'm working on absorbing more repertoire and decided to organize a weekly list, focusing on about an hours worth of music for a composer each day. I thought you'd be interested in my list for next week (attached). Until Monday, I'm looking at the composers you mentioned on Monday.

Regards,

Levi Walls

**I searched out a possible award for him to conduct research in France:**

Fri, Dec 15, 2017, 10:31 PM

**Timothy Jackson <shermanzelechin@gmail.com>**

to levi, Levi

Dear Levi,

I am wondering whether you might apply for this award to conduct research in Paris at the Bibliothek Nationale on Bertain.

What do you think?

Best, Tim

29

UNT_002729

# Finishing the Semester

Inbox

**Walls, Levi <LeviWalls@my.unt.edu>**                    Sun, Apr 22, 2018, 3:37 PM

to me

Dear Dr. Jackson,

 Let's plan to meet next at the end of finals week (5/11). I know that's a big gap, but I need some time to focus on some other papers (one on the emergence of triadic harmony in Renaissance music for Lavacek, and one analyzing the first movement of Elfrida Andree's piano quintet for Cubero). I'm still working on the thesis daily of course, but I have a lot of work to finish for classes. Also, I'm doing a piano jury this semester and need to practice. Thanks!

 P.S. Could you please send me your work on punctuation form?

Here's a link to that quintet I mentioned. It reminds me of Mahler, and also Mendelssohn.

\https://www.youtube.com/watch?v=-WE1p4k3qkg\

to me

**Levi finished and defended his thesis. To increase his knowledge of the repertoire of French opera, I loaned him my own personal CDS of rare recordings:**

# French operas

Inbox

**Timothy Jackson <shermanzelechin@gmail.com>**                    Sat, Jul 21, 2018, 12:27 PM

30

to Levi, Levi

Dear Levi,

How are things going with French opera?

Best, Tim

## Walls, Levi <LeviWalls@my.unt.edu>

Sat, Jul 21, 2018, 4:30 PM

to me, Levi

Dear Dr. Jackson,

Things are fine. I haven't gotten to all the cds you lent me, although I've made copies. I listened to Les Deux Journees with the full score and Lodoiska is next. Les Deux Journees is not as complex as La Esmeralda, but there are still worthwhile moments; I especially liked the act 1 finale, which is in Eb but starts with an auxiliary cadence (V) before going I-III ♮ 3-V/II-II-IV-V-I. So, it was the most fleshed-out in terms of large-scale structure. When I listen with a score, I like to make notes on an index card about tonal structure for later; that didn't necessarily lead to any profound conclusions with Les Deux Journees, but the preliminary data is at least there for me to look at if I make a more detailed study later. Tonal structure and form is obviously so important for understanding a composition, so I'm trying to build up a rolodex of these index cards. There was some discrepancy between the recording and the score. The recording cut out no. 8 (a melodrama) which was weird because it was only 26 measures long and taking it out obviously changed the tonal structure. The other thing was that Constance's act 3 aria was missing from both the full score and the vocal score, but it was pretty steadily in Bb, so I could still include it in my notes.

I watched Bleak House and you were right, it was incredible! A great production, and clearly a fantastic work. Dickens is so good at writing altruistic characters (like John Jarndyce) and, at the same time, he can write characters that are basically the devil (like Tulkinghorn). They're both very interesting, although each is really stock character (but you could say that every character imaginable is at least a variation on a stock character). His ability to write both so well makes A Christmas Carol (which, not caring much for Christmas, I never liked) more interesting to me because he manages to write a character that expresses both stock types.

We should set up a time that I can return your cds (including the big book). I made copies of everything, which will really come in handy. I'm leaving for California in less than a week to visit

31

my in-laws, although I'm sure I'll spend a lot of my time there studying. They won't mind. Are you available on Tuesday for me to drop by?

Regards,

Levi Walls

**From:** Timothy Jackson <shermanzelechin@gmail.com>
**Sent:** Saturday, July 21, 2018 10:27:01 AM
**To:** Walls, Levi; Levi Walls
**Subject:** [EXT] French operas

**In the summers, Levi visited my house for private consultations. I also lent him my own DVDs of dramatizations of 19th century English novels:**

**Timothy Jackson <shermanzelechin@gmail.com>**          Sat, Jul 21, 2018, 6:48 PM

to Levi

Dear Levi,

Tuesday should work. I think that Heejung teaches in the afternoon, so perhaps the later morning would be best.

Just a brief reply for now. I am pleased that you enjoyed Bleak House - it is both a great book and wonderful dramatization that truly captures the essence of Dickens' original novel.

Is there a DVD of the dramatization of George Elliott's *Daniel Deronda* in there? It too is superb. If it is not there, I will look for it and lend it to you when you come.

Best, Tim

**Walls, Levi <LeviWalls@my.unt.edu>**          Sat, Jul 21, 2018, 7:28 PM

32

to me

Yep, Daniel Deronda is in there. How about 11 o'clock on Tuesday?

- Levi Walls

# Eichner, father and daughter

Inbox

**Timothy Jackson <shermanzelechin@gmail.com>**          Tue, Jul 31, 2018, 12:24 PM

to Levi

Dear Levi,

I thought that this information about A M Eichner might interest you.

https://en.wikipedia.org/wiki/Adelheid_Maria_Eichner#Works

In my article on "Punctuation Form" I discuss the MP 1 of her father Ernst Eichner's Symphony in G minor.

Now, for the follow-up article, I have been studying and analyzing the rest of the movement (MP 2-3). It is really fine. Clearly, Eichner (father) was a top-class composer.

Now the daughter's music - her Lieder - is published in a modern edition, but as far as I can tell, there is no recording - yet!

I am going to get the Lieder scores and take a look. Apparently, the daughter received superb musical training from the father, and became famous as a virtuoso singer AND pianist.

Best, Tim

UNT_002733

**Walls, Levi <LeviWalls@my.unt.edu>**                    Tue, Jul 31,
                                                          2018, 3:44 PM

to me

Dear Dr. Jackson,

Thanks for the email. I'd like to see those lieder scores at some point. You might be
interested in this composer: https://en.m.wikipedia.org/wiki/Elfrida_Andrée

She was quite accomplished as an organist and activist, and I like her music, especially
her piano quintet. I might have mentioned her before. Here's a link to her complete solo
piano works: https://m.youtube.com/results?search_query=elfrida+andree+piano+works
I'd like to look at her opera, but it doesn't seem to be published aside from some arias in
a collection of various Swedish works.

Working on the article has taken a backseat to studying for entrance exams and quals
(also I'm in California with family) but it's on my mind. I really need to start publishing
soon in order to be competitive.

I most recently read Anna Karenina, The Hunger Artist, and a collection of Tolstoy short
stories, so you could say I'm on a Russian kick at the moment. I read something
recently that said Kafka's works, which often center around a character who is wrongly
persecuted or made to feel worthless by an indifferent force, were his way of working
out his feelings towards his abusive father; but I think that interpretation may be reading
too far into his biography. It's possibly better to say that his pessimism simply fits into
the realist and naturalist movements of the time. But maybe there is also something to
the biographical component.

    Regards,

       Levi Walls

_____
From: Timothy Jackson <shermanzelechin@gmail.com>
Sent: Tuesday, July 31, 2018 10:24:59 AM
To: Walls, Levi
Subject: [EXT] Eichner, father and daughter

**Timothy Jackson <shermanzelechin@gmail.com>**          Sat, Aug 25,
                                                         2018, 1:03 PM

34

to Levi

Dear Levi,

Since you have an interest in women composers, I thought that I would forward this information about the Russian-Jewish composer Zara Levina. The new CD of her piano concertos has been nominated for a Grammy. I have to delve into her music more carefully, but my initial impression is very positive, especially of the later, Second Piano Concerto.

https://libproxy.library.unt.edu:2086/catalogue/item.asp?cid=C5269

https://en.wikipedia.org/wiki/Zara_Levina

https://theaderks.wordpress.com/2017/12/28/zara-levina-piano-concertos-rachmaninov-meets-shostakovich/

**Walls, Levi <LeviWalls@my.unt.edu>**          Mon, Aug 27, 2018, 6:18 AM

to me

Dear Dr. Jackson,

      This is great! Her harmonies (especially in the piano sonata) give me a very unique feeling in the core of my brain that, previously, only Prokofiev had managed. Both concertos are great, but I actually prefer 1 to 2, though it is hard to say why. I'm definitely showing Levina to my young aural skills students as part of my attempts to widen their musical purviews!

      Here's something by Elisabeth Lutyens, a British serialist:
https://m.youtube.com/watch?v=73kMX1ENUEo
She claimed to have developed her style without the influence of the second Viennese school of composers, which she said she only became aware of afterwards. However, I feel that she may have been taking a leaf from Wagner's book by mythologizing her own musical upbringing. She seems to have a liking for symmetrical structures. You may hear that in the piece I posted, but also in her larger work, Quincunx, which involves symmetrical 5-part groupings of sections (like a Quincunx).

Regards, Levi Walls

35

UNT_002735

# Ruth Gipps

Inbox

**Timothy Jackson <shermanzelechin@gmail.com>**    Sun, Sep 23, 2018, 11:40 PM

to Levi

https://libproxy.library.unt.edu:2086/catalogue/item.asp?cid=CHAN20078

I thought that this new release from Chandos of Ruth Gipps might interest you.....

Best, Tim

**Walls, Levi <LeviWalls@my.unt.edu>**    Mon, Sep 24, 2018, 2:55 PM

to me

Dear Dr. Jackson,

Yes, thank you, I'll check this out. I appreciate your emails, especially since I know you're busy! I read Dr. Murtomaki's article on the neglect of Bohemian composers, which was informative and gave me a good long list of new composers to check out. Currently reading Latham's Tonality as Drama, which I've referenced before but not yet read in full. I think there is a lot in there that I can use to inform my own research on opera. And for the first time in a while, I'm practicing piano regularly. And analysis of course.

I recently discovered an online resource that I knew you would appreciate. It's a database of thousands of composers who are female or from non-European/US countries. In general, just composers from outside the canon, and you can search by genre and instrumentation! Of course, there are so many European male composers who are also overlooked, but this database chooses to focus on those other groups.

https://composerdiversity.com

Regards,  Levi Walls

36

UNT_002736

**From:** Timothy Jackson <shermanzelechin@gmail.com>
**Sent:** Sunday, September 23, 2018 9:40:38 PM
**To:** Walls, Levi
**Subject:** [EXT] Ruth Gipps

…

[Message clipped]   View entire message

**Timothy Jackson <shermanzelechin@gmail.com>**          Tue, Sep 25, 2018, 11:23 AM

to Levi

Dear Levi,

Thank-you for all of this interesting information!

Here a little tidbit:  In 1830, Hummel gave three concerts in Paris; at one of them, a rondo by Hummel was performed by Aristide Farrenc's wife, the composer Louise Farrenc, who also "sought Hummel's comments on her keyboard technique."

Best wishes, Tim

 ReplyForward

# Maria Teresa Prieto

Inbox

**Timothy Jackson <shermanzelechin@gmail.com>**          Fri, Dec 14, 2018, 8:57 PM

to Levi

https://www.youtube.com/watch?v=cKkKZyUn1PU&list=PLshMjd9c4cQZNZ7fXJCJxyg4-hTevojth

Dear Levi,

37

**UNT_002737**

Have you heard of this composer?

Best, Tim
Attachments area
Preview YouTube video Impresion sinfonica

▶

**Walls, Levi <LeviWalls@my.unt.edu>**                    Sat, Dec 15, 2018, 7:21 AM

to me

Dear Dr. Jackson,

     I had not. I'll listen to more of her music today. I see that she studied with Milhaud. I went into the piece you sent expecting to hear a mixture of the French and Spanish styles, but the first half actually reminds me a lot of Tristan (which is funny considering Milhaud's antipathy towards Wagner's music). But, of course, that dislike wouldn't necessarily have been inherited by Prieto, and even composers who purportedly had a distaste for Wagner still exhibited his influence (like Franck and his D major string quartet, although I've heard it argued that he's actually mocking Wagner in that case). The key structure of Prieto's piece seems interesting. I don't have music in front of me, but it seems to begin and end in G major although, in both cases, the voicing of the chord substantially weakens the strength of tonic. Then there's the big half cadence in the relative minor (around the 7-minute mark) before a rather shocking move to G minor. Since she really draws out the half cadence, it seems clear that she wants to draw as much attention as possible to the lack of resolution. If I were analyzing it, I'd probably look for evidence of tonal pairing between G and E minor and maybe between G and B major. But I'd have to be prepared to relinquish that theory if the score didn't support it since I'm basing so much off of an initial hearing. Thanks for sending it to me!

     Regards,

        Levi Walls

---

**From:** Timothy Jackson <shermanzelechin@gmail.com>
**Sent:** Friday, December 14, 2018 6:57:36 PM
**To:** Walls, Levi
**Subject:** [EXT] Maria Teresa Prieto

38

UNT_002738

# Your card

Inbox

**Timothy Jackson <shermanzelechin@gmail.com>**       Tue, Mar 5, 2019, 8:25 PM

to Levi

Dear Levi,

I want to thank you for your very kind card, which Stephen Hahn brought with him when he visited me on Monday.

In January I suddenly had increasingly excruciating pain in my groin and my right leg, which only became worse and worse.

The doctors noticed problems with my spine, but they also thought that I might have a hernia. It was not until I was able to have a MRI done of both my lower back and groin areas that the hernia could be definitively ruled out; however, it turned out that I have three problematic discs in my back, and these were and are affecting nerves in the groin area and in my right leg.

A month ago, I had the first of two spinal injections to reduce the inflammation, which alleviated the terrible pain, and two weeks ago, I had the second shot. On this Thursday, I will meet the specialist to discuss the next steps. It is clear that I will need to have physical therapy, and perhaps further procedures to deal with "collateral damage" to the nerves in my leg. At present, it is difficult and painful to sit at the computer too long, so that I have mainly been occupied analyzing music on my back, consoling myself with the thought that I might be a bit like Michelangelo working on the frescoes in the Sistine Chapel, and hopefully have just a tiny modicum of his talent!

One of the things I have done is to have a crack at analyzing Dora Pejacevic's Second Piano Sonata, which I think is a superb work. Also, of late, I have been analyzing the music of Polish composers: Paderewski, Szymanowski, and Bortkiewicz (although the Ukrainians claim him!).

How are your courses going? I do miss our lively and interesting discussions! Have you thought more about your dissertation topic, and research interests?

It would be nice to hear from you.

39

UNT_002739

With best regards,

Tim

**Walls, Levi <LeviWalls@my.unt.edu>**                Wed, Mar 6, 2019, 10:05 AM

to me

Dear Dr. Jackson,

Thanks for the update. That sounds incredibly uncomfortable, but I'm glad you're finding ways to work through it.

Courses are going well. I'm in the last part of analytical systems, where I got to give a very interesting presentation on major philosophical inspirations in Schenker's work. So, I got to talk a lot about Kant, Schopenhauer, Leibniz, and Goethe. I'm also in a rock music seminar with Dr. Heetderks and a scholarly writing class in the English department. My writing has improved significantly since my thesis.

In the scholarly writing class, we spend all semester workshopping a single paper, with the end goal being to submit it to a journal. I've been writing a paper on the historical circumstances that have held back Schenkerian approaches to opera, focusing on Schenker's myopia, formalism, and the false dichotomy of absolute and programmatic music. I also feel that the rejection of Alfred Lorenz has contributed somewhat to the issue. Even though he wasn't a Schenkerian, he argues for the possibility of unity in opera (or, at least, in Wagner's operas) and theorists seem keen on sacrificing his approach on a political altar. Of course, I have to be careful to frame that facet of the issue in the right way. In general, I have to be especially careful.

Another paper I've had simmering is a little outside my normal research interests but it's good to work a little with canonized repertoire. I haven't yet done much with it because I came up with it spontaneously while listening to Brahms's second piano concerto in concert. Brahms seems to take a simple triplet from the first movement, evolve it into a 2/3 grouping dissonance in the second movement, making it more pronounced in the third, then finally creates a somewhat jarring subconscious grouping dissonance (Krebs's term) in the last movement. But I need to check what others have written about it.

Other than my normal studies and research, I've been reading a lot. Trying to get through a book a week. Out of the 10 or so that I've in the last two months, my favorite has been Wives and Daughters by Gaskell; I was so sad when it ended before Molly

40

UNT_002740

and Roger finally got together (since Gaskell died before finishing it). At the moment I'm reading You Can't Go Home Again by Thomas Wolfe. So far it seems to be an exposé of decadence during the roaring 20s.

Regards,

Levi Walls

**From:** Timothy Jackson <shermanzelechin@gmail.com>
**Sent:** Tuesday, March 5, 2019 6:25:48 PM
**To:** Walls, Levi
**Subject:** [EXT] Your card

*Levi is giving a paper at the Society for Music Theory this November on Berlioz's opera Les Troyens. The topic and the analysis itself grew out of his work with me:*

# Les Troyens

Inbox

**Timothy Jackson <shermanzelechin@gmail.com>**    Wed, Mar 13, 2019, 2:17 PM

to Levi

Dear Levi,

I have been watching the 1983 Met production of Berlioz's *Les Troyens*. Jessye Norman as Cassandra is amazing! Wow!

My feeling is that this opera is Berlioz's greatest work. It probably is the best French opera of all time.

Full and vocal scores are on IMSLP.

Best, Tim

41

**Walls, Levi <LeviWalls@my.unt.edu>**                    Wed, Mar 13, 2019, 9:55 PM

to me

Dear Dr. Jackson,

    Thanks for the emails! I'm still looking through your Szymanowski materials that you were kind enough to send; I got extremely engulfed in the book I was reading, but I've now finished it. I can already see/hear the centrality of C in the third act. I'll enjoy following your analysis. I notice (just listening, *sans* score) that the first act also seems to center around C and E as you suggested. To start, the chorus and bass seem to emphasize B, then C#, then A, but these first few minutes seem more like a prelude. So, the "real" beginning (so to speak) would be the huge crescendo that arrives on a triumphant C major sonority, which is also when the tenor comes in with that third progression. And it sounds like it keeps coming back until the first act finally ends in C. Very interesting.

    I have the 2010 Dutch National Opera video recording of *Les Troyens*, and the 1970 Colin Davis Royal Opera House recording on vinyl. You might be interested in a part of the insert from the record, which includes excerpts of letters/memoirs regarding the opera. I'll attach pictures here (font may be small, but you'll be able to zoom in if you download them).

    The end of the first part (*La prise de Troie*) is very interesting because it seems as if it is going to end in FM (the key of the prelude for the second part) but then it somewhat abruptly ends in Cm. Because of this, both parts feature a V-I key relationship from beginning to end (*La prise de Troie* starts in G and ends in Cm, while *Les Troyens* starts in F and ends in Bb). Since I haven't graphed the opera, it's more of a casual observation than a serious hypothesis, but those key relations make a lot of large-scale tonal sense (In Bb, V/ii-ii-V-I). Could be something there. I'll have to keep the opera in mind, especially since Berlioz fits very nicely into my research interests. He's one of the composers that has a clear love and appreciation of literature.

    Regards,

      Levi

---

**From:** Timothy Jackson <shermanzelechin@gmail.com>
**Sent:** Wednesday, March 13, 2019 12:17:39 PM

42

**To:** Walls, Levi
**Subject:** [EXT] Les Troyens

**4 Attachments**

**Timothy Jackson <shermanzelechin@gmail.com>**     Thu, Mar 14, 2019, 9:07 AM

to Levi

Dear Levi,

I will look at the tonal structure in light of your comments. I have the vinyl Colin Davis and will check the notes (thank you for the photos). I also have Dutoit's recording on cd.
Is the 2010 dvd good?

Everything you are hearing in King Roger is correct! The opera begins with a big aux cadence to C. Perhaps Szymanowski learned this from studying Strauss' Electra, which does the same except in C minor.

I think that Les Troyens would be well worth an in depth study along the lines of your investigation of Bertin!

Berlioz's libretto is masterly! It reflects his literary sophistication.

Best wishes,

Tim
Sent from my iPhone

# Notre-dame

Inbo
x

Levi

# Schenkerian Studies TA

Inbo

43

**Graf, Benjamin <Benjamin.Graf@unt.edu>**          Mon, Apr 22, 2019, 9:50 AM

to me, Stephen, Benjamin

Tim, Stephen, and Benjamin,

I wrote to Levi and he already responded; he has accepted the position. I am sure he will thrive in the in his new role and I look forward to mentoring him starting in August/September!

Best,
Ben

*Benjamin Graf, Ph.D.*

**University of North Texas**
Music History, Theory and Ethnomusicology

Office: MU215



**Brand, Benjamin <Benjamin.Brand@unt.edu>**          Mon, Apr 22, 2019, 11:03 AM

to Benjamin, me, Stephen

Thank you, Ben. To reiterate, Levi's appointment is still conditional on our ability to cover aural skills. Once that is confirmed, I would ask that Tim, Stephen, and you formulate a job description that clearly specifies Levi's duties. I am attaching a similar document that Frank created for the *Theoria* TA position for the sake of comparison.

Best,
Benjamin

Benjamin Brand | Professor of Music History | Chair, Division of Music History, Theory, and Ethnomusicology
College of Music | University of North Texas | 1155 Union Circle #311367 | Denton, TX 76203 | (940) 536-3561

44

Attachments area

# Berlioz

Inbox

**Timothy Jackson <shermanzelechin@gmail.com>**     Fri, May 10, 2019, 10:21 AM

to Levi

Dear Levi,

If you find yourself liberated, and are interested, I would like to look at some Berlioz with you.

I have worked on the outer sections of Cleopatre. If you would like to analyze them on your own, then we could compare readings. What do you think?

At some point, I am keen to go through parts of Les Troyens. In my opinion, this opera is Berlioz at his very best! Parts of it are just stupendous.

Also, I did some analysis of the Second Piano Sonata by Pejacevik; it is very unusual and fascinating. I have been working with Juana Montsalve on her doctoral dissertation on Maria Theresa Prieto, with a focus on her song cycle, and that has proven fascinating. Juana won a grant to do some archival digging in Mexico about Prieto, and she is leaving for Mexico next week.

With best wishes, Tim

**Walls, Levi <LeviWalls@my.unt.edu>**     Fri, May 10, 2019, 1:02 PM

to me

Dear Dr. Jackson,

45

UNT_002745

Yes, looking at some Berlioz sounds nice. I'm finally done with the semester, so I can start my summer studies. I'll go print out the score for Cleopatre so I can analyze it on the large papers and we can compare. We can also talk about Les Troyens.

Have you ever analyzed Berlioz's La Damnation de Faust? I'm interested in Les Troyens, naturally, but I'd like to analyze the Faust opera. Faust has always been a character that interests me. I identify with Faust at the beginning of the work (not so much after he signs the contract and adopts his Hedonistic lifestyle). On a related note, I'm reading Doctor Faustus by Mann. It's been on my list!

Regards,

Levi

_____
From: Timothy Jackson <shermanzelechin@gmail.com>
Sent: Friday, May 10, 2019 8:21:00 AM
To: Walls, Levi
Subject: [EXT] Berlioz
...

[Message clipped]  View entire message

**Timothy Jackson <shermanzelechin@gmail.com>**          Fri, May 10, 2019, 1:09 PM

to Levi

Dear Levi,

I have not analyzed the Berlioz Damnation although I have also been interested in it for a long time. So, why not Cleopatre first and then Damnation. There are also the Schumann Scenes from Faust, and Mahler's Eighth Symphony Part II. I have studied the Mahler very carefully, and also gone through the Schumann too superficially - but enough to believe it is one of Schumann's really strong pieces. I have also studied Liszt's Faust Symphony in depth.

I will pull out my score of the Damnation.

Best, Tim

**Walls, Levi <LeviWalls@my.unt.edu>**          Fri, May 17, 2019, 8:52 AM

46

to me

Dear Dr. Jackson,

I'm most interested in the fact that the opera follows a very similar tonal trajectory to La Esmeralda, starting in D major and centering around a tonal pairing between D major and F major. This is consistent for the first three acts. It's not until the fourth act that things go off the rails. Of course, act four is where things go sour in this version of the story. Marguerite, having accidentally killed her mother, is in prison and Faust must sign away his soul in order to save her. At this point in the opera, the tonal structure turns to darker keys, focusing on Ab and Db major. So, the opera ends in Db instead of D. As we've discussed before, I see downward semitonal shifts as tragic in nature.

The tonal similarities to La Esmeralda (with D major and F major as focal points) is especially interesting since Berlioz wrote La Damnation afterwards. Of course, Berlioz would have been extremely familiar with the score since he edited it. Furthermore, the only other adaptation of Faust to move the contract signing to the end of the story (which makes Faust a more sympathetic character) is Bertin's.

Beginnings and endings are sine qua non to understanding the deeper meaning of any story, but I'm starting by examining act 2 and the first part of act 3. Act 2 is almost entirely in D major, which is obviously very unusual (and important); from there, it moves to F major (once again).

Did you want to get together sometime to talk about opera? I'm unable to travel Friday through Sunday because my wife works all day and has our only car, but I'm available the other days of the week. And, of course, I'm always walking distance from campus. I'm working on fixing the css site this month, so I'll give you an update in a week or so.

Regards,

Levi

---

**From:** Timothy Jackson <shermanzelechin@gmail.com>
**Sent:** Thursday, May 16, 2019 9:13:29 PM
**To:** Walls, Levi
**Subject:** [EXT] Which part of the "Damnation" to study?

…

[Message clipped]  View entire message

UNT_002747

**Timothy Jackson <shermanzelechin@gmail.com>**          Fri, May 17, 2019, 10:07 AM

to Levi

Dear Levi,

That is very interesting indeed! I see your point now. Yes! I do understand exactly what you are getting at.

I had in mind that you might want to analyze one or two of the parts of "Damnation" in detail, because there are many interesting motivic, harmonic, and other features. My preference would be the Third and Fourth Parts if you are up for it.

Otherwise, my preference would be to dive into Les Troyens, which I consider Berlioz's supreme achievement.

What do you think?

I am in the process of moving into a new house, so my books, CDs, scores, etc. are all in boxes. Still, life and thought go on, and I feel it is important to dig deeper into Berlioz.

We could meet when you have mobility.

Also, have you had a chance to look through the outer sections of Cleopatre? It is worthy of study.

Best wishes, Tim

**Walls, Levi <LeviWalls@my.unt.edu>**          Fri, May 17, 2019, 1:09 PM

to me

Dear Dr. Jackson,

    Yes, I've been going through Cleopatre. It's starting to make more sense. I have ideas about the overall structure, which I currently read as a massive II-V-I auxiliary cadence in Ab. Key areas like B major and F minor function as contrapuntal

48

UNT_002748

embellishments on Eb and Ab major, respectively.  At the moment, I'll hold off on saying more until I have graphs in order. Perhaps we can meet during the week next week.

Sure, I can analyze the 3rd and 4th parts of Faust. That would show the movement from D to Db pretty clearly. I'll keep Les Troyens in mind, though. I'm interested in both operas; Faust is just winning by a nose. Looking at an old email, I realized that I forgot to answer your question about he 2010 recording of Les Troyens. The production quality is really high, but I'm lukewarm about the set and costume design. It's just a bit minimalistic for my tastes. The chorus could have been more together, as well, but I'm really nitpicking. Overall, it's a fine recording.

Regards,

Levi Walls

---

**From:** Timothy Jackson <shermanzelechin@gmail.com>
**Sent:** Friday, May 17, 2019 8:07:13 AM
**To:** Walls, Levi
**Subject:** Re: [EXT] Which part of the "Damnation" to study?

...

[Message clipped]  View entire message

**Timothy Jackson <shermanzelechin@gmail.com>**      Fri, May 17, 2019, 7:19 PM

to Levi

Dear Levi,

Let's meet next week, if possible, to discuss Cleopatre. I will start looking deeper into the last parts of "Damnation," time permitting.

I might want to make a trip to Houston next week to see the amazing exhibition of Van Gogh paintings there - a once in a life time opportunity, apparently. You might want to see it.

I don't know if I mentioned that we are moving to a new house at the end of the month. So, lots of boxes are around and most of my library is packed up! But I kept out my score of "Damnation."

Best wishes, Tim

49

**Walls, Levi <LeviWalls@my.unt.edu>**                    Sat, May 18, 2019, 2:09 PM

to me

Dear Dr. Jackson,

Yes, let's meet on Thursday, if that works for you. Perhaps 1 pm?

Moving is the worst! Thanks for keeping the Damnation score at hand, and for encouraging my research interests!

Regards,

Levi

**From:** Timothy Jackson <shermanzelechin@gmail.com>
**Sent:** Friday, May 17, 2019 5:19:14 PM
**To:** Walls, Levi

**Timothy Jackson <shermanzelechin@gmail.com>**              Tue, May 21, 2019, 7:39 PM

to Levi

Dear Levi,

I will see you on Thursday at 1pm.

Best, Tim

**Walls, Levi <LeviWalls@my.unt.edu>**                    Tue, May 21, 2019, 8:30 PM

to me

Dear Dr. Jackson,

50

UNT_002750

Great, I'll see you then, and I'll bring my Cleopatre graphs!

Regards,

Levi Walls

**Timothy Jackson <shermanzelechin@gmail.com>**    Sat, May 25, 2019, 10:45 AM

to Levi

Dear Levi,

I fully agree with your auxiliary-cadence analysis of *Cleopatre* as II-V-I in Ab major! Bravo! The difficult question (as I see it) is, what precisely is the meaning of the F minor episode, and how does it fit into this overarching background scheme? Also, there are many, many complexities in the opening Bb *minor* (in spite of the key signature) section, the Eb major section, and then the motion from Eb major to F minor, and F minor to Ab major. After intensive struggle, I now have an idea as to how to explain the voice leading connections, and it will be most interested to compare my reading with yours. The delay in meeting was good. I was unhappy with my earlier analysis. Now I think that I have something much better!

Before I forget, I should alert you to the upcoming Euromac 10 Music Analysis Conference in Moscow. I think that you definitely should put in a proposal. It would be a good place to scout out some future submissions to the JSS.

**Walls, Levi <LeviWalls@my.unt.edu>**    Sun, May 26, 2019, 2:20 PM

to me

Dear Dr. Jackson,

    I'm glad you agree. Yes, that reading seems especially appropriate considering the *in medias res* nature of the text.

51

   Yes, thank you for the heads up. I will definitely submit a proposal for that conference, along with others.

   I wasn't very familiar with settings of Whitman until a few months ago. A student in the scholarly writing class was doing research on Whitman and opera and asked for some feedback, so I did some listening at that time. I especially like the reconciliation section of *Dona nobis pacem.* I feel that Williams really grasped the meaning of the text, as evidenced by the three-fold repetition of the first half. It's first experienced by the individual (baritone), then the individual is subsumed into the collective (chorus), as is the case with war. The third varied repetition may represent the arrival of a new, fresh, collective, as if the "washing of the soiled world" took place during the second half of the poem.  "Reconciliation" seems like a very interesting poem for Whitman (or, at least, how I tend to think of him). It's definitely not pro-war, but it also accepts war as a necessary evil.

   Wednesday at 2 is good for me. I'll see you then! I assume it's at your previous address (Woodside Drive in Highland Hills), rather than the new one. Let me know if I should go to the new house.

   Regards,

      Levi Walls

---

**From:** Timothy Jackson <shermanzelechin@gmail.com>
**Sent:** Saturday, May 25, 2019 8:45:06 AM
**To:** Walls, Levi
**Subject:** [EXT] Re: Feeling sick today

…

[Message clipped]  View entire message

**Timothy Jackson <shermanzelechin@gmail.com>**     Sun, May 26, 2019, 3:52 PM

to Levi

Dear Levi,

UNT_002752

We don't close on the new house until Thursday. Still, I have been distracted a bit with packing up my library.

I like VW's Whitman settings a lot; he seems to capture something essential in the poetry. Interesting that you notice an acceptance of war as a necessary evil. The piece was composed at a time when VW was really struggling - as were many in Britain - with the possibility of another war with Germany - this time with Hitler's Germany. VW was involved with settling German-Jewish refugees coming to England, so that he knew first hand what the Nazis were doing to the Jews - the Jews being the canaries of the world. Like most Europeans - non Germans - at that time, VW did not want another war. Therefore, I believe that he was drawn in two directions: on the one hand, to want to avoid conflict, and on the other perceiving the necessity of confronting the bully, and this tension is felt in the work. Then there is the whole episode of the Hamburg Prize, which VW accepted from Nazi Germany in the hope of easing tensions, but which left a bitter after-taste - and he never did receive the promised monetary component. The backstory to this prize is extremely interesting and important for understanding VW's works of the later 1930s.

Best wishes, Tim

**Timothy Jackson <shermanzelechin@gmail.com>**     Wed, May 29, 2019, 10:00 AM

to Levi

Dear Levi,

Just confirming your visit at 2pm today. We are in a bit of disarray, but I am ready to discuss Cleopatre.

Best, Tim

**Walls, Levi <LeviWalls@my.unt.edu>**     Wed, May 29, 2019, 10:49 AM

to me

UNT_002753

Dear Dr. Jackson,

Yes, I will be there at 2. See you then!

Regards,

Levi

---

**In May 2019, we were moving. I gave Levi about 600 recordings to help him expand his knowledge of repertoire and study for his qualifying exams. I also gave him stereo equipment that I was not using.**

## pick of records

**Timothy Jackson <shermanzelechin@gmail.com>**                 Fri, May 31, 2019, 6:11 PM

to Levi

Dear Levi,

Would you have time this weekend to pick up the records that I have put aside for you?

Best wishes,

Tim

## some equipment that works that I don't use

Inbox

**Timothy Jackson <shermanzelechin@gmail.com>**                 Fri, May 31, 2019, 6:17 PM

to Levi

Dear Levi,

54

I have a projector that works; it is about 12 years old, but still has life left in it. It was excellent quality when I bought it.

Also, I have a Rotel Amplifier that needs a fuse replaced. If you know someone who is good with electronics, they could probably do it. Rotel is a good brand.

Additionally, I have an Adcom Preamp that has an issue with one of the settings - I forget which. At one point, I was thinking of getting it repaired, but then I moved to a higher level of equipment.

If you would like these pieces, then I would be happy to give them to you. Otherwise, I will donate them to Goodwill, which will repair and sell them.

In terms of records, I have about four or five boxes of them!

Best wishes,

Tim

## Walls, Levi <LeviWalls@my.unt.edu>                Sat, Jun 1, 2019, 12:30 AM

to me

Dear Dr. Jackson,

   Sorry for the delay. Great, I can swing by tomorrow to pick up the records. Normally, I wouldn't have a car but my wife won't be at work because she has bronchitis. So I'll be able to travel tomorrow. I can come by any time tomorrow, but I'll be without a car again on Sunday.  I can also take the equipment off your hands. I should be able to put them to some use. Thanks a bunch!

   Regards,

      Levi Walls

---

**From:** Timothy Jackson <shermanzelechin@gmail.com>
**Sent:** Friday, May 31, 2019 4:17:24 PM
**To:** Walls, Levi
**Subject:** [EXT] some equipment that works that I don't use

…

[Message clipped]  View entire message

55

UNT_002755

**Timothy Jackson <shermanzelechin@gmail.com>**    Sat, Jun 1, 2019, 7:31 AM

to Levi

Dear Levi,

Would you like to come by around 11?

Best wishes,

Tim

**Walls, Levi <LeviWalls@my.unt.edu>**    Sat, Jun 1, 2019, 7:33 AM

to me

Dear Dr. Jackson,

Yes, I'll see you then!

Regards,

Levi

**From:** Timothy Jackson <shermanzelechin@gmail.com>
**Sent:** Saturday, June 1, 2019 5:31:59 AM
**To:** Walls, Levi
**Subject:** Re: [EXT] some equipment that works that I don't use

...

[Message clipped]  View entire message

**Timothy Jackson <shermanzelechin@gmail.com>**    Sat, Jun 1, 2019, 7:36 AM

UNT_002756

to Levi

Great! Make sure that you have room in your car!

**Walls, Levi <LeviWalls@my.unt.edu>**                    Sat, Jun 1, 2019, 8:51 PM

to me

Dear Dr. Jackson,

I'm okay! I have a baby grand at home, which was a generous gift from a patron when I lived in California. I'm also good on screens, printers, and storage. Very much appreciated though.

Again, thanks so much for the records! I already got a new bookcase for them and all the operas are now organized. One more bookcase should do it. Oh no, not overwhelmed at all. I can't wait to dive into all the recordings/inserts.

I'll be in touch about Berlioz/research.

Regards,

Levi Walls

**Regarding the Symposium, Levi and Ben asked me if Clark, Beaudoin and Lett responses should be published; I agreed that they should be published in fairness to have both sides, and they were.**

# Clark, Beaudoin, and Lett responses

Inbox

**Walls, Levi <LeviWalls@my.unt.edu>**                    Thu, Feb 13, 10:54 AM

57

UNT_002757

to me, benjamingraf@unt.edu

Dear Dr. Jackson (with Dr. Graf in copy; Dr. Slottow not copied because he asked to be recused),

Dr. Graf and I were wondering what your thoughts were concerning the submissions from Clark, Beaudoin, and Lett. As you may have seen, these responses are (at least) implicitly anti-Schenkerian. Despite disagreeing with much of what they have to say, Dr. Graf and I think it is important to publish these responses along with the others that we have received (Wiener, Pomeroy, Wen, Cadwallader, etc.). We wouldn't want the *JSS*'s account of the debate to appear one-sided, and having a mixture of opinions will lend more credibility to those responses that we do agree with. Just want to check in with you before we proceed!

And thank you for all your time and effort in getting responses from prominent names in the field!

Regards,

Levi Walls

# recommendation for conference

**Timothy Jackson <shermanzelechin@gmail.com>**       Wed, Feb 19, 8:57 PM

to Levi

Dear Levi,

So..... this afternoon I did receive an email requesting my approval for your application, to which I have responded with the highest possible numerical ranking.

I am unsure whether I have to write a more detailed letter of support, and have written to Dr. Brand to see. Just in case I do need to craft an actual letter, might you send me your abstract and details about the conference, which I will need for my letter.

Today I picked up a recording of Berlioz's Beatrice and Benedict: https://www.amazon.com/BERLIOZ-BEATRICE-BENEDICT-JOHN-NELSON/dp/B00007M8T1/ref=sr_1_3?keywords=Beatrice+and+benedict+nelson&qid=1582167159&s=music&sr=1-3

58

It seems very good indeed.

The cycles in the Bertain are clearly damaged; but, I wonder if they are in the Berlioz *Les Troyens*? Perhaps, in the latter, the opposite might be the case?

Best, Tim


**As Levi's advisor in the doctoral program, the Chair Benjamin Brand asked me for a letter of support for his application for funding to present his work in England. I wrote such a letter:**

# Walls U.K. travel funding

Inbox

**Walls, Levi <LeviWalls@my.unt.edu>**                     Tue, Feb 18, 4:55 PM

to me

Dear dr. Jackson,

    I think dr. Brand sent you an email (as my advisor) regarding the request I put in for funding to go to the U.K. I believe he requires a response from you before the request can go through. Thanks!

Regards,

    Levi Walls

**Timothy Jackson <shermanzelechin@gmail.com>**          Tue, Feb 18, 7:52 PM

to Levi

Dear Levi,

I looked through my webmail account under Brand, but I don't see any communication about this travel funding for you. Plus, I do not recall writing a letter of recommendation for your travel, nor reading your application! I did assist another student with an application for travel funding, but not you!

If you received a note from him about this application, could you please forward it to me, along with a copy of your application.

I hope that senility has not accelerated at light speed!

Tim

---

**Walls, Levi <LeviWalls@my.unt.edu>**                Tue, Feb 18,
                                                       8:52 PM

to me

Dear dr. Jackson,

　　　Yeah, I was surprised when he said he needed your feedback. I'm not sure why. He mentioned it in passing today. Hopefully, it requires nothing more than for you to push a button and submit. I'll email him.

Regards,

　　　Levi Walls

---

**From:** Timothy Jackson <shermanzelechin@gmail.com>
**Sent:** Tuesday, February 18, 2020 5:52:27 PM
**To:** Walls, Levi <LeviWalls@my.unt.edu>
**Subject:** [EXT] Re: Walls U.K. travel funding

...

[Message clipped]  View entire message

**Walls, Levi <LeviWalls@my.unt.edu>**                Tue, Feb 18,
                                                       9:06 PM

to me

60

**UNT_002760**

I emailed him to reach out to you. Apologies, I would have given you more heads up if I had known any action was required on your end. I only knew about it because he mentioned it when I ran into him today.

- Levi Walls

**From:** Walls, Levi <LeviWalls@my.unt.edu>
**Sent:** Tuesday, February 18, 2020 6:52:43 PM
**To:** Timothy Jackson <shermanzelechin@gmail.com>
**Subject:** Re: [EXT] Re: Walls U.K. travel funding

...

[Message clipped]  View entire message

**Timothy Jackson <shermanzelechin@gmail.com>**          Tue, Feb 18, 9:20 PM

to Levi

Dear Levi,

I would like more information. I don't recall you mentioning a travel application to the UK; rather, I thought that you were interested in France! So, why England?

Tim

**Walls, Levi <LeviWalls@my.unt.edu>**          Tue, Feb 18, 9:25 PM

to me

Dear dr. Jackson,

Oh, yes, it's for the international conference of musical form on June 30 that I was accepted into. Just to help with the funding to get to the conference. Nothing substantial like the planned work in France.

Regards,

Levi Walls

61

**From:** Timothy Jackson <shermanzelechin@gmail.com>
**Sent:** Tuesday, February 18, 2020 7:20:01 PM
**To:** Walls, Levi <LeviWalls@my.unt.edu>
**Subject:** Re: [EXT] Re: Walls U.K. travel funding

**Timothy Jackson <shermanzelechin@gmail.com>**          Tue, Feb 18, 9:34 PM

to Levi

Dear Levi,

OK. That is totally different from the student *research* grant application (I believe that I sent you the call for applications for that competition thinking you might want to go to Paris). Well, of course I will strongly support your application for travel funding to present at the British conference. But, as I said, I have not heard a peep from Brand about that. Maybe he does not need my input to make a decision.....

Keep me posted regardless.

By the way, if you have a chance to make a pit stop at the British Library near Charing Cross in London to photograph something for me, I would be infinitely grateful. But only if you have time. Their music collection is spectacular and important, and a resource that you should be familiar with! I have spent many happy hours puttering around there.

Best, Tim

**Walls, Levi <LeviWalls@my.unt.edu>**          Thu, Feb 20, 8:15 AM

to me

Dear Dr. Jackson,

       Thanks for taking care of the funding request. Hopefully Brand doesn't require much more from you as I don't wish to inconvenience you without warning! Of course I'm happy help you by making a stop at the British Library. I'll be staying with a friend in London and commuting to Newcastle from there (which will be cheaper in the end), so the Charing Cross library won't be too out of the way. What is it that you would like me to photograph?

62

Regards,

Levi Walls

**Cordial relations with Levi persisted for nearly five months *after* the Symposium was submitted to UNT press, and we were assembling the next issue. Levi's daughter was born. There was no sign of any issues or concerns.**

**I sent Levi a project that I was working on:**

## Walls, Levi <LeviWalls@my.unt.edu>

May 19, 2020, 10:01 AM

to me

Dear Dr. Jackson,

Thanks for your email, and the detailed graphs. Since musical setting is, itself, a translation of sorts, these pieces would seem to offer an especially interesting challenge (a Wellesz translation of Rilke's translation of E.B. Browning, like a game of "telephone"). Technically, there are four levels (or at least three and a half) to the process because Rilke didn't know English and was assisted by his hostess in Capri. If you haven't already, there are a few articles that you might find useful, especially in regards to the relationship between Rilke's and Browning's texts. "Rilke's Translations of English, French, and Italian Sonnets" by Furst: https://www.jstor.org/stable/pdf/4172561.pdf?refreqid=excelsior%3Ad54da7f70c99859abb26629bc5b5c137 and "Translating Desire: Elizabeth Barrett-Browning and Rilke's women in love" by Catling (although I couldn't manage to find this article, which appears in a German-language book called *Rilke und die Moderne*). https://ueaeprints.uea.ac.uk/id/eprint/26337/ It seems like it would be useful if it can be tracked down. I'm unsure of the state of ILL during this shutdown.

Part of the Furst article mentions that, because Rilke changes the structure of the sonnets he translates, the resultant rhyme scheme "gains a musical and symbolical element" that wasn't necessarily there before (132). According to the author, this change is due in part to Rilke's alternating use of masculine and feminine rhymes, whereas Browning's rhymes are consistently masculine. I wonder if the translations set by Wellesz feature similar changes.

Ophelia is well for the most part. My wife works 6pm-6am three days a week, so I am on my own with her those nights. It can be pretty rough (because she cries more when Rebeca is gone) so I often go without sleep. But it's a labor of love. I think, all in all, I'm doing well in fatherhood.

63

UNT_002763

My biggest challenge, as I always thought it would be, is not to be too neglectful because of work. It's a delicate balance.

I'm currently studying for my related field quals, so I'm buried in English literature texts. I think more music theorists would do well to be more familiar with some of these literary theory texts. A few that I've committed to reading are unrepentantly intentionalist though, especially Hirsch's *Validity in Interpretation* (an ironic title, to be sure, because when our analyses are absolutely beholden to the supposed intentions of authors, we might as well throw out the possibility of interpretation). One of the novels I'm currently reading is *Romola.* Knowing your interest in George Eliot and Vasari's *Lives of the Artists,* it seems like a book you would appreciate.

This talk of English literature reminds me. Would you mind signing my degree plan? Just the "major professor" line near the bottom of the front page. You'll have to do it electronically, which should be straightforward using the "annotate" tool of whatever PDF program it opens in. I attached it. Let me know if it gives you trouble. Thanks!

Regards,

    Levi Walls




---------- Forwarded message ---------
From: **Stephen Slottow** <sslottow@gmail.com>
Date: Thu, May 14, 2020 at 6:49 PM
Subject: Re: [EXT] Re: Confidential
To: Colin Davis <colinldavis@gmail.com>
Cc: Walls, Levi <LeviWalls@my.unt.edu>, Timothy Jackson <shermanzelechin@gmail.com>


Dear Levi,

That all sounds excellent.

But when should the present issue be out?

-sps


**Walls, Levi <LeviWalls@my.unt.edu>**                    Mon, Jun 8, 8:49 AM

UNT_002764

to me

Dear Dr. Jackson,

   Thanks for the email. I'm afraid it's a negative on the sleep issue. She's still pretty fussy at night so I only get an hour here and there.


   In regards to your journal questions, I've been emailing Karen at UNT press about the printing, but she hasn't been responding (which is frustrating). Even with the virus, I feel like it's taking too long. I emailed Ron yesterday, so hopefully he will respond. I've been chipping away at the Novack and I've gotten through the first couple files. While I'm at it, I'm also formatting it in Indesign for the journal style. I had a question: should I change the British-style punctuation and spellings (i.e. periods outside of quotation marks and words like "focussed")? I assume the answer is yes, but wanted to double-check. I'll send some of the proofs this week.


   Thanks for your kind offer to meet. Always much appreciated. Perhaps sometime later in the summer; now's just not a good time. In a month or so, I'll have finished teaching my summer course (aural skills III), Ophelia will hopefully be sleeping better, and I'll have gotten my massive reading list under control, all of which will significantly improve my sanity.


   I'll be presenting my double cycle work at SMT this year, so that will be good.


   How have you been doing this summer? How is your family?


Regards,


   Levi Walls


PS. Just as I was about to hit send, Ron responded to my email. He said that the printing has been underway but running behind because of the virus. We should have copies by the end of this month, he said.

---

**From:** Timothy Jackson <shermanzelechin@gmail.com>
**Sent:** Sunday, June 7, 2020 1:29 PM

65

**To:** Walls, Levi <LeviWalls@my.unt.edu>
**Subject:** [EXT] Making contact - Novack text

**Timothy Jackson <shermanzelechin@gmail.com>**    Tue, Jun 9, 7:46 PM

to Levi

Dear Levi,

Bravo on the SMT acceptance! Great news indeed! Are they going to hold the meeting physically or on-line? I will not travel this year, considering it just too risky - and expensive, given the cuts to faculty travel funding. I have read some reports indicating that there are patients recovering from the virus who have exhibited lasting damage to their hearts. No one knows the long-term repercussions. It is depressing that the infection rate in the Denton area shows no decline.

https://gis-covid19-dentoncounty.hub.arcgis.com/pages/covid-19cases

On the contrary, it is increasing daily!

Thank-you for the update about the *Journal* and the Novack. Good news about the text. Use our house style (American). Once I have that text from you, I will start working with Colin on the examples.

I am teaching "Analysis and Performance" for the first time as a summer course. With 15 students, entirely on-line, it is challenging. However, the good news is that the students are almost all DMAs and highly motivated, so that I think we will make real progress. Right now, we are looking at a scene from Jommelli's opera *Armida abbandonatta,* which I believe to be an absolutely amazing opera.

I send you my annotated score with some ideas about how it works.

There is one very significant difference between the two recorded performances, both available on Youtube. https://www.youtube.com/watch?v=F3_skCJBSJg

https://youtu.be/FrPRKb-xhzY?t=2337

Both are very good, but Rousset makes a significant cut in the A' section. I am trying to figure out if he made it based on Jommelli, or on his own. It is possible that Jommelli compressed the A' because he revised the opera for different performances.

66

This opera is one of the truly great Classical operas! I cannot recommend it highly enough!

Your baby will sleep through the night - eventually. Hang in there!

Best, Tim

**On July 23, 2020, just six days before the public attack and his subsequent denunciation of me, Levi wrote:**

**Walls, Levi**                                                    Thu, Jul 23, 2:11 PM

to me

Dear Dr. Jackson,

I attached the requested files. Ah, yes, I remember from my first semester at UNT that you were working on the late quartets (op. 131, to be specific). That was back when I barely knew what Schenkerian analysis was. Hard to believe it was only 4 years ago! Let's hope I come just as far in another 4 years.

I'd be interested in seeing your Beethoven work, as with anything. Studying Beethoven will always be important, even if I don't ever plan on presenting/publishing work on him. I always feel a little apprehension at doing Beethoven research. He's been done so much over the years (for good reason, to be sure, as he is without a doubt one of the greatest composers that ever lived). But still, I inwardly groan a little when I see paper after paper on Beethoven at conferences. I think you know what I mean, since you were sitting right next to me when I heard you say something to a similar effect in response to a Beethoven paper at TSMT 2018. But, I'm glad to see what you have to say since, as I said, it's very important to continue studying Beethoven. Something new and valuable might come out of it, and it would be an awful shame if Beethoven research stopped *entirely*.

For my own part, I have a few projects going for the next conference season. I once wrote a paper about finding a musical analogue to Transatlantic Modernism (the Imagist poets, plus the likes of T.S. Eliot and Gertrude Stein). I had noticed that documentaries on these figures used a mixture of classical–romantic era music and Coplandesque Americana, but I argued that it was the music of the second Viennese school that really mirrors the Transatlantic Modernist aesthetic/philosophical views. And it should be the job of a documentary to choose music that represents their subject's aesthetic/philosophical views, when that documentary is on an artist. So I'm reworking that paper for a few American literature conferences. Then, I've recently

67

UNT_002767

started thinking about writing a proposal for upcoming theory/musicology conferences that compares formalism in music vs. formalism in literary theory. Confusingly, the two ideologies are complete opposites when it comes to matters of interpretation. One of our main formalist representatives is Peter Kivy, whose perspective is almost semiotically barren. On the other hand, the main representatives of formalism in literary theory are the New Critics and the Russian Formalists, who are extremely flexible in regards to semiotics. In part, the New Critics pushed Barthes' idea of the "death of the author," which I find indispensable to interpretation (and Kivy found distasteful). I think that the underlying reasons for this disparity between formalism in music and in literary theory will say something important about the ideological differences between the two fields. But that project is in it's infancy, so we'll see what happens with it.

Ophelia is okay. She's getting so much smarter and her hand-eye coordination is improving a lot. If I put her on my lap at the piano, she hits the keys with interest, which is very good for a four-month-old! A surprising lack of change in the sleep department, though. But, at least I don't have to take care of her alone at night anymore (at least, for the foreseeable future) because my wife's work schedule changed to daytime shifts.

Regards,

Levi Walls

---

**From:** Timothy Jackson <shermanzelechin@gmail.com>
**Sent:** Thursday, July 23, 2020 9:53 AM
**To:** Walls, Levi <LeviWalls@my.unt.edu>
**Subject:** [EXT] Re: Updates on articles, websites, and printing.

…

[Message clipped]  View entire message
**3 Attachments**

**Timothy Jackson <shermanzelechin@gmail.com>**        Thu, Jul 23, 6:49 PM

to Levi

Dear Levi,

UNT_002768

Thank-you for the update. I would like to discuss these issues with you and learn more about them! I also would like to recommend that you take a closer look at the last movement of Op. 127 for starters because I believe that the way of thinking here is relevant to Berlioz. Here, Beethoven departs quite radically from "Classical" principles of design-tonal organization, and I can see now how this kind of freedom would have impressed Berlioz, and inspired some of his procedures. I presume that you plan to go forward with *Les Troyens*.....If so, doing so would be helpful.

By the way, I did not realize this, but Salieri wrote quite a bit for the French opera, being "anointed" for this task by Gluck. The results are impressive. *Les Danaides*, for example, while gruesome, is quite an opera! There are boring parts of *Tarare*, but also superb sections in a highly imaginative frame.

I will look over Wason's comments and get back to you and Dr. S.

Best, Tim

**Shortly after the Twitter attack, Levi Walls posted on FB, July 27, 2020 this denunciation:**

I have written the following statement in an attempt to share my experiences and shed light on the situation regarding the Journal of Schenkerian Studies. Furthermore, the purpose of this statement is to emphasize how deeply sorry I am for my involvement in the journal. Although I had no control over the content of the journal, or over the decisions regarding review processes, I am guilty of complicity because I remained in the position after I realized that my whistleblowing efforts were for naught. I hope the following account provides helpful context:

In summer 2019 (when I had just finished my first year as a PhD student in music theory at UNT) I was asked if I would like to take on a research assistantship, as assistant editor of the JSS. It would allow me to gain skills in typesetting, copyediting, and general understanding of the process that goes into an academic journal. I saw the assistantship as a good opportunity, as I am interested in research. And, naturally, as the position was under the supervision of no less than five UNT faculty members who I believed had my best academic interest at heart, it didn't seem like something I would regret. Throughout the process, myself and the editor at the time were to report directly to Timothy Jackson and Stephen Slottow, with major decisions about the journal's contents to be decided by them. As I will explain, what appeared to be a positive opportunity for a young graduate student quickly turned into an extremely shameful position that I feared I could not leave without significant damage to my career.

For the first few months, the job seemed fine, as I got to work with three articles on various topics, typesetting and offering clarity-related edits. However, after Philip Ewell's SMT presentation, Timothy Jackson decided that it was the responsibility of the journal to "protect Schenkerian analysis." Although—after serious thought—I essentially agreed with Ewell's talk, it was not up to me what did or did not go into the journal. After seeing some of the responses, I started to become incredibly worried. I gave comments to one author, including that they seemed

UNT_002769

to devalue other fields of study, that they cherrypicked information to make Schenker appear in a better light, and that they confused cultural appropriation with egalitarianism. Shortly after, I was told by Timothy Jackson (my superior in at least three senses: a tenured faculty member who ran the journal and also served as my academic advisor) that it was not my job to censor people. After this, things continued to go in a direction that I found to be disgusting.

I set up a secret meeting with my department chair, specifically acknowledging that I was coming to him as a whistleblower because I was worried about the potential dangers that the journal posed for the College of Music and for rational discourse in music theory. My warning was not heeded and—although I feel that he had the best of intentions—he expressed reluctance to step in and control the actions of the journal. Furthermore, after my warning that Dr. Jackson was woefully ignorant about politically correct discourse and race relations, he rebutted that "Dr. Jackson did very well in the recent diversity and inclusion workshops."

After this, I feared that I would remain powerless and voiceless in regard to the running of the journal (despite my misleading title of "assistant editor," and the fact that I was meant to become "editor" for volume 13). In hindsight, I should have quit the journal in protest. However, I feared retaliation from Timothy Jackson: he is an incredibly well-connected and influential figure in Schenkerian circles, and I've lost count of the number of people who have told me over the years that I would regret it if I ever got on his bad side. Despite this—as well as my worry about losing the financial means to support my family—I am ashamed to say that I stayed in the position. I continued to do the administrative tasks assigned to me, to typeset the articles, provide basic copyediting, and to correspond with authors about their edits via email. Eventually, I read Timothy Jackson's response, which left me dumbfounded by it's disgusting and harmful rhetoric. Even after that, I feared to do anything other than grin and bear a job that I knew was harmful to UNT, the field of music theory, people of color, and basic human decency. For that cowardice, I am truly sorry.

Sincerely,

Levi Walls

UNT_002770

Dear Colleagues,

Thank you for the time you have all dedicated to this task and for listening in our meeting on Friday.  I am writing now to follow up on a few issues raised by your questions.

The Journal of Schenkerian Studies (JSS), vol. 12, has been attacked for four main reasons: 1. assembling a Symposium of responses to Prof. Ewell without inviting him to respond in the same issue, 2. not censoring the negative responses, 3. including one anonymous response, and 4. not subjecting the responses to peer review.

As far as censorship is concerned, our purpose was to create a "safe space" in the Symposium in vol. 12 for an open and honest exchange of scholarly opinions regarding Ewell's controversial Plenary Speech at the November 2019 Annual Meeting of the Society for Music Theory, where no such room for debate had been afforded at the 2019 Annual Meeting.  I. Regarding not inviting Ewell and including the one anonymous response, there are precedents listed below. A comment posted on Facebook (anonymously!) noted, **"The principle of the 'right to respond [in the same venue]' that was invoked in the open letter by the Society for Music Theory (SMT) —and in the SMT board's statement—has NOT hitherto been uniformly upheld in academic music research circles**
As I described our editorial process, the Journal was edited by an UNT student editor assisted by other students, and supported by a community of outside and inside readers; Dr. Slottow and I were always there to provide counsel and authority when it was needed, especially to deal with certain potentially problematic issues. I would also like to add about the editorial independence of the student editor that it is very necessary to make sure the scholarly community at large knows the student editor is backed up by me and Dr. Slottow. There is always a danger with junior scholars, especially a graduate student, that more senior contributors will intimidate them or ignore their criticism.  Dr. Slottow and I therefore purposefully stand behind the student editor.  I would hope your panel will suggest means to protect institutions like the journal and Center for Schenkerian Studies from the kind of politically motivated pressure Levi Walls was placed under as a result of accusations of "racism" from the Society of Music Theory as well as from our own faculty.  The message Walls received was clearly that he had to "repent" and buckle under the pressure for censorship.  Without institutional support for academic freedom, what we do as senior scholars to support the student editor is unlikely to be enough.  If the message is, every time you publish something that deviates from orthodoxy you may not only be subject to a Twitter mob but the University will initiate an investigation of your work, I frankly think this will make serious scholarship untenable.  In Walls case, it led to his own self flagellation and public claims to be some sort of "whistleblower."

Our policy, generally speaking, however, was to allow student editors considerable leeway; we consulted specifically about issues concerning differences of opinion among reviewers, and also how to tone down harsh book reviews. We were always able to successfully navigate potential problems through consultation and discussion. The Symposium was the first and only time we published anything of this nature; we felt that a series of responses was justified by Ewell's bitter attack on Schenker, Schenkerian scholars, and the methodology itself, especially since the SMT, by presenting it as a statement of policy, had prevented any criticism.

I also want to say a few additional things about the panel's questions concerning "conflict of interest." You asked how many times I have published in the journal, and I said that had published three articles over the past 20 years.  I would like to emphasize that this is a very small portion of my scholarly output, and I include a list of my publications below.  The journal is important to me, but not simply as a venue

UNT_002771

for my work and it never has been the primary venue for my publications.  It also seems to me that publication in a journal by members of the board of editors or others involved in the journal is quite common, and I have never heard that considered to be a conflict of interest.

To avoid "conflict of interest," we involved seven scholars from UNT in drafting the call for responses so as to attract both pro- and contra-Ewell contributors (this consultation is documented in the attached PDF). Respondents trusted the process, including those who supported Professor Ewell, and both points of view were indeed published. I must say, this is much more leeway than the SMT gives me and other Schenkerians to respond to Prof. Ewell, namely none. Lesser known people (Dr. Ben Graf and Levi Walls) worked with the pro-Ewell respondents so that they did not have to deal directly with Dr. Slottow and me (given our known pro-Schenker stance); we arranged matters precisely this way so that the pro-Ewell contributors would be as comfortable as possible in expressing their views. I entered at the end of the editorial process to read and correct the proofs for all but one of the responses (I had one other scholar replace me for that task). My role, and that of other editors and colleagues in the College of Music, is fully documented by the attached files. (Re. Editorial Process - there is a longer file of 126 pages available upon the committee's request, 2. Levi Walls doc - there is a longer one of 172 pages. In my opinion, the longer documents offer no new significant new information.) My contribution was read and critiqued by all of the other editors, including my student Walls, and I adopted their suggestions.

I believe you will see that the internal deliberations of the editorial board, its working correspondence presents a record of unimpeachable behavior in the editorial process. (I might point out that the SMT journal *Spectrum* has no ethics statement and does not conform to COPE.)

The second file concerns my relationship with my former student Levi Walls (2016 to July 2020), who was employed by UNT to work on the Journal. I regard him as, in part, a victim of the attack upon me, externally by the SMT, and internally by students and faculty within the College of Music. Since he is still a student at UNT, he should be protected by FERPA regulations, although according to guidelines from the Department of Education, he forfeited his right to confidentiality by his public attack on me as a university employee and on the University through his public pronouncements including his post on Facebook. In any event, this file is self-explanatory and is submitted confidentially to the internal UNT investigation. Levi made a public recantation of his work with and for me, which, and I am not alone in this observation, recalls the spirit of show trials in totalitarian societies. The documents in the attached file contradict Walls's public accusations.

I also wanted to bring to the panel's attention some additional evidence:

1. There is precedence for assembling a symposium of responses to an author without inviting the author to respond. The responses are not - indeed cannot be - vetted in the same way as scholarly articles. Such responses can be also understood to fall under the category of "commentaries" and these are handled in a variety of ways, dependent again, on the journal. It is a "grey area" with no definitive protocol. Here are some examples, to which others could be added:

https://www.editage.com/insights/a-young-researchers-guide-to-perspective-commentary-and-opinion-articles:

2

"Commentaries draw attention to or present criticism of a previously published article, book, or report, often using the findings as a call to action or to highlight a few points of wider relevance to the field. Commentaries do not include original data and are heavily dependent on the author's perspective or anecdotal evidence from the author's personal experience to support the argument.
Commentaries are usually very short articles, of around 1000-1500 words, and are in most cases invited by editors from reviewers or experts in the field."

https://www.beilstein-journals.org/bjoc/instructionsCommentary

"Commentary articles seek to provide a critical or alternative viewpoint on a key issue or provide an insight into an important development that is of interest to a large number of scientists. These narrowly focused articles are usually commissioned by the journal."

All the pro-Schenker responses were from established Schenkerian scholars, including authors of texbooks on Schenkerian analysis. All the pro-Ewell responses were from scholars with Ph.D.s in music theory, and all received were included. The most distinguished of the pro-Ewell responses was from the chair of the Harvard music department. All authors signed publication release forms from UNT Press.

After the SMT petition was released, one on-line critic of it noted:

- ■ **Would the 2010 *Journal of Music Theory* (Yale) special issue on Cavell's "Music Discomposed" be deserving of censure IF the editors didn't offer Cavell an opportunity to respond in the same issue?**

- ■ What about when multiple articles in a special journal issue deal with the work of someone who may not necessarily identify as a "scholar"? **Should Lin-Manuel Miranda have been given an opportunity to respond—in the same issue—to the 2018 *American Music* (University of Illinois Press) special issue on *Hamilton*?**

- ■ **It is highly likely that special journal issues devoted to a single scholar's work such as the 2005–2006 *Perspectives of New Music* (Princeton) issue on Benjamin Boretz don't always employ especially rigorous peer review, if any.**

- ■ **"*The Opera Quarterly* (Oxford University Press) is a themed journal for which content is typically solicited in advance." Quoted from Ann Lewis, Managing Editor. It is unclear whether articles are peer reviewed or not, but they are not reviewed blind.**

2. Anonymous responses are indeed published in prestigious academic journals under these circumstances: when revealing the identity of the respondent could endanger his/her life and well-being, possibly for political reasons, **and/or ability to find and retain a job or position.** The most common anonymous responses are to political events, discussions of illegal activities, embarrassing medical conditions, difficult academic situations, and unpopular viewpoints. In the case of JSS, the anonymous scholar was a recent Ph.D. in music theory who requested anonymity to protect his chances for landing a job.  The fact that viewpoints opposing the application of critical race theory to music theory are now unpopular is an understatement.  The vehemence of the mob-like reaction against the Journal, against the Center for Schenkerian Studies, and against me personally speaks for itself.  We have also received ample evidence that many people who signed petitions against the Journal and the

3

symposium authors who were critical of Professor Ewell are in fact being coerced.  As you know, this entire process is a scandal that has attracted national attention, something music theory very rarely does.  So I have always been puzzled by criticism that one author was permitted to publish anonymously.  In retrospect, this author had more foresight than we did in requesting to do so; the anonymous author foresaw the political explosiveness of this issue when we thought we were engaging in the normal course of open scholarly debate.  It is also a crowning irony that at least one of the petitions, promoted by the Society for Music Theory, circulated against me personally, the Journal, and our center is itself being promoted anonymously.  Apparently, it is okay to anonymously attack the publication of an anonymous article.

The following are examples of anonymous publications in scholarly work:

- ◪ *Journal of Management Inquiry* **24.2 (2015): 214-216.** "The case of the hypothesis that never was; Uncovering the deceptive use of post hoc hypotheses."

See the editor's note that precedes the case: "Editor's Introduction: The Provocations and Provocateurs section thrives on the idea of challenging conventional thought, action, and practice. When someone wants to publish an essay anonymously, you know that essay either has the potential to be explosive or someone is assuming anonymity to protect the semi-innocent or the demonstrably guilty. The following essay is by an author who has requested anonymity for both reasons. It concerns a practice that apparently has become increasingly common in organization study: constructing hypotheses *after* analyzing the data and then presenting those hypotheses as if they were guiding the study. Unwittingly deceiving one's self is a fascinating process; wittingly deceiving others is something else entirely. Yet, if we are to believe our anonymous author, both processes can be at play. Read the piece. This one could get you going as a commentary on how questionable practices can insinuate themselves into the fabric of our field."

- ■ Symposium with Three Anonymous Contributions (employment issues):
*Narrative Inquiry in Bioethics*, **Volume 6, Number 1, Spring 2016, pp. 3-36 (Article) Published by Johns Hopkins University Press.**

Narrative Symposium: Political Influence on Bioethical Deliberation Jean–Christophe Bélisle Pipon, Marie–Ève Lemoine, Maude Laliberté, Bryn Williams–Jones, Dan Bustillos, **Anonymous One, Anonymous Two,** Ashley K. Fernandes, **Anonymous Three**, Thomas D. Harter, D Micah Hester, **Anonymous Four**, Mary Faith Marshall, Philip M. Rosoff, Giles R. Scofield.

- ■ Anonymous Article (political repercussions):
*Survival Global Politics and Strategy,* Anonymous (2018) "Iran Disillusioned," **Survival, 60:2, pp. 231-236**, DOI: 10.1080/00396338.2018.144859 **Published by Routledge.** To link to this article: https://doi.org/10.1080/00396338.2018.1448598

- ■ Two Identified Authors, One Anonymous:
*Common Knowledge*, **Volume 16, Issue 2, Spring 2010, pp. 223-232** "Decorate the Dungeon": A Dialogue in Place of an Introduction. Jeffrey M. Perl, Colin Richmond, with Anonymous (Article) **Published by Duke University Press.**

- ■ Article by an Anonymous Author (employment issues):

UNT_002774

*The American Sociologist*, **Nov., 1976, Vol. 11, No. 4 (Nov., 1976), pp. 193-198** "Reflections of an Unemployed Sociologist" Author(s): Anonymous. Source: **Published by: American Sociological Association** Stable URL: https://www.jstor.org/stable/27702242

- Article by an Anonymous Author (employment issues):

*Litigation* , **Winter 2015, Vol. 41, No. 2, Regrets (Winter 2015), pp. 41-45** "A Woman at Big Law: No Regrets (Off the Record)" Author(s): ANONYMOUS **Published by: American Bar Association** Stable URL: http://www.jstor.com/stable/44677753

■   Article by an Anonymous Author (political repercussions):

*Political Geography*. Volume 62**, January 2018, pp. 170-183** An interdisciplinary journal for all students of political studies with an interest in the geographical and spatial aspects of politics. The journal brings together leading contributions in the field and promotes interdisciplinary debates in international relations. "Rosewood democracy in the political forests of Madagascar."

■   Article by an Anonymous Author (political repercussions):

*Journal of Contemporary Asia* **48:3, pp. 363-394 (2018)** "Anti-Royalism in Thailand Since 2006: Ideological Shifts and Resistance," DOI: 10.1080/00472336.2018.1427021 To link to this article: https://doi.org/10.1080/00472336.2018.1427021 **Published by Routledge.**


■   Article by an Anonymous Author (problems in academe):

*International Review of Qualitative Research, Vol. 12, No. 3, Fall 2019, pp. 215–218.* ISSN 1940-8447, eISSN 1940-8455. © 2019 International Institute for Qualitative Research, University of Illinois, Urbana-Champaign. DOI: https://doi.org/10.1525/irqr.2019.12.3.215 "Cleaning a Tarnished Bloodstained Anchor?" Anonymous

■   Article by an Anonymous Author (political repercussions)

*Feminist Review*. **VOLUME: 82 ISSUE: MONTH: YEAR: 2006 PAGES: 118-119.** "Eyewitnesses to the murder of migrants at the Spanish border"

It is also my hope that the panel will make a strong statement about the need to protect academic freedom and open scholarly discourse at UNT (and in academic work beyond UNT).  I think the example of the student editor, Levi Walls, and the pressure he was placed under to retract and renounce his scholarly interests, which I think you will clearly see in our correspondence, should serve as an example to what happens when faculty, graduate students, and even the administration submits to attacks on academic freedom.  From the UNT statement on academic freedom:

**Academic freedom and academic responsibility give vitality to the UNT and its mission.** As such, the academic freedom to be able to freely consider or investigate important, **and, perhaps, <u>controversial questions</u> [my underline] is essential to the education of students and advancement of knowledge.**

I believe that publishing all of the responses in the Journal Symposium "by peers who are experts in the relevant subject material" - *both* pro and con - falls clearly within the responsibility of academic freedom, and "the academic freedom to be able to freely consider or investigate important, and, perhaps, **controversial** questions." I further assert that none of the responses that were published expresses support for racism or condones it. Rather, all of them disavow

5

racism, and some - like my own - seek an alternative way forward that will lead to genuine engagement with vital issues. We did not cherry-pick or censor the responses but published all responses from scholars with Ph.D.s in music theory, with some editing of course, and an amalgamation of the scholarly apparatus in a unified bibliography.

To support my statements about "conflict of interest" above, I am listing my publications here to show that the three articles that I have published in JSS are but a small percentage of my total output: I have bolded the three articles I published in JSS.

**Books and Monographs:**

***Bruckner Studies***, eds. Timothy L. Jackson and Paul Hawkshaw (Cambridge: Cambridge University Press, 1997). (refereed)

***Cambridge Handbook on Tchaikovsky's Sixth Symphony (Pathétique)*** (Cambridge: Cambridge University Press, 1999). (refereed)

***Perspectives on Anton Bruckner***, eds. Timothy L. Jackson, Paul Hawkshaw (Yale), and Crawford Howie (Manchester), (London: Ashgate Press, 2001). (refereed)


***Sibelius Studies***, eds. Timothy L. Jackson and Veijo Murtomäki (Sibelius Academy), (Cambridge: Cambridge University Press, 2001). (refereed)

***Sibelius in the Old and New World: Aspects of His Music, Its Interpretation, and Reception,*** eds. Timothy L. Jackson and Veijo Murtomäki (Peter Lang: New York, Bern, Berlin, Bruxelles, Frankfurt am Main, Oxford, Wien, 2010).

"The Schenker-Oppel Exchange: Schenker as Composition Teacher," *Music Analysis* 20/1 (2001) (Oxford), pp. 1-116. (refereed)

**Article on "Bruckner"** in *The New Grove Dictionary of Music and Musicians* ed. S. Sadie

and J. Tyrrell (London: Macmillan, 2001) and Grove On-line (Oxford University Press, 2004.

**Published Articles:**

"Richard Strauss's *Winterweihe* — An Analysis and Study of the Sketches." *Richard Strauss-Blätter* XVII (1987), pp. 28-69.


"Compositional Revisions in Richard Strauss's *Waldseligkeit* and a New Source." *Richard Strauss-Blätter* XXI (1989), pp. 55-84.


"Mozart's *Little Gigue* in G major — A Study in Rhythmic Shift, A Reminiscence of the Competition with Haessler?" *Mitteilungen der internationalen Mozart-Gesellschaft* XXXVII (1989), pp. 70-80.

6

Comment on Steven Parkany's "Kurth's Bruckner and the Adagio of the Seventh Symphony." *Nineteenth Century Music* XIII/1 (1989), pp. 74-75.

"The Enharmonics of Faith: Enharmonic Symbolism in Bruckner's *Christus factus est* (1884)." *Bruckner Jahrbuch 1987-88*, Austrian Academy of Sciences, Linz, 1990, pp. 4-20.

"'Schubert as John the Baptist to Wagner-Jesus' — Large-scale Enharmonicism in Bruckner and his Models," in *Bruckner Jahrbuch 1991-93,* Austrian Academy of Sciences, Linz, 1995, pp. 61-108.

"Gabriel Fauré's Expansions of Non-Duple Hypermeter in *La Fleur qui va sur l'eau* Op. 85, No. 2." *In Theory Only* XII (November 1991), pp. 1-24.

"Schoenberg's Op. 14 Songs: Textual Sources and Analytical Perception," *Theory and Practice* XIV (1989/90 double issue), pp. 35-58.

"Bruckner's Metrical Numbers," *Nineteenth Century Music* XIV/2 (Fall 1990), pp. 101-31.

"Schubert's Revisions of *Der Jüngling und der Tod* D 545a-b and *Meeres Stille* D 216a-b," *The Musical Quarterly* LXXV/3 (1991), pp. 335-60 (American Oxford).

"The Metamorphosis of Richard Strauss's *Metamorphosen* — New Analytical and Source Critical Discoveries," in *Richard Strauss: His Life and Work*, ed. Bryan Gilliam, Duke University Press, 1992, pp. 193-241.

"Current Issues in Schenkerian Analysis." Feature review-article on *Trends in Schenkerian Research*, ed. Allen Cadwallader (Schirmer Books, 1990) and *Schenker Studies*, 1990, ed. Hedi Siegel (Cambridge University Press) for *The Musical Quarterly* LXXVI/2 (1992), pp. 242-63 (American Oxford).

"*Ruhe, meine Seele!* and the *Letzte Orchesterlieder,"* in *Richard Strauss and His World*, ed. Bryan Gilliam, Princeton University Press (1992), pp. 90-138. Translated as "*Ruhe, meine Seele!* und die *Letzten Orchesterlieder*" in *Richard Strauss-Blätter* XXI (1995), pp. 84-128.

Review of *Arnold Schoenberg, the Composer as Jew* by Alexander Ringer, *Theory and Practice* 18 (1993), pp. 171-78.

"Bruckner's Rhythm: Syncopated Hyperrhythm and Diachronic Transformation in the Second Symphony," in *Anton Bruckner — Persönlichkeit und Werk*, Austrian Academy of Sciences, Linz, 1995, pp. 93-106.

"*Hearing* Schoenberg," review-article on Silvina Milstein, *Arnold Schoenberg. Notes Sets Forms*, Cambridge: Cambridge University Press, 1992, for the *Journal of Musicological Research* 15/4 (1995) pp. 285-311 (Gordon Breach, UK).

"Aspects of Sexuality and Structure in the Later Symphonies of Tchaikovsky," *Music Analysis* 14/1 (1995), pp. 3-25 (British Oxford).

"The Tragic Reversed Recapitulation in the German Classical Tradition," *Journal of Music Theory* 40.1 (1996), pp. 23-72 (Yale University Press).

UNT_002777

"The Finale of Bruckner's Seventh Symphony and Tragic Reversed Sonata Form," in *Perspectives on Anton Bruckner*, eds. Timothy L. Jackson and Paul Hawkshaw, Cambridge University Press, 1997, pp. 140-208.

"'Your Songs Proclaim God's Return' — Arnold Schoenberg, the Composer and His Jewish Faith," *International Journal of Musicology* VI (1997), pp. 277-315.

"Bruckner's *Oktaven*," *Music and Letters* 86 (1997), pp. 391-409 (British Oxford University Press). Expanded version published as: "*Bruckner's Oktaven*: the problem of consecutives, doubling, and orchestral voice-leading." *Perspectives on Anton Bruckner*, eds. Timothy L. Jackson, Paul Hawkshaw, and Crawford Howie, (London: Ashgate Press, 2001).

"Dmitri Shostakovich, the Composer as Jew," in *Shostakovich Reconsidered*, eds. Dmitri Feofanov and Allan Ho, (New York, London, Paris: Toccata Press, 1998), pp.597-642.

"'A Heart of Ice:' Crystallization in Sibelius's *Pohjola's Daughter* and Other Works." Conference Report of the Second International Sibelius Conference in Helsinki, November 1995, ed. Eero Taarasti, 1998, pp. 100-123.

"Diachronic Transformation in a Schenkerian Context. A Study of the Brahms Haydn Variations Op. 56a-b," in *Schenker Studies 2*, eds. Hedi Siegel and Carl Schachter, Cambridge University Press (1999), pp. 195-237.

"Brahms's *9 Lieder und Gesaenge*, Opus 63," in *The Compleat Brahms*. *A Guide to the Musical Works of Johannes Brahms*," ed. Leon Botstein (New York and London: W. W. Norton & Company, 1999), pp. 251-254.

"Diachronische Transformation im Schenkerschen Kontext: Brahms' Haydn-Variationen," in *Johannes Brahms. Quellen – Text – Rezeption – Interpretation. Internationaler Brahms-Kongress Hamburg 1997*, eds. Friedhelm Krummacher and Michael Struck (Munich: Henle Verlag, 1999), pp. 453-92.

"The *Adagio* of Bruckner's Sixth Symphony: The Anticipatory Tonic Recapitulation in Bruckner, Brahms, and Dvorak." In *Perspectives on Anton Bruckner*, eds. Timothy L. Jackson, Paul Hawkshaw, and Crawford Howie, (London: Ashgate Press, 2001).

"Die Wagnersche Umarmungs-Metapher bei Bruckner und Mahler" ("The Wagnerian 'Embrace' Metaphor in Bruckner and Mahler,"), in *Bruckner-Probleme*, *Beiheft zum Archiv für Musikwissenschaft*, ed. Albrecht Riethmüller (Stuttgart: Franz Steiner Verlag, 1999), pp. 134-52.

"Observations on crystallization and entropy in the music of Sibelius and other composers," in *Sibelius Studies*, eds. Timothy L. Jackson and Veijo Murtomaki (Cambridge: Cambridge University Press, 2001), pp. 175-275.

UNT_002778

"A Contribution to the Musical Poetics of Dmitri Shostakovich: Observations on 'Putting the Jew back in Christ," in *Dmitri Schostakowitsch und das juedische musikalische Erbe*, eds. Ernst Kuhn, Andreas Wehrmeyer und Guenter Wolter (Berlin: Verlag Ernst Kuhn, 2001), pp. 19-55.

"Brucknerian Models: Sonata Form and Linked Internal Auxiliary Cadences," Sibelius Forum II. Proceedings from the Third International Jean Sibelius Conference, Helsinki December 7-10, 2000, Sibelius Academy, 2003, pp. 155-171.

"The Problem of the Second Group in the First Movement of Tubin's Fifth Symphony: A Schenkerian View," *Yearbook of the International Eduard Tubin Society*. Vol. 3 (2003). International Eduard Tubin Society: Tallinn, 2003. ISSN 146-7077, pp. 59-69.

Translation of Schenker's article on Mozart's A minor Sonata in *Der Tonwille*, ed. William Drabkin (New York: Oxford University Press, 2004), pp. 55-71.

"Paul Kletzki and Reinhard Oppel: two forgotten composers," *JMI International Forum for Suppressed Music Newsletter No. 6*, January 2004.
http://www.jmi.org.uk/suppressedmusic/publications/ifsmnews6.html

CD Program booklet for BIS CD 1399, Paul Kletzki, Third Symphony "In Memoriam," Concertino for Flute, 2004.

"*Schliesse mir die Augen beide*: an Analysis of Six Settings by Berg, Oppel, Tintner, Zilcher, and Kletzki," *A Composition as a Problem*. Vol. IV. *Scripta Musicalia*: Tallinn (2004), pp. 51-88.

"Representations of "Exile" and "Consolation" in Hindemith"s *Mathis der Maler*," *A Composition as a Problem*. Vol. IV. *Scripta Musicalia*: Tallinn (2004), pp. 17-44.

"The Finale of Tubin's Fifth Symphony from a Schenkerian Perspective." *Proceedings of the International Conference "Eduard Tubin 100."* (Tallinn: Estonian Academy of Music and Theatre, 2007).

"The *Urlinie* in Hindemith's String Quartet Op. 22, Second Movement?" in a Composition as a Problem, *A Composition as a Problem*. Vol. V. *Scripta Musicalia*: Tallinn (2008), pp. 146-174.

"Eine Annäherung an Paul Kletzki." *Musica Reanimata* Nr. 58 (2006), pp. 6-17.

"*Hinauf strebt's* : Song Study with Carl Schachter" in *Structure and Meaning in Tonal Music: Festschrift in honor of Carl Schachter*, eds. Poundie Burstein and David Gagné, (Hillsdale, NY :; Pendragon Press, Year: 2006), pp. 191-202.

"Sibelius the Political" in *Sibelius in the Old and New World: Aspects of His Music, Its Interpretaton, and Reception,* eds. Timothy L. Jackson and Veijo Murtomäki (Peter Lang: New York, Bern, Berlin, Bruxelles, Frankfurt am Main, Oxford, Wien, 2010, pp. 69-124.

"The *Urlinie* in Hindemith's String Quartet Op. 22 Second Movement?" in *A Composition as a Problem V*, (Tallinn: Estonian Academy of Music and Theatre, 2008), pp. 146-86.

9

"Escaping from a Black Hole: Facing Depression in Academia," read at the National Joint Conference of the American Musicological Society and the Society for Music Theory, Nashville, 7 November, 2008, published in *Music Theory Online* (*MTO*) Volume 15, Numbers 3 and 4, August 2009.

**"*Punctus contra punctam*: Hans Weisse's Counterpoint Studies with Heinrich Schenker," read at the National Joint Conference of the American Musicological Society and the Society for Music Theory, Nashville, 7 November, 2008, *The Journal of Schenkerian Studies IV* (2010), pp. 87-186.**

"Thierfelder's 1935 Open Letter to Sibelius and Adorno's Critique – Some Preliminary Observations," *Säteitä* (Sibelius Academy Yearbook, 2010), pp. 10-42.

"Heinrich Schenker's Comments on Some Compositions by Reinhard Oppel," *A Composition as A Problem VI* (2012), pp. 5-95.

Obituary/eulogy for Prof. Edward Laufer, "*Musae Iovis plangite!*" in the *Society for Music Theory Newsletter* (Volume 37/2), pp. 20-21.

Program book essay for the special Festival Concert for the 150th Birthday Celebration of Richard Strauss in the National Theater of the Bavarian State Opera [Bayerische Staatsoper, Munich], June 10, 2014.

Program book essay for the Production of Richard Strauss's *Ariadne* at the National Theater for the Bavarian State Opera, June 15, 2015. *Anmerkungen zur Oper Arabella: Aspekte biografischer Verstrickungen* [*Observations on the Opera Arabella: Aspects of the Biographical Omissions*] in the Program Book for the performance of Richard Strauss's *Arabella* in the National Theater of the Bavarian State Opera, Munich, July 2015.

*"The 'Pseudo-Einsatz' in Two Handel Fugues: Heinrich Schenker's Analytical Work with Reinhard Oppel"* in *Bach to Brahms. Essays in Musical Design and Structure*, edited by David Beach and Yosef Goldenberg (Rochester and London: Rochester University Press, 2015), pp. 173-203.

"The First Movements of Anton Eberl's Symphonies in E flat major and D minor, and Beethoven's *Eroica*:" Towards "New" Sonata Forms?" in *Explorations in Schenkerian Analysis*, eds. Su Yin Mak and David Beach (Rochester and London: Rochester University Press, 2016), pp. 61-98.

**"Elucidations of Post-Tonal Free Composition," *Journal of Schenkerian Studies* X (2017), pp. 23-177. Edward Laufer Festschrift.**

"The Company You Keep:' Recipients of the Honorary Doctorates from the 1936 Heidelberg Celebration – Sibelius and Those Honored with Him," in *Jean Sibelius's Legacy*, edited by Daniel Grimley (Professor of Music, Merton College, Oxford) and Veijo Murtomäki (Professor, Sibelius Academy) (Cambridge: Scholars Press, Cambridge, UK, 2017), pp. 88-110.

**"'Punctuation Form' and Expressive Contents in the First Main Period of Selected G Minor Symphonies's First Movements of the Classical Era—Kochian-Schenkerian Approaches," with Veijo Murtomäki (Sibelius Academy), *Journal of Schenkerian Studies XI* (2018), pp. 2-59. Edward Laufer Festschrift.**

"Berg's Linear Counterpoint," under review.

10

"The Punctuation Forms of Mozart's Symphonies in G minor," under review. Co-authored with Veijo Murtomäki (Sibelius Academy).

"Sibelius and the SS," under review.

Please note that I interpreted the mandate of the investigating committee rather more narrowly, based on Provost Crowley's letter to me of September 7, 2020, in which she states that the focus is on Volume 12:

> The university is investigating neither you nor the Journal of Schenkerian Studies. I think it is fair to presume that we agree the journal is a UNT publication, since it is housed in the Center for Schenkerian Studies and is funded by the university. As such, the university has an interest in the complaints about the circumstances surrounding Volume 12 that have come from all corners, and ensuring the journal meets the standards of a peer reviewed, academic publication. The university has the discretion, if not the obligation, to look into these circumstances. A panel of faculty with experience editing peer-reviewed journals has been appointed to do just that; not to investigate you or the journal, or to look into whether a particular policy has been violated. Hopefully, this clarification puts an end to the misinformation and mischaracterization about this matter.

My purpose in founding the Journal was to bring prestige and a reputation for excellence in the field of Schenkerian Studies to the University of North Texas. I should note that while initially Volume 12 was greeted with complaints, it has increasingly also been widely praised for its critique of Ewell. Now this controversy has become international, with primarily European scholars opposed to the SMT and UNT petitions expressing their views, for example, here: https://heinrichschenker.wordpress.com/open-letter-on-schenkers-racism-and-its-reception-in-the-united-states/

At the present time, articles critical of Ewell, the SMT, and unfortunately also UNT, are increasingly appearing in important *both* liberal and conservative venues across the globe. The fact that outside observers writing in both left- and right-wing news organizations can agree on anything in the current polarized climate, and especially in their criticism of Ewell and his followers, seems highly significant. Consider, for example, that the largest Israeli newspaper *HaAretz*, which is left-of-center and the equivalent to *The New York Times*, published an article here: https://www.haaretz.com/us-news/.premium-wagner-in-yiddish-the-jewish-composer-roiling-a-texas-campus-1.9127237?v=1599309166077 critical of Ewell and the SMT. I understand that *The New York Times* has conducted its own in-depth investigation and will be publishing a report in the coming week or so. Other more conservative voices are also being raised: https://www.nationalreview.com/2020/07/at-the-university-of-north-texas-the-mob-comes-calling-for-a-music-theorist/

I also attach a more philosophical critique of Ewell by Prof. Bruno Chaouat of the University of Minnesota. Therefore, while the initial response on Twitter and Facebook, and the hastily assembled condemnations supported Ewell, a slower but ultimately more significant counter movement is beginning to emerge among musicians and non-musicians world-wide.

I sincerely hope that the international good will that both the Journal and the Center have generated and fostered over the years will continue to grow, and I am motivated to quickly move forward in a

11

positive direction. I believe that I have answered all the committee's questions clearly and in a forthright manner. Thank-you for your consideration.

Sincerely,

Timothy L. Jackson
Distinguished University Research Professor of Music Theory
Professor of Music Theory
College of Music
University of North Texas
Denton, TX 76203

12