# EXHIBIT JJJ

Case 4:21-cv-00033-ALM   Document 90-10   Filed 01/17/25   Page 1 of 3 PageID #: 5034

| | |
|---|---|
| **Message** | |
| **From:** | Brand, Benjamin [Benjamin.Brand@unt.edu] |
| **Sent:** | 5/17/2021 4:51:46 PM |
| **To:** | Cowley, Jennifer [Jennifer.Cowley@unt.edu]; Stowers, Renaldo [Renaldo.Stowers@untsystem.edu]; Richmond, John [John.Richmond@unt.edu] |
| **Subject:** | FW: [Smt-Announce] Call for Applications: Editor of the Journal of Schenkerian Studies |

Dear Jennifer, John, and Renaldo,

The call for applications for a new editor of the JSS has been publicized on the SMT email list. Applications are due July 30. The search committee will begin its review of them shortly thereafter.

All the best,
Benjamin

Benjamin Brand, Ph.D.
Pronouns: he, him, his | Professor of Music History
Chair, Division of Music History, Theory, and Ethnomusicology
College of Music | University of North Texas | (940) 536-3561



**From:** Smt-announce <smt-announce-bounces@lists.societymusictheory.org> on behalf of Bakulina, Ellen <Ellen.Bakulina@unt.edu>
**Sent:** Saturday, May 15, 2021 4:22 PM
**To:** smt-announce@lists.societymusictheory.org <smt-announce@lists.societymusictheory.org>
**Cc:** Napoles, Jessica <Jessica.Napoles@unt.edu>
**Subject:** [EXT] [Smt-Announce] Call for Applications: Editor of the Journal of Schenkerian Studies


Dear Colleagues,


The University of North Texas (UNT) is seeking applications for a new editor or editorial team for the *Journal of Schenkerian Studies*. Editor(s) will serve a 3-year term, beginning (tentatively) no later than January 2022. We hope that the new editor(s) will help rejuvenate the journal, redefine it in light of the current state of music theory as a field, and restructure and rebrand it to promote its long term viability. We are open to the possibility of teams of co-editors, and/or editors with associate editors, applying for the editorial role. The relationships between the journal and its institutional stakeholders can be examined and revised where appropriate.

The Journal of Schenkerian Studies is the only peer-reviewed research journal featuring articles on all facets of Schenkerian thought, including theory, analysis, pedagogy, historical aspects, and reviews of relevant publications. It currently is published annually by the Center for Schenkerian Studies and the University of North Texas Press.

Previous issues of the journal can be found here:
https://digital.library.unt.edu/explore/collections/JSCS

The University of North Texas Press co-publishes the journal with the Center and/or journal editor. The Press receives final print-ready files from the Editor and arranges for print publication and dissemination to subscribers for each annual issue. Within one year of print publication the journal is loaded with the UNT Libraries for open access.

**Job description/responsibilities**:

The editor is responsible for developing a process for determining editorial board membership, terms and length of service, and restructuring of journal guidelines. The editor will also ensure a fair and high-quality peer review of articles written in (or related to) the traditions of prolongational analysis.

The journal is expected to abide by the Committee on Publications Ethics (COPE) guidelines regarding best practices in editorial management.
https://publicationethics.org/files/COPE_G_A4_SG_Ethical_Editing_May19_SCREEN_AW-website.pdf

**Minimum Qualifications**:
    A record of sustained, high-quality research publication in peer-reviewed research journals
    Expertise in Schenkerian analysis/Schenkerian studies

**Preferred Qualification**:
    Editorial experience, as either an editor or an editorial board member of a research journal

Applications should include:
    a cover letter with expression of interest in the position, including the candidate's goals for the journal
    a curriculum vitae, including all contact information for the applicant
    a list of 3 references with current contact information

Inquiries, nominations, and application materials should be directed to the search committee chair, Jessica Nápoles via email at Jessica.Napoles@unt.edu. Search committee members include:

Dr. Ellen Bakulina, Assistant Professor of Music Theory, UNT
Mr. Ron Chrisman, Director, UNT Press
Dr. Graham Hunt, Professor of Music Theory, UT Arlington
Dr. John Ishiyama, University Distinguished Research Professor of Political Science, UNT
Dr. Jessica Nápoles, Associate Professor of Choral Music Education, UNT

All applications must be submitted electronically in a single .pdf. Review of applications begins July 30th and will remain open until filled.

UNT_005055