# EXHIBIT KKK



# SCHENKER ANALİZİ YOLUYLA F. SCHUBERT'İN "ARPEGGIONE SONATI"NIN YORUM VE İCRASININ YÖNLENDİRİLMESİ; 1. MUVMAN (ALLEGRO MODERATO), 1. TEMA'DAN BİR KESİT

SANATTA YETERLİK SEMİNERİ

HİLMİ NADİR YÜKSEL

Danışman
**Dr. Öğretim Üyesi Fulya AÇIKSÖZ**

## *SCHENKER ANALİZİ*

**3'lü Temel Yapı**



**5'lü Temel Yapı**



*Ana hat;* **(3^; Mi- 2^; Re- 1^;Do)**     **(5^; Sol- 4^; Fa3^; Mi- 2^; Re- 1^;Do)**

*Bas Arpeji;* **I-V-I**

*Yapısal Seviyeler:* **[Arka Plan (Temel Yapı), Orta Plan, Ön Plan]**

*SCHENKER ANALİZİ MÜZİK ESERLERİNİN YORUMUNA*

*NASIL KATKI SAĞLAR?*



**Kuramsal Birikim** → **Yorumda Özgürlük ve Kişilik Kazanma**

*SCHENKER ANALİZİNİN ÖNCEKİ TEORİK YAKLAŞIMLARDAN ÜSTÜNLÜĞÜ*



**Çözümleme** → **Yönelimli Hareket Çatısı**

**Sentez Ulaşma** ← **Bütüncül Yorum**

### *DİNAMİK FONKSİYON - YUVARLANAN BİLYE*
**Bütünlüğün sınırlarını enerjinin toplanması ve çözülmesi belirler!!!!**





**YER ÇEKİMİ**          **SÜRTÜNME**

**5^**            **:** Durgunluk

**5^-4^-3^-2^** : Harekete başlama ve hızlanma maksimum hız (Zirve)

**2^-I^**         : (Zirve) maksimum hız, yavaşlama

**I^**           **:** Hareketin sonu



*SCHENKER ANALİZİNİN GÜNLÜK ÇALIŞMA PROGRAMINA KATILMASI*

Yapısal seviyelerin icrası

Basit

Karmaşık

Dinamik fonksiyon yapısı

Temel doğrular

İçselleştirme

Bütüncül İcrâ

Dolaysız Aktarım

*Bu çerçeve içinde sonsuz yorum olanağı;*

*Ses şiddeti, Tempo, Vibrato, Artikülasyon, Tını vb. gereçler*

### *YAPISAL SEVİYELERİN ÇALIŞMA İLKELERİ*

- Yapısal seviyeleri sırayla, basitten karmaşığa çalmak,

- Basit yapısal seviyeleri daha çok çalmak,

- Seviyelerin hepsi duygusal adanmışlık içinde yorumlayarak çalmak.

**NOT:** Hedef duygusunu güçlendirmek için seviyelerin sonunda detaylandırma yapılabilir.

## I.   T e m e l   Y a p ı



**Zirve 2^; Si**

## 2.  I. Yapısal Seviye

*Kadans ₄⁶ ₃⁵*



**Zirve 3^; Do, süsleme,**

### 3.   II. Y a p ı s a l   S e v i y e

*Tırmanış,* [*(5'li iniş, Bölen 3'lü* (i⁶))], [*Baş sese komşu ses, Yardımcı armoni* (IV)]



**Zirve IV; (6)**

# 4. III. Y a p ı s a l    S e v i y e

### Komşu sesler



| | (ölçü) Komşu Sesler | | |
|---|---|---|---|
| *soprano* | **(10) Si** | **(12) Fa** | |
| *bas* | | **(14) Sol#** | **(16) Re** |

# 5. IV. Y a p ı s a l   S e v i y e

## Yapısal motifler



**Soprano; Sol# lokal zirve, (17. ölçü cümle sonu *pp*)**

|  | *(ölçü) Yapısal Motifler* | |
|---|---|---|
| *soprano* | **(10-11) Si-Do-La** | **(16-17) Sib- Sol#-La** |
| *bas* |  | **(16-17) Re-  Mi-  Do** |

# 6. V. Yapısal Seviye

*Yapısal motifler ve* ("Mİ- LA-si-DO-Mİ" arpeji ile) *baş ses* uzatması



| | (ölçü) Yapısal Motifler | | |
|---|---|---|---|
| *soprano* | **(13-14) Mi-Fa-Re** | **(14-15) Re-Si-** | **Do** |

# *I. T E M A , B Ö L Ü M L E R İ*

# *V E  Ö N-P L A N  S C H E N K E R  A N A L İ Z L E R İ*

**G İ R İ Ş (1-9. ölçüler)**

**K E S İ T (10-22. ölçüler)**

**F İ N A L (22-29. Ölçüler)**

# G İ R İ Ş



# K E S İ T



# F İ N A L



# I. TEMANIN ÖN-PLAN SCHENKER ANALİZİ



## I.  TEMA GENEL GÖRÜNÜM

| | Giriş | Kesit | Final | (+) |
|---|---|---|---|---|
| **Arpegg.** | | **Mi** *fa* **Re Do Si  La** | Mi *fa*  si **La** | - | **Mi    La** |
| | | Mi  Re Do Sib la sol# La | | | |
| **Piano** | **Mi** *fa* **Re Do Si   La** | MiReDo Sib la  sol# La | Mi Re Do Sib la sol# La | - | *DoSiLa* |
| | MiReDo Sib  la  sol# La | | | | |
| | # ‖ | # ‖ | ‖ ? | # ? | |
| | *pp*        <  > | *mf*        <  > | *pp* *fp* | *cresc.*    *pp* | *crsec.dim.   pp* |
| | *pp* | *mf* | | | *pp* |
| | *pp* | | | | *pp* |

**TABLO 1. DOĞRUSAL YÜRÜYÜŞLERİN, SÜSLEMELERİN VE ÖNEMLİ NÜANSLARIN DAĞILIMI**

## ******DİNAMİK FONKSİYON!!!
(Bütünlüğün sınırlarını enerjinin toplanması ve çözülmesi belirler)

## ZİRVE NOKTASI !!!  [Final bölümü 3. kısım (*crsec.* "Mi" *dim.   pp* "La")

# I.   TEMA GENEL GÖRÜNÜM (devam)

| Ana hat (5) | Destek hat (6) |
|---|---|
| **Mi** *fa* **Re Do Si La**      **(2)** | Mi Re Do Sib La      (5) |
| **Mi** *fa*         *si* **La**      **(2)** | Do Si La |
| **Mi**              **La** | |
| **Değişken; tematik gelişim** | *Sabit; tematik bütünlük* |

TABLO 2. ANA VE DESTEK HATLAR VE SIKLIKLARI

*SONUÇ*

- Temanın özü **5'li Temel Yapı**

- Ancak tek bir **ana hat** altında toplanmamış; bütünlük zayıf-yorum kırılgan

- Bunun için "enerjinin zirve noktasına (Final bölümü 3. Kısım; **crescendo-(ZİRVE; Mİ)-diminuendo-pp**) kadar doğru bir şekilde taşınması"na dikkat!!!.

- Final bölümünün üçüncü kısmında, piyano partisinde ortaya çıkan ***üçlü yürüyüş*** dikkati çekmektedir. *Giriş* ve *Kesit* bölümlerinde (**3^; *Do***, sesinden hemen önce) ortaya çıkan süslemeler, ait oldukları ***ana hat*** yürüyüşlerini adeta ikiye bölmektedir. Bu durumun söz konusu ***üçlü yürüyüş***ü hazırladığı (öncelediği) düşünülebilir.

- *Giriş*'te ve *Kesit* bölümünün ilk kısmında yerel cümle sonlarını artiküle eden (ardışık ***cresc***. ve ***decresc.*** lardan oluşan) "hair-pin"ler görülmektedir. *Kesit* bölümündeki söz konusu decrescendo sonucunda ***pp*** gürlüğüne düşüldüğü de ayrıca dikkati çekmektedir. Bu durumun da (önceki maddedeki duruma benzer şekilde) temanın sonunda, Final bölümünün üçüncü kısmında ortaya çıkan ***crescendo-diminuendo-pp*** şeklindeki (*I. Tema*'nın zirvesini vurgulayan) artikülasyonu hazırladığı (öncelediği) düşünülebilir.

- *Zaten 3 lü ilişkiler genel kaba yapıda da var, giriş ve kesit ana hatları benzer, Final bölümünün ana hatları değişik olması beklenir (3. Cüsü her zaman farklı olur) . aynı 3'lü ilişkiyi final bölümünün içinde de bulabiliriz, ilk iki kısımın ana hatları benzer, üçüncüsü değişik.. burda bütünlüğü sağlamak için 3 kere aynnu öğeyi kullanmak gereken iki tekrarlı yapılarda üçüncünün değiştirilerek gelmesi beklentisini oluşturuyor, Kapiş?*