# EXHIBIT OOO

*Diego Enrique Cubero Hernandez        09/26/2024*        1

1           UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF TEXAS
2                 SHERMAN DIVISION
TIMOTHY JACKSON,            *
3                           *
         Plaintiff,         *
4                           *
VS.                         *  CASE NO. 4:21-CV-00033-ALM
5                           *
LAURA WRIGHT, ET AL.,       *
6                           *
         Defendants.        *
7

8      _____

9

10   ORAL AND VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF

11                  DIEGO CUBERO

12               SEPTEMBER 26, 2024

13

14     _____

15

16           ORAL AND VIDEOTAPED VIDEOCONFERENCE

17   DEPOSITION of DIEGO CUBERO, produced at the instance of

18   the Plaintiff, and duly sworn, was taken in the

19   above-styled and numbered cause on the 26th day of

20   September, 2024, from 3:14 p.m. to 5:52 p.m., before

21   Carla A. Sims, AAS, CSR, RPR, in and for the State of

22   Texas, reported by method of machine shorthand, via Zoom

23   videoconference, pursuant to the Federal Texas Rules of

24   Civil Procedure and the provisions stated on the record

25   or attached hereto.

*Diego Enrique Cubero Hernandez        09/26/2024        2*

```
 1              A P P E A R A N C E S

 2         ALL PARTIES AND WITNESS APPEARED VIA
                ZOOM VIDEOCONFERENCE
 3

 4  COUNSEL FOR THE PLAINTIFF:

 5       Mr. Michael Thad Allen
         ALLEN LAW, LLC
 6       P.O. Box 404
         Quaker Hill, Connecticut 06375
 7       860/772-4738 (tel)
         m.allen@allen-lawfirm.com
 8

    COUNSEL FOR THE DEFENDANTS and DIEGO CUBERO:
 9
         Ms. Mary Quimby
10       TEXAS ASSISTANT ATTORNEY GENERAL
         P.O. Box 12548
11       Capitol Station
         Austin, Texas 78711
12       mary.quimby@oag.texas.gov

13  COUNSEL FOR THE UNIVERSITY OF NORTH TEXAS:

14       Mr. Renaldo L. Stowers
         DEPUTY GENERAL COUNSEL, UNIVERSITY OF NORTH TEXAS
15       115 Union Circle No. 310907
         Denton, Texas 76203
16       940/565-2717 (tel)
         renaldo.stowers@untsystem.edu
17

    ALSO PRESENT:
18

    VIDEOGRAPHER:
19
         Mr. Jason Warner
20       Legal Video Group
         lvg.dallas@gmail.com
21       214-598-5229

22

23

24

25
```

```
 1                   I N D E X

 2                                              PAGE

 3   Appearances....................................    2

 4

 5   DIEGO CUBERO

 6   Examination by Mr. Allen.......................    5

 7

 8   Changes and Signature..........................   95

 9   Reporter's Certificate.........................   97

10   Further Certification..........................   99

11

12

13

14

15

16

17

18

19

20

21                   REPORTER'S NOTE

22            Please note that due to the quality

23   of the transmission data for a Zoom videoconference,

24   cross-talk causes audio distortion in the testimony when

25   preparing a videoconference transcript.
```

1                        E X H I B I T S

2  NO.      DESCRIPTION                                PAGE

3  1        Deposition Notice.....................    15

4  2        JSS Editorial Board Contact Information.   16
            UNT_000109
5
   3        Ad Hoc Review Panel Report.............   42
6           JACKSON000208 to JACKSON000233

7  4        Ad Hoc Panel Report Student Statement...   44

8  5        Email String..........................    68
            UNT_000458 to UNT_000463
9
   6        Email String..........................    87
10          UNT_000452

11 7        Email String..........................    91
            UNT_000304 to UNT_000309

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                   P R O C E E D I N G S
 2               (Time 3:14 p.m.)
 3               VIDEOGRAPHER:  Today is September 26th,
 4   2014.  The time is 3:14 p.m. Central.  On the record.
 5                       DIEGO CUBERO,
 6   having been first duly sworn, testified as follows:
 7                       EXAMINATION
 8   BY MR. ALLEN:
 9       Q.   Good afternoon, Professor Cubero.
10       A.   Good afternoon.
11               MR. ALLEN:  Mary, should we state our
12   names for the record and who we represent?
13               My name is Michael Thad Allen.  I
14   represent the Plaintiff Timothy Jackson.
15               MS. QUIMBY:  And I am Mary Quimby.  I'm
16   from the Texas Attorney General's Office, and I represent
17   the University of North Texas and the other defendants in
18   this matter.  In this deposition today, I represent Dr.
19   Diego Cubero.
20               MR. STOWERS:  I'm Renaldo Stowers, Deputy
21   General Counsel for the University of North Texas System.
22       Q.   (By Mr. Allen) Professor Cubero, can you state
23   your full name for the record, please.
24       A.   My name is Diego Enrique, middle name, Cubero
25   Hernandez.  In Serika (phonetic) we use two last names.
```

 1  That's my official name.

 2      Q.    Certainly.  Is it okay if I refer to you as

 3  Professor Cubero?

 4      A.    That's fine with me.

 5      Q.    Most of the documents I've seen refer to you as

 6  Diego Cubero, and I think that will just be the easiest.

 7      A.    Yes.

 8      Q.    So can I ask if you've ever been deposed

 9  before, Professor Cubero?

10      A.    Yes, you may.  I've not been deposed.

11      Q.    Okay.  So I'm just going to discuss a few

12  ground rules.  First of all, as you know, we're creating

13  a record for the court, so this is a very peculiar kind

14  of conversation.  And many of the things that are

15  perfectly normal in everyday conversation we have to

16  avoid in order to create a clear record.

17          So, for instance, if you nod or say uh-huh or

18  nonverbal cues, those can't be picked up on the record,

19  so I'm going to ask you to answer audibly to all

20  questions.  Is that understood?

21      A.    It is.

22      Q.    If any question is unclear to you, please feel

23  free to interrupt me at any time.  If you ask for a

24  clarification, I'll do my best to give it to you.  Is

25  that understood?

1      A.    Yes.  And in the matter of interruptions, let

2   me turn off my cell phone too so it didn't interrupt me

3   later.

4      Q.    Absolutely.

5      A.    It's off.

6      Q.    So following up on that statement, if you do

7   not ask for clarifications of a question, I will assume

8   you've understood the question as asked.  Is that clear?

9      A.    It is.

10      Q.    Okay.  From time to time, your attorney,

11   Attorney Quimby, may object.  We're creating a record for

12   the court.  It does not, however, relieve you of the

13   obligation to answer a question that's before you.  Is

14   that clear?

15      A.    It is.

16      Q.    There is or there are a few exceptions.  It

17   will be very clear to you because Attorney Quimby will

18   undoubtedly instruct you not to answer a question.  But

19   for the most part, you must answer a question that's in

20   front of you.

21      A.    I understand.

22      Q.    Can you explain for the record what you did to

23   prepare for your deposition today?

24      A.    I met with the attorneys representing me.

25      Q.    For approximately how long?  And I'm not asking

 1  you to disclose any contents of those conversations.

 2       A.   For about three hours, I would say.

 3       Q.   Okay.  Did you review any documents?

 4       A.   I did.

 5       Q.   What documents specifically did you review?

 6       A.   I reviewed faculty -- I forget the official

 7  name but the faculty statement and the student statement.

 8       Q.   Were these the petitions that were sent to Dean

 9  Richmond by the MHTE students and the statement that was

10  sent by the faculty and signed by you and, I believe, 16

11  other faculty members?

12       A.   I cannot speak of whether the students'

13  statement was sent to Dean Richmond, so I cannot answer

14  that.  But it will be the statement that our faculty

15  statement links.

16       Q.   Okay.  And you signed the faculty statement

17  that you're referring to, correct?

18       A.   I did.

19       Q.   Okay.  I think we'll have an opportunity to

20  look at those today.  Any other documents that you

21  examined?

22       A.   No.

23       Q.   Okay.  I want to ask you a little bit of the

24  background about your own career at the University of

25  North Texas and elsewhere.  Why don't we start with your

1   education.  Can you describe the course of your education

2   starting with your undergraduate degree including each

3   degree you've earned, where, and when?

4        A.    I begin studying -- I started my undergraduate

5   at Loyola University.  I transfer to Georgia State

6   University where I completed my undergraduate degree.

7   Then I did my master's and my Ph.D. at Indiana

8   University.

9        Q.    When did you graduate from Georgia State?

10       A.    I'll have to do the mental math.  And I will

11  say probably 2008, but I'm not certain.

12       Q.    What degree did you earn at Georgia State

13  University?

14       A.    To my recollection, it was a BM, Bachelor's of

15  Music.

16       Q.    And then you attended ISU, Indiana State

17  University?

18       A.    That's incorrect.  I attended Indiana

19  University at Bloomington campus.

20       Q.    Sorry about getting that wrong.

21       A.    That's fine.

22       Q.    When did you enter Indiana University?

23       A.    To the best of my recollection, be 20 -- 2008.

24       Q.    So immediately after GSU, you went to Indiana

25  University?

*Diego Enrique Casaro Hernandez       09/26/2024*

```
 1        A.    That's correct.

 2        Q.    And when did you graduate from Indiana

 3   University?

 4        A.    I completed two degrees.  One had been two

 5   years after that.  So presumably if I started 2008, it

 6   would be 2010.  And the other one was -- I cannot tell

 7   you precisely.  I can tell you definitely the station in

 8   2014, but I'm not sure when the degree was granted.

 9        Q.    Okay.  What is the specific degree?  A master's

10   of what?

11        A.    I believe it's Master's of Music.

12        Q.    And is that the same for the Ph.D.?  Was that a

13   continuation of your studies?

14        A.    The Ph.D. is by definition a philosophy

15   doctorate, but it was on music, with a focus on music.

16        Q.    Uh-huh.  Did you concentrate on music theory?

17        A.    Yes.

18        Q.    Okay.  Thank you.  Now, similarly can you

19   describe your professional career in academia starting

20   with your graduation in 2014 from Indiana University?

21        A.    Can I ask you to be more specific?

22        Q.    Sure.

23        A.    Ask again that question, please.

24        Q.    Well, I know you said you're not sure when the

25   degree was conferred, so let's just ask it this way.
```

 1  After your degree was conferred, where did you start
 2  work?
 3      A.    Okay.  I started working at University of North
 4  Texas.
 5      Q.    There was a little bubble in the internet there
 6  so could you say --
 7      A.    Yeah.  I can repeat that, yeah.  I started
 8  working at the University of North Texas in fall of 2014.
 9      Q.    And have you stayed there ever since?
10      A.    Yes.
11      Q.    What professional societies are you a member
12  of?
13      A.    I'm a member of the Society for Music Theory.
14  Though I believe my membership might be lapsed, and I
15  just need to renew it because I'm going to be presenting
16  there.
17      Q.    I won't tell them.
18      A.    Since we're on the record, I'm telling the
19  truth.  I was a member.  I don't know if I -- it's still
20  lapsed -- in the Brahms -- Brahms Society.  And I'm
21  actually not sure of the official name.  We'll call it
22  Brahms Society.
23      Q.    Yeah.
24      A.    And I would be the member of the Texas Society
25  for Music Theory.  That one is certainly lapsed, I think.

```
 1          Q.   All right.
 2          A.   Those two counter each other.  I think it's
 3   certainly lapsed.  Let me put it like that.
 4          Q.   And I assume you started as an assistant
 5   professor on a tenure track position at the University of
 6   North Texas?
 7          A.   I mean, that's a question.  No.  So I
 8   didn't --
 9          Q.   What was your --
10          A.   I did not start it as an assistant professor.
11          Q.   Please state for the record the position you
12   started in fall of 2014 at the University of North Texas.
13          A.   Yes.  I started as a lecturer, music theory.
14          Q.   Is a lecturer someone who is expected to
15   primarily teach?
16          A.   Yes.  I believe the expectation is teaching and
17   service.  At least that's how most are.  I cannot speak
18   as to -- to my understanding, that's what it is.
19          Q.   Did you start with a four of four course load?
20          A.   I don't remember what my course load was.
21          Q.   Okay.  And incidentally if you don't remember,
22   that's a perfectly acceptable answer.  That's fine.  Had
23   you remained a lecturer today?
24          A.   No.  Now I am associate professor.
25          Q.   Now you're an associate professor?
```

```
 1        A.    Uh-huh.

 2        Q.    So at some point, you did jump onto the tenure

 3   track, correct?

 4        A.    That's correct.

 5        Q.    Can you explain how that happened?

 6        A.    There was a search for an assistant professor

 7   of music theory, and I was hired as part of the search in

 8   2016, I believe.  Though I'm not certain.  It's a long

 9   time ago.

10        Q.    And at some point, you were granted tenure,

11   correct?

12        A.    Yes.

13        Q.    When was that?

14        A.    To my best guess, 2021.

15        Q.    It was after COVID?

16        A.    It was after COVID.

17        Q.    Okay.

18        A.    It might have been 2022.  I don't remember.

19        Q.    So it's safe to say -- but correct me if I'm

20   wrong -- there were no consequences for you participating

21   in the publication of the Journal of Schenkerian Studies?

22              MS. QUIMBY:  Objection, form.

23        Q.    (By Mr. Allen) To you personally in your

24   career?

25              MS. QUIMBY:  Objection, form.
```

1      A.    I wouldn't say so.  I think it is possible

2  consequences.

3      Q.    (By Mr. Allen) What have been the consequences

4  to you for participating in the publication of the

5  Journal of Schenkerian Studies?

6              MS. QUIMBY:  Objection, form.

7      A.    Trying to -- so the question is why were my --

8  what were the consequences as part of my participation in

9  the Journal of Schenkerian Studies.  Would that correct

10  what you asked?

11      Q.    (By Mr. Allen) Sure -- let me.  Let me back up.

12  So we have documents indicating that you participated in

13  the publication of the journal from time to time; that

14  you were on the editorial board.  Is that correct?

15      A.    I was a member of the editorial board of the

16  journal.

17      Q.    Okay.  And would you consider that

18  participation in the journal?

19      A.    Would I consider?  I will -- I will consider

20  that being part of the editorial board.  The question is

21  to my level of participation, I think.  I cannot answer

22  that.

23      Q.    Well, I'll ask you about that later.  I'm not

24  saying that you were doing anything one way or another.

25              MR. ALLEN:  While we're at this juncture,

1    I'm just going to introduce for the record Exhibit Number

2    1.

3                 (Deposition Exhibit No. 1 was marked)

4         Q.    (By Mr. Allen) Do you see this document,

5    Professor Cubero?

6         A.    I do.

7         Q.    Do you recognize document entitled re:  Notice

8    of taking deposition?

9         A.    I'm reading the document so give me a moment.

10        Q.    Oh, absolutely.

11        A.    Will you mind showing the rest of the document?

12        Q.    No.  And this is a good question.  If at any

13   time when we're examining an exhibit you want to review

14   it, have time to read it, just ask, please.  I don't want

15   you answering questions that you haven't been able to

16   inform yourself of the document.

17             Do you see it goes down to here, and there is

18   nothing more.  There is just legal stuff, and this is the

19   body of the document.  Is that enough?

20        A.    Yes.  Can you state your question now as to the

21   document since I forgot it in the meantime?

22        Q.    That's fine.  Do you recognize this document?

23        A.    I recognize that as the document that was sent

24   to me notifying me of the deposition.

25        Q.    And that was going to be my followup question

1  is do we understand that you've appeared today to testify

2  in response to this document?

3       A.   Well, I understand that, yeah, that I've been

4  asked to -- that I've been summoned with this document

5  for a deposition.  That's what I understand.

6       Q.   Okay.  And I don't really have any other

7  questions about that document.

8            MR. ALLEN:  I'm going to introduce into

9  the record Exhibit 2.

10           (Deposition Exhibit No. 2 was marked)

11      A.   Okay.  I see it.  It's there.

12      Q.   (By Mr. Allen) So let me -- if it's readable,

13  I'm going to shrink it to get the entire page on.

14  You'll see this is a one page document.  It has UNT Bates

15  Number 109.  It's captioned JJS Editorial Board Contact

16  Information.

17           Did I read that correctly?

18      A.   I believe that's what the document says on the

19  top, yes.

20      Q.   Now, I don't know why these names are -- or the

21  addresses or whatnot are redacted.  We were given this by

22  the University of North Texas as part of the exchange of

23  documents in this case.  I don't know.

24  Again have you ever seen a document like this JSS

25  Editorial Board Contact Information?

```
 1        A.    No.

 2        Q.    It lists you as --

 3        A.    You said -- you said -- let me kind of clarify.

 4   You asked if I seen a document like this?

 5        Q.    Yes.

 6        A.    I've not seen this document.

 7        Q.    Okay.  No.  And I -- I didn't know if you did

 8   or not, so that's why I'm asking.  All right.

 9        A.    But it's possible that I may have seen

10   something like it, but I have not seen this one.

11        Q.    Okay.  Have you seen a list of people who were

12   on the Editorial Board of the Journal of Schenkerian

13   Studies?

14        A.    Not to my recollection.

15        Q.    Okay.  It has your name and Ellen Bakulina's

16   name down here.  Do you see that?

17        A.    I do see that.

18        Q.    Were you on the Editorial Board of the Journal

19   of Schenkerian Studies then in 2020?

20        A.    Yes.

21        Q.    When did you join the editorial --

22        A.    2020.  Please ask the question.

23        Q.    It's only to ask on the Editorial Board of the

24   Journal of Schenkerian Studies in 2020.

25        A.    I was part of the editorial board.  I don't
```

 1  know when I became part of it.  So I can -- so the exact

 2  date, 2020, I cannot answer as to that.

 3      Q.   Well, I wasn't really asking when you joined

 4  yet, but I was going to ask that.  So your answer is that

 5  you can't remember precisely when you joined?

 6      A.   Yes.  I cannot remember precisely when I joined

 7  the editorial board.

 8      Q.   Do you remember joining the editorial board

 9  before COVID?

10      A.   Yes.  It sounds to my present day that that

11  is -- sounds true.

12      Q.   Okay.  And this -- do you have any reason to

13  believe that this list of people on the editorial board

14  in the timeframe we're talking about, 2020, is inaccurate

15  in any way?

16      A.   I don't have reason to believe it's inaccurate.

17      Q.   Okay.  Thank you.

18      A.   And I'll say the names don't -- don't strike me

19  as odd.  That's why I say it doesn't strike me as

20  inaccurate.  But I cannot name -- I cannot tell you for

21  certainty that all those were members of the editorial

22  board.

23      Q.   Okay.  And I won't ask you to confirm whether

24  anyone else but yourself is on the board except for your

25  colleague Ellen Bakulina, right?  You knew that she was

1  on the editorial board as well, correct?

2      A.   To this moment, like I -- I do -- I would say

3  that that seems about right, but I cannot -- I don't know

4  under what -- what will have led for certain when she had

5  joined.

6      Q.   Okay.  Well, I'm not -- actually, if I could

7  just ask you if you could answer the question I asked

8  you, I think this will go a lot faster.  And I'm not

9  criticizing you.  But if I -- if I am going to try to get

10 to that information, I'll probably ask a followup

11 question, and then I think we'll get through this faster.

12 I know it's late in the day so...

13     A.   I got coffee so I'm set.

14     Q.   Good for you.  Sir, I want to ask you a little

15 bit about your experience in academia.  Have -- beside

16 the Journal of Schenkerian Studies, have you ever served

17 on the editorial staff in any capacity of an academic

18 journal?

19          MS. QUIMBY:  Objection, form.

20     A.   I have served on other editorial boards.

21     Q.   (By Mr. Allen) Can you name the journals on

22 which you served as a member of the editorial board?

23     A.   Music Theory Online and Sumula, Spanish.

24     Q.   Can you spell that?  Sumula?

25     A.   S-u-m-u-l-a with an accent -- an accent on the

1  first U.

2      Q.   Yeah.  Can you give a rough translation of that

3  for the record?

4      A.   What I -- what I take this to mean is it's like

5  a -- a -- I'm trying to recall the -- it's not a word we

6  use in Spanish.  It's Costa Rican Spanish, so I'm trying

7  to recollect the name.  So I don't know if I can give you

8  an accurate translation.

9      Q.   That's fine.  And I just wanted to clear that

10 up.  So what was your -- let's start with Music Theory

11 Online.  In what capacity did you serve the Music Theory

12 Online journal?

13     A.   Editorial board member.

14     Q.   What was your responsibility as an editorial

15 board member?

16     A.   I reviewed articles that I was -- that were

17 sent to me.  I proofread copy edit articles.  That is

18 different than reviewing them.  And also kind of

19 miscellaneous, typically once that -- at least once a

20 year, editorial briefs, so to speak.

21     Q.   Can you explain what an editorial brief is at

22 the Music Theory Online journal?

23     A.   Often the editor will give the sense of

24 accepted rates of some of the topics represented within

25 the articles.  He will break sometimes those -- those

 1  numbers down in different ways such as number of, let's

 2  say articles, for submissions and so forth.  Articles

 3  that were accepted upon one first glance upon

 4  resubmission and so forth.

 5          And there were some things other -- that is

 6  typically the beginning of the meeting.  And the other

 7  part often is other things and can be initiatives.  So

 8  there is a big miscellaneous aspect to this that often is

 9  -- it depends on the year-to-year operation.

10          MR. ALLEN:  Okay.  Can I ask that the

11  camera on Professor Cubero be raised just a bit?  The top

12  of his forehead is sort of off the screen, or maybe you

13  could lower your seat.  I don't know.  It doesn't matter.

14          THE WITNESS:  I don't think I can lower

15  the seat, but I might have a book here.  Try it how.

16          MR. ALLEN:  There we go.  Yeah.  That's

17  better.

18          THE WITNESS:  Okay.

19      Q.   (By Mr. Allen) Sorry, professor Cubero.  So

20  back to this.  As a member of the editorial board of

21  Music Theory Online --

22          THE WITNESS:  Excuse me, Mr. Allen.

23          Can you press the okay so my face is not

24  covered by this little sign?  There is a little sign, and

25  now I cannot see the rest of the -- there we go. Thank

*Diego Enrique Cotero Hernandez        09/26/2024*

1    you.

2        Q.    (By Mr. Allen) Thank you.  So back to some

3    questions about Music Theory Online and that as a member

4    of the editorial board, were you asked to read a conflict

5    of interest policy at any time?

6                MS. QUIMBY:  Objection, form.

7        A.    Of what editorial board?

8        Q.    (By Mr. Allen) I thought you had testified that

9    you were a member of the Editorial Board of the Music

10   Theory Online?

11       A.    Yes.  In your question, you didn't specify what

12   editorial board you were talking about.  So do you mean

13   Music Theory Online?

14       Q.    Yes, sir.  Sorry if that was unclear.  I'm

15   still discussing Music Theory Online, and then we'll talk

16   about the Spanish journal in a moment.  Okay.  So for

17   Music Theory Online -- let me restate the question. As a

18   member of the editorial board, were you ever asked to

19   read a conflict of interest policy?

20       A.    What I recall reading is a conflict of interest

21   policy especially with reviewing one for --

22   for -- I call this for when you -- when there's a

23   book -- I review for like book reviews.  And, well, and

24   now that I -- you mention, also the -- there is a policy.

25                I cannot speak for certain about the conflict

*Diego Enrique Castro Hernandez*        *09/26/2024*        23

```
 1  of interest within that one has to look at every time --
 2  one is prompted to look at every time when we review an
 3  article for MTO --
 4       Q.    Okay.
 5       A.    -- and our best practice.
 6       Q.    What's in that policy?  Can you explain what's
 7  in that policy?
 8       A.    I cannot tell you for sure even though I have
 9  reviewed articles.  So like it has -- it's kind of
10  guidelines as to how to -- how to provide a review, and I
11  wouldn't -- maybe the word policy.
12       Q.    You prefer guidelines?  That's fine with me.
13       A.    So I believe that, yeah, these are guidelines
14  as to review the article or like guidelines, yeah, to
15  review the articles.
16       Q.    And so about this conflict of interest
17  instruction about book reviews that you discussed for the
18  Music Therapy Online journal, what does that say, to the
19  best of your recollection?
20       A.    I don't recollect what it says.  I just know
21  that it was recently -- recently kind of within the last
22  year revised, so I cannot -- so I cannot speculate as to
23  what it...
24       Q.    That's fine.  When did you join the Editorial
25  Board of Music Theory Online?
```

1        A.      I don't know for certain, but at least -- I've

2    been there at least two years, I would say, maybe three.

3        Q.      Were you on the Editorial Board of Music Theory

4    Online in 2020, if you remember?

5        A.      My guess would be -- and it's a guess -- that

6    no, I was not part of their editorial board.

7        Q.      So it was subsequent to your experience on the

8    Journal of Schenkerian Studies that you were -- excuse me

9    -- that you became a member of the Editorial Board of

10   Music Theory Online?

11       A.      I believe that it was after 2020, yes, that I

12   became a member of the MTO, Music Theory Online Editorial

13   Board.

14       Q.      So whatever your experience was with the

15   Journal of Schenkerian Studies did not prevent you from

16   being asked to be a member of the Editorial Board of the

17   Music Theory Online journal, correct?

18              MS. QUIMBY:  Objection, form.

19       A.      What I -- what I can say is that there was the

20   publication of the Journal of Schenkerian Studies, and

21   subsequently I became a member of the editorial board.

22   I cannot speak to causation or -- between those two.

23       Q.      (By Mr. Allen) You certainly weren't prevented

24   from joining the editorial board of that journal, were

25   you?

1          A.    No.  I was not prevented.

2          Q.    Was there some sort of interview, or were you

3    just simply invited?

4          A.    There was not an interview with me.  I cannot

5    speak as to the vetting process that they went through,

6    but what I got on my end was an invitation.  I believe

7    so.

8          Q.    Okay.  Thank you.  So back to this issue of a

9    conflict of interest policy.  Are you aware of any

10   published policy by the Music Theory Online journal

11   addressing the conflict of interest of editors who may

12   want to publish in Music Theory Online?

13         A.    Sorry.  Something sounded here.

14               I'm not currently aware right now of a one such

15   policy.  That doesn't mean that I have not encountered

16   before, but I cannot recollect.

17         Q.    That's fine.  Who is the editor in chief of the

18   Music Theory Online journal?

19         A.    Currently?  Yeah.  Brent Auerbach.

20         Q.    Has Brent -- Brent?  Did I get that right?

21   B-r-e-n-t?

22         A.    That's correct.

23         Q.    Okay.  Thanks.  Brent Auerbach, has he

24   published in the Music Theory Online journal?

25         A.    I don't know.

*Diego Enrique Chinco Hernandez       09/26/2024*

1      Q.    Is he the only editor?  Editor in chief?  I

2  mean not just on the board.  Like I mean the editor,

3  editor?

4      A.    There is areas.  I don't know what their title

5  is, but there are, I guess, associate editors might be

6  what I might call them.  That title might not be correct.

7      Q.    Okay.  So I don't really need to know their

8  names, but have any of the associate editors, to your

9  knowledge, published in the Music Theory Online journal

10  since you have been on the editorial board?

11      A.    If I can have a moment of levity, I'm like

12  trying to match apples and oranges.  Some of the names, I

13  cannot recollect, and then I have to see if they were

14  published in there.

15      Q.    Yeah, sure.

16      A.    So I can -- I cannot say for certain that the

17  associate editors were or were not published.

18      Q.    Okay.  That's fine.

19      A.    In MTO, in Music Theory Online.

20      Q.    Does the Music Theory Online journal ever

21  publish non-peer reviewed pieces by authors?

22      A.    Can you specify what you mean by peer review?

23      Q.    Well, what I mean isn't so important as what

24  you mean.  So why don't you explain what you understand

25  as peer reviewed.

1        A.    I will say that to my knowledge in Music Theory
2   Online, articles are sent upon submission by the editor
3   or one of the associate editors to two anonymous
4   reviewers which give a recommendation.  And then from
5   there, depending on the recommendation, it might be
6   reviewed by more members, by more people.
7        Q.    And does the author know who the reviewers are?
8        A.    Not -- ideally not.  I cannot say.  I cannot
9   say that -- that it is true.  Maybe someone knows, but
10  ideally no one knows what the -- it's blind on both ends.
11       Q.    Okay.  That was going to be my followup
12  question.  So ideally the reviewer doesn't know the
13  author, and the author isn't allowed to know the
14  reviewers.  Is that accurate?
15       A.    Yes.
16       Q.    And that's called double blind peer review?
17       A.    Yes.
18       Q.    Has, to your knowledge, the Journal of Music
19  Theory Online ever published articles that were not
20  subjected to the double blind peer review process?
21       A.    Not to my knowledge.
22       Q.    Okay.
23       A.    Book reviews go through a slightly different
24  process that I cannot speak to since I'm not partaking in
25  that part.

1        Q.    Sure.   Now I'm going to ask you some of the

2  similar questions about Sumula.   I assume Sumula is also

3  a music theory journal?

4        A.    Yes.

5        Q.    When did you become a member of the Editorial

6  Board of Sumula?

7        A.    I will be guessing, so I don't know for

8  certain.   But I will say a year and a half ago.   That

9  would be a ballpark guess.

10        Q.    So your experience with the Journal of

11  Schenkerian Studies didn't prevent you from joining

12  Sumula as an editorial board member, did it?

13        A.    I would say that the Journal of Schenkerian

14  Studies was published, and I subsequently became a

15  member.   So, yeah, there was not to my knowledge someone

16  that stopped me from becoming a member, yes.

17        Q.    Does Sumula have a conflict of interest policy

18  that addresses editors of the journal publishing in its

19  own pages?

20        A.    I don't know if it has a policy, per se, but

21  it's something that actually came out recently.   There is

22  not too many submissions.   So the editor said that

23  editorial members can submit material but not editors.

24  I cannot -- I don't know for sure, but it was something

25  to that extent.

*Diego Enrique Chavarro Hernandez    09/26/2024*

1     Q.   So let me -- I think I heard you right, but I

2  just want to summarize because I think something cut out

3  there.  So editorial board members can publish but not

4  the editor, editor.  Does that make sense?

5     A.   Yeah.  Editorial board members can submit an

6  article for review.  I believe so.  It was -- it was in

7  passing message since the journal is not very -- has not

8  seen too many submissions.  But I'm not saying that that

9  policy is because of that.  I'm saying that that email

10  originated in relationship to that.

11     Q.   Okay.

12     A.   So I believe, yeah, I think that is accurate.

13     Q.   So is it fair for me to summarize what you're

14  saying is that the editor is facing a shortage of

15  submissions, right?

16     A.   Actually I can -- maybe I misspoke now.  So I

17  think your summary might be correct, but I'm trying

18  to -- let me say -- let me --

19     Q.   That's fine.

20     A.   I don't know if it was a shortage of

21  submissions or a shortage of accepted publications, so

22  there is slight difference.

23     Q.   Sure.  So let's say quality submissions.  Is

24  that fair?

25     A.   I cannot speak as to the quality of

 1  submissions.  I can just say that is what gets published.

 2      Q.   Okay.  And so the editor sent an email saying

 3  that editorial board members should feel free to submit

 4  papers for review.

 5      A.   I think that although that might be accurate, I

 6  think that the message that I received and I think that

 7  the editor convey was not a soliciting of articles. It

 8  was more of a -- of a -- I didn't feel like she was

 9  soliciting an article for me or for editorial members,

10  what's that.  I reminded that they would entertain that,

11  but I didn't feel like I was being asked to contribute.

12      Q.   Okay.  And has she ever -- whoever the editor

13  is, and I'm not really interested in her name, per se.

14  No insult to her.  But has she ever published in the

15  pages of Sumula?

16      A.   Not that I know.

17      Q.   Have any of the editorial board members

18  published in the pages of Sumula?

19      A.   Not that I know.

20      Q.   Okay.  And as you characterize it, this wasn't

21  a conflict of interest policy, right?

22      A.   No.  It was not sent as a policy.

23      Q.   Okay.  Does Sumula subject articles to the same

24  double blind peer review process that you described

25  before in the Journal of Music Theory Online?

*Diego Enrique Chipro Hernandez*        *09/26/2024*

 1        A.    I'll be speculating.  And my speculation will

 2   be that it does, but it's a speculation.

 3        Q.    So as an editorial board member, you're not

 4   entirely clear on the review process at Sumula?

 5        A.    Well, that would be the -- that would be my

 6   assumption, and I have no reason to think otherwise since

 7   it's common practice.

 8        Q.    Sure, sure.  But I -- well, I don't want you to

 9   speculate on this question because you're a member of the

10   editorial board, right?

11        A.    Uh-huh.

12        Q.    And so I'm just asking, and again I'm not

13   casting any kind of judgments on Sumula one way or

14   another.

15        A.    Yeah.

16        Q.    But I'm taking it from your testimony that you

17   don't know of the specific practice, regular practice of

18   review that is applied by the editor of Sumula?

19              MS. QUIMBY:  Objection, form.

20        A.    I have assumed that it is the typical practice

21   with an academic journal, at least in music theory, that

22   it's sent to reviewers.  And I have no reason to -- I had

23   no reason to doubt that practice.

24        Q.    (By Mr. Allen) But I'm more interested in your

25   experience as the -- as a member of the board of editors.

 1  Has there been any training to be on the Board of Editors
 2  at Sumula?
 3        A.    Training, per se?  No.  And I think it's worth
 4  noting that the journal was founded when I became the
 5  editorial board.  So it's a relatively new journal too in
 6  the sense that it doesn't have the -- I'm not saying that
 7  -- it's a slightly different scenario than music theory
 8  is.
 9        Q.    Sure.  So you're a founding editorial board
10  member in a sense, right?
11        A.    I am -- that suggests that I founded the
12  journal.  I was asked to be on the editorial board when
13  the journal was founded.
14        Q.    Okay.
15        A.    But I did not found the journal.
16        Q.    And all I'm asking is as part of those
17  discussions that led to you becoming an editorial board
18  member, whatever they were, there was no clear rule for
19  how articles would be subjected to review, as far as you
20  know?
21              MS. QUIMBY:  Objection, form.
22        A.    Can you repeat the question?
23        Q.    (By Mr. Allen) Sure.  I've asked you if they
24  send every article out for -- or excuse me.  Strike that.
25              I've asked before if you know how they review

1  articles.  Do they apply the same double blind peer
2  review process as Music Theory Online?  And I believe you
3  answered that you would be speculating to say they do or
4  they don't.  Is that fair?
5      A.    I said that --
6      Q.    Or assume?
7      A.    -- I am assuming that they do.  I don't have a
8  reason to --
9      Q.    Right.
10     A.    -- to second guess that assumption.
11     Q.    And I --
12     A.    But I don't remember -- I don't remember
13  reading a document that this was spelled out, if that's
14  your question.
15     Q.    That was going to be my question.  Thank you.
16  Do you know of any articles that have been published in
17  Sumula that were not subjected to peer review in its
18  short existence, I suppose, since you said it came into
19  being a year and a half ago?
20     A.    Not that I --
21     Q.    Okay.  Are you familiar with the journal --
22  excuse me -- the academic publication music theory -- I
23  think it's SMT Spectrum?
24     A.    Yes.  I'm familiar with it.  Music Theory
25  Spectrum so it would be MTS, Music Theory Spectrum.  Is

 1  that what you were asking?  The one you were asking
 2  about?
 3      Q.    It is.
 4      A.    Okay.
 5      Q.    Were you aware that the article of -- well,
 6  excuse me.  Back up.
 7          In November of 2019, were you aware that Philip
 8  Ewell, a professor at Hunter College in New York gave a
 9  plenary address at the Society for Music Theory?
10      A.    Yes.
11      Q.    And does the Society for Music Theory run
12  Spectrum?
13      A.    It is considered a journal, the Society for
14  Music Theory, so, yeah, so I would say yes.  It's part of
15  the society.  It's published as part of the --
16      Q.    And were you aware that the talk that Professor
17  Ewell gave at the 2019 SMT conference was also published
18  in Spectrum after that?
19              MS. QUIMBY:  Objection, form.
20      A.    I'm aware that -- not for certain.  I'm aware
21  that his talk led to some publications, but I cannot say
22  that it was the talk.
23      Q.    (By Mr. Allen) Okay.  Are you aware of the
24  publication by Philip Ewell in Spectrum based on his 2019
25  plenary address at the SMT conference?

1        A.    I'm aware that he published material from that,

2   and I think it was in Spectrum.  But it might have been

3   in Music Theory Online, so I cannot say for sure that it

4   was in Spectrum.

5        Q.    Okay.  Are you aware of any controversy about

6   the nature of his publication in Spectrum in your field?

7                    MS. QUIMBY:  Objection, form.

8        A.    Can you repeat the question?  I just --

9        Q.    (By Mr. Allen) Sure.  Do you know if anyone

10  complained about Music Theory Spectrum publishing Ewell's

11  contribution based on his 2019 plenary address to the

12  Society of Music Theory?

13       A.    To the best of my knowledge, I don't recall

14  there being an issue with his publication in Music Theory

15  Spectrum.  And I am not even certain whether it was in

16  Music Theory Spectrum.  The other journal is Music Theory

17  Online, so to my day, I get that confused.

18       Q.    Fair enough.  And just to -- just so you know,

19  I think he published in both of them, so -- but I'm not

20  going to ask you anything further about that.  That's

21  fine.  About your publications, approximately how many

22  journal articles have you published in your career?

23                    MS. QUIMBY:  Objection, form.

24       A.    I publish five, six.

25       Q.    (By Mr. Allen) And it's okay if it's not exact,

1  but I just wanted to know the number.

2      A.   It might be around there.  It might be four.

3  Not seven.

4      Q.   Less than seven but more than four?

5      A.   Yeah.  That's good.

6      Q.   Okay.  And are all of those double blind peer

7  reviewed?

8      A.   In some cases, they were sent to actually three

9  readers.  So I guess you can call it -- call it, yeah.  I

10  know it's double blind, but it's three reviewers, yes.

11  So it's double blind.  To my knowledge, yes, they were.

12      Q.   Okay.  Have you ever published an article that

13  was not peer reviewed?

14          MS. QUIMBY:  Objection, form.

15      A.   I had -- I haven't had an article appear in an

16  academic journal that, to my knowledge, was not peer

17  review.

18      Q.   (By Mr. Allen) Okay.  Have you published any

19  articles in books?

20      A.   Yes.  I publish a book chapter.

21      Q.   Okay.  Was that book chapter peer reviewed?

22      A.   It was reviewed by the editor.  I don't know

23  what -- what was the extent of the peer.  I don't know

24  exactly what that review was.  I know that it was

25  certainly reviewed by the editor.

1    Q.   Do you remember getting reviews by anonymous

2    reviewers when you published that book chapter?

3    A.   I don't remember.

4    Q.   When did that come out, by the way?

5    A.   A while back.  2017, '18.  I don't know.  Some

6    of these things take a long time to come out so I'm not

7    sure.

8    Q.   Believe me, I know.  So that must have been one

9    of your earlier publications, right?

10   A.   I guess.  By earlier you mean, yeah, I guess it

11   kind of maybe third, second, fourth, somewhere in there.

12   Q.   Okay.  So can you explain briefly your

13   relationship to Professor Timothy Jackson at the

14   University of North Texas?

15   A.   Do you mind being more specific with your

16   question?  It's quite broad.

17   Q.   Well, I want it to be open ended, so when did

18   you first meet Timothy Jackson?

19   A.   I met Timothy Jackson, I'm guessing, in the

20   year, probably the semester I was hired in 2014.

21   Q.   Did you work with him in any capacity?  And I'm

22   not -- I don't want to talk about the Journal of

23   Schenkerian Studies yet.  Let's leave that out of it.

24   Did you work with him in any capacity other than on the

25   journal you mentioned?

1       A.    Well, we work both at UNT, so I will say that I

2   work with him.  But also that word can suggest

3   collaborate, and I did not collaborate.

4       Q.    Okay.  What was your experience of Timothy

5   Jackson as a colleague?

6       A.    He was -- felt like he wanted to kind of -- let

7   me think about the precise word -- involve you in some of

8   the things he was interested in.

9       Q.    And it's -- and I suspect that had something to

10  do with Schenkerian analysis?

11      A.    He was interested in my involvement with the

12  Center for Schenkerian Studies.

13      Q.    Well, I'm glad you brought up the center.  Did

14  you get involved in the Center of Schenkerian Studies?

15      A.    I -- I was part of the editorial board of the

16  Journal of Schenkerian Studies that I believe is

17  published under the umbrella of the Center for

18  Schenkerian Studies.

19      Q.    Okay.

20      A.    But not to any more extent than that that I can

21  think of.

22      Q.    Okay.  Leaving the summer of 2020 aside, from

23  the time you were hired as a lecturer, which I believe

24  you said was 2014 up to the summer of 2020, had you heard

25  any complaints about the Center of Schenkerian Studies?

1          MS. QUIMBY:  Objection, form.

2      A.    I don't recall anybody coming to me with a

3  complaint about the Schenkerian -- about the Center for

4  Schenkerian Studies prior to 2020 or between 2014 and

5  2020.

6      Q.    (By Mr. Allen) Okay.  And prior to the summer

7  of 2020, did anyone complain to you about the Journal of

8  Schenkerian Studies?

9      A.    I cannot recall one such complaint presently.

10  It was a long time ago.

11      Q.    Thank you.  You know, in -- how close would you

12  say you were to Timothy Jackson on a scale from almost

13  never talk to him to we were very close and I went over

14  to his house for Thanksgiving dinner?

15      A.    Maybe the example that you gave is not the

16  best.  I remember going to his house, not for

17  Thanksgiving dinner.  But I wouldn't -- I wouldn't

18  consider a colleague I was particularly close to.

19      Q.    Okay.  That's fair.  Can you identify any

20  specific actions of Timothy Jackson that you considered

21  racist?

22          MS. QUIMBY:  Objection, form.

23      A.    Can you -- actions?  Can you -- do you mind

24  asking the question a little different?  I'm kind of hung

25  up on the word actions.

1      Q.   (By Mr. Allen) Well, I understand why, but you

2    understand that the graduate students and by extension

3    the faculty who endorsed their statement and reproduced

4    it in a publication by incorporating it by reference

5    accuses Timothy Jackson of racist actions and behaviors.

6    So the question is for you, Professor Cubero, what are

7    those actions?

8               MS. QUIMBY:  Objection, form.

9      A.   I cannot speak as to what the students have

10   particular in mind since you're asking the actions in

11   reference to what a student said.

12     Q.   (By Mr. Allen) Okay.  And I'm asking you about

13   in particular because you signed your name to a petition

14   styled a Faculty Statement about Timothy Jackson,

15   correct?

16               MS. QUIMBY:  Objection, form.

17     A.   I signed a letter in reference to the

18   publication of the Journal of Schenkerian Studies.

19          I don't know if anyone is waiting to speak but

20   I --

21     Q.   (By Mr. Allen) Do you need a break?

22     A.   No, no, no.  I just -- since no one is

23   speaking, I didn't know if you were expecting me to say

24   more, but I think I understand your question.

25     Q.   No.  I'm looking for an exhibit that I wanted

1   to --

2       A.   Okay.  Cool.  I was just making sure that you

3   were not looking at me and waiting to talk more because I

4   was done.  No.  I'm good.

5       Q.   No.  I mean, you're free to add to what you've

6   just said.  But you'll see that sometimes I am trying to

7   find an exhibit, and that's the only reason.

8       A.   No.  That's good.

9       Q.   Thank you, sir.

10           MR. ALLEN:  And, for instance, here I'm

11  going to introduce into the record as Exhibit 3 a

12  document that's styled the Ad Hoc Panel Report of

13  November 25th, 2020.

14           (Deposition Exhibit No. 3 was marked)

15      Q.   (By Mr. Allen) And you'll see the date here,

16  Professor Cubero.  I don't know if you've read this

17  document.  And I'm not -- I don't want to talk about this

18  document just now, but it has certain attachments. And

19  one is this.  Do you see this?

20           This is captioned Statement of UNT Faculty on

21  Journal of Schenkerian Studies.  It's dated here as

22  published news from SEM General News, a public forum,

23  hosted by someone named Stephen Stuempfle.  And it's

24  dated here it least July 31st, 2020.

25           Do you recognize this document?

1    A.    Let me read it a second, and I'll answer the

2  question.

3    Q.    Absolutely.  Is this big enough for you, or

4  should I expand it?

5              MS. QUIMBY:  Part of it is like the

6  right-hand side is slightly cut off.  I think it's almost

7  within -- yeah.  There we go.

8    Q.    (By Mr. Allen) Is this better?

9    A.    That's better.  I will squint, but I will get

10  through it.

11    Q.    I can make it bigger, honestly.  I have a lot

12  of sympathy for people who have to squint because I have

13  to.

14    A.    Well, mine is because I don't wear glasses.

15  Let me read it.

16    Q.    Here, let me just make it a little bigger.

17    A.    I finished reading what I can see, and I assume

18  that the rest is signatories.

19    Q.    I'm just scrolling down so you can see it.

20  And you are correct, sir.  The next page has a few other

21  people, and then that's the end.  Is that -- do you want

22  to see anything more?

23    A.    No.  That's okay.

24    Q.    Okay.  So I have a question about this

25  statement of UNT faculty.  Do you recall agreeing to sign

1  this statement?

2      A.    Yes.

3      Q.    And there is your name right there, correct?

4      A.    That's right.

5      Q.    So this document refers to the student letter.

6  Do you see that here?

7      A.    Yes.

8      Q.    In fact --

9      A.    I cannot attest the length, but I'm assuming it

10 --

11     Q.    Well, you do see that the statement is or at

12 least this document represents that the statement is

13 incorporated by reference through this URL link, right?

14     A.    Yes.  And as part of the exhibit, I don't know

15 what actual is being linked in the URL, but I'll assume

16 it is what I recall being the student letter.

17         MR. ALLEN:  Well, and then I'm going to

18 introduce as Exhibit 3 --

19         COURT REPORTER:  4.

20         MR. ALLEN:  You got me again.  Sorry about

21 that.

22         Sorry, Professor Cubero.  This is Exhibit

23 4 for the record.

24         (Deposition Exhibit No. 4 was marked)

25     Q.    (By Mr. Allen) And I'm going to represent to

 1  you that this is the link --

 2      A.   Okay.

 3      Q.   -- which if you click on that URL, this will be

 4  pulled up on some Google drive whose owner is not

 5  important and I don't know.  All right?  At least for our

 6  purposes here.

 7            So as part of this, you understood that

 8  students were -- as part of their call to action, they

 9  were calling for your colleague, Professor Jackson, to be

10  fired, right?

11            MS. QUIMBY:  Objection, form.

12      A.   Can you ask the question again, please?

13  Dr. Jackson what?

14      Q.   (By Mr. Allen) Did you understand -- yes, yes.

15  Did you understand that the student statement, what they

16  call the statement, I guess, was calling for Professor

17  Jackson to be fired?

18      A.   I did not understand our -- our letter as

19  calling for Dr. Jackson to be fired.

20      Q.   You endorsed the students' call for action,

21  correct?

22            MS. QUIMBY:  Objection, form.

23      A.   I endorsed the students' call to action, and

24  then I provided a clarification as to what that call to

25  action I was endorsing was.

1      Q.    (By Mr. Allen) Where is the qualification?

2      A.    If you can show me that previous document, I'll

3 tell you.

4      Q.    Okay.  Let's -- I will and I want to save that

5 thought.  But first I want to call -- you asked me -- we

6 brought this up because I was asking you to identify

7 racist actions of Timothy Jackson.

8            And this is something that the students say

9 about Timothy Jackson and you incorporate it by reference

10 in your publication to the UNT faculty letter. Do you see

11 this right here under Number 3?  Hold accountable every

12 person responsible?

13     A.    Uh-huh.

14     Q.    This should also extend to investigating past

15 bigoted behaviors by faculty and by taking this into

16 account the discipline and potential removal of faculty

17 who use the JSS platform to promote racism.

18 Specifically the actions of Dr. Jackson both past and

19 present are particularly racist and unacceptable.

20           So what I'm asking you is what specific actions

21 can you identify by Dr. Jackson that are racist?

22           MS. QUIMBY:  Objection, form.

23     A.    By referring to this document, which I did not

24 write, I -- by actions, I'm not sure I cannot -- I cannot

25 speak to the -- for the students.

1    Q.    (By Mr. Allen) I'm not asking you to speak for

2  the students.  I'm just asking what you know.  Do you

3  have any direct knowledge of actions by Timothy Jackson

4  which are racist?

5              MS. QUIMBY:  Objection, form.

6    A.    The -- what I understand right now, as I read

7  this document, is that my understanding is that the

8  students are referring to the publication of the Journal

9  of Schenkerian Studies.  That's my current understanding

10 of it.

11   Q.    (By Mr. Allen) Okay.

12   A.    But again I'm speculating because I did not

13 write it so...

14   Q.    Right.  And I'm not asking you to speculate

15 about what the students thought or conceived of.  I'm

16 asking you do you have any direct knowledge of actions,

17 specific actions, that Timothy Jackson committed that you

18 consider racist?

19              MS. QUIMBY:  Objection, form.

20   A.    I believe that there is -- I recollect there is

21 passages in his publication that were perceived as

22 racist.

23   Q.    (By Mr. Allen) Okay.  Besides what he published

24 in writing, and I assume you're referring to Volume 12 of

25 the Journal of Schenkerian Studies?

1      A.    Yes.

2      Q.    Okay.  So we've identified that.  Is there any

3  action besides speaking through a journal that you would

4  identify as racist by Timothy Jackson?

5              MS. QUIMBY:  Objection, form.

6      A.    A question involving a remark involving race

7  that was -- it was a long time ago.  It's when

8  Dr. Jackson alluded that a certain person didn't have a

9  position because he was white, and that to me seemed --

10 that could be construed as racist.  But I don't -- I

11 don't read that paragraph thinking about that particular

12 action.

13     Q.    (By Mr. Allen) I'm sorry.  You strategically

14 cut out just when you said that very important thing you

15 just said.  So there was a person in the past, and

16 timothy Jackson suggested that he didn't get a position.

17 And what did you say after that?

18             MS. QUIMBY:  Objection, form.

19     A.    Yeah.  I didn't strategically cut out.  I think

20 it's the internet.

21     Q.    (By Mr. Allen) No, no.  Not you.  It was the

22 internet.  I'm not saying you did it.  It's just I

23 couldn't hear.  I really honestly couldn't hear it so I'm

24 asking you.

25     A.    There was -- and this is going a long time ago,

1    and I'm just trying to remember the moment where Dr.

2    Jackson -- Dr. Jackson mentioned to me that a certain

3    faculty member, you know, might not have this position

4    because he was white.

5                  I took to mean -- the way I took this is that

6    it was a little bit -- I took it as kind of something

7    that could be interpreted there as racist.

8        Q.    It could be interpreted as racist?

9        A.    Yes.

10       Q.    A comment about a white faculty member?

11       A.    Well, the implication being that -- that -- and

12   this was my understanding of this moment of this long

13   time ago.  It was a moment that just stuck with me. That

14   -- that this person was being treated -- treated unfairly

15   because they were white, and there was an interesting

16   hire of people that were not.

17       Q.    Say that again.  What was the last part?

18       A.    It was -- it was -- I understood it as a

19   comment that reflected more on passing judgment on this

20   person based on being white rather than it was not about

21   the -- the skills of this particular person.

22                  MR. ALLEN:  Can we go off the record?

23                  MS. QUIMBY:  Sure.

24                  VIDEOGRAPHER:  Off the record, 4:22.

25                  (Recess taken from 4:22 to 4:31)

1        VIDEOGRAPHER:  The time is 4:31.  We're on
2   The record.
3        Q.   (By Mr. Allen) Thank you, Professor Cubero, for
4   allowing me to take that break.  I believe you were
5   saying that sometime ago, Timothy Jackson had made a
6   comment about a white professor who he thought did not
7   get a job or something.  Could you explain that again?
8        A.   Yes.  That a while back, he made a comment as
9   to a white person not getting a job because --
10       Q.   Because of race?
11       A.   Because of race.  And that it's something since
12   you asked me what actions that could be construed as
13   racist, I didn't take it to mean that that is what --
14   what The student response was referring to and nor did I
15   endorse that.
16       Q.   Okay.  And how long ago was this statement by
17   Timothy Jackson that you remember?
18       A.   I don't remember.  I really don't.
19       Q.   Was it in The 2020 timeframe?
20       A.   I don't think so.
21       Q.   Okay.  Do you consider yourself Latino?
22       A.   Yes.  I consider myself of white race and
23   Latino ethnicity.
24       Q.   Has Timothy Jackson ever expressed anything
25   racist towards you for your national origins?

1       A.    Not that comes to mind.

2       Q.    And he was on faculty at The time you were

3  hired, correct?

4       A.    That's correct.

5       Q.    Was he part of The hiring process?

6       A.    I believe he was in The search committee, but I

7  don't recall.

8       Q.    Did you have any indication that you were

9  discriminated against by Timothy Jackson individually?

10       A.    No.

11       Q.    Have you ever witnessed Timothy Jackson

12  discriminate against a black American?

13            MS. QUIMBY:  Objection, form.

14       A.    I believe that The -- some of The statements

15  might have -- in his journal, in The journal, 12 Volume,

16  are construed as -- can be construed as racist.

17       Q.    (By Mr. Allen) Okay.  But I'm asking you a

18  little bit different question.  Have you ever witnessed

19  Timothy Jackson discriminate against a black American

20  like in hiring, anything of that nature?

21            MS. QUIMBY:  Objection, form.

22       A.    Since you gave The example, I would say

23  I don't --

24            MR. ALLEN:  He's frozen.

25       A.    I don't recall he discriminating against a

1  black American in a hiring scenario.

2        Q.    (By Mr. Allen) So you wanted to go back to this

3  statement.  I think you said something about what you did

4  or did not endorse, correct?

5        A.    Yes.

6              MS. QUIMBY:  Objection, form.

7        Q.    (By Mr. Allen) And were you directing my

8  attention to this document in saying that?  This is The

9  Statement of UNT Faculty on Journal of Schenkerian

10  Studies that's attached to Exhibit 3 in The record.

11              MS. QUIMBY:  Can you show The document?

12              MR. ALLEN:  I am so sorry.  I thought it

13  was up, and, of course, it was not.

14        Q.    (By Mr. Allen) Here it is again, Exhibit 3.

15        A.    Yes.  So I forget your question but, yes, that

16  is The document.

17        Q.    Well, before we broke, you said you did not

18  endorse The statement in The record, The student

19  statement which was introduced as Exhibit 4, which

20  identifies, quote, "racist actions" or words to that

21  effect.  And you said I didn't endorse that part of The

22  student statement and you wanted to refer to this

23  document.

24              And I promised you we would come back to talk

25  about it, so I'm now putting Exhibit 3 back up and asking

1   you to show me why you believe you did not endorse The

2   student letter in that regard.

3        A.    In this document The way I currently understand

4   it is that it's endorsing a call to action meaning that

5   The College of Music probably condemn that it shouldn't

6   release freely online to the public and to provide a

7   public account of the editorial publication process and

8   its failures.

9          So I see that as what this -- currently that's

10  how I see it as this statement is endorsing those two

11  action points.

12       Q.    Okay.  And nothing more?  That's your -- is

13  that your testimony?  That you weren't endorsing anything

14  more than publically condemning The issue and asking that

15  it be released freely online to The public, and you

16  weren't endorsing anything other than what's in

17  quotations?

18       A.    That is how I read The statement currently.  I

19  cannot go back to my mindset.

20       Q.    Sure.  Can you point to any language in The

21  sentence here that was published that says you only

22  endorse those quoted sections?

23       A.    Can you repeat your question, please?

24       Q.    Sure.  Point to language in this statement of

25  UNT faculty on Journal of Schenkerian Studies that

1   indicates that you endorse exclusively those two

2   passages.

3        A.    The way I read it is that The clause that

4   starts which asks is explaining what is being endorsed in

5   The call for action.

6        Q.    Okay.  And you don't deny that -- oh, go

7   ahead --

8        A.    Yeah.  So which asks, I see it as a restrictive

9   clause.

10       Q.    Okay.  And you say which asks, that you argue

11  restricts your endorsement only to those two quotations?

12             MS. QUIMBY:  Objection, form.

13       A.    The way I interpret that sentence is that it's

14  serving to show what it's endorsing.

15       Q.    (By Mr. Allen) Okay.  And you don't -- you

16  don't deny that this URL incorporates The students'

17  statement in its entirety into your letter, do you?

18             MS. QUIMBY:  Objection, form.

19       A.    That URL links The statement.

20       Q.    (By Mr. Allen) Okay.

21       A.    That we -- whose to actions we are endorsing.

22       Q.    Okay.  Is there anything else you want to

23  testify to in this document which you argue limits its

24  endorsement of the students statement?

25             MS. QUIMBY:  Objection, form.

1      A.    Nothing is coming to mind.

2      Q.    (By Mr. Allen) Okay.

3      A.    Currently.

4      Q.    Sure.  You worked on The Journal of Schenkerian

5   Studies when they were formulating a call for paper --

6   papers for Volume 12, correct?

7              MS. QUIMBY:  Objection, form.

8      A.    I was an editorial board member when it was a

9   call for, yeah.

10     Q.    (By Mr. Allen) Okay.  And I'm specifically

11  focusing on The call for papers that was fashioned in The

12  late -- late months of 2019.

13             (Court Reporter requested clarification)

14     Q.    (By Mr. Allen) I'm focusing on the call for

15  papers that The Journal of Schenkerian Studies was

16  drafting and sent out in The last months of 2019,

17  November December.

18             (Court Reporter requested clarification)

19             THE WITNESS:  I was an editorial board

20  member.  Apologies.

21             COURT REPORTER:  I'm so sorry.  Thank you.

22             THE WITNESS:  Soft spoken by nature.

23     Q.    (By Mr. Allen) And you participated in The

24  formulation of The call for papers, correct?

25     A.    I was asked for feedback.

*Diego Enrique Chavez Hernandez      09/26/2024*

1    Q.    Okay.  Is that participation?

2    A.    I guess.  That's -- that's how I would

3    ordinarily construe it as, yes, I provided feedback.

4    Q.    Okay.  And you knew that The call for papers

5    went out on The SMT server list, correct?

6              MS. QUIMBY:  Objection, form.

7    A.    I cannot know for certain where it was -- what

8    it was -- where it was sent out so...

9    Q.    (By Mr. Allen) Are you a member of The Society

10   for Music Theory in 2020?  Or were you?  Excuse me.

11   A.    Yes.

12   Q.    Did you receive emails from a server list that

13   was maintained by The Society for Music Theory?

14   A.    I may or may not.  I don't remember.  I get a

15   lot of emails.  That's my second email address so...

16   Q.    Okay.  How did you understand that The call for

17   papers in which you participated formulating was

18   distributed?

19   A.    To -- how it was distributed, or what?  Can you

20   repeat your question?  Sorry.

21   Q.    Yes.  How was The call for papers distributed?

22   A.    I don't know for sure so...

23   Q.    You had no personal knowledge of that?

24   A.    No.

25   Q.    Okay.  And just one last question.  Is that

1  because you may have known but forgot, or you just were
2  simply not involved in that part of it?
3      A.   So if it was distributed through music theory,
4  a society threads on TIE (phonetic) would probably have
5  received that email.  But again I get a lot, so there is
6  some that's quite an active society.  So sorry.  I forgot
7  your question.  That is The kind of The knowledge to
8  which I have how it was distributed.
9      Q.   Well, did you know that Levi Walls or Levi
10 Walls, I suppose his name is pronounced.  Levi Walls
11 distributed the call for papers?
12          MS. QUIMBY:  Objection, form.
13     A.   I don't know who distributed.  I think it was
14 an email from him that he asked me about The call for
15 papers, but I don't know who distributed and how it was
16 distributed.
17     Q.   (By Mr. Allen) Okay.  All right.  That's fine.
18 Did you ever learn after July 25th, 2020, that Philip
19 Ewell had announced that he would refuse to read Volume
20 12 of The Journal of Schenkerian Studies?
21     A.   I don't recall learning that.
22     Q.   Okay.  You don't recall any controversy over
23 Philip Ewell refusing to read The Journal of Schenkerian
24 Studies, do you?
25          MS. QUIMBY:  Objection, form.

*Diego Enrique Capero Hernandez        09/26/2024*

```
 1      A.    I don't recall a controversy about him reading

 2   it or not.  I don't.

 3      Q.    (By Mr. Allen) Okay.  Thanks.  Are you familiar

 4   with The journal Theoria?

 5      A.    I know of it, yes.

 6      Q.    Have you published in it?

 7      A.    No.

 8      Q.    Do you read it on a regular basis --

 9      A.    No.

10      Q.    -- as part of your academic work?  Okay.  Were

11   you aware that in 2020 (inaudible) published an article

12   in Theoria?

13           MS. QUIMBY:  I'm sorry.  You cut out.

14      A.    You got cut off.

15      Q.    (By Mr. Allen) Sorry.  Were you aware that

16   Philip Ewell published a journal article in 2020 in The

17   journal Theoria?

18      A.    I was not aware.

19      Q.    So what -- back to The Journal of Schenkerian

20   Studies, Volume 12.  Let's just concentrate on Timothy

21   Jackson's article.  As you sit here today, can you

22   identify what you believe in that article was, quote,

23   "racist," closed quote?

24      A.    I recall that it kind of alluded to The lack of

25   involvement of black people in music theory.  I have not
```

1  read it since.  And that it came from a lack of trying

2  hard or practicing.  It's been a while.  Five years.

3       Q.    Anything else?

4       A.    Not that comes to mind right now.

5       Q.    That's The thing that stands out in your

6  memory, right?

7            MS. QUIMBY:  Objection, form.

8       Q.    (By Mr. Allen) Did you answer The question?

9  Sorry.  I didn't hear The answer.

10      A.    That is what I recall at this moment.

11      Q.    Okay.  That's fine.  Professor Cubero, do you

12  have any familiarity with rap and hip-hop?

13           MS. QUIMBY:  Objection, form.

14      A.    I know of it, but I wouldn't describe myself as

15  being familiar.

16      Q.    (By Mr. Allen) Have you ever read any books on

17  rap or Hip-hop?

18      A.    I have not read books on rap or hip-hop.

19      Q.    Okay.  How about jazz?

20      A.    I've read books on jazz, yes.

21      Q.    Have you discussed any of those music forms

22  with colleagues at The University of North Texas?

23           MS. QUIMBY:  Objection, form.

24      A.    Rap or hip-hop, I don't recall discussing with

25  colleagues.  Jazz, it seems that I -- likely that I have

1  discussed it, yes.

2       Q.   (By Mr. Allen) Okay.  So I have a simple

3  question.  Is it at all controversial in music theory or

4  among your colleagues, let's say, that jazz originated as

5  an African-American art form?

6            MS. QUIMBY:  Objection, form.

7       A.   Can you repeat your question, please?

8       Q.   (By Mr. Allen) Yeah.  Is it a controversial

9  viewpoint that jazz music originated as an

10  African-American art form?

11            MS. QUIMBY:  Objection, form.

12       A.   I am not learned on whether there is

13  controversy or not.

14       Q.   (By Mr. Allen) Okay.  That's fine.  So did you

15  have any objections to The way Volume 12 of The Journal

16  of Schenkerian Studies was organized?

17            MS. QUIMBY:  Objection, form.

18       A.   Can you be more specific?

19       Q.   (By Mr. Allen) Well, you said you participated

20  in The formulation of a call for papers, correct?

21       A.   Yes.  I gave feedback.

22       Q.   And did you have any objections to The

23  formulation of The call for papers in its final form?

24       A.   I don't recall at The present moment having an

25  objection as to how The call paper was -- The wording for

1  The call for papers in its final form.

2       Q.    And as you know, there was a controversy

3  surrounding The Volume 12 of The Journal of Schenkerian

4  Studies, correct?

5       A.    Yes.

6       Q.    Some of The controversy surrounded allegations

7  about The mismanagement of The journal, correct?

8                  MS. QUIMBY:  Objection, form.

9       A.    It seems that people were questioning The way

10  that The editor -- how this particular journal issue was

11  edited.

12       Q.    (By Mr. Allen) Okay.  What were their specific

13  criticisms, as you understand them?

14       A.    Well, maybe questions, I think, maybe is The

15  word I used.  That's at least what I meant to.  People

16  wanted to know how -- how The editorial process that led

17  to this publication.

18       Q.    Do you know or do you remember specific

19  criticisms of The editorial process levied at The Journal

20  of Schenkerian Studies, Volume 12, at that time? We're

21  talking July 2020 and there after.

22       A.    The specific criticism was The publication of

23  an anonymous article.

24       Q.    Any others?

25       A.    As to The editorial process?  People were

 1  questioning what The editorial process was, and that's
 2  what our letter endorsed.  The knowing -- finding out
 3  what The process was.
 4      Q.   Well, I'm just going to put Exhibit 3 up online
 5  again.  Well, I read this, but I want you to help.  As
 6  far as I can tell, they had these criticisms in The
 7  faculty statement which you signed.  But I'm happy for
 8  you to read this again and tell me what criticisms of The
 9  editorial process were being raised by The UNT faculty at
10  that time?
11      A.   The part they highlighted, it raises the -- to
12  read it, The fact that he -- that he, being Dr. Ewell,
13  was not afforded an opportunity to respond in print.  So
14  that's being a criticism.
15      Q.   And --
16      A.   And The lack --
17      Q.   -- The lack of peer review?
18      A.   Yes.  That's what The -- that's what The
19  statement says.
20      Q.   So I believe now I have three criticisms
21  according to what you remember and are testifying to, so
22  just correct me if I'm wrong.  But one was that they
23  published an anonymous article, right?  The other was --
24  you were nodding.  Did you answer audibly?
25      A.   Yes, yes.  I forgot that was a --

1          Q.    That's fine.  I do it too.  That Philip Ewell

2    allegedly was not afforded an opportunity to respond.

3    That was this second one.  And that there was no peer

4    review or lack of clearly defined peer review.  Is that

5    The sum total of The criticisms that you remember?

6                    MS. QUIMBY:  Objection, form.

7          A.    Those are The ones that come to mind from The

8    moment -- from The document you're showing me and from my

9    personal recollection that I just told you about, The

10   anonymous article.

11         Q.    (By Mr. Allen) Okay.  And The last question on

12   this is as you sit here today, can you remember any other

13   criticisms of The procedures that The JSS used to produce

14   Volume 12 of The Journal of Schenkerian Studies?

15                    MS. QUIMBY:  Objection, form.

16         A.    Those The ones that come to mind.  Sorry.  I

17   started thinking about The question and forgot The

18   question.  Sorry.  I hope this answered.  So these are

19   The three that come to mind at this moment, those three.

20         Q.    (By Mr. Allen) And you can't remember anything

21   else at this time?

22                    MS. QUIMBY:  Objection, form.

23         A.    No.

24         Q.    (By Mr. Allen) Okay.

25         A.    Because at 5:00 o'clock, I start --

1      Q.   Yeah.  It's okay.  And I actually think we're

2   going to be done relatively soon.

3           So if Philip Ewell received the call for

4   papers, is it true that he was not afforded The

5   opportunity to respond in print?

6           MS. QUIMBY:  Objection, form.

7      A.   The -- if I recall correctly, The call for

8   papers were essays in response to his -- to his plenary

9   lecture.

10      Q.   (By Mr. Allen) Sure.

11      A.   So from The way I read it, it would be odd that

12   Dr. Ewell would respond to himself.

13      Q.   I agree with you.  But if he received The call

14   for papers like everyone else, is it true that he did not

15   get The opportunity to respond in print?

16           MS. QUIMBY:  Objection, form.

17      A.   Sorry.  There was a -- sorry.  I construed it

18   that he was not able to respond to The articles that were

19   written -- to The essays that were written in response to

20   his essay.

21      Q.   (By Mr. Allen) But to your point, could he

22   respond before they were even written?

23      A.   It could be -- he could respond before they're

24   published.

25      Q.   And that's what you think they mean here -- you

 1  mean here when you signed this statement?

 2      A.    Yes.

 3      Q.    Is that said any -- is that said anywhere in

 4  this sentence?

 5      A.    The way I interpret that sentence is that he

 6  was not given The opportunity to respond to The essays

 7  that were written as a response to his plenary lecture.

 8      Q.    It doesn't say that here, does it?

 9      A.    We like nice sentences.  But, yeah, The fact

10  that he was not afforded The opportunity to respond in

11  print.  So by response, their response, I mean respond to

12  The essays that were written.  That's how I understand

13  this.

14      Q.    But again that's not stated in this letter, is

15  it?

16              MS. QUIMBY:  Objection, form.

17      A.    It's The way -- it's The way I understand The

18  sentence.

19      Q.    (By Mr. Allen) I'm sorry.  I didn't hear what

20  you just said because of The --

21      A.    It is the way I understand The sentence as

22  written.  That's what it takes to be submitted.

23      Q.    My question was a simple one.  That what you

24  understand, what you've just explained is not written in

25  this document, is it?

1              MS. QUIMBY:  Objection, form.

2        A.    I think it's written in The document because if

3    I were reading it, and I'm currently reading, that's how

4    I would read it.

5        Q.    (By Mr. Allen) That it doesn't say he was not

6    afforded The opportunity to respond in print, but that it

7    actually says that he was not afforded the opportunity to

8    respond in print to The responses?

9              MS. QUIMBY:  Objection, form.

10       Q.    (By Mr. Allen) That's what you think it says?

11             MS. QUIMBY:  Objection, form.

12       A.    I take it -- I take it that its meaning is that

13   he was not afforded opportunity to respond in print to

14   The responses.  That's what I believe is The meaning of

15   The sentence.

16       Q.    (By Mr. Allen) Okay.

17       A.    As that would be quite funky.

18       Q.    Or it could be a lie, right?

19       A.    Excuse me?

20       Q.    It could be a lie as well that it's actually a

21   misrepresentation because Philip Ewell was given a

22   response to respond to The SMT call for papers like

23   everyone else.

24             MS. QUIMBY:  Objection, form.

25       Q.    (By Mr. Allen) That's also an interpretation

 1  that someone could read into The sentence, couldn't they?

 2              MS. QUIMBY:  Objection, form.

 3      A.    I cannot speak to The way other people read it.

 4  I can speak to The way I read it.

 5      Q.    (By Mr. Allen) Sure.

 6      A.    And it is that -- again I'll repeat myself.

 7  That he was not afforded The opportunity to respond to

 8  The essays written in response to his plenary lecture.

 9      Q.    Do you know of any documents in the

10  correspondence of the Journal for Schenkerian Studies

11  that indicated if Philip Ewell submitted something that

12  they would not publish it?

13              MS. QUIMBY:  Objection, form.

14      A.    I don't know of any such document.

15      Q.    (By Mr. Allen) Do you know of documents in

16  which The editorial staff discussed inviting Philip Ewell

17  to respond after The responses in Volume 12 were

18  published?

19              MS. QUIMBY:  Objection, form.

20      A.    Sorry.  It's late and probably even later for

21  y'all since you have been doing this for a while.  Can

22  you repeat your question?

23      Q.    (By Mr. Allen) Sure.  Do you know of documents

24  in which The editorial staff discussed inviting Philip

25  Ewell to respond once Volume 12 had been published?  In

 1  other words, once The responses in Volume 12, The

 2  symposium, had appeared in print, do you know of any

 3  documents in which they discussed inviting Philip Ewell

 4  to respond to those already published articles?

 5      A.    None come to my mind at this moment.

 6      Q.    Okay.  Thank you.  I think we only have two

 7  more things, and then I think we'll be done if I'm not

 8  mistaken.

 9      A.    Hydration.

10      Q.    Yes, please.  I don't want you to be

11  dehydrated.

12      A.    I brought it soon, but this is more dehydrating

13  than anything.

14          MR. ALLEN:  I'm going to mark for The

15  record as Exhibit 5.  Am I correct?

16          COURT REPORTER:  Yes, sir.

17          MR. ALLEN:  Thank you.

18          (Deposition Exhibit No. 5 was marked)

19      Q.    (By Mr. Allen) Sorry, Professor Cubero.  But

20  I've been getting it wrong too many times, so I'm always

21  asking for confirmation.

22          This is an email.  Exhibit 5 is an email thread

23  that begins -- well, The top lead email is

24  July 26, 2020.  Do you remember getting this email,

25  Professor Cubero?

 1        A.    Do you mind if I read it?  I read slowly.  And
 2   I'm tired, so I'll read slowly.
 3        Q.    No.  I don't know.  Would you like it this size
 4   so it all fits on one page or larger and then I'll just
 5   --
 6        A.    Either way.  That's good, that's good.
 7        Q.    Okay.  And I don't want you to spend too much
 8   time on this but the -- because it goes -- see, it goes
 9   six pages.  But I'm not going to ask you about every
10   email.  There is only a couple where you are relevant to
11   The discussion.
12            But if you could read The beginning email
13   enough to get a sense of an answer to my question whether
14   you received it and remember it, please.  Just tell me
15   when you're through.
16        A.    I read it as far as you're showing so...
17        Q.    Okay.  Do you remember receiving this email?
18        A.    No.  That doesn't mean I didn't receive it
19   because I am there.
20        Q.    All right.  Look, I understand.  I'm just --
21   I'm just trying to ask questions for The purpose of
22   discovery here.  And this is your email right here,
23   correct?
24        A.    Yes.
25        Q.    And is that The email you used to

*Diego Enrique Chavez Hernandez     09/26/2024*

```
 1  correspond --
 2        A.    Yes.
 3        Q.    -- for The purpose of UNT business?
 4        A.    Uh-huh.
 5        Q.    Okay.  And let me just ask it again because we
 6  interrupted each other, and then there was a kind of
 7  uh-huh.  So this is your email for The purposes of UNT
 8  business --
 9        A.    Yes.
10        Q.    -- as a professor at UNT?
11        A.    Yes.
12        Q.    Thank you.  All right.  Now, it's the nature of
13  emails that they begin at The end and they proceed to The
14  top, so I'm skipping all The way to The bottom.  Do you
15  remember getting this email from Andrew Chung on July
16  25th, 2020?
17        A.    So The thread, I guess, does seem familiar.
18  It's been a long time.  I guess I've not read it since
19  what is it?  Four years.
20        Q.    I understand.  So Andrew Chung is sending this
21  email.  Can you say for The record who is Andrew Chung?
22        A.    Andrew Chung is a Music Theory Assistant
23  Professor at University of North Texas.
24        Q.    And he also signed the faculty petition that we
25  just looked at in detail which was introduced as Exhibit
```

 1   3 at The end of The Ad Hoc Panel Report?

 2       A.   I presume so.  I will have to see it again, but

 3   I presume that.

 4       Q.   Okay.  And he says that in this email on

 5   July 25th, 2020, I apologize for interrupting your

 6   weekends but via Twitter I have been seeing that there

 7   has been some early and vociferous pushback re: The new

 8   issue of JSS.

 9            Did I read that correctly?

10       A.   Yes.

11       Q.   Is it fair to say this is how you first heard

12   about what would become The Schenker controversy?

13            MS. QUIMBY:  Objection, form.

14       A.   I don't know for sure.

15       Q.   (By Mr. Allen) Okay.  That's fine.

16       A.   Yeah.

17       Q.   Also do you know of any journalistic practices

18   that make Twitter The arbiter of what is and is not a

19   sound publication?

20            MS. QUIMBY:  Objection, form.

21       A.   So, yeah, I don't know of any editorial

22   practices that make Twitter -- I forgot The rest of

23   it -- so I guess The arbiter of what makes a fair

24   publication.

25       Q.   (By Mr. Allen) I'm just going to scroll through

*Diego Enrique Cuero Hernandez      09/26/2024*

```
 1  quickly, and then we'll get to an email by you, sir.
 2  Here is Ellen Bakulina.  She's participating.
 3  Were you aware that Ellen Bakulina participated in The
 4  formulation of The call for papers?
 5       A.   I don't know if she did.  I don't know.
 6       Q.   Okay.  Here is Andrew --
 7       A.   I will presume she did, but I'm not sure.
 8       Q.   Okay.  That's fine.  Here is some more by Ellen
 9  Bakulina.  Levi Walls chimes in.  You received this email
10  from Levi Walls, correct?
11       A.   That seems right, yes.  My name is --
12       Q.   Do you recall -- do you recall talking to Levi
13  Walls at this time about The Journal for Schenkerian
14  Studies?
15                 MS. QUIMBY:  Objection, form.
16       A.   I don't -- I don't recall having a conversation
17  with him.  I remember this being The extent of what I --
18  and I have exchanged ideas with Levi Walls.
19       Q.   (By Mr. Allen) Okay.  You didn't respond to him
20  directly?
21                 MS. QUIMBY:  Objection, form.
22       A.   No.  I don't remember writing him an email.
23       Q.   (By Mr. Allen) Okay.
24       A.   Or calling him.
25       Q.   He also says here -- I mean, do you -- does
```

*Diego Enrique Castro Hernandez     09/26/2024*

```
 1  this email -- I'm going on The assumption that you
 2  remember this email.  But if you say you don't, as you
 3  sit here today, we can -- we'll move on.  But it seems to
 4  me you said you remembered this email.  Is that true?
 5      A.    Yeah.  This thread seems --
 6      Q.    Okay.
 7      A.    -- seems to be one I remember.
 8      Q.    Why would Levi Walls say he didn't want his
 9  career to be ruined before it properly began?  Do you
10  have any understanding of why he would say that?
11      A.    At that moment, I'm not sure what I -- was in
12  my mind.  The way I read it right now is that he was
13  The -- The -- he appears The editor of The journal, and
14  The journal was controversial.
15      Q.    So is he fearing retaliation from people in the
16  Society for Music Theory, The people on Twitter, all of
17  that?
18              MS. QUIMBY:  Objection, form.
19      A.    I cannot speak about The fears, but it seems
20  that he's concerned that this won't serve his career.
21      Q.    (By Mr. Allen) In your work on The journal, to
22  The extent there was any, did you ever hear Levi Walls
23  express concern that Timothy Jackson was forcing him to
24  do things?
25              MS. QUIMBY:  Objection, form.
```

1      A.    I'll have to read his email again now to make
2   sure, but let me see.  Can you repeat your question now?
3      Q.    (By Mr. Allen) In your experience participating
4   in The journal, to The extent that you did, did you ever
5   recall or did you ever witness Levi Walls complain that
6   Timothy Jackson was forcing him to do things in the
7   journal that he didn't want to do?
8                MS. QUIMBY:  Objection, form.
9      A.    I don't have a recollection of Levi Walls
10  coming to me and expressing again such concern.
11     Q.    (By Mr. Allen) Okay.  All right.  And this
12  is -- he does say this in this email of July 25th, 2020.
13  He says, Since The journal printed every response that we
14  got, it should go without saying that we weren't
15  interested in presented a one-sided picture.
16          Was that your understanding at this time of
17  what The journal had done as well?
18                MS. QUIMBY:  Objection, form.
19     A.    I didn't have -- I didn't know what The
20  editorial process was.  And this would be, I guess, The
21  first time that I get a sense of what it might have been,
22  that they publish everything that was submitted or sent.
23     Q.    (By Mr. Allen) Did you read The articles in
24  Volume 12?
25     A.    I did.

1    Q.    Did you read them before you signed The faculty

2    statement?

3    A.    Yes.

4    Q.    Did you think that they were all one sided?

5    A.    No.  That they were all one sided?  I think it

6    presented different perspectives.

7    Q.    Do you think that's appropriate in a scholarly

8    journal?

9    A.    To present different perspectives?

10   Q.    Yes.

11   A.    I think it's appropriate, yes.

12   Q.    Now again we're just scrolling up.  You're on

13   The CC line.  Here is Benjamin Graf.  Now, The first time

14   on July 26, 2020, in The morning you send an email. Do

15   you remember sending this email?

16   A.    Yes.

17   Q.    Why did you think The controversy over The

18   Journal of Schenkerian Studies would affect The

19   reputation of our program?  I presume meaning the music

20   theory program at UNT?  Am I correct about that

21   assumption?

22        MS. QUIMBY:  Objection, form.

23   A.    By our program, I will say music theory is

24   probably the ethnomusicology and part of The (inaudibly).

25   Q.    (By Mr. Allen) The MHTE?

Diego Enrique Chirico Hernandez    09/26/2024

```
 1        A.    That's correct.

 2        Q.    Okay.  So now I can rephrase my question.  Why

 3   did you think that The controversy growing around The

 4   Journal of Schenkerian Studies was going to affect The

 5   reputation of The MHTE?

 6              MS. QUIMBY:  Objection, form.

 7        A.    Because people were raising criticisms, and

 8   this journal is -- is published as part of The Center for

 9   Schenkerian Studies that is associated with our division.

10        Q.    (By Mr. Allen) And were those criticisms

11   primarily that it was racist?  The publications in Volume

12   12 of the Journal of Schenkerian Studies?

13              MS. QUIMBY:  Objection, form.

14        A.    I believe that they were things that people

15   construed as racist, but that was not The only criticism.

16        Q.    (By Mr. Allen) I'm not saying it was the only

17   criticism.  Was that one of The most important criticisms

18   that people were making?

19              MS. QUIMBY:  Objection, form.

20        A.    I cannot rate importance, but it was definitely

21   one, one criticism.

22        Q.    (By Mr. Allen) Well, in The faculty statement

23   you sign, sir, accusing The journal and basically Timothy

24   Jackson of racism was in The first paragraph, right?

25              MS. QUIMBY:  Objection, form.
```

1    Q.    (By Mr. Allen) Should we go back and examine
2    that?
3    A.    We can go back if you like.  You didn't -- I
4    did not accuse Dr. Jackson specifically of racism, as
5    your question suggests.
6    Q.    You signed this statement, right?  We've seen
7    this before.  This is Exhibit 3.
8    A.    Uh-huh.
9    Q.    It says, The forthcoming issue, a set of
10   responses to Dr. Philip Ewell's plenary lecture, is
11   replete with racial stereotyping and tropes.
12         Did I read that correctly?
13   A.    Yes, sir.  I was -- I was -- I was daydreaming
14   for a second.  Dr. -- so can you repeat that a second?
15   Sorry.  I completely spaced out.
16   Q.    Sure.  Doesn't this statement that you signed
17   accuse The Journal of Schenkerian Studies of being,
18   quote, "replete with racial stereotyping and tropes"?
19              MS. QUIMBY:  Objection, form.
20   A.    It says The forthcoming issue.
21   Q.    (By Mr. Allen) That's Volume 12, right?
22   A.    Yes.  It's replete with racial stereotyping and
23   tropes.  It does.
24   Q.    And that's in The first paragraph, right?
25   A.    Yes.

*Diego Enrique Cubero Hernandez    09/26/2024*

1      Q.    And, in fact, it said before any of these

2  comments about Ewell not being able to respond in print

3  and The peer review process, right?  You put that first,

4  right?

5              MS. QUIMBY:  Objection, form.

6      A.    I think that The statement is first in The

7  paragraph.

8      Q.    (By Mr. Allen) And then you go on to say in

9  your statement, To be clear, not all responses contain

10  such egregious material, right?

11      A.    That's what it says.

12      Q.    Some were thoughtful.  Which ones were

13  thoughtful, Professor Cubero?  Can you identify The ones

14  that were thoughtful?

15      A.    It's been a long time, but I remember in my

16  opinion one about Russian music theory and kind of

17  association as one being one that stood out to me.

18      Q.    Okay.

19      A.    But I don't want to say that's The only one.

20  It's just one that comes to mind.

21      Q.    Here it says, Some were thoughtful and

22  meaningfully address and amplified Dr. Ewell's remarks

23  about systemic racism in The discipline.

24              Doesn't that state that The so-called

25  thoughtful and not egregious material amplified

1   Dr. Ewell's remarks?

2                   MS. QUIMBY:  Objection, form.

3       Q.   (By Mr. Allen) I mean, we don't have to read

4   text into this sentence that isn't there to understand

5   that this is talking about pieces that, quote, "amplified

6   Dr. Ewell's remarks," right?

7                   MS. QUIMBY:  Objection, form.

8       A.   The way I read that, that sentence right now is

9   some were thoughtful and -- and he's referring to -- it

10  has what we call in Spanish an omnipresent subject. And

11  some meaningfully address and amplified Dr. Ewell's

12  remarks about systematic racism in this.  I guess that's

13  the way I'm reading The.

14      Q.   (By Mr. Allen) Okay.  Has anyone that you know

15  of in this Schenker controversy who signed this statement

16  ever identified an anti-Ewell paper as, quote,

17  "thoughtful"?

18                  MS. QUIMBY:  Objection, form.

19      A.   So I don't recall having a conversation as to

20  which ones were The thoughtful or not thoughtful.  I

21  just, to me, those are -- again some were thoughtful and

22  some meaningfully amplified, et cetera, what's said in

23  that document.

24      Q.   (By Mr. Allen) It doesn't say any articles were

25  thoughtful that criticize Professor Ewell, does it, in

1  your faculty statement?

2            MS. QUIMBY:  Objection, form.

3       A.    I think The meaning is not precluded from The

4  wording.  I think you can read that.  Again, as I said,

5  some are -- some are thoughtful and some meaningfully

6  amplify, et cetera.  So it will be again my same answer.

7       Q.    (By Mr. Allen) So you will have to add some

8  words that you imply into The sentence, and then you

9  could read it that way.  Is that your testimony?

10            MS. QUIMBY:  Objection, form.

11      A.    You're saying it means that The other way is

12  incorrect.  I think that I'm telling you what I feel is

13  implicit within The sentence.

14      Q.    (By Mr. Allen) You feel it's implicit.  You

15  have a feeling?

16      A.    Well, that's my interpretation, I guess.  My

17  interpretation of The sentence is that again it's

18  referring to some to passes.

19      Q.    I'm going back to Exhibit 5.  This was this

20  email thread we have been reading earlier.  I'm just

21  moving on from your email here which we just briefly

22  talked about.  Then there is an email from Professor

23  Benjamin Brand.  And he was your division head, correct?

24      A.    That's correct.

25      Q.    And he was calling a, quote, "emergency

1  meeting" for 4:00 p.m.  And this is on a Sunday,

2  July 26, 2020.  Was it common to call a meeting on Sunday

3  as a division head, in your experience?

4      A.    No.

5      Q.    Well, not your experience as a division head.

6  But as you were a faculty member, was it common that

7  Benjamin Brand would call division -- excuse me -- an

8  emergency meeting on a Sunday?

9      A.    No.

10     Q.    Did you participate in this meeting?

11     A.    Yes.

12     Q.    What was said at The meeting?

13         MS. QUIMBY:  Objection, form.

14     A.    I don't recall.

15     Q.    (By Mr. Allen) Okay.  Then you'll see Tim gave

16  this very long explanation which we -- which was The

17  first email you read when I introduced this exhibit,

18  right?

19     A.    Yes.

20     Q.    Do you remember if he responded?  This must

21  have been before The meeting, correct?

22         MS. QUIMBY:  Objection, form.

23     A.    I don't know when The meeting took place, so I

24  don't -- so I -- assuming.

25     Q.    (By Mr. Allen) Okay.

1        A.    Yes.  So...

2        Q.    And I don't really want you to assume

3   necessarily.

4        A.    You -- you -- you can.  I guess it says 4:00

5   p.m.  I don't know 4:00 p.m.  What day it was but if it's

6   a Sunday --

7              (Cross-talk)

8        Q.    Well, it says The 26th, right?

9        A.    So if he refers to Sunday, yeah, I guess so,

10  yes, that would have been before The meeting.

11       Q.    Okay.  And do you remember your response to

12  this?

13             MS. QUIMBY:  Objection, form.

14       A.    To this email?

15       Q.    (By Mr. Allen) Yes.

16       A.    I don't know if I responded to this email.

17       Q.    Okay.  Do you remember raising criticisms of

18  any anonymous author at this time?

19             MS. QUIMBY:  Objection, form.

20       A.    I don't remember raising them.

21       Q.    (By Mr. Allen) Did you criticize at this time

22  The supposed lack of opportunity for Ewell to respond in

23  print?

24             MS. QUIMBY:  Objection, form.

25       A.    I cannot speak as to what I might have said

*Diego Enrique Cuero Hernandez*        *09/26/2024*

1   then and at The meeting.  I don't remember.

2       Q.    (By Mr. Allen) Okay.

3       A.    But based on what I'm seeing and what I

4   remember, I don't remember saying this though I might

5   have said it.

6       Q.    You might have said that at The time?

7       A.    That I was concerned that there was an

8   anonymous reader?

9       Q.    Uh-huh.

10      A.    I don't know.  I could have, but I don't

11  remember saying it.

12      Q.    Okay.  And I'm also talking about The supposed

13  lack of opportunity for Philip Ewell to respond in print.

14  Did you raise criticism on July 26 about The lack of

15  opportunity supposedly for Philip Ewell to respond in

16  print?

17          MS. QUIMBY:  Objection, form.

18      A.    I don't think I raised -- I don't remember

19  The -- what was discussed at The meeting and what I said.

20      Q.    (By Mr. Allen) I mean, here Timothy Jackson

21  even says, It would be appropriate for Levi to send Ewell

22  a complete copy of the symposium as published along with

23  The next call for responses to The symposium and asks him

24  if he would like to respond to The symposium in The next

25  issue, right?

```
 1         A.    That's what he says.

 2         Q.    Did you understand that as desire to exclude

 3   Ewell from participating in a discussion in print in The

 4   pages of Journal of Schenkerian Studies?

 5               MS. QUIMBY:  Objection, form.

 6         A.    Did I understand the desire to exclude?

 7         Q.    (By Mr. Allen) Yes.

 8         A.    I read that as -- let's see.  That Dr. Jackson

 9   believes it will be appropriate for Levi to send him a

10   copy of The symposium and ask him -- see if he would like

11   to respond.

12         Q.    And The last question I'm going to ask about

13   this before we go on to one last exhibit, sir, is do you

14   recall objecting on July 26 about The lack of peer review

15   in The Journal of Schenkerian Studies?

16               MS. QUIMBY:  Objection, form.

17         A.    It seems that I'll have objected to The lack of

18   peer review.  The -- I -- I have objection to -- well, I

19   guess I was trying to find out what The peer review

20   process was for Volume 12.  And it seemed to me that

21   there was a lack of peer review, at least not your

22   typical double blind review.

23         Q.    (By Mr. Allen) And did you object to that at

24   The time on July 26, 2020?

25               MS. QUIMBY:  Objection, form.
```

1       A.    I found it objective.  Something you might

2  object to.  I had to -- I don't know what I might have

3  said at that moment, so I cannot say I objected or not.

4  But I did -- I would have find it that already having

5  something that it was unusual is just The anonymous

6  reader, that that showed to me a bit of a normal peer

7  review process.

8       Q.    (By Mr. Allen) Okay.  And but as you sit here

9  today, you don't remember objecting to that at The time?

10            MS. QUIMBY:  Objection, form.

11      A.    I don't know if I responded to Timothy Jackson

12 or to The meeting.  I -- I had a sense that this was not

13 a -- this didn't run like your typical peer review

14 journal.

15      Q.    (By Mr. Allen) I know.  But we'll be done a lot

16 sooner if you can just focus on my question.  I

17 understand.  What I'm asking is did you respond at The

18 time, to The best of your recollection as you sit here

19 today, by objecting to The lack of peer review of Volume

20 12 of The Journal of Schenkerian Studies?

21            MS. QUIMBY:  Objection, form.

22      A.    Again I don't recall, but I might -- like I

23 found it -- I found it objectionable that --

24      Q.    (By Mr. Allen) Okay.

25      A.    -- it seemed that it didn't follow The

 1 | traditional -- traditional -- traditional --

 2 |      Q.    Okay.

 3 |      A.    -- a traditional based on The product alone.

 4 | And then The -- again just The idea of soliciting or

 5 | accepting every essay is unusual from a -- from a

 6 | publication process.

 7 |      Q.    Okay.  And again --

 8 |      A.    Do you mind if I take a bathroom break?  I

 9 | drank a lot of water.

10 |      Q.    Sure.

11 |      A.    Thank you.

12 |      Q.    Sure.

13 |            VIDEOGRAPHER:  Off The record, 5:28.

14 |            (Recess taken from 5:28 to 5:39)

15 |            VIDEOGRAPHER:  The time is 5:39.  On The

16 | record.

17 |      Q.    (By Mr. Allen) Professor Cubero, I just really

18 | want to wrap this up, but if I could just summarize what

19 | we were talking about before.  I was asking you about The

20 | objections to The lack of peer review at The Journal of

21 | Schenkerian Studies, Volume 12.

22 |            You said, I believe, that you recall thinking

23 | that that was not proper at The time, meaning July 26

24 | when this email thread was being exchanged.  But my

25 | question was did you raise that objection at The time?

 1  And I believe you testified that you could not remember

 2  doing so.

 3          But I'm not trying to put words in your mouth.

 4  I'm just trying to get a clean record.  Is that -- is it

 5  true that you don't remember raising that objection on

 6  July 26, 2020, to your colleagues?

 7          MS. QUIMBY:  Objection, form.

 8      A.    Looking back at this moment, I don't remember

 9  on this particular time raising that objection.

10      Q.    (By Mr. Allen) Thank you, sir.  I just have one

11  last exhibit, and I believe we'll get through it very

12  quickly.  Well, I hope.

13          MR. ALLEN:  I'm going to mark for The

14  record as Exhibit 6 an email thread that seems to

15  continue where Timothy Jackson's email left off on

16  July 26, 2020.  This time ending at 2:09 p.m.

17          (Deposition Exhibit No. 6 was marked)

18      Q.    (By Mr. Allen) Shall I give you a chance to

19  look over this email, Professor Cubero?

20      A.    Yes, please.  Uh-huh.  I read it now.  I don't

21  know if you had a question so if --

22      Q.    I do.  So can you confirm for me -- I'm

23  flipping back to Exhibit Number 5.  This seems to be a

24  different direction in some of The same thread, but it's

25  The same July 26, 2020.  And I don't -- I don't have any

1  other part of The thread.

2       A.    Uh-huh.

3       Q.    Do you remember getting this email starting at

4  The bottom from Timothy Jackson?

5       A.    As I said, it brings -- yeah, rings -- rings

6  true, yeah, like I will have read it.

7       Q.    And then you would have read this email by 1:53

8  p.m. too which was presented in Exhibit 5, correct,

9  because this was in The morning at 11:11 a.m., right?

10      A.    Are you saying that I would have read that one

11 too?

12      Q.    You would have read this one by 1:53 p.m. on

13 that day, correct?

14      A.    Yeah.  The last one --

15            MS. QUIMBY:  Objection, form.

16      A.    -- the letter was addressed to me specifically,

17 so I felt that I would have -- I recall that one more

18 vividly.

19      Q.    (By Mr. Allen) This one you recall more?

20      A.    Again it was addressed to me so --

21      Q.    Okay.

22      A.    -- a lot was happening.

23      Q.    Right.  And so as far as I can tell, your only

24 response to this was The email that came next, July 26,

25 2020, at 2:02 p.m. in which you say, Thank you, Tim.

 1  This is very helpful.  I was indeed impressed by The

 2  caliber of The contributors to this issue.  Diego.

 3      A.    Yes.

 4      Q.    Is that -- was that basically your response at

 5  this time?

 6              MS. QUIMBY:  Objection, form.

 7      A.    In this email, all I said I thought The

 8  information he had provided was helpful in understanding

 9  how The -- The review process or that led to The

10  publication of this journal.

11      Q.    (By Mr. Allen) Yeah.

12      A.    And Dr. Jackson raised The fact that they were

13  university professors, authors and doctors of music

14  theory, some authors and books and textbooks.  And I said

15  that The authors were again of high -- The authors, The

16  contributors were of high caliber.

17      Q.    Sure.  Okay.  And I think you'll agree -- this

18  email doesn't raise The issue of this email of yours on

19  July 26, 2020, at 2:02 p.m. doesn't raise The issue of

20  The anonymous article, right?

21      A.    No.  But reading upon it, I think that

22  Dr. Jackson is answering something or he's addressing me

23  to a query.  And in that one it mentions that it was one

24  exception already explained.  So I guess that it would

25  have been explained elsewhere.  I don't know.

*Diego Enrique Chavez Hernandez*      *09/26/2024*

1     Q.   Well, you don't in this email at 2:02 p.m.

2   raise The issue of Ewell's lack of opportunity allegedly

3   to respond in print, right?

4     A.   It does not raise The issues.  It just thanks

5   Dr. Jackson for The information and talks about that the

6   authors were again of largely high caliber within The

7   field.

8     Q.   Sure.  And again The last question.  It doesn't

9   raise The issue of The lack of peer review, right, your

10   email of July 26, 2020, at 2:02 p.m.?

11           MS. QUIMBY:  Objection, form.

12     A.   The email doesn't address The issue, but it

13   doesn't say it's not an issue.  It just says The

14   information is helpful.  It doesn't make a statement as

15   to The process.

16     Q.   (By Mr. Allen) Okay.

17           MR. ALLEN:  I have no further questions at

18   this time.

19           Mary, I pass The witness to you, please.

20           MS. QUIMBY:  Okay.  Can you just give me

21   five minutes?

22           MR. ALLEN:  Absolutely.  Shall we go off

23   The record?

24           MS. QUIMBY:  Yes, please.  Thanks.

25           VIDEOGRAPHER:  Off The record, 5:46.

 1            (Recess taken from 5:46 to 5:49)

 2            VIDEOGRAPHER:  The time is 5:49.  We're on

 3   The record.

 4            MR. ALLEN:  Mary, I had one -- I found

 5   another exhibit which is actually the -- The message to

 6   which Diego is responding in Exhibit 6.  Can I introduce

 7   that really quick and then just really I'm not going to

 8   ask him any questions about it.  Only that this is The

 9   thread.

10            MS. QUIMBY:  Sure.

11       Q.   (By Mr. Allen) All right.  Let my share The

12   exhibit page again, Mr. Cubero.  Can you see The exhibits

13   again now?

14       A.   So that's The same email you showed me but I

15   guess part of a longer.

16       Q.   Correct.  This was going to be my question.

17            MR. ALLEN:  I'm introducing for The record

18   as Exhibit 7, again an email thread.

19            (Deposition Exhibit No. 7 was marked)

20       Q.   (By Mr. Allen) Let me just start here.  Do you

21   see where Benjamin Brand is calling for The emergency

22   meeting here in Exhibit 7?

23       A.   Uh-huh.

24       Q.   I just -- I'm asking that to establish that

25   it's part of The same conversation.  It tends to fork

*Diego Enrique Cubero Hernandez    09/26/2024*

 1  later as sometimes happens with emails.  Here, Professor
 2  Frank Heidlberger is participating.  But here is a
 3  message from you, and you say, I too want to know who
 4  vetted The responses before publication, correct?
 5      A.   Yes.  That's what I said.
 6      Q.   And then here follows The message which we had
 7  examined in Exhibit Number 6.  Is that correct?  Diego to
 8  reply directly to your query?
 9           MS. QUIMBY:  Objection, form.
10      A.   Yes.  Before you -- I would just, for The
11  record, before, I only saw part of The email, and now I
12  see The rest.
13      Q.   (By Mr. Allen) Yeah.
14      A.   Which talks about highly seasoned scholars and
15  chair of our music department.  I guess that's what I
16  would have been thinking about high caliber.
17      Q.   Well, again sometimes The documents come to us
18  chopped up.
19      A.   Yeah.  I'm not criticizing.  Just for The
20  record.
21      Q.   No, no.
22      A.   Yeah.
23      Q.   And also I'm introducing this to try to be fair
24  to you, Professor Cubero.  I don't want you testifying to
25  something.  Believe me, your counsel, Mary Quimby, will

*Diego Enrique Cubero Hernandez      09/26/2024*

1  certainly make me pay for it if I try to do that, so I

2  want you to know what you're testifying about.

3          All I wanted to establish here is that the

4  email thread we examined in Exhibit 7 was more or less

5  The same.  Somehow either was part of or branched off of

6  this email thread.

7          MS. QUIMBY:  Is there a question in there?

8     Q.   (By Mr. Allen) Yes.  Is that a fair

9  characterization of Exhibit 7?

10          MS. QUIMBY:  Objection, form.

11     A.   It appears that it's The same email thread in

12  The way you're showing it.  I cannot attest whether it

13  was a separate email.  But from what I see, it appears to

14  be The same email thread.

15     Q.   Sure, okay.

16          MR. ALLEN:  I will pass The witness.

17          Thanks for allowing me to get that exhibit

18  in too.

19          MS. QUIMBY:  Sure.  I will reserve my

20  questions for trial.

21          COURT REPORTER:  Ms. Quimby, do you want

22  to purchase a transcript?

23          MS. QUIMBY:  Yes, please.

24          COURT REPORTER:  Thank you.

25          MR. ALLEN:  Thank you, Professor Cubero,

1  for what must have been a long afternoon.  I appreciate

2  your testimony today.

3                THE WITNESS:  Thank you.  I hope you have

4  a good day.

5                VIDEOGRAPHER:  Off The record, 5:52.

6                (Time 5:52 p.m.)

7                (End of deposition)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                  CHANGES AND SIGNATURE
 2  WITNESS NAME:  DIEGO CUBERO
 3  DATE:  SEPTEMBER 26, 2024
 4  PAGE    LINE    CHANGE                REASON
 5  _____
 6  _____
 7  _____
 8  _____
 9  _____
10  _____
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17  _____
18  _____
19  _____
20  _____
21  _____
22  _____
23  _____
24  _____
25  _____
```

1 _____

2 _____

3

4      I, DIEGO CUBERO, have read the foregoing deposition

5 and hereby affix my signature that same is true and

6 correct except as noted above.

7

8                          _____
                                       DIEGO CUBERO

9

10 THE STATE OF _____ )
   COUNTY OF _____ )

11

12      Before me, _____, on this day

13 personally appeared DIEGO CUBERO, known to me (or proved

14 to me under oath or through _____)

15 (description of identity card or other document) to be

16 the person whose name is subscribed to the foregoing

17 instrument and acknowledged to me that they executed the

18 same for the purposes and consideration therein

19 expressed.

20

21      Given under my hand and seal of office this the

22 _____ day of _____, 2024.

23

24                          _____
                           NOTARY PUBLIC IN AND FOR
                           THE STATE OF _____

25                          My Commission Expires:_____

*Diego Enrique Cubero Hernandez        09/26/2024*

```
1                  UNITED STATES DISTRICT COURT
                  FOR THE EASTERN DISTRICT OF
2                  TEXASSHERMAN DIVISION

3    TIMOTHY JACKSON,              *
                                   *
4           Plaintiff,             *
                                   *
5    VS.                           *   CASE NO. 4:21-CV-00033-ALM
                                   *
6    LAURA WRIGHT, ET AL.,         *
                                   *
7           Defendants.            *

8    _____

9

10                 REPORTER'S CERTIFICATION

11   ORAL AND VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF

12                      DIEGO CUBERO

13                  SEPTEMBER 26, 2024

14   _____

15        I, CARLA A. SIMS, AAS, CSR, RPR, in and for the

16   State of Texas, hereby certify to the following:

17        That the witness, DIEGO CUBERO, was duly sworn by me

18   and that the transcript of the oral deposition is a true

19   record of the testimony given by the witness;

20        I further certify that pursuant to FRCP Rule

21   30(f)(1) that the signature of the deponent:

22        _XX__ was requested by the deponent or a party

23   before the completion of the deposition and is to be

24   returned within 30 days from date of receipt of the

25   transcript.  If returned, the attached Signature and
```

1   Corrections pages contain any changes and the reasons

2   therefor;

3   _____ was not requested by the deponent or a party

4   before the completion of the deposition.

5   That the deposition transcript was submitted on

6   October 30, 2024, to Ms. Mary Quimby, attorney for the

7   witness, for examination, signature, and return to me by

8   the 2nd day of December, 2024;

9   That the amount of time used by each party at the

10  deposition is as follows:

11  Mr. Michael Thad Allen..........02 HOURS:15 MINUTES
    Ms. Mary Quimby.................00 HOURS:00 MINUTES
12  Mr. Renaldo L. Stowers..........00 HOURS:00 MINUTES

13  COUNSEL FOR THE PLAINTIFF:

14  Mr. Michael Thad Allen
    ALLEN LAW, LLC
15  P.O. Box 404
    Quaker Hill, Connecticut 06375
16  860/772-4738 (tel)
    m.allen@allen-lawfirm.com
17
    COUNSEL FOR THE DEFENDANTS and DIEGO CUBERO:
18
    Ms. Mary Quimby
19  TEXAS ASSISTANT ATTORNEY GENERAL
    P.O. Box 12548
20  Capitol Station
    Austin, Texas 78711
21  mary.quimby@oag.texas.gov

22  COUNSEL FOR THE UNIVERSITY OF NORTH TEXAS:

23  Mr. Renaldo L. Stowers
    DEPUTY GENERAL COUNSEL, UNIVERSITY OF NORTH TEXAS
24  115 Union Circle No. 310907
    Denton, Texas 76203
25  940/565-2717 (tel)
    renaldo.stowers@untsystem.edu

1        I further certify that I am neither counsel for,

2   related to, nor employed by any of the parties or

3   attorneys in the action in which this proceeding was

4   taken.  Further, I am not a relative or employee of any

5   attorney of record in this cause, nor am I financially or

6   otherwise interested in the outcome of the action.

7        Certified to by me this the 14th day of October,

8   2024.

9

10

11                              _____
                                Carla A. Sims, AAS, RPR
                                Texas CSR No. CSR-6125
12                              Expiration Date:  04-30-26
                                JULIA WHALEY & ASSOCIATES, INC.
13                              2012 Vista Crest Drive
                                Carrollton, Texas  75007-1640
14                              214-668-5578/Fax 972-236-6666
                                JulieTXCSR@gmail.com
15                              Firm registration No. 436
                                Firm registration Expires 5-31-25
16

17

18

19

20

21

22

23

24

25

<pre>
1                  FURTHER CERTIFICATION
              DEPOSITION OF DIEGO CUBERO
2

3       The original deposition was/was not returned to the

4   deposition officer on the _____ day of _____,

5   2024.

6       If returned, the attached Changes and Signature

7   page contains any changes and the reasons therefor;

8       If returned, the original deposition was delivered

9   to Mr. Michael Thad Allen, Custodial Attorney;

10      That $_____ is the deposition officer's

11  charges to the Plaintiff for preparing the original

12  deposition transcript and any copies of exhibits;

13

14      Certified to by me this _____ day of _____,

15  202__.

16

17

18

19                    _____
                      JULIA WHALEY & ASSOCIATES, INC.
20                    2012 Vista Crest Drive
                      Carrollton, Texas  75007-1640
21                    214-668-5578/Fax 972-236-6666
                      JulieTXCSR@gmail.com
22                    Firm registration No. 436
                      Firm registration Expires 5-31-25
23

24

25
</pre>

'

**'18** [1] - 37:5

**0**

**04-30-26** [1] - 98:12
**06375** [2] - 2:6, 97:15

**1**

**1** [3] - 4:3, 15:2, 15:3
**109** [1] - 16:15
**115** [2] - 2:15, 97:24
**11:11** [1] - 87:9
**12** [18] - 46:24, 50:15, 54:6, 56:20, 57:20, 59:15, 60:3, 60:20, 62:14, 66:17, 66:25, 67:1, 73:24, 75:12, 76:21, 83:20, 84:20, 85:21
**12548** [2] - 2:10, 97:19
**14th** [1] - 98:7
**15** [1] - 4:3
**16** [2] - 4:4, 8:10
**1:53** [2] - 87:7, 87:12

**2**

**2** [4] - 3:3, 4:4, 16:9, 16:10
**20** [1] - 9:23
**2008** [3] - 9:11, 9:23, 10:5
**2010** [1] - 10:6
**2012** [2] - 98:13, 99:20
**2014** [8] - 5:4, 10:8, 10:20, 11:8, 12:12, 37:20, 38:24, 39:4
**2016** [1] - 13:8
**2017** [1] - 37:5
**2019** [6] - 34:7, 34:17, 34:24, 35:11, 54:12, 54:16

**2020** [33] - 17:19, 17:22, 17:24, 18:2, 18:14, 24:4, 24:11, 38:22, 38:24, 39:4, 39:5, 39:7, 41:13, 41:24, 49:19, 55:10, 56:18, 57:11, 57:16, 60:21, 67:24, 69:16, 70:5, 73:12, 74:14, 80:2, 83:24, 86:6, 86:16, 86:25, 87:25, 88:19, 89:10
**2021** [1] - 13:14
**2022** [1] - 13:18
**2024** [9] - 1:12, 1:20, 94:3, 95:22, 96:13, 97:6, 97:8, 98:8, 99:5
**202__** [1] - 99:15
**214-598-5229** [1] - 2:21
**214-668-5578/ Fax** [2] - 98:14, 99:21
**25th** [5] - 41:13, 56:18, 69:16, 70:5, 73:12
**26** [16] - 1:12, 67:24, 74:14, 80:2, 82:14, 83:14, 83:24, 85:23, 86:6, 86:16, 86:25, 87:24, 88:19, 89:10, 94:3, 96:13
**26th** [3] - 1:19, 5:3, 81:8
**2:02** [4] - 87:25, 88:19, 89:1, 89:10
**2:09** [1] - 86:16
**2nd** [1] - 97:8

**3**

**3** [11] - 4:5, 41:11, 41:14, 43:18, 45:11, 51:10, 51:14, 51:25, 61:4, 70:1, 76:7
**30** [2] - 96:24, 97:6

**30(f)(1** [1] - 96:21
**310907** [2] - 2:15, 97:24
**31st** [1] - 41:24
**3:14** [1] - 1:20, 5:2, 5:4

**4**

**4** [5] - 4:7, 43:19, 43:23, 43:24, 51:19
**404** [2] - 2:6, 97:15
**42** [1] - 4:5
**436** [2] - 98:15, 99:22
**44** [1] - 4:7
**4:00** [1] - 80:1, 81:4, 81:5
**4:21-CV-00033-ALM** [2] - 1:4, 96:5
**4:22** [2] - 48:24, 48:25
**4:31** [2] - 48:25, 49:1

**5**

**5** [8] - 3:6, 4:8, 67:15, 67:18, 67:22, 79:19, 86:23, 87:8
**5-31-25** [2] - 98:15, 99:22
**5:00** [1] - 62:25
**5:28** [2] - 85:13, 85:14
**5:39** [2] - 85:14, 85:15
**5:46** [2] - 89:25, 90:1
**5:49** [2] - 90:1, 90:2
**5:52** [3] - 1:20, 93:5, 93:6

**6**

**6** [5] - 4:9, 86:14, 86:17, 90:6, 91:7
**68** [1] - 4:8

**7**

**7** [6] - 4:11, 90:18, 90:19, 90:22, 92:4, 92:9
**75007-1640** [2] - 98:13, 99:20
**76203** [2] - 2:15, 97:24
**78711** [2] - 2:11, 97:20

**8**

**860/772-4738** [2] - 2:7, 97:16
**87** [1] - 4:9

**9**

**91** [1] - 4:11
**940/565-2717** [2] - 2:16, 97:25
**95** [1] - 3:8
**97** [1] - 3:9
**972-236-6666** [2] - 98:14, 99:21
**99** [1] - 3:10

**A**

**a.m** [1] - 87:9
**AAS** [3] - 1:21, 96:15, 98:11
**able** [3] - 15:15, 63:18, 77:2
**above-styled** [1] - 1:19
**Absolutely** [3] - 7:4, 42:3, 89:22
**absolutely** [1] - 15:10
**academia** [2] - 10:19, 19:15
**academic** [5] - 19:17, 31:21, 33:22, 36:16, 57:10
**accent** [2] - 19:25
**acceptable** [1] - 12:22
**accepted** [3] - 20:24, 21:3, 29:21
**accepting** [1] - 85:5

**according** [1] - 61:21
**account** [2] - 45:16, 52:7
**accountable** [1] - 45:11
**accurate** [4] - 20:8, 27:14, 29:12, 30:5
**accuse** [2] - 76:4, 76:17
**accuses** [1] - 40:5
**accusing** [1] - 75:23
**acknowledged** [1] - 95:17
**action** [11] - 44:8, 44:20, 44:23, 44:25, 47:3, 47:12, 52:4, 52:11, 53:5, 98:3, 98:6
**actions** [16] - 39:20, 39:23, 39:25, 40:5, 40:7, 40:10, 45:7, 45:18, 45:20, 45:24, 46:3, 46:16, 46:17, 49:12, 51:20, 53:21
**active** [1] - 56:6
**actual** [1] - 43:15
**Ad** [4] - 4:5, 4:7, 41:12, 70:1
**add** [2] - 41:5, 79:7
**address** [7] - 34:9, 34:25, 35:11, 55:15, 77:22, 78:11, 89:12
**addressed** [2] - 87:16, 87:20
**addresses** [2] - 16:21, 28:18
**addressing** [2] - 25:11, 88:22
**affect** [2] - 74:18, 75:4
**affix** [1] - 95:5
**afforded** [8] - 61:13, 62:2, 63:4, 64:10, 65:6, 65:7, 65:13, 66:7
**African** [2] - 59:5, 59:10
**African-**

**American** [2] - 59:5, 59:10
**afternoon** [3] - 5:9, 5:10, 93:1
**ago** [9] - 13:9, 28:8, 33:19, 39:10, 47:7, 47:25, 48:13, 49:5, 49:16
**agree** [2] - 63:13, 88:17
**agreeing** [1] - 42:25
**ahead** [1] - 53:7
**AL** [2] - 1:5, 96:6
**ALL** [1] - 2:2
**allegations** [1] - 60:6
**allegedly** [2] - 62:2, 89:2
**Allen** [113] - 2:5, 5:13, 5:22, 13:23, 14:3, 14:11, 15:4, 16:12, 19:21, 21:19, 21:22, 22:2, 22:8, 24:23, 31:24, 32:23, 34:23, 35:9, 35:25, 36:18, 39:6, 40:1, 40:12, 40:21, 41:15, 42:8, 43:25, 44:14, 45:1, 46:1, 46:11, 46:23, 47:13, 47:21, 49:3, 50:17, 51:2, 51:7, 51:14, 53:15, 53:20, 54:2, 54:10, 54:14, 54:23, 55:9, 56:17, 57:3, 57:15, 58:8, 58:16, 59:2, 59:8, 59:14, 59:19, 60:12, 62:11, 62:20, 62:24, 63:10, 63:21, 64:19, 65:5, 65:10, 65:16, 65:25, 66:5, 66:15, 66:23, 67:19, 70:15, 70:25, 71:19, 71:23, 72:21, 73:3, 73:11, 73:23, 74:25, 75:10, 75:16, 75:22, 76:1, 76:21, 77:8, 78:3, 78:14, 78:24,

79:7, 79:14,
80:15, 80:25,
81:15, 81:21,
82:2, 82:20, 83:7,
83:23, 84:8,
84:15, 84:24,
85:17, 86:10,
86:18, 87:19,
88:11, 89:16,
90:11, 90:20,
91:13, 92:8,
97:14, 99:9

**ALLEN** [23] -
2:5, 5:8, 5:11,
14:25, 16:8,
21:10, 21:16,
41:10, 43:17,
43:20, 48:22,
50:24, 51:12,
67:14, 67:17,
86:13, 89:17,
89:22, 90:4,
90:17, 92:16,
92:25, 97:14

**Allen................
......** [1] - 3:6

**Allen..........02**
[1] - 97:11

**allowed** [1] -
27:13

**allowing** [2] -
49:4, 92:17

**alluded** [2] -
47:8, 57:24

**almost** [2] -
39:12, 42:6

**alone** [1] - 85:3

**ALSO** [1] - 2:17

**American** [5] -
50:12, 50:19,
51:1, 59:5, 59:10

**amount** [1] -
97:9

**amplified** [5] -
77:22, 77:25,
78:5, 78:11,
78:22

**amplify** [1] -
79:6

**analysis** [1] -
38:10

**AND** [6] - 1:10,
1:16, 2:2, 94:1,
95:24, 96:11

**Andrew** [5] -
69:15, 69:20,
69:21, 69:22,
71:6

**announced** [1] -
56:19

**anonymous** [9] -
27:3, 37:1, 60:23,
61:23, 62:10,
81:18, 82:8, 84:5,
88:20

**answer** [16] -
6:19, 7:13, 7:18,
7:19, 8:13, 12:22,
14:21, 18:2, 18:4,
19:7, 42:1, 58:8,
58:9, 61:24,
68:13, 79:6

**answered** [2] -
33:3, 62:18

**answering** [2] -
15:15, 88:22

**anti** [1] - 78:16

**anti-Ewell** [1] -
78:16

**Apologies** [1] -
54:20

**apologize** [1] -
70:5

**appear** [1] -
36:15

**Appearances...
.........................
......** [1] - 3:3

**APPEARED** [1] -
2:2

**appeared** [3] -
16:1, 67:2, 95:13

**apples** [1] -
26:12

**applied** [1] -
31:18

**apply** [1] - 33:1

**appreciate** [1] -
93:1

**appropriate** [4] -
74:7, 74:11,
82:21, 83:9

**arbiter** [2] -
70:18, 70:23

**areas** [1] - 26:4

**argue** [2] -
53:10, 53:23

**art** [2] - 59:5,
59:10

**article** [16] -
23:3, 23:14, 29:6,
30:9, 32:24, 34:5,
36:12, 36:15,
57:11, 57:16,
57:21, 57:22,
60:23, 61:23,
62:10, 88:20

**articles** [19] -
20:16, 20:17,
20:25, 21:2, 23:9,

23:15, 27:2,
27:19, 30:7,
30:23, 32:19,
33:1, 33:16,
35:22, 36:19,
63:18, 67:4,
73:23, 78:24

**Articles** [1] -
21:2

**aside** [1] - 38:22

**aspect** [1] - 21:8

**assistant** [3] -
12:4, 12:10, 13:6

**Assistant** [1] -
69:22

**ASSISTANT** [2] -
2:10, 97:19

**associate** [6] -
12:24, 12:25,
26:5, 26:8, 26:17,
27:3

**associated** [1] -
75:9

**ASSOCIATES**
[2] - 98:12, 99:19

**association** [1] -
77:17

**assume** [8] -
7:7, 12:4, 28:2,
33:6, 42:17,
43:15, 46:24,
81:2

**assumed** [1] -
31:20

**assuming** [3] -
33:7, 43:9, 80:24

**assumption** [4] -
31:6, 33:10, 72:1,
74:21

**attached** [4] -
1:25, 51:10,
96:25, 99:6

**attachments** [1]
- 41:18

**attended** [2] -
9:16, 9:18

**attention** [1] -
51:8

**attest** [2] - 43:9,
92:12

**ATTORNEY** [2] -
2:10, 97:19

**attorney** [3] -
7:10, 97:6, 98:5

**Attorney** [4] -
5:16, 7:11, 7:17,
99:9

**attorneys** [2] -
7:24, 98:3

**audibly** [2] -

6:19, 61:24

**audio** [1] - 3:24

**Auerbach** [2] -
25:19, 25:23

**Austin** [2] - 2:11,
97:20

**author** [4] - 27:7,
27:13, 81:18

**authors** [6] -
26:21, 88:13,
88:14, 88:15,
89:6

**avoid** [1] - 6:16

**aware** [14] -
25:9, 25:14, 34:5,
34:7, 34:16,
34:20, 34:23,
35:1, 35:5, 57:11,
57:15, 57:18,
71:3

---

## B

**Bachelor's** [1] -
9:14

**background** [1]
- 8:24

**Bakulina** [4] -
18:25, 71:2, 71:3,
71:9

**Bakulina's** [1] -
17:15

**ballpark** [1] -
28:9

**based** [5] -
34:24, 35:11,
48:20, 82:3, 85:3

**basis** [1] - 57:8

**Bates** [1] - 16:14

**bathroom** [1] -
85:8

**became** [6] -
18:1, 24:9, 24:12,
24:21, 28:14,
32:4

**become** [2] -
28:5, 70:12

**becoming** [2] -
28:16, 32:17

**began** [1] - 72:9

**begin** [2] - 9:4,
69:13

**beginning** [2] -
21:6, 68:12

**begins** [1] -
67:23

**behaviors** [2] -
40:5, 45:15

**believes** [1] -

83:9

**Benjamin** [4] -
74:13, 79:23,
80:7, 90:21

**beside** [1] -
19:15

**best** [8] - 6:24,
9:23, 13:14, 23:5,
23:19, 35:13,
39:16, 84:18

**better** [3] -
21:17, 42:8, 42:9

**between** [2] -
24:22, 39:4

**big** [2] - 21:8,
42:3

**bigger** [2] -
42:11, 42:16

**bigoted** [1] -
45:15

**bit** [6] - 8:23,
19:15, 21:11,
48:6, 50:18, 84:6

**black** [4] - 50:12,
50:19, 51:1,
57:25

**blind** [9] - 27:10,
27:16, 27:20,
30:24, 33:1, 36:6,
36:10, 36:11,
83:22

**Bloomington** [1]
- 9:19

**BM** [1] - 9:14

**Board** [14] - 4:4,
16:15, 16:25,
17:12, 17:18,
17:23, 22:9,
23:25, 24:3, 24:9,
24:13, 24:16,
28:6, 32:1

**board** [38] -
14:14, 14:15,
14:20, 17:25,
18:7, 18:8, 18:13,
18:22, 18:24,
19:1, 19:22,
20:13, 20:15,
21:20, 22:4, 22:7,
22:12, 22:18,
24:6, 24:21,
24:24, 26:2,
26:10, 28:12,
29:3, 29:5, 30:3,
30:17, 31:3,
31:10, 31:25,
32:5, 32:9, 32:12,
32:17, 38:15,
54:8, 54:19

**boards** [1] -

19:20

**body** [1] - 15:19

**book** [7] - 21:15,
22:23, 23:17,
36:20, 36:21,
37:2

**Book** [1] - 27:23

**books** [5] -
36:19, 58:16,
58:18, 58:20,
88:14

**bottom** [2] -
69:14, 87:4

**Box** [4] - 2:6,
2:10, 97:15,
97:19

**Brahms** [3] -
11:20, 11:22

**branched** [1] -
92:5

**Brand** [3] -
79:23, 80:7,
90:21

**break** [4] -
20:25, 40:21,
49:4, 85:8

**Brent** [4] -
25:19, 25:20,
25:23

**BRENT** [1] -
25:21

**brief** [1] - 20:21

**briefly** [2] -
37:12, 79:21

**briefs** [1] - 20:20

**brings** [1] - 87:5

**broad** [1] - 37:16

**broke** [1] - 51:17

**brought** [3] -
38:13, 45:6,
67:12

**bubble** [1] - 11:5

**business** [2] -
69:3, 69:8

**BY** [1] - 5:8

---

## C

**caliber** [4] -
88:2, 88:16, 89:6,
91:16

**camera** [1] -
21:11

**campus** [1] -
9:19

**cannot** [40] -
8:12, 8:13, 10:6,
12:17, 14:21,
18:2, 18:6, 18:20,

19:3, 21:25, 22:25, 23:8, 23:22, 24:22, 25:4, 25:16, 26:13, 26:16, 27:8, 27:24, 28:24, 29:25, 34:21, 35:3, 39:9, 40:9, 43:9, 45:24, 52:19, 55:7, 66:3, 72:19, 75:20, 81:25, 84:3, 92:12

**capacity** [4] - 19:17, 20:11, 37:21, 37:24

**Capitol** [2] - 2:11, 97:20

**captioned** [2] - 16:15, 41:20

**card** [1] - 95:15

**career** [6] - 8:24, 10:19, 13:24, 35:22, 72:9, 72:20

**Carla** [2] - 1:21, 98:11

**CARLA** [1] - 96:15

**Carrollton** [2] - 98:13, 99:20

**case** [1] - 16:23

**CASE** [2] - 1:4, 96:5

**cases** [1] - 36:8

**casting** [1] - 31:13

**causation** [1] - 24:22

**causes** [1] - 3:24

**CC** [1] - 74:13

**cell** [1] - 7:2

**Center** [6] - 38:12, 38:14, 38:17, 38:25, 39:3, 75:8

**center** [1] - 38:13

**Central** [1] - 5:4

**certain** [13] - 9:11, 13:8, 19:4, 22:25, 24:1, 26:16, 28:8, 34:20, 35:15, 41:18, 47:8, 48:2, 55:7

**certainly** [5] - 11:25, 12:3, 24:23, 36:25, 92:1

**Certainly** [1] - 6:2

**certainty** [1] - 18:21

**Certificate........ ................** [1] - 3:9

**CERTIFICATIO N** [2] - 96:10, 99:1

**Certification..... ....................** [1] - 3:10

**Certified** [2] - 98:7, 99:14

**certify** [3] - 96:16, 96:20, 98:1

**cetera** [2] - 78:22, 79:6

**chair** [1] - 91:15

**chance** [1] - 86:18

**CHANGE** [1] - 94:4

**changes** [2] - 97:1, 99:7

**Changes** [2] - 3:8, 99:6

**CHANGES** [1] - 94:1

**chapter** [3] - 36:20, 36:21, 37:2

**characterizatio n** [1] - 92:9

**characterize** [1] - 30:20

**charges** [1] - 99:11

**chief** [2] - 25:17, 26:1

**chimes** [1] - 71:9

**chopped** [1] - 91:18

**Chung** [4] - 69:15, 69:20, 69:21, 69:22

**Circle** [2] - 2:15, 97:24

**Civil** [1] - 1:24

**clarification** [4] - 6:24, 44:24, 54:13, 54:18

**clarifications** [1] - 7:7

**clarify** [1] - 17:3

**clause** [2] - 53:3, 53:9

**clean** [1] - 86:4

**clear** [8] - 6:16, 7:8, 7:14, 7:17, 20:9, 31:4, 32:18, 77:9

**clearly** [1] - 62:4

**click** [1] - 44:3

**close** [3] - 39:11, 39:13, 39:18

**closed** [1] - 57:23

**coffee** [1] - 19:13

**collaborate** [2] - 38:3

**colleague** [4] - 18:25, 38:5, 39:18, 44:9

**colleagues** [4] - 58:22, 58:25, 59:4, 86:6

**College** [2] - 34:8, 52:5

**coming** [3] - 39:2, 54:1, 73:10

**comment** [4] - 48:10, 48:19, 49:6, 49:8

**comments** [1] - 77:2

**Commission** [1] - 95:25

**committed** [1] - 46:17

**committee** [1] - 50:6

**common** [3] - 31:7, 80:2, 80:6

**complain** [2] - 39:7, 73:5

**complained** [1] - 35:10

**complaint** [2] - 39:3, 39:9

**complaints** [1] - 38:25

**complete** [1] - 82:22

**completed** [2] - 9:6, 10:4

**completely** [1] - 76:15

**completion** [2] - 96:23, 97:4

**conceived** [1] - 46:15

**concentrate** [1] - 10:16, 57:20

**concern** [2] - 72:23, 73:10

**concerned** [2] -

72:20, 82:7

**condemn** [1] - 52:5

**condemning** [1] - 52:14

**conference** [2] - 34:17, 34:25

**conferred** [2] - 10:25, 11:1

**confirm** [2] - 18:23, 86:22

**confirmation** [1] - 67:21

**conflict** [9] - 22:4, 22:19, 22:20, 22:25, 23:16, 25:9, 25:11, 28:17, 30:21

**confused** [1] - 35:17

**Connecticut** [2] - 2:6, 97:15

**consequences** [4] - 13:20, 14:2, 14:3, 14:8

**consider** [7] - 14:17, 14:19, 39:18, 46:18, 49:21, 49:22

**consideration** [1] - 95:18

**considered** [2] - 34:13, 39:20

**construe** [1] - 55:3

**construed** [6] - 47:10, 49:12, 50:16, 63:17, 75:15

**Contact** [3] - 4:4, 16:15, 16:25

**contain** [2] - 77:9, 97:1

**contains** [1] - 99:7

**contents** [2] - 8:1

**continuation** [1] - 10:13

**continue** [1] - 86:15

**contribute** [1] - 30:11

**contribution** [1] - 35:11

**contributors** [2] - 88:2, 88:16

**controversial** [3] - 59:3, 59:8,

72:14

**controversy** [10] - 35:5, 56:22, 57:1, 59:13, 60:2, 60:6, 70:12, 74:17, 75:3, 78:15

**conversation** [5] - 6:14, 6:15, 71:16, 78:19, 90:25

**conversations** [1] - 8:1

**convey** [1] - 30:7

**Cool** [1] - 41:2

**copies** [1] - 99:12

**copy** [3] - 20:17, 82:22, 83:10

**correct** [40] - 8:17, 10:1, 13:3, 13:4, 13:11, 13:19, 14:9, 14:14, 19:1, 24:17, 25:22, 26:6, 29:17, 40:15, 42:20, 43:3, 44:21, 50:3, 50:4, 51:4, 54:6, 54:24, 55:5, 59:20, 60:4, 60:7, 61:22, 67:15, 68:23, 71:10, 74:20, 75:1, 79:23, 79:24, 80:21, 87:8, 87:13, 91:4, 91:7, 95:6

**Correct** [1] - 90:16

**Corrections** [1] - 97:1

**correctly** [4] - 16:17, 63:7, 70:9, 76:12

**correspond** [1] - 69:1

**correspondenc e** [1] - 66:10

**Costa** [1] - 20:6

**COUNSEL** [8] - 2:4, 2:8, 2:13, 2:14, 97:13, 97:17, 97:22, 97:23

**Counsel** [1] - 5:21

**counsel** [2] - 91:25, 98:1

**counter** [1] - 12:2

**COUNTY** [1] - 95:10

**couple** [1] - 68:10

**course** [4] - 9:1, 12:19, 12:20, 51:13

**court** [2] - 6:13, 7:12

**COURT** [7] - 1:1, 43:19, 54:21, 67:16, 92:21, 92:24, 96:1

**Court** [2] - 54:13, 54:18

**covered** [1] - 21:24

**COVID** [3] - 13:15, 13:16, 18:9

**create** [1] - 6:16

**creating** [2] - 6:12, 7:11

**Crest** [2] - 98:13, 99:20

**criticism** [6] - 60:22, 61:14, 75:15, 75:17, 75:21, 82:14

**criticisms** [11] - 60:13, 60:19, 61:6, 61:8, 61:20, 62:5, 62:13, 75:7, 75:10, 75:17, 81:17

**criticize** [2] - 78:25, 81:21

**criticizing** [2] - 19:9, 91:19

**Cross** [1] - 81:7

**cross** [1] - 3:24

**Cross-talk** [1] - 81:7

**cross-talk** [1] - 3:24

**CSR** [3] - 1:21, 96:15, 98:11

**CSR-6125** [1] - 98:11

**CUBERO** [13] - 1:11, 1:17, 2:8, 3:5, 5:5, 94:2, 95:4, 95:8, 95:13, 96:12, 96:17, 97:17, 99:1

**Cubero** [23] - 5:9, 5:19, 5:22, 5:24, 6:3, 6:6,

6:9, 15:5, 21:11,
21:19, 40:6,
41:16, 43:22,
49:3, 58:11,
67:19, 67:25,
77:13, 85:17,
86:19, 90:12,
91:24, 92:25
  **cues** [1] - 6:18
  **current** [1] -
46:9
  **Custodial** [1] -
99:9
  **cut** [6] - 29:2,
42:6, 47:14,
47:19, 57:13,
57:14

---

**D**

  **data** [1] - 3:23
  **date** [3] - 18:2,
41:15, 96:24
  **DATE** [1] - 94:3
  **Date** [1] - 98:12
  **dated** [2] -
41:21, 41:24
  **daydreaming** [1]
- 76:13
  **days** [1] - 96:24
  **Dean** [2] - 8:8,
8:13
  **December** [2] -
54:17, 97:8
  **DEFENDANTS**
[2] - 2:8, 97:17
  **defendants** [1] -
5:17
  **Defendants** [2] -
1:6, 96:7
  **defined** [1] -
62:4
  **definitely** [2] -
10:7, 75:20
  **definition** [1] -
10:14
  **degree** [8] - 9:2,
9:3, 9:6, 9:12,
10:8, 10:9, 10:25,
11:1
  **degrees** [1] -
10:4
  **dehydrated** [1] -
67:11
  **dehydrating** [1]
- 67:12
  **delivered** [1] -
99:8
  **Denton** [2] -

2:15, 97:24
  **deny** [2] - 53:6,
53:16
  **department** [1] -
91:15
  **deponent** [3] -
96:21, 96:22,
97:3
  **deposed** [2] -
6:8, 6:10
  **Deposition** [8] -
4:3, 15:3, 16:10,
41:14, 43:24,
67:18, 86:17,
90:19
  **deposition** [17] -
5:18, 7:23, 15:8,
15:24, 16:5, 93:7,
95:4, 96:18,
96:23, 97:4, 97:5,
97:10, 99:3, 99:4,
99:8, 99:10,
99:12
  **DEPOSITION** [4]
- 1:10, 1:17,
96:11, 99:1
  **DEPUTY** [2] -
2:14, 97:23
  **Deputy** [1] - 5:20
  **describe** [3] -
9:1, 10:19, 58:14
  **described** [1] -
30:24
  **DESCRIPTION**
[1] - 4:2
  **description** [1] -
95:15
  **desire** [2] - 83:2,
83:6
  **detail** [1] - 69:25
  **Diego** [6] - 5:19,
5:24, 6:6, 88:2,
90:6, 91:7
  **DIEGO** [13] -
1:11, 1:17, 2:8,
3:5, 5:5, 94:2,
95:4, 95:8, 95:13,
96:12, 96:17,
97:17, 99:1
  **difference** [1] -
29:22
  **different** [9] -
20:18, 21:1,
27:23, 32:7,
39:24, 50:18,
74:6, 74:9, 86:24
  **dinner** [2] -
39:14, 39:17
  **direct** [2] - 46:3,
46:16

  **directing** [1] -
51:7
  **direction** [1] -
86:24
  **directly** [2] -
71:20, 91:8
  **discipline** [2] -
45:16, 77:23
  **disclose** [1] -
8:1
  **discovery** [1] -
68:22
  **discriminate** [2]
- 50:12, 50:19
  **discriminated**
[1] - 50:9
  **discriminating**
[1] - 50:25
  **discuss** [1] -
6:11
  **discussed** [7] -
23:17, 58:21,
59:1, 66:16,
66:24, 67:3,
82:19
  **discussing** [2] -
22:15, 58:24
  **discussion** [2] -
68:11, 83:3
  **discussions** [1]
- 32:17
  **distortion** [1] -
3:24
  **distributed** [9] -
55:18, 55:19,
55:21, 56:3, 56:8,
56:11, 56:13,
56:15, 56:16
  **DISTRICT** [4] -
1:1, 1:1, 96:1,
96:1
  **division** [5] -
75:9, 79:23, 80:3,
80:5, 80:7
  **DIVISION** [2] -
1:2, 96:2
  **doctorate** [1] -
10:15
  **doctors** [1] -
88:13
  **document** [39] -
15:4, 15:7, 15:9,
15:11, 15:16,
15:19, 15:21,
15:22, 15:23,
16:2, 16:4, 16:7,
16:14, 16:18,
16:24, 17:4, 17:6,
33:13, 41:12,
41:17, 41:18,

41:25, 43:5,
43:12, 45:2,
45:23, 46:7, 51:8,
51:11, 51:16,
51:23, 52:3,
53:23, 62:8,
64:25, 65:2,
66:14, 78:23,
95:15
  **documents** [11]
- 6:5, 8:3, 8:5,
8:20, 14:12,
16:23, 66:9,
66:15, 66:23,
67:3, 91:17
  **done** [5] - 41:4,
63:2, 67:7, 73:17,
84:15
  **double** [8] -
27:16, 27:20,
30:24, 33:1, 36:6,
36:10, 36:11,
83:22
  **doubt** [1] - 31:23
  **down** [4] -
15:17, 17:16,
21:1, 42:19
  **Dr** [21] - 5:18,
44:13, 44:19,
45:18, 45:21,
47:8, 48:1, 48:2,
61:12, 63:12,
76:4, 76:10,
76:14, 77:22,
78:1, 78:6, 78:11,
83:8, 88:12,
88:22, 89:5
  **drafting** [1] -
54:16
  **drank** [1] - 85:9
  **drive** [1] - 44:4
  **Drive** [2] - 98:13,
99:20
  **due** [1] - 3:22
  **duly** [3] - 1:18,
5:6, 96:17

---

**E**

  **early** [1] - 70:7
  **earn** [1] - 9:12
  **earned** [1] - 9:3
  **easiest** [1] - 6:6
  **EASTERN** [2] -
1:1, 96:1
  **edit** [1] - 20:17
  **edited** [1] -
60:11
  **Editor** [1] - 26:1

  **editor** [18] -
20:23, 25:17,
26:1, 26:2, 26:3,
27:2, 28:22, 29:4,
29:14, 30:2, 30:7,
30:12, 31:18,
36:22, 36:25,
60:10, 72:13
  **Editorial** [15] -
4:4, 16:15, 16:25,
17:12, 17:18,
17:23, 20:13,
22:9, 23:24, 24:3,
24:9, 24:12,
24:16, 28:5, 29:5
  **editorial** [50] -
14:14, 14:15,
14:20, 17:21,
17:25, 18:7, 18:8,
18:13, 18:21,
19:1, 19:17,
19:20, 19:22,
20:14, 20:20,
20:21, 21:20,
22:4, 22:7, 22:12,
22:18, 24:6,
24:21, 24:24,
26:10, 28:12,
28:23, 29:3, 30:3,
30:9, 30:17, 31:3,
31:10, 32:5, 32:9,
32:12, 32:17,
38:15, 52:7, 54:8,
54:19, 60:16,
60:19, 60:25,
61:1, 61:9, 66:16,
66:24, 70:21,
73:20
  **Editors** [1] -
32:1
  **editors** [8] -
25:11, 26:5, 26:8,
26:17, 27:3,
28:18, 28:23,
31:25
  **education** [2] -
9:1
  **effect** [1] - 51:21
  **egregious** [2] -
77:10, 77:25
  **either** [1] - 92:5
  **Either** [1] - 68:6
  **Ellen** [5] - 17:15,
18:25, 71:2, 71:3,
71:8
  **elsewhere** [2] -
8:25, 88:25
  **Email** [3] - 4:8,
4:9, 4:11
  **email** [55] - 29:9,

30:2, 55:15, 56:5,
56:14, 67:22,
67:23, 67:24,
68:10, 68:12,
68:17, 68:22,
68:25, 69:7,
69:15, 69:21,
70:4, 71:1, 71:9,
71:22, 72:1, 72:2,
72:4, 73:1, 73:12,
74:14, 74:15,
79:20, 79:21,
79:22, 80:17,
81:14, 81:16,
85:24, 86:14,
86:15, 86:19,
87:3, 87:7, 87:24,
88:7, 88:18, 89:1,
89:10, 89:12,
90:14, 90:18,
91:11, 92:4, 92:6,
92:11, 92:13,
92:14
  **emails** [4] -
55:12, 55:15,
69:13, 91:1
  **emergency** [3] -
79:25, 80:8,
90:21
  **employed** [1] -
98:2
  **employee** [1] -
98:4
  **encountered** [1]
- 25:15
  **End** [1] - 93:7
  **end** [4] - 25:6,
42:21, 69:13,
70:1
  **ended** [1] -
37:17
  **ending** [1] -
86:16
  **endorse** [7] -
49:15, 51:4,
51:18, 51:21,
52:1, 52:22, 53:1
  **endorsed** [5] -
40:3, 44:20,
44:23, 53:4, 61:2
  **endorsement**
[2] - 53:11, 53:24
  **endorsing** [7] -
44:25, 52:4,
52:10, 52:13,
52:16, 53:14,
53:21
  **ends** [1] - 27:10
  **Enrique** [1] -
5:24

enter [1] - 9:22
entertain [1] -
30:10
entire [1] - 16:13
entirely [1] -
31:4
entirety [1] -
53:17
entitled [1] -
15:7
especially [1] -
22:21
essay [2] -
63:20, 85:5
essays [5] -
63:8, 63:19, 64:6,
64:12, 66:8
establish [2] -
90:24, 92:3
et [2] - 78:22,
79:6
ET [2] - 1:5, 96:6
ethnicity [1] -
49:23
ethnomusicolo
gy [1] - 74:24
everyday [1] -
6:15
Ewell [23] - 34:8,
34:17, 34:24,
56:19, 56:23,
57:16, 61:12,
62:1, 63:3, 63:12,
65:21, 66:11,
66:16, 66:25,
67:3, 77:2, 78:16,
78:25, 81:22,
82:13, 82:15,
82:21, 83:3
Ewell's [7] -
35:10, 76:10,
77:22, 78:1, 78:6,
78:11, 89:2
exact [2] - 18:1,
35:25
exactly [1] -
36:24
EXAMINATION
[1] - 5:7
examination [1]
- 97:7
Examination [1]
- 3:6
examine [1] -
76:1
examined [3] -
8:21, 91:7, 92:4
examining [1] -
15:13
example [2] -

39:15, 50:22
except [2] -
18:24, 95:6
exception [1] -
88:24
exceptions [1] -
7:16
exchange [1] -
16:22
exchanged [2] -
71:18, 85:24
exclude [2] -
83:2, 83:6
exclusively [1] -
53:1
excuse [5] -
24:8, 32:24,
33:22, 34:6, 80:7
Excuse [3] -
21:22, 55:10,
65:19
executed [1] -
95:17
Exhibit [31] -
15:1, 15:3, 16:9,
16:10, 41:11,
41:14, 43:18,
43:22, 43:24,
51:10, 51:14,
51:19, 51:25,
61:4, 67:15,
67:18, 67:22,
69:25, 76:7,
79:19, 86:14,
86:17, 86:23,
87:8, 90:6, 90:18,
90:19, 90:22,
91:7, 92:4, 92:9
exhibit [10] -
15:13, 40:25,
41:7, 43:14,
80:17, 83:13,
86:11, 90:5,
90:12, 92:17
exhibits [2] -
90:12, 99:12
existence [1] -
33:18
expand [1] -
42:4
expectation [1] -
12:16
expected [1] -
12:14
expecting [1] -
40:23
experience [9] -
19:15, 24:7,
24:14, 28:10,
31:25, 38:4, 73:3,

80:3, 80:5
Expiration [1] -
98:12
Expires [3] -
95:25, 98:15,
99:22
explain [7] -
7:22, 13:5, 20:21,
23:6, 26:24,
37:12, 49:7
explained [3] -
64:24, 88:24,
88:25
explaining [1] -
53:4
explanation [1] -
80:16
express [1] -
72:23
expressed [2] -
49:24, 95:19
expressing [1] -
73:10
extend [1] -
45:14
extension [1] -
40:2
extent [6] -
28:25, 36:23,
38:20, 71:17,
72:22, 73:4

## F

face [1] - 21:23
facing [1] -
29:14
fact [5] - 43:8,
61:12, 64:9, 77:1,
88:12
faculty [22] - 8:6,
8:7, 8:10, 8:11,
8:14, 8:16, 40:3,
42:25, 45:10,
45:15, 45:16,
48:3, 48:10, 50:2,
52:25, 61:7, 61:9,
69:24, 74:1,
75:22, 79:1, 80:6
Faculty [3] -
40:14, 41:20,
51:9
failures [1] -
52:8
Fair [1] - 35:18
fair [8] - 29:13,
29:24, 33:4,
39:19, 70:11,
70:23, 91:23,

92:8
fall [2] - 11:8,
12:12
familiar [5] -
33:21, 33:24,
57:3, 58:15,
69:17
familiarity [1] -
58:12
far [4] - 32:19,
61:6, 68:16,
87:23
fashioned [1] -
54:11
faster [1] - 19:8,
19:11
fearing [1] -
72:15
fears [1] - 72:19
Federal [1] -
1:23
feedback [3] -
54:25, 55:3,
59:21
felt [2] - 38:6,
87:17
few [3] - 6:11,
7:16, 42:20
field [1] - 35:6,
89:7
final [2] - 59:23,
60:1
financially [1] -
98:5
fine [17] - 6:4,
9:21, 12:22,
15:22, 20:9,
23:12, 23:24,
25:17, 26:18,
29:19, 35:21,
56:17, 58:11,
59:14, 62:1,
70:15, 71:8
finished [1] -
42:17
fired [3] - 44:10,
44:17, 44:19
Firm [4] - 98:15,
98:15, 99:22,
99:22
first [13] - 5:6,
20:1, 21:3, 37:18,
45:5, 70:11,
73:21, 74:13,
75:24, 76:24,
77:3, 77:6, 80:17
First [1] - 6:12
fits [1] - 68:4
five [2] - 35:24,
89:21

Five [1] - 58:2
flipping [1] -
86:23
focus [2] -
10:15, 84:16
focusing [2] -
54:11, 54:14
follow [1] -
84:25
following [2] -
7:6, 96:16
follows [3] - 5:6,
91:6, 97:10
followup [3] -
15:25, 19:10,
27:11
FOR [9] - 1:1,
2:4, 2:8, 2:13,
95:24, 96:1,
97:13, 97:17,
97:22
forcing [2] -
72:23, 73:6
foregoing [2] -
95:4, 95:16
forehead [1] -
21:12
forget [2] - 8:6,
61:15
forgot [6] -
52:11, 56:1, 56:6,
61:25, 62:17,
70:22
fork [1] - 90:25
form [94] -
13:22, 13:25,
14:6, 19:19, 22:6,
24:18, 31:19,
32:21, 34:19,
35:7, 35:23,
36:14, 39:1,
39:22, 40:8,
40:16, 44:11,
44:22, 45:22,
46:5, 46:19, 47:5,
47:18, 50:13,
50:21, 51:6,
53:12, 53:18,
53:25, 54:7, 55:6,
56:12, 56:25,
58:7, 58:13,
58:23, 59:5, 59:6,
59:10, 59:11,
59:17, 59:23,
60:1, 60:8, 62:6,
62:15, 62:22,
63:6, 63:16,
64:16, 65:1, 65:9,
65:11, 65:24,
66:2, 66:13,

66:19, 70:13,
70:20, 71:15,
71:21, 72:18,
72:25, 73:8,
73:18, 74:22,
75:6, 75:13,
75:19, 75:25,
76:19, 77:5, 78:2,
78:7, 78:18, 79:2,
79:10, 80:13,
80:22, 81:13,
81:19, 81:24,
82:17, 83:5,
83:16, 83:25,
84:10, 84:21,
86:7, 87:15, 88:6,
89:11, 91:9,
92:10
forms [1] - 58:21
formulating [2] -
54:5, 55:17
formulation [4] -
54:24, 59:20,
59:23, 71:4
forth [2] - 21:2,
21:4
forthcoming [2]
- 76:9, 76:20
forum [1] - 41:22
founded [3] -
32:4, 32:11,
32:13
founding [1] -
32:9
four [4] - 12:19,
36:2, 36:4
Four [1] - 69:19
fourth [1] -
37:11
Frank [1] - 91:2
FRCP [1] - 96:20
free [3] - 6:23,
30:3, 41:5
freely [2] - 52:6,
52:15
front [1] - 7:20
frozen [1] -
50:24
full [1] - 5:23
funky [1] - 65:17
FURTHER [1] -
99:1

## G

GENERAL [4] -
2:10, 2:14, 97:19,
97:23
General [2] -

5:21, 41:22
**General's** [1] -
5:16
**Georgia** [3] -
9:5, 9:9, 9:12
**Given** [1] - 95:21
**given** [4] -
16:21, 64:6,
65:21, 96:19
**glad** [1] - 38:13
**glance** [1] - 21:3
**glasses** [1] -
42:14
**Google** [1] -
44:4
**graduate** [3] -
9:9, 10:2, 40:2
**graduation** [1] -
10:20
**Graf** [1] - 74:13
**granted** [2] -
10:8, 13:10
**ground** [1] -
6:12
**Group** [1] - 2:20
**growing** [1] -
75:3
**GSU** [1] - 9:24
**guess** [23] -
13:14, 24:5, 26:5,
28:9, 33:10, 36:9,
37:10, 44:16,
55:2, 69:17,
69:18, 70:23,
73:20, 78:12,
79:16, 81:4, 81:9,
83:19, 88:24,
90:15, 91:15
**guessing** [2] -
28:7, 37:19
**guidelines** [4] -
23:10, 23:12,
23:13, 23:14

**H**

**half** [2] - 28:8,
33:19
**hand** [2] - 42:6,
95:21
**happy** [1] - 61:7
**hard** [1] - 58:2
**head** [3] - 79:23,
80:3, 80:5
**hear** [5] - 47:23,
58:9, 64:19,
72:22
**heard** [3] - 29:1,
38:24, 70:11

**Heidlberger** [1] -
91:2
**help** [1] - 61:5
**helpful** [3] -
88:1, 88:8, 89:14
**hereby** [2] -
95:5, 96:16
**hereto** [1] - 1:25
**Hernandez** [1] -
5:25
**high** [4] - 88:15,
88:16, 89:6,
91:16
**highlighted** [1] -
61:11
**highly** [1] -
91:14
**Hill** [2] - 2:6,
97:15
**himself** [1] -
63:12
**hip** [3] - 58:12,
58:18, 58:24
**Hip** [1] - 58:17
**hip-hop** [3] -
58:12, 58:18,
58:24
**Hip-hop** [1] -
58:17
**hire** [1] - 48:16
**hired** [4] - 13:7,
37:20, 38:23,
50:3
**hiring** [3] - 50:5,
50:20, 51:1
**Hoc** [4] - 4:5,
4:7, 41:12, 70:1
**Hold** [1] - 45:11
**honestly** [2] -
42:11, 47:23
**hop** [4] - 58:12,
58:17, 58:18,
58:24
**hope** [3] - 62:18,
86:12, 93:3
**hosted** [1] -
41:23
**hours** [1] - 8:2
**HOURS:00** [2] -
97:11, 97:12
**HOURS:15** [1] -
97:11
**house** [2] -
39:14, 39:16
**hung** [1] - 39:24
**Hunter** [1] - 34:8
**Hydration** [1] -
67:9

**I**

**idea** [1] - 85:4
**ideally** [3] - 27:8,
27:10, 27:12
**ideas** [1] - 71:18
**identified** [2] -
47:2, 78:16
**identifies** [1] -
51:20
**identify** [6] -
39:19, 45:6,
45:21, 47:4,
57:22, 77:13
**identity** [1] -
95:15
**immediately** [1]
- 9:24
**implication** [1] -
48:11
**implicit** [2] -
79:13, 79:14
**imply** [1] - 79:8
**importance** [1] -
75:20
**important** [4] -
26:23, 44:5,
47:14, 75:17
**impressed** [1] -
88:1
**IN** [1] - 95:24
**inaccurate** [3] -
18:14, 18:16,
18:20
**inaudible** [1] -
57:11
**inaudibly)** [1] -
74:24
**INC** [2] - 98:12,
99:19
**incidentally** [1] -
12:21
**including** [1] -
9:2
**incorporate** [1] -
45:9
**incorporated** [1]
- 43:13
**incorporates** [1]
- 53:16
**incorporating**
[1] - 40:4
**incorrect** [2] -
9:18, 79:12
**indeed** [1] - 88:1
**Indiana** [7] - 9:7,
9:16, 9:18, 9:22,
9:24, 10:2, 10:20
**indicated** [1] -

66:11
**indicates** [1] -
53:1
**indicating** [1] -
14:12
**indication** [1] -
50:8
**individually** [1] -
50:9
**inform** [1] -
15:16
**information** [4] -
19:10, 88:8, 89:5,
89:14
**Information** [3] -
4:4, 16:16, 16:25
**initiatives** [1] -
21:7
**instance** [3] -
1:17, 6:17, 41:10
**instruct** [1] -
7:18
**instruction** [1] -
23:17
**instrument** [1] -
95:17
**insult** [1] - 30:14
**interest** [9] -
22:5, 22:19,
22:20, 23:1,
23:16, 25:9,
25:11, 28:17,
30:21
**interested** [6] -
30:13, 31:24,
38:8, 38:11,
73:15, 98:6
**interesting** [1] -
48:15
**internet** [3] -
11:5, 47:20,
47:22
**interpret** [2] -
53:13, 64:5
**interpretation**
[3] - 65:25, 79:16,
79:17
**interpreted** [2] -
48:7, 48:8
**interrupt** [2] -
6:23, 7:2
**interrupted** [1] -
69:6
**interrupting** [1] -
70:5
**interruptions** [1]
- 7:1
**interview** [2] -
25:2, 25:4
**introduce** [5] -

15:1, 16:8, 41:11,
43:18, 90:6
**introduced** [3] -
51:19, 69:25,
80:17
**introducing** [2] -
90:17, 91:23
**investigating** [1]
- 45:14
**invitation** [1] -
25:6
**invited** [1] - 25:3
**inviting** [3] -
66:16, 66:24,
67:3
**involve** [1] -
38:7
**involved** [2] -
38:14, 56:2
**involvement** [2]
- 38:14, 57:25
**involving** [2] -
47:6
**issue** [15] - 25:8,
35:14, 52:14,
60:10, 70:8, 76:9,
76:20, 82:25,
88:2, 88:18,
88:19, 89:2, 89:9,
89:12, 89:13
**issues** [1] - 89:4
**ISU** [1] - 9:16
**it..** [1] - 23:23

**J**

**Jackson** [41] -
5:14, 37:13,
37:18, 37:19,
38:5, 39:12,
39:20, 40:5,
40:14, 44:9,
44:13, 44:17,
44:19, 45:7, 45:9,
45:18, 45:21,
46:3, 46:17, 47:4,
47:8, 47:16, 48:2,
49:5, 49:17,
49:24, 50:9,
50:11, 50:19,
72:23, 73:6,
75:24, 76:4,
82:20, 83:8,
84:11, 87:4,
88:12, 88:22,
89:5
**JACKSON** [2] -
1:2, 96:3
**Jackson's** [2] -

57:21, 86:15
**JACKSON
000208** [1] - 4:6
**JACKSON
000233** [1] - 4:6
**Jason** [1] - 2:19
**jazz** [4] - 58:19,
58:20, 59:4, 59:9
**Jazz** [1] - 58:25
**JJS** [1] - 16:15
**job** [2] - 49:7,
49:9
**join** [2] - 17:21,
23:24
**joined** [4] - 18:3,
18:5, 18:6, 19:5
**joining** [3] -
18:8, 24:24,
28:11
**Journal** [42] -
13:21, 14:5, 14:9,
17:12, 17:18,
17:24, 19:16,
24:8, 24:15,
24:20, 27:18,
28:10, 28:13,
30:25, 37:22,
38:16, 39:7,
40:18, 41:21,
46:8, 46:25, 51:9,
52:25, 54:4,
54:15, 56:20,
56:23, 57:19,
59:15, 60:3,
60:19, 62:14,
66:10, 71:13,
74:18, 75:4,
75:12, 76:17,
83:4, 83:15,
84:20, 85:20
**journal** [50] -
14:13, 14:16,
14:18, 19:18,
20:12, 20:22,
22:16, 23:18,
24:17, 24:24,
25:10, 25:18,
25:24, 26:9,
26:20, 28:3,
28:18, 29:7,
31:21, 32:4, 32:5,
32:12, 32:13,
32:15, 33:21,
34:13, 35:16,
35:22, 36:16,
37:25, 47:3,
50:15, 57:4,
57:16, 57:17,
60:7, 60:10,
72:13, 72:14,

72:21, 73:4, 73:7,
73:13, 73:17,
74:8, 75:8, 75:23,
84:14, 88:10
**journalistic** [1] -
70:17
**journals** [1] -
19:21
**JSS** [5] - 4:4,
16:24, 45:17,
62:13, 70:8
**judgment** [1] -
48:19
**judgments** [1] -
31:13
**JULIA** [2] -
98:12, 99:19
**JulieTXCSR@
gmail.com** [2] -
98:14, 99:21
**July** [19] - 41:24,
56:18, 60:21,
67:24, 69:15,
70:5, 73:12,
74:14, 80:2,
82:14, 83:14,
83:24, 85:23,
86:6, 86:16,
86:25, 87:24,
88:19, 89:10
**jump** [1] - 13:2
**juncture** [1] -
14:25

## K

**kind** [14] - 6:13,
17:3, 20:18, 23:9,
23:21, 31:13,
37:11, 38:6,
39:24, 48:6, 56:7,
57:24, 69:6,
77:16
**knowing** [1] -
61:2
**knowledge** [12] -
26:9, 27:1, 27:18,
27:21, 28:15,
35:13, 36:11,
36:16, 46:3,
46:16, 55:23,
56:7
**known** [2] -
56:1, 95:13
**knows** [2] -
27:9, 27:10

## L

**lack** [15] - 57:24,
58:1, 61:16,
61:17, 62:4,
81:22, 82:13,
82:14, 83:14,
83:17, 83:21,
84:19, 85:20,
89:2, 89:9
**language** [2] -
52:20, 52:24
**lapsed** [4] -
11:14, 11:20,
11:25, 12:3
**largely** [1] - 89:6
**larger** [1] - 68:4
**last** [11] - 5:25,
23:21, 48:17,
54:16, 55:25,
62:11, 83:12,
83:13, 86:11,
87:14, 89:8
**late** [4] - 19:12,
54:12, 66:20
**Latino** [2] -
49:21, 49:23
**LAURA** [2] - 1:5,
96:6
**LAW** [2] - 2:5,
97:14
**lawfirm.com** [2]
- 2:7, 97:16
**lead** [1] - 67:23
**learn** [1] - 56:18
**learned** [1] -
59:12
**learning** [1] -
56:21
**least** [10] -
12:17, 20:19,
24:1, 24:2, 31:21,
41:24, 43:12,
44:5, 60:15,
83:21
**leave** [1] - 37:23
**Leaving** [1] -
38:22
**lecture** [4] -
63:9, 64:7, 66:8,
76:10
**lecturer** [4] -
12:13, 12:14,
12:23, 38:23
**led** [5] - 19:4,
32:17, 34:21,
60:16, 88:9
**left** [1] - 86:15
**legal** [2] - 2:20,

15:18
**length** [1] - 43:9
**Less** [1] - 36:4
**less** [1] - 92:4
**letter** [10] -
40:17, 43:5,
43:16, 44:18,
45:10, 52:2,
53:17, 61:2,
64:14, 87:16
**level** [1] - 14:21
**Levi** [13] - 56:9,
56:10, 71:9,
71:10, 71:12,
71:18, 72:8,
72:22, 73:5, 73:9,
82:21, 83:9
**levied** [1] - 60:19
**levity** [1] - 26:11
**lie** [2] - 65:18,
65:20
**likely** [1] - 58:25
**limits** [1] - 53:23
**LINE** [1] - 94:4
**line** [1] - 74:13
**link** [2] - 43:13,
44:1
**linked** [1] -
43:15
**links** [2] - 8:15,
53:19
**list** [4] - 17:11,
18:13, 55:5,
55:12
**lists** [1] - 17:2
**LLC** [2] - 2:5,
97:14
**load** [2] - 12:19,
12:20
**look** [4] - 8:20,
23:1, 23:2, 86:19
**Look** [1] - 68:20
**looked** [1] -
69:25
**looking** [2] -
40:25, 41:3
**Looking** [1] -
86:8
**lower** [2] -
21:13, 21:14
**Loyola** [1] - 9:5
**lvg.dallas@
gmail.com** [1] -
2:20

## M

**m.allen@allen**
[2] - 2:7, 97:16

**m.allen@allen-
lawfirm.com** [2] -
2:7, 97:16
**machine** [1] -
1:22
**maintained** [1] -
55:13
**mark** [2] - 67:14,
86:13
**marked** [7] -
15:3, 16:10,
41:14, 43:24,
67:18, 86:17,
90:19
**Mary** [9] - 2:9,
5:11, 5:15, 89:19,
90:4, 91:25, 97:6,
97:11, 97:18
**mary.quimby@
oag.texas.gov** [2]
- 2:12, 97:21
**Master's** [1] -
10:11
**master's** [2] -
9:7, 10:9
**match** [1] -
26:12
**material** [4] -
28:23, 35:1,
77:10, 77:25
**math** [1] - 9:10
**matter** [3] - 5:18,
7:1, 21:13
**mean** [20] - 12:7,
20:4, 22:12,
25:15, 26:2,
26:22, 26:23,
26:24, 37:10,
41:5, 48:5, 49:13,
63:25, 64:1,
64:11, 68:18,
71:25, 78:3,
82:20
**meaning** [6] -
52:4, 65:12,
65:14, 74:19,
79:3, 85:23
**meaningfully** [4]
- 77:22, 78:11,
78:22, 79:5
**means** [1] -
79:11
**meant** [1] -
60:15
**meantime** [1] -
15:21
**meet** [1] - 37:18
**meeting** [13] -
21:6, 80:1, 80:2,
80:8, 80:10,

80:12, 80:21,
80:23, 81:10,
82:1, 82:19,
84:12, 90:22
**member** [31] -
11:11, 11:13,
11:19, 11:24,
14:15, 19:22,
20:13, 20:15,
21:20, 22:3, 22:9,
22:18, 24:9,
24:12, 24:16,
24:21, 28:5,
28:12, 28:15,
28:16, 31:3, 31:9,
31:25, 32:10,
32:18, 48:3,
48:10, 54:8,
54:20, 55:9, 80:6
**members** [9] -
8:11, 18:21, 27:6,
28:23, 29:3, 29:5,
30:3, 30:9, 30:17
**membership**
[1] - 11:14
**memory** [1] -
58:6
**mental** [1] - 9:10
**mention** [1] -
22:24
**mentioned** [2] -
37:25, 48:2
**mentions** [1] -
88:23
**message** [5] -
29:7, 30:6, 90:5,
91:3, 91:6
**met** [2] - 7:24,
37:19
**method** [1] -
1:22
**MHTE** [3] - 8:9,
74:25, 75:5
**Michael** [5] - 2:5,
5:13, 97:11,
97:14, 99:9
**middle** [1] - 5:24
**might** [21] -
11:14, 13:18,
21:15, 26:5, 26:6,
27:5, 29:17, 30:5,
35:2, 36:2, 48:3,
50:15, 73:21,
81:25, 82:4, 82:6,
84:1, 84:2, 84:22
**mind** [15] -
15:11, 37:15,
39:23, 40:10,
50:1, 54:1, 58:4,
62:7, 62:16,

62:19, 67:5, 68:1,
72:12, 77:20,
85:8
**mindset** [1] -
52:19
**mine** [1] - 42:14
**MINUTES** [3] -
97:11, 97:11,
97:12
**minutes** [1] -
89:21
**miscellaneous**
[2] - 20:19, 21:8
**mismanageme
nt** [1] - 60:7
**misrepresentat
ion** [1] - 65:21
**misspoke** [1] -
29:16
**mistaken** [1] -
67:8
**moment** [15] -
15:9, 19:2, 22:16,
26:11, 48:1,
48:12, 48:13,
58:10, 59:24,
62:8, 62:19, 67:5,
72:11, 84:3, 86:8
**months** [2] -
54:12, 54:16
**morning** [2] -
74:14, 87:9
**most** [3] - 7:19,
12:17, 75:17
**Most** [1] - 6:5
**mouth** [1] - 86:3
**move** [1] - 72:3
**moving** [1] -
79:21
**MR** [22] - 5:8,
5:11, 5:20, 14:25,
16:8, 21:10,
21:16, 41:10,
43:17, 43:20,
48:22, 50:24,
51:12, 67:14,
67:17, 86:13,
89:17, 89:22,
90:4, 90:17,
92:16, 92:25
**MS** [101] - 5:15,
13:22, 13:25,
14:6, 19:19, 22:6,
24:18, 31:19,
32:21, 34:19,
35:7, 35:23,
36:14, 39:1,
39:22, 40:8,
40:16, 42:5,
44:11, 44:22,

45:22, 46:5,
46:19, 47:5,
47:18, 48:23,
50:13, 50:21,
51:6, 51:11,
53:12, 53:18,
53:25, 54:7, 55:6,
56:12, 56:25,
57:13, 58:7,
58:13, 58:23,
59:6, 59:11,
59:17, 60:8, 62:6,
62:15, 62:22,
63:6, 63:16,
64:16, 65:1, 65:9,
65:11, 65:24,
66:2, 66:13,
66:19, 70:13,
70:20, 71:15,
71:21, 72:18,
72:25, 73:8,
73:18, 74:22,
75:6, 75:13,
75:19, 75:25,
76:19, 77:5, 78:2,
78:7, 78:18, 79:2,
79:10, 80:13,
80:22, 81:13,
81:19, 81:24,
82:17, 83:5,
83:16, 83:25,
84:10, 84:21,
86:7, 87:15, 88:6,
89:11, 89:20,
89:24, 90:10,
91:9, 92:7, 92:10,
92:19, 92:23
**MTO** [3] - 23:3,
24:12, 26:19
**MTS** [1] - 33:25
**music** [19] -
10:15, 10:16,
12:13, 13:7, 28:3,
31:21, 32:7,
33:22, 56:3,
57:25, 58:21,
59:3, 59:9, 74:19,
74:23, 77:16,
88:13, 91:15
**Music** [47] -
9:15, 10:11,
11:13, 11:25,
19:23, 20:10,
20:11, 20:22,
21:21, 22:3, 22:9,
22:13, 22:15,
22:17, 23:18,
23:25, 24:3,
24:10, 24:12,
24:17, 25:10,
25:12, 25:18,

25:24, 26:9,
26:19, 26:20,
27:1, 27:18,
30:25, 33:2,
33:24, 33:25,
34:9, 34:11,
34:14, 35:3,
35:10, 35:12,
35:14, 35:16,
52:5, 55:10,
55:13, 69:22,
72:16
**must** [4] - 7:19,
37:8, 80:20, 93:1

# N

**NAME** [1] - 94:2
**name** [18] - 5:13,
5:23, 5:24, 6:1,
8:7, 11:21, 17:15,
17:16, 18:20,
19:21, 20:7,
30:13, 40:13,
43:3, 56:10,
71:11, 95:16
**named** [1] -
41:23
**names** [6] -
5:12, 5:25, 16:20,
18:18, 26:8,
26:12
**national** [1] -
49:25
**nature** [4] - 35:6,
50:20, 54:22,
69:12
**necessarily** [1] -
81:3
**need** [3] - 11:15,
26:7, 40:21
**never** [1] - 39:13
**new** [2] - 32:5,
70:7
**New** [1] - 34:8
**news** [1] - 41:22
**News** [1] - 41:22
**next** [4] - 42:20,
82:23, 82:24,
87:24
**nice** [1] - 64:9
**NO** [3] - 1:4, 4:2,
96:5
**non** [1] - 26:21
**non-peer** [1] -
26:21
**None** [1] - 67:5
**nonverbal** [1] -
6:18

**normal** [2] -
6:15, 84:6
**NORTH** [4] -
2:13, 2:14, 97:22,
97:23
**North** [11] - 5:17,
5:21, 8:25, 11:3,
11:8, 12:6, 12:12,
16:22, 37:14,
58:22, 69:23
**NOTARY** [1] -
95:24
**NOTE** [1] - 3:21
**note** [1] - 3:22
**noted** [1] - 95:6
**nothing** [2] -
15:18, 52:12
**Nothing** [1] -
54:1
**Notice** [1] - 15:7
**Notice.............**
**........** [1] - 4:3
**notifying** [1] -
15:24
**noting** [1] - 32:4
**November** [3] -
34:7, 41:13,
54:17
**Number** [5] -
15:1, 16:15,
45:11, 86:23,
91:7
**number** [2] -
21:1, 36:1
**numbered** [1] -
1:19
**numbers** [1] -
21:1

# O

**o'clock** [1] -
62:25
**oath** [1] - 95:14
**object** [3] - 7:11,
83:23, 84:2
**objected** [2] -
83:17, 84:3
**objecting** [3] -
83:14, 84:9,
84:19
**objection** [5] -
59:25, 83:18,
85:25, 86:5, 86:9
**Objection** [90] -
13:22, 13:25,
14:6, 19:19, 22:6,
24:18, 31:19,
32:21, 34:19,

35:7, 35:23,
36:14, 39:1,
39:22, 40:8,
40:16, 44:11,
44:22, 45:22,
46:5, 46:19, 47:5,
47:18, 50:13,
50:21, 51:6,
53:12, 53:18,
53:25, 54:7, 55:6,
56:12, 56:25,
58:7, 58:13,
58:23, 59:6,
59:11, 59:17,
60:8, 62:6, 62:15,
62:22, 63:6,
63:16, 64:16,
65:1, 65:9, 65:11,
65:24, 66:2,
66:13, 66:19,
70:13, 70:20,
71:15, 71:21,
72:18, 72:25,
73:8, 73:18,
75:13, 75:19,
75:25, 76:19,
77:5, 78:2, 78:7,
78:18, 79:2,
79:10, 80:13,
80:22, 81:13,
81:19, 81:24,
82:17, 83:5,
83:16, 83:25,
84:10, 84:21,
86:7, 87:15, 88:6,
89:11, 91:9,
92:10
**objectionable**
[1] - 84:23
**objections** [3] -
59:15, 59:22,
85:20
**objective** [1] -
84:1
**obligation** [1] -
7:13
**October** [2] -
97:6, 98:7
**odd** [2] - 18:19,
63:11
**OF** [12] - 1:1,
1:10, 2:13, 2:14,
95:10, 95:10,
95:24, 96:1,
96:11, 97:22,
97:23, 99:1
**office** [1] - 95:21
**Office** [1] - 5:16
**officer** [1] - 99:4

**officer's** [1] -
99:10
**official** [3] - 6:1,
8:6, 11:21
**Often** [1] - 20:23
**often** [2] - 21:7,
21:8
**omnipresent** [1]
- 78:10
**once** [4] - 20:19,
66:25, 67:1
**One** [1] - 10:4
**one** [45] - 10:6,
11:25, 14:24,
16:14, 17:10,
21:3, 22:21, 23:1,
23:2, 25:14, 27:3,
27:10, 31:13,
34:1, 37:8, 39:9,
40:22, 41:19,
55:25, 61:22,
62:3, 64:23, 68:4,
72:7, 73:15, 74:4,
74:5, 75:17,
75:21, 77:16,
77:17, 77:19,
77:20, 83:13,
86:10, 87:10,
87:12, 87:14,
87:17, 87:19,
88:23, 90:4
**one-sided** [1] -
73:15
**ones** [5] - 62:7,
62:16, 77:12,
77:13, 78:20
**Online** [29] -
19:23, 20:11,
20:12, 20:22,
21:21, 22:3,
22:10, 22:13,
22:15, 22:17,
23:18, 23:25,
24:4, 24:10,
24:12, 24:17,
25:10, 25:12,
25:18, 25:24,
26:9, 26:19,
26:20, 27:2,
27:19, 30:25,
33:2, 35:3, 35:17
**online** [3] - 52:6,
52:15, 61:4
**open** [1] - 37:17
**operation** [1] -
21:9
**opinion** [1] -
77:16
**opportunity** [15]
- 8:19, 61:13,

62:2, 63:5, 63:15,
64:6, 64:10, 65:6,
65:7, 65:13, 66:7,
81:22, 82:13,
82:15, 89:2
**ORAL** [3] - 1:10,
1:16, 96:11
**oral** [1] - 96:18
**oranges** [1] -
26:12
**order** [1] - 6:16
**ordinarily** [1] -
55:3
**organized** [1] -
59:16
**original** [3] -
99:3, 99:8, 99:11
**originated** [3] -
29:10, 59:4, 59:9
**origins** [1] -
49:25
**otherwise** [2] -
31:6, 98:6
**outcome** [1] -
98:6
**own** [2] - 8:24,
28:19
**owner** [1] - 44:4

# P

**p.m** [15] - 1:20,
5:2, 5:4, 80:1,
81:5, 86:16, 87:8,
87:12, 87:25,
88:19, 89:1,
89:10, 93:6
**P.O** [4] - 2:6,
2:10, 97:15,
97:19
**PAGE** [3] - 3:2,
4:2, 94:4
**page** [6] - 16:13,
16:14, 42:20,
68:4, 90:12, 99:7
**pages** [6] -
28:19, 30:15,
30:18, 68:9, 83:4,
97:1
**Panel** [4] - 4:5,
4:7, 41:12, 70:1
**paper** [3] - 54:5,
59:25, 78:16
**papers** [18] -
30:4, 54:6, 54:11,
54:15, 54:24,
55:4, 55:17,
55:21, 56:11,
56:15, 59:20,

59:23, 60:1, 63:4, 63:8, 63:14, 65:22, 71:4
**paragraph** [4] - 47:11, 75:24, 76:24, 77:7
**Part** [1] - 42:5
**part** [30] - 7:19, 13:7, 14:8, 14:20, 16:22, 17:25, 18:1, 21:7, 24:6, 27:25, 32:16, 34:14, 34:15, 38:15, 43:14, 44:7, 44:8, 48:17, 50:5, 51:21, 56:2, 57:10, 61:11, 74:24, 75:8, 87:1, 90:15, 90:25, 91:11, 92:5
**partaking** [1] - 27:24
**participate** [1] - 80:10
**participated** [5] - 14:12, 54:23, 55:17, 59:19, 71:3
**participating** [6] - 13:20, 14:4, 71:2, 73:3, 83:3, 91:2
**participation** [4] - 14:8, 14:18, 14:21, 55:1
**particular** [6] - 40:10, 40:13, 47:11, 48:21, 60:10, 86:9
**particularly** [2] - 39:18, 45:19
**parties** [1] - 98:2
**PARTIES** [1] - 2:2
**party** [3] - 96:22, 97:3, 97:9
**pass** [2] - 89:19, 92:16
**passages** [2] - 46:21, 53:2
**passes** [1] - 79:18
**passing** [2] - 29:7, 48:19
**past** [3] - 45:14, 45:18, 47:15
**pay** [1] - 92:1
**peculiar** [1] - 6:13
**peer** [26] - 26:21,

26:22, 26:25, 27:16, 27:20, 30:24, 33:1, 33:17, 36:6, 36:13, 36:16, 36:19, 36:23, 61:17, 62:3, 62:4, 77:3, 83:14, 83:18, 83:19, 83:21, 84:6, 84:13, 84:19, 85:20, 89:9
**people** [14] - 17:11, 18:13, 27:6, 42:12, 42:21, 48:16, 57:25, 60:9, 66:3, 72:15, 72:16, 75:7, 75:14, 75:18
**People** [2] - 60:15, 60:25
**per** [3] - 28:20, 30:13, 32:3
**perceived** [1] - 46:21
**perfectly** [2] - 6:15, 12:22
**person** [8] - 45:12, 47:8, 47:15, 48:14, 48:20, 48:21, 49:9, 95:16
**personal** [2] - 55:23, 62:9
**personally** [2] - 13:23, 95:13
**perspectives** [2] - 74:6, 74:9
**petition** [2] - 40:13, 69:24
**petitions** [1] - 8:8
**Ph.D** [3] - 9:7, 10:12, 10:14
**Philip** [15] - 34:7, 34:24, 56:18, 56:23, 57:16, 62:1, 63:3, 65:21, 66:11, 66:16, 66:24, 67:3, 76:10, 82:13, 82:15
**philosophy** [1] - 10:14
**phone** [1] - 7:2
**phonetic** [2] - 5:25, 56:4
**picked** [1] - 6:18
**picture** [1] -

73:15
**pieces** [2] - 26:21, 78:5
**place** [1] - 80:23
**Plaintiff** [5] - 1:3, 1:18, 5:14, 96:4, 99:11
**PLAINTIFF** [2] - 2:4, 97:13
**platform** [1] - 45:17
**plenary** [7] - 34:9, 34:25, 35:11, 63:8, 64:7, 66:8, 76:10
**point** [4] - 13:2, 13:10, 52:20, 63:21
**Point** [1] - 52:24
**points** [1] - 52:11
**policy** [15] - 22:5, 22:19, 22:21, 22:24, 23:6, 23:7, 23:11, 25:9, 25:10, 25:15, 28:17, 28:20, 29:9, 30:21, 30:22
**position** [5] - 12:5, 12:11, 47:9, 47:16, 48:3
**possible** [2] - 14:1, 17:9
**potential** [1] - 45:16
**practice** [6] - 23:5, 31:7, 31:17, 31:20, 31:23
**practices** [2] - 70:17, 70:22
**practicing** [1] - 58:2
**precise** [1] - 38:7
**precisely** [3] - 10:7, 18:5, 18:6
**precluded** [1] - 79:3
**prefer** [1] - 23:12
**prepare** [1] - 7:23
**preparing** [2] - 3:25, 99:11
**present** [4] - 18:10, 45:19, 59:24, 74:9
**PRESENT** [1] - 2:17
**presented** [3] -

73:15, 74:6, 87:8
**presenting** [1] - 11:15
**presently** [1] - 39:9
**press** [1] - 21:23
**presumably** [1] - 10:5
**presume** [4] - 70:2, 70:3, 71:7, 74:19
**prevent** [2] - 24:15, 28:11
**prevented** [2] - 24:23, 25:1
**previous** [1] - 45:2
**primarily** [2] - 12:15, 75:11
**print** [14] - 61:13, 63:5, 63:15, 64:11, 65:6, 65:8, 65:13, 67:2, 77:2, 81:23, 82:13, 82:16, 83:3, 89:3
**printed** [1] - 73:13
**Procedure** [1] - 1:24
**procedures** [1] - 62:13
**proceed** [1] - 69:13
**proceeding** [1] - 98:3
**process** [21] - 25:5, 27:20, 27:24, 30:24, 31:4, 33:2, 50:5, 52:7, 60:16, 60:19, 60:25, 61:1, 61:3, 61:9, 73:20, 77:3, 83:20, 84:7, 85:6, 88:9, 89:15
**produce** [1] - 62:13
**produced** [1] - 1:17
**product** [1] - 85:3
**professional** [2] - 10:19, 11:11
**Professor** [26] - 5:9, 5:22, 6:3, 6:9, 15:5, 21:11, 34:16, 37:13, 40:6, 41:16, 43:22, 44:9,

44:16, 49:3, 58:11, 67:19, 67:25, 69:23, 77:13, 78:25, 79:22, 85:17, 86:19, 91:1, 91:24, 92:25
**professor** [9] - 12:5, 12:10, 12:24, 12:25, 13:6, 21:19, 34:8, 49:6, 69:10
**professors** [1] - 88:13
**program** [3] - 74:19, 74:20, 74:23
**promised** [1] - 51:24
**promote** [1] - 45:17
**prompted** [1] - 23:2
**pronounced** [1] - 56:10
**proofread** [1] - 20:17
**proper** [1] - 85:23
**properly** [1] - 72:9
**proved** [1] - 95:13
**provide** [2] - 23:10, 52:6
**provided** [3] - 44:24, 55:3, 88:8
**provisions** [1] - 1:24
**public** [4] - 41:22, 52:6, 52:7, 52:15
**PUBLIC** [1] - 95:24
**publically** [1] - 52:14
**publication** [21] - 13:21, 14:4, 14:13, 24:20, 33:22, 34:24, 35:6, 35:14, 40:4, 40:18, 45:10, 46:8, 46:21, 52:7, 60:17, 60:22, 70:19, 70:24, 85:6, 88:10, 91:4
**publications** [5] - 29:21, 34:21, 35:21, 37:9, 75:11

**publish** [7] - 25:12, 26:21, 29:3, 35:24, 36:20, 66:12, 73:22
**published** [33] - 25:10, 25:24, 26:9, 26:14, 26:17, 27:19, 28:14, 30:1, 30:14, 30:18, 33:16, 34:15, 34:17, 35:1, 35:19, 35:22, 36:12, 36:18, 37:2, 38:17, 41:22, 46:23, 52:21, 57:6, 57:11, 57:16, 61:23, 63:24, 66:18, 66:25, 67:4, 75:8, 82:22
**publishing** [2] - 28:18, 35:10
**pulled** [1] - 44:4
**purchase** [1] - 92:22
**purpose** [2] - 68:21, 69:3
**purposes** [3] - 44:6, 69:7, 95:18
**pursuant** [2] - 1:23, 96:20
**pushback** [1] - 70:7
**put** [4] - 12:3, 61:4, 77:3, 86:3
**putting** [1] - 51:25

---

## Q

**Quaker** [2] - 2:6, 97:15
**qualification** [1] - 45:1
**quality** [3] - 3:22, 29:23, 29:25
**query** [2] - 88:23, 91:8
**questioning** [2] - 60:9, 61:1
**questions** [10] - 6:20, 15:15, 16:7, 22:3, 28:2, 60:14, 68:21, 89:17, 90:8, 92:20
**quick** [1] - 90:7

**quickly** [2] -
71:1, 86:12
**QUIMBY** [101] -
5:15, 13:22,
13:25, 14:6,
19:19, 22:6,
24:18, 31:19,
32:21, 34:19,
35:7, 35:23,
36:14, 39:1,
39:22, 40:8,
40:16, 42:5,
44:11, 44:22,
45:22, 46:5,
46:19, 47:5,
47:18, 48:23,
50:13, 50:21,
51:6, 51:11,
53:12, 53:18,
53:25, 54:7, 55:6,
56:12, 56:25,
57:13, 58:7,
58:13, 58:23,
59:6, 59:11,
59:17, 60:8, 62:6,
62:15, 62:22,
63:6, 63:16,
64:16, 65:1, 65:9,
65:11, 65:24,
66:2, 66:13,
66:19, 70:13,
70:20, 71:15,
71:21, 72:18,
72:25, 73:8,
73:18, 74:22,
75:6, 75:13,
75:19, 75:25,
76:19, 77:5, 78:2,
78:7, 78:18, 79:2,
79:10, 80:13,
80:22, 81:13,
81:19, 81:24,
82:17, 83:5,
83:16, 83:25,
84:10, 84:21,
86:7, 87:15, 88:6,
89:11, 89:20,
89:24, 90:10,
91:9, 92:7, 92:10,
92:19, 92:23
**Quimby** [8] -
2:9, 5:15, 7:11,
7:17, 91:25,
92:21, 97:6,
97:18
**Quimby**............
.....00 [1] - 97:11
**quite** [3] - 37:16,
56:6, 65:17
**quotations** [2] -

52:17, 53:11
**quote** [7] -
51:20, 57:22,
57:23, 76:18,
78:5, 78:16,
79:25
**quoted** [1] -
52:22

**R**

**race** [4] - 47:6,
49:10, 49:11,
49:22
**racial** [3] -
76:11, 76:18,
76:22
**racism** [5] -
45:17, 75:24,
76:4, 77:23,
78:12
**racist** [19] -
39:21, 40:5, 45:7,
45:19, 45:21,
46:4, 46:18,
46:22, 47:4,
47:10, 48:7, 48:8,
49:13, 49:25,
50:16, 51:20,
57:23, 75:11,
75:15
**raise** [7] - 82:14,
85:25, 88:18,
88:19, 89:2, 89:4,
89:9
**raised** [4] -
21:11, 61:9,
82:18, 88:12
**raises** [1] -
61:11
**raising** [5] -
75:7, 81:17,
81:20, 86:5, 86:9
**rap** [3] - 58:12,
58:17, 58:18
**Rap** [1] - 58:24
**rate** [1] - 75:20
**rates** [1] - 20:24
**rather** [1] - 48:20
**re** [2] - 15:7,
70:7
**read** [50] - 15:14,
16:17, 22:4,
22:19, 41:16,
42:1, 42:15, 46:6,
47:11, 52:18,
53:3, 56:19,
56:23, 57:8, 58:1,
58:16, 58:18,

58:20, 61:5, 61:8,
61:12, 63:11,
65:4, 66:1, 66:3,
66:4, 68:1, 68:2,
68:12, 68:16,
69:18, 70:9,
72:12, 73:1,
73:23, 74:1,
76:12, 78:3, 78:8,
79:4, 79:9, 80:17,
83:8, 86:20, 87:6,
87:7, 87:10,
87:12, 95:4
**readable** [1] -
16:12
**reader** [2] - 82:8,
84:6
**readers** [1] -
36:9
**reading** [10] -
15:9, 22:20,
33:13, 42:17,
57:1, 65:3, 78:13,
79:20, 88:21
**really** [10] - 16:6,
18:3, 26:7, 30:13,
47:23, 49:18,
81:2, 85:17, 90:7
**REASON** [1] -
94:4
**reason** [7] -
18:12, 18:16,
31:6, 31:22,
31:23, 33:8, 41:7
**reasons** [2] -
97:1, 99:7
**receipt** [1] -
96:24
**receive** [2] -
55:12, 68:18
**received** [6] -
30:6, 56:5, 63:3,
63:13, 68:14,
71:9
**receiving** [1] -
68:17
**recently** [3] -
23:21, 28:21
**Recess** [3] -
48:25, 85:14,
90:1
**recognize** [4] -
15:7, 15:22,
15:23, 41:25
**recollect** [5] -
20:7, 23:20,
25:16, 26:13,
46:20
**recollection** [7] -
9:14, 9:23, 17:14,

23:19, 62:9, 73:9,
84:18
**recommendati
on** [2] - 27:4, 27:5
**record** [36] -
1:24, 5:4, 5:12,
5:23, 6:13, 6:16,
6:18, 7:11, 7:22,
11:18, 12:11,
15:1, 16:9, 20:3,
41:11, 43:23,
48:22, 48:24,
49:2, 51:10,
51:18, 67:15,
69:21, 85:13,
85:16, 86:4,
86:14, 89:23,
89:25, 90:3,
90:17, 91:11,
91:20, 93:5,
96:19, 98:5
**redacted** [1] -
16:21
**refer** [3] - 6:2,
6:5, 51:22
**reference** [5] -
40:4, 40:11,
40:17, 43:13,
45:9
**referring** [7] -
8:17, 45:23, 46:8,
46:24, 49:14,
78:9, 79:18
**refers** [2] - 43:5,
81:9
**reflected** [1] -
48:19
**refuse** [1] -
56:19
**refusing** [1] -
56:23
**regard** [1] - 52:2
**registration** [4] -
98:15, 98:15,
99:22, 99:22
**regular** [2] -
31:17, 57:8
**related** [1] - 98:2
**relationship** [2]
- 29:10, 37:13
**relative** [1] -
98:4
**relatively** [2] -
32:5, 63:2
**release** [1] -
52:6
**released** [1] -
52:15
**relevant** [1] -
68:10

**relieve** [1] - 7:12
**remained** [1] -
12:23
**remark** [1] - 47:6
**remarks** [4] -
77:22, 78:1, 78:6,
78:12
**remember** [45] -
12:20, 12:21,
13:18, 18:5, 18:6,
18:8, 24:4, 33:12,
37:1, 37:3, 39:16,
48:1, 49:17,
49:18, 55:14,
60:18, 61:21,
62:5, 62:12,
62:20, 67:24,
68:14, 68:17,
69:15, 71:17,
71:22, 72:2, 72:7,
74:15, 77:15,
80:20, 81:11,
81:17, 81:20,
82:1, 82:4, 82:11,
82:18, 84:9, 86:1,
86:5, 86:8, 87:3
**remembered** [1]
- 72:4
**reminded** [1] -
30:10
**removal** [1] -
45:16
**Renaldo** [4] -
2:14, 5:20, 97:12,
97:23
**renaldo.
stowers@
untsystem.edu**
[2] - 2:16, 97:25
**renew** [1] -
11:15
**repeat** [10] -
11:7, 32:22, 35:8,
52:23, 55:20,
59:7, 66:6, 66:22,
73:2, 76:14
**rephrase** [1] -
75:2
**replete** [3] -
76:11, 76:18,
76:22
**reply** [1] - 91:8
**Report** [3] - 4:7,
41:12, 70:1
**Report**..............
[1] - 4:5
**reported** [1] -
1:22
**Reporter** [2] -
54:13, 54:18

**REPORTER** [5] -
43:19, 54:21,
67:16, 92:21,
92:24
**Reporter's** [1] -
3:9
**REPORTER'S**
[2] - 3:21, 96:10
**represent** [5] -
5:12, 5:14, 5:16,
5:18, 43:25
**represented** [1]
- 20:24
**representing** [1]
- 7:24
**represents** [1] -
43:12
**reproduced** [1] -
40:3
**reputation** [2] -
74:19, 75:5
**requested** [4] -
54:13, 54:18,
96:22, 97:3
**reserve** [1] -
92:19
**respond** [28] -
61:13, 62:2, 63:5,
63:12, 63:15,
63:18, 63:22,
63:23, 64:6,
64:10, 64:11,
65:6, 65:8, 65:13,
65:22, 66:7,
66:17, 66:25,
67:4, 71:19, 77:2,
81:22, 82:13,
82:15, 82:24,
83:11, 84:17,
89:3
**responded** [3] -
80:20, 81:16,
84:11
**responding** [1] -
90:6
**response** [13] -
16:2, 49:14, 63:8,
63:19, 64:7,
64:11, 65:22,
66:8, 73:13,
81:11, 87:24,
88:4
**responses** [8] -
65:8, 65:14,
66:17, 67:1,
76:10, 77:9,
82:23, 91:4
**responsibility**
[1] - 20:14
**responsible** [1] -

45:12
  **rest** [5] - 15:11,
21:25, 42:18,
70:22, 91:12
  **restate** [1] -
22:17
  **restrictive** [1] -
53:8
  **restricts** [1] -
53:11
  **resubmission**
[1] - 21:4
  **retaliation** [1] -
72:15
  **return** [1] - 97:7
  **returned** [5] -
96:24, 96:25,
99:3, 99:6, 99:8
  **review** [37] - 8:3,
8:5, 15:13, 22:23,
23:2, 23:10,
23:14, 23:15,
26:22, 27:16,
27:20, 29:6, 30:4,
30:24, 31:4,
31:18, 32:19,
32:25, 33:2,
33:17, 36:17,
36:24, 61:17,
62:4, 77:3, 83:14,
83:18, 83:19,
83:21, 83:22,
84:7, 84:13,
84:19, 85:20,
88:9, 89:9
  **Review** [1] - 4:5
  **reviewed** [11] -
8:6, 20:16, 23:9,
26:21, 26:25,
27:6, 36:7, 36:13,
36:21, 36:22,
36:25
  **reviewer** [1] -
27:12
  **reviewers** [6] -
27:4, 27:7, 27:14,
31:22, 36:10,
37:2
  **reviewing** [2] -
20:18, 22:21
  **reviews** [4] -
22:23, 23:17,
27:23, 37:1
  **revised** [1] -
23:22
  **Rican** [1] - 20:6
  **Richmond** [2] -
8:9, 8:13
  **right-hand** [1] -
42:6

**rings** [2] - 87:5
  **rough** [1] - 20:2
  **RPR** [3] - 1:21,
96:15, 98:11
  **ruined** [1] - 72:9
  **rule** [1] - 32:18
  **Rule** [1] - 96:20
  **Rules** [1] - 1:23
  **rules** [1] - 6:12
  **run** [2] - 34:11,
84:13
  **Russian** [1] -
77:16

## S

  **safe** [1] - 13:19
  **save** [1] - 45:4
  **saw** [1] - 91:11
  **scale** [1] - 39:12
  **scenario** [2] -
32:7, 51:1
  **Schenker** [2] -
70:12, 78:15
  **Schenkerian**
[48] - 13:21, 14:5,
14:9, 17:12,
17:19, 17:24,
19:16, 24:8,
24:15, 24:20,
28:11, 28:13,
37:23, 38:10,
38:12, 38:14,
38:16, 38:18,
38:25, 39:3, 39:4,
39:8, 40:18,
41:21, 46:9,
46:25, 51:9,
52:25, 54:4,
54:15, 56:20,
56:23, 57:19,
59:16, 60:3,
60:20, 62:14,
66:10, 71:13,
74:18, 75:4, 75:9,
75:12, 76:17,
83:4, 83:15,
84:20, 85:21
  **scholarly** [1] -
74:7
  **scholars** [1] -
91:14
  **screen** [1] -
21:12
  **scroll** [1] - 70:25
  **scrolling** [2] -
42:19, 74:12
  **se** [3] - 28:20,
30:13, 32:3

  **seal** [1] - 95:21
  **search** [3] -
13:6, 13:7, 50:6
  **seasoned** [1] -
91:14
  **seat** [2] - 21:13,
21:15
  **second** [7] -
33:10, 37:11,
42:1, 55:15, 62:3,
76:14
  **sections** [1] -
52:22
  **see** [30] - 15:4,
15:17, 16:11,
16:14, 17:16,
17:17, 21:25,
26:13, 41:6,
41:15, 41:19,
42:17, 42:19,
42:22, 43:6,
43:11, 45:10,
52:9, 52:10, 53:8,
68:8, 70:2, 73:2,
80:15, 83:8,
83:10, 90:12,
90:21, 91:12,
92:13
  **seeing** [2] -
70:6, 82:3
  **seem** [1] - 69:17
  **SEM** [1] - 41:22
  **semester** [1] -
37:20
  **send** [4] - 32:24,
74:14, 82:21,
83:9
  **sending** [2] -
69:20, 74:15
  **sense** [7] -
20:23, 29:4, 32:6,
32:10, 68:13,
73:21, 84:12
  **sent** [13] - 8:8,
8:10, 8:13, 15:23,
20:17, 27:2, 30:2,
30:22, 31:22,
36:8, 54:16, 55:8,
73:22
  **sentence** [13] -
52:21, 53:13,
64:4, 64:5, 64:18,
64:21, 65:15,
66:1, 78:4, 78:8,
79:8, 79:13,
79:17
  **sentences** [1] -
64:9
  **separate** [1] -
92:13

**SEPTEMBER** [3]
- 1:12, 94:3,
96:13
  **September** [2] -
1:20, 5:3
  **Serika** [1] - 5:25
  **serve** [2] -
20:11, 72:20
  **served** [3] -
19:16, 19:20,
19:22
  **server** [2] - 55:5,
55:12
  **service** [1] -
12:17
  **serving** [1] -
53:14
  **set** [2] - 19:13,
76:9
  **seven** [2] - 36:3,
36:4
  **Shall** [2] - 86:18,
89:22
  **share** [1] - 90:11
  **SHERMAN** [1] -
1:2
  **short** [1] - 33:18
  **shortage** [3] -
29:14, 29:20,
29:21
  **shorthand** [1] -
1:22
  **show** [4] - 45:2,
51:11, 52:1,
53:14
  **showed** [2] -
84:6, 90:14
  **showing** [4] -
15:11, 62:8,
68:16, 92:12
  **shrink** [1] -
16:13
  **side** [1] - 42:6
  **sided** [3] -
73:15, 74:4, 74:5
  **sign** [4] - 21:24,
42:25, 75:23
  **signatories** [1] -
42:18
  **SIGNATURE** [1]
- 94:1
  **Signature** [2] -
96:25, 99:6
  **signature** [1] -
95:5, 96:21, 97:7
  **Signature..........**
................. [1] -
3:8
  **signed** [11] -
8:10, 8:16, 40:13,

40:17, 61:7, 64:1,
69:24, 74:1, 76:6,
76:16, 78:15
  **similar** [1] - 28:2
  **similarly** [1] -
10:18
  **simple** [2] -
59:2, 64:23
  **simply** [2] -
25:3, 56:2
  **Sims** [2] - 1:21,
98:11
  **SIMS** [1] - 96:15
  **sit** [5] - 57:21,
62:12, 72:3, 84:8,
84:18
  **six** [2] - 35:24,
68:9
  **size** [1] - 68:3
  **skills** [1] - 48:21
  **skipping** [1] -
69:14
  **slight** [1] - 29:22
  **slightly** [3] -
27:23, 32:7, 42:6
  **slowly** [2] - 68:1,
68:2
  **SMT** [5] - 33:23,
34:17, 34:25,
55:5, 65:22
  **so-called** [1] -
77:24
  **So..** [1] - 81:1
  **so..** [6] - 19:12,
46:13, 55:8,
55:15, 55:22,
68:16
  **societies** [1] -
11:11
  **society** [3] -
34:15, 56:4, 56:6
  **Society** [11] -
11:13, 11:20,
11:22, 11:24,
34:9, 34:11,
34:13, 35:12,
55:9, 55:13,
72:16
  **Soft** [1] - 54:22
  **soliciting** [3] -
30:7, 30:9, 85:4
  **someone** [5] -
12:14, 27:9,
28:15, 41:23,
66:1
  **sometime** [1] -
49:5
  **sometimes** [4] -
20:25, 41:6, 91:1,
91:17

  **somewhere** [1] -
37:11
  **soon** [2] - 63:2,
67:12
  **sooner** [1] -
84:16
  **Sorry** [15] - 9:20,
21:19, 22:14,
25:13, 43:20,
43:22, 55:20,
57:15, 58:9,
62:16, 62:18,
63:17, 66:20,
67:19, 76:15
  **sorry** [7] - 47:13,
51:12, 54:21,
56:6, 57:13,
63:17, 64:19
  **sort** [2] - 21:12,
25:2
  **sound** [1] -
70:19
  **sounded** [1] -
25:13
  **sounds** [2] -
18:10, 18:11
  **spaced** [1] -
76:15
  **Spanish** [5] -
19:23, 20:6,
22:16, 78:10
  **speaking** [2] -
40:23, 47:3
  **specific** [11] -
10:9, 10:21,
31:17, 37:15,
39:20, 45:20,
46:17, 59:18,
60:12, 60:18,
60:22
  **specifically** [4] -
8:5, 54:10, 76:4,
87:16
  **Specifically** [1] -
45:18
  **specify** [2] -
22:11, 26:22
  **Spectrum** [12] -
33:23, 33:25,
34:12, 34:18,
34:24, 35:2, 35:4,
35:6, 35:10,
35:15, 35:16
  **speculate** [3] -
23:22, 31:9,
46:14
  **speculating** [3] -
31:1, 33:3, 46:12
  **speculation** [2] -
31:1, 31:2

**spell** [1] - 19:24
**spelled** [1] - 33:13
**spend** [1] - 68:7
**spoken** [1] - 54:22
**squint** [2] - 42:9, 42:12
**staff** [3] - 19:17, 66:16, 66:24
**stands** [1] - 58:5
**start** [7] - 8:25, 11:1, 12:10, 12:19, 20:10, 62:25, 90:20
**started** [8] - 9:4, 10:5, 11:3, 11:7, 12:4, 12:12, 12:13, 62:17
**starting** [3] - 9:2, 10:19, 87:3
**starts** [1] - 53:4
**state** [5] - 5:11, 5:22, 12:11, 15:20, 77:24
**State** [6] - 1:21, 9:5, 9:9, 9:12, 9:16, 96:16
**STATE** [2] - 95:10, 95:24
**Statement** [3] - 40:14, 41:20, 51:9
**statement** [38] - 7:6, 8:7, 8:9, 8:13, 8:14, 8:15, 8:16, 40:3, 42:25, 43:1, 43:11, 43:12, 44:15, 44:16, 49:16, 51:3, 51:18, 51:19, 51:22, 52:10, 52:18, 52:24, 53:17, 53:19, 53:24, 61:7, 61:19, 64:1, 74:2, 75:22, 76:6, 76:16, 77:6, 77:9, 78:15, 79:1, 89:14
**Statement..** [1] - 4:7
**statements** [1] - 50:14
**STATES** [2] - 1:1, 96:1
**Station** [2] - 2:11, 97:20
**station** [1] - 10:7
**stayed** [1] - 11:9

**Stephen** [1] - 41:23
**stereotyping** [3] - 76:11, 76:18, 76:22
**still** [2] - 11:19, 22:15
**stood** [1] - 77:17
**stopped** [1] - 28:16
**STOWERS** [1] - 5:20
**Stowers** [3] - 2:14, 5:20, 97:23
**Stowers..........** **00** [1] - 97:12
**strategically** [2] - 47:13, 47:19
**Strike** [1] - 32:24
**strike** [2] - 18:18, 18:19
**String...............** **...........** [3] - 4:8, 4:9, 4:11
**stuck** [1] - 48:13
**student** [9] - 8:7, 40:11, 43:5, 43:16, 44:15, 49:14, 51:18, 51:22, 52:2
**Student** [1] - 4:7
**students** [10] - 8:9, 40:2, 40:9, 44:8, 45:8, 45:25, 46:2, 46:8, 46:15, 53:24
**students'** [4] - 8:12, 44:20, 44:23, 53:16
**studies** [1] - 10:13
**Studies** [46] - 13:21, 14:5, 14:9, 17:13, 17:19, 17:24, 19:16, 24:8, 24:15, 24:20, 28:11, 28:14, 37:23, 38:12, 38:14, 38:16, 38:18, 38:25, 39:4, 39:8, 40:18, 41:21, 46:9, 46:25, 51:10, 52:25, 54:5, 54:15, 56:20, 56:24, 57:20, 59:16, 60:4, 60:20, 62:14, 66:10, 71:14, 74:18,

75:4, 75:9, 75:12, 76:17, 83:4, 83:15, 84:20, 85:21
**studying** [1] - 9:4
**Stuempfle** [1] - 41:23
**stuff** [1] - 15:18
**styled** [3] - 1:19, 40:14, 41:12
**subject** [2] - 30:23, 78:10
**subjected** [3] - 27:20, 32:19, 33:17
**submission** [1] - 27:2
**submissions** [7] - 21:2, 28:22, 29:8, 29:15, 29:21, 29:23, 30:1
**submit** [3] - 28:23, 29:5, 30:3
**submitted** [4] - 64:22, 66:11, 73:22, 97:5
**subscribed** [1] - 95:16
**subsequent** [1] - 24:7
**subsequently** [2] - 24:21, 28:14
**suggest** [1] - 38:2
**suggested** [1] - 47:16
**suggests** [2] - 32:11, 76:5
**sum** [1] - 62:5
**summarize** [3] - 29:2, 29:13, 85:18
**summary** [1] - 29:17
**summer** [3] - 38:22, 38:24, 39:6
**summoned** [1] - 16:4
**Sumula** [15] - 19:23, 19:24, 28:2, 28:6, 28:12, 28:17, 30:15, 30:18, 30:23, 31:4, 31:13, 31:18, 32:2, 33:17
**SUMULA** [1] -

19:25
**Sunday** [5] - 80:1, 80:2, 80:8, 81:6, 81:9
**suppose** [2] - 33:18, 56:10
**supposed** [2] - 81:22, 82:12
**supposedly** [1] - 82:15
**surrounded** [1] - 60:6
**surrounding** [1] - 60:3
**suspect** [1] - 38:9
**sworn** [3] - 1:18, 5:6, 96:17
**sympathy** [1] - 42:12
**symposium** [5] - 67:2, 82:22, 82:23, 82:24, 83:10
**System** [1] - 5:21
**systematic** [1] - 78:12
**systemic** [1] - 77:23

## T

**talks** [2] - 89:5, 91:14
**teach** [1] - 12:15
**teaching** [1] - 12:16
**tel** [4] - 2:7, 2:16, 97:16, 97:25
**tends** [1] - 90:25
**tenure** [3] - 12:5, 13:2, 13:10
**testified** [3] - 5:6, 22:8, 86:1
**testify** [2] - 16:1, 53:23
**testifying** [3] - 61:21, 91:24, 92:2
**testimony** [6] - 24:3, 31:16, 52:13, 79:9, 93:2, 96:19
**TEXAS** [7] - 1:1, 2:10, 2:13, 2:14, 97:19, 97:22, 97:23
**Texas** [23] -

1:22, 1:23, 2:11, 2:15, 5:16, 5:17, 5:21, 8:25, 11:4, 11:8, 11:24, 12:6, 12:12, 16:22, 37:14, 58:22, 69:23, 96:16, 97:20, 97:24, 98:11, 98:13, 99:20
**TEXASSHERM** **AN** [1] - 96:2
**text** [1] - 78:4
**textbooks** [1] - 88:14
**Thad** [5] - 2:5, 5:13, 97:11, 97:14, 99:9
**Thanksgiving** [2] - 39:14, 39:17
**THE** [16] - 1:1, 2:4, 2:8, 2:13, 21:14, 21:18, 21:22, 54:19, 54:22, 93:3, 95:10, 95:24, 96:1, 97:13, 97:17, 97:22
**Theoria** [3] - 57:4, 57:12, 57:17
**theory** [14] - 10:16, 12:13, 13:7, 28:3, 31:21, 32:7, 33:22, 56:3, 57:25, 59:3, 74:20, 74:23, 77:16, 88:14
**Theory** [43] - 11:13, 11:25, 19:23, 20:10, 20:11, 20:22, 21:21, 22:3, 22:10, 22:13, 22:15, 22:17, 23:25, 24:3, 24:10, 24:12, 24:17, 25:10, 25:12, 25:18, 25:24, 26:9, 26:19, 26:20, 27:1, 27:19, 30:25, 33:2, 33:24, 33:25, 34:9, 34:11, 34:14, 35:3, 35:10, 35:12, 35:14, 35:16, 55:10, 55:13, 69:22, 72:16

**Therapy** [1] - 23:18
**therefor** [2] - 97:2, 99:7
**therein** [1] - 95:18
**thinking** [4] - 47:11, 62:17, 85:22, 91:16
**third** [1] - 37:11
**thoughtful** [12] - 77:12, 77:13, 77:14, 77:21, 77:25, 78:9, 78:17, 78:20, 78:21, 78:25, 79:5
**thread** [14] - 67:22, 69:17, 72:5, 79:20, 85:24, 86:14, 86:24, 87:1, 90:9, 90:18, 92:4, 92:6, 92:11, 92:14
**threads** [1] - 56:4
**three** [7] - 8:2, 24:2, 36:8, 36:10, 61:20, 62:19
**TIE** [1] - 56:4
**Tim** [2] - 80:15, 87:25
**timeframe** [2] - 18:14, 49:19
**Timothy** [28] - 5:14, 37:13, 37:18, 37:19, 38:4, 39:12, 39:20, 40:5, 40:14, 45:7, 45:9, 46:3, 46:17, 47:4, 49:5, 49:17, 49:24, 50:9, 50:11, 50:19, 57:20, 72:23, 73:6, 75:23, 82:20, 84:11, 86:15, 87:4
**timothy** [1] - 47:16
**TIMOTHY** [2] - 1:2, 96:3
**tired** [1] - 68:2
**title** [2] - 26:4, 26:6
**Today** [1] - 5:3
**today** [11] - 5:18, 7:23, 8:20, 12:23, 16:1, 57:21, 62:12, 72:3, 84:9,

84:19, 93:2
**took** [4] - 48:5, 48:6, 80:23
**top** [4] - 16:19, 21:11, 67:23, 69:14
**topics** [1] - 20:24
**total** [1] - 62:5
**towards** [1] - 49:25
**track** [2] - 12:5, 13:3
**traditional** [4] - 85:1, 85:3
**training** [1] - 32:1
**Training** [1] - 32:3
**transcript** [6] - 3:25, 92:22, 96:18, 96:25, 97:5, 99:12
**transfer** [1] - 9:5
**translation** [2] - 20:2, 20:8
**transmission** [1] - 3:23
**treated** [2] - 48:14
**trial** [1] - 92:20
**tropes** [3] - 76:11, 76:18, 76:23
**true** [9] - 18:11, 27:9, 63:4, 63:14, 72:4, 86:5, 87:6, 95:5, 96:18
**truth** [1] - 11:19
**Try** [1] - 21:15
**try** [3] - 19:9, 91:23, 92:1
**trying** [11] - 20:5, 20:6, 26:12, 29:17, 41:6, 48:1, 58:1, 68:21, 83:19, 86:3, 86:4
**Trying** [1] - 14:7
**turn** [1] - 7:2
**Twitter** [4] - 70:6, 70:18, 70:22, 72:16
**two** [11] - 5:25, 10:4, 12:2, 24:2, 24:22, 27:3, 52:10, 53:1, 53:11, 67:6
**typical** [3] - 31:20, 83:22, 84:13

**typically** [2] - 20:19, 21:6

## U

**umbrella** [1] - 38:17
**unacceptable** [1] - 45:19
**unclear** [2] - 6:22, 22:14
**under** [5] - 19:4, 38:17, 45:11, 95:14, 95:21
**undergraduate** [3] - 9:2, 9:4, 9:6
**understood** [5] - 6:20, 6:25, 7:8, 44:7, 48:18
**undoubtedly** [1] - 7:18
**unfairly** [1] - 48:14
**Union** [2] - 2:15, 97:24
**UNITED** [2] - 1:1, 96:1
**university** [1] - 88:13
**UNIVERSITY** [4] - 2:13, 2:14, 97:22, 97:23
**University** [21] - 5:17, 5:21, 8:24, 9:5, 9:6, 9:8, 9:13, 9:17, 9:19, 9:22, 9:25, 10:3, 10:20, 11:3, 11:8, 12:5, 12:12, 16:22, 37:14, 58:22, 69:23
**UNT** [12] - 16:14, 38:1, 41:20, 42:25, 45:10, 51:9, 52:25, 61:9, 69:3, 69:7, 69:10, 74:20
**UNT_000109** [1] - 4:4
**UNT_000304** [1] - 4:11
**UNT_000309** [1] - 4:11
**UNT_000452** [1] - 4:10
**UNT_000458** [1] - 4:8
**UNT_000463** [1] - 4:8

**unusual** [2] - 84:5, 85:5
**up** [16] - 6:18, 7:6, 14:11, 20:10, 34:6, 38:13, 38:24, 39:25, 44:4, 45:6, 51:13, 51:25, 61:4, 74:12, 85:18, 91:18
**URL** [5] - 43:13, 43:15, 44:3, 53:16, 53:19

## V

**vetted** [1] - 91:4
**vetting** [1] - 25:5
**VIA** [1] - 2:2
**via** [2] - 1:22, 70:6
**Video** [1] - 2:20
**VIDEOCONFE RENCE** [4] - 1:10, 1:16, 2:2, 96:11
**videoconferen ce** [3] - 1:23, 3:23, 3:25
**VIDEOGRAPH ER** [9] - 2:18, 5:3, 48:24, 49:1, 85:13, 85:15, 89:25, 90:2, 93:5
**VIDEOTAPED** [3] - 1:10, 1:16, 96:11
**viewpoint** [1] - 59:9
**Vista** [2] - 98:13, 99:20
**vividly** [1] - 87:18
**vociferous** [1] - 70:7
**Volume** [18] - 46:24, 50:15, 54:6, 56:19, 57:20, 59:15, 60:3, 60:20, 62:14, 66:17, 66:25, 67:1, 73:24, 75:11, 76:21, 83:20, 84:19, 85:21
**VS** [2] - 1:4, 96:5

## W

**waiting** [2] -

40:19, 41:3
**Walls** [11] - 56:9, 56:10, 71:9, 71:10, 71:13, 71:18, 72:8, 72:22, 73:5, 73:9
**Warner** [1] - 2:19
**was/was** [1] - 99:3
**water** [1] - 85:9
**ways** [1] - 21:1
**wear** [1] - 42:14
**weekends** [1] - 70:6
**WHALEY** [2] - 98:12, 99:19
**whatnot** [1] - 16:21
**white** [8] - 47:9, 48:4, 48:10, 48:15, 48:20, 49:6, 49:9, 49:22
**WITNESS** [8] - 2:2, 21:14, 21:18, 21:22, 54:19, 54:22, 93:3, 94:2
**witness** [6] - 73:5, 89:19, 92:16, 96:17, 96:19, 97:7
**witnessed** [2] - 50:11, 50:18
**word** [6] - 20:5, 23:11, 38:2, 38:7, 39:25, 60:15
**wording** [2] - 59:25, 79:4
**words** [4] - 51:20, 67:1, 79:8, 86:3
**worth** [1] - 32:3
**wrap** [1] - 85:18
**WRIGHT** [2] - 1:5, 96:6
**write** [2] - 45:24, 46:13
**writing** [2] - 46:24, 71:22
**written** [9] - 63:19, 63:22, 64:7, 64:12, 64:22, 64:24, 65:2, 66:8

## X

**XX** [1] - 96:22

## Y

**y'all** [1] - 66:21
**year** [7] - 20:20, 21:9, 23:22, 28:8, 33:19, 37:20
**year-to-year** [1] - 21:9
**years** [4] - 10:5, 24:2, 58:2, 69:19
**York** [1] - 34:8
**yourself** [3] - 15:16, 18:24, 49:21

## Z

**Zoom** [2] - 1:22, 3:23
**ZOOM** [1] - 2:2