IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TIMOTHY JACKSON, <br> *Plaintiff*, <br><br> v. <br><br> LAURA WRIGHT, MILTON B. LEE, MELISA DENIS, MARY DENNY, DANIEL FEEHAN, A.K. MAGO, CARLOS MUNGUIA, AND G. BRINT RYAN, each in their official capacities as members of the board of regents for the University of North Texas System; RACHEL GAIN; ELLEN BAKULINA; ANDREW CHUNG; DIEGO CUBERO; STEVEN FRIEDSON; REBECCA DOWD GEOFFROY-SCHWINDEN; BENJAMIN GRAF; FRANK HEIDLBERGER; BERNARDO ILLARI; JUSTIN LAVACEK; PETER MONDELLI; MARGARET NOTLEY; APRIL L. PRINCE; CATHY RAGLAND; GILLIAN ROBERTSON; HENDRIK SCHULZE; VIVEK VIRANI; AND BRIAN F. WRIGHT, <br> *Defendants*. | §§§§§§§§§§§§§§§§§§§§§§§§§§§§§§ | Civil Action No. 4:21-cv-00033 |

**PROPOSED ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON DEFAMATION LIABILITY**

Before the Court is Plaintiff's Motion for summary Judgment on Defamation Liability. Upon consideration of the Motion, any further briefing and argument submitted by the parties, and the relevant pleadings in this matter, the Court is of the opinion that the Motion should be DENIED.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Summary Judgment on Defamation Liability claims against Defendants is **DENIED**.