UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TIMOTHY JACKSON, | § | |
| *Plaintiff,* | § § § | |
| v. | § | Civil Action No. 4:21-cv-00033-ALM |
| LAURA WRIGHT, et al., | § § | JURY |
| *Defendants.* | § § | |

### ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

Before the Court is the Unopposed Motion To Withdraw and Substitute Counsel (the "Motion" - Dkt. #96) filed by Defendants. After considering the Motion, which is unopposed, and the other pleadings in this matter, the Court is of the opinion that the Motion is meritorious and hereby **GRANTS** the Motion.

It is therefore ORDERED that Benjamin S. Walton is hereby withdrawn as counsel for Defendants in this cause, and that William Farrell is added to the case and is now the Lead Attorney for Defendants.

**IT IS SO ORDERED.**
SIGNED this 10th day of February, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE