UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TIMOTHY JACKSON, | § | |
|    *Plaintiff,* | § § § | |
| v. | § | Civil Action No. 4:21-cv-00033-ALM |
| LAURA WRIGHT, et al., | § § | JURY |
|    *Defendants.* | § § | |

## DEFENDANTS' UNOPPOSED MOTION
## TO WITHDRAW AND SUBSTITUTE COUNSEL

TO THE HONORABLE U.S. DISTRICT JUDGE AMOS L. MAZZANT:

Defendants[1] file this Unopposed Motion to Withdraw and Substitute Counsel, respectfully showing the Court as follows:

Assistant Attorney General Mary B. Quimby is currently co-counselor for Defendants. Good cause exists for Ms. Quimby's withdrawal from representing Defendants, as Ms. Quimby has accepted employment outside the Texas Office of the Attorney General.

This case has been administratively reassigned to Assistant Attorney General John Ramsey, to serve as co-counsel for Defendants. Mr. Ramsey's contact information is contained in the signature block below. Assistant Attorney General William Farrell will remain as Lead

---

[1] Defendants include the following: Laura Wright, Milton B. Lee, Melisa Denis, Mary Denny (deceased), Daniel Feehan, A.K. Mago, Carlos Munguia, and G. Brint Ryan, all in their official capacities as members of the Board of Regents for the University of North Texas System ("Board Defendants"); and Rachel Gain, Ellen Bakulina, Andrew Chung, Diego Cubero, Steven Friedson, Rebecca Dowd Geoffroy-Schwinden, Benjamin Graf, Frank Heidlberger, Bernardo Illari, Justin Lavacek, Peter Mondelli, Margaret Notley, April L. Prince, Cathy Ragland, Gillian Robertson, Hendrik Schulze, Vivek Virani, and Brian F. Wright ("Individual Defendants").

Attorney for Defendants. Counsel for Defendants has communicated with counsel for Plaintiff regarding the requested withdrawal and substitution, and Plaintiff is unopposed.

For the foregoing reasons, Defendants respectfully request that Ms. Quimby be permitted to withdraw as counsel for Defendants in this matter, and that Mr. Ramsey be substituted as the new co-counsel representing Defendants.

Respectfully submitted.

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**KIMBERLY GDULA**
Chief, General Litigation Division

    /s/ Mary B. Quimby
**WILLIAM FARRELL**
*Lead Attorney*
Texas Bar No. 00796531
**MARY B. QUIMBY**
Texas Bar No. 24132506
**JOHN RAMSEY**
Texas Bar No. 24051227
Assistant Attorneys General
General Litigation Division
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711
(512) 463-2120 – Phone
(512) 320-0667 – Fax
biff.farrell@oag.texas.gov
mary.quimby@oag.texas.gov
john.ramsey@oag.texas.gov

***Counsel for Defendants***

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(i), I hereby certify I have complied with the meet and confer requirement in Local Rule CV-7(h). Specifically, I certify that on February 19, 2025, I communicated with Michael Allen, counsel for Plaintiff, regarding the relief requested in this motion, and Mr. Allen informed me that Plaintiff is unopposed.

>         */s/ Mary B. Quimby*
> **MARY B. QUIMBY**
> Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2025, a true and correct copy of this document was electronically filed using the Court's CM/ECF system, which will send notification of such filing to the following counsel of record:

Michael Thad Allen, Esq.
ALLEN LAW, LLC
PO Box 404
Quaker Hill, CT 06375
(860) 772-4738 (phone)
(860) 469-2783 (fax)
mallen@allenharrislaw.com

Jonathan Mitchell
MITCHELL LAW PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

*Counsel for Plaintiff*

>         */s/ Mary B. Quimby*
> **MARY B. QUIMBY**
> Assistant Attorney General