UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TIMOTHY JACKSON, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 4:21-cv-00033-ALM |
| LAURA WRIGHT, et al., | § § | JURY |
| *Defendants.* | § § | |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION
TO WITHDRAW AND SUBSTITUTE COUNSEL**

Before the Court is the Unopposed Motion To Withdraw and Substitute Counsel (the "Motion" - Dkt. #98) filed by Defendants. After considering the Motion, which is unopposed, and the other pleadings in this matter, the Court is of the opinion that the Motion is meritorious and hereby **GRANTS** the Motion.

It is therefore ORDERED that Mary B. Quimby is hereby withdrawn as counsel for Defendants in this cause, and that John Ramsey is co-counsel for Defendants.

**IT IS SO ORDERED.**

**SIGNED** this 3rd day of March, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE