# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| TIMOTHY JACKSON | § |
| | §  Civil Action No.  4:21cv33 |
| V. | §  Judge Mazzant |
| | § |
| LAURA WRIGHT, ET AL. | § |

## ORDER ON CLOSING DOCUMENTS

The Court has been notified by the Parties, through counsel, that all claims in the above-styled civil action have been settled.

Therefore, it is ORDERED that, on or before ***April 11, 2025,*** all parties shall file with the Court all papers necessary for the closing of this case and its removal from the active docket of this Court**.** If such papers are not received by the Court by the scheduled deadline, the Court may order counsel to appear at a hearing for the purpose of determining which party is responsible for the delay. Thereafter, the Court may enter such orders as are just and necessary to ensure prompt resolution of this case.

It is further ORDERED that all pending motions are denied as moot, subject to refiling, if necessary.

The Clerk is directed to CANCEL the Final Pretrial Conference, Jury Selection, and Jury Trial of this case.

**IT IS SO ORDERED.**
SIGNED this 12th day of March, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE