UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **Timothy Jackson**,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>**Laura Wright**, **Milton B. Lee**, **Melisa Denis**, **Mary Denny**, **Daniel Feehan**, **A.K. Mago**, **Carlos Munguia**, and **G. Brint Ryan**, each in their official capacities as members of the Board of Regents for the University of North Texas System; **Rachel Gain**; **Ellen Bakulina**; **Andrew Chung**; **Diego Cubero**; **Steven Friedson**; **Rebecca Dowd Geoffroy-Schwinden**; **Benjamin Graf**; **Frank Heidlberger**; **Bernardo Illari**; **Justin Lavacek**; **Peter Mondelli**; **Margaret Notley**; **April L. Prince**; **Cathy Ragland**; **Gillian Robertson**; **Hendrik Schulze**; **Vivek Virani**; and **Brian F. Wright**, Defendants. | Case No. 4:21-cv-00033-ALM |

**[PROPOSED] ORDER ON PLAINTIFF'S NOTICE OF STATUS OF SETTLEMENT AND REQUEST FOR EXTENSION OF TIME**

　　It is hereby ORDERED that Plaintiffs request for extension of time will be granted.

　　The Parties, on or before May 11, 2025, shall file with the Court all papers necessary for the closing of this case and its removal from the active docket of this Court. If such papers are not received by the Court by the scheduled deadline, the Court may order counsel to appear at a hearing for the purpose of determining which party is responsible for the delay.

　　Thereafter, the Court may enter such orders as are just and necessary to ensure prompt resolution of this case.

　　SO ORDERED,

1

_____
Amos L. Mazzant
UNITED STATES DISTRICT JUDGE